IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, | ) |
| | ) |
| Plaintiff, | ) Case No. _____ |
| | ) |
| v. | ) [On Removal from the Circuit Court of the |
| | ) Eleventh Judicial Circuit in and for Miami- |
| MOUNT SINAI MEDICAL CENTER OF | ) Dade County, Case No. 2022-018881-CA- |
| FLORIDA, a Florida Not For Profit | ) 01 (27)] |
| Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
| Defendants. | |

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David ("Defendants") hereby remove the above-captioned action, *Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc. et al.*, Case No. 2022-018881-CA-01 (27) (the "State Court Action"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. Removal of this action is based on the existence of federal question jurisdiction.

## PLEADINGS, PROCESS, AND ORDERS

1. On or about September 30, 2022, Plaintiff Paige Finkelstein, M.D. ("Plaintiff") filed the State Court Action. On December 5, 2022, Defendants moved to dismiss Plaintiff's original complaint in its entirety with prejudice. During the pendency of Defendants' motion to dismiss, on December 30, 2022, Plaintiff filed and served an Amended Complaint, in which she



LASHGOLDBERG.COM   MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

1

alleges – for the first time – that she was discriminated and retaliated against in violation of federal law.

2. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Amended Complaint filed in the State Court Action is attached as Exhibit A to this Notice. A true and correct copy of the docket in the State Court Action is attached as Exhibit B to this Notice. Copies of all process, pleadings, motions, orders (including a recent order granting Defendants an extension of time to respond to the Amended Complaint until February 1, 2023), and other case management events filed in the State Court Action, exclusive of the Amended Complaint, are attached together as Exhibit C to this Notice.

### BASIS FOR REMOVAL

3. Plaintiff's Amended Complaint asserts causes of action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e *et seq.* ("Title VII"), and the Americans with Disabilities Act, 42 U.S.C.A. § 12112 ("ADA"). *See* Ex. A, ¶¶ 97-107, 113-118, 125-148.

4. Under federal question jurisdiction, the United States district courts have "original jurisdiction over all civil actions arising under the Constitution, treaties or laws of the United States." *See* 28 U.S.C. § 1331. Because this action arises under Title VII and the ADA, district courts have jurisdiction pursuant to 28 U.S.C. § 1331. *See also Peterson v. BMI Refractories*, 124 F.3d 1386, 1391 (11th Cir. 1997) ("This is a Title VII race discrimination case, and § 1331 provides the federal court with original nonexclusive jurisdiction over such cases."). Accordingly, federal subject matter jurisdiction over this action exists.

LashGoldberg
LASHGOLDBERG.COM
MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

2

## VENUE

5. The State Court Action was filed in Miami-Dade County. Therefore, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. §§ 89(c), 1391.

## SERVICE ON THE STATE COURT

6. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be given by the undersigned to Plaintiff's counsel of record, and a copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

## TIMELINESS OF REMOVAL

7. Defendants were served with a copy of the Amended Complaint on December 30, 2022, at which time the action became removable given Plaintiff's inclusion of federal claims. *See* 28 U.S.C. §1446(b)(3). This Notice has been filed within thirty (30) days after Defendants were served with a copy of the Amended Complaint and is therefore timely under 28 U.S.C. § 1446(b).

## CONCLUSION

Defendants respectfully request that this Court exercise jurisdiction over this action and enter orders and grant relief as may be necessary to secure removal and to prevent further proceedings in this matter in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

Dated: January 17, 2023

                                            Respectfully submitted,

*/s/ Martin B. Goldberg*
MARTIN B. GOLDBERG
Florida Bar No. 827029
CLARK S. SPLICHAL
Florida Bar No. 1010425
**LASH GOLDBERG**
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-3050
mgoldberg@lashgoldberg.com
csplichal@lashgoldberg.com



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

                                                              By: */s/ Martin B. Goldberg*
                                                                 **MARTIN B. GOLDBERG**


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002