# Exhibit B



MIAMI-DADE COUNTY CLERK OF THE COURTS
LUIS G. MONTALDO, CLERK AD INTERIM

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**PAIGE FINKELSTEIN, M.D. VS MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC. ET AL**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2022-018881-CA-01 | **Filing Date:** | 09/30/2022 |
| **State Case Number:** | 132022CA018881000001 | **Judicial Section:** | CA27 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Contract & Indebtedness |
| **Case Status:** | OPEN | | |

**Related Cases**  Total Of Related Cases: 0

**Parties**  Total Of Parties: 3

**Hearing Details**  Total Of Hearings: 2

**Dockets**  Total Of Dockets: 37

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 01/19/2023 | | Motion Calendar | Hearing | **PLAINTIFF'S MOTION TO SPECIAL SET HEARING ON PLAINTIFF'S VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF FILED 112122\|\|DEFENDANT'S MOTION TO SPECIALLY SET HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED 122322** |
| 34 | 01/12/2023 | | Order Extending Time for | Event | **TO RESPOND TO PLAINTIFF'S VERIFIED AMENDED COMPLAINT IS GRANTED** |
| 33 | 01/10/2023 | | Motion for Extension of Time | Event | |
| 32 | 01/03/2023 | | Affidavit of: | Event | **OF PAIGE FINKELSTEIN, M.D.** |
| 31 | 12/30/2022 | | Amended Complaint | Event | |
| 30 | 12/29/2022 | | Response to Motion | Event | **FOR TEMPORARY INJUNCTION** |
| 29 | 12/27/2022 | | Notice of Hearing- | Event | **01/19/2023** |
| 28 | 12/23/2022 | | Motion: | Event | **TO SPECIALLY SET HEARING** |
| 27 | 12/05/2022 | | Motion to Dismiss | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 26 | 11/30/2022 | | Notice of Filing: | Event | **HEARING TRANSCRIPT** |
| 📄 | 25 | 11/23/2022 | | Response to Motion | Event | |
| 📄 | 24 | 11/21/2022 | | Motion: | Event | **TO SPECIAL SET HEARING ON VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF** |
| 📄 | 23 | 11/15/2022 | | Order Extending Time for | Event | **TO RESPOND TO PLAINTIFFS VERIFIED COMPLAINT IS GRANTED** |
| 📄 | 22 | 11/11/2022 | | Motion for Extension of Time | Event | |
| 📄 | 21 | 10/28/2022 | | Motion for Extension of Time | Event | |
| 📄 | 20 | 10/28/2022 | | Order Extending Time for | Event | **TO RESPOND TO PLAINTIFFS VERIFIED COMPLAINT** |
| 📄 | 19 | 10/25/2022 | | Notice of Hearing- | Event | **11/28/2022 AT 11:00AM** |
| | | 10/18/2022 | | Motion Calendar | Hearing | **STATUS CONFERENCE ON VERIFIED MOTION FOR EMERGENCY TEMPORARY INJUNCTION** |
| 📄 | 18 | 10/14/2022 | | Notice of Hearing- | Event | **10-18-2022** |
| 📄 | 17 | 10/13/2022 | | Notice: | Event | **OF CASE MANAGEMENT CONFERENCE** |
| 📄 | 16 | 10/13/2022 | | Motion: | Event | **TO REJECT EMERGENCY TREATMENT** |
| 📄 | 15 | 10/13/2022 | | Notice of Appearance | Event | |
| 📄 | 14 | 10/13/2022 | | Notice: | Event | **PROOF SERVICE / ATTACHED COPY OF ADMINISTRATIVE ORDER AND BLANK CASE MANAGEMENT ORDER / ATTACHED AS EXHIBITS A, B, C** |
| 📄 | 13 | 10/13/2022 | | Notice: | Event | **PROOF SERVICE / ATTACHED COPY OF ADMINISTRATIVE ORDER AND BLANK CASE MANAGEMENT ORDER / ATTACHED AS EXHIBITS A, B, C** |
| 📄 | 12 | 10/12/2022 | | Service Returned | Event | |
| 📄 | 11 | 10/12/2022 | | Service Returned | Event | |
| | | 10/11/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 10 | 10/11/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 7.**<br>Parties: BEN-DAVID M.D. KFIR |
| | | 10/11/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 10/11/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 6.**<br>Parties: MOUNT SINAI MEDICAL CENTER OF FLORIDA INC. |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 8 | 10/08/2022 | | Receipt: | Event | **RECEIPT#:3120109 AMT PAID:$20.00 NAME:RICHARD H LEVENSTEIN 2300 SE MONTEREY RD STE 100 STUART FL 34996-3343 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$20.00 RECEIPT DATE:10/08/2022 REGISTER#:312 CASHIER:EFILINGUSER** |
| 7 | 10/05/2022 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 6 | 10/05/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 5 | 10/05/2022 | | Receipt: | Event | **RECEIPT#:3100228 AMT PAID:$401.00 NAME:RICHARD H LEVENSTEIN 2300 SE MONTEREY RD STE 100 STUART FL 34996-3343 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:10/05/2022 REGISTER#:310 CASHIER:EFILINGUSER** |
| 3 | 09/30/2022 | | Motion: | Event | **TEMPORARY INJUNCTION** |
| 2 | 09/30/2022 | | Complaint | Event | |
| 1 | 09/30/2022 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



**Luis G. Montaldo**
Clerk Ad Interim

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2023 Clerk of the Courts. All rights reserved.

