IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-KMW |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
| Defendants. | |

**DEFENDANT MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(b), Federal Rules of Civil Procedure, Defendant Mount Sinai Medical Center of Florida, Inc. ("MSMC"), by its undersigned counsel, submits the following corporate disclosure statement: There is no parent corporation or any publicly held corporation owning 10% or more of MSMC's stock.

Dated: January 18, 2023

                                              Respectfully submitted,

                                              */s/ Martin B. Goldberg*
                                              MARTIN B. GOLDBERG
                                              Florida Bar No. 827029
                                              CLARK S. SPLICHAL
                                              Florida Bar No. 1010425
                                              **LASH GOLDBERG**
                                              Miami Tower
                                              100 SE 2nd Street, Suite 1200
                                              Miami, FL 33131-2158
                                              Phone: (305) 347-4040
                                              Fax: (305) 347-3050
                                              mgoldberg@lashgoldberg.com
                                              csplichal@lashgoldberg.com



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-KMW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

2



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131 • Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002