UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNT SINAI MEDICAL CENTER OF )<br>FLORIDA, a Florida Not For Profit )<br>Corporation, and KFIR BEN-DAVID, M.D. )<br>)<br>Defendants. | Case No. 1:23-CV-20188-KMW |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David ("Defendants"), by and through their undersigned counsel, hereby move this Court for an order, in the form attached as Exhibit A, extending the time within which they may respond to Plaintiff's Amended Verified Complaint (the "Amended Complaint") [DE 1-2, Ex. A] from January 24, 2023, to February 1, 2023. In support of their motion, Defendants state as follows:

1. On or about September 30, 2022, Plaintiff Paige Finkelstein, M.D. ("Plaintiff") commenced this action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Action"). On December 5, 2022, Defendants moved to dismiss Plaintiff's original complaint in the State Court Action in its entirety with prejudice.

2. During the pendency of Defendants' motion to dismiss, on December 30, 2022, Plaintiff filed and served an Amended Complaint, in which she alleges – for the first time – that she was discriminated and retaliated against in violation of federal law.



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-KMW

3. In the State Court Action, upon Defendants' motion, the court issued an order extending Defendants' time to respond to the Amended Complaint from January 12, 2023 until February 1, 2023, in order to give Defendants' additional time to investigate and respond to the new allegations in the Amended Complaint.

4. On August 17, 2023, Defendants removed this action to this Court based on the existence of federal question jurisdiction.

5. Under the Federal Rules of Civil Procedure, Rule 81(c)(2)(C), Defendants' response to the Amended Complaint is due on January 24, 2023 – that is, seven (7) days following removal.

6. Defendants therefore request an extension of time to respond to the Amended Complaint because they require additional time to gather information, investigate the allegations in Plaintiff's Amended Complaint, and prepare their response. Moreover, Defendants wish to harmonize their deadline for responding to the Amended Complaint with the extension previously granted by the state court: February 1, 2023.

7. This motion is made in good faith and not for the purpose of delay, and Defendants have not previously requested any extensions of time from this Court. Moreover, no party will be prejudiced by the extension requested.

8. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on January 18 and January 19, 2023, he conferred with Plaintiff's counsel regarding this motion and relief sought herein. Plaintiff's counsel indicated he would only agree to an extension if Defendants agreed to a substantial page limit enlargement for an unrelated brief. The undersigned counsel noted that the parties' requests were separate and unrelated, but nevertheless agreed to a page



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

enlargement for the brief Plaintiff purportedly intends to file. To date, Plaintiff's counsel has not indicated whether he consents to Defendants' request for an extension. Should Plaintiff's counsel respond, the undersigned counsel will immediately update the Court.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the time for Defendants to respond to Plaintiff's Amended Complaint to February 1, 2023.

Dated: January 19, 2023

                                                              Respectfully submitted,

                                                              */s/ Martin B. Goldberg*
                                                              MARTIN B. GOLDBERG
                                                              Florida Bar No. 827029
                                                              CLARK S. SPLICHAL
                                                              Florida Bar No. 1010425
                                                             **LASH GOLDBERG**
                                                              Miami Tower
                                                              100 SE 2nd Street, Suite 1200
                                                              Miami, FL 33131-2158
                                                              Phone: (305) 347-4040
                                                              Fax: (305) 347-3050
                                                              mgoldberg@lashgoldberg.com
                                                              csplichal@lashgoldberg.com

3


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.3050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-KMW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

                                                        By: */s/ Martin B. Goldberg*
                                                            **MARTIN B. GOLDBERG**



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200  •  Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002