# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-KMW |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court upon Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D.'s Motion for Extension of Time to Respond to Plaintiff's Verified Amended Complaint for Injunctive Relief and Damages ("Amended Complaint") [DE 1-2, Ex. A], being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D.'s Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is GRANTED.

2. Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D. shall have through and including February 1, 2023 within which to respond to Plaintiff's Amended Complaint.

                                              **KATHLEEN M. WILLIAMS**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record