UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D,  )
                        )
   Plaintiff,        )   Case No. 1:23-CV-20188-RKA
                        )
v.                      )
                        )
MOUNT SINAI MEDICAL CENTER OF )
FLORIDA, a Florida Not For Profit )
Corporation, and KFIR BEN-DAVID, M.D. )
                        )
   Defendants.

**NOTICE OF AMENDED CERTIFICATION PURSUANT TO LOCAL RULE 7.1 IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 7.1(a)(3), Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David ("Defendants"), by and through their undersigned counsel, hereby file and give notice of the following amended certification pursuant to Local Rule 7.1(a)(3) in support of their pending Motion for Extension of Time to Respond to Plaintiff's Amended Complaint:

The undersigned counsel certifies that, on January 18 and January 19, 2023, he conferred with Plaintiff's counsel regarding their motion and relief sought therein – that is, an extension of time to respond to Plaintiff's Amended Complaint from tomorrow January 24, 2023 until February 1, 2023. Plaintiff's counsel did not indicate whether he would agree to an extension. First thing this morning, on January 23, 2023, the undersigned counsel reached out again to Plaintiff's counsel to inquire whether Plaintiff consented to or objected to Defendants' requested extension and asked for a response by 12:00 p.m., noon, today so that we may update the Court. As of the time of this



LashGoldberg
LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-RKA

filing, Plaintiff's counsel still has not indicated whether he consents to Defendants' request for an extension.

          Respectfully submitted,

          */s/ Clark S. Splichal*
          MARTIN B. GOLDBERG
          Florida Bar No. 827029
          CLARK S. SPLICHAL
          Florida Bar No. 1010425
          **LASH GOLDBERG**
          Miami Tower
          100 SE 2nd Street, Suite 1200
          Miami, FL 33131-2158
          Phone: (305) 347-4040
          Fax: (305) 347-3050
          mgoldberg@lashgoldberg.com
          csplichal@lashgoldberg.com



Case No. 1:23-CV-20188-RKA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
rlevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ Clark S. Splichal*
    **CLARK S. SPLICHAL**



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002