UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D. | ) ) ) ) |
| Defendants. | |

**NOTICE OF AGREEMENT AND SECOND AMENDED CERTIFICATION PURSUANT TO LOCAL RULE 7.1 IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David ("Defendants"), file and give notice of the following agreement and second amended certification pursuant to Local Rule 7.1(a)(3):

The undersigned counsel certifies that, on January 18, January 19, and January 23, 2023, he conferred with Plaintiff's counsel regarding their motion and relief sought therein – that is, an extension of time to respond to Plaintiff's Amended Complaint from tomorrow January 24, 2023 until February 1, 2023. Plaintiff's counsel has indicated that he has no objection to the requested extension.

LashGoldberg
LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-RKA

Respectfully submitted,

*/s/ Clark S. Splichal*
MARTIN B. GOLDBERG
Florida Bar No. 827029
CLARK S. SPLICHAL
Florida Bar No. 1010425
**LASH GOLDBERG**
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-3050
mgoldberg@lashgoldberg.com
csplichal@lashgoldberg.com

2



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.3050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-RKA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
rlevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ Clark S. Splichal*
    **CLARK S. SPLICHAL**

3



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

LASHGOLDBERG.COM