UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, ) | |
| ) | |
|    Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| ) | |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D. ) | |
| ) | |
|    Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that David R. Ruffner, Esq. of LASH GOLDBERG enters his appearance as counsel for Defendants Mount Sinai Medical Center of Florida and Kfir Ben-David, M.D. All future correspondence, pleadings, and other papers in this matter directed to Defendants should be served on David R. Ruffner, Esq., druffner@lashgoldberg.com at Lash Goldberg, Miami Tower, 100 SE 2nd Street, Suite 1200, Miami, Florida 33131.



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

1:23-CV-20188-RKA

Respectfully submitted,

*/s/ David R. Ruffner*
MARTIN B. GOLDBERG
Florida Bar No. 827029
DAVID R. RUFFNER
Florida Bar No. 044874
CLARK S. SPLICHAL
Florida Bar No. 1010425
**LASH GOLDBERG**
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-3050
mgoldberg@lashgoldberg.com
druffner@lashgoldberg.com
csplichal@lashgoldberg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of January 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
rlevenstein@nasonyeager.com
jresnick@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ David R. Ruffner*
**DAVID R. RUFFNER**



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.3050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954 384.2500 • Fax: 954.384 2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002