## RETURN OF SERVICE

State of Florida                                                                 County of Miami-Dade

Case Number: 2022-018881-CA-01

Plaintiff,:
**PAIGE FINDELSTEIN, M.D.,**

vs.

Defendant,:
**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D.,**

For:
Richard H. Levenstein, Esquire
Nason, Yeager, Gerson, Harris & Fumero, PA
3001 PGA Blvd.
Suite 305
Palm Beach Gardens, FL 33410

Received by Williams Process Service, Inc. on the 11th day of October, 2022 at 2:09 pm to be served on **Mount Sinai Medical Center of Florida, Inc. Valerie Yap, Registered Agent, 4300 Alton Road, 5th Floor - Warner Bldg, Miami Beach, FL 33140**.

I, Nassim Tauil, do hereby affirm that on the **11th day of October, 2022** at **3:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Verified Complaint for Injunctive Relief and Damages with Exhibit A, Verified Motion for Emergency Temporary Injunction, Administrative Order No. 21-08, Administrative Order No. 21-09 and Joint Case Management Report** with the date and hour of service endorsed thereon by me, to: **Norma Salvatierra** as **Administrative Assistant** for **Mount Sinai Medical Center of Florida, Inc.**, at the address of: **4300 Alton Road, 5th Floor - Warner Bldg, Miami Beach, FL 33140**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 110, Hair: Grey, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Nassim Tauil

**Nassim Tauil**
ID No. 2105

**Williams Process Service, Inc.**
**721 US Highway 1**
**Suite 121**
**North Palm Beach, FL 33408**
**(561) 881-1442**

Our Job Serial Number: WPS-2022020531

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



Filing # 158634131 E-Filed 10/05/2022 01:30:15 PM

```
IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
```

CASE NO.: 2022-018881-CA-01

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons, a copy of the Plaintiff's Verified Complaint for Injunctive Relief and Damages, Plaintiff's Verified Motion for Emergency Temporary Injunction, Administrative Order No. 21-08, Administrative Order No. 21-09 and Joint Case Management Report, in this action on Defendant:

        MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC.,
        a Florida Not For Profit Corporation
        VALERIE YAP, Registered Agent
        4300 ALTON ROAD - 5TH FLOOR-WARNER BLDG
        MIAMI BEACH, FL 33140

Each Defendant is required to serve written defenses to the Complaint or Petition on

**RICHARD H. LEVENSTEIN, ESQUIRE**

Plaintiff's attorney, whose address and phone number is:

**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone: (561) 686-3307

within 20 days after service of this summons on that Defendant, exclusive of the day of service, holidays and weekends, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Aliean Simpkins Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355; Email ADA@jud11.flcourts.org at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED: _____10/11/2022_____

HARVEY RUVIN
CLERK OF THE CIRCUIT COURT

By:_____
    Deputy Clerk

(SEAL)

2