## RETURN OF SERVICE

State of Florida                                          County of Miami-Dade

Case Number: 2022-018881-CA-01

Plaintiff,:
**PAIGE FINDELSTEIN, M.D.,**

vs.

Defendant,:
**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D.,**

For:
Richard H. Levenstein, Esquire
Nason, Yeager, Gerson, Harris & Fumero, PA
3001 PGA Blvd.
Suite 305
Palm Beach Gardens, FL 33410

Received by Williams Process Service, Inc. on the 11th day of October, 2022 at 2:09 pm to be served on **Kfir Ben-David M.D., 4306 Alton Road, 2nd Floor, Miami Beach, FL 33140**.

I, Nassim Tauil, do hereby affirm that on the **11th day of October, 2022** at **4:05 pm, I:**

served an **AUTHORIZED** individual by delivering a true copy of the **Summons, Verified Complaint for Injunctive Relief and Damages with Exhibit A, Verified Motion for Emergency Temporary Injunction, Administrative Order No. 21-08, Administrative Order No. 21-09 and Joint Case Management Report** with the date and hour of service endorsed thereon by me, to: **Norma Salvatierra** as **Administrative Assistant** at the address of: **4300 Alton Road, 5th Floor, Miami, FL 33140**, who stated they are authorized to accept service for **Kfir Ben-David**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 110, Hair: Grey, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.



**Nassim Tauil**
ID No. 2105

**Williams Process Service, Inc.
721 US Highway 1
Suite 121
North Palm Beach, FL 33408
(561) 881-1442**

Our Job Serial Number: WPS-2022020533

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-018881-CA-01

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons, a copy of the Plaintiff's Verified Complaint for Injunctive Relief and Damages, Plaintiff's Verified Motion for Emergency Temporary Injunction, Administrative Order No. 21-08, Administrative Order No. 21-09 and Joint Case Management Report, in this action on Defendant:

    KFIR BEN-DAVID, M.D.
    4306 ALTON ROAD
    MIAMI BEACH, FL 33140

Each Defendant is required to serve written defenses to the Complaint or Petition on

**RICHARD H. LEVENSTEIN, ESQUIRE**

Plaintiff's attorney, whose address and phone number is:

**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone: (561) 686-3307

within 20 days after service of this summons on that Defendant, exclusive of the day of service, holidays and weekends, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Aliean Simpkins Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355; Email ADA@jud11.flcourts.org at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED:  10/11/2022

HARVEY RUVIN
CLERK OF THE CIRCUIT COURT

By: 324337
Deputy Clerk

(SEAL)

2