UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

| | |
|---|---|
| **Plaintiff:** | **Paige Finkelstein, M.D.** |
| **Attorney for Plaintiff:** | **Richard H. Levenstein, Esquire** |
| **Attorney for Plaintiff:** | **Gabrielle Sliwka, Esquire** |
| **Law Firm representing Plaintiff** | **Nason, Yaeger, Gerson, Harris & Fumero, P.A.** |

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

| | |
|---|---|
| **Defendant:** | **Mount Sinai Medical Center of Florida, Inc.** |
| **Defendant:** | **Kfir Ben-David, M.D.** |
| **Attorney for Defendant:** | **Martin B. Goldberg, Esquire** |
| **Attorney for Defendant:** | **Clark S. Splichal, Esquire** |
| **Attorney for Defendant:** | **David R. Ruffner, Esquire** |
| **Law Firm representing Defendant:** | **Lash & Goldberg, LLP** |

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Plaintiff:  Paige Finkelstein, M.D.**

5.) Check one of the following:

    __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    **-or-**

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and served by E-Mail through the Florida Courts E-Filing Portal on February 3, 2023 to the following:

***Attorneys for Defendants***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:    (561) 686-3307
Facsimile:    (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
 creyes@nasonyeager.com

By:    /s/ Richard H. Levenstein
        Richard H. Levenstein
        Florida Bar No. 235296