IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) ) ) ) |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
JOINT SCHEDULING REPORT**

Plaintiff, PAIGE FINKELSTEIN, M.D. ("Plaintiff"), and Defendants, MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC. and KFIR BEN-DAVID, M.D. ("Defendants") (collectively the "Parties"), pursuant to Rule 6(b), Fed. R. Civ. P., file this joint motion to extend the time to file a Joint Scheduling Report, as set forth in this Court's Order Requiring Removal Status Report and Joint Scheduling Report, dated January 25, 2023 (ECF No. 11). In support of this joint motion, the Parties state as follows:

1. This action was removed to this Court by Defendants on January 17, 2023. ECF No. 1.

2. By Order dated January 25, 2023, this Court directed the Parties to submit a Joint Scheduling Report by February 7, 2023. ECF No. 11. In preparation of the report, the Parties held a Rule 26(f) conference on February 2, 2023.

3. On February 7, 2023, this Court held a hearing *sua sponte* where it ruled that Plaintiff's Amended Complaint must be stricken and directed Plaintiff to file a new amended

complaint on or before February 17, 2023. Thus, at present, there is no operative pleading in this case.

4. As a result, the Parties respectfully request a brief extension of time to file a Joint Scheduling Report, from the current deadline of February 7, 2023, until ten (10) days after Plaintiff's filing of a new amended complaint.

5. This joint motion is made in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that this Court grant their joint motion and hereby extend the time to file a Joint Scheduling Report from its current deadline of February 7, 2023, until ten (10) days after Plaintiff's filing of a new amended complaint.

Dated: February 7, 2023

Respectfully jointly submitted,

| | |
|---|---|
| **NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.** <br> 3001 PGA Boulevard, Suite 305 <br> Palm Beach Gardens, FL 33410 <br> Tel: (561) 686-3307 <br> Fax: (561) 686-5442 <br> *Attorneys for Plaintiff* | **LASH GOLDBERG LLP** <br> Suite 1200, Miami Tower <br> 100 Southeast Second Street <br> Miami, Florida 33131-2100 <br> Tel: (305) 347-4040 <br> Fax: (305) 347-4050 <br> *Attorneys for Defendants* |
| By: */s/ Richard H. Levenstein* <br> **RICHARD H. LEVENSTEIN** <br> Florida Bar No. 235296 <br> Email: relevenstein@nasonyeager.com <br> **GABRIELLE O. SLIWKA** <br> Florida Bar No. 1022654 <br> Email: GSliwka@nasonyeager.com | By: */s/ Martin B. Goldberg* <br> **MARTIN B. GOLDBERG** <br> Florida Bar No. 0827029 <br> Email: mgoldberg@lashgoldberg.com <br> **DAVID R. RUFFNER** <br> Florida Bar No. 044874 <br> Email: druffner@lashgoldberg.com <br> **CLARK S. SPLICHAL** <br> Florida Bar No. 1010425 <br> Email: csplichal@lashgoldberg.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 7, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

*/s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

## SERVICE LIST

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
jresnick@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*

Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark S. Splichal, Esq.
**LASH & GOLDBERG LLP**
Suite 1200, Miami Tower
100 Southeast Second Street
Miami, Florida 33131-2100
(305) 347-4040 Telephone
(305) 347-4050 Facsimile
mgoldberg@lashgolberg.com
druffner@lashgoldberg.com
csplichal@lashgoldberg.com
rdiaz@lashgoldberg.com
mwallace@lashgoldberg.com
*Attorneys for Defendants*