# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

THIS CAUSE came before the Court upon Plaintiff, Paige Finkelstein, M.D., and Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D.'s (collectively the "Parties") Joint Motion for Extension of Time to File Joint Scheduling Report, being otherwise fully advised in the premises and of the agreement between the Parties regarding the relief sought, it is hereby ORDERED AND ADJUDGED as follows:

1. The Parties' Joint Motion for Extension of Time to File a Joint Scheduling Report is GRANTED.

2. The Parties shall have until ten (10) days after Plaintiff files a new amended complaint to file a Joint Scheduling Report.

                                                                                                                                                                                                                                                                                                                         **ROY K. ALTMAN**
                                                                                                                                                                                                                                                                                                                         **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record