# Exhibit 1



**From:** Personal <paige@finkelstein.us>
**Sent:** Tuesday, February 7, 2023 5:41 PM
**To:** Cynthia Rivera <Cynthia.Rivera@msmc.com>; Robert Poppiti <Robert.Poppiti@msmc.com>; liliam.santiestaban@msmc.com <liliam.santiestaban@msmc.com>
**Subject:** RE: Special Review Committee interview with you - Email 1 of 7

**CAUTION: \*\*CYBER RISK - EXTERNAL EMAIL\*\* This email is from outside MSMC. Please use caution with attachments and links.**

Hello all,
Consistent with my prior communications in keeping this committee fully updated, please find latest updates attached. Due to the size of the attachments, I have broken them down into several emails. These materials are also being sent to the ACGME. Please review fully. This is email 1/7.
Paige Finkelstein

**From:** Personal <paige@finkelstein.us>
**Sent:** Friday, December 30, 2022 2:16 PM
**To:** 'Cynthia Rivera' <Cynthia.Rivera@msmc.com>; Robert.poppiti@msmc.com; liliam.santiestaban@msmc.com
**Subject:** RE: Special Review Committee interview with you

Dr. Rivera, Dr. Poppiti, and Dr. Santiesteban,

Attached please find the Amended Complaint we have filed with the court today.

As I previously mentioned, you should be aware from reading my ACGME complaint, and now, from the revised legal filing, there are other witnesses that are ready to testify and may be subpoenaed during trial. The integrity of the Committee's report rests on the efforts to fully explore the allegations my complaint and filings contain.  We expect the information surrounding these unfortunate circumstances and Dr. Ben David will come to light because of the litigation.

Considering the additional facts included in this Amended Complaint, I ask that you act swiftly to address the issues I have raised about Dr. Kfir Ben-David and the General Surgery Residency Program.  A copy of the revised complaint has been forwarded to the ACGME's General Counsel and Kourtney Zimmermann at the ACGME as well.

Paige Finkelstein, MD, MPH

---

**From:** Cynthia Rivera <Cynthia.Rivera@msmc.com>
**Sent:** Monday, November 14, 2022 3:12 PM
**To:** Personal <paige@finkelstein.us>
**Subject:** Re: Special Review Committee interview with you

Ok, thank you for responding.   I understand.

*Cynthia I. Rivera, M.D., F.A.C.P.*

*ABIM Certified, Internal Medicine/Infectious Diseases*

*Program Director, Infectious Diseases Fellowship*

*Associate Program Director, Internal Medicine Residency*

*Assistant Professor of Clinical Medicine*

*Herbert C Wertheim College of Medicine, Florida International University*

*Mount Sinai Medical Center*

*Miami Beach, Florida*

*(305) 674-2766 phone*

*(305) 674-2765 fax*

---

**From:** Personal <paige@finkelstein.us>
**Sent:** Monday, November 14, 2022 12:44 PM
**To:** Cynthia Rivera <Cynthia.Rivera@msmc.com>; Robert Poppiti <Robert.Poppiti@msmc.com>; liliam.santiestaban@msmc.com <liliam.santiestaban@msmc.com>
**Subject:** RE: Special Review Committee interview with you

**CAUTION: \*\*CYBER RISK - EXTERNAL EMAIL\*\* This email is from outside MSMC. Please use caution with attachments and links.**

Dr. Rivera,

I received your request for me to meet with the Special Review Committee. Because of the active litigation, and at the advice of counsel, I am currently unable to participate.

In the meantime, as the filed complaint is public record, I am attaching it for the Special Review Committee's benefit as it documents some of the transgressions Dr. Ben David has subjected myself as well as other nurses, residents, and attendings to. An updated filing including the EEOC complaints will be available soon, which I will forward  as well when permitted.

You should be aware from reading my ACGME complaint, and now, from the legal filing, there are other witnesses that are ready to testify and may be subpoenaed during trial. The integrity of the Committee's report rests on the efforts to fully explore the allegations my complaint and filings contain.  Without doubt, the information surrounding these unfortunate circumstances and Dr. Ben David will come to light over the next several months.

Dr. Paige Finkelstein

---

**From:** Cynthia Rivera <Cynthia.Rivera@msmc.com>
**Sent:** Friday, November 11, 2022 7:44 PM
**To:** paige@finkelstein.us
**Subject:** Special Review Committee interview with you

Dear Dr. Finkelstein,

     The Mount Sinai Medical Center Graduate Medical Education Committee (GMEC), which has responsibility for the oversight of Mount Sinai's ACGME-accredited residency and fellowship programs, is conducting a "Special Review" of the Residency in Surgery (the "Program").  The review is being conducted by a Special Review Committee, consisting of myself (Associate Program Director, Residency in Internal Medicine, and Program Director, Infectious Diseases Fellowship) as Chair, Dr. Robert Poppiti (Department of Pathology) and Dr. Liliam Santiesteban (Chief Resident, Psychiatry).  The Committee is evaluating the Program's compliance with ACGME requirements, specifically as to certain matters raised in your June 2022 complaint to the ACGME.

     The Special Review Committee is currently in the process of gathering information about the Program, through a review of documents and data, and by conducting interviews with faculty, staff and residents within the Program or who interacted with the Program, including during the time of your training in the Program from June 2018 – January 2021.  The results of our review will be shared with the GMEC, to support the GMEC in carrying out is ACGME-accredited program oversight responsibilities.

     I am inviting you to meet with the Committee for an interview on **November 15 at 11:00 a.m. EST** or on **November 18 at 1:00 p.m. EST**.  You are not obligated to speak with us, but if you would like to do so, you are welcome to participate remotely by Zoom, or to come to Miami for an in-person interview.

     Although the members of the Special Review Committee are aware of the lawsuit that you commenced against Mount Sinai and Dr. Ben-David, our review focuses on ACGME accreditation questions, and not on the litigation.  Interviews with the Committee are collegial, professional sessions, and will be conducted without legal counsel.

     Please advise at your earliest convenience if you would like to accept our invitation for an interview with the Committee, and, if so, for which date.

Thank you,

Cynthia I. Rivera, M.D.
Chair, Special Review Committee

*Cynthia I. Rivera, M.D., F.A.C.P.*

*ABIM Certified, Internal Medicine/Infectious Diseases*

*Program Director, Infectious Diseases Fellowship*

*Associate Program Director, Internal Medicine Residency*

*Assistant Professor of Clinical Medicine*

*Herbert C Wertheim College of Medicine, Florida International University*

*Mount Sinai Medical Center*

*Miami Beach, Florida*

*(305) 674-2766 phone*

*(305) 674-2765 fax*

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.