# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, Kfir Ben-David, M.D. and Mount Sinai Medical Center of Florida, Inc., respectfully submit as supplemental authority in support of their Motion to Amend/Correct Order [ECF. No. 31] the case of *Survivor v. Our Kids of Miami-Dade/Monroe, Inc.*, 2016 WL 950952 (S.D. Fla. Mar. 7, 2016). A copy of the case is attached hereto as Exhibit A.

Dated: February 10, 2023                    Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040 | Fax: (305) 347-4050
*Counsel for Defendants*

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
Email: mgoldberg@lashgoldberg.com
**DAVID R. RUFFNER**
Florida Bar No. 044874
Email: druffner@lashgoldberg.com
**CLARK S. SPLICHAL**
Florida Bar No. 1010425
Email: csplichal@lashgoldberg.com

Case No. 1:23-CV-20188-RKA

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
Counsel for Defendant Kfir Ben-David, M.D.

By: */s/ Gary A. Orseck*
 **GARY A. ORSECK**
 Florida Bar No. 846015 [1]
 Primary Email: gorseck@kramerlevin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 10, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
 **MARTIN B. GOLDBERG**

## SERVICE LIST

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
jresnick@nasonyeager.com
*Attorneys for Plaintiff*

---

[1] Mr. Orseck has made application for admission to the S.D. Fla. Bar.