**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-20188-ALTMAN/Reid**

**PAIGE FINKELSTEIN, M.D.**,

    *Plaintiff*,

v.

**MOUNT SINAI MEDICAL CENTER OF FLORIDA**, *et al.*,

    *Defendants*.

_____/

**ORDER ON THE DEFENDANTS' MOTION TO AMEND [ECF NO. 28] OUR ORDER ON MOTION TO STRIKE**

On February 9, 2023, our Defendants filed a motion asking us to amend our previous order sealing and striking certain filings from the record. *See* Defendants' Motion to Amend Order on Motion to Strike (the "Motion") [ECF No. 31]. Specifically, the Defendants ask us to seal some documents on our record that refer to statements we sealed or struck in our previous order. *See id.* at 4–5. They also request that we order the Plaintiff not to file or disseminate those sealed filings to third parties. *Ibid.* We held a hearing on the Motion on February 10, 2023. *See* Paperless Minute Entry [ECF No. 35]. For the reasons stated on the record at that hearing, we hereby **ORDER AND ADJUDGE** as follows:

1. The Clerk of Court is directed to **SEAL** the following filings:

    a. The Defendants' Motion to Dismiss [ECF No. 17];

    b. The Defendants' Motion to Strike [ECF No. 19];

    c. The Defendants' Amended Motion to Strike [ECF No. 20]; and

      d. The additional copy of the Amended Complaint [ECF No. 24-26].[1]

2. The Plaintiff is **ORDERED** to retract any sealed or stricken filings in this case that she may have provided to the Equal Employment Opportunity Commission, the Accreditation Council for Graduate Medical Education, the Special Review Committee at Mount Sinai Medical Center of Florida, Inc., or *any* other third parties.

3. The Plaintiff is also **ORDERED** to refrain from further dissemination of the sealed or stricken filings. We note, however, that, subject to any applicable state or federal laws, the Plaintiff *is* free to file or disseminate any information or documents that (she believes) may support her cause, to whomever she pleases, so long as that information does not violate our directive not to disseminate *sealed* or *stricken* filings from our case.

**DONE AND ORDERED** in the Southern District of Florida on February 13, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] We note that the Motion erroneously cites [ECF No. 24-22] when directing us to the additional copy of the Amended Complaint. *See* Motion at 5. Since the additional copy of the Amended Complaint is appended as Exhibit 26 to the Notice of Filing Copies of All Records and Proceedings Before the State Court [ECF No. 24], the correct citation is [ECF No. 24-26].