To: Elliot Goodman

**Elliot:** Sorry to say it again - but the BI thing is over
U need to send that withdrawal email in ASAP - then we can see what my friend Burt says

Mar 8, 12:39

**Me:** I sent the email. All of this is because of Dr. Ben David's lack of support right? Was there any other reason?

**Elliot:** Nope

**Me:** Apologies, nope to which part?

**Elliot:** No other reason

Thursday, Mar 10 • 11:37



**To**  Elliot Goodman

**E:** I spoke to Dr. Surick New Jersey last night I unfortunately had the same evaluation of your situation as me
I also spoke to Dr. Aldoroty who was very sympathetic but also didn't offer any hope
As I said before it's tough but I think you will need to shift your focus towards a career outside of clinical medicine

**Me:** So even though I have all of this support from other doctors, and people who have corroborated what I'm saying, my career has to end because of Dr. Ben David?

**E:** I think that that is the sad reality at the moment

Mar 10, 11:42

**Timothy Lee**

**T** Yes I'll let you know

Sunday, Oct 10, 2021 • 17:57

**T** It went fine. He mentioned KBD and asked for my opinion. I still endorsed you. He sounded reassured and said he'd talk to Karen and Bao.

Amazing

Love ya

**T** He was concerned because KBD said you are unprofessional with the staff and patients. If you get this job please do your best to be professional.

Lol that's not true

Text message