# Redacted

**From:** Barry M. Wax <barry@barrywax.com>
**Sent:** Thursday, January 28, 2021 12:14 PM
**To:** Paige Finkelstein <paige@finkelstein.us>
**Cc:** Redacted
**Subject:** FW: Paige Finkelstein, M.D.
**Importance:** High

Paige and David,

I spoke with Arnie Jaffee yesterday and the hospital will agree to give you a letter of successful completion of your 2nd year and an internship diploma in exchange for a signed release. Perhaps we should have a conference this afternoon to discuss it and come to a decision collectively.

They cannot give you a copy of your MSPE letter as it is confidential. I reviewed your email dated 1/20 in which you included the following:

==UM website:==

==https://med.miami.edu/en/medical-education/divisions/registrar/alumni-services==

==MSPE Request==

==To request an MSPE, please fill out the [FERPA Alumni Request Form](). Please note that the Dean's Letter (MSPE) is sent as a hard copy or emailed as a secure pdf to a requesting institution. It cannot be faxed nor given directly to the student/alumni.==

Arnie verified the same, and told me he called UM before getting back to me to verify it was not able to be released to you, which is exactly what this passage says. Mt. Sinai will not violate that protocol.

I don't understand why the schools expect you to include documents in 1 pdf file if the majority of them cannot be disclosed directly to you. When discussing this with Arnie and advising him the directions were coming from ABSGME he was surprised also.

Perhaps the application submission requirements are conflating the request for these documents from the specific institutions with the actual documents. Perhaps you can obtain additional guidance from the ABSGME.



**Law Offices of Barry M. Wax**
**701 Brickell Avenue**
**Suite 1550**
**Miami, Florida 33131**
**(305) 373-4400 - Office**
**(305) 728-5139 – Fax**
[www.barrywax.com](http://www.barrywax.com)
**Primary E-mail Address for Service of Pleadings: [barry@barrywax.com](mailto:barry@barrywax.com)**

**"The criminal defense lawyer marches into the pit, often unloved by everyone in the courtroom, but with the courage, strength and mind to make our Constitution live as a vibrant being in that courtroom on behalf of someone who at that moment stands for all the principles of freedom and dignity that have been preserved in our constitution. It is a chore in many respects. It is difficult in all respects. It is tiring. It is demanding. But it is what we signed up for." – Albert Krieger**

**From:** Arnold Jaffee <[Arnold.Jaffee@msmc.com](mailto:Arnold.Jaffee@msmc.com)>
**Sent:** Wednesday, January 27, 2021 5:03 PM
**To:** Barry M. Wax <[barry@barrywax.com](mailto:barry@barrywax.com)>
**Subject:** Paige Finkelstein, M.D.

Barry,

I have prepared the attached release for your review with Dr. Finkelstein.  Please let me know if you have any questions or comments.  Best regards.
--Arnie

Arnie Jaffee
Senior Vice President and General Counsel
Mount Sinai Medical Center
Warner Building, Fifth Floor
4300 Alton Road
Miami Beach, Florida 33140
phone: (305) 674-2444
fax: (305) 674-2007
e-mail: ajaffee@msmc.com



Mount Sinai Top 100

MSMC Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain CONFIDENTIAL or PRIVILEGED information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and immediately destroy all copies of the original message and all attachments.

**FULL AND FINAL RELEASE OF ALL CLAIMS**

I agree that in exchange for MOUNT SINAI MEDICAL CENTER of FLORIDA, INC. (the "Hospital") providing me, in connection with my application for a medical residency program, with:

(i) a letter from the general surgery program director or other qualified individual stating that I completed two years of medical residency in general surgery; and

(ii) a diploma from completing my intern (1st) year;

I forgive, release and discharge the Hospital from and against any and all actions, claims or demands that now exist, or may hereafter exist, against the Hospital and any other person, corporation, association or partnership employed by or associated with the Hospital arising out of any and all incidents that may have occurred during, or in relation to, my medical residency at the Hospital from the beginning of time to the date of this Release.  I understand that I am providing a full and final release of all known or unknown and anticipated or unanticipated claims, payments, injuries or damages, I agree not to institute administrative proceedings or a lawsuit against the Hospital, and I represent and warrant that no other person or entity has initiated or will initiate such proceedings or lawsuit on my behalf.

I warrant that: (i) no promise or inducement has been offered to me except for the Hospital providing the designated two items stated above (the "Stated Items"); and (ii) I have signed and given this Release without relying on any statement or representation by the Hospital or any other person or parties released, or their representatives, other than the Hospital providing the Stated Items.

IN WITNESS WHEREFORE, I have signed this Release on _____, 2021.

_____
Paige Finkelstein, M.D.


_____
Signature (Witness)

Print Name: _____


_____
Signature (Witness)

Print Name: _____