Case 1:23-cv-20188-RKA   Document 40-5   Entered on FLSD Docket 02/24/2023   Page 1 of 58

SEARCH THIS WEBSITE

Home    About    Membership    Jobs    Resources    Grants/Awards    Meetings    Publications    Webinars    Leadership    Blog    Log In

FEBRUARY 7, 2018 BY LEE SQUITIERI, MD

# From female surgery resident to leader: the importance of emotional intelligence and feedback

Soliciting and receiving feedback is an essential component of leadership and professional development, particularly in the context of graduate medical education. For female surgical trainees, obtaining constructive feedback from colleagues and superiors may be more challenging than for their male counterparts. Women in the workplace are 1.4 times as likely to receive critical *subjective* feedback, instead of either positive feedback or critical *objective* feedback.[1] Female performance is also more likely attributed to personality traits or characteristics rather than actual abilities.[1-2]

Despite modest progress over the past decade, women in surgery still face substantial gender gaps in academic promotion and financial compensation.[4-6] Gender bias in performance reviews may lead to double standards at work and impact opportunities for advancement.[1,3] On November 10-11, 2017, the Michigan Women's Surgical Collaborative organized an inaugural conference to provide dedicated leadership training to female surgeons and trainees. Below is a summary of strategies shared at the conference that may help female surgery residents, like myself, obtain useful feedback and increase their leadership potential.

*Understand your personality and how your behaviors are perceived by others*

One of the most encouraging things that I learned at this conference was that female surgery leaders come from a broad range of backgrounds, and there is no single personality type that predicts success. Speakers and attendees included a diverse array of female leaders in surgery that were introverted, extroverted, quick/decisive, and slow/deliberate. Leadership training included didactic discussion regarding the strengths, weaknesses, and unique challenges associated with each personality trait.[7]

Women in surgery must be especially self-aware of their behaviors and how these behaviors are perceived by those around them. In order to improve emotional intelligence, women should strive to understand things that others see about them that they do not see themselves (a.k.a. the "blind self").[8-9] If traditional 360 degree evaluations do not provide enough contextual detail, women may consider performing a reflected best-self exercise, which involves comparing self-narratives of interactions to stories solicited from a network of trusted peers and evaluators.[10-11] Finally, in addition to retrospective understanding of behavior and interactions, women should also strive to be more mindful of how psychological expectations and "mental models" influence their perception of other peoples' behavior during interpersonal interactions and potentially influence their own behavior toward others.[7]

*Identify opportunities for clinical and technical skill development and create a plan for growth*

Assessment of competence in surgery is currently ill-defined and subjectively evaluated, lending itself to potential gender bias.[12] The development of objective measures of autonomy, such as surgical milestones and entrustable professional activities (EPAs) have the potential to standardize resident experiences and reduce gender disparity among future trainees.[13-14] However, many female residents may continue to experience gender

## LOG IN

Email

Password

☐ Remember Me

Log In

Lost your password?

## AAS COMMITMENT TO DIVERSITY IN ACADEMIC SURGERY



**SAVE THE DATE: 2023 ACADEMIC SURGICAL CONGRESS**

Save the date for the 18th ASC!
**February 7-9, 2023**
Hilton Americas-Houston
Houston, TX
More information coming soon. **Learn more>>**

## 2023 AAS FALL COURSES



Save the Date! Saturday, October 21, 2023 Boston , MA Courses will take

related differences in operative autonomy and choose to internalize critical feedback rather than attempt to improve their educational experience.

place immediately prior to the ACS Clinical ... More Information »

A survey of 116 attending surgeons evaluated the importance of 13 different subjective and objective factors on resident autonomy in the operating room.[15]  Among the non-objective items at risk for potential gender bias, 2 were subjective evaluations of competence (recitable knowledge base, observed clinical skill), 2 were subjective assessments of personal characteristics (resident professionalism, resident confidence level), and 1 was an a-priori judgement made without any previous contact with the resident (resident reputation).[15]  Although female trainees may not be able to influence gender bias in the minds of some evaluators, they should be aware that gender bias in operative training exists and attempt to set objective clinical and technical educational goals within each rotation.  Furthermore, by becoming more self-aware and increasing their emotional intelligence, female trainees may also improve their reputation and be seen as more professional and confident.

_Conflict is an opportunity to learn and collaborate_

Learning how to engage in healthy and constructive conflict is a critical component of leading high-functioning teams.  Compared to destructive conflict that causes division among teams and decreases efficiency, constructive conflict encourages the exchange of ideas and builds relationships to solve a problem.[16]  Throughout surgical training many residents are taught to remain quiet, do as they are told, and avoid confrontation.  Although avoiding conflict may improve clinical efficiency among hierarchical surgical teams during busy/stressful situations, this approach does not train surgeons how to become leaders of multidisciplinary teams or manage inevitable conflicts that arise during training and practice.

Research has shown men may be more prepared than women to handle and resolve conflict.[17]  This may lead to differences in post-conflict perception and disadvantage female satisfaction and reputation among peers in the workplace.[18]  Because conflict among peers and colleagues is inevitable, women should develop strategies to engage in constructive healthy conflict.  The first step to accomplishing this is to embrace conflict and view it as a learning opportunity.  Conflicts will rarely resolve themselves and if not dealt with proactively and properly can lead to damaging escalation that could have been prevented.

Strategies to encourage good conflict include listening to the alternate perspective and summarizing/clarifying the issues.[16]  Avoiding or failing to acknowledge other's viewpoints will only lead to increased frustration and lack of engagement toward finding a solution.  Women should avoid communication distractions and remain focused on the common goal to finding a solution.  Finally, once the conflict is over women should quickly reconcile their emotions and embrace repair of the relationship with their colleague.[17]

_Evaluate your core values to improve satisfaction and prevent burnout_

Studies have shown that burnout disproportionately affects women, both in surgical practice and during residency.[19-20]  Potential reasons for this discrepancy include higher levels of work-home conflict and increased gender stereotypes that exact tolls on female psychological well-being.[20-21]  A recent survey of 566 surgical residents demonstrated that increased dispositional mindfulness was associated with a lower risk of stress, anxiety, depression, burnout, and suicidal ideation.[19]  Dispositional mindfulness refers to the innate ability to pay attention to one's thoughts, emotions, and experiences in a non-reactive objective manner.  It is a potentially modifiable personal characteristic that may confer resilience to stress.

During the MWSC 2017 conference, each participant took a survey to learn more about the driving forces that motivate their behavior and reaction toward conflict.[7]  When surrounded by people who share similar driving forces, most individuals will feel as though they fit in and become energized by their work.  However, when surrounded by people whose driving forces are significantly different from their own, a person may be perceived as out of the mainstream and this can induce personal stress and conflict.  As residents progress through training and make important career choices, they should seek

mentorship to critically evaluate their own driving forces and the driving forces of their work environment to improve satisfaction and help prevent burnout.

**Conclusion**

Over the past 30 years, the feedback process for surgical training has transitioned from one-way critique to more of an active 360 degree dialogue between residents and attendings.  Although several studies have explored ways to improve attending feedback to resident trainees, considerably less discussion has focused on ways residents can actively seek better feedback from their evaluators.  This review highlights information and strategies shared at the 2017 MWSC conference that may help surgical trainees, like myself, engage their attendings to provide more concrete and constructive feedback. Although leadership training is not a formal part of most surgical residency programs, becoming an effective leader is necessary for everything we do (e.g., leading operating room teams, engaging with clinic staff, performing high level research, etc.).  By understanding our mental models, personality, and behaviors we will be better positioned to interact with the world around us and with ourselves.

**References:**

- Cecchi-Dimeglio P. How Gender Bias Corrupts Performance Reviews, and What to do About it.  Harvard Business Review. https://hbr.org/2017/04/how-gender-bias-corrupts-performance-reviews-and-what-to-do-about-it.  Published April, 2017. Accessed  November 16, 2017.
- Snyder K. The Abrasiveness Trap: High-Achieving Men and Women are Described Differently in Reviews.  http://fortune.com/2014/08/26/performance-review-gender-bias/. Published August, 2014. Accessed November 16, 2017.
- Silverman RE . Gender Bias at Work Turns up in Feedback: Research Suggests Women and Men are Assessed Differently, Affecting their Advancement. https://www.wsj.com/articles/gender-bias-at-work-turns-up-in-feedback-1443600759. Published September, 2015.  Accessed November 16, 2017.
- Association of American Medical Colleges. The State of Women in Academic Medicine: The Pipeline and Pathways to Leadership, 2013-2014. Washington, D.C., Association of American Medical Colleges, 2014.  https://members.aamc.org/eweb/upload/The%20State%20of%20Women%20in%20Academic%20Medicine%202013-2014%20FINAL.pdf. Published 2014.  Accessed November 11, 2017.
- Abelson JS, Chartrand G, Moo TA, Moore M, Yeo H. The Climb to Break the Glass Ceiling in Surgery: Trends in Women Progressing from Medical School to Surgical Training and Academic Leadership from 1994 to 2015. *Am J Surg* 2016; 212(4): 566-572.
- Jena AB, Olenski AR, Blumenthal DM. Sex Differences in Physician Salary in US Public Medical Schools.  *JAMA Intern Med* 2016; 176(9): 1294-1304.
- Dombrowski, Janet. "Understanding Your Personal Style: Leadership." Michigan Women's Surgical Collaborative Women in Surgery Leadership Development Conference, 11 Nov 2017, Graduate Hotel, Ann Arbor, MI.
- Roberts LM, Spreitzer G, Dutton J, Quinn R, Heaphy E, Barker B. How to Play Your Strengths.  *Harv Bus Rev* 2005; 83(1): 74-80.
- Lee, Julia. "Bringing Your Best Self to Work: The Power of seeing Yourself through Others' Eyes." Michigan Women's Surgical Collaborative Women in Surgery Leadership Development Conference, 10 Nov 2017, Graduate Hotel, Ann Arbor, MI.
- Wong, Sandra. "Emotional Intelligence: The X-Factor." Michigan Women's Surgical Collaborative Women in Surgery Leadership Development Conference, 11 Nov 2017, Graduate Hotel, Ann Arbor, MI.
- Ramani S, Konings K, Mann KV, van der Vleuten C. Uncovering the Unknown: A Grounded Theory Study Exploring the Impact of Self-Awareness on the Culture of Feedback in Residency Education.  *Med Teach* 2017; 39(10): 1065-1073.
- Meyerson SL, Sternbach JM, Zwischenberger JB, Bender EM. The Effect of Gender on Resident Autonomy in the Operating Room.  *J Surg Educ* 2017; Epub ahead of print.
- Surgery Milestones. The Accreditation Council for Graduate Medical Education. Available at: http://www.acgme.org/Specialties/Milestones/pfcatid/24/Surgery. Accessed 1/17/18.
- ten Cate O. Nuts and Bolts of Entrustable Professional Activities. *J Grad Med Educ* 2013; 5(1): 157-158.

- Teman, NR, Gauger PG, Mullan PB, Tarpley JL, Minter RM. Entrustment of General Surgery Residents in the Operating Room: Factors Contributing to Provision of Resident Autonomy. *J Am Coll Surg* 2014; 219: 778-787.
- Kibbe, Melina. "Not All Conflict is Bad." Michigan Women's Surgical Collaborative Women in Surgery Leadership Development Conference, 11 Nov 2017, Graduate Hotel, Ann Arbor, MI.
- Benenson JF, Kuhn MN, Ryan PJ, Ferranti AJ, Blondin R, Shea M, Charpentier C, Thompson ME, Wrangham RW. Human Males Appear More Prepared than Females to Resolve Conflicts with Same Sex Peers. *Hum Nat* 2014; 25(2): 251-268.
- Women's Network Australia. Managing Conflict in the Workplace: How Women Do It? http://www.womensnetwork.com.au/blog/managing-conflict-in-the-workplace-how-women-do-it. Published August, 2016. Accessed November 11, 2017.
- Lebares CC, Guvva EV, Ascher NL, O'Sullivan PS, Harris HW, Epel ES. Burnout and Stress Among US Surgery Residents: Psychological Distress and Resilience. *J Am Coll Surg* 2017; Epub ahead of print.
- Dyrbye LN, Shanafelt TD, Balch CM, Satele D, Sloan J, Freischlag J. Relationship Between Work-Home Conflicts and Burnout Among American Surgeons: A Comparison by Sex. *Arch Surg* 2011; 146(2): 211-217.
- Salles A, Mueller CM, Cohen GL. Exploring the Relationship between Stereotypical Beliefs and Residents' Well-Being. *J Am Coll Surg* 2016; 222(1): 52-58.

&#9823; **Bio**    &#9993; **Latest Posts**

### Lee Squitieri, MD

Dr. Lee Squitieri is plastic surgery resident at the University of Southern California. She received her M.D. from the University of Michigan and Ph.D. from the University of California, Los Angeles through the Robert Wood Johnson Clinical Scholars Program. She is interested in reconstructive surgery and quality improvement/surgical value of care.

**PREVIOUS AND NEXT POSTS**

WRITING TIPS FOR THE BUSY ACADEMIC SURGEON

ACCEPTING, RECEIVING AND UNDERSTANDING FEEDBACK

Association for Academic Surgery
11300 W. Olympic Blvd, Suite 600
Los Angeles, CA 90064
Phone: (310) 437-1606
Email: admin@aasurg.org

FOLLOW US

© 2023 · AAS - ASSOCIATION FOR ACADEMIC SURGERY

# Women surgical residents suffer more mistreatment leading to burnout and suicidal thoughts

Sexual harassment and verbal/physical abuse came from surgeons, fellow residents
October 28, 2019 | By Marla Paul (/for-journalists/staff-page/show/marla-paul/)



- Feinberg School of Medicine (/topics/feinberg-school-of-medicine/)

Women surgical residents suffer more mistreatment than men, which leads to a higher burnout rate and more suicidal thoughts among female residents, reports a new Northwestern Medicine study that surveyed trainees in all accredited 260 U.S. general surgical residency programs.

But when the study authors adjusted for the occurrence of mistreatment (discrimination, harassment, abuse), the rates of burnout were similar for men and women residents.

"The biggest driver of burnout was whether you experienced discrimination, abuse or harassment. The more you experienced it, the more likely you were to be burned out," said senior author Dr. Karl Bilimoria. "Mistreatment among female residents is what seems to explain their higher rates of burnout."

Bilimoria is the director of the Surgical Outcomes and Quality Improvement Center at Northwestern Medicine and the John B. Murphy Professor of Surgery at Northwestern University Feinberg School of Medicine.

The paper was published Oct. 28 in the New England Journal of Medicine.

While verbal abuse primarily arose from other surgeons, gender and racial discrimination came mostly from patients and their families, the survey showed.

Patients frequently mistook the female physician for a nurse. Or patients thought the female physician wasn't qualified enough and wanted to see a male resident or student who may have been more junior, the researchers found. Patients often refused to see residents of a certain racial background or made racially demeaning comments to the resident physicians.

Sexual harassment, verbal/physical abuse and pregnancy/childcare discrimination primarily came from the attending surgeons and other residents.

Female residents were told they should not have children during the residency training. Sexual harassment by patients included suggestive comments and inappropriate touching and jokes.

"I'm struck by the frequency of this mistreatment and how much of an impact it has on resident burnout," Bilimoria said, noting this mistreatment is a problem throughout medicine and society. "Clearly, there is a tremendous need to improve the learning environment to protect the well-being of our trainees."

Some symptoms of burnout examined on the survey are: feeling fatigued when you get up in the morning and have to face another day on the job; feeling you've become more callous toward people since you began residency; not caring what happens to some patients; and treating some patients as if they were impersonal objects.

An estimated 7,400 residents from all 262 residency programs across the U.S. took the survey (a striking 99% response rate), which was appended to the annual American Board of Surgery In-Training Exam.

Among the study findings:

- More than 50% of all general surgery residents reported some form of mistreatment.
- 65% of women reported gender discrimination.
- 20% of women reported sexual harassment.
- 5.3% of women surgical residents had suicidal thoughts in the last year compared to 3.9% of men (~2.5% in general population)
- 17% of residents reported racial discrimination

"This is a pretty high percentage of people experiencing mistreatment, and this is detrimental to the development of emotionally healthy surgeons who function effectively. We need them to get the best training to become great doctors," Bilimoria said. "We need to improve in each one of these areas."

On a positive note, some residency programs had low rates of mistreatment events, the survey showed.

"That suggests improvement is possible," Bilimoria said. "Some programs are doing this well and others can learn from them."

## 'You have the worst harassment in the country'

The residency programs won't find out how they fared in this research, but a new study will change that. The second trial, for which Bilimoria and colleagues have recruited more than 200 programs, will give half the programs their performance data. Then, investigators will give program leaders an evidence-based toolkit to improve. The toolkit will be based on the investigators' visits of up to 40 programs to see what they do well to reduce these issues.

"We will give residency programs a report that shows their performance, and they may find they have the highest rate of burnout or sexual harassment in the country," Bilimoria said. "Then they will be able to use that data to focus improvement efforts. Programs are not uniformly good or bad. Just because you have a high rate of sexual harassment doesn't mean you have a high rate of gender discrimination. Hopefully, giving programs these data will allow them to focus on their weaknesses and really improve."

Dr. Yue-Yung Hu and Dr. Ryan Ellis are first co-authors on the paper.

The study was supported by funding from the American College of Surgeons, Accreditation Council for Graduate Medical Education and the American Board of Surgery.

Listen to a podcast about the study with the authors (https://cerebed.libsyn.com/embed?item_id=11740736)

For Journalists: view the news release (//stories/2019/10/women-surgical-residents-suffer-more-mistreatment-leading-to-burnout-and-suicidal-thoughts/?fie1) for media contacts

## Editor's Picks



(//stories/2023/01/remembering-frank-galati/)

### Remembering Frank Galati, award-winning writer, director and actor (//stories/2023/01/remembering-frank-galati/)

January 3, 2023

### Celebrating 10 years of support for Northwestern's Posse Scholars (//stories/2023/01/celebrating-10-years-of-support-for-posse-scholars/)

January 5, 2023

### Budding researchers honored with Fletcher Awards (//stories/2023/01/budding-researchers-honored-with-fletcher-awards/)

January 4, 2023

## Related Stories



(//stories/2020/11/birth-of-magnetar-from-colossal-collision-potentially-spotted-for-first-time/)

### Birth of magnetar from colossal collision potentially spotted for first time (//stories/2020/11/birth-of-magnetar-from-colossal-collision-potentially-spotted-for-first-time/)

November 12, 2020

### Research exposes new vulnerability in SARS-CoV-2 (//stories/2020/08/research-exposes-new-vulnerability-in-sars-cov-2/)

August 11, 2020

### Astrophysicists capture new class of transient objects (//stories/2020/05/astrophysicists-capture-new-class-of-transient-objects/)

May 26, 2020

Northwestern University (//https://www.northwestern.edu)

---

## Subscribe

Get the latest news delivered to your inbox.

Sign Up Now (/subscribe)

© 2023 Northwestern University

- Facebook @NorthwesternU (https://www.facebook.com/NorthwesternU/)
- Twitter @northwesternu (https://www.twitter.com/northwesternu/)
- Instagram @northwesternu (https://www.instagram.com/northwesternu/)
- YouTube @NorthwesternU (https://www.youtube.com/user/Northwestern/)
- Futurity Futurity (https://www.futurity.org/universityNorthwestern-University/)
- RSS RSS Feed (https://news.northwestern.edu/feeds/allStories)

Disclaimer (https://www.northwestern.edu/disclaimer.html)

*ORIGINAL REPORTS*

# Nevertheless, They Persisted: How Women Experience Gender-Based Discrimination During Postgraduate Surgical Training

*Allison Brown, PhD,*[*,†] *Gabrielle Bonneville, MDCM,*[‡] *and Sarah Glaze, MD, FRCSC*[‡,§]

[*]University of Calgary, Cumming School of Medicine, Department of Medicine, Calgary, Alberta, Canada; [†]University of Calgary, Department of Community Health Sciences, Calgary, Alberta, Canada; [‡]University of Calgary, Department of Obstetrics & Gynecology, Calgary, Alberta, Canada; and [§]Foothills Medical Centre, Department of Obstetrics of Gynecology, Division of Gynecologic Oncology, Calgary, Alberta, Canada

**OBJECTIVE:** More women than ever are pursuing surgical specialties despite historical dominance by men. The objective of this study was to examine how surgical residents experience gender-based discrimination during their residency training, including the common sources, settings, and implications of these experiences.

**DESIGN:** A sequential explanatory mixed methods design was used to combine results from an initial quantitative survey of surgical residents of all genders at the University of Calgary with qualitative data derived from interviews with surgical residents who identified as women.

**PARTICIPANTS:** Thirty-seven surgical residents of all genders completed a survey. Fourteen women completed a one-to-one, semistructured interview.

**RESULTS:** Women reported significantly more frequent experiences of gender-based discrimination than men, particularly regarding lack of respect from others, inappropriate jokes or comments, and hostile or humiliating behaviors. Nursing staff and patients were reported as prominent sources of discrimination, and the emergency and operating rooms were the most common settings. The qualitative findings highlighted the additional challenges for women during surgical residency, including navigating the relationships with nursing, having to work "twice as hard" to receive respect from patients and nurses, reports of persistent harassment and bullying, becoming desensitized to mistreatment and discrimination, and the influence of their gender on the quality of their education as well as their well-being.

**CONCLUSIONS:** Despite the increasing number of women entering surgical specialties, women surgical residents report frequent and severe experiences of gender-based discrimination during their training, even at an academic institution where over half of residents are women. (J Surg Ed 000:1−18. © 2020 Association of Program Directors in Surgery. Published by Elsevier Inc. All rights reserved.)

**KEY WORDS:** postgraduate medical education, surgery, resident, discrimination, equity, nursing

**COMPETENCIES:** Professionalism, Interpersonal and Communication Skills

## INTRODUCTION

Despite advances in gender equality, women are paid, promoted, and awarded less than men in equivalent positions in nearly all disciplines of work.[1] In medicine, women physicians are paid on average 8% less than men, and while income differences are often attributed to "domestic responsibilities," such as taking on a lighter schedule in order to care for young children, this gap remains late into their careers.[2] Empirical performance data suggests that patient outcomes may be, in fact, better for women physicians, whose patients have lower mortality and readmission rates.[3] Yet, women physicians can suffer greater consequences for identical mistakes made by men physicians.[4]

Gender disparities in medicine can further permeate the academic environment, where women physicians

Funding/Support: This study was funded by the Department of Obstetrics & Gynecology at the University of Calgary.

*Correspondence*: Inquiries to Allison Brown, PhD, Department of Medicine, Cumming School of Medicine, University of Calgary, 3280 Hospital Drive NW, Calgary, AB T2N 4Z6, Canada; e-mail: allison.brown@ucalgary.ca

ARTICLE IN PRESS

have been less likely to be promoted in their academic positions or hold leadership roles, and if they do hold leadership roles, they are still paid less than men in equivalent roles.[5] One study reported that there are more men with moustaches than women in medical leadership positions in the United States.[6] Women also appear underrepresented as Deans of medical schools: in 2019, only 3 out of 17 Canadian medical schools and 15% of American medical schools were led by women Deans.[7,8]

Gender parity for medical school admissions in the United States was only recently achieved in 2017.[9] With regards to practicing physicians in the United States, approximately 35% of specialists are women, and even fewer are practicing surgeons — ranging from 20.6% (General Surgery) to 5.3% (Orthopedic Surgery); however, Obstetrics and Gynecology is the only surgical specialty that has more women than men.[10] Although surgery has traditionally been dominated by men, more women than ever are entering surgical specialties around the world.[11-14] Despite this, surgeons in training are more likely to associate men with surgery, and women with family medicine.[15]

Recently, several studies have examined the experiences of women during surgical training. In a 2017 study, women thoracic surgery residents in the United States were found to receive fewer opportunities in the operating room (OR) and given less surgical autonomy (e.g., passive help or watching) than their coresidents who were men — in fact, gender was a consistent variable that influenced operative autonomy, even with increasing case difficulty and level of training.[16] In another study examining feedback to Obstetrics and Gynecology residents in the United States, women residents consistently received harsher feedback from nurse evaluations than men at the same level of training.[17] Furthermore, women have historically underestimated their surgical competency both during medical school and residency, even when they objectively perform the same as men.[18,19] A recent study published in 2019 from researchers at the University of Nebraska found gendered differences in the letters of recommendation for surgical fellowship positions, reporting that men were more likely to be described as future leaders and using "agentic terms" (e.g., superb, intelligent, exceptional, dominant, and confident), whereas women applicants were more likely to be described using gendered language (e.g., compassionate, calm, and delightful) and mention family.[20]

While women surgeons may be subjected to more negative feedback, less meaningful surgical autonomy, and fewer educational opportunities, they may also be exposed to overt workplace discrimination based on their gender identity. Gender-based discrimination (GBD) can include belittling remarks, inappropriate comments and

jokes, denial of opportunities, and behaviors that are perceived as hostile or humiliating.[21-23] GBD in medicine was initially reported 20 years ago in the literature in a study at a Canadian institution that found women residents reported significantly more experiences of gender discrimination during their training, including sexual harassment, psychological abuse, and physical assault.[24] A 2015 survey of practicing surgeons in the United States found that over 85% of women recall experiences of GBD throughout medical school, residency, and professional practice, including discrimination from colleagues, healthcare professionals, and patients, as well as reports of inappropriate firing due to gender, gender-specific barriers to hiring, bias against pregnancy, and sexual harassment.[25] A 2019 study exploring gender bias and microaggression in surgical training at the University of New Mexico found statistically significant differences between "female-dominated specialties" (e.g., Obstetrics and Gynecology) and "male-dominated specialties" (General Surgery, Urology, Neurosurgery, and Orthopedic Surgery), highlighting a potential influence of the number of women in a surgical specialty on the environments for women trainees.[26]

While these studies shed light on some of the potential challenges that may be encountered by women in surgery, it is important to take into consideration how these experiences may or may not vary across contexts, such as surgical specialties, academic institutions, and countries. Given that the majority of studies examining gender in medicine present data from the United States, it is worth considering if and how these experiences compare in a Canadian context, where empirical data examining surgical residents' experiences of discrimination remains scarce. Despite achieving gender parity in medical school admissions in 1995 — over 20 years before the United States — gender equity remains an important yet underexplored area in a Canadian context, which has a publicly funded health system.[27] Approximately 28% of surgeons in Canada are women, and more women medical students than ever are pursuing surgical residency training in Canada.[13,28] Our research team was particularly interested in the experiences of women during postgraduate surgical training at our academic institution, where approximately 53% of all surgical residents (including Obstetrics and Gynecology) were women at the time of our study.

Our overarching research question was: how do surgical residents at the University of Calgary experience GBD during postgraduate training? The purpose of our study was to explore how surgical residents at the University of Calgary experience GBD during their postgraduate training, including answering subquestions to explore the prevalence of these experiences, the common sources and settings of discrimination, and finally, the impact of GBD on surgical residents.

## METHODS

### Study Design

A sequential explanatory mixed methods approach was selected as the best design to answer the research question, involving 2 consecutive phases of data collection — a quantitative strand, followed by a qualitative strand.[29] This design was strategically selected based on its ability first to examine the differences, if any, in reports of GBD, including the frequency of experiences based on the type of discrimination, source of discrimination (e.g., various groups of healthcare providers), and settings (e.g., clinical environments). The comparison of experiences between genders was important to quantitatively establish any differences as well as examine the magnitude of these potential differences statistically. This design could then elaborate and expand upon these initial quantitative findings by providing further insight from the perspective of participants in their own words. The use of a survey on its own may lead others to question how discrimination is experienced from the perspective of learners and miss capturing these complex, personal experiences. Whereas the use of interviews on their own may leave others wondering how truly prevalent discrimination is among residents and if there are differences between genders. Thus, this design was selected based on its strengths in providing a holistic understanding of both the prevalence and experience of GBD, and its ability to provide insights from the residents' perspective, which can further explain and elaborate the initial quantitative findings. Ultimately, methods from quantitative and qualitative research paradigms were used to provide a more comprehensive and thorough understanding of how surgical resident experiences of GBD than each approach used independently in a separate study — a fundamental strength of mixed methods research.

### Conceptual and Philosophical Underpinnings

To explore differences in how residents experience GBD, "gender" is a central concept throughout this research, thus, it is important to operationalize this term. "Gender" is an evolving social construct that has many conceptualizations, definitions, and interpretations. For the purpose of our research, we operationalize gender as a socially-constructed concept that refers to the sociological and cultural behaviors, feelings, or attitudes associated with masculinity and femininity.[30] The terms "men" and "women" are used throughout this research to refer to participant's gender identities, rather than using the terms "male" and "female" which refers to biological or sexual characteristics, and is often incorrectly conflated with gender. Participants self-reported their gender first on the survey, including an option for "nonbinary." Participants had the option not disclose their gender and still participate in the survey. It is important for our research team to state that we acknowledge that there are valid genders and gender identities beyond the inaccurate conceptualization of gender as a binary, despite our eventual comparisons and analysis given that all participants self-identified as men or women.

Pragmatism was a guiding paradigm used throughout this research, which permitted our research team to adopt a "what works" approach to answering the research question and allowed for the practical use of both qualitative and quantitative data and embracing both constructivism and positivism epistemological perspectives of knowledge and ontological stance on reality.[31,32] This framework allowed for the qualitative and quantitative methods to complement one another, providing a richer understanding of a problem or phenomenon than each on its own.[29,33] Based on the previous literature and experiences of our research team, we held assumptions at the outset of this research that GBD may be more likely to be experienced by gender minorities in medicine as a result of longstanding power structures that benefit men, and used feminist theory as a guiding framework for this research.[34]

### Participants

The Cumming School of Medicine at the University of Calgary (Calgary, Alberta, Canada) is home to a 3-year undergraduate medical degree (MD) program as well as over 60 postgraduate medical training programs that train over 900 residents and fellows. Previous research published in 2015 suggests that surgical training environments may be perceived as hostile, threatening, and intense by medical students (of all genders) in our medical school.[35] Seven of the 8 surgical programs at the University of Calgary (defined as programs required to complete the Royal College of Physicians and Surgeons of Canada's Surgical Foundations exam) consented to have their residents participate in this study: General Surgery, Neurosurgery, Obstetrics and Gynecology (OBGYN), Otolaryngology — Head and Neck Surgery (ENT), Plastic Surgery, and Vascular Surgery. Cardiac Surgery did not respond to requests to participate in this study. Individual consent was obtained from participants during both phases of data collection.

### Data Collection

In the first phase, a survey was administered to gather data about experiences of GBD from residents in order to explore differences in the frequency, settings, and type of discrimination. Residents of all genders were invited to participate in a survey to broadly examining their experiences of GBD. Questions were emulated

ARTICLE IN PRESS

from a 2015 study that examined practicing surgeons' in the US recollection of GBD throughout their training.[25] An initial draft survey was pilot tested with one nonsurgical resident as well as one surgical resident from another institution to test item comprehension and usability of the survey. The finalized survey was administered electronically using REDCap software during Spring 2018 (Appendix A: Survey).

For participants who self-identified as women and disclosed that they had experienced GBD, the final question asked about their willingness to participate in a voluntary interview to discuss their experiences further. This served as a strategy for criterion sampling to focus on these experiences from the perspective of women residents given that prior empirical and anecdotal evidence suggests women experience more harassment, discrimination, and structural oppression in medicine than men. The purpose of the qualitative phase of the research was to gather information from the participants' perspectives about their experiences of GBD during residency to further elaborate, corroborate, and explain the quantitative findings. The interview guide was modified twice to reword 2 questions for clarity following interviews #1 and #3 (Appendix B: Interview Guide). All interviews were conducted over Summer 2018 by a single investigator (AB), a nonclinician scientist and mixed methods researcher in medical education and health services research. At the time, this investigator was a graduate student with no formal role in these programs, thus they were unknown to the majority of participants – minimizing any perceived power differences from participants and fostering a safe environment for participants to speak openly about their experiences. Interviews were held in person or over the phone, were audio-recorded, and transcribed verbatim. All transcripts were cleaned in order to ensure accuracy and to remove all identifying information prior to analysis to promote anonymity.

### Ethical Considerations

This study was approved by the University of Calgary Conjoint Health Research Ethics Board (File #17-2484). Seven of 8 Program Directors of surgical programs consented to the inclusion of their residents in this study. Participation in both the survey and the interview was voluntary. To promote participation in this study, participants were offered a $10 gift card for completing the survey and a $50 gift card for completing the interview. All interview transcripts were deidentified prior to analysis.

### Data Analysis

Quantitative datum was analyzed in SPSS Version 24. Descriptive statistics were computed for each item, and normality was assessed using histograms, skewness and kurtosis statistics, and the Shapiro-Wilk test. Cronbach's alpha was calculated to assess the internal consistency of responses and provide psychometric (reliability) evidence for the scaled items in the survey. A conglomerate score was computed for items 1 to 11 and used as a dependent variable in a stepwise regression to examine the influence of gender, program, and level of training in order to identify potential predictor variables that could be used to stratify the data in later analysis.

The Mann Whitney nonparametric test was selected to compare responses between genders. For categorical data, Fisher's exact test was used. Eta squared ($\eta^2$) was calculated to examine the effect sizes and the magnitude of differences between genders. Effect sizes were interpreted as small if less than 0.06, moderate if they were greater than 0.06, or large if they were greater than 0.14.[36]

Qualitative datum was transcribed and analyzed inductively using thematic analytic methods by 2 investigators (AB, GB).[37,38] Feminist theory was used as a guiding framework in order to explore the asymmetry of power and inequities experienced by women as a result of structural oppression.[34,39] First, investigators read through the data independently and performed line-by-line coding. Next, initial codes were merged into a single document and then read through consecutively to identify prominent themes that were emerging in the data. Themes were considered patterns within the data that significantly related to the research question, and included broad categories that could organize initial codes (e.g., experiences and anecdotes of GBD). Themes were then organized into a coding framework, which was then deductively reapplied to the data using NVivo12 (QSR International). Finally, data were extracted for each theme, and then 2 investigators met to interpret the newly organized data, summarize the findings for each theme, and ultimately examine how the qualitative findings could expand upon or explain the quantitative findings.

Finally, findings from the quantitative and qualitative strands were further synthesized to generate "meta-inferences," which are conclusions drawn from the meaningful integration of the inferences from each of the strands to answer the mixed methods research question.[33] This was an important step in the mixed methods research process, as it allowed for the survey and interview results to converge in order to answer the overarching research question. This involved examining how the qualitative findings might expand or explain the initial findings from the quantitative strand. The final mixing of quantitative and qualitative data would then result in a comprehensive understanding of if, when, and how surgical residents experience GBD during their postgraduate training.

## RESULTS

### Quantitative Strand

Thirty-seven residents from 7 surgical programs completed the survey (24.8% response rate) (Table 1). The majority of participants self-identified as women (59.5%), Caucasian (73.0%), and in their second (24.3%), third (32.4%), or fourth (21.6%) year of training. All participants identified as either men or women, and no participants selected the options to identify their gender as nonbinary. Participation in the survey was relatively proportional to the size of the programs included in this study. Residents in OBGYN made up 32.4% of participants, followed by Orthopedic Surgery (21.6%), General Surgery (13.5%), and Otolaryngology (13.5%). Based on the gender breakdown of the included programs, women appeared more likely to complete the survey than men, who made up a larger proportion of nonrespondents.

Cronbach's alpha for all scaled items was 0.954, suggesting high internal consistency (reliability) for the survey items. Gender was the only significant predictor of scores in the regression model ($\beta = -0.479$, p =.003), whereas surgical specialty and level of training were non-significant variables. As a result, further analysis was conducted to stratify and compare data by gender.

**TABLE 1.** Participant Demographics (N = 37)

|  | N | % |
| --- | --- | --- |
| *Self-reported gender* |  |  |
| Man | 15 | 40.5% |
| Woman | 22 | 59.5% |
| Nonbinary | 0 | 0% |
| *Ethnicity* |  |  |
| White/Caucasian | 27 | 73.0% |
| Black/African American | 2 | 5.4% |
| Asian | 4 | 10.8% |
| Hispanic/Latinx | 0 | 0% |
| Other | 3 | 8.1% |
| Prefer not to disclose | 1 | 2.7% |
| *Level of training* |  |  |
| PGY1 | 3 | 8.1% |
| PGY2 | 9 | 24.3% |
| PGY3 | 12 | 32.4% |
| PGY4 | 8 | 21.6% |
| PGY5 | 3 | 8.1% |
| PGY6 or above | 0 | 0% |
| Prefer not to disclose | 2 | 5.4% |
| **Residency program** |  |  |
| General Surgery | 5 | 13.5% |
| Neurosurgery | 1 | 2.7% |
| Obstetrics & Gynecology | 12 | 32.4% |
| Orthopedic Surgery | 8 | 21.6% |
| Otolaryngology − Head & Neck Surgery | 5 | 13.5% |
| Plastic Surgery | 5 | 13.% |
| Vascular Surgery | 1 | 2.7% |

**TABLE 2.** Observed Frequencies of Categorical Variables (Questions 1-4)

|  | Women (n = 22) | Men (n = 15) | p |
| --- | --- | --- | --- |
| **During my time as a resident, I have personally experienced GBD:** |  |  |  |
| Yes | 17 | 10 |  |
| No | 5 | 5 | 0.708* |
| **During my time as a resident, I have witnessed GBD toward another resident** |  |  |  |
| Yes | 15 | 13 |  |
| No | 7 | 2 | 0.262* |
| **On average, I experience GBD:** |  |  |  |
| Daily | 2 | 1 | 0.023* |
| Weekly | 6 | 1 |  |
| Monthly | 6 | 0 |  |
| Quarterly (every 3-4 months) | 2 | 5 |  |
| Yearly | 4 | 4 |  |
| Never | 2 | 4 |  |
| **I experience GBD from:** |  |  |  |
| Men only | 0 | 1 | 0.806[†] |
| Women only | 0 | 3 |  |
| Both men and women equally | 12 | 4 |  |
| Men more than women | 7 | 2 |  |
| Women more than men | 3 | 5 |  |

*Chi-Square ($x^2$) test for independence; Fisher's exact test statistic, statistical significance if p < 0.05.
[†]Mann Whitney.

Seventy-seven percent of women and 67% of men initially stated that they had experienced GBD during their residency training at the University of Calgary. Reports of having experienced and witnessed GBD at least once were non-significant between men and women (p > 0.05) (Table 2). However, women reported an overall higher frequency of GBD, with the majority of women reporting at least monthly experiences (p < 0.05). Both men and women were reported as the most common perpetrators of GBD for women residents, but women were reported as a more common source of discrimination for men.

Item descriptive statistics were calculated separately between men and women, as well as the differences between mean scores (Table 3). Experiences that were statistically significant had large effect sizes, including lack of respect from others based on gender (p < 0.001; $\eta^2 = 0.32$), inappropriate jokes or comments (p = 0.008; $\eta^2 = .19$), and behaviors perceived as hostile or humiliating (p = 0.031; $\eta^2 = 13$).

Statistically significant differences were found between groups for all sources of GBD, except resident colleagues and medical students, who were nonsignificant sources. The most common sources of discrimination were

ARTICLE IN PRESS

**TABLE 3.** Comparison of GBD Experiences Between Men and Women Surgical Residents (Questions 5-11)

| | Men (n = 15) | | | Women (n = 22) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mean (SD) | Min | Max | Mean (SD) | Min | Max | Mean Δ (SE) | p | $\eta 2$ |
| **1.** I have experienced the following types of gender-based discrimination[†] | | | | | | | | | |
| a) Belittling Comments | 1.67 (0.724) | 1 | 3 | 2.36 (1.09) | 1 | 4 | 0.697 (0.299) | 0.052 | 0.10 |
| a) Inappropriate jokes or comments | 1.60 (0.737) | 1 | 3 | 2.50 (1.01) | 1 | 4 | **0.**900 (0.305) | **0.008***| 0.19 |
| a) Inappropriate sexual comments or jokes | 1.27 (0.458) | 1 | 2 | 1.86 (1.04) | 1 | 4 | 0.597 (0.251) | **0.**076 | 0.09 |
| a) Denial of opportunities | 1.80 (1.32) | 1 | 5 | 1.73 (0.883) | 1 | 4 | −0.073 (0.361) | 0.654 | 0.01 |
| a) Behaviors that are perceived as hostile or humiliating | 1.33 (0.900) | 1 | 4 | 1.91 (0.971) | 1 | 4 | 0.576 (0.316) | **0.031***| 0.13 |
| a) Lack of respect from others based on my gender | 1.27 (0.704) | 1 | 3 | 2.68 (1.29) | 1 | 5 | 1.42 (0.329) | **0.001***| 0.32 |
| a) Sexual harassment | 1.13 (0.352) | 1 | 2 | 1.36 (0.581) | 1 | 3 | 0.230 (0.154) | 0.192 | 0.05 |
| **2.** I have experienced gender-based discrimination from the following[†] | | | | | | | | | |
| a) Patients | 2.07 (1.10) | 1 | 5 | 3.18 (1.00) | 1 | 5 | 1.12 (0.350) | **0.002***| 0.36 |
| a) Nursing staff | 1.67 (0.724) | 1 | 3 | 3.14 (1.17) | 1 | 5 | 1.47 (0.339) | **0.000***| 0.27 |
| a) Attending physicians | 1.40 (0.507) | 1 | 2 | 2.14 (0.941) | 1 | 4 | 0.736 (0.267) | **0.013***| 0.17 |
| a) Consulting physicians | 1.27 (0.458) | 1 | 2 | 2.09 (0.921) | 1 | 4 | 0.824 (0.258) | **0.003***| 0.19 |
| a) Fellows and senior residents | 1.27 (0.458) | 1 | 2 | 1.95 (0.899) | 1 | 4 | 0.688 (0.252) | **0.009***| 0.18 |
| a) Resident colleagues | 1.20 (0.414) | 1 | 2 | 1.68 (0.945) | 1 | 4 | 0.482 (0.228) | **0.**116 | 0.07 |
| a) Medical students | 1.27 (0.458) | 1 | 2 | 1.73 (1.08) | 1 | 4 | 0.461 (0.258) | 0.248 | 0.04 |
| a) Allied Health | 1.13 (0.352) | 1 | 2 | 1.95 (1.17) | 1 | 5 | 0.821 (0.266) | **0.009***| 0.18 |
| a) Administrative staff | 1.13 (0.352) | 1 | 2 | 1.73 (1.08) | 1 | 5 | 0.594 (0.247) | **0.035***| 0.12 |
| **3.** I have experienced gender-based discrimination in the following settings[†] | | | | | | | | | |
| a) In the operating room | 1.73 (0.799) | 1 | 3 | 2.64 (0.953) | 1 | 5 | 0.903 (0.300) | **0.006***| 0.20 |
| a) On the hospital ward | 2.00 (1.13) | 1 | 5 | 2.91 (1.23) | 1 | 5 | 0.909 (0.399) | **0.021***| 0.15 |
| a) In the emergency room | 1.40 (0.507) | 1 | 2 | 2.64 (1.22) | 1 | 5 | 1.246 (0.291) | **0.000***| 0.33 |
| a) In clinic | 1.80 (0.775) | 1 | 3 | 2.05 (0.999) | 1 | 5 | 0.245 (0.307) | 0.520 | 0.01 |
| 4. Because of my gender, I feel that I get less learning opportunities (e.g., operative autonomy, OR time) than residents of the opposite gender[‡] | 4.33 (1.23) | 1 | 5 | 3.41 (1.22) | 1 | 5 | −0.924 (0.411) | **0.014***| 0.16 |
| 5. My gender has negatively influenced the summative assessment (e.g., ITERs) I have received[‡] | 4.60 (0.868) | 2 | 5 | 3.82 (1.22) | 1 | 5 | −0.782 (362) | **0.024***| 0.14 |
| 6. My gender has negatively influenced the feedback that I have received from my superiors (e.g., senior resident, fellow, or staff physician)[‡] | 4.73 (0.594) | 3 | 5 | 3.36 (1.33) | 1 | 5 | −1.37 (0.322) | **0.001***| 0.32 |
| 7. I feel the formative feedback I receive (e.g., feedback on the fly, debriefs) will often involve comments about my personal traits and characteristics[‡] | 3.73 (1.28) | 2 | 5 | 2.82 (1.22) | 1 | 5 | −0.915 (0.417) | **0.042***| 0.11 |

\* statistical significance if p < 0.05 (two-tailed); Mann-Whitney U test.
[†] Response Options: Never(1), Rarely(2), Sometimes(3), Frequently(4), Almost Always(5).
[‡] Strongly Agree(1), Agree(2), Neither Agree nor Disagree(3), Disagree(4), Strongly Disagree(5); Eta squared ($\eta^2$) measure of effect size; 0.01 = small; 0.06 = moderate; 0.14 = large.

patients and nurses, who had the largest effect sizes ($\eta^2 = 36$; $\eta^2 = 0.27$, respectively). A total of 83% of women reported experiences of GBD at least monthly, compared to 27% of men (p < 0.05). A total of 73% of women reported GBD from nurses at least monthly, and a third of residents reported having these experiences at least weekly. In contrast, only 13% of men reported having similar experiences from nursing staff monthly (p < 0.05), and 47% of men reported never having these experiences. Consulting physicians, attending staff, and senior residents or fellows, allied health, and administrative staff were also significant sources of GBD for women, with large effect sizes detected within the physician groups (attending physicians: $\eta^2 = 17$; fellows and senior residents: $\eta^2 = 0.18$), and moderate effect sizes for allied health ($\eta^2 = 0.18$) and administrative staff ($\eta^2 = 0.12$).

Women residents experienced significantly more GBD in the emergency department (ED) ($\eta^2 = 0.33$), the OR ($\eta^2 = 0.20$), and the hospital wards ($\eta^2 = 15$). A total of 46% of women participants reported experiencing GBD at least monthly in the ED, compared to 0% of men. The clinic was a non-significant setting for GBD.

Questions looking at the impact of gender on learning opportunities and feedback found similar differences. Although men (specifically, OBGYN residents) initially reported having experienced more denial of opportunities, 28% of women felt they received fewer learning opportunities than residents of other genders, in comparison to 14% of men (p < 0.05; $\eta^2 = 0.16$). The largest difference and effect size was found in the impact of gender on negatively influencing feedback from superiors, as 32% of women participants agreed that their gender negatively influenced the feedback received from their superiors compared to 0% of men (p < 0.05; $\eta^2 = 0.33$). Finally, 50% of women agreed that their formal feedback often involved comments about personal traits and characteristics, whereas only 26% of men agreed with that statement (p < 0.05; $\eta^2 = 0.11$).

A total of 55% of women and 40% of men agreed that GBD is an ongoing issue in residency training at the University of Calgary, whereas 23% of women and 33% of men believed this was not an ongoing issue; however, these differences were nonsignificant (p = 0.665).

## Qualitative Strand

A total of 64% (n = 14) of women participants elected to participate in the interview, which lasted 46.7 minutes on average. A total of 654 minutes of data were collected and transcribed verbatim, yielding 149 pages of single-spaced textual data that was analyzed. Except for one program, each residency program had at least one resident participate in the interview.

When interview participants were provided with a summary of the survey findings, all participants reacted unsurprised to the finding that women experienced more GBD than men. However, many participants were surprised that 23% of women participants reported having never experienced GBD, many responding to that finding by discussing how the normalization of these experiences over time had led even themselves to underestimate the frequency and severity of discrimination.

"I think that just goes to show that we're minimizing. I'm not super surprised about that either."

Participants were surprised by the survey finding that 67% of men reported that they had experienced GBD. Some participants rationalized these results by suggesting that their infrequent instances of GBD experienced by men are much more memorable than the everyday experiences of women, to which they have become desensitized.

## Nursing

With regards to nursing being one of the most common sources of discrimination, participants described what they perceived as a "toxic relationship" with nursing that often involved "bullying," explicit harassment, passive-aggressiveness, and an overall lack of respect that they had to learn to tolerate and navigate throughout their residency.

"...it's horrific, I've never experienced so much disrespect from people in any aspect of my life aside from the way that female nurses, and, honestly, that have had some really bad experiences with male nurses as well, and they won't take orders, they won't necessarily listen to what I have to say, and they'll say that my plan doesn't make sense and that I don't know what I'm talking about, but I've never seen a nurse talk to a male resident that way at all...It's a huge part of my residency. It's very stressful. Like I said, I've only ever maybe cried twice ever, since being a medical student related to work and it's only ever been because of nurses. ... Questioning my expertise and competence, they'll push back more as opposed to if a male resident would give them the orders. I'll have to repeat myself multiple times for them to actually... and I don't mean listen to me but just acknowledge that I even said something to them. I have to work exceptionally harder for them to be nicer to me than my male counterparts. They fall over all the males."

Participants commonly compared their experiences and relationships with nursing to what they observed of their resident colleagues, discussing how they never

ARTICLE IN PRESS

witnessed the mistreatment of men. In fact, they felt that men received preferential treatment and automatic respect from the nursing staff. To navigate these challenging relationships, several participants described a phenomenon they termed "girl flirting," whereby they continuously had to go out of their way to exaggerate their friendliness with nurses in order to gain respect and trust.

> "We have to girl flirt. Especially with the nurses, you have to girl flirt your [expletive] off to get them to like you. [...] Oh, just chit-chat and smiling, and heaven forbid you said something in a non- "please and thank you, thank you so much," type sentence, then it would be like, "forget it." They will not take direction, like you have to work hard to earn their trust and respect or they just ... you just have to, it's not worth it not to."

Almost every participant described having to work "twice as hard" to earn a fraction of the respect that men automatically received from nurses.

> "And then they (nurses) just don't listen to our orders. They question everything, and then you just have to work twice as hard as your male co-residents to get any sort of respect. I'm going to just kill them with kindness and I finally feel like we are friends and it's great, but it was hard. My first two years of residency was basically just spending twice as much time as the guys would doing the same consult because they don't get the equipment for you that you need or anything like that... I just feel like we have to work so hard to be even treated as human, not even on the same level as the male residents, just even so they will treat us with respect, like specifically nurses."

> "I just think they get it automatically. It's an automatic penis respect. 'Penis knowledge, penis power.' It's like, they just go together. Whereas we have to earn it and we have to work hard to earn it by girl flirting, by working harder, by being better, by being more present, by working longer hours, by rounding earlier, by everything. We have to earn it, they just have it by being a man, being a male. I 100% believe that."

Overall, these experiences with nursing were described as having influenced their ability to provide patient care and their wellbeing (Appendix C).

## Patients and Family Members

Experiences of GBD from patients and family members similarly included a lack of respect, but also the common experience of being assumed they were not a physician, which was a frequent experience described by every participant.

> "I think this happens daily, if not multiple times a day, I think for most women in surgery, especially most minority women. Being confused for a nurse happens multiple times a day and it's something that is so... I don't even see it anymore as a form of discrimination because it happens so commonly. Being confused for cleaning staff, cafeteria staff, that happens relatively regularly as well, especially to (racialized) minority female surgery residents... You have to constantly qualify that you're qualified."

Similar to nursing, participants recalled the automatic respect that men receive from patients and family members, even men who were junior learners (e.g., medical students), noting that double standards exist from patients and family members for men and women (Table 4).

> "A man can fly into the room and just be very clinical and brief and leave and a patient would never question that or complain. But if a woman ever did that a lot of patients would actually complain."

## Culture

Participants discussed how the current culture of surgery is less conducive to women staff and trainees. There was a perception that surgery was largely still a "boys club" and that women had to work hard to fit in and be accepted, making efforts to be perceived as "one of the boys."

> "I feel like we live in a man's world ... and medicine is a man's world."

> "You don't want to be seen as a sexual target, so you try to be one of the boys."

Participants described how the recent increase of women in surgery was often viewed negatively by others in their surgical discipline. Some participants felt that their specialty was one of the better cultures for women in surgery due to a higher number of women residents and/or staff in that specific department or program; however, these participants still described numerous experiences of discrimination. One participant described how the women surgeons were commonly categorized into a dichotomy.

> "Female surgeons tend to have a reputation for either being 'bitches' - like the hardcore, cutthroat [...] They're kinda crazy or they're incompetent. So those are the two archetype female surgeons."

**TABLE 4.** Quotes About Nursing

"In general, the way that female nurses, or nurses in general, actually, it's horrific. I've never experienced so much disrespect from people in any aspect of my life aside from the way that female nurses, and, honestly, that have had some really bad experiences with male nurses as well, and they won't take order, they won't necessarily listen to what I have to say, and they'll say that my plan doesn't make sense and that I don't know what I'm talking about, but I've never seen a nurse talk to a male resident that way at all… It's a huge part of my residency. It's very stressful. Like I said, I've only ever maybe cried twice ever, since being a medical student related to work and it's only ever been because of nurses. . . . Questioning my expertise and competence, they'll push back more as opposed to if a male resident would give them the orders. I'll have to repeat myself multiple times for them to actually… and I don't mean listen to me but just acknowledge that I even said something to them. I have to work exceptionally harder for them to be nicer to me than my male counterparts. They fall over all the males."

"In the OR I've felt like I can't even ask for an instrument because I don't want to upset them because if I ask for something from them they will huff and they will be mad at me and then they won't do things for me later. I'm actually a worse surgeon or worse assistant because I feel like I can't upset the nurses, so I have to change what I would do in the OR."

"As you advance in the … So guys get accepted as a doctor and a leader in something very, very early on, but we have to earn it and it takes years. And the best way to earn it is pretend you're this sweet tiny little thing and, "Oh, thank you so much for doing that." Begging them to do their job and pretending like it's the biggest favor to you that they put the IV in that they're supposed to do their job for the patient. And I know some of them, I'm not the most feminine, but I know some of the more feminine residents have had a really hard time with things like their orders. So a patient is sick and they'll be like, "Okay, we need a liter of this, we need an ECG, we need these labs." And the nurse turns to them and said, "Are you going to put those orders in?" We're like, "If I had a dick you wouldn't say that." We all know that happens. And there's other ways it's amplified in the operating room. To do things, and I can't even believe it happens, but still even as an [year of training] I'll be operating and my hands will be in the patient's chest or abdomen and I've got an instrument in my hand and the scrub nurse will take the instrument out of my hand."

"And then they just don't listen to our orders. They question everything, and then you just have to work twice as hard as your male co-residents to get any sort of respect. I'm going to just kill them with kindness and I finally I feel like we are friend and it's great, but it was hard. My first two years of residency was basically just spending twice as much time as the guys would doing the same consult because they don't get the equipment for you that you need or anything like that."

"I had one female resident, she kept getting harassed all night by this one female nurse and they were paging her hourly for nothing and that's never happened to our males

*(continued)*

and the next day they had a morbidity in the OR. There's consequences to this and I think the consequences do extend to patient care."

"When someone is sick you want to just be able to go there, but if you know it's the one nurse who's always really horrible to you it might change your decisions in terms of I don't want to experience that bullying today."

"We have to girl flirt. Especially with the nurses, you have to girl flirt your ass off to get them to like you. […] Oh, just chit-chat and smiling, and heaven forbid you said something in a non- "please and thank you, thank you so much," type sentence, then it would be like, "forget it." They will not take direction. Especially if they're a younger nurse but they've been around for five to 10 years, like they've been working for five to 10 years, then those are the ones that are … like you have to work hard to earn their trust and respect or they just … you just have to, it's not worth it not to."

"When a nurse doesn't love you, what's it like?" . . . Resident: Oh, like either overtly be difficult or question your decisions, which is actually fine if they want to question my … I think that's good if they truly think it's a bad decision go ahead, question it. But they'll just give you a hard time or sometimes provide feedback up the food chain that they didn't like your attitude."

"So I feel like for trainees it's still challenging to prove that you're worth it and to prove that you're smart. And then the nurses don't treat you as well if you're a girl because they view things that you say with authority. When you challenge them on something, they see it as you getting in a fight with them. Who knows, I don't know. They react better to a guy telling them what to do rather than us. And that's not like … I'm not telling you what to do, it's just like I am a doctor and I'm supposed to tell, like have control over the scene. And so when I say something, I am making a clinical decision. I'm not trying to fight with you personally, I don't care. I just need you to … But I have to butter them up so much more than a guy does. So I think that that's … And like everywhere. In the OR, on the unit. Like I am very, very good at buttering people up."

"Well, so, one of them I would say is a common thing would be the way we're treated by nursing staff as females is very different, whether it's in emerg(ency room) or in the OR. Just the way we're talked to. Yeah, it's way more aggressive and condescending. You really have to come in very meek and subservient almost to the nurses - […] Until you earn their trust. And you have to kind of gain their friendship, whereas male residents, they walk right in and they're the doctor." -

"Yeah. So, I mean, a male surgical resident will come in and like - much more authoritative - and just give their orders, 'This is what I want to do.' Whereas the females, they'll call them a b*tch."

"They make our lives hell."

"We're doing a big case and there's two surgeons, a fellow, and me, and a surgical assist… Lots of people around the operating table, but I'm a fourth year resident, there's a pretty good expectation that I'll get to do something like the opening incisions and maybe some of the early dissection. And the circulating nurse, you stand on a certain type of table to be in the operating position which places an assistant stands, and the circulating nurse thought it was her job to tell me to move. So they were

*(continued)*

ARTICLE IN PRESS

draping the patient and walking up to the surgical table, she's like, '[participant's name], you should go to the other side.' Overstepping two staff and a fellow telling me, 'No, [participant's name], you won't be making that opening incision.' She didn't realize that's what she was doing, but she was effectively taking away my ability to have that learning experience."

"I found the nurses were the roughest part most of the time. Often we'll be in the OR and they will either completely ignore my pager or they refuse to get our gloves. They get all the male resident gloves and they just get ours or don't know our size or something, and then I have had the nurse physically shove me to the side and also push me with our Mayo stand."

"My one resident, he helped move the patient once. The nurses wrote a letter saying how amazing he was. I helped move the patient every single time. Have I ever gotten positive feedback? No."

"And then there was another experience when this nurse was refusing to glove and I was just sitting there, and then I had gotten my gloves and she was yelling at me that I didn't get my gloves and she was just trying to pick everything that I did to be wrong and she was yelling at me so that everyone would know that I was a bad resident or something. It happened multiple days in the course of the week that she happened to be in all my ORs. I was really disheartened every time I saw her. No one said anything about when she was clearly attacking me for things I didn't even do except for one male nurse who was nice and supportive and he was like actually the gloves are right there and he was nice."

"I find the nursing staff definitely. I don't feel as respected by them as a ... if [name of male co-resident] around they're definitely way more respectful or way less, they don't question them as much I feel. My decisions are way more scrutinized than my male co-residents." ... "there's more of a struggle for me to give an order than for someone who's a male. They're just more kind of kick back or more questioning"

"it just feels like I have to feel like I have to work twice as hard to be in the nurse's good books as [name of male co-resident #1] or [name of male co-resident #2] or any other guy. I feel like as soon as they walk in, they're like the charming male resident and all the nurses just do whatever they want and are very friendly and whereas I have to kiss ass in order to be just liked by the nurses, let alone be respected. So that I find really frustrating."

"I think in the operating room, I think seeing a young female doctor, I personally feel that I have a tougher battle to fight compared to my male counterparts with regards to the OR personnel, like OR nurses for example. I feel like it is very easy for me to be reprimanded by them for things that my male counterparts don't get reprimanded for. It takes a long time and more effort to establish relationship, positive working relationships. That's something I counsel all of my junior female colleagues about. This is how you can actually get positive feedback from the nurses, and actually have constructive working relationship with the nurses because I think it's really easy for it not to go that way."

"They'll do things like I'll ask for an instrument and because they don't think that I'm important to the surgery they won't give it to me."

*(continued)*

"When we experienced things in the operating room, comments, jokes, missed opportunities, nobody says anything. Ever. When nurses are being [curse word] or quite frankly bullying you I have learned to use the word bullying. And I don't know if that's an important word to them, but they seem to respond to that and then recognize their own behaviors. If someone's being truly horrible to me I'll say, 'What's with the bullying?'

## Physician Faculty (Attending Staff)

Participants discussed having experiences of GBD from attending staff as perpetrators and witnessing women staff being discriminated against by others. Participants recalled select individuals who were common perpetrators of discrimination within each surgical program. Both surgical and anesthesiology attending staff were mentioned as having made inappropriate comments and jokes, mostly coming from men. The OR environment was identified as a common setting for these experiences as a result of the casual conversations that often occur during procedures.

Additional experiences that involved physician staff that were commonly discussed included experiences of social exclusion, sexual harassment, and receiving feedback that emphasizes personal traits without mentioning technical or clinical abilities. Participants reported receiving feedback solely based on personality traits (e.g., "pleasant," "nice," and "easy to work with"), and voiced that they wanted equal treatment to the men co-residents, including more constructive criticism and feedback.

> "And the feedback I received was about being like, "domineering," and "bossy" and things like that. [...] that was actual formal feedback."

> "I would love if my staff were like hard on me because often if the staff are hard on you it means they think you're good and they want you to work harder and they're pushing you and holding you to a different standard. I mean, wouldn't you rather that?"

Several implications emerged from residents' experiences of GBD. First, participants reported having different educational experiences than their colleagues, including less surgical autonomy, which was influenced not only by their attending physician, but also by nursing staff.

> "I found the nurses were the roughest part most of the time. Often we'll be in the OR and they will either *completely ignore my pager or they refuse to get our* gloves. They get all the male resident gloves and they just don't get ours or don't know our size or

something, and then I have had the nurse physically shove me to the side and also push me with our Mayo stand."

"There's other ways it's amplified in the OR. They'll do things, and I can't even believe it happens, but still even as an [senior year of training] I'll be operating and my hands will be in the patient's [body part] and I've got an instrument in my hand and the scrub nurse will take the instrument out of my hand."

"...the circulating nurse thought it was her job to tell me to move. So they were draping the patient and walking up to the surgical table, she's like, '[participant's name], you should go to the other side.' Overstepping two staff and a fellow telling me, 'No, [participant's name], you won't be making that opening incision.' She didn't realize that's what she was doing, but she was effectively taking away my ability to have that learning experience."

Second, their gender was perceived as having influenced their mentorship, career planning, and decision-making. Participants describe receiving unsolicited, unhelpful comments from others relating to their personal life, most commonly relating to family planning and marriage.

"Or even just the staff, I think they mean very well sometimes. 'Oh, when are you thinking about having kids?' I'm like, maybe I'm not thinking about having kids. And your response to that shouldn't be, 'Oh, good, you can focus on your career.' That should never be the response to I'm not thinking about having kids."

"Someone told me that I shouldn't have children in residency because people would lose respect for me... I've been told that I had to do [fellowship name] because then I could have kids than like otherwise. They basically were trying to force me into that and not do surgery [...] it's just like they basically you just do the triaging for the rest of the surgeons."

Third, participants discussed how their everyday experiences of discrimination added up over time and negatively influenced their well-being.

"I think it's probably made an already very demanding and stressful program more difficult. Not unbearable, but there's a lot of energy that's spent on learning how to cope and get over these things that could have been spent on a million other things."

Fourth, participants described how their experiences impacted the quality and safety of care. In many instances, the psychological safety of women surgical residents was threatened by others in the OR.

"In the OR I've felt like I can't even ask for an instrument because I don't want to upset them (nursing) because if I ask for something from them they will huff and they will be mad at me and then they won't do things for me later. I'm actually a worse surgeon or worse assistant because I feel like I can't upset the nurses, so I have to change what I would do in the OR."

"There have been times when the nurse literally didn't follow my orders and I had to report them, because it was actually something that would have changed the patient's outcomes. They just didn't trust my orders and I had to involve the two surgeons who had written notes on them previously to be like, 'This is why this is being done, this is why I'm doing this order.' And they would have compromised the patient's [...] They could have made the person crash that night, but didn't believe me."

Several barriers to taking action were described, namely, fear of future consequences. Participants felt that if they called out discrimination, they would be directly punished and labeled as "problematic." Several participants explicitly mentioned they do not want to "ruffle feathers." Several participants described instances where women residents senior to them would speak up against discrimination and the consequences that they suffered as a result of speaking out. This served as an example of why they felt they should remain silent. There were also reports of feelings of guilt about bringing these issues to light as they felt their predecessors (e.g., senior residents, staff) had it more difficult during their training, when even fewer women were in medicine and surgery.

"How do you change the system where criticizing the system means criticizing the people who control your entire future? [...] and this is shared among female surgical residents I think across all specialties, yes we want to make a change, but we feel like we have to keep our mouth shut."

Interestingly, most participants struggled to identify concrete solutions to the current culture for women in surgery other than waiting for more women to enter the field. However, even residents in OBGYN, a women-dominated specialty, still reported frequent experiences of GBD.

## DISCUSSION

This study provides evidence that women surgical residents experience a higher frequency and severity of GBD during their training in comparison to men — even at an institution where over half of the population of surgical trainees are women. These frequent experiences were found to have a substantial, negative impact on women resident's postgraduate training and their professional development as surgeons. The prominence of the emergent themes in the qualitative findings corroborated the large effect sizes detected in the quantitative data for items examining residents' perception of how they are (or are not) respected by others, and the common sources of GBD (i.e., nursing, patients).

These findings are consistent with several previous studies on harassment and discrimination in medicine. A 2014 systematic review found that women experience a higher frequency of discrimination than men during medical training; however, this review reported that consultant physicians were the most common source.[23] Surgical environments, in particular, appear to be more commonly associated with mistreatment and harassment based on gender than nonsurgical programs.[40-43] A 2002 study of senior medical students in the United States found that men and women reported the highest rates of GBD and sexual harassment on their General Surgery and OBGYN rotations.[40] Another study of graduating medical students in the United States reported that women (conceptualized based on the sex of respondents) experience statistically higher rates of mistreatment and discrimination than men, including public humiliation, denial of educational opportunities, being subjected to sexist comments and unwanted sexual advances, and a perception of lower evaluations as a result of their gender.[44] A cross-sectional survey of General Surgery residents in the United States found that 65.1% of women and 10% of men reported GBD; however, the sources were most commonly patients or family members, nurses of staff, or attending surgeons.[45] Of particular concern in this study, residents who reported monthly mistreatment were statistically more likely to have symptoms of burnout and suicidal thoughts.[45]

Our study provides additional data from a Canadian context, where gender parity was reached 22 years before the United States (1995 vs. 2017) and the majority of surgical residents at our institution are women. Gender-based disparities and inequities remain prevalent and problematic in Canada. An analysis of General Surgeons across Canada found that women were less likely to be promoted in their professorship status, even after controlling for years in practice, graduate and fellowship training, and research productivity.[46] Further, income disparities have also been quantified for women

surgeons in Ontario, Canada, who earn 24% less than men surgeons.[47] Taken together, these publications and our results provide potential insight into the culture — and arguably, the lack of progress — for women surgeons in Canada. Importantly, these findings suggest that gender parity may have limited influence on the effects of the longstanding patriarchal culture that appears to permeate medicine and that immediate action is required to tackle these issues from a structural level.

Importantly, our study provides empirical evidence that confirms that women surgical residents experience discrimination based on their gender more frequently than men, and further provides statistical effect sizes to quantify the magnitude of these differences. To the best of our knowledge, we have not seen these differences and effect sizes described in the literature. Further, the use of the sequential explanatory design allowed us to use qualitative methods to explore, expand, and ultimately corroborate the quantitative results.

A concerning and surprising finding of this research was the prevalence and severity of discrimination originating from nursing. While nursing was a frequent source of discrimination detected in the survey, the qualitative findings further highlight the complexity of these relationships and the impact of nursing on women residents' educational experience and well-being. These findings may also be explained by a paper published in 1988, which stated: "Female nurses, accustomed to taking orders from male physicians, expect only a modicum of interpersonal civility, but women physicians must be pleasant and helpful as well as acting like fellow nurses."[48] Given that this paper was published over 30 years ago, it is disheartening not only to find that these challenges remain, but that they might continue without deliberate efforts to make the environments of medicine and medical training more inclusive and equitable. While other studies have highlighted the mistreatment of medical learners by nurses, the results from our survey found nursing to be the most common source of GBD for surgical residents, and the results of the interviews suggest that the relationships between residents and nurses have a substantial influence on their daily experiences and ability to provide patient care.

A prominent finding in this study was that women residents commonly perceived a lack of respect from others (e.g., nursing, patients) and felt they had to work "twice as hard" to earn a proportion of the respect and trust that men in their program seemed to receive automatically. The perception that women in medicine have to prove themselves in the workplace is not unique to our study and has been reported in other contexts.[49,50] Women in our study reported various strategies to navigate the additional barriers that their gender imposes on them, including changing their appearance and behavior

to appear more masculine, and the strategy of "girl flirting" with nurses in order to establish functional relationships in the workplace. A similar strategy was reported in a 2016 study of final-year medical students in South Africa, who reported "down-playing their intelligence" to avoid intimidating nurses.[50]

Mistreatment and harassment may only make up a small fraction of gendered experiences during women's medical training.[49] Researchers in the United Kingdom discuss the influence of gender on medical students, such as how they are socialized in medicine based on their gender and how their gender influences their learning, suggesting that there are 2 "gendered communities of practice" in medical training as well as a cycle that perpetuates gender biases.[51] Additional research has highlighted how women are socialized in medical school, adapting to an environment that rewards male traits.[52]

A common experience described by participants during the qualitative strand was the experience of being presumed to be a nurse by others.[53] While we acknowledge the immense value of nursing, and that women doctors being upset about often being assumed to be a nurse may be perceived as offensive to those in nursing, these experiences are not meant to offend, but rather reflect a common assumption that women are nurses and men are doctors. Women doctors are commonly asked by patients to perform duties typically associated with the nursing scope of practice and worry about being perceived as rude if they do not perform these tasks, despite having to meet the already busy demands of providing medical care.[53] The common experiences of discrimination from patients suggest that women may be viewed with less respect than their men colleagues and further have to perform additional tasks in the workplace to earn that respect — similar to the concept of "institutional housekeeping" described in the higher education literature."[54]

Interestingly, 23% of women initially reported not having experienced GBD in our survey — but then later provided responses to survey questions that suggested they had, in fact, experienced GBD. The phenomenon of desensitization whereby medical learners become used to inappropriate treatment has been found previously in research examining medical clerks' experiences of gendered encounters, whose "getting used to it" coping strategy involved denial and minimization of these experiences, despite influencing their ability to perform the expected duties of a medical student.[55] Despite becoming more comfortable over time addressing inappropriate behavior from patients, medical students in this study never became comfortable addressing mistreatment with supervisors, as they perceived future consequences of reporting inappropriate behavior.[55] Participants in our study shared similar concerns about

reporting or addressing inappropriate behaviors. Based on the literature and the findings in our qualitative strand, women participants in our study may have under-reported the frequency and severity of discrimination, whereas GBD experienced by men may be more memorable due to its infrequency. Discrimination in the workplace has significant implications on the individual and system, leading to hostile work environments that lead to additional stress, potentially impairing the ability of the learner, impeding their performance, and permeating into the personal health and relationships of learners.[56] Several other studies have highlighted an association between mistreatment and harassment with mental health issues, including depression, anxiety, insomnia, appetite loss, substance abuse, burnout, and suicidality.[45,57-61]

It is worth clarifying that the results of this study do not conclude that men do not experience GBD during residency (e.g., OBGYN patient preference for women providers). However, this study does highlight the intensity and impact of GBD on women surgical residents. A national survey of residents across Canada in 2018 found that 85.5% of men and 71.4% of women residents reported experiences of harassment and intimidation due to their gender, where patients were the most frequent source.[62] Men may experience various forms of discrimination and harassment, albeit not at the same frequency or severity as women. Our decision to purposively sample women in the qualitative strand was informed by previous evidence that has highlighted gender-based differences in medical education and meant to gain both breadth and depth of understanding of women's experiences during surgical training.

Ultimately, our motivations to collect empirical evidence were to contribute to the growing body of literature on the topic of women in medicine and lead to further discussions with educators and administrators to promote equity at an institutional level. However, it is important to note that GBD or mistreatment is not unique to our contexts and is likely prevalent in other specialties, departments, medical schools, and countries. Despite the increasing empirical evidence of gender inequities in medicine, many individuals (including those in leadership positions) may not believe this to be problematic or worth improving.[63] Even 23% of women and 33% of men in our survey reported that they believed that GBD was not an ongoing issue in residency at our institution.

Gender inequity in medicine and medical education has a lengthy and complicated history. Our research team is concerned that these issues will not be resolved without deliberate action at a structural level. We are concerned that individuals might believe that these issues will improve over time as more women enter medicine and

surgical specialties. Even in a women-dominated specialty, such as OBGYN, our study has not only shown that these issues and experiences still persist, but they may even be exacerbated. Our study also highlighted that both men and women are perpetrators of GBD — suggesting that the presence of more women in medicine may not be a solution to reducing these inequities. It is important that gender inequities, as well as inequities experienced by learners from under-represented groups (e.g., Black, Indigenous, people of color; people with disabilities), are acknowledged as the result of longstanding, systemic, structural issues -- and that deliberate efforts are needed to target system-level factors.

Despite positive feedback during the local dissemination of these findings, this work has led to minimal action (to the best of our knowledge) at our institution. We wish to articulate concerns about the need to "prove" the experiences of women and underrepresented groups in medicine to others (often those without these lived experiences) through empirical data in order to catalyze conversations or action to promote equity. While data can be beneficial to highlight and better understand disparities for certain groups in medicine, the lack of action and response to empirical evidence is concerning. Women now comprise the majority of medical learners in North America, yet structural and systems-level responses to data confirming gender-based disparities in medicine and medical education have been, arguably, slow. Progress is particularly needed for individuals experiencing intersectional forms of oppression. Our research team is concerned that if local data and numerous published studies on inequities experienced by approximately half of current medical learners (women) are not enough to promote change, how can we be confident that these systems will be responsive to the groups who are even further underrepresented and marginalized in medicine, such as those who are racialized,[44,64-66] Indigenous,[67] gender diverse,[68] of minority sexual orientations,[44,69] persons with disabilities,[70] and the intersections thereof. These groups of learners and faculty are even smaller in numbers at the moment, further underrepresented in leadership positions, and should at the center of institutional efforts that promote diversity, equity, and inclusion.

All medical schools could benefit by examining their local culture and climate for students and faculty members and tackle the many structural barriers for all underrepresented groups in medicine — if they are committed to making changes within their institutions. Several short-term solutions have been described in the literature to promote equity, such as allyship and antioppression training in the core curriculum and voluntary training for faculty.[71,72] Voluntary training often attracts those who may already serve as allies, failing to reach

the individuals who might benefit from the training most. Evidence to support other strategies that can be used to promote equity and inclusion at an organizational level is needed in medicine and medical education. The recently published Coin Model of Privilege and Critical Allyship by Nixon (2019) suggests that those with privilege play a key role in dismantling the unjust social structures that disadvantage and oppress various groups in society.[73]

From a leadership perspective, it is worth recognizing the longstanding trend of (typically white) men in leadership and ensures that the individuals in leadership roles or positions of power reflect the diversity of the patient population.[6] Through leadership courses or other initiatives that foster leadership skills, programs and departments could encourage and sponsor underrepresented individuals to pursue leadership positions and support their professional development. We also propose that programs, departments, and institutions create task forces focused on equity (broadly conceived) in medicine that actively examine their local climates and implement solutions for all marginalized and oppressed groups who are underrepresented and marginalized in their context.

All individuals in medicine and medical education — particularly medical school deans and department heads — must be allies who continuously advocate for an inclusive, equitable environment with a zero-tolerance policy for discrimination and harassment. It is crucial that institutions implement strategies that foster a psychologically safe culture in which people cannot only report inappropriate behaviors without fear of consequences, but also report with confidence that inappropriate and unprofessional behaviors will be adequately addressed. This is important given that numerous participants in our study mentioned several faculty members who were well-known perpetrators of sexism, racism, and other forms of discrimination who continued to be promoted and awarded despite their known pattern of behaviors.[74]

## Limitations

This research is limited by the small sample size and selection bias in the quantitative phase given how small surgical training programs inherently are in Canada. Despite our best attempts to promote a higher response rate by providing a coffee gift card, we were informed that men were "protesting" our study by refusing to participate in the survey (perhaps a finding in and of itself); thus, men were underrepresented in the survey. Women may have been more likely to participate but may have under-reported their experiences due to the finding that women become desensitized to GBD. Despite these limitations, our research has several strengths. First, our

quantitative analysis not only highlights statistically significant items but also provides effect sizes to quantify the magnitude of these differences. Second, the qualitative strand of the research was well-sampled, as saturation was estimated to have occurred after the sixth interview, highlighting how common experiences of GBD are in this population. We continued to interview anyone who expressed interest in the interview process in order not to oppress women who wished to share their experiences.

Finally, a fundamental limitation of this research is its lack of intersectionality, as it should have centred the voices of those who may be further oppressed by race, sexuality, gender identity, class, religion, or other characteristics. Experiences of discrimination and harassment can be further impacted by these forms of oppression and are worth focusing on in future efforts examining mistreatment and discrimination in medicine. Most importantly, deliberate efforts are needed by those with privilege to dismantle these systems of inequality through practicing critical allyship.[73]

## CONCLUSION

This study highlights the unequal, persistent, and severe experiences of GBD among women surgical residents during their postgraduate training, even at an institution where half of surgical trainees are women. Women surgical residents perceive an overall lack of respect from others and report working "twice as hard" to earn similar respect as men trainees. These experiences permeate both the clinical and academic environments and substantially influence the quality of medical training for women as well as their well-being. Immediate action is required to dismantle the systems of inequality within medicine and medical education to promote equity and inclusion, rather than assume that the increasing number of women surgeons will eventually resolve these issues.

## ACKNOWLEDGMENTS

The authors wish to thank the Department of Obstetrics & Gynecology at the University of Calgary, who supported this research through the DEAR fund, as well as each of the program directors and administrators who facilitated research with residents within their program. We also wish to acknowledge Dr. Adrienne Bruce and colleagues from the University of Pennsylvania, who shared their data collection instrument with us during the conceptualization of this study. Lastly, we would like to thank participants for contributing to such a timely study and disclosing their experiences of sensitive issues.

## DISCLOSURES

This research has been presented at the University of Calgary Department of Surgeons Day, the Department of Obstetrics and Gynecology Research Day, the Canadian Conference on Medical Education, and the Canadian Conference for the Advancement of Surgical Education.

## ETHICAL APPROVAL

This study was granted approval from the University of Calgary Conjoint Health Research Ethics Board (File #17-2484). All participants provided informed consent throughout this research.

## REFERENCES

1. World Economic Forum. *The Global Gender Gap Report*.; 2017.

2. Jena AB, Olenski AR, Blumenthal DM. Sex differences in physician salary in US public medical schools. *JAMA Intern Med*. 2016;176:1294. https://doi.org/10.1001/jamainternmed.2016.3284.

3. Tsugawa Y, Jena AB, Figueroa JF, Orav EJ, Blumenthal DM, Jha AK. Comparison of hospital mortality and readmission rates for medicare patients treated by male vs female physicians. *JAMA Intern Med*. 2017;177:206. https://doi.org/10.1001/jamainternmed.2016.7875.

4. Sarsons H, Akhtari M, Barron K, et al. Interpreting signals in the labor market. *Evid Med Refer*. 2017: 1−71.

5. Mensah M, Beeler W, Rotenstein L, et al. Sex differences in salaries of department chairs at public medical schools. JAMA Intern Med. 2020:3-5. doi:10.1001/jamainternmed.2019.7540

6. Wehner MR, Nead KT, Linos K, Linos E. Plenty of moustaches but not enough women: cross sectional study of medical leaders. *Br Med J*. 2015;351(December):1−9. https://doi.org/10.1136/bmj.h6311.

7. Bunton SA, Sass P, Sloane RA, Grigsby RK. Characteristics of interim Deans at U.S. medical schools: implications for institutions and individuals. *Acad Med*. 2017. https://doi.org/10.1097/acm.0000000000001920.

8. The Association of Faculties of Medicine of Canada. AFMC board of directors. Available at: https://afmc.ca/about/board. Published 2019. Accessed January 12, 2020.

9. Association of American Medical Colleges. *2018 Fall Applicant and Matriculant Data Tables*.; 2018.

**10.** American Association of Medical Colleges. *2018 Physician Specialty Report*.; 2018.

**11.** Pezas T. Are surgeons still all privileged white men. *Br Med J*. 2016. https://doi.org/10.1097/SLA.0-b013c318228944a.

**12.** Elkbuli A, Narvel RI, Dowd B, McKenney M, Boneva D. Distribution of general surgery residencies in the United States and gender inequality: are we there yet. *J Surg Educ*. 2019;76:1460–1468. https://doi.org/10.1016/j.jsurg.2019.05.008.

**13.** Canadian Resident Matching Service. *2017 R-1 main residency match - first iteration. Table 21: first choice preference for surgical disciplines and match results*.; 2017.

**14.** Klifto KM, Payne RM, Siotos C, et al. Women Continue to be underrepresented in surgery: a Study of AMA and ACGME Data from 2000 to 2016. *J Surg Educ*. 2020;77:362–368. https://doi.org/10.1016/j.jsurg.2019.10.001.

**15.** Salles A, Awad M, Goldin L, et al. Estimating implicit and explicit gender bias among health care professionals and surgeons. *JAMA Netw Open*. 2019;2:1–12. https://doi.org/10.1001/jamanetwor-kopen.2019.6545.

**16.** Meyerson SL, Sternbach JM, Zwischenberger JB, Bender EM. The effect of gender on resident autonomy in the operating room. *J Surg Educ*. 2017. https://doi.org/10.1016/j.jsurg.2017.06.014.

**17.** Galvin SL, Parlier AB, Martino E, Scott KR, Buys E. gender bias in nurse evaluations of residents in obstetrics and gynecology. *Obstet Gynecol*. 2015;126:7S–12S. https://doi.org/10.1097/AOG.0000000000001044.

**18.** Lind DS, Rekkas S, Bui V, T Lam EB. Competency-based student self-assessment on a surgery rotation. *J Surg Res*. 2002;105:31–34. https://doi.org/10.1006/JSRE.2002.6442.

**19.** Minter RM, Gruppen LD, Napolitano KS, Gauger PG. Gender differences in the self-assessment of surgical residents. *Am J Surg*. 2005;189:647–650. https://doi.org/10.1016/j.amjsurg.2004.11.035.

**20.** Hoffman A, Grant W, McCormick M, Jezewski E, Matemavi P, Langnas A. Gendered differences in letters of recommendation for transplant surgery fellowship applicants. *J Surg Educ*. 2019;76:427–432. https://doi.org/10.1016/j.jsurg.2018.08.021.

**21.** Carr PL, Ash AS, Friedman RH, et al. Faculty perceptions of gender discrimination and sexual harassment in academic medicine. *Ann Intern Med*. 2000;132:889–896. https://doi.org/10.7326/0003-4819-132-11-200006060-00007.

**22.** Colbert CY, French JC, Herring ME, Dannefer EF. Fairness: the hidden challenge for competency-based postgraduate medical education programs. *Perspect Med Educ*. 2017;6:347–355. https://doi.org/10.1007/s40037-017-0359-8.

**23.** Fnais N, Soobiah C, Chen MH, et al. Harassment and discrimination in medical training: a systematic review and meta-analysis. *Acad Med*. 2014;89:817–827. https://doi.org/10.1097/ACM.0000000000000200.

**24.** Cook DJ, Liutkus JF, Risdon CL, Griffith LE, Guyatt GH, Walter SD. Residents' experiences of abuse, discrimination and sexual harassment during residency training. *McMaster University Residency Training Programs*. *CMAJ*. 1996;154:1657–1665.

**25.** Bruce AN, Battista A, Plankey MW, Johnson LB, Blair Marshall M. Perceptions of gender-based discrimination during surgical training and practice. *Med Educ Online*. 2015;20. https://doi.org/10.3402/meo.v20.25923.

**26.** Barnes KL, McGuire L, Dunivan G, Sussman AL, McKee R. Gender bias experiences of female surgical trainees. *J Surg Educ*. 2019;76:e1–e14. https://doi.org/10.1016/j.jsurg.2019.07.024.

**27.** Canada A of F of M of. *Can Med Educ Stat*. 2018. This is a report by Association of Faculties of Medicine of Canada; accessed here: https://afmc.ca/sites/default/files/CMES2017-Section2-EnrolmentAttrition.pdf.

**28.** Canadian Institute for Health Information. A profile of physicians in Canada in 2016. 2017.

**29.** Creswell JW, Plano Clark VL. Designing and Conducting Mixed Methods Research. 2nd ed. Los Angeles, CA: SAGE Publications; 2011.

**30.** Wharton AS. *The Sociology of Gender*. Vol 53. Blackwell Publishing; 2005. https://doi.org/10.1017/CBO9781107415324.004.

**31.** Johnson RB, Onwuegbuzie AJ. Mixed methods research: a research paradigm whose time has come. *Educ Res*. 2004;33:14–26. https://doi.org/10.3102/0013189X033007014.

**32.** Subedi D. Explanatory sequential mixed method design as the third research community of knowledge claim. *Am J Educ Res*. 2016;4:570–577. https://doi.org/10.12691/EDUCATION-4-7-10.

**33.** Tashakkori A, Teddlie C. Handbook of Mixed Methods in Social & Behavioral Research. Thousand Oaks, CA: SAGE Publications; 2003.

**34.** Olesen V. Feminist qualitative research and grounded theory: complexities, criticisms, and opportunities. The SAGE Handbook of Grounded Theory. SAGE Publications Inc; 2007. p. 417–435. https://doi.org/10.4135/9781848607941.n19.

**35.** Stone JP, Charette JH, McPhalen DF, Temple-Oberle C. Under the knife: medical student perceptions of intimidation and mistreatment. *J Surg Educ*. 2015;72:749–753. https://doi.org/10.1016/j.jsurg.2015.02.003.

**36.** Pituch KA, Stevens JP. *Applied multivariate statistics for the social sciences: analyses with SAS and IBM's SPSS*.; 2016.

**37.** Braun V, Clarke V. Using thematic analysis in psychology. *Qual Res Psychol*. 2006;3:77–101. https://doi.org/10.1191/1478088706qp063oa.

**38.** Miles MB, Huberman AM, Saldaña J. *Qualitative data analysis : a methods sourcebook*.; 2014.

**39.** Reinharz S, Davidman L. Feminist Methods in Social Research. New York, NY: Oxford University Press; 1992.

**40.** Nora LM, McLaughlin MA, Fosson SE, et al. Gender discrimination and sexual harassment in medical education: perspectives gained by a 14-school study. *Acad Med*. 2002;77(12 Pt 1):1226–1234. https://doi.org/10.1097/00001888-200212000-00018.

**41.** Stratton TD, Mclaughlin MA, Witte FM, Fosson SE, Nora LM. Does students' exposure to gender discrimination and sexual harassment in medical school affect specialty choice and residency program selection. *Acad Med*. 2005;80:400–409.

**42.** Hinze SW. Am I Being Over-Sensitive?' Women's experience of sexual harassment during medical training. *Heal An Interdiscip J Soc Study Heal Illn Med*. 2004;8:101–127. https://doi.org/10.1177/1363459304038799.

**43.** Nagata-Kobayashi S, Maeno T, Yoshizu M, Shimbo T. Universal problems during residency: abuse and harassment. *Med Educ*. 2009;43:628–636. https://doi.org/10.1111/j.1365-2923.2009.03388.x.

**44.** Hill KA, Samuels EA, Gross CP, et al. Assessment of the prevalence of medical student mistreatment by sex, race/ethnicity, and sexual orientation. 2020;06520:1-12. doi:10.1001/jamainternmed.2020.0030

**45.** Hu YY, Ellis RJ, Hewitt DB, et al. Discrimination, abuse, harassment, and burnout in surgical residency training. *N Engl J Med*. 2019;381:1741–1752. https://doi.org/10.1056/NEJMsa1903759.

**46.** Gawad N, Tran A, Martel AB, et al. Gender and academic promotion of Canadian general surgeons: a cross-sectional study. *C Open*. 2020;8:E34–E40. https://doi.org/10.9778/cmajo.20190090.

**47.** Dossa F, Simpson AN, Sutradhar R, et al. Sex-based disparities in the hourly earnings of surgeons in the fee-for-service System in Ontario, Canada. *JAMA Surg*. 2019;154:1134–1142. https://doi.org/10.1001/jamasurg.2019.3769.

**48.** Coombs RH, Hovanessian HC. Stress in the role constellation of female resident physicians. J Am Med Womens Assoc. 1988;43:21-27.

**49.** Babaria P, Abedin S, Nunez-Smith M. The effect of gender on the clinical clerkship experiences of female medical students: results from a qualitative study. *Acad Med*. 2009;84:859–866. https://doi.org/10.1097/ACM.0b013e3181a8130c.

**50.** Van Wyk J, Naidoo S, Moodley K, Higgins-Opitz S. Perceptions of final-year medical students towards the impact of gender on their training and future practice. *Adv Med Educ Pract*. 2016;7:541–550. https://doi.org/10.2147/amep.s107304.

**51.** Samuriwo R, Patel Y, Webb K, Bullock A. Man up': Medical students' perceptions of gender and learning in clinical practice: a qualitative study. *Med Educ*. 2020;54:150–161. https://doi.org/10.1111/medu.13959.

**52.** Beagan BL. Neutralizing differences: producing neutral doctors for (almost) neutral patients. *Soc Sci Med*. 2000;51:1253–1265. https://doi.org/10.1016/S0277-9536(00)00043-5.

**53.** Houry D, Shockley LW, Markovchick V. R esidents ' Perspective Wellness Issues and the Resident. *Ann Emerg Med*. 2000;35:394–397. https://doi.org/10.1067/mem.2000.105593.

**54.** Bird S, Litt J, Wang Y. Creating Status of Women Reports: Institutional Housekeeping as "Women's Work" Author (s): Sharon Bird, Jacquelyn Litt and Yong Wang Published by : The Johns Hopkins University Press Stable URL: http://www.jstor.org/stable/4317042 *Creating Status*. 2017;16:194–206.

**55.** Babaria P, Abedin S, Berg D, Nunez-Smith M. I'm too used to it": a longitudinal qualitative study of third year female medical students' experiences of gendered encounters in medical education. *Soc Sci Med*. 2012;74:1013–1020. https://doi.org/10.1016/j.socscimed.2011.11.043.

**56.** Sheehan KH, Sheehan D V, White K, Leibowitz A, Baldwin DC. A pilot study of medical student

ARTICLE IN PRESS

'abuse'- Student perceptions of mistreatment and misconduct in medical school. *J Am Med Assoc*. 1990;263:533–537. https://doi.org/10.1001/jama.1990.03440040072031.

57. Lubitz RM, Nguyen DD. Medical student abuse during third-year clerkships. *JAMA*. 1996;275:414–416.

58. Richman JA, Flaherty JA, Rospenda KM, Christensen ML. Mental health consequences and correlates of reported medical student abuse. *JAMA J Am Med Assoc*. 1992;267:692. https://doi.org/10.1001/jama.1992.03480050096032.

59. Tennant CC. A student mental health and welfare program in a medical faculty. *Med J Aust*. 2002;177. Suppl:S9-S10.

60. Thomas NK. Resident burnout. *J Am Med Assoc*. 2004. https://doi.org/10.1001/jama.292.23.2880.

61. Wilkinson TJ, Gill DJ, Fitzjohn J, Palmer CL, Mulder RT. The impact on students of adverse experiences during medical school. *Med Teach*. 2006. https://doi.org/10.1080/01421590600607195.

62. Resident Doctors of Canada. 2018 National Resident Survey. Canada: Ottawa; 2018.

63. Ruzycki SM, Freeman G, Bharwani A, Brown A. Association of physician characteristics with perceptions and experiences of gender equity in an academic internal medicine department. *JAMA Netw Open*. 2019;2:e1915165. https://doi.org/10.1001/jamanetworkopen.2019.15165.

64. Odom KL, Roberts LM, Johnson RL, Cooper LA. Exploring obstacles to and opportunities for professional success among ethnic minority medical students. *Acad Med*. 2007;82:146–153. https://doi.org/10.1097/ACM.0b013e31802d8f2c.

65. Beagan BL. Is this worth getting into a big fuss over?" Everyday racism in medical school. *Med Educ*. 2003;37:852–860. https://doi.org/10.1046/j.1365-2923.2003.01622.x.

66. Orom H, Semalulu T, Underwood W. The social and learning environments experienced by underrepresented minority medical students: A narrative review. *Acad Med*. 2013;88:1765–1777. https://doi.org/10.1097/ACM.0b013e3182a7a3af.

67. DeCoteau MA, Woods A, Lavallee B, Cook C. Race and racism: Unsafe learning environments: Indigenous medical students' experiences of racism. *LIME Good Pract Case Stud*. 2017;4:18–25.

68. Butler K, Yak A, Veltman A. "*Progress in Medicine Is Slower to Happen": qualitative insights into how trans and gender nonconforming medical students navigate cisnormative medical cultures at Canadian Training Programs*. Vol 94.; 2019. doi:10.1097/ACM.0000000000002933

69. Nama N, MacPherson P, Sampson M, McMillan HJ. Medical students' perception of lesbian, gay, bisexual, and transgender (LGBT) discrimination in their learning environment and their self-reported comfort level for caring for LGBT patients: a survey study. *Med Educ Online*. 2017;22:1–8. https://doi.org/10.1080/10872981.2017.1368850.

70. Stergiopoulos E, Fernando O, Martimianakis MA. Being on Both Sides": Canadian medical students' experiences with disability, the hidden curriculum, and professional identity construction. *Acad Med*. 2018;93:1550–1559. https://doi.org/10.1097/ACM.0000000000002300.

71. Carnes M, Middleton WS, Veterans M, et al. Effect of an intervention to break the gender bias habit for faculty at one institution: a cluster randomized, controlled trial. *Acad Med*. 2016;90:221–230. https://doi.org/10.1097/ACM.0000000000000552.Effect.

72. Isaac C, Manwell LB, Devine PG, Ford C, Sheridan J, Carnes M. Difficult Dialogues: Faculty Responses to a Gender Bias Literacy Training Program. *Qual Rep*. 2016;21:1243–1265. https://doi.org/10.2307/4020440.

73. Nixon SA. The coin model of privilege and critical allyship: Implications for health. *BMC Public Health*. 2019;19:1–13. https://doi.org/10.1186/s12889-019-7884-9.

74. Palepu A, Herbert CP. Medical women in academia: the silences we keep. *Can Med Assoc J*. 2002;167:877–879.

JAMA Surgery | Original Investigation

# Experiences of Gender Discrimination and Sexual Harassment Among Residents in General Surgery Programs Across the US

Cary Jo R. Schlick, MD, MS; Ryan J. Ellis, MD, MS; Caryn D. Etkin, PhD; Caprice C. Greenberg, MD, MPH; Jacob A. Greenberg, MD, EdM; Patricia L. Turner, MD; Jo Buyske, MD; David B. Hoyt, MD; Thomas J. Nasca, MD; Karl Y. Bilimoria, MD, MS; Yue-Yung Hu, MD, MPH

Invited Commentary page 953

**IMPORTANCE** Mistreatment is a common experience among surgical residents and is associated with burnout. Women have been found to experience mistreatment at higher rates than men. Further characterization of surgical residents' experiences with gender discrimination and sexual harassment may inform solutions.

**OBJECTIVE** To describe the types, sources, and factors associated with (1) discrimination based on gender, gender identity, or sexual orientation and (2) sexual harassment experienced by residents in general surgery programs across the US.

**DESIGN, SETTING, AND PARTICIPANTS** This cross-sectional national survey study was conducted after the 2019 American Board of Surgery In-Training Examination (ABSITE). The survey asked respondents about their experiences with gender discrimination and sexual harassment during the academic year starting July 1, 2018, through the testing date in January 2019. All clinical residents enrolled in general surgery programs accredited by the Accreditation Council for Graduate Medical Education were eligible.

**EXPOSURES** Specific types, sources, and factors associated with gender-based discrimination and sexual harassment.

**MAIN OUTCOMES AND MEASURES** Primary outcome was the prevalence of gender discrimination and sexual harassment. Secondary outcomes included sources of discrimination and harassment and associated individual- and program-level factors using gender-stratified multivariable logistic regression models.

**RESULTS** The survey was administered to 8129 eligible residents; 6956 responded (85.6% response rate)from 301 general surgery programs. Of those, 6764 residents had gender data available (3968 [58.7%] were male and 2796 [41.3%] were female individuals). In total, 1878 of 2352 female residents (79.8%) vs 562 of 3288 male residents (17.1%) reported experiencing gender discrimination ($P < .001$), and 1026 of 2415 female residents (42.5%) vs 721 of 3360 male residents (21.5%) reported experiencing sexual harassment ($P < .001$). The most common type of gender discrimination was being mistaken for a nonphysician (1943 of 5640 residents [34.5%] overall; 1813 of 2352 female residents [77.1%]; 130 of 3288 male residents [4.0%]), with patients and/or families as the most frequent source. The most common form of sexual harassment was crude, demeaning, or explicit comments (1557 of 5775 residents [27.0%] overall; 901 of 2415 female residents [37.3%]; 656 of 3360 male residents [19.5%]); among female residents, the most common source of this harassment was patients and/or families, and among male residents, the most common source was coresidents and/or fellows. Among female residents, gender discrimination was associated with pregnancy (odds ratio [OR], 1.93; 95% CI, 1.03-3.62) and higher ABSITE scores (highest vs lowest quartile: OR, 1.67; 95% CI, 1.14-2.43); among male residents, gender discrimination was associated with parenthood (OR, 1.72; 95% CI, 1.31-2.27) and lower ABSITE scores (highest vs lowest quartile: OR, 0.57; 95% CI, 0.43-0.76). Senior residents were more likely to report experiencing sexual harassment than interns (postgraduate years 4 and 5 vs postgraduate year 1: OR, 1.77 [95% CI, 1.40-2.24] among female residents; 1.31 [95% CI, 1.01-1.70] among male residents).

**CONCLUSIONS AND RELEVANCE** In this study, gender discrimination and sexual harassment were common experiences among surgical residents and were frequently reported by women. These phenomena warrant multifaceted context-specific strategies for improvement.

*JAMA Surg*. 2021;156(10):942-952. doi:10.1001/jamasurg.2021.3195
Published online July 28, 2021.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Yue-Yung Hu, MD, MPH, Surgical Outcomes and Quality Improvement Center, Department of Surgery, Feinberg School of Medicine, Northwestern University, 633 N St Clair St, 20-038, Chicago, IL 60611 (yue-yung.hu@northwestern.edu).

© 2021 American Medical Association. All rights reserved.

Gender discrimination, defined as unequal treatment that individuals experience based on their gender,[1] is prevalent in academia, particularly in fields, such as surgery, with a predominance of men, hierarchical relationships, and substantial one-on-one time between trainees and supervisors.[2-4] Although experts consider gender discrimination to be a type of sexual harassment,[2,5] many people colloquially consider sexual harassment to be inappropriate conduct that is strictly sexual in nature.[6] Among physicians, gender discrimination and sexual harassment have been associated with career dissatisfaction,[3,4] decreased self-confidence,[7] depression, and suicidal ideation.[4] Discrimination and harassment likely have a role in the relative underrepresentation of women in full professorships[8] and leadership positions in health care[9,10] despite gender parity in medical school acceptances,[11] which may further exacerbate the cycle of gender bias leading to discrimination.[9,12,13]

Because trainees are subject to a power differential, they are at increased risk of discrimination and harassment.[2,4,6] A pooled meta-analysis revealed that 66.6% of residents reported experiencing gender discrimination, and 36.2% reported experiencing sexual harassment.[14] In a previous study, 65.1% of female surgical residents reported experiencing gender discrimination, and 19.9% reported experiencing sexual harassment.[15] No definitions of discrimination and harassment were provided,[15] which may have contributed to lower mistreatment rates than previously reported,[2,14,16] although those studies were limited by sample size and response rate.[17-19] In addition to underestimating prevalence, a lack of granular detail limited the interpretation and actionability of the previous studies' findings.

A better understanding of the nature of these experiences and the associated individual- and/or program-level factors is needed to successfully intervene. Thus, we sought to fully characterize the gender discrimination and sexual harassment experienced by residents in general surgery programs across the US by (1) querying specific behavior types, (2) identifying the sources of these specific behaviors, and (3) evaluating associated resident and program-level factors.

## Methods

### Participants

A confidential, optional closed-ended survey was offered to all 8907 residents in US general surgery programs accredited by the Accreditation Council for Graduate Medical Education who took the 2019 American Board of Surgery In-Training Examination (ABSITE).[20] The survey was administered in January 2019 and queried respondents about the academic year starting on July 1, 2018. The American Board of Surgery deidentified survey responses before transferring the data for analysis.[15,21] Residents who were not in a clinically active year of training or who did not have gender data available through the American Board of Surgery were excluded. This study was deemed exempt from review by the Northwestern University Institutional Review Board because of the use of deidentified data. The survey was prefaced by a statement explaining that

**Key Points**

**Question**  What are the experiences of residents in general surgery programs with regard to gender discrimination and sexual harassment?

**Findings**  In this survey study of 6764 residents enrolled in 301 general surgery programs across the US, 80% of women and 17% of men reported experiencing gender discrimination, and 43% of women and 22% of men reported experiencing sexual harassment. The types and sources of discrimination and harassment and their associated factors varied.

**Meaning**  This study's findings suggest that gender discrimination and sexual harassment are common experiences among residents in general surgery programs; these phenomena warrant multifaceted context-specific strategies for improvement.

its purpose was research and that responses would be deidentified. The delivery software was constructed so that participants could exit the survey at any time.

### Survey Development

The survey evaluated aspects of the learning environment and respondents' well-being. Because no single comprehensive instrument was available to evaluate gender discrimination and sexual harassment, items were developed and adapted based on a comprehensive review of the literature. Previously validated instruments[22-24] were used when applicable. Survey items were evaluated for clarity and cohesion using a sample of research residents in general surgery programs across the US and iteratively revised until coherence consensus was achieved.[20,21]

### Resident and Program Characteristics

Information regarding residents' gender (obtained from the field labeled "gender" on the examination registration form, with response options of male or female) and postgraduate year (PGY-1, PGY-2/3, or PGY-4/5) were provided by the American Board of Surgery. Residents were queried regarding their relationship status (married, not married but in a relationship, not married and not in a relationship [single], divorced/separated, or widowed), number of children younger than 18 years (0, 1, 2, 3, 4, or ≥5, aggregated into any children vs no children), and whether they or their partner were pregnant, expecting a child, or adopting a child during the academic year (July 2018-January 2019). Respondents' 2019 ABSITE scores were reported in quartiles.

Gender data were aggregated at the program level, and the proportion of each residency program that was female was reported in quartiles (with quartile 1 indicating <34.4%, quartile 2 indicating 34.4%-42.3%, quartile 3 indicating 42.5%-49.1%, and quartile 4 indicating ≥50.0%). Data on program size (based on the total number of residents in general surgery programs and reported by quartiles, with quartile 1 indicating <26, quartile 2 indicating 26-36, quartile 3 indicating 37-50, and quartile 5 indicating ≥51), program type (university, independent, or military), and program location (Northeast, Southeast, Midwest, Southwest, and West) were provided by the American Board of Surgery.

© 2021 American Medical Association. All rights reserved.

The Accreditation Council for Graduate Medical Education provided information about each program's department chair and program director, and their genders were ascertained through a review of publicly available biographies. The Association of American Medical Colleges provided counts of active surgical faculty by gender for medical schools that participated in their faculty roster. The proportion of faculty that identified as female was calculated for each program and reported by quartiles (with quartile 1 indicating <19.5%, quartile 2 indicating 19.5%-23.6%, quartile 3 indicating 23.7%-26.9%, and quartile 4 indicating ≥27.0%). Programs with more than 1 medical school affiliation were assigned to the listed primary affiliate.

### Outcome Measures

Specified types of discrimination based on gender, gender identity, and/or sexual orientation included (1) experiencing different standards of evaluation (eg, lowered expectations, need to work harder to achieve the same success as others, unfair punishment, or less respect of my opinions),[18,25] (2) being denied opportunities (eg, allocation of cases, attendance at conferences, career options, opportunities for advancement, or mentorship),[3,18,25,26] (3) being mistaken for a nonphysician,[27] (4) being subject to slurs and/or hurtful, humiliating, negative, or uncomfortable comments, even when purported as jokes,[18,24] (5) feeling socially isolated (eg, excluded from social events or malicious gossip),[18] (6) being advised against having children during residency,[28] and (7) feeling like my/my partner's pregnancy or childcare needs led to negative reactions from coworkers and/or the program.[28,29] If residents reported experiencing any of these feelings or behaviors within the academic year (July 2018-January 2019) before survey administration, they were considered to have experienced gender discrimination. Analyses of gender discrimination based on pregnancy and childcare needs were restricted to residents who indicated that they were pregnant, expecting a child, adopting a child, and/or had a minor child.

Specified types of sexual harassment included (1) being subject to crude, sexually demeaning, or explicit remarks, stories, or jokes[18,24,26,30,31]; (2) having unwanted sexual imagery or materials sent or shown to you[24,30]; (3) receiving unwanted verbal sexual attention (eg, comments, flirtations, or sexual advances)[18,24,26,30]; (4) offensive body language (eg, leering or standing too close)[25,26,30]; (5) receiving unwanted physical sexual attention (eg, inappropriate or uncomfortable touching or attempts to touch, fondle, or kiss)[18,24-26,30]; and (6) sexual coercion (eg, bribed or threatened to engage in sexual behavior or suggestion of better treatment if sexually cooperative).[7,24,26,30] If residents reported experiencing any of these behaviors within the academic year (July 2018-January 2019) before survey administration, they were considered to have experienced sexual harassment.

For each reported behavior, residents were queried regarding the frequency (never, a few times per year, once per month or less, a few times per month, once per week, a few times per week, or every day) and source (patients and/or families [patients/families], attending physicians, administrators, coresidents and/or fellows [coresidents/fellows], or nurses

and/or support staff [nurses/staff]). Frequency analyses were restricted to residents who reported experiencing any type of gender discrimination or sexual harassment. Respondents who reported experiencing a particular behavior but did not answer the source question were classified as having an unidentified source for that behavior.

### Statistical Analysis

$\chi^2$ tests adjusted for program-level clustering were used to compare male and female residents regarding (1) resident and program characteristics, (2) proportion of residents reporting each type of discrimination or harassment, (3) proportion of residents reporting any behavior consistent with either discrimination or harassment, and (4) frequency of discrimination or harassment. The most common source of each behavior was reported by gender. Respondents with missing data were excluded from the analyses.

Gender-stratified multivariable logistic regression analyses with robust SEs adjusted for program-level clustering were used to estimate the association of individual- and program-level factors with gender discrimination and sexual harassment. The proportion of residents within each program who reported experiencing discrimination or harassment was calculated. Pearson correlation analysis was used to assess program-level correlations between the rates of discrimination or harassment and the proportion of female residents. All statistical analyses were 2-sided with a predetermined significance threshold of $P < .05$. Analyses were performed using Stata software, version 14.2 (StataCorp LLC).

## Results

Among 8907 total residents in general surgery programs across the US, 778 residents were excluded because they were not clinically active. The remaining 8129 residents were eligible for inclusion, of whom 6956 responded (85.6% response rate). A total of 192 residents were excluded based on the absence of gender data, resulting in a final sample of 6764 residents from 301 general surgery programs. Of those, 3968 residents (58.7%) were male and 2796 (41.3%) were female. The proportion of female residents was higher in junior years (709 of 1687 residents [42.0%] in PGY-1 vs 1160 of 2689 residents [43.1%] in PGY-2/3 vs 927 of 2388 residents [38.8%] in PGY-4/5; $P = .006$). Compared with their male colleagues, female residents were less frequently married (1950 of 3920 men [49.7%] vs 886 of 2761 women [32.1%]; $P < .001$), had a minor child (946 of 3914 men [24.2%] vs 286 of 2758 women [10.4%]; $P < .001$), or were pregnant or expecting a child (568 of 3908 men [14.5%] vs 170 of 2757 women [6.2%]; $P < .001$). Large programs had a higher proportion of female residents (eg, largest vs smallest quartile: 717 of 1587 residents [45.2%] vs 635 of 1771 residents [35.9%]; $P < .001$), as did university programs (eg, 1691 of 3869 residents [43.7%] vs 1039 of 2708 residents [38.4%] in independent programs; $P < .001$) and programs with higher proportions of female faculty (eg, highest vs lowest quartile: 638 of 1452 residents [43.9%] vs 599 of 1529 residents [39.2%]; $P = .04$) (Table 1).

© 2021 American Medical Association. All rights reserved.

Gender Discrimination and Sexual Harassment Experiences of Residents in General Surgery

Original Investigation **Research**

**Table 1. Demographic Characteristics of 2019 ABSITE Respondents**

| Characteristic | Respondents, No./total No. (%) | | | P value |
| --- | --- | --- | --- | --- |
| | All (N = 6764) | Male individuals (n = 3968) | Female individuals (n = 2796) | |
| Clinical postgraduate level[a] | | | | |
| Intern (PGY-1) | 1687/6764 (24.9) | 978/1687 (58.0) | 709/1687 (42.0) | |
| Junior (PGY-2/3) | 2689/6764 (39.8) | 1529/2689 (56.9) | 1160/2689 (43.1) | .006 |
| Senior (PGY-4/5) | 2388/6764 (35.3) | 1461/2388 (61.2) | 927/2388 (38.8) | |
| Relationship status[b] | | | | |
| Married | 2836/6681 (42.4) | 1950/3920 (49.7) | 886/2761 (32.1) | |
| Not married but in a relationship | 2134/6681 (31.9) | 1191/3920 (30.4) | 943/2761 (34.2) | |
| Not in a relationship | 1588/6681 (23.8) | 719/3920 (18.3) | 869/2761 (31.5) | <.001 |
| Divorced or widowed | 123/6681 (1.8) | 60/3920 (1.5) | 63/2761 (2.3) | |
| Minor child[c] | | | | |
| No | 5440/6672 (81.5) | 2968/3914 (75.8) | 2472/2758 (89.6) | |
| Yes | 1232/6672 (18.5) | 946/3914 (24.2) | 286/2758 (10.4) | <.001 |
| Pregnant or expecting a child[d] | | | | |
| No | 5927/6665 (88.9) | 3340/3908 (85.5) | 2587/2757 (93.8) | |
| Yes | 738/6665 (11.1) | 568/3908 (14.5) | 170/2757 (6.2) | <.001 |
| 2019 ABSITE score | | | | |
| Quartile 1 (lowest) | 1758/6764 (26.0) | 914/3968 (23.0) | 844/2796 (30.2) | |
| Quartile 2 | 1634/6764 (24.2) | 872/3968 (22.0) | 762/2796 (27.3) | |
| Quartile 3 | 1698/6764 (25.1) | 997/3968 (25.1) | 701/2796 (25.1) | <.001 |
| Quartile 4 (highest) | 1674/6764 (24.7) | 1185/3968 (29.9) | 489/2796 (17.5) | |
| Program size[e] | | | | |
| Quartile 1 (<26 residents) | 1771/6764 (26.2) | 1136/1771 (64.1) | 635/1771 (35.9) | |
| Quartile 2 (26-36 residents) | 1703/6764 (25.2) | 1004/1703 (59.0) | 699/1703 (41.0) | |
| Quartile 3 (37-50 residents) | 1703/6764 (25.2) | 958/1703 (56.3) | 745/1703 (43.7) | <.001 |
| Quartile 4 (≥51 residents) | 1587/6764 (23.5) | 870/1587 (54.8) | 717/1586 (45.2) | |
| Program type[e] | | | | |
| University | 3869/6764 (57.2) | 2178/3869 (56.3) | 1691/3869 (43.7) | |
| Independent | 2708/6764 (40.0) | 1669/2708 (61.6) | 1039/2708 (38.4) | <.001 |
| Military | 187/6764 (2.8) | 121/187 (64.7) | 66/187 (35.3) | |
| Program location[a] | | | | |
| Northeast | 2259/6764 (33.4) | 1333/2259 (59.0) | 926/2259 (41.0) | |
| Southeast | 1322/6764 (19.5) | 790/1322 (59.8) | 532/1322 (40.2) | |
| Midwest | 1491/6764 (22.0) | 889/1491 (59.6) | 602/1491 (40.4) | .25 |
| Southwest | 791/6764 (11.7) | 456/791 (57.6) | 335/791 (42.4) | |
| West | 901/6764 (13.3) | 500/901 (55.5) | 401/901 (44.5) | |
| Gender of department chair[e,f] | | | | |
| Male | 5754/6514 (88.3) | 3385/5754 (58.8) | 2369/5754 (41.2) | |
| Female | 760/6514 (11.7) | 419/760 (55.1) | 341/760 (44.9) | .05 |
| Gender of program director[e,g] | | | | |
| Male | 4820/6225 (77.4) | 2860/4820 (59.3) | 1960/4820 (40.7) | |
| Female | 1405/6225 (22.6) | 793/1405 (56.4) | 612/1405 (43.6) | .05 |
| Female residents, % | | | | |
| Quartile 1 (<34.4) | 1745/6764 (25.8) | 1282/3968 (32.3) | 463/2796 (16.6) | |
| Quartile 2 (34.4-42.3) | 1822/6764 (26.9) | 1115/3968 (28.1) | 707/2796 (25.3) | |
| Quartile 3 (42.5-49.1) | 1565/6764 (23.1) | 851/3968 (21.4) | 714/2796 (25.5) | <.001 |
| Quartile 4 (50.0-75.0) | 1632/6764 (24.1) | 720/3968 (18.1) | 912/2796 (32.6) | |
| Female faculty, %[e,h] | | | | |
| Quartile 1 (<19.5) | 1529/5841 (26.2) | 930/1529 (60.8) | 599/1529 (39.2) | |
| Quartile 2 (19.5-23.6) | 1475/5841 (25.3) | 876/1475 (59.4) | 599/1475 (40.6) | |
| Quartile 3 (23.7-26.9) | 1385/5841 (23.7) | 794/1385 (57.3) | 591/1385 (42.7) | .04 |
| Quartile 4 (≥27.7) | 1452/5841 (24.9) | 814/1452 (56.1) | 638/1452 (43.9) | |

Abbreviations: ABSITE, American Board of Surgery In-Training Examination; PGY, postgraduate year.

[a] Percentages in this category were calculated across rows.

[b] Data missing for 83 respondents.

[c] Data missing for 92 respondents.

[d] Data missing for 99 respondents.

[e] Percentages in this category were calculated across rows.

[f] Data missing for 250 respondents from 20 programs.

[g] Data missing for 539 respondents from 42 programs.

[h] Data missing for 923 respondents from 63 programs.

© 2021 American Medical Association. All rights reserved.

Gender Discrimination and Sexual Harassment Experiences of Residents in General Surgery

Table 2. Types, Prevalence, and Frequency of Gender Discrimination and Sexual Harassment

| Category | Residents, No./total No. (%) | | | P value |
|---|---|---|---|---|
| | All | Male individuals | Female individuals | |
| **Gender discrimination** | | | | |
| Total respondents, No. | 5640 | 3288 | 2352 | NA |
| Behavior type[a] | | | | |
| Different standards of evaluation | 1321/5640 (23.4) | 307/3288 (9.3) | 1014/2352 (43.1) | <.001 |
| Denied opportunities | 699/5640 (12.4) | 202/3288 (6.1) | 497/2352 (21.1) | <.001 |
| Mistaken for a nonphysician | 1943/5640 (34.5) | 130/3288 (4.0) | 1813/2352 (77.1) | <.001 |
| Slurs or negative comments | 739/5640 (13.1) | 162/3288 (4.9) | 577/2352 (24.5) | <.001 |
| Socially isolated | 471/5640 (8.4) | 154/3288 (4.7) | 317/2352 (13.5) | <.001 |
| Advised not to have children | 819/5640 (14.5) | 124/3288 (3.8) | 695/2352 (29.7) | <.001 |
| Negative reactions to pregnancy or childcare needs[b] | 235/1328 (17.7) | 104/1000 (10.4) | 131/328 (39.9) | <.001 |
| Prevalence of any type of gender discrimination | 2440/5640 (43.3) | 562/3288 (17.1) | 1878/2352 (79.8) | <.001 |
| Frequency of any type of gender discrimination | | | | |
| A few occurrences/y | 443/2440 (18.2) | 280/562 (49.8) | 163/1878 (8.7) | |
| Monthly | 249/2440 (10.2) | 103/562 (18.3) | 146/1878 (7.8) | |
| A few occurrences/mo | 421/2440 (17.3) | 93/562 (16.5) | 328/1878 (17.5) | |
| Weekly | 316/2440 (13.0) | 27/562 (4.8) | 289/1878 (15.4) | <.001 |
| A few occurrences/wk | 546/2440 (22.4) | 23/562 (4.1) | 523/1878 (27.8) | |
| Daily | 465/2440 (19.1) | 36/562 (6.4) | 429/1878 (22.8) | |
| **Sexual harassment** | | | | |
| Total respondents, No. | 5775 | 3360 | 2415 | NA |
| Behavior type[c] | | | | |
| Crude, demeaning, or explicit comments | 1557/5775 (27.0) | 656/3360 (19.5) | 901/2415 (37.3) | <.001 |
| Unwanted sexual imagery | 261/5775 (4.5) | 123/3360 (3.7) | 138/2415 (5.7) | .001 |
| Unwanted verbal sexual attention | 744/5775 (12.9) | 213/3360 (6.3) | 531/2415 (22.0) | <.001 |
| Offensive body language | 608/5775 (10.5) | 188/3360 (5.6) | 420/2415 (17.4) | <.001 |
| Unwanted physical sexual attention | 246/5775 (4.3) | 100/3360 (3.0) | 146/2415 (6.0) | <.001 |
| Sexual coercion | 69/5775 (1.2) | 47/3360 (1.4) | 22/2415 (0.9) | .14 |
| Prevalence of any type of sexual harassment | 1747/5775 (30.3) | 721/3360 (21.5) | 1026/2415 (42.5) | <.001 |
| Frequency of any type of sexual harassment | | | | |
| A few occurrences/y | 933/1747 (53.4) | 363/721 (50.3) | 570/1026 (55.6) | |
| Monthly | 303/1747 (17.3) | 114/721 (15.8) | 189/1026 (18.4) | |
| A few occurrences/mo | 265/1747 (15.2) | 120/721 (16.6) | 145/1026 (14.1) | |
| Weekly | 98/1747 (5.6) | 44/721 (6.1) | 54/1026 (5.3) | .009 |
| A few occurrences/wk | 115/1747 (6.6) | 60/721 (8.3) | 55/1026 (5.4) | |
| Daily | 33/1747 (1.9) | 20/721 (2.8) | 13/1026 (1.3) | |

Abbreviation: NA, not applicable.

[a] Among the 5640 respondents who answered any question regarding gender discrimination. Missing data: different standards of evaluation (n = 5), denied opportunities (n = 11), mistaken for a nonphysician (n = 31), slurs or negative comments (n = 21), socially isolated (n = 41), and advised not to have children (n = 31).

[b] Among the 1533 respondents who reported having a minor child or expecting a child during the academic year (July 2018-January 2019), 1328 individuals responded to the question regarding childcare discrimination.

[c] Among the 5775 respondents who answered any question regarding sexual harassment. Missing data: crude, demeaning, or explicit comments (n = 3), unwanted sexual imagery (n = 9), unwanted verbal sexual attention (n = 16), offensive body language (n = 31), unwanted physical sexual attention (n = 4), and sexual coercion (n = 5).

Of the 5640 residents (3288 men and 2352 women) who responded to questions regarding gender discrimination, 2440 residents (43.3%) reported experiencing at least 1 of the listed discriminatory behaviors. The most common type of gender discrimination was being mistaken for a nonphysician (1943 residents [34.5%]). Compared with male residents, female residents were more likely to experience discrimination overall (562 men [17.1%] vs 1878 women [79.8%]; *P* < .001), including every discrimination subtype (eg, being mistaken for a nonphysician: 130 men [4.0%] vs 1813 women [77.1%]; *P* < .001; different standards of evaluation: 307 men [9.3%] vs 1014 women [43.1%]; *P* < .001). Among residents who reported experiencing gender discrimination, women had more frequent experiences (eg, weekly or greater: 1241 of 1878 women [66.1%] vs 86 of

562 men [15.3%]; *P* < .001) (**Table 2**). The most common type of discrimination among male residents was a negative reaction to pregnancy and childcare needs (104 of 1000 men [10.4%]); however, this type of discrimination was more common among female residents (131 of 328 women [39.9%]; *P* < .001), with coresidents/fellows reported as the most frequent source. Among female residents who reported being advised not to have children or experiencing different standards of evaluation or denial of opportunities, the most common source was attending physicians; among those who reported being mistaken for a nonphysician, the most common source was patients/families. Among women who reported feeling socially isolated or experiencing negative reactions to pregnancy and childcare needs, the most common source was coresidents/fellows (**Table 3**).

© 2021 American Medical Association. All rights reserved.

Among 5775 residents (3360 men and 2415 women) who answered questions regarding sexual harassment, 1747 residents (30.3%) reported experiencing at least 1 listed behavior. The most common type of sexual harassment was crude, demeaning, or explicit comments (1557 residents [27.0%]). More female residents reported experiencing harassment overall (1026 women [42.5%] vs 721 men [21.5%]; $P < .001$), including most of the harassment subtypes (eg, crude, demeaning, or explicit comments: 901 women [37.3%] vs 656 men [19.5%]; $P < .001$; unwanted verbal sexual attention: 531 women [22.0%] vs 213 men [6.3%]; $P < .001$; offensive body language: 420 women [17.4%] vs 188 men [5.6%]; $P < .001$), with the exception of sexual coercion, for which there was no statistically significant difference (22 women [0.9%] vs 47 men [1.4%]; $P = .14$). Among residents who reported experiencing sexual harassment, men had more frequent experiences (eg, weekly or greater: 124 of 721 men [17.2%] vs 122 of 1026 women [11.9%]; $P = .009$) (Table 2). Sources of harassment varied by gender and behavior (Table 3). Among female residents who reported experiencing unwanted verbal sexual attention, offensive body language, and crude, demeaning, or explicit comments, the most common source was patients/families; among those who experienced unwanted sexual imagery, the most common source was coresidents/fellows. Among male residents who reported experiencing crude, demeaning, or explicit comments, the most common source was coresidents/fellows; among those who experienced unwanted verbal sexual attention, the most common source was nurses/staff.

After adjusting for individual- and program-level factors, women were more likely to report experiencing gender discrimination if they were pregnant or expecting a child (89.9% vs 80.1% among those not pregnant or expecting a child; odds ratio [OR], 1.93; 95% CI, 1.03-3.62) or had higher ABSITE scores (eg, highest vs lowest quartile: 84.6% vs 77.3%; OR, 1.67; 95% CI, 1.14-2.43). Men were more likely to report experiencing gender discrimination if they had lower ABSITE scores (eg, highest vs lowest quartile: 14.0% vs 21.8%; OR, 0.57; 95% CI, 0.43-0.76), had a minor child (23.9% vs 15.5% among those without a minor child; OR, 1.72; 95% CI, 1.31-2.27), or were training in the Northeast (eg, 19.7% vs 15.6% among those training in the Southeast; OR, 1.37; 95% CI, 1.00-1.88). No other factors, including gender of leadership and gender distribution of residents or faculty, were associated with discrimination (Table 4).

Sexual harassment experiences were more likely to be reported by women in PGY-2/3 (43.2%) vs PGY-1 (35.8%; OR, 1.42; 95% CI, 1.11-1.82) or PGY-4/5 (48.8%; OR, 1.77; 95% CI, 1.40-2.24), women with higher ABSITE scores (eg, highest vs lowest quartile: 49.2% vs 41.6%; OR, 1.40; 95% CI, 1.07-1.83), women in military programs (eg, 55.6% vs 44.0% among those in university programs; OR, 1.89; 95% CI, 1.02-3.48), and women in programs with higher proportions of female faculty (eg, highest vs lowest quartile: 45.7% vs 39.7%; OR, 1.33; 95% CI, 1.01-1.75). Among male residents, sexual harassment was associated with seniority (eg, PGY-4/5 vs PGY-1: 24.4% vs 18.8%; OR, 1.31; 95% CI, 1.01-1.70). No other individual or programmatic factors, including the gender of leadership and gen-

der distribution of residency programs, were associated with harassment (Table 4).

Program-level rates ranged from 0% to 88.9% for gender discrimination (median, 42.9%; interquartile range [IQR], 33.3%-52.1%) and 0% to 80.0% for sexual harassment (median, 29.8%; IQR, 20.0%-38.2%). The gender composition of residency programs was highly correlated with program-levels rates of gender discrimination ($r = 0.64$; 95% CI, 0.56-0.70) but minimally correlated with program-level rates of sexual harassment ($r = 0.17$; 95% CI, 0.06-0.28) (Figure).

## Discussion

To our knowledge, this survey study of gender discrimination and sexual harassment experiences among a large sample of residents in general surgery programs with a high response rate represents the most comprehensive analysis of gender discrimination and sexual harassment in any field of medicine. A total of 80.0% of female residents reported

**Table 3. Most Common Sources of Gender Discrimination and Sexual Harassment**

| Category | Source of discrimination or harassment (No./total No. [%] of respondents) | |
|---|---|---|
| | Male respondents | Female respondents |
| **Gender discrimination** | | |
| **Behavior type** | | |
| Different standards of evaluation[a] | Attending physicians (163/307 [53.1]) | Attending physicians (579/1014 [57.1]) |
| Denied opportunities[a] | Attending physicians (87/202 [43.1]) | Attending physicians (300/497 [60.4]) |
| Mistaken for a nonphysician[a] | Patients/families (58/130 [44.6]) | Patients/families (1467/1813 [80.9]) |
| Slurs or negative comments[a] | Unidentified (56/162 [34.6]) | Unidentified (222/577 [38.5%]) |
| Socially isolated[a] | Coresidents/fellows (72/154 [46.8]) | Coresidents/fellows (167/317 [52.7]) |
| Advised not to have children[a] | Attending physicians (51/124 [41.1]) | Attending physicians (342/695 [49.2]) |
| Negative reactions to pregnancy or childcare needs[b] | Coresidents/fellows (47/104 [45.2]) | Coresidents/fellows (71/131 [54.2]) |
| **Sexual harassment** | | |
| **Behavior type[c]** | | |
| Crude, demeaning, or explicit comments[c] | Coresidents/fellows (233/656 [35.5]) | Patients/families (251/900 [27.9]) |
| Unwanted sexual imagery[c] | Unidentified (54/123 [43.9]) | Coresidents/fellows (49/138 [35.5]) |
| Unwanted verbal sexual attention[c] | Nurses/support staff (77/213 [36.2]) | Patients/families (262/531 [49.3]) |
| Offensive body language[c] | Unidentified (71/188 [37.8]) | Patients/families (120/420 [28.6]) |
| Unwanted physical sexual attention[c] | Unidentified (46/100 [46.0]) | Unidentified (36/146 [24.7]) |
| Sexual coercion[c] | Unidentified (32/47 [68.1]) | Unidentified (10/22 [45.5]) |

[a] Analysis limited to surgical residents who reported experiencing this type of gender discrimination.

[b] Among surgical residents with a minor child or pregnant/expecting a child during the academic year (July 2018-January 2019) who reported experiencing this type of gender discrimination.

[c] Analysis limited to surgical residents who reported experiencing this type of sexual harassment.

© 2021 American Medical Association. All rights reserved.

Research   Original Investigation

Gender Discrimination and Sexual Harassment Experiences of Residents in General Surgery

**Table 4. Resident and Program-Level Factors Associated With Gender Discrimination and Sexual Harassment Experienced by Male and Female Surgical Residents**

| | Gender discrimination | | | | | | Sexual harassment | | | | | |
| | Female residents (n = 1989)[a] | | | Male residents (n = 2732)[a] | | | Female residents (n = 2040)[b] | | | Male residents (n = 2790)[b] | | |
| Factor | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resident characteristics** | | | | | | | | | | | | |
| **Clinical postgraduate level** | | | | | | | | | | | | |
| Intern (PGY-1) | 77.9 | 1 [Reference] | NA | 15.7 | 1 [Reference] | NA | 35.8 | 1 [Reference] | NA | 18.8 | 1 [Reference] | NA |
| Junior (PGY-2/3) | 80.8 | 1.24 (0.93-1.63) | .14 | 17.9 | 1.15 (0.88-1.50) | .30 | 43.2 | 1.42 (1.11-1.82) | .005 | 20.7 | 1.11 (0.87-1.42) | .39 |
| Senior (PGY-4/5) | 82.4 | 1.28 (0.93-1.76) | .13 | 18.3 | 1.04 (0.79-1.36) | .78 | 48.8 | 1.77 (1.40-2.24) | <.001 | 24.4 | 1.31 (1.01-1.70) | .04 |
| **Relationship status** | | | | | | | | | | | | |
| Married | 83.6 | 1 [Reference] | NA | 19.2 | 1 [Reference] | NA | 44.8 | 1 [Reference] | NA | 22.7 | 1 [Reference] | NA |
| Not married but in a relationship | 78.8 | 0.84 (0.61-1.13) | .25 | 15.9 | 1.04 (0.79-1.38) | .76 | 42.8 | 1.02 (0.80-1.30) | .89 | 21.6 | 1.11 (0.87-1.42) | .39 |
| Not in a relationship | 79.5 | 0.89 (0.64-1.23) | .48 | 15.8 | 1.03 (0.74-1.42) | .88 | 41.9 | 0.99 (0.78-1.25) | .93 | 18.9 | 0.96 (0.72-1.27) | .77 |
| Divorced or widowed | 83.7 | 1.16 (0.48-2.83) | .74 | 16.7 | 0.84 (0.40-1.76) | .64 | 51.9 | 1.40 (0.80-2.44) | .24 | 27.9 | 1.30 (0.69-2.46) | .41 |
| **Minor child** | | | | | | | | | | | | |
| No | 80.3 | 1 [Reference] | NA | 15.5 | 1 [Reference] | NA | 42.9 | 1 [Reference] | NA | 20.5 | 1 [Reference] | NA |
| Yes | 84.2 | 0.97 (0.61-1.55) | .89 | 23.9 | 1.72 (1.31-2.27) | <.001 | 47.4 | 1.06 (0.77-1.47) | .71 | 25.4 | 1.25 (0.96-1.62) | .09 |
| **Pregnant or expecting a child[c]** | | | | | | | | | | | | |
| No | 80.1 | 1 [Reference] | NA | 16.7 | 1 [Reference] | NA | 43.2 | 1 [Reference] | NA | 21.3 | 1 [Reference] | NA |
| Yes | 89.9 | 1.93 (1.03-3.62) | .04 | 22.6 | 1.22 (0.92-1.62) | .17 | 46.5 | 0.97 (0.64-1.47) | .87 | 24.2 | 1.05 (0.81-1.37) | .70 |
| **ABSITE score** | | | | | | | | | | | | |
| Quartile 1 (lowest) | 77.3 | 1 [Reference] | NA | 21.8 | 1 [Reference] | NA | 41.6 | 1 [Reference] | NA | 21.0 | 1 [Reference] | NA |
| Quartile 2 | 81.7 | 1.31 (0.95-1.80) | .10 | 18.9 | 0.83 (0.63-1.10) | .19 | 43.3 | 1.09 (0.85-1.38) | .50 | 22.0 | 1.04 (0.75-1.43) | .81 |
| Quartile 3 | 80.6 | 1.26 (0.92-1.74) | .15 | 17.7 | 0.77 (0.56-1.04) | .08 | 41.5 | 1.02 (0.79-1.31) | .90 | 24.9 | 1.23 (0.93-1.61) | .14 |
| Quartile 4 (highest) | 84.6 | 1.67 (1.14-2.43) | .008 | 14.0 | 0.57 (0.43-0.76) | <.001 | 49.2 | 1.40 (1.07-1.83) | .01 | 19.6 | 0.88 (0.66-1.19) | .42 |
| **Program-level characteristics** | | | | | | | | | | | | |
| **Program size** | | | | | | | | | | | | |
| Quartile 1 (<26 residents) | 78.9 | 1 [Reference] | NA | 18.2 | 1 [Reference] | NA | 46.0 | 1 [Reference] | NA | 23.0 | 1 [Reference] | NA |
| Quartile 2 (26-36 residents) | 79.9 | 0.92 (0.60-1.40) | .69 | 15.7 | 0.85 (0.59-1.22) | .38 | 39.5 | 0.79 (0.56-1.13) | .19 | 21.5 | 0.93 (0.67-1.29) | .65 |
| Quartile 3 (37-50 residents) | 79.9 | 0.94 (0.60-1.46) | .78 | 19.2 | 1.16 (0.82-1.66) | .40 | 42.1 | 0.84 (0.57-1.24) | .39 | 21.9 | 0.90 (0.61-1.31) | .57 |
| Quartile 4 (≥51 residents) | 83.4 | 1.11 (0.66-1.85) | .70 | 17.3 | 1.03 (0.68-1.55) | .89 | 46.9 | 1.00 (0.67-1.50) | .99 | 20.7 | 0.81 (0.53-1.24) | .33 |
| **Program type** | | | | | | | | | | | | |
| University | 81.8 | 1 [Reference] | NA | 17.2 | 1 [Reference] | NA | 44.0 | 1 [Reference] | NA | 21.9 | 1 [Reference] | NA |
| Independent | 78.6 | 0.87 (0.62-1.20) | .39 | 18.1 | 1.26 (0.93-1.70) | .14 | 42.0 | 0.92 (0.67-1.25) | .59 | 21.2 | 0.89 (0.66-1.21) | .47 |
| Military | 77.8 | 0.69 (0.13-3.74) | .67 | 19.2 | 1.55 (0.63-3.86) | .34 | 55.6 | 1.89 (1.02-3.48) | .04 | 30.8 | 1.57 (0.58-4.25) | .38 |
| **Program location** | | | | | | | | | | | | |
| Southeast | 81.6 | 1 [Reference] | NA | 15.6 | 1 [Reference] | NA | 40.1 | 1 [Reference] | NA | 20.7 | 1 [Reference] | NA |
| Northeast | 78.9 | 0.84 (0.58-1.21) | .35 | 19.7 | 1.37 (1.00-1.88) | .05 | 44.7 | 1.18 (0.87-1.60) | .30 | 22.5 | 1.18 (0.89-1.56) | .25 |
| Midwest | 79.2 | 0.79 (0.54-1.17) | .24 | 16.7 | 1.13 (0.80-1.60) | .48 | 43.8 | 1.07 (0.77-1.47) | .70 | 23.3 | 1.21 (0.90-1.62) | .21 |
| Southwest | 84.8 | 1.25 (0.77-2.02) | .36 | 17.2 | 1.16 (0.79-1.68) | .45 | 42.8 | 1.08 (0.73-1.61) | .69 | 20.4 | 1.03 (0.72-1.46) | .89 |
| West | 81.7 | 0.95 (0.62-1.46) | .82 | 17.0 | 1.11 (0.74-1.67) | .60 | 45.2 | 1.17 (0.82-1.66) | .39 | 19.5 | 0.96 (0.65-1.41) | .83 |

*(continued)*

© 2021 American Medical Association. All rights reserved.

Table 4. Resident and Program-Level Factors Associated With Gender Discrimination and Sexual Harassment Experienced by Male and Female Surgical Residents (continued)

| | Gender discrimination | | | | | | Sexual harassment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Female residents (n = 1989)[a] | | | Male residents (n = 2732)[a] | | | Female residents (n = 2040)[b] | | | Male residents (n = 2790)[b] | | |
| Factor | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value | Rate | OR (95% CI) | P value |
| Gender of department chair | | | | | | | | | | | | |
| Male | 80.7 | 1 [Reference] | NA | 17.1 | 1 [Reference] | NA | 43.7 | 1 [Reference] | NA | 21.7 | 1 [Reference] | NA |
| Female | 80.6 | 0.85 (0.57-1.28) | .44 | 21.5 | 1.37 (0.99-1.89) | .06 | 41.0 | 0.83 (0.62-1.10) | .19 | 22.1 | 1.09 (0.81-1.47) | .57 |
| Gender of program director | | | | | | | | | | | | |
| Male | 80.3 | 1 [Reference] | NA | 17.9 | 1 [Reference] | NA | 42.8 | 1 [Reference] | NA | 21.9 | 1 [Reference] | NA |
| Female | 81.9 | 1.11 (0.80-1.54) | .54 | 16.5 | 0.86 (0.65-1.15) | .32 | 45.2 | 1.06 (0.84-1.34) | .61 | 21.1 | 0.94 (0.72-1.25) | .69 |
| Female residents, % | | | | | | | | | | | | |
| Quartile 1 (<34.4) | 79.7 | 1 [Reference] | NA | 15.6 | 1 [Reference] | NA | 46.6 | 1 [Reference] | NA | 20.4 | 1 [Reference] | NA |
| Quartile 2 (34.4-42.3) | 82.6 | 1.23 (0.83-1.82) | .30 | 19.0 | 1.27 (0.96-1.68) | .10 | 46.2 | 0.97 (0.72-1.33) | .87 | 24.4 | 1.28 (0.97-1.69) | .08 |
| Quartile 3 (42.5-49.1) | 79.1 | 0.98 (0.67-1.41) | .90 | 18.5 | 1.24 (0.92-1.67) | .15 | 40.5 | 0.79 (0.58-1.09) | .16 | 20.6 | 1.00 (0.74-1.36) | .98 |
| Quartile 4 (50.0-75.0) | 81.1 | 1.06 (0.74-1.52) | .74 | 17.5 | 1.18 (0.85-1.64) | .32 | 42.3 | 0.82 (0.60-1.11) | .19 | 21.4 | 1.13 (0.84-1.54) | .41 |
| Female faculty, % | | | | | | | | | | | | |
| Quartile 1 (<19.5) | 78.9 | 1 [Reference] | NA | 17.5 | 1 [Reference] | NA | 39.7 | 1 [Reference] | NA | 21.5 | 1 [Reference] | NA |
| Quartile 2 (19.5-23.6) | 80.7 | 1.07 (0.75-1.53) | .70 | 17.1 | 1.01 (0.73-1.41) | .93 | 44.9 | 1.26 (0.94-1.70) | .12 | 22.2 | 1.04 (0.76-1.42) | .80 |
| Quartile 3 (23.7-26.9) | 79.8 | 0.95 (0.68-1.34) | .78 | 16.5 | 0.99 (0.74-1.34) | .97 | 42.9 | 1.10 (0.81-1.49) | .53 | 21.1 | 1.00 (0.74-1.35) | .99 |
| Quartile 4 (≥27.7) | 83.2 | 1.19 (0.87-1.62) | .28 | 19.3 | 1.19 (0.85-1.66) | .30 | 45.7 | 1.33 (1.01-1.75) | .04 | 22.1 | 1.02 (0.70-1.47) | .94 |

Abbreviations: NA, not applicable; OR, odds ratio; PGY, postgraduate year.

[a] Among 5640 respondents who answered any question regarding gender discrimination, 363 female residents and 556 male residents were excluded based on missing demographic or program-level data.

[b] Among 5775 respondents who answered any question regarding sexual harassment, 375 female residents and 570 male residents were excluded based on missing demographic or program-level data.

[c] Pregnant or expecting a child during the academic year (July 2018-January 2019).

experiencing gender discrimination and 42.5% reported experiencing sexual harassment, with lower but substantial reporting of discrimination and harassment by male residents and wide program-level variability. Sources of gender discrimination and sexual harassment varied by behavior and residents' gender. These data may provide insight to individuals working toward gender equity in the medical field.

The gender discrimination and sexual harassment rates identified by querying specific behaviors were higher than those calculated by pooled estimates in a meta-analysis[14] and those of a previous survey study wherein respondents self-defined the terms.[15] Because gender biases in the medical field are often insidious,[32-35] the provision of defined terms and types of bias in the present survey may have allowed more accurate recollection. In addition to increasing the accuracy of prevalence estimates, the enumeration of specific behaviors provided a more comprehensive characterization of the experience of discrimination and harassment. The most common form of gender discrimination reported by female residents was being mistaken for a nonphysician. Consistent with findings from previous studies,[36-38] the most common source of this microaggression was patients/families. Although less egregious than other forms of mistreatment (eg, inappropriate touching), microaggres-

sions can negatively impact cognition[39] and have substantial cumulative consequences for clinicians.[32,34] Attending physicians were the most common source of gender discrimination based on opportunities and evaluation; this finding is consistent with previous studies reporting decreased opportunities for operative autonomy for female residents[40] as well as more rapid progression through the Accreditation Council for Graduate Medical Education milestones[41] and a greater number of awards given to male residents.[42] Such gender discrimination has important potential consequences for clinical competence and career advancement.

Male residents also experience gender discrimination and sexual harassment, albeit less frequently than women.[7,15] The most common harassment behavior reported by men was crude, sexually demeaning, or explicit remarks, stories, or jokes, and the most common source of this behavior was co-residents/fellows. These findings suggest that sexual humor among health care professionals, particularly among peers, is ubiquitous.[38,43] Unwanted verbal sexual attention was the second most prevalent type of harassment reported by men, with nurses/staff identified as the most common source. Men may not label these behaviors as harassment, particularly given the difference in context (eg, the lack of a power differential),

© 2021 American Medical Association. All rights reserved.

Research    Original Investigation                                                      Gender Discrimination and Sexual Harassment Experiences of Residents in General Surgery

Figure. Program-Level Correlation of Gender Discrimination and Sexual Harassment Experiences with the Percentage of Female Residents



Each blue dot represents a general surgery program. The orange line represents the Pearson correlation line of best fit.

compared with that of their female colleagues.[43] This factor may contribute to the underreporting observed in a previous study,[15] in which behavioral prompts were not provided. Although some may question the utility of investigating events in which the person reporting the behavior does not feel harassed, such behaviors are clearly unprofessional.

Gender discrimination experiences were more likely to be reported by pregnant women and men with a minor child. Negative reactions to pregnancy or childcare needs were reported by 39.9% of women and were the most common type of gender discrimination reported by men. Bias against parenthood in the field of surgery, particularly toward women, has previously been reported[28,29,44]; however, these studies were limited by small sample sizes, incalculable response rates, and the requirement for surgeons to recall experiences over the course of their careers rather than a single academic year. Women in the field of surgery have reported being explicitly and implicitly discouraged from becoming pregnant during training; 15% of surgical program directors admit to advising against pregnancy during training, and 61% believe that parenthood negatively impacts women's work (compared with 34% for men).[28] Such discrimination may contribute to unequal personal sacrifices, which women may feel are necessary to train as physicians.[45,46] Consistent with previous work,[47-49] the present study found that female residents were less likely to be married, have a minor child, or be expecting a child compared with their male counterparts. Eliminating discrimination against parents of both genders is important because discrimination may create incentives for male physicians to take less active parenting roles[44,50] and may exacerbate gender stereotyping at work.

Female residents with the highest ABSITE scores were more likely to report experiencing gender discrimination and sexual harassment, whereas male residents with low ABSITE scores were more likely to report experiencing gender discrimination. These differences may be associated with gender stereotypes. Confidence and assertiveness, which one might expect in high-performing surgical residents, are often perceived

positively in men but negatively in women.[51] In addition, male surgical residents may be more susceptible to stereotype threat, which is the risk of confirming negative stereotypes[52]; in a multi-institutional randomized study of surgical residents,[52] evoking pro-male stereotypes was reported to improve engagement among men, whereas exposing men to data supporting gender neutrality was reported to worsen their technical performance. The loss of gender advantage may therefore adversely impact male performance on examinations or, alternatively, men with lower examination scores may perceive a loss of dominance as discrimination.[53,54] Regardless of gender, senior residents were more likely to report experiencing sexual harassment, potentially associated with increased familiarity that blurs professional boundaries and/or increased one-on-one interactions.

At the program level, gender distribution was correlated with rates of gender discrimination. The capacity to recognize behaviors as discriminatory may improve with increasing numbers of women in the workplace. However, the correlation between the proportion of female residents and sexual harassment was minimal. Characteristics of local context (eg, organizational policies or the societal norms of the surrounding community) that were not reflected in the evaluated program variables may, at least in part, explain this finding. Nonetheless, considerable program-level variation in rates of gender discrimination and sexual harassment suggests that improvement is possible.

The Surgical Education Culture Optimization Through Targeted Interventions Based on National Comparative Data (SECOND) clinical trial,[55] a cluster-randomized study of 215 general surgical residency programs across the US, was recently initiated. In this trial, residency programs in the intervention arm receive aggregated reports of their residents' perceptions of various aspects of the learning environment (in which mistreatment is a prominent feature) compared with other programs in the country. In addition, these programs receive access to a toolkit of ready-to-implement interventions (eg, programmatic and institutional practices, policies, and

© 2021 American Medical Association. All rights reserved.

infrastructure) to improve the learning environment. These data will inform protocols on recognizing, coping, and responding to gender discrimination and sexual harassment. In the interim, Sexual Harassment of Women, published by the National Academies of Sciences, Engineering, and Medicine in 2018,[2] includes several chapters with action items.

## Limitations

This study has several limitations. First, the data originate from surgical residents and therefore may not be generalizable to residents who are training in other specialties. Second, the survey was administered after the ABSITE examination, which may have subjected respondents to recall biases associated with either postexamination anxiety or elation. Third, despite assurances of survey confidentiality, residents may have been reluctant to report sensitive exposures, producing underestimations of prevalence. Fourth, respondents selected only 1 source for each behavior, which simplified

analyses but likely underestimated the pervasiveness of mistreatment. Fifth, we inquired about discrimination based on gender, gender identity, or sexual orientation because these concepts are intricately associated[56]; as a consequence, it was not possible to distinguish, for example, discrimination experienced by straight cisgendered women from that experienced by lesbian cisgendered women or by individuals who identify as nonbinary.

## Conclusions

This study's results suggest that gender discrimination and sexual harassment are common among surgical residents, originate from variable sources, and are associated with different individual- and program-level factors. These data may be used to inform interventions to mitigate gender discrimination and sexual harassment, which is a necessary step toward gender equity in health care.

**ARTICLE INFORMATION**

**Accepted for Publication:** April 26, 2021.

**Published Online:** July 28, 2021.
doi:10.1001/jamasurg.2021.3195

**Author Affiliations:** Surgical Outcomes and Quality Improvement Center, Department of Surgery, Feinberg School of Medicine, Northwestern University, Chicago, Illinois (Schlick, Ellis, Etkin, Bilimoria, Hu); Division of Research and Optimal Patient Care, American College of Surgeons, Chicago, Illinois (Ellis, Bilimoria); Wisconsin Surgical Outcomes Research Program, Department of Surgery, University of Wisconsin School of Medicine, Madison (C. C. Greenberg); Department of Surgery, University of Wisconsin School of Medicine, Madison (J. A. Greenberg); American College of Surgeons, Chicago, Illinois (Turner, Hoyt); Department of Surgery, University of Chicago, Chicago, Illinois (Turner); American Board of Surgery, Philadelphia, Pennsylvania (Buyske); Accreditation Council for Graduate Medical Education, Chicago, Illinois (Nasca); Division of Pediatric Surgery, Ann & Robert H. Lurie Children's Hospital, Feinberg School of Medicine, Northwestern University, Chicago, Illinois (Hu).

**Author Contributions:** Drs Schlick and Hu had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Schlick, Ellis, Etkin, C. C. Greenberg, Turner, Hoyt, Bilimoria, Hu.
*Acquisition, analysis, or interpretation of data:* Schlick, C. Greenberg, J. A. Greenberg, Buyske, Nasca, Bilimoria, Hu.
*Drafting of the manuscript:* Schlick, Etkin, J. A. Greenberg, Buyske, Hoyt, Nasca, Bilimoria, Hu.
*Critical revision of the manuscript for important intellectual content:* Schlick, Ellis, C. C. Greenberg, J. A. Greenberg, Turner, Nasca, Bilimoria, Hu.
*Statistical analysis:* Schlick, Ellis, Bilimoria, Hu.
*Administrative, technical, or material support:* Etkin, Hoyt, Nasca, Hu.
*Supervision:* Etkin, J. A. Greenberg, Turner, Buyske, Bilimoria, Hu.

**Conflict of Interest Disclosures:** Dr C. Greenberg reported receiving consulting fees from Johnson &

Johnson, which were directed toward the nonprofit Academy for Surgical Coaching, outside the submitted work. Dr J. Greenberg reported receiving grants from BD Interventional and Medtronic outside the submitted work. No other disclosures were reported.

**Funding/Support:** This study was funded by grants 5T32HS000078 (Dr Ellis), R01HS025989 (Dr Greenberg), and R01HS024516 (Dr Bilimoria) from the Agency for Healthcare Research and Quality; a grant R01HL076180 from the National Heart, Lung, and Blood Institute (Dr Hoyt); grants from the Accreditation Council for Graduate Medical Education (Drs Bilimoria and Hu) and the American College of Surgeons (Drs Bilimoria and Hu); and in-kind support from the American Board of Surgery.

**Role of the Funder/Sponsor:** The funding organizations had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication. Dr Hoyt, who is employed by the American College of Surgeons, and Dr Nasca, who is employed by the Accreditation Council for Graduate Medical Education, were involved in the conduct of the study, interpretation of the data, and review of the manuscript.

**Disclaimer:** The views expressed in this article represent those of the authors only.

**REFERENCES**

**1**. Lenhart SA. *Clinical Aspects of Sexual Harassment and Gender Discrimination: Psychological Consequences and Treatment Interventions.* 1st ed. Routledge; 2004. doi:10.4324/9780203493335

**2**. National Academies of Sciences, Engineering, and Medicine. *Sexual Harassment of Women: Climate, Culture, and Consequences in Academic Sciences, Engineering, and Medicine.* The National Academies Press; 2018. doi:10.17226/24994

**3**. Carr PL, Ash AS, Friedman RH, et al. Faculty perceptions of gender discrimination and sexual harassment in academic medicine. *Ann Intern Med.*

2000;132(11):889-896. doi:10.7326/0003-4819-132-11-200006060-00007

**4**. Frank E, Brogan D, Schiffman M. Prevalence and correlates of harassment among US women physicians. *Arch Intern Med.* 1998;158(4):352-358. doi:10.1001/archinte.158.4.352

**5**. US Equal Employment Opportunity Commission. Sexual harassment. US Equal Opportunity Employment Commission; 2020. Accessed April 15, 2020. https://www.eeoc.gov/laws/types/sexual_harassment.cfm

**6**. Dzau VJ, Johnson PA. Ending sexual harassment in academic medicine. *N Engl J Med.* 2018;379(17): 1589-1591. doi:10.1056/NEJMp1809846

**7**. Jagsi R, Griffith KA, Jones R, Perumalswami CR, Ubel P, Stewart A. Sexual harassment and discrimination experiences of academic medical faculty. *JAMA.* 2016; 315(19):2120-2121. doi:10.1001/jama.2016.2188

**8**. Jena AB, Khullar D, Ho O, Olenski AR, Blumenthal DM. Sex differences in academic rank in US medical schools in 2014. *JAMA.* 2015;314(11): 1149-1158. doi:10.1001/jama.2015.10680

**9**. D'Armiento J, Witte SS, Dutt K, Wall M, McAllister G; Columbia University Senate Commission on the Status of Women. Achieving women's equity in academic medicine: challenging the standards. *Lancet.* 2019;393(10171):e15-e16. doi:10.1016/S0140-6736(19)30234-X

**10**. Lautenberger D, Raezer C, Bunton SA. The underrepresentation of women in leadership positions at U.S. medical schools: February 2015 analysis in brief. Association of American Medical Colleges; 2015. Accessed May 2020. https://www.aamc.org/data-reports/analysis-brief/report/underrepresentation-women-leadership-positions-us-medical-schools

**11**. Association of American Medical Colleges. Total U.S. medical school enrollment by race/ethnicity (alone) and sex, 2015-2016 through 2019-2020. Association of American Medical Colleges; 2020. Accessed May 2020. https://www.aamc.org/data-reports/students-residents/interactive-data/2020-facts-enrollment-graduates-and-md-phd-data

**12**. Shaw SM, Bothwell M, Furman K, et al. Advancing women in STEM: institutional

© 2021 American Medical Association. All rights reserved.

Research    Original Investigation                                        Gender Discrimination and Sexual Harassment Experiences of Residents in General Surgery

transformation. *Lancet*. 2019;393(10171):e17-e18. doi:10.1016/S0140-6736(19)30260-6

**13**. Choo EK, Byington CL, Johnson NL, Jagsi R. From #MeToo to #TimesUp in health care: can a culture of accountability end inequity and harassment? *Lancet*. 2019;393(10171):499-502. doi:10.1016/S0140-6736(19)30251-X

**14**. Fnais N, Soobiah C, Chen MH, et al. Harassment and discrimination in medical training: a systematic review and meta-analysis. *Acad Med*. 2014;89(5): 817-827. doi:10.1097/ACM.0000000000000200

**15**. Hu YY, Ellis RJ, Hewitt DB, et al. Discrimination, abuse, harassment, and burnout in surgical residency training. *N Engl J Med*. 2019;381(18): 1741-1752. doi:10.1056/NEJMsa1903759

**16**. Hu YY, Ellis RJ, Bilimoria KY. Mistreatment and burnout in surgical residency training. *N Engl J Med*. 2020;382(6):582-583.

**17**. Freedman-Weiss MR, Chiu AS, Heller DR, et al. Understanding the barriers to reporting sexual harassment in surgical training. *Ann Surg*. 2020;271 (4):608-613. doi:10.1097/SLA.0000000000003295

**18**. Crebbin W, Campbell G, Hillis DA, Watters DA. Prevalence of bullying, discrimination and sexual harassment in surgery in Australasia. *ANZ J Surg*. 2015;85(12):905-909. doi:10.1111/ans.13363

**19**. Bruce AN, Battista A, Plankey MW, Johnson LB, Marshall MB. Perceptions of gender-based discrimination during surgical training and practice. *Med Educ Online*. 2015;20:25923. doi:10.3402/meo.v20.25923

**20**. Bilimoria KY, Chung JW, Hedges LV, et al. Development of the Flexibility in Duty Hour Requirements for Surgical Trainees (FIRST) trial protocol: a national cluster-randomized trial of resident duty hour policies. *JAMA Surg*. 2016;151(3): 273-281. doi:10.1001/jamasurg.2015.4990

**21**. Bilimoria KY, Chung JW, Hedges LV, et al. National cluster-randomized trial of duty-hour flexibility in surgical training. *N Engl J Med*. 2016; 374(8):713-727. doi:10.1056/NEJMoa1515724

**22**. Maslach C, Jackson SE, Leiter MP. *Maslach Burnout Inventory Manual*. 4th ed. Mind Garden; 2016.

**23**. McManus IC, Winder BC, Gordon D. The causal links between stress and burnout in a longitudinal study of UK doctors. *Lancet*. 2002;359(9323): 2089-2090. doi:10.1016/S0140-6736(02)08915-8

**24**. Stark S, Chernyshenko OS, Lancaster AR, Drasgow F, Fitzgerald LF. Toward standardized measurement of sexual harassment: shortening the SEQ-DoD using item response theory. *Mil Psychol*. 2002;14(1):49-72. doi:10.1207/S15327876MP1401_03

**25**. Cook DJ, Liutkus JF, Risdon CL, Griffith LE, Guyatt GH, Walter SD. Residents' experiences of abuse, discrimination and sexual harassment during residency training: McMaster University residency training programs. *CMAJ*. 1996;154(11):1657-1665.

**26**. Nagata-Kobayashi S, Maeno T, Yoshizu M, Shimbo T. Universal problems during residency: abuse and harassment. *Med Educ*. 2009;43(7): 628-636. doi:10.1111/j.1365-2923.2009.03388.x

**27**. Boge LA, Dos Santos C, Moreno-Walton LA, Cubeddu LX, Farcy DA. The relationship between physician/nurse gender and patients' correct identification of health care professional roles in the

emergency department. *J Womens Health (Larchmt)*. 2019;28(7):961-964. doi:10.1089/jwh.2018.7571

**28**. Sandler BJ, Tackett JJ, Longo WE, Yoo PS. Pregnancy and parenthood among surgery residents: results of the first nationwide survey of general surgery residency program directors. *J Am Coll Surg*. 2016;222(6):1090-1096. doi:10.1016/j.jamcollsurg.2015.12.004

**29**. Rangel EL, Smink DS, Castillo-Angeles M, et al. Pregnancy and motherhood during surgical training. *JAMA Surg*. 2018;153(7):644-652. doi:10.1001/jamasurg.2018.0153

**30**. Fitzgerald LF, Gelfand MJ, Drasgow F. Measuring sexual harassment: theoretical and psychometric advances. *Basic Appl Soc Psychol*. 1995;17(4):425-445. doi:10.1207/s15324834basp1704_2

**31**. Richman JA, Flaherty JA, Rospenda KM. Perceived workplace harassment experiences and problem drinking among physicians: broadening the stress/alienation paradigm. *Addiction*. 1996;91 (3):391-403. doi:10.1111/j.1360-0443.1996.tb02288.x

**32**. Torres MB, Salles A, Cochran A. Recognizing and reacting to microaggressions in medicine and surgery. *JAMA Surg*. 2019;154(9):868-872. doi:10.1001/jamasurg.2019.1648

**33**. Files JA, Mayer AP, Ko KMG, et al. Speaker introductions at internal medicine grand rounds: forms of address reveal gender bias. *J Womens Health (Larchmt)*. 2017;26(5):413-419. doi:10.1089/jwh.2016.6044

**34**. Pololi LH, Jones SJ. Women faculty: an analysis of their experiences in academic medicine and their coping strategies. *Gend Med*. 2010;7(5):438-450. doi:10.1016/j.genm.2010.09.006

**35**. Liang R, Dornan T, Nestel D. Why do women leave surgical training? a qualitative and feminist study. *Lancet*. 2019;393(10171):541-549. doi:10.1016/S0140-6736(18)32612-6

**36**. Viglianti EM, Oliverio AL, Meeks LM. Sexual harassment and abuse: when the patient is the perpetrator. *Lancet*. 2018;392(10145):368-370. doi:10.1016/S0140-6736(18)31502-2

**37**. Phillips SP, Schneider MS. Sexual harassment of female doctors by patients. *N Engl J Med*. 1993;329 (26):1936-1939. doi:10.1056/NEJM199312233292607

**38**. Vargas EA, Brassel ST, Cortina LM, Settles IH, Johnson TRB, Jagsi R. #MedToo: a large-scale examination of the incidence and impact of sexual harassment of physicians and other faculty at an academic medical center. *J Womens Health (Larchmt)*. 2020;29(1):13-20. doi:10.1089/jwh.2019.7766

**39**. Dovidio JF, Gaertner SL, Kawakami K, Hodson G. Why can't we just get along? interpersonal biases and interracial distrust. *Cultur Divers Ethnic Minor Psychol*. 2002;8(2):88-102. doi:10.1037/1099-9809.8.2.88

**40**. Meyerson SL, Odell DD, Zwischenberger JB, et al; Procedural Learning and Safety Collaborative. The effect of gender on operative autonomy in general surgery residents. *Surgery*. 2019;166(5): 738-743. doi:10.1016/j.surg.2019.06.006

**41**. Dayal A, O'Connor DM, Qadri U, Arora VM. Comparison of male vs female resident milestone evaluations by faculty during emergency medicine residency training. *JAMA Intern Med*. 2017;177(5): 651-657. doi:10.1001/jamainternmed.2016.9616

**42**. Kuo LE, Lyu HG, Jarman MP, et al. Gender disparity in awards in general surgery residency programs. *JAMA Surg*. 2020;156(1):60-66. doi:10.1001/jamasurg.2020.3518

**43**. Farkas AH, Scholcoff C, Machen JL, et al. The experience of male physicians with sexual and gender-based harassment: a qualitative study. *J Gen Intern Med*. 2020;35(8):2383-2388. doi:10.1007/s11606-020-05695-4

**44**. Kin C, Yang R, Desai P, Mueller C, Girod S. Female trainees believe that having children will negatively impact their careers: results of a quantitative survey of trainees at an academic medical center. *BMC Med Educ*. 2018;18(1):260. doi:10.1186/s12909-018-1373-1

**45**. Stentz NC, Griffith KA, Perkins E, Jones RD, Jagsi R. Fertility and childbearing among American female physicians. *J Womens Health (Larchmt)*. 2016;25(10):1059-1065. doi:10.1089/jwh.2015.5638

**46**. Marshall AL, Arora VM, Salles A. Physician fertility: a call to action. *Acad Med*. 2020;95(5): 679-681. doi:10.1097/ACM.0000000000003079

**47**. Troppmann KM, Palis BE, Goodnight JE Jr, Ho HS, Troppmann C. Women surgeons in the new millennium. *Arch Surg*. 2009;144(7):635-642.

**48**. Altieri MS, Salles A, Bevilacqua LA, et al. Perceptions of surgery residents about parental leave during training. *JAMA Surg*. 2019;154(10): 952-958. doi:10.1001/jamasurg.2019.2985

**49**. Turner PL, Lumpkins K, Gabre J, Lin MJ, Liu X, Terrin M. Pregnancy among women surgeons: trends over time. *Arch Surg*. 2012;147(5):474-479. doi:10.1001/archsurg.2011.1693

**50**. Parsons WL, Duke PS, Snow P, Edwards A. Physicians as parents: parenting experiences of physicians in Newfoundland and Labrador. *Can Fam Physician*. 2009;55(8):808-809.

**51**. Carnes M, Bartels CM, Kaatz A, Kolehmainen C. Why is John more likely to become department chair than Jennifer? *Trans Am Clin Climatol Assoc*. 2015;126:197-214.

**52**. Myers SP, Dasari M, Brown JB, et al. Effects of gender bias and stereotypes in surgical training: a randomized clinical trial. *JAMA Surg*. 2020;155(7): 552-560. doi:10.1001/jamasurg.2020.1127

**53**. Manzi F. Are the processes underlying discrimination the same for women and men? a critical review of congruity models of gender discrimination. *Front Psychol*. 2019;10:469. doi:10.3389/fpsyg.2019.00469

**54**. Dover TL, Major B, Kaiser CR. Members of high-status groups are threatened by pro-diversity organizational messages. *J Exp Soc Psychol*. 2016; 62:58-67. doi:10.1016/j.jesp.2015.10.006

**55**. The surgical education culture optimization through targeted interventions based on national comparative data—the SECOND trial. ClinicalTrials.gov identifier: NCT03739723. Updated March 22, 2021. Accessed June 14, 2021. https://www.clinicaltrials.gov/ct2/show/NCT03739723

**56**. Roselli CE. Neurobiology of gender identity and sexual orientation. *J Neuroendocrinol*. 2018;30(7): e12562. doi:10.1111/jne.12562

© 2021 American Medical Association. All rights reserved.



ELSEVIER

Available online at www.sciencedirect.com

**SciVerse ScienceDirect**

Research in Organizational Behavior 32 (2012) 113–135

RESEARCH IN
ORGANIZATIONAL
BEHAVIOR

# Gender stereotypes and workplace bias

## Madeline E. Heilman

*Department of Psychology, 6 Washington Place, room 551, New York, NY 10003, United States*

Available online 21 November 2012

**Abstract**

This paper focuses on the workplace consequences of both descriptive gender stereotypes (designating what women and men *are* like) and prescriptive gender stereotypes (designating what women and men *should be* like), and their implications for women's career progress. Its central argument is that gender stereotypes give rise to biased judgments and decisions, impeding women's advancement. The paper discusses how descriptive gender stereotypes promote gender bias because of the negative performance expectations that result from the perception that there is a poor fit between what women are like and the attributes believed necessary for successful performance in male gender-typed positions and roles. It also discusses how prescriptive gender stereotypes promote gender bias by creating normative standards for behavior that induce disapproval and social penalties when they are directly violated or when violation is inferred because a woman is successful. Research is presented that tests these ideas, considers specific career consequences likely to result from stereotype-based bias, and identifies conditions that exaggerate or minimize the likelihood of their occurrence.

© 2012 Elsevier Ltd. All rights reserved.

## Contents

1. Gender stereotypes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
2. Descriptive gender stereotypes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
   2.1. Lack of fit and the formation of performance expectations . . . . . . . . . . . . . . . . . . . . . . . . . . 116
   2.2. Stereotype-based performance expectations and information processing . . . . . . . . . . . . . . . . . . . 116
      2.2.1. Attention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
      2.2.2. Interpretation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
      2.2.3. Recall . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
   2.3. Lack of fit, performance expectations and career consequences . . . . . . . . . . . . . . . . . . . . . . . 117
      2.3.1. Gender-type of the field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
      2.3.2. Degree to which the target is viewed as stereotypical . . . . . . . . . . . . . . . . . . . . . . . 118
   2.4. The facilitating effects of ambiguity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
      2.4.1. The amount and type of information available . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
      2.4.2. Clarity of the evaluative criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
      2.4.3. Specificity of the evaluative structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
      2.4.4. Clarity about the source of performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
   2.5. Effects on women's self-evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
   2.6. Deterring gender bias arising from descriptive gender stereotypes . . . . . . . . . . . . . . . . . . . . . 120
      2.6.1. Precluding negative expectations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
      2.6.2. Reducing ambiguity in evaluation processes . . . . . . . . . . . . . . . . . . . . . . . . . . . 121

*E-mail address:* madeline.heilman@nyu.edu.

0191-3085/$ – see front matter © 2012 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.riob.2012.11.003

*M.E. Heilman / Research in Organizational Behavior 32 (2012) 113–135*

|  | 2.7. | Heightening the motivation to be accurate | 121 |
|  |  | 2.7.1.  Anticipated interdependence | 121 |
|  |  | 2.7.2.  Doing the "right thing" | 122 |
|  |  | 2.7.3.  Accountability | 122 |
| 3. | Prescriptive gender stereotypes | | 123 |
|  | 3.1. | Engaging in "Should Nots" | 123 |
|  |  | 3.1.1.  Communication style | 123 |
|  |  | 3.1.2.  Leadership style | 124 |
|  |  | 3.1.3.  Self-promotion | 124 |
|  |  | 3.1.4.  Negotiations | 124 |
|  |  | 3.1.5.  Misbehavior | 124 |
|  |  | 3.1.6.  Expressing emotions | 124 |
|  |  | 3.1.7.  Effects on how women behave | 125 |
|  | 3.2. | Failing to do the "Shoulds" | 125 |
|  |  | 3.2.1.  Altruistic citizenship behavior | 125 |
|  |  | 3.2.2.  Collaboration | 125 |
|  |  | 3.2.3.  Interpersonal fairness | 125 |
|  |  | 3.2.4.  Effects on how women behave | 126 |
|  | 3.3. | Success as a violation | 126 |
|  |  | 3.3.1.  Career-related consequences | 127 |
|  | 3.4. | Deterring gender bias that results from prescriptive gender stereotypes | 127 |
| 4. | Some additional issues | | 128 |
|  | 4.1. | What about men? | 128 |
|  | 4.2. | Lack of differences between male and female evaluators | 129 |
| 5. | Summary and conclusions | | 129 |
|  | References | | 131 |

Although women have made tremendous strides in workforce participation, they remain woefully underrepresented in traditionally male occupations and fields. They are rarely found at the very top levels of US business organizations and comprise only 15.2% of the corporate boards of Fortune-500 companies (Catalyst, 2010). A similar situation exists in Europe (European Commission, 2011). There is increasing evidence that this dearth of women at the upper levels of organizations occurs despite women's acquisition of the necessary experience, education and skills for upward mobility and despite a variety of organizational efforts to support their career advancement. This paper focuses on the blocked upward mobility of women and conditions that impede their advancement. Its central argument is that gender bias in evaluation is a major contributor to the scarcity of women in upper level organizational positions, and that gender bias is rooted in gender stereotypes.

The aim of the paper is to enhance understanding about why and how gender stereotypes produce career-hindering judgments and discriminatory decision making. We discuss ideas about the process by which gender stereotypes give rise to gender bias and the conditions that regulate its occurrence. Research is presented that tests these ideas and also demonstrates the specific ways in which gender stereotypes and the expectations they produce can result in negative consequences for women's career advancement. Our concern throughout is the question of why being competent and qualified provides a woman no assurance that she will advance to the same organizational level as an equivalently competent and qualified man.

## 1. Gender stereotypes

Stereotypes are generalizations about groups that are applied to individual group members simply because they belong to that group, and gender stereotypes are generalizations about the attributes of men and women. Gender stereotypes have both descriptive and prescriptive properties (Burgess & Borgida, 1999; Eagly & Karau, 2002; Heilman, 2001). Descriptive gender stereotypes designate what women and men *are* like. Prescriptive gender stereotypes designate what women and men *should be* like. Both descriptive and prescriptive gender stereotypes, and the expectations they produce, can compromise a woman's career progress. Descriptive stereotypes promote negative expectations about a women's performance by creating a perceived "lack of fit" between the attributes women are

thought to possess and the attributes thought necessary for success in traditionally male positions (Heilman, 1983, 2001). Prescriptive stereotypes establish normative expectations for men's and women's behavior, resulting in the devaluation and derogation of women who directly or indirectly violate gender norms (Heilman, 2001; Heilman & Parks-Stamm, 2007). Whether functioning descriptively or prescriptively, gender stereotypes can impede the career progress of aspiring women. The following sections examine descriptive and prescriptive gender stereotypes in greater detail, delineating the processes they set in motion and exploring the outcomes they produce.

## 2. Descriptive gender stereotypes

Beliefs about how men and women typically are comprise descriptive gender stereotypes. The content of stereotypes has been studied extensively, and researchers have identified the attributes that are thought to characterize men and women (Abele, 2003; Bakan, 1966; Broverman, Vogel, Borverman, Clarkson, & Rosenkrantz, 1972; Diekman & Eagly, 2000). Agency is often taken to be the defining characteristic of the male stereotype, and communality as the defining characteristic of the female stereotype. Agency has come to denote achievement-orientation (e.g., competent, ambitious, task-focused), inclination to take charge (assertive, dominant, forceful), autonomy (e.g., independent, self-reliant, decisive) and rationality (e.g., analytical, logical, objective). Communality, on the other hand, has come to denote concern for others (e.g., kind, caring, considerate), affiliative tendencies (e.g., warm, friendly, collaborative), deference (e.g., obedient, respectful, self-effacing) and emotional sensitivity (e.g., perceptive, intuitive, understanding). Conceptions of men and women not only are different, but they tend to be oppositional, with women seen as lacking what is thought to be most prevalent in men, and men seen as lacking what is most prevalent in women.

The characterizations of women and men that comprise descriptive gender stereotypes are remarkably consistent. They have been shown to be consistent across culture. In a study examining gender stereotypes in 25 different countries, Williams and Best (1990) asked participants to indicate whether each adjective in a list was more frequently associated with men, women or neither group. They found a lot of agreement, with adjectives related to agency more likely to be associated with men and adjectives related to communality more likely to be associated with women. Descriptive stereotypes also have been shown to be consistent across time. Throughout social turmoil and change, gender-stereotypic assumptions about what men and women are like have been shown to prevail, with men still characterized in agentic terms and women in communal terms (Lueptow, Garovich, & Lueptow, 1995; Schein, 2001). Recently, for example, a sample of 529 male and female respondents from a variety of age groups and backgrounds were found to rate men significantly higher than women on agentic attributes and rated women significantly higher than men on communal attributes (Hentschel, Heilman, & Peus, 2012). Additionally, descriptive gender stereotypes have been shown to be consistent across context. Despite the increased number of women in the workplace and their increasing presence in traditionally male roles, descriptive gender stereotypes have been shown to exist in diverse employment settings as well as in social and domestic settings (Brenner, Tomkiewicz, & Schein, 1989; Dodge, Gilroy, & Fenzel, 1995; Heilman, Block, & Martell, 1995; Heilman, Block, Martell, & Simon, 1989; Schein, 2001).

These widely shared beliefs about men and women have important consequences. Descriptive stereotypes serve as heuristics or shortcuts for forming impressions about people. They serve as energy-saving devices, allowing perceivers to form impressions quickly, enabling them to easily respond to and make more predictable the highly complex world confronting them (Macrae, Milne, & Bodenhausen, 1994, p. 37). Moreover, descriptive stereotypes can exert influence without the perceiver being aware of it. There is evidence that stereotypes are often activated automatically when encountering a member of a stereotyped group, although they are not necessarily acted upon (Devine, 1989; Dovidio, Evans, & Tyler, 1986). There also is evidence that perceivers often are not cognizant of the impact of these automatically activated gender stereotypes on their impressions and the influence of these impressions on their judgments (Banaji & Hardin, 1996; Banaji, Hardin, & Rothman, 1993). Because stereotypes are widely shared, automatically activated, and very impactful, descriptive gender stereotypes are highly likely to dominate in impressions formed of men and women. Thus, people can be disadvantaged (or advantaged) in how they are viewed not because of what they are like or what they have done, but because of the gender group to which they belong.

It often is assumed that women are always negatively affected by descriptive gender stereotypes, but this is not the case. Although conceptions of men and women differ, each conception is positive in its own way (Diekman & Eagly, 2000). In fact, there is evidence that women and the attributes believed to characterize them are highly valued and considered to be "wonderful" (Eagly & Mladinic, 1989; Eagly, Mladinic, & Otto, 1991). Thus, stereotypic

*M.E. Heilman / Research in Organizational Behavior 32 (2012) 113–135*

conceptions of what women are like are not invariantly problematic. They are problematic for women in work settings only to the extent that they negatively affect expectations about their performance. But performance expectations are determined not only by conceptions of what an individual is like but also by their "fit" with the attributes thought necessary to successfully perform the job (Eagly & Karau, 2002; Heilman, 1983, 2001).

### 2.1. Lack of fit and the formation of performance expectations

Descriptive stereotypes create problems for women when there is a perceived "lack of fit" between a woman's attributes and the attributes believed to be required to succeed in traditionally male occupations and organizational positions (Heilman, 1983). These male gender-typed positions, which include top management and executive positions, are believed to necessitate characteristics that coincide with stereotypic conceptions of men, but not with stereotypic conceptions of women (Gaucher, Friesen & Kay, 2011; Heilman et al., 1989). And this view seems quite resistant to change. Despite the fact that communal traits and behaviors such as interpersonal skills and the ability to develop new talent are increasingly becoming valued leadership and managerial characteristics (Eagly & Carli, 2003), the perception of what it takes to be a successful in these positions remains largely tied to agentic qualities (Schein, 2001). They are still thought to require an achievement oriented aggressiveness and emotional toughness that is contrary to the stereotyped view of what women are like. As a result, women are thought to be deficient in the qualities required for success at upper-level positions.

Research has provided evidence that there is a perceived lack of fit between the demands of high-level organizational positions and characterizations of women. In early work on this issue, it was found that when respondents, both male and female, were asked to identify the attributes of men in general, of women in general and of successful managers, the characterization of successful managers were more congruent with the characterization of men than of women (Schein, 1973, 1975). Heilman et al. (1989) further demonstrated that this result held even when respondents were asked specifically about the attributes of male and female *managers*; male managers were described as more similar to successful managers than were female managers. There also is research that has explicitly verified that good managers are described in masculine terms (Dennis & Kunkel, 2004; Powell, Butterfield, & Parent, 2002; Willemsen, 2002), and that stereotypically male qualities are thought necessary to be a successful executive (Martell, Parker, Emrich, & Crawford, 1998). The general idea that we "think manager, think male" seems to live on.

The perceived lack of correspondence between female stereotypic attributes and male gender-typed job requirements is likely to lead to the conclusion that women are not equipped to handle these jobs and consequently produce negative expectations about their likely success. This is the logic of the Lack of Fit model (Heilman, 1983, 2001). The model further proposes that these stereotype-based negative performance expectations have a profound effect on information processing, prompting cognitive distortions that form the basis of gender bias in performance evaluation.

### 2.2. Stereotype-based performance expectations and information processing

The negative performance expectations arising from lack of fit perceptions can influence the way in which information about women is processed. Expectations have a self-perpetuating quality; they tend to bias information in a manner that allows them to be maintained. Cognitive distortion enables them to withstand disconfirming evidence – cognitive distortion in what information is attended to, how it is interpreted and which of it is recalled. Each of these has distinct consequences for employment evaluations and decisions.

#### 2.2.1. Attention

Expectations can affect what information is focused upon. Social psychology research has shown that expectations act as a perceptual filter, directing attention away from disconfirming information and toward confirming information (Johnson & Judd, 1983). Thus, information that is inconsistent with expectations often is not even noticed. But even when such information is noticed, it might not be integrated into the impression that is formed. It may be considered irrelevant or attributed to external factors or circumstances, rendering it not useful for forming impressions of an individual (Swim & Sanna, 1996). If expectation-inconsistent information is either ignored or attributed to something outside of the individual, the original expectation is not challenged and can be maintained. Research has provided support for these ideas, indicating that evaluators spend less time attending to work behaviors of individuals about

whom there are stereotype-based expectations (such as women), than individuals for whom such expectations do not exist (Favero & Ilgen, 1989).

### 2.2.2. Interpretation

Even if expectation-inconsistent information is attended to, its interpretation can perpetuate initial expectations. Behavior performed by individuals about whom there are different expectations have been shown to be interpreted very differently (Kunda, Sinclair, & Griffin, 1997). So changing a course of action may be seen as flexible when performed by a man, but as weak or indecisive when performed by a woman. Or delaying making a decision may be seen as prudent when the decision maker is a man, but as timid or passive when the decision maker is a woman. The meaning attached to a particular behavior can vary greatly depending upon the expectations held. It has in fact been demonstrated that when targets are of different sexes, the implications drawn from their behavior can be very different (Taylor, Fiske, Etcoff, & Ruderman, 1978). It also has been demonstrated that the kinds of words used in writing laudatory letters of recommendation for highly talented men and women are different, and in line with gender stereotypes (Madera, Hebl, & Martin, 2009).

### 2.2.3. Recall

Memory can also be biased by expectations (Cantor & Mischel, 1979; O'Sullivan & Durso, 1984). People have been shown to recall more expectation-consistent than inconsistent information about another, even falsely "remembering" expectation-consistent behaviors that did not actually occur (Fiske & Neuberg, 1990; Higgins & Bargh, 1987). In fact, expectations have been shown to be more powerful than memories of actual behavioral events in making behavioral ratings (Baltes & Parker, 2000; Cooper, 1981; DeNisi, Cafferty, & Meglino, 1984; Feldman & Lynch, 1988; Martell, Guzzo, & Willis, 1995). These investigations suggest that a woman's behavior that is consistent with expectations held about her is likely to be more readily recalled by evaluators, whereas her behavior that is inconsistent with expectations is more likely to be forgotten.

Biased expectations lead to biased evaluations, and these in turn become the basis of organizational decision making. The consequences can be damaging for upwardly mobile women.

### 2.3. Lack of fit, performance expectations and career consequences

The tenaciousness of performance expectations, and their powerful influence on the way in which information is processed, suggests that expectations produced by lack of fit perceptions can have important and broad-ranging consequences for how women are treated in the workplace. There are likely to be consequences for hiring, starting salary and job placement decisions as well as for opportunities for skill development, pay raises and promotions. The expectation that women are ill-equipped to handle male gender-typed tasks and positions is likely to affect whether they are selected for such jobs and, if they are, the responsibilities they are given and the career track on which they are placed. Also, because of selective attention, interpretation, and recall, assessments of women's performance competence are likely to be negatively affected and, accordingly, their opportunities for advancement and attainment of organizational rewards thwarted.

It follows that the more negative the performance expectations about a woman, the more gender bias should be evident. That means that the degree of the perceived lack of fit between the woman's attributes and the presumed nature of the job requirements, because of the expectations it produces, should also regulate the amount of bias exhibited. There is ample evidence that there are inequities in the recruitment (e.g., Gaucher et al., 2011), selection (e.g., Schmader, Whitehead, & Wysocki, 2007), evaluation (e.g., Eagly, Makhijani, & Klonsky, 1992), and promotion (e.g., Lyness & Heilman, 2006) of women. There also is strong evidence verifying the lack of fit formulation, demonstrating that the greater the perceived lack of fit between a woman and a job, the more negative the evaluative outcomes they produce. In these investigations either the degree to which stereotypes about women are activated or the degree to which the position in question is seen as male gender-typed is varied.

### 2.3.1. Gender-type of the field

Lack of fit should only create negative performance expectations and subsequent negative evaluative outcomes for women when the job is deemed to be "male." This occurs when the work responsibilities are ones typically associated with men (Gaucher et al., 2011), and is highly likely when men constitute the overwhelming majority proportionally

(Cejka & Eagly, 1999). Maleness is determined not only by the job itself, but by occupation (e.g., the military vs. education), subfields or professional specialties (e.g., surgery vs. pediatrics), academic fields (sciences vs. humanities), and function and level within an organization.

In fact, negative evaluations in selection decisions have repeatedly been found to occur more for male gender-typed jobs than other types of jobs (see Davison & Burke, 2000 for a meta-analysis), and there are similar findings concerning competence assessments and performance evaluations. Lyness and Heilman (2006), for example, found that in a large financial services company women were evaluated less favorably than men in line jobs (which tend to be male gender-typed), but not in staff jobs. Similarly, Pazy and Oron (2001) examined the performance ratings of a sample of high-ranking military officers and found that women were rated as less competent than men in male-dominated units but not in units where men were less prevalent, and presumably the work less male in gender-type.

### 2.3.2. Degree to which the target is viewed as stereotypical

The other aspect of the fit model – stereotypic beliefs about women – should also affect the formation of negative expectations that provoke negative evaluative outcomes. According to the model, women are considered to be ill-equipped for male gender-type jobs because they are viewed stereotypically, therefore lacking the required attributes needed to succeed. Thus, conditions that heighten the degree to which a woman is characterized stereotypically should produce more negative performance expectations and detrimental evaluative outcomes.

It has been shown that women with personal attributes that increase the saliency of their gender, such as physical attractiveness (Heilman & Stopeck, 1985a, 1985b) or motherhood status (Fuegen, Biernat, Haines, & Deaux, 2004; Heilman & Okimoto, 2008) are evaluated more negatively than men than are women who do not share these personal attributes. Structural factors also can contribute to the salience of a woman's gender. Token or minority status, for example, leads to more stereotyped characterizations (Kanter, 1977), and lesser likelihood of being selected (Heilman & Blader, 2001) or promoted (Sackett, DuBois, & Noe, 1991). Moreover, affirmative action policies (Heilman, Block, & Stathatos, 1997) and diversity initiatives (Heilman & Welle, 2006), both intended to help women and other minorities, have been found to instead sometimes promote stereotyping and negative evaluation. Thus, both personal and organizational factors can accentuate a woman's gender, exacerbating perceptions of lack of fit with a male gender-typed job and the negative evaluative consequences these perceptions generate.

Thus, perceived lack of fit has been shown to give rise to gender bias in evaluations, with the severity of these outcomes dependent on the degree of the perceived lack of fit and the resulting negativity of performance expectations. But whether lack of fit perceptions have detrimental effects on women is not determined solely by the negativity of the expectations they produce; the level of ambiguity also plays an important role.

### 2.4. The facilitating effects of ambiguity

Ambiguity permits expectations to flourish. The more ambiguity, the more necessity there is for inference, and the less evident is the "accurate" evaluative judgment. Thus, ambiguity provides a facilitative environment for gender bias (Nieva & Gutek, 1980), fueling subjectivity and giving free reign to cognitive distortion in information processing (Heilman & Haynes, 2006). Ambiguity is heightened when the information available about a target is impoverished, inconsistent or irrelevant, when there is poor definition of the criteria for evaluation, when there is a lack of specificity concerning the evaluation process, and when there is confusion about the source of performance outcomes.

### 2.4.1. The amount and type of information available

The quantity of information that is available to evaluators has consistently been shown to be related to bias in evaluative judgments (Davison & Burke, 2000; Heilman, Wallen, Fuchs, & Tamkins, 2004; Tosi & Einbender, 1985), with limited information facilitating the use of stereotype-based expectations. Accordingly, a meta-analysis of "Joan versus John" studies, in which respondents evaluated fictitious targets whose sex is manipulated, demonstrated the less favorable evaluation of women as compared to men particularly when there is little information about the target (Swim, Borgida, Maruyama, & Myers, 1989).

But simply having plentiful information is not sufficient to prevent the influence of negative expectations – quality also is critical. Research has demonstrated that information must be job relevant and diagnostic of performance success if it is to curtail biased evaluation of women (Heilman, 1984). Irrelevant information has been shown to result in no less bias than minimal information (Heilman, 1984; Rasinski, Crocker, & Hastie, 1985), and to sometimes

reinforce rather than challenge stereotype-based expectations (Locksley, Borgida, Brekke, & Hepburn, 1980). Moreover, the relevant information has to be highly specific and unequivocal in its implications if it is to preclude biased evaluation (Heilman, Martell, & Simon, 1988). It has been found, for example, that although all targets were rated in the highest category possible for performance in a male gender-typed job, it was only when the category was labeled, "top 2% of employees" (not "top 25%") that women were rated as favorably as were men (Heilman et al., 1997; Heilman & Haynes, 2005).

The constancy of information provided also plays a role in whether expectations dominate in the evaluation process. Few are the instances in which all aspects of an individual's performance history are unequivocally positive or negative – there are strengths and weaknesses. Information that provides a mixed profile – one in which some aspects are strong and others are not, necessitates weighing one piece of information against another – a process that leaves much to the discretion of the evaluator. When discretion is to be exercised, expectations are likely to exert influence by helping "tip the scales" as to what information is given most attention, often to the detriment of women (Uhlmann & Cohen, 2005).

### 2.4.2. Clarity of the evaluative criteria

Research has generally indicated that the more vague and poorly defined the judgment criteria, the more easily information can be distorted to fit expectations (Fiske & Taylor, 1991). When performance is being evaluated, there are several ways in which criteria can be vague. The performance outcome can itself be indefinite and not amenable to objective evaluation. Work output that is abstract or lacks a reference point for comparison, for example, is far more elusive and easy to distort than a summary of the amount of dollars earned, the number of deals closed, or the number of items produced. Related to this is evaluative focus. Impressions of personal characteristics, such as whether an individual is a "good soldier," a "team player" or a "charismatic leader," are more susceptible to distortion than impressions based on explicit accomplishments and work outcomes. Support for this point can be found in evidence that supervisors rate communication competence and interpersonal competence less reliably than they rate work productivity or work quality (Viswesvaran, Onesw, & Schmidt, 1996).

Unclear evaluative criteria also allow people to shift their standards about the extent to which particular criteria are taken as indicators of high potential or of good performance. By redefining what it means to perform well, individuals can shift their standards to fit expectations and justify their biased decisions. Several investigations have supported this idea, showing evaluators to overstate or understate the importance of the same performance criterion depending on whether it is attributed to a man or a woman (Norton, Vandello, & Darley, 2004; Uhlmann & Cohen, 2005). Flexibility in the interpretation of these criteria, made possible by the absence of a clear sense of what criteria are central to the decision being made, allow for evaluations that fit expectations.

### 2.4.3. Specificity of the evaluative structure

Lack of specificity about how various evaluative criteria are to be combined also encourages expectation-based distortion. If evaluators are required to devise their own individual systems for integrating information into an overall evaluation, then they are not constrained to consider multiple sources of information about a target or to abide by a predetermined set of criteria. If, in contrast, the evaluation process is structured, particular elements of performance are assessed for everyone, and these are weighted in a specified way regardless of the particular target. An ambiguous evaluative structure can therefore encourage non-uniform evaluative standards, with different emphases on different aspects of performance for different people – a situation rife with opportunity for expectation-based distortion (Baltes & Parker, 2000). Even the specificity with which performance is measured can make a difference. Research has demonstrated that in the absence of explicit and unequivocal information about performance excellence, a structured procedure using specific observed behaviors rather than an overall judgment of an employee is more effective in tempering the biasing effects of gender stereotypes on performance evaluation (Bauer & Baltes, 2002).

Research also indicates that lack of structure in the evaluation process allows existing expectations to affect the ongoing evaluation process, with managers sometimes unwilling to give up their current views when given new information (Heslin, Latham, & VandeWalle, 2005; Manzoni & Barsoux, 1998). Moreover, there is specific evidence that gender stereotypes and the expectations they produce affect how women's evaluations are updated over time. In a series of studies, Manzi, Caleo, and Heilman (2012) found that evaluators' changes in assessments of performance as a result of changes in performance history differ as a function of the target's sex. A decrement in performance was found to have a more damaging effect on the competence perceptions of previously successful women than previously successful men, and an improvement in performance to have a less beneficial effect on the competence perceptions of

previously unsuccessful women than unsuccessful men. In other words, there was eagerness to embrace, and reluctance to relinquish, an unfavorable view of a woman's competence. With the latitude offered by ambiguity due to changes in performance over time, expectations could be maintained.

### 2.4.4. Clarity about the source of performance

Lack of clarity about who is responsible for a performance outcome necessitates an inferential process in determining who actually deserves credit for the outcome if it is successful and who deserves blame if it is not successful. Stereotype-based expectations are likely to influence this inferential process, leading to inferences that conform to the original expectation. Research has supported this idea, demonstrating that when a woman works together with a man on a joint task that is male in gender-type, she becomes the victim of "attributional rationalization," and is given less credit for a successful joint outcome and viewed as having made a smaller contribution to it; she also is rated as less competent than when she achieves the same outcome on her own (Caleo & Heilman, 2010a; Heilman & Haynes, 2005). These effects were found except when negative performance expectations could be stopped from exerting influence – when the task was structured so the woman's individual contribution was unquestionable or there was explicit evidence that the woman's task competence was very high (Heilman & Haynes, 2005). Additional investigations extended these ideas, indicating that women working with men on male gender-typed tasks not only are credited less for joint successes but also are blamed more for joint failures (Caleo & Heilman, 2010a).

Source ambiguity is particularly problematic because of the prevalence of teams in organizational settings and the rarity of work being accomplished in isolation. But its effects are not limited to situations in which women work alongside men on a specific project. Mentoring or coaching relationships also have the potential to blur the credit/blame line for performance outcomes, making it difficult to directly place responsibility for work outcomes on a particular individual. So, for example, if a woman has been mentored by a man, her subsequent success may be in jeopardy of being attributed to his wisdom and guidance rather than to her skills and expertise. Whatever its form, source ambiguity can impede women from getting the credit they deserve even when credit is due them.

### 2.5. Effects on women's self-evaluations

Gender stereotypes not only affect how women are evaluated by others, but also affect how women evaluate themselves. Research currently underway demonstrates that women's characterizations of themselves largely parallel their characterizations of women in general (Hentschel et al., 2013). That is, women's self-descriptions differ from men's self-descriptions, and are more communal and less agentic than men's. This suggests that women go through a similar process when assessing their own "fit" with male gender-typed jobs, and that their verdict is also negative. (How many times have we heard women proclaim that they aren't good at being cutthroat, that they do not have the killer instinct necessary, or that they are not good with numbers?) The negative performance expectations these perceptions spawn no doubt feed into women's career choices, their taking advantage of opportunities that are pathways to advancement, their willingness to put themselves forward and their willingness to take risks. Lack of confidence in one's own competence can have very corrosive effects.

Research has verified that women approach male gender-typed tasks with less confidence and more trepidation than do men, and that without being given reason to think otherwise, their sense of competence on such tasks is low. In one study it was shown that women's self-ratings of expected task competence did not at all differ from self-ratings of individuals who had actually received negative feedback about their task ability; the only situation in which women's self-ratings equaled men's was when they had received direct and credible positive feedback about their ability (Heilman, Lucas, & Kaplow, 1990). Research also has established that these negative expectations can give rise to self-directed bias. One specific example of this is evident in investigations demonstrating that attributional rationalization occurs when evaluating oneself as well as when evaluating others. In a series of studies it was shown that women, when working collaboratively with men, are unwilling to take an equal amount of credit for successful joint outcomes and are likely to see themselves as less competent than their male co-workers (Haynes & Heilman, in press).

### 2.6. Deterring gender bias arising from descriptive gender stereotypes

From our discussion thus far, it is clear that efforts to narrow the gap between how women and jobs are perceived can alleviate the deleterious effects of descriptive gender stereotypes. The negative performance expectations that set

in motion biased evaluative judgments are a direct result of the perception of lack of fit and, if that perception is weakened, expectations should be mitigated. Our discussion also makes clear that reductions in ambiguity in evaluation processes will affect the degree to which gender bias occurs.

### 2.6.1. Precluding negative expectations

Perception of lack of fit can be lessened if gender stereotypes are not activated in a given situation. To the extent activation is a consequence of personal attributes such as appearance or parental status, this is not a feasible intervention point. But organizations can influence activation due to structural features of the workplace. Contextual features that downplay the distinctiveness of an individual's gender can limit its salience and therefore its influence in impression formation. The proportional representation of women in work settings is one such contextual feature. As Kanter (1977) pointed out so long ago, gender is made salient by numerical scarcity, and it recedes as a defining element when women are "clustered." Clustering not only undercuts the uniqueness of gender, but also makes it difficult for others to see all women in the same stereotypic terms. There is evidence that increased proportional representation of women in the applicant pool favorably affects perceptions of women's career opportunities (Heilman, 1980), and that increased proportional representation of women in work groups favorably affects women's performance evaluations (Sackett et al., 1991).

The other element of the lack of fit model is perception of male gender-typed jobs. Efforts to broaden conceptions of what it takes to do these jobs – much of which concerns stereotypically female people skills – have been shown to alleviate some negative consequences (Gaucher et al., 2011). Similarly, research conducted in Europe examining the effects of using "gender fair" language in descriptions and advertisements of traditionally male jobs have been shown to have a variety of bias-curtailing effects (Horvath & Sczesny, 2011). Some of this loosening of the conception of gender-type may occur naturally as women increasingly populate previously male dominated jobs and professions and also as leaders in contemporary organizations face new types of pressures. In fact, there is some indication that communal traits and behaviors are becoming valued leadership characteristics (see Eagly & Carli, 2003). Organizations can no doubt help this process along, not only by placing women in traditionally male roles but also by accurately characterizing these positions and their requirements.

### 2.6.2. Reducing ambiguity in evaluation processes

The research cited earlier in this paper indicating when and how ambiguity facilitates gender bias in evaluation is suggestive of many ways in which organizations can act to lessen or even eliminate that ambiguity. Collecting and providing to evaluators comprehensive job-relevant information can avert the tendency to use expectations to "fill in the blanks". Making the criteria for evaluation concrete, and making sure they are used in the same way no matter who is being evaluated, can avoid the possibility of using different criteria for different people. Finally, obtaining individual performance information when work is done in a group can thwart the attributional rationalization that causes women to be denied credit for their successes. All of these depend on revamping the evaluation process to rid it of unnecessary ambiguity – something that can often be done without excessive cost or effort.

### 2.7. Heightening the motivation to be accurate

Stereotype-based performance expectations do not always determine the outcome of evaluative judgments – even when these expectations are very negative and the context is rife with ambiguity. This is particularly so when there is strong motivation to make accurate judgments. Reliance on schemas, stereotypes and expectancies is a default processing strategy (Chaiken, 1980). People generally operate using a least-effort principle, expending as little cognitive resources as possible to perform a task, whether it involves forming an impression or making a decision. But when motivated to be accurate, people expend the energy to systematically process information. People are motivated to be accurate for a number of reasons.

### 2.7.1. Anticipated interdependence

Accuracy is likely to be a motivator when the evaluator is in an interdependent relationship with the target of evaluation – when his or her outcomes are linked with the evaluated person's performance. In these cases, because the target's success or failure has implications for one's well-being, self-interest is likely to provoke caution and deliberation. To do well for themselves, evaluators need to identify the other's strengths and weaknesses, and assess

*M.E. Heilman / Research in Organizational Behavior 32 (2012) 113–135*

the likelihood of him or her performing competently (Fiske, 2000). This encourages searching for relevant information and carefully considering it, rather than taking the easy way out and relying on expectations.

### 2.7.2. Doing the "right thing"

There is increasing societal pressure to not be prejudiced in our interactions with others and, for many, being anything less than fair and evenhanded in the treatment of others is abhorrent. Thus, concern about potentially being sexist promotes a desire to do what is right in evaluating women. This motivation to be accurate, when salient, can weaken the effects of stereotype-based expectations, promoting careful processing of information that results in less gender bias. However, as we have pointed out earlier, stereotypes are activated automatically, often without the awareness of the evaluator. Therefore, despite good intentions, stereotype-based expectations often sneak into the evaluation process in ways that are not actively monitored by the evaluator (Banaji et al., 1993).

Sometimes concern about doing the right thing is not really an expression of personal values but rather a concern about doing what is socially desirable and making a good impression. In this case the concern does not motivate accuracy; it motivates a desire to temper the use of stereotypes when the resulting bias will be obvious to disapproving others. (This tempering will be less likely to occur when the effects of stereotypes are indirect or there is an apparent excuse for their use.) This type of "modern" prejudice against women has been distinguished from "old fashioned" prejudice (Swim, Aikin, Hall, & Hunter, 1995), and the "right thing" it promotes is not to be confused with that derived from a value-based concern about one's bigotry and bias.

### 2.7.3. Accountability

When accountable, people are answerable for the evaluative judgments they make. In organizations, managers may be asked to justify decisions based on these judgments to any one of a number of organizational constituencies that may be important for them to impress favorably, such as their supervisors, subordinates or upper management. Accountability, when it motivates people to be accurate in order to appear competent (Simonson & Nye, 1992), can inhibit the use of expectations in evaluative judgments, encouraging more complex judgment strategies (Tetlock, 1983a). When held accountable, individuals are apt to exert more effort to search out information and to process it more deeply. There is indeed evidence that people who are held accountable act in ways that prepare them to justify their judgments, such as being more attentive when observing performance or taking more extensive notes when gathering information, ultimately increasing their accuracy (Mero & Motowidlo, 1995; Mero, Motowidlo, & Annna, 2003). Thus, despite conditions that promote the use of expectations, concerns about accountability can curb the effect of stereotype-based expectations on evaluative judgments.

It should be noted that making evaluators accountable does not always have the effect of decreasing bias in evaluative judgments. This only happens when accountability motivates people to be accurate because being accurate is associated with making a good impression on others. But sometimes making a good impression involves doing what you think others would like you to do, especially when the others are legitimate authority figures (Brief, Dietz, Cohen, Pugh, & Vaslow, 2000). Research indicates that when decision-makers know the views of their audiences, they tend to make decisions that are consistent with these views (Klimoski & Inks, 1990; Tetlock, 1985), and when they are provided with business justifications to engage in discrimination subordinates treat these justifications like they are orders to be followed (Brief et al., 2000). Here the motivator is not accuracy but the need for approval, and the desire to present oneself in as favorable a light as possible (Tetlock, 1983b; Tetlock, Skitka, & Boettger, 1989). Thus, although in this case making evaluators accountable may lessen their reliance on stereotype-based expectations, bias is precluded only if organizational norms work against gender bias. If organizational norms support gender bias, biased evaluative judgments may still result. To summarize, in situations in which evaluators are motivated to be accurate, they will be willing to expend cognitive resources in making their judgments rather than lazily relying on stereotype-based expectations. This would be likely despite the degree to which negative expectations result from perceptions of lack of fit or the level of ambiguity in the evaluation process. When, however, the evaluator has less of a stake in the outcome of his or her judgments, there is little reason not to rely on stereotype-based expectations. It is easy and efficient to do so, especially when there are limited cognitive resources available (Van Knippenberg & Dijksterhuis, 2000), such as when the evaluator is working on other tasks simultaneously (Gilbert & Hixon, 1991) or there are severe time pressures (Pratto & Bargh, 1991).

We have argued that descriptive gender stereotypes produce negative expectations that form the basis of biased competence judgments and evaluative decisions for women. But what happens when the detrimental effects of

descriptive gender stereotypes are averted and women prove themselves to be successful in male gender-typed roles and positions? Are they now beyond the reach of gender stereotypes? Research suggests not. In fact, it is at this point that the prescriptive aspect of gender stereotypes appears to set in motion a process that produces different but no less deleterious consequences for women's career progress.

## 3. Prescriptive gender stereotypes

Gender stereotypes not only descriptive; they also are prescriptive (Burgess & Borgida, 1999; Eagly & Karau, 2002; Heilman, 2001; Prentice & Carranza, 2002; Rudman & Glick, 2001). That is, they not only designate how women and men *are* but also how they *should be*. They function as injunctive norms (Cialdini & Trost, 1998), dictating what attributes and behaviors are appropriate and inappropriate for people from different groups – in this case men and women.

There is overlap in the content of prescriptive and descriptive gender stereotypes, with the attributes and behaviors that are highly valued for men and women also the ones that are prescribed for them. So, for women, communality is prescribed – it not only is thought that women are communal, it is thought that they "should" be communal, demonstrating socially sensitive and nurturing attributes reflecting their concern for others. Prescriptive gender stereotypes also designate "should nots" (Heilman, 2001; Heilman & Okimoto, 2007; Heilman et al., 2004). For women, these include the agentic attributes and behaviors associated with men but not women. Thus, women are prohibited from demonstrating the self-assertion, dominance and achievement orientation so celebrated in men.

Violating gender prescriptions has consequences. Since they function as norms, violating them produces social disapproval and negativity, sometimes called "backlash" in the literature (Rudman & Glick, 2001). Penalties for the violator typically ensue.

Penalties for women who violate gender norms can take many forms. Women who do not exhibit stereotypically prescribed attributes have been shown to be regarded as less psychologically healthy than more feminine women (Costrich, Feinstein, Kidder, Marecek, & Pascale, 1975), and women thought to be nontraditional have been shown to suffer in their evaluations, with "feminists" evaluated less favorably than other women (Haddock & Zanna, 1994). Women who do not fulfill gender prescriptions have repeatedly been shown to be derogated – they are considered cold (Porter & Geis, 1981), interpersonally hostile (Heilman, 1995, 2001), and are disliked (Heilman & Okimoto, 2007). In work contexts, a breach of gender-related prescriptions has additionally been shown to result in more tangible penalties, including lower pay (Brett & Stroh, 1997), less intention to hire and promote (e.g., Rudman, 1998), and fewer recommendations for organizational rewards (e.g., Heilman & Chen, 2005). Thus, the social disapproval that results from not fulfilling gender stereotypic prescriptions can result in decrements in performance-related outcomes.

### 3.1. Engaging in "Should Nots"

If women are to succeed in upper level work settings they have to violate gender stereotypic prescriptions. They have to be able to compete aggressively for positions, to act independently and decisively, and to take charge when the situation requires it. But such behaviors are counter to the directives inherent in gender stereotype prescriptions. What happens when women exhibit these stereotypically male attributes and behaviors? More often than not, they are seen as acting in ways that are reserved for men but prohibited for women, and disapproval and penalties result. Therefore, even when women seek to distinguish themselves from descriptive gender stereotypes and demonstrate that they have what it takes to fulfill traditionally male positions, they are likely to suffer negative consequences.

Research has verified the perils of women stepping out of their prescribed personas, and behaving more in tune with the requirements of male gender-typed roles. Negative reactions have consistently been documented when women violate gender norms by engaging in stereotype-inconsistent behaviors.

#### 3.1.1. Communication style

Communication is the way in which people have impact on others in work settings, and therefore is crucial for organizational success. But there appear to be constraints on women emanating from gender stereotypic prescriptions. Specifically, engaging in traditionally effective communication styles has been found to be problematic for them. When women communicate directly and assertively their influence on male listeners was found to be less than when communicating in a tentative and hesitant style (Carli, 2001). Consistent with this, men have been found to be less

influenced by a competent woman than by either a competent man or an incompetent woman (Carli, LaFleur, & Loeber, 1995). It thus appears that communicating effectively, which requires agentic behaviors, reduces women's influence. The communication behaviors that are successful for men are disadvantageous for women.

### 3.1.2. Leadership style

Leadership is often regarded as a traditionally male role (e.g., Koenig, Eagly, Mitchell, & Ristikari, 2011), but research indicates that one set of leadership styles are viewed as appropriate for men and another for women. In their meta-analysis, Eagly et al. (1992) found that women were evaluated more negatively than men when they adopted autocratic or directive leadership styles – styles that deviate from communal and non-aggressive stereotypic prescriptions for women's behavior – but women were not evaluated more negatively than men when they adopted a more stereotype consistent and gender-neutral democratic style of leadership. In addition, differences have been found in reactions to the way discipline is administered; female leaders have been found to be most effective when they discipline their subordinates in a private manner using two-way communication – a gender appropriate leadership style termed as "considerate" (Brett, Atwater, & Waldman, 2005). These findings demonstrate that women are penalized for engaging in leadership behaviors that are effective for men.

### 3.1.3. Self-promotion

It is generally accepted that to get ahead one needs to promote oneself – explicitly drawing attention to one's skills, talents and accomplishments. Such behavior is, however, antithetical to gender prescriptions for women to be modest and uncompetitive. It therefore is no surprise that although self-promotion has been found to enhance assessments of competence for both men and women, it results in women, but not men, being viewed as less socially appealing (Rudman, 1998). Thus, what is a good impression management strategy for men is not necessarily a good impression management strategy for women.

### 3.1.4. Negotiations

Research indicates that women are hesitant to initiate negotiations about salaries (Bowles, Babcock, & McGinn, 2005; Kray & Thompson, 2005). Because salary is so central to the work experience, and in many cases considered a measure of one's worth, both to self and to others, this failure to advocate for oneself has captured the attention of many researchers. In investigating this phenomenon, it has become clear that the self-confident demeanor and demanding behavior entailed in salary negotiation is considered inappropriate for women. Bowles, Babcock, and Lai (2007) demonstrated that women who engaged in negotiation for higher pay incurred greater penalties than men who did precisely the same thing, with evaluators less likely to hire and to express an interest in working with these women. Self-advocating behaviors, particularly those dealing with manly issues like money, are not consistent with gender stereotypes and not favorably regarded.

### 3.1.5. Misbehavior

Part of the gender stereotypic directive for women is to be "wholesome" and "respectful" (Prentice & Carranza, 2002). Therefore workplace misbehavior, although no doubt dimly viewed for everyone, is likely to be viewed as less appropriate for women than for men. This has in fact been found to be the case. In a study of workplace deviance Bowles and Gelfand (2010) had people evaluate a series of workplace misbehaviors ranging in seriousness from going against the boss's decision and covering up mistakes to stealing a co-workers possessions and verbally or physically abusing a customer. They found that men (but not women) evaluate male deviance more leniently than female deviance, and their propensity to punish females more harshly was greater regardless of the severity of the misbehavior. The data from this study are consistent with the idea that behaving badly is considered more of a "should not" for women than men.

### 3.1.6. Expressing emotions

Although women are thought to be more emotional than men, there are some emotions that seem particularly reserved for men. Specifically, men have been shown to exhibit anger and pride – two stereotypically male characteristics – more frequently than women (Plant, Hyde, Keltner, & Devine, 2000). What happens when women express these "manly" emotions? Research on anger expression provides some insight. Angry women have been found to be conferred less status at work than angry men (Brescoll & Uhlmann, 2008), suggesting that anger in women

is not well received. Also, while it is not clear how explicit expressions of pride might affect women, the reactions to self-promoting women described earlier suggests that it, too, results in less favorable reactions to women than to men. So, even in emotional expression, violation of prescriptive gender stereotypes can have detrimental effects for women.

### 3.1.7. Effects on how women behave

There seems little question that disapproval awaits women who choose to cross the prescriptive gender stereotype boundary by doing what women are not supposed to do. And this message is no doubt not lost on women. If failing to act in line with stereotypic prescriptions begets disapproval, women are apt to figure this out early in their careers. This puts them in the unenviable position of having to decide whether to incur the disapproval or act in ways that will not "rock the boat." Often their decision is not one that is beneficial for their careers. For example, research suggests that women refrain from initiating negotiations because they know that their efforts to assert their best interests will be met with negativity (Bowles et al., 2007; Amanatullah & Morris, 2010). Similarly, women have been found to not advocate for themselves in a variety of work situations (e.g., contesting unfair distribution of work, protesting disrespectful treatment, etc.) if they believe they will be ill-thought of as a consequence (Battle, 2008). This type of self-censorship, strategically tailored to minimize social rejection, can inhibit women's maximization of their talents and wreak havoc with their emotional well-being.

### 3.2. Failing to do the "Shoulds"

We have reviewed how women can be penalized for engaging in behaviors that are prohibited for them – the "should nots", but women also can be penalized for not engaging in behaviors that are prescribed by gender stereotypes. This failure to do what they should, and the negative consequences that ensue, have been documented in several areas.

### 3.2.1. Altruistic citizenship behavior

A central part of the female gender prescription is that women be kind and considerate, and that they provide help to others when needed. Thus, work behaviors that necessitate kindness and consideration are likely to be seen as "shoulds" for women more than men. Accordingly, it is believed that women should engage in altruistic behavior when the opportunity presents itself. If, indeed, altruism is a prescribed behavior for women, their failure to be altruistic is likely to induce disapproval that does not occur for men. Moreover, when they *are* altruistic their altruism is likely to be seen as due to the gender prescription (Ames, Flynn, & Weber, 2004), and therefore considered inconsequential. Research by Heilman and Chen (2005) provides support for these ideas. They found that women who refrained from engaging in altruistic behavior to help a colleague were judged negatively although men who behaved the same way were not penalized. They furthermore found that women who did perform the altruistic behavior were not rewarded, although men were rewarded for the same behavior. Using organizational data, Allen (2006) provided additional support for the idea that performing organizational citizenship behaviors, of which altruism is one, have a greater effect on the salary and promotions of men than women. Thus, doing what she should seems not to boost a woman's evaluation, but failing to do what she should seems to have a decidedly negative effect.

### 3.2.2. Collaboration

Much as there is a gender prescription for women to be kind and considerate, there is a gender prescription for them to be helpful and cooperative. This suggests that women who choose not to be collaborative, but rather to be individualistic or competitive in their orientation, will not be regarded favorably. We already have reported the findings of Eagly et al. concerning the negativity directed toward women who adopt autocratic or directive styles of leadership. But the penalty for not being collaborative is not limited to leadership situations. There also are data indicating that women who choose not to collaborate with coworkers when the opportunity is presented to them are regarded more negatively and rewarded less than men who make the same decision not to collaborate (Chen, 2008).

### 3.2.3. Interpersonal fairness

Gender stereotypes also dictate that women should be sensitive to the feelings of others. Accordingly, failing to be mindful of others' feelings by being interpersonally unfair and treating subordinates in a disrespectful way is contrary to the behavior prescribed for women. Thus, for women, a breach in interpersonal fairness constitutes not only a

violation of general fairness norms (Cohen, 1982) but also a violation of prescriptive stereotypes. Recent research has in fact found that women are punished to a greater extent than men for behaving in an interpersonally unfair manner (Caleo & Heilman, 2010b). These results support the idea that the failure to be polite and respectful in dealing with others, although viewed as unacceptable for everyone, is considered less acceptable for women than for men.

### 3.2.4. Effects on how women behave

Although it nowadays would be almost unthinkable for women to be asked to get the coffee for a group meeting or to take notes about the meetings' proceedings, there still are normative expectations about what women are supposed to do in work settings. And failure to fulfill them can have costly consequences. A woman who fails to live up to these expectations is seen as somehow lacking in good character whereas men, for whom these expectations do not exist, are often seen as exemplary when they choose to engage in behaviors that are routinely expected of women. The likely effects of this can be profound, if subtle, influencing performance evaluations, career opportunities and organizational rewards. To avert this, women may feel compelled to engage in behaviors that may not be in their best interests.

Recognition of impending penalties from violating gender stereotype prescriptions can lead to self-defeating behavioral choices. Not only might conforming to the prescribed communal behaviors reinforce stereotypes and activate lack of fit perceptions, but they also might not be the best course of action in a given situation. Knowing what they are supposed to do, and that they will be penalized for not doing it, can constrain women's choices among a range of alternative behaviors, rendering them less effective than they might otherwise be in doing their jobs.

### 3.3. Success as a violation

It is not necessary that a woman explicitly violate prescriptive stereotypes to experience penalties in work settings. Women can also be penalized for merely exhibiting competence and success in male gender-typed positions. Achievement in these roles is seen as "off limits" for women – they are simply not supposed to excel at them. Thus, although with their success they discredit and refute the negative performance expectations that arise from descriptive stereotypes, successful women confront yet another impediment in pursuing their careers – the disapproval and negativity that results from violating prescriptive gender norms. Indeed, research tracking the advancement of 30,000 managers, controlling for age, organizational tenure and education, indicates that promotion becomes increasingly difficult for women as compared to men as they move up the organizational ladder (Lyness & Judiesch, 1999), suggesting that women encounter added obstacles when they have reached positions of success.

Why are women penalized for their success? People make inferences about women who are highly successful in traditionally male arenas. They not only assume that these women possess the agentic attributes required for success, but also assume that they lack the communal attributes that are the "shoulds" for women. The consequence, sometimes referred to as "backlash" is not pretty. Paradoxically, success begets negativity. Successful women in male gender-typed fields have been shown to be disliked and personally derogated – seen as interpersonally hostile, selfish and cold, characterizations that are antithetical to the prescribed female stereotype (Heilman et al., 1995, 2004; Rudman & Glick, 1999). They are not just seen as low in communality, but as overtly counter-communal. Highly successful men, however, do not suffer the same consequences; on the contrary, they are celebrated for their successes.

There is evidence supporting the idea that negative reactions to successful women are provoked by the perception that these women have violated prescriptive gender stereotypes. Negative reactions to successful women have been shown to be limited to situations in which the success is in a male gender-typed role and perceived to require agentic qualities for success (Heilman & Wallen, 2010; Heilman et al., 2004). When the job is believed to require the communal qualities that are consistent with female prescriptive gender stereotypes, women are neither derogated nor disliked. These findings indicate that it is not success that is problematic for women, but rather success in an area that implies violation of gender stereotypic prescriptions.

What drives these negative reactions – presumptions that a successful woman has inappropriately acted like a man or that she has failed to act like a women? Either is a possible explanation. That is, the disapproval that greets women who succeed in male gender-typed jobs can derive from either the inference that they are inappropriately agentic or the inference that they lack stereotypically female attributes. Research suggests that people's adverse reactions to women's success are due to the perceived deficiency in female attributes (Heilman & Okimoto, 2007). In fact, these studies indicate that providing information about communality in any of a number of ways undercuts the negative effects of a woman's success. Other research also has indicated that feminizing information can reduce penalties for

gender norm violations (Carli, 2001; Matschiner & Murnen, 1999). It thus appears that it is the perceived violation of feminine "shoulds," not of masculine "should nots" that is so damaging to successful women.

### 3.3.1. Career-related consequences

The negativity directed at successful women has consequences. Not being liked is disadvantageous for people seeking upward mobility in organizations. Performance ratings have been shown to be biased by affect (Dipboye, 1984; Ilgen & Feldman, 1983), and liking has been found to be a benefit in performance rating accuracy (Cardy & Dobbins, 1986). The effects of not being liked also affect how much influence one has (Carli, 2001), and being "unlikable" has been shown to hinder access to social networks (Casciaro & Lobo, 2005), and lessen special career opportunities and salary recommendations (Heilman et al., 2004). No wonder that women have been found to hide their successes on male tasks (Rudman & Fairchild, 2004)! And no wonder that Lyness and Judiesch (1999) found that promotions become increasingly difficult for women as compared to men as they climb in organizational level.

Being seen as cold and interpersonally hostile also is disadvantageous. These perceptions of successful women, captured in terms like "dragon lady", "ice queen" and "battle-axe," no doubt add to the obstacles for aspiring women. The Ann Hopkins case, ultimately argued before the US Supreme Court, makes clear the cost women can suffer for their success in traditionally male arenas. MS Hopkins, who was turned down for partner at a major accounting firm although she had more billable hours than any other person proposed for partnership and brought in business worth $25 million, was said to be too "macho," and was told she needed a "course at charm school" (Fiske, Bersoff, Borgida, Deaux, & Heilman, 1991). It was not her competence that held her back, but the perceptions of her as a successful "lady partner candidate."

### 3.4. Deterring gender bias that results from prescriptive gender stereotypes

The bias that arises from prescriptive gender stereotypes is value-based and a consequence of beliefs about how things should be. In fact, a violation of prescriptive gender stereotypes has been shown to trigger feelings of moral outrage (Okimoto & Brescoll, 2010). As a consequence, prescription-based bias is less responsive to contextual intervention or to organizational efforts to mitigate its effects (Gill, 2004). The problem is not one of inattention to individuating information or tendency to discount disconfirming evidence, and therefore solutions do not lie in creating conditions that encourage more careful and thoughtful information processing, thereby precluding cognitive distortion. Not even buttressing the motivational aspects of the organizational context that encourage people to seek accuracy to meet their own interests would be a viable deterrent against a belief system that so persistently gives rise to social disapproval. For even when women's competence is recognized, their ascribed personal qualities are repellent. Thus, the effects of prescriptive stereotypes on evaluations are a difficult problem for those trying to minimize gender bias in the work setting.

Nonetheless there are some moderators of the negative reactions that greet successful women who are seen as violating prescriptive gender stereotypes. As with descriptive stereotypes, the sex-type of the domain in which the prescriptive violation takes place can be influential. The perceived level of a violation is determined not only by the woman's behavior, inferred or actual, but also by the degree to which male attributes are thought to be necessary for performance (Heilman et al., 2004). So, for example, the masculine ethos of certain work domains (e.g., law enforcement) or positions (e.g., banker or engineer) increases the extent to which agentic attributes are thought to be necessary for success and therefore will increase the degree of violation perceived when women are successful in these roles. Attempts to feminize these jobs and occupations by broadening conceptions of the attributes actually needed to do them successfully, as discussed earlier with respect to descriptive gender stereotypes, should also help to lessen the perceived violation and thus the likelihood and the seriousness of the disapproval and consequent penalties.

Mitigating disapproval for engaging in the particular behaviors that are directly associated with success is especially difficult. The gender-typing of agentic behaviors is culturally determined and highly resistant to change. What it takes to close a deal, compete for a client or make hard-nosed decisions appears obvious to observers, and until the content of prescriptive gender stereotypes change, the behaviors believed necessary are going to conflict with the prescriptions for women's "shoulds."

But, despite these caveats, there are some circumstances that can lessen these effects – not by altering the perceived violation itself, but by counteracting the negative perceptions of the prescription-violating woman that result. Given that the disapproval heaped on successful women is due to them being seen as not sufficiently feminine in their

demeanor (Heilman & Okimoto, 2007), providing information verifying a woman's femininity can stave off this deficiency-based disapproval. Thus, information that contains references to a successful woman's communality (e.g., volunteering to help the sick or to work with children), is likely to protect her against perceptions of femininity deficiencies. So, too, is information that her successful behavior was not of her own doing, but rather constrained by circumstances (she "had" to step in for a sick co-worker) or was not really her goal to begin with (she really had wanted to do something else career-wise) – both of which make clear that she was not motivated to be the success that she is, but rather it "just happened." In other words, like Rosy the Riveter who was called on to help with the war effort, or Katherine Graham whose husband died and left her responsibility for the Washington Post, she is not seen as the kind of person who seeks to violate gender prescriptions but has simply risen to the occasion when life demanded it.

The fact that the availability of information about a successful woman typically rests in her own hands is suggestive of things she, personally, might do to heighten her perceived femininity and mitigate negative reactions to her success. Thus, she can make salient her role as mother, dress in a feminine manner, or portray her interests in feminine pursuits. Or she might redirect the perceived responsibility for her situation away from herself – to chance, to someone else or to circumstances. There is some evidence attesting to the effectiveness of these efforts, e.g., reduction of negative reactions when a successful woman manager claims not to have actively sought that career path (Pierre & Heilman, 2012) or when an accomplished woman begins a salary negotiation by explaining that someone else (a male supervisor) had suggested she raise the issue (Bowles & Babcock, 2012). But there is real jeopardy in pursuing these types of strategies. Besides the potential damage to self-image that may accrue from essentially denying one's ambition and career focus, if the woman's success is not absolutely irrefutable, these behaviors geared toward mitigating penalties for her success, because they conform to descriptive stereotypes, may feed perceptions of her incompetence. If there is any question about her capability or skill, these "feminizing" behaviors can backfire – causing her to be seen in highly stereotypic terms.

## 4. Some additional issues

### 4.1. What about men?

Our ideas should have implications not only for women but also for men. They, too, should experience penalties for violating prescriptive gender stereotypes. Although researchers have primarily examined the effect of prescriptive stereotypes for women, there are several investigations that demonstrate that men are not immune to their consequences (Judge, Livingston, & Hurst, 2012; Moss-Racusin, Phelan, & Rudman, 2010). The prescription for men involves being agentic, and when men fail to act in accordance with it, disapproval results. A study by Chen (2008) demonstrates this point. When men failed to help with a physically demanding male-typed citizenship behavior, they were regarded more negatively and rewarded less generously than women who did the same. Evidently, men, too, are held to gender stereotypic "shoulds" and are penalized when they do not conform to them.

There also is evidence of the negative consequences of gender stereotypes when men violate the prescriptive "should nots". The "should nots" for men involve behaviors that are highly communal in nature, and typically are reserved for women. When men engage in such behaviors, negativity follows. For example, when they request a family leave, men more than women suffer negativity in perceptions of their work ethic (Wayne & Cordeiro, 2003), in recommended rewards (Allen & Russell, 1999) and in suggested penalties (Rudman & Mescher, in press). Men also are penalized for pursuing careers that are considered female in gender type. As the movie, *Meet the Parents*, so graphically depicts, choosing a female gender-typed career such as nursing can have unfortunate and detrimental consequences for a man.

If our ideas are correct, then men also should be penalized when the job at which they are successful is not gender consistent – when it is thought to require feminine rather than masculine attributes for success. Just as success in traditionally male positions implies a lack of femininity for women, success in traditionally female positions ought to imply a lack of masculinity for men. But what would penalties for men be? Penalties for women – dislike and perceptions of interpersonal hostility – are in the domain most central to the female stereotype, communality. Thus penalties for men should be in the agency domain, which is integral to the male stereotype. In a study examining the way in which men who succeed at female gender-typed jobs were evaluated, the findings supported this idea (Heilman & Wallen, 2010). In contrast to women clearly successful at a job typically held by men, who were seen as

interpersonally hostile and were not liked, men clearly successful at a job typically held by women were seen as wimpy and passive and were not respected. These results demonstrate symmetry in men's and women's penalties for stereotype violation, and thus lend further support to our ideas about the process by which prescriptive gender stereotypes lead to gender bias.

These findings appear to be at odds with research indicating that men ride the "glass elevator" in female occupations, receiving greater organizational rewards and making quicker career progress than similarly qualified women (Williams, 1992). But there also is evidence that men's comparative advantage over women in female gender-typed jobs is less than in gender-neutral jobs (Budig, 2002). Thus there are many questions remaining about the conditions under which men continue to benefit from being men, even in female work settings.

### 4.2. Lack of differences between male and female evaluators

One would think that women would differ from men in their tendency to engage in gender bias. However, data indicate otherwise. In the vast majority of studies conducted on gender stereotypes, no differences have been found in the reactions of male and female respondents. This finding is puzzling. One would expect that women would empathize with other women, be attentive to the type of thinking that jeopardizes their career prospects and therefore process information about them more carefully resulting in fewer biased judgments. One would also expect that women would be sensitive to the burden of prescriptive gender stereotypes, and relax these standards in responding to women who violate them.

Perhaps the lack of difference between women and men as evaluators should not be surprising since women share the same societal gender stereotypes as men and the same conceptions of male gender-typed jobs, and therefore should deduce the same shortfall in perceived fit. They also subscribe to the same widely shared normative prescriptions for men's and women's behavior. Nonetheless, the lack of difference as a function of the sex of the evaluator is unsettling and counter intuitive. No doubt there are individual differences that moderate this effect, such as strength of gender identity and gender stereotype adherence. It also is possible that individual differences in life experiences are a factor. Indeed, there is research suggesting that women's experiences with discrimination impact their treatment of other women (Ellemers, Van den Heuvel, De Gilder, Maass, & Bonvini, 2004).

Recent research has taken the stance that although there is little difference in the way men and women respond to successful women in the workplace, the reason they respond as they do differs. Thus, in contrast to men, who can be said to have a vested interest in "keeping women down" and maintaining their superior status in the work setting, it is suggested that women respond negatively to successful women because of social comparison processes. Indeed, findings have supported the idea that women's penalization of successful women serves to avoid a painful upward comparison in the service of maintaining their own sense of competence (Parks-Stamm, Heilman, & Hearns, 2008). Moreover, the burgeoning literature on queen bees (Derks, Ellemers, Van Laar, & De Groot, 2011; Ellemers et al., 2004; Ely, 1994) also suggests that women's motives for negative evaluation of other women are unique to women, differing from those of men. Additional research is needed to better understand the potentially different motivations underlying men's and women's responses to women's success, and their implications for women in the workplace.

## 5. Summary and conclusions

This chapter describes how both descriptive and prescriptive gender stereotypes can produce gender bias in work settings, impeding women's career advancement. It discusses how descriptive gender stereotypes promote gender bias because of negative performance expectations that are a consequence of the perception that there is a poor "fit" between the stereotype of women and the attributes believed necessary to succeed in male gender-typed positions. It also discusses the way in which prescriptive gender stereotypes promote gender bias by creating "shoulds" and "should nots" for women – normative standards that prompt disapproval and social rejection both when directly violated and when violation is inferred because women are successful. In addition to these efforts to explain how descriptive and prescriptive gender stereotypes can provoke gender bias, there is a consideration of the conditions that aggravate or mitigate their effects.

The claim throughout this paper has been that gender stereotypes are the basis of biased evaluative judgments and discriminatory treatment of women in work settings. The paper's objective was to explain the psychological processes that are set in motion by gender stereotypes and examine their consequences. Although some organizational actions

have been identified that can hinder the detrimental effects of gender stereotypes, it is clear that the tenacity of gender stereotypes is considerable and the magnitude of their influence remains sizable. Thus, the message here is not particularly cheery. It appears that women are not yet free of the burden of gender stereotypes. When they seek male gender-typed positions, they are prone to being seen as incompetent to handle them. When they choose to deviate from the set of behaviors deemed acceptable for women, behaviors that often are inadequate in the work context, they appear to pay dearly for their transgression. And, perhaps most vexing, when they overcome expectations and do succeed, they tend to be disliked and interpersonally derogated. Thus, despite the enormous progress in recent years, the deleterious effects of gender stereotypes on career prospects remain, creating obstacles for striving women.

But there also is reason for some optimism. At the same time that gender stereotypes should not be discounted nor their effects underestimated – there are small indications that change is afoot. There no doubt is greater personal and organizational awareness of some of the issues we have discussed, and efforts continue to be made to counteract the negative effects of gender stereotypes. Also, as we mentioned earlier in the paper, whether due to the increasing numbers of women who have penetrated the glass ceiling, or to a general change in perception of what it takes to be a good manager or leader, ideas about what characteristics define these roles have shown some signs of shifting.

Communal attributes and behaviors are increasingly becoming valued characteristics for leadership roles (Eagly & Carli, 2003). These include sharing responsibility, developing others' skills, building relationships, and reducing hierarchy. Moreover, research about transformational leadership has repeatedly shown the benefits of taking a communal approach to leading (Bass & Avolio, 1994), and approaches such as individualized consideration and inspirational motivation have more and more become associated with effective leadership (Eagly, Johannesen-Schmidt, & van Engen, 2003). If, in time, there is such a change in the conceptualization of effective leadership, then according to our ideas there should be a reduction in the perceived lack of fit between the attributes of women and the attributes thought necessary for success, and a corresponding decrease in the negative performance expectations that have such devastating effects on women's evaluations. Such a re-conceptualization, if it should occur, would also alter the effects of prescriptive gender stereotypes, tempering the perceived normative violation and resulting disapproval that occurs when women choose to take on traditionally male roles and perform them successfully. In fact, some have discussed a "feminine leadership advantage" (Eagly & Carli, 2003; Vecchio, 2002), and there is evidence that, at least at the upper levels of management, women are sometimes evaluated more favorably than their male counterparts (Rosette & Tost, 2010). It is notable, however, that this research indicated the tendency to value women more favorably than men only at the very highest management level; women still were disadvantaged in evaluation in the positions they most often populate, and in the positions which serve as stepping stones to the top. Whether the feminized view of management is going to prevail and, if it does, whether it will broadly affect contemporary organizations or remain reserved for those few positions at the top is yet to be determined.

In addition to the gradual shift that may be occurring in how we think about leadership, there is some evidence that there also is a shift in how we think about women. There is evidence that people believe that over time women's attributes have become more like men's and will continue to do so (Diekman & Eagly, 2000). In fact, recent research suggests that while women are still seen in traditionally stereotypic terms – as more communal and less agentic than men, they now are seen as equal to men in intelligence and competence (Hentschel et al., 2013). This revision of the female gender stereotype content, if it is indicative of a trend, bodes well for women's opportunities in the workforce. It suggests that there is a distinction to be made between perceived agency and perceived competence, and that if leadership success is thought to rely on competence and not just on agenticism, there will be improvement in women's perceived fit with the role. It seems reasonable to be hopeful that this trend toward a more textured characterization of women will continue given their ever increasing participation in the workforce and their current and projected higher representation among the college population.

So while the current status of women in the workforce continues to be hampered by gender stereotypes and their deleterious effects on evaluation and decision making, there is reason for cautious optimism. These sanguine thoughts should not, however, obscure the realities of today. Women still are not given equal consideration based on their skills and abilities because of the expectations that they are ill-equipped to do traditionally man's work. They still are punished when they step out of line with the "shoulds" and "should nots" prescribed for their gender, forcing them to act in ways that do not advance their careers and causing them to be disliked and repudiated when they achieve success in an area deemed to be gender inappropriate. And they still are the recipients of multiple reactions rooted in bias – serious and trivial, subtle and obvious, intentional and unintentional – the total of which are dispiriting for their

ambitions and detrimental to their advancement. The consequence is a failure to utilize human resources in the most effective way possible. When women are the targets of gender bias not only they, but the organizations for which they work and society as a whole, are the losers.

## References

Abele, A. (2003). The dynamics of masculine-agentic and feminine-communal traits: Findings from a prospective study. *Journal of Personality and Social Psychology, 85*, 768–776.

Allen, T. D. (2006). Rewarding good citizens: The relationship between citizenship behavior, gender, and organizational rewards. *Journal of Applied Psychology, 36*, 120–143.

Allen, T. D., & Russell, J. E. A. (1999). Parental leave of absence: Some not so family-friendly implications. *Journal of Applied Psychology, 29*, 166–191.

Amanatullah, E. T., & Morris, M. W. (2010). Negotiating gender roles: Gender differences in assertive negotiating are mediated by women's fear of backlash and attenuated when negotiating on behalf of others. *Journal of Social and Personality Psychology, 98*, 256–267.

Ames, D. R., Flynn, F. J., & Weber, E. U. (2004). It's the thought that counts: On perceiving how helpers decide to lend a hand. *Personality and Social Psychology Bulletin, 30*, 461–474.

Bakan, D. (1966). *The duality of human existence: An essay on psychology and religion.* Chicago: Rand McNally.

Baltes, B. B., & Parker, C. P. (2000). Reducing the effects of performance expectations on behavioral ratings. *Organizational Behavior and Human Decision Processes, 82*(2), 237–267.

Banaji, B. M., & Hardin, C. (1996). Automatic stereotyping. *Psychological Science, 7*, 136–141.

Banaji, M. R., Hardin, C., & Rothman, A. J. (1993). Implicit stereotyping in person judgment. *Journal of Personality and Social Psychology, 65*(2), 272–281.

Bass, B. M., & Avolio, B. J. (Eds.). (1994). *Improving organizational effectiveness through transformational leadership.* Thousand Oaks, CA: Sage.

Battle W. S. (2008). Women's inhibition of self-advocacy: Avoiding the consequences of gender deviance. Unpublished dissertation.

Bauer, C. C., & Baltes, B. B. (2002). Reducing the effects of gender stereotypes on performance evaluations. *Sex Roles, 47*(9–10), 465–476.

Bowles, H., & Gelfand, M. J. (2010). Status and the evaluation of workplace deviance. *Psychological Science, 21*, 49–54.

Bowles, H. R., & Babcock, L. (2012). How can women escape the compensation negotiation dilemma? *Psychology of Women Quarterly*, in press.

Bowles, H. R., Babcock, L., & Lai, L. (2007). Social incentives for gender differences in the propensity to initiate negotiations: Sometimes it does hurt to ask. *Organizational Behavior and Human Decision Processes, 103*, 84–103.

Bowles, H. R., Babcock, L., & McGinn, K. L. (2005). Constraints and triggers: Situational mechanics of gender in negotiation. *Journal of Personality and Social Psychology, 89*, 951–965.

Brenner, O. C., Tomkiewicz, J., & Schein, V. E. (1989). The relationship between sex role stereotypes and requisite management characteristics revisited. *Academy of Management Journal, 32*, 662–669.

Brescoll, V. L., & Uhlmann, E. L. (2008). Can angry women get ahead? Gender, status conferral, and workplace emotion expression. *Psychological Science, 19*, 268–275.

Brett, J. F., Atwater, L. L., & Waldman, D. A. (2005). Effective delivery of workplace discipline: Do women have to be more participatory than men? *Group and Organization Management, 30*, 487–513.

Brett, J. M., & Stroh, L. K. (1997). Jumping ship: Who benefits from an external labor market career strategy? *Journal of Applied Psychology, 82*, 331–341.

Brief, A. P., Dietz, J., Cohen, R. R., Pugh, S. D., & Vaslow, J. B. (2000). Just doing business: Modern racism and obedience to authority as explanations for employment discrimination. *Organizational Behavior and Human Decision Processes, 81*, 72–97.

Broverman, I. K., Vogel, S. R., Broverman, D. M., Clarkson, F. E., & Rosenkrantz, P. S. (1972). Sex-role stereotypes: A current appraisal. *Journal of Social Issues, 28*, 59–78.

Budig, M. J. (2002). Male advantage and the gender composition of jobs: Who rides the glass escalator? *Social Problems, 49*, 258–277.

Burgess, D., & Borgida, E. (1999). Who women are, who women should be: Descriptive and prescriptive gender stereotyping in sex discrimination. *Psychology, Public Policy, and Law, 5*(3), 665–692.

Caleo, S., & Heilman, M. E. (2010a). *Who gets the credit and who gets the blame?: Differential reactions to men and women's joint work.* Paper presented at the annual meeting of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Caleo, S., & Heilman, M. E. (2010b). *Fairness in the eye of the biased beholder: Reactions to men and women's justice violations.* Paper presented at the annual meeting of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Cantor, N., & Mischel, W. (1979). Prototypicality and personality: Effects on free recall and personality impressions. *Journal of Research in Personality, 13*(2), 187–205.

Cardy, R. L., & Dobbins, G. H. (1986). Affect and appraisal accuracy: Liking as an integral dimension in evaluating performance. *Journal of Applied Psychology, 71*, 672–678.

Carli, L. L. (2001). Gender and social influence. *Journal of Social Issues, 57*, 725–741.

Carli, L. L., La Fleur, S. J., & Loeber, C. C. (1995). Nonverbal behavior, gender, and influence. *Journal of Personality and Social Psychology, 68*, 1030–1041.

Casciaro, T., & Lobo, M. S. (2005). Competent jerks, lovable fools, and the formation of social networks. *Harvard Business Review, 83*, 92–99.

Catalyst. (2010). 2010 Catalyst Census: Fortune 500 women board directors.

Cejka, M. A., & Eagly, A. H. (1999). Gender-stereotypic images of occupations correspond to the sex segregation of employment. *Personality and Social Psychology Bulletin, 25*, 413–423.

Chaiken, S. (1980). Heuristic versus systematic information processing and the use of source versus message cues in persuasion. *Journal of Personality and Social Psychology, 39*, 752–766.

Chen, J. J. (2008). *Ordinary vs. extraordinary: Differential reactions to men's and women's prosocial behavior in the workplace.* Unpublished doctoral dissertation.

Cialdini, R. B., & Trost, M. R. (1998). Social influence: Social norms, conformity, and compliance. In Gilbert, D. T., Fiske, S. T., & Gardner, L. Eds. *The handbook of social psychology.* Vol. 2 (pp.151–192). New York, NY: McGraw-Hill.

Cohen, R. L. (1982). Perceiving injustice: An attributional perspective. In J. Greenberg & R. L. Cohen (Eds.), *Equity and justice in social behavior* (pp. 119–160). New York: Academic Press.

Cooper, W. H. (1981). Conceptual similarity as a source of illusory halo in job performance ratings. *Journal of Applied Psychology, 66*(3), 302–307.

Costrich, N., Feinstein, J., Kidder, L., Marecek, J., & Pascale, L. (1975). When stereotypes hurt: Three studies of penalties for sex-role reversals. *Journal of Experimental Social Psychology, 11*, 520–530.

Davison, H. K., & Burke, M. J. (2000). Sex discrimination in simulated employment contexts: A meta-analytic investigation. *Journal of Vocational Behavior, 56*, 225–248.

Dennis, M. R., & Kunkel, A. D. (2004). Perceptions of men, women, and CEOs: The effects of gender identity. *Social Behavior and Personality, 32*(2), 155–172.

DeNisi, A. S., Cafferty, T. P., & Meglino, B. M. (1984). A cognitive view of the performance appraisal process: A model and research propositions. *Organizational Behavior & Human Performance, 33*(3), 360–396.

Derks, B., Ellemers, N., Van Laar, C., & De Groot, K. (2011). Do sexist organizational cultures create the Queen Bee? *British Journal of Social Psychology, 50*, 519–535.

Devine, P. G. (1989). Stereotypes and prejudice: Their automatic and controlled components. *Journal of Personality and Social Psychology, 56*, 5–18.

Diekman, A. B., & Eagly, A. H. (2000). Stereotypes as dynamic constructs: Women and men of the past, present, and future. *Personality and Social Psychology Bulletin, 26*, 1171–1188.

Dipboye, R. L. (1984). Some neglected variables in research on discrimination in appraisals. *Academy of Management Review, 10*(1), 116–127.

Dodge, K. A., Gilroy, F. D., & Fenzel, M. L. (1995). Requisite management characteristics revisited: Two decades later. *Journal of Social Behavior and Personality. Special Issue: Gender in the Workplace, 10*(6), 253–264.

Dovidio, J. F., Evans, N., & Tyler, R. B. (1986). Racial stereotypes: The contents of their cognitive representations. *Journal of Experimental Social Psychology, 22*, 22–37.

Eagly, A. H., & Carli, L. L. (2003). The female leadership advantage: An evaluation of the evidence. *The Leadership Quarterly, 14*, 807–834.

Eagly, A. H., Johannesen-Schmidt, M. C., & van Engen, M. L. (2003). Transformational, transactional, and laissez-faire leadership styles: A meta-analysis comparing women and men. *Psychological Bulletin, 129*, 569–591.

Eagly, A. H., & Karau, S. J. (2002). Role congruity theory of prejudice toward female leaders. *Psychological Review, 109*(3), 573–598.

Eagly, A. H., Makhijani, M. G., & Klonsky, B. G. (1992). Gender and the evaluation of leaders: A meta-analysis. *Psychological Bulletin, 111*, 3–22.

Eagly, A. H., & Mladinic, A. (1989). Gender stereotypes and attitudes toward women and men. *Personality and Social Psychology Bulletin, 15*(4), 538–543.

Eagly, A. H., Mladinic, A., & Otto, S. (1991). Are women evaluated more favorably than men? An analysis of attitudes, beliefs, and emotions. *Psychology of Women Quarterly, 15*, 203–216.

Ellemers, N., Van den Heuvel, H., De Gilder, D., Maass, A., & Bonvini, A. (2004). The underrepresentation of women in science: Differential commitment or the Queen-bee syndrome? *British Journal of Social Psychology, 43*, 315–338.

Ely, R. J. (1994). The effects of organizational demographics and social identity on relationships among professional women. *Administrative Science Quarterly, 39*, 203–238.

The European Commission. (March, 2011). *The European Commission's new gender equality study: Towards quotas for women in the board room.* Frankfurt, Germany: European Central Bank Diversity Forum.

Favero, J. L., & Ilgen, D. R. (1989). The effects of ratee prototypicality on rater observation and accuracy. *Journal of Applied Social Psychology, 19*(11), 932–946.

Feldman, J. M., & Lynch, J. G. (1988). Self-generated validity and other effects of measurement on belief, attitude, intention, and behavior. *Journal of Applied Psychology, 73*(3), 421–435.

Fiske, S. T. (2000). Interdependence and the reduction of prejudice. In S. Oskamp (Ed.), *Reducing prejudice and discrimination. "The Claremont Symposium on Applied Social Psychology"* (pp. 115–135). Mahwah, NJ: Larry Erlbaum Associates.

Fiske, S. T., Bersoff, D. N., Borgida, E., Deaux, K., & Heilman, M. E. (1991). Social science research on trial: Use of sex stereotyping research in Price Waterhouse v. Hopkins. *American Psychologist, 46*, 1049–1060.

Fiske, S. T., & Neuberg, S. L. (1990). A continuum of impression formation, from category-based to individuating processes: Influences of information and motivation on attention and interpretation. In Zanna, M. P. (Ed.). *Advances in experimental social psychology.* Vol. 23 (pp.1–74). San Diego, CA: Academic Press.

Fiske, S. T., & Taylor, S. E. (1991). *Social cognition* (2nd ed.). New York, NY/England: McGraw Hill Book Company.

Fuegen, K., Biernat, M., Haines, E., & Deaux, K. (2004). Mothers and fathers in the workplace: How gender and parental status influence judgments of job-related competence. *Journal of Social Issues, 60*(4), 737–754.

Gaucher, D., Friesen, J., & Kay, A. C. (2011). Evidence that gendered wording in job advertisements exists and sustains gender inequality. *Journal of Personality and Social Psychology, 101*, 109–128.

Gilbert, D. T., & Hixon, J. G. (1991). The trouble of thinking: Activation and application of stereotypic beliefs. *Journal of Personality and Social Psychology, 60*(4), 509–517.

Gill, M. J. (2004). When information does not deter stereotyping: Prescriptive stereotyping can foster bias under conditions that deter descriptive stereotyping. *Journal of Experimental Social Psychology, 40*, 619–632.

Haddock, G., & Zanna, M. P. (1994). Preferring "housewives" to "feminists": Categorization and the favorability of attitudes toward women. *Psychology of Women Quarterly, 18*, 25–52.

Haynes, M. C., & Heilman, M. E. (in press). It had to be you (not me)! Women's attributional rationalization of their contribution to successful joint work outcomes. *Personality and Social Psychology Bulletin.*

Heilman, M. E. (1980). The impact of situational factors on personnel decision concerning women: Varying the sex composition of the applicant pool. *Organizational Behavior and Human Performance, 26*, 286–295.

Heilman, M. E. (1983). Sex bias in work settings: The lack of fit model. In Staw, B., & Cummings, L. Eds. *Research in organizational behavior* (Vol. 5). Greenwich, CT: JAI.

Heilman, M. E. (1984). Information as a deterrent against sex discrimination: The effects of applicant sex and information type on preliminary employment decisions. *Organizational Behavior and Human Performance, 33*, 174–186.

Heilman, M. E. (1995). Sex stereotypes and their effects in the workplace: What we know and what we don't know. *Journal of Social Behavior and Personality, 10*(6), 3–26.

Heilman, M. E. (2001). Description and prescription: How gender stereotypes prevent women's ascent up the organizational ladder. *Journal of Social Issues, 57*(4), 657–674.

Heilman, M. E., & Blader, S. L. (2001). Assuming preferential selection when the admissions policy is unknown: The effects of gender rarity. *Journal of Applied Psychology, 86*(2), 188–193.

Heilman, M. E., Block, C. J., & Martell, R. F. (1995). Sex stereotypes: Do they influence perceptions of managers? *Journal of Social Behavior and Personality, 10*, 237–252.

Heilman, M. E., Block, C. J., Martell, R. F., & Simon, M. C. (1989). Has anything changed? Current characterizations of men, women, and managers. *Journal of Applied Psychology, 74*(6), 935–942.

Heilman, M. E., Block, C. J., & Stathatos, P. (1997). The affirmative action stigma of incompetence: Effects of performance information ambiguity. *Academy of Management Journal, 40*(3), 603–625.

Heilman, M. E., & Chen, J. J. (2005). Same behavior, different consequences: Reactions to men's and women's altruistic citizenship behavior. *Journal of Applied Psychology, 90*, 431–441.

Heilman, M. E., & Haynes, M. C. (2005). No credit where credit is due: Attributional rationalization of women's success in male-female teams. *Journal of Applied Psychology, 90*, 905–916.

Heilman, M. E., & Haynes, M. C. (2006). Subjectivity in the appraisal process: A facilitator of gender bias in work settings. In E. Borgida & S. T. Fiske (Eds.), *Psychological science in court: Beyond common knowledge*. Mahwah, NJ: Larry Erlbaum Associates.

Heilman, M. E., Lucas, J. A., & Kaplow, S. R. (1990). Self-derogating consequences of sex-based preferential selection: The moderating role of initial self-confidence. *Organizational Behavior and Human Decision Processes, 46*(2), 202–216.

Heilman, M. E., Martell, R. F., & Simon, M. C. (1988). The vagaries of sex bias: Conditions regulating the undervaluation, equivaluation, and overvaluation of female job applicants. *Organizational Behavior and Human Decision Processes, 41*(1), 98–110.

Heilman, M. E., & Okimoto, T. G. (2007). Why are women penalized for success at male tasks?: The implied communality deficit. *Journal of Applied Psychology, 92*, 81–92.

Heilman, M. E., & Okimoto, T. G. (2008). Motherhood: A potential source of bias in employment decisions. *Journal of Applied Psychology, 93*, 189–198.

Heilman, M. E., & Parks-Stamm, E. J. (2007). Gender stereotypes in the workplace: Obstacles to women's career progress. In Correll, S. J. (Ed.). *Social Psychology of Gender: Advances in Group Processes*. Vol. 24 (pp.47–77). Elsevier Ltd., JAI Press.

Heilman, M. E., & Stopeck, M. H. (1985a). Attractiveness and corporate success: Different causal attributions for males and females. *Journal of Applied Psychology, 70*(2), 379–388.

Heilman, M. E., & Stopeck, M. H. (1985b). Being attractive, advantage or disadvantage? Performance-based evaluations and recommended personnel actions as a function of appearance, sex, and job type. *Organizational Behavior and Human Decision Processes, 35*(2), 202–215.

Heilman, M. E., & Wallen, A. S. (2010). Wimpy and undeserving of respect: Penalties for men's gender-inconsistent success. *Journal of Experimental Social Psychology, 46*, 664–667.

Heilman, M. E., Wallen, A. S., Fuchs, D., & Tamkins, M. M. (2004). Penalties for success: Reactions to women who succeed at male gender-typed tasks. *Journal of Applied Psychology, 89*, 416–427.

Heilman, M. E., & Welle, B. (2006). Disadvantaged by diversity? The effects of diversity goals on competence perceptions. *Journal of Applied Social Psychology, 206*, 1291–1319.

Hentschel, T., Heilman, M. E., & Peus, C. (2013). Have perceptions of women and men changed? Gender stereotypes and self-ratings of men and women. *Presentation at the society of personality and social psychology annual conference.*

Heslin, P. A., Latham, G. P., & VandeWalle, D. (2005). The effect of implicit person theory on performance appraisals. *Journal of Applied Psychology, 90*, 842–856.

Higgins, E. T., & Bargh, J. A. (1987). Social cognition and social perception. *Annual Review of Psychology, 38*, 369–425.

Horvath, L. K. & Sczesny, S. (2011). Gender-fair language in job advertisements and hiring decisions. In S. Sczesny (Chair), *Gender-fair language use from a social psychological perspective. Symposium conducted at the 16th General meeting of the European association of social psychology*, Stockholm.

Ilgen, D. R., & Feldman, J. M. (1983). Performance appraisal: A process focus. *Research in Organizational Behavior, 5*, 141–197.

Johnson, J. T., & Judd, C. M. (1983). Overlooking the incongruent: Categorization biases in the identification of political statements. *Journal of Personality and Social Psychology, 45*(5), 978–996.

Judge, T. A., Livingston, B. A., & Hurst, C. (2012). Do nice guys – and gals – really finish last? The joint effects of sex and agreeableness on income. *Journal of Personality and Social Psychology, 102*, 390–407.

Kanter, R. M. (1977). *Men and women of the corporation*. New York: Basic Books.

*M.E. Heilman / Research in Organizational Behavior 32 (2012) 113–135*

Klimoski, R., & Inks, L. (1990). Accountability forces in performance appraisal. *Organizational Behavior and Human Decision Processes, 45*(2), 194–208.

Koenig, A. M., Eagly, A. H., Mitchell, A. A., & Ristikari, T. (2011). Are leader stereotypes masculine? A meta-analysis of three research paradigms. *Psychological Bulletin, 137*, 616–642.

Kray, L. J., & Thompson, L. (2005). Gender stereotypes and negotiation performance: An examination of theory and research. *Research in Organizational Behavior, 26*, 103–182.

Kunda, Z., Sinclair, L., & Griffin, D. (1997). Equal ratings but separate meanings: Stereotypes and the construal of traits. *Journal of Personality & Social Psychology, 72*(4), 720–734.

Locksley, A., Borgida, E., Brekke, N., & Hepburn, C. (1980). Sex stereotypes and social judgment. *Journal of Personality and Social Psychology, 39*, 821–831.

Lueptow, L. B., Garovich, L., & Lueptow, M. B. (1995). The persistence of gender stereotypes in the face of changing sex roles: Evidence contrary to the sociocultural model. *Ethology and Sociobiology, 16*, 509–530.

Lyness, K. S., & Heilman, M. E. (2006). When fit is fundamental: Performance evaluation and promotions of upper-level female and male managers, Journal of. *Applied Psychology, 91*, 777–785.

Lyness, K. S., & Judiesch, M. K. (1999). Are women more likely to be hired or promoted into management positions? *Journal of Vocational Behavior, 54*(1), 158–173.

Macrae, C. N., Milne, A. B., & Bodenhausen, G. V. (1994). Stereotypes as energy-saving devices: A peek inside the cognitive toolbox. *Journal of Personality and Social Psychology, 66*, 37–47.

Madera, J., Hebl, M., & Martin, R. (2009). Gender and letters of recommendation for academics: Agentic and communal differences. *Journal of Applied Psychology, 94*, 1591–1599.

Manzi, M. F., Caleo, S., & Heilman, M. E. (2012). *Improvement in performance but little change in evaluation: The tenacity of stereotype-based expectations about women.* Poster presented at the annual meeting of the Society for Personality and Social Psychology, San Diego, CA.

Manzoni, J. F., & Barsoux, J. L. (1998, March–April). How bosses create their own poor performers: The set-up-to-fail syndrome. *Harvard Business Review, 76*, 101–113.

Martell, R. F., Guzzo, R. A., & Willis, C. E. (1995). A methodological and substantive note on the performance-cue effect in ratings of work-group behavior. *Journal of Applied Psychology, 80*(1), 191–195.

Martell, R. F., Parker, C., Emrich, C. G., & Crawford, M. S. (1998). Sex stereotyping in the executive suite: "Much ado about something". *Journal of Social Behavior and Personality, 13*, 127–138.

Matschiner, M., & Murnen, S. K. (1999). Hyperfemininity and influence. *Psychology of Women Quarterly, 23*, 342–631.

Mero, N. P., & Motowidlo, S. J. (1995). Effects of rater accountability on the accuracy and the favorability of performance ratings. *Journal of Applied Psychology, 80*, 524–527.

Mero, N. P., Motowidlo, S. J., & Anna, A. L. (2003). Effects of accountability on rating behavior and rater accuracy. *Journal of Applied social Psychology, 33*, 2493–2514.

Moss-Racusin, C. A., Phelen, J. E., & Rudman, L. A. (2010). When men break the gender rules: Status incongruity and backlash against modest men. *Psychology of Men and Masculinity, 11*, 140–151.

Nieva, V. G., & Gutek, B. A. (1980). Sex effects on evaluation. *Academy of Management Review, 5*, 267–276.

Norton, M. I., Vandello, J. A., & Darley, J. M. (2004). Casuistry and social category bias. *Journal of Personality and Social Psychology, 87*, 817–831.

Okimoto, T., & Brescoll, V. L. (2010). The price of power: Power-seeking and backlash against female politicians. *Personality and Social Psychology Bulletin, 36*, 923–936.

O'Sullivan, C. S., & Durso, F. T. (1984). Effect of schema-incongruent information on memory for stereotypical attributes. *Journal of Personality and Social Psychology, 47*(1), 55–70.

Parks-Stamm, E. J., Heilman, M. E., & Hearns, K. A. (2008). Motivated to penalize: Women's strategic rejection of other women. *Personality and Social Psychology Bulletin, 34*, 237–247.

Pazy, A., & Oron, I. (2001). Sex proportion and performance evaluation among high-ranking military officers. *Journal of Organizational Behavior, 22*(6), 689–702.

Pierre, G., & Heilman, M. E. (2012). Negating responsibility for gender stereotype violation: Its salutary effect for women. Unpublished manuscript.

Plant, E. A., Hyde, J. S., Keltner, D., & Devine, P. G. (2000). Gender stereotyping of emotion. *Psychology of Women Quarterly, 24*, 81–92.

Porter, N., & Geis, F. L. (1981). Women and nonverbal leadership cues: When seeing is not believing. In C. Mayo & N. Henley (Eds.), *Gender and nonverbal behavior* (pp. 39–61). New York: Springer-Verlag.

Powell, G. N., Butterfield, D. A., & Parent, J. D. (2002). Gender and managerial stereotypes: Have the times changed? *Journal of Management, 28*(2), 177–193.

Pratto, F., & Bargh, J. A. (1991). Stereotyping based on apparently individuating information: Trait and global components of sex stereotypes under attention overload. *Journal of Experimental Social Psychology, 27*(1), 26–47.

Prentice, D. A., & Carranza, E. (2002). What women and men should be, shouldn't be, are allowed to be, and don't have to be: The content of prescriptive gender stereotypes. *Psychology of Women Quarterly, 26*, 269–281.

Rasinski, K. A., Crocker, J., & Hastie, R. (1985). Another look at sex stereotypes and social judgments: An analysis of the social perceiver's use of subjective probabilities. *Journal of Personality and Social Psychology, 49*(2), 317–326.

Rosette, A. S., & Tost, L. P. (2010). Agentic women and communal leadership: How role prescriptions confer advantage to top women leaders. Journal of. *Applied Psychology, 95*, 221–235.

Rudman, L. A. (1998). Self-promotion as a risk factor for women: The costs and benefits of counter stereotypical impression management. *Journal of Personality and Social Psychology, 74*, 629–645.

Rudman, L. A., & Fairchild, K. (2004). Reactions to counter stereotypic behavior: The role of backlash in cultural stereotype maintenance. *Journal of Personality and Social Psychology, 87,* 157–176.

Rudman, L. A., & Glick, P. (1999). Feminized management and backlash toward agentic women: The hidden costs to women of a kinder, gentler image of middle managers. *Journal of Personality and Social Psychology, 77,* 1004–1010.

Rudman, L. A., & Glick, P. (2001). Prescriptive gender stereotypes and backlash toward agentic women. *Journal of Social Issues, 57,* 743–762.

Rudman, L. A., & Mescher, K. (in press). Penalizing men who request a family leave: Is flexibility stigma a femininity stigma? *Journal of Social Issues.*

Sackett, P. R., DuBois, C. L., & Noe, A. W. (1991). Tokenism in performance evaluation: The effects of work group representation on male-female and White-Black differences in performance ratings. *Journal of Applied Psychology, 76*(2), 263–267.

Schein, V. E. (1973). The relationship between sex role stereotypes and requisite management characteristics. *Journal of Applied Psychology, 57,* 95–100.

Schein, V. E. (1975). Relationships between sex role stereotypes and requisite management characteristics among female managers. *Journal of Applied Psychology, 60,* 340–344.

Schein, V. E. (2001). A global look at psychological barriers to women's progress in management. *Journal of Social Issues, 57,* 675–688.

Schmader, T., Whitehead, J., & Winsocki, V. H. (2007). A linguistic comparison of letters of recommendation for male and female chemistry and biochemistry job applicants. *Sex Roles, 57,* 509–514.

Simonson, I., & Nye, P. (1992). The effect of accountability on susceptibility to decision errors. *Organizational Behavior and Human Decision Processes, 51*(3), 416–446.

Swim, J. K., Aikin, K. J., Hall, W. S., & Hunter, B. A. (1995). Sexism and racism: Old fashioned and modern prejudices. *Journal of Personality and Social Psychology, 68,* 199–214.

Swim, J., Borgida, E., Maruyama, G., & Myers, D. G. (1989). Joan McKay versus John McKay: Do gender stereotypes bias evaluations? *Psychological Bulletin, 105*(3), 409–429.

Swim, J. K., & Sanna, L. J. (1996). He's skilled, she's lucky: A meta-analysis of observers' attributions for women's and men's successes and failures. *Personality and Social Psychology Bulletin, 22*(5), 507–519.

Taylor, S. E., Fiske, S. T., Etcoff, N. L., & Ruderman, A. J. (1978). Categorical bases of person memory and stereotyping. *Journal of Personality and Social Psychology, 36,* 778–793.

Tetlock, P. E. (1983a). Accountability and complexity of thought. *Journal of Personality and Social Psychology, 45*(1), 74–83.

Tetlock, P. E. (1983b). Accountability and the perseverance of first impressions. *Social Psychology Quarterly, 46*(4), 285–292.

Tetlock, P. E. (1985). Accountability: The neglected social context of judgment and choice. *Research in Organizational Behavior, 7,* 297–332.

Tetlock, P. E., Skitka, L., & Boettger, R. (1989). Social and cognitive strategies for coping with accountability: Conformity, complexity, and bolstering. *Journal of Personality and Social Psychology, 57*(4), 632–640.

Tosi, H. L., & Einbender, S. W. (1985). The effects of the type and amount of information in sex discrimination research: A meta-analysis. *Academy of Management Journal, 28*(3), 712–723.

Uhlmann, E. L., & Cohen, G. L. (2005). Constructed criteria: Redefining merit to justify discrimination. *Psychological Science, 16,* 474–480.

Van Knippenberg, A., & Dijksterhuis, A. (2000). Social categorizations and stereotyping: A functional perspective. In Stroebe, W., & Hewstone, M. Eds. *European review of social psychology.* Vol. 11 (pp.105–144). Chichester, UK: Wiley.

Vecchio, R. P. (2002). Leadership and gender advantage. *Leadership Quarterly, 13,* 643–671.

Viswesvaran, C., Ones, D. S., & Schmidt, F. L. (1996). Comparative analysis of the reliability of job performance ratings. *Journal of Applied Psychology, 81*(5), 557–574.

Wayne, J. H., & Cordeiro, B. L. (2003). Who is a good organizational citizen? Social perception of male and female employees who use family leave. *Sex Roles, 49,* 233–246.

Willemsen, T. M. (2002). Gender typing of the successful manager—a stereotype reconsidered. *Sex Roles, 46,* 385–391.

Williams, C. L. (1992). The glass escalator: Hidden advantages for men in the "female" professions. *Social Problems, 39,* 253–266.

Williams, J. E., & Best, D. L. (1990). *Measuring sex stereotypes: A multinational study* (revised edition). Beverly Hills, CA: Sage Publications.