# Redacted

From: Paige Finkelstein
Sent: Monday, August 06, 2018 1:19 PM
To: Heather Hollembeak; Karen Burtt; Alejandra Perez; Alejandro Guzman; Jessica Wahi; Diana Lopategui; Marisa Vinas; Christopher Le; Luis Rosario
Cc: Andre Coombs; Thomas Capasso; Chase Knickerbocker
Subject: On August's episode of the Paige & KBD show....

Hey Fam,

Had my first meeting with KBD and spoke at length about some concerns I have been hearing:

1. Scheduling - getting out schedules in advance, he said I should talk to the chiefs about that. However, the issue with this is that if stuff comes up last minute, changes cannot be made (or cannot be made easily at all). I have already let the chiefs know this is a thing we would like. But keep in mind it's a trade-off guys....

2. Increasing reimbursements - I explained step alone costs $850 but there probably isn't much he can do about that since all the residents in all the programs have to be treated the same. Chase is in charge of GME stuff and he's on the committee so I will bring this up with him as well. For loupes we might be able to get an advance on the $500 for next year if you're categorical, but he's unwilling to buy for everyone right off the bat because it's expensive and the pyramidal nature of the program would make it difficult.

3. Thyroid guards - he said he ordered some, he's trying to figure out where they are or something. You can also buy them on amazon for $35 and be reimbursed from the $500. Keep bothering him about this if you see him.

4. Prescription writing power - we can actually self prescribe and prescribe for each other as long as its NOT narcs (perks, morphine, etc.) or NOT other mind altering substances (ie antidepressants, Ativan, etc). Duh I know I did not need to tell you guys that. But like, if one of us needs Z-pack or a home med or whatever, he would be cool with it especially if we picked it up in the pharmacy down stairs.

5. Getting those orange cards actually loaded onto our ID card - this is something I need to talk to Chase about as well, but he thought it was a good a idea. He is just worried if we bring it up we might lose a lot of it because it actually is linked to how much we are on call and they might make us report it if they start making it linked to our ID cards. Right now its not so tightly regulated whose getting the orange cards to pay for stuff.... Stay tuned.

6. Electives - we should be getting elective time for surgical stuff only (ie no rads or ultrasound) by the time we are PGY3.

7. Robot - we will be proficient/trained in it by the time we are chiefs. They are working on the program now.

8. Getting our lab coats embroidered (like for the future residents) - again, something I have to work out with Chase/GME so maybe we/ future interns don't have to pay for it.

9. Locker/changing rooms in the new building - he told me not to worry, we will have locker rooms/space and a resident working area because its mandated by GME.

10. Website - allegedly will be updated soon with all our wonderful names. If you see him, keep

bothering him about this too.

11. Recycling and more trash bins in lounge - I'm on EVS's butt about this.

12. More computers in work area - probs not gonna happen. Unfortunately having workspace for med students isn't a thing.

13. Last, but MOST IMPORTANTLY, UNDER ABSOLUTELY NO CIRCUMSTANCE ARE YOU TO FORGE PRESCRIPTIONS FOR ATTENDINGS. This is a problem mostly for the narcotic stuff since we are okay to write for the basic antibiotics and whatever. However, forging for an attending is illegal. Not only can your own license be revoked, but that of the attending who told you to do it, and Dr. KBD's medical license. Even if you have explicit permission to do so. Mount Sinai would also get in a boatload of trouble. If there is ever a problem or an attending asks you to do this, you absolutely cannot agree to do so. If they get angry, treat you differently, etc, you are to let KBD know ASAP. I know this is probably annoying for those attendings in the short term, but all it takes is one rando to get pissed about something with any of us or the attendings and report them... then we all lose. It's not worth it. KBD has seen this happen at UF, and I have worked at the FDA and with the opioid crisis they are NOT messing around. Don't do it guys. If you have done it, no one is in trouble, but we cannot allow this to keep happening. The attendings must sign their own narcotics. End. Of. Story. Print it out, put it in the chart, and they can sign between their cases. (For the record, KBD does not know who has been doing this, but he knows it has happened. I refused to release any names.)

K that's all for now,

Keep hitting me up with your questions/comments/concerns.

xo

PF

MSMC Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain CONFIDENTIAL or PRIVILEGED information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and immediately destroy all copies of the original message and all attachments.