**Thursday, Jul 2, 2020**



**Kiran Muddasani**

I spoke with Luis. Come to the meeting tomorrow. Unfortunately, given everything that happened in past 2 years.. you are under a microscope. I am with you regardless what happens. You are smart and your heart is in the right place.

8:07 PM

**Friday, Jul 3, 2020**

**Me** 

I do not want to go. This is retaliation for reporting a problem that endagered a patient and residents and this is illegal that they are trying to punish me. Also, they are lying. I was nothing but professional and filed the report because they were not receptive when I tried to talk someone about it. A black woman with a psych disorder died for no reason other than 6N being unprepared and I'm not sure what else you all need to know. I do not want to do anything unless there is a lawyer or someone from HR involved.

2:31 PM