Patient Name - PAIGE FINKELSTEIN
DOB - 05/05/1992
DOS - 10/28/2011

# ADHD SYMPTOM CHECKLIST
DSM-IV

PATIENT NAME: P. Finkelstein

CD - 15 7075

| | 0 NONE | 1 MILD | 2 MOD | 3 SEVERE |

**INATTENTION**

- DO YOU FAIL TO GIVE CLOSE ATTENTION TO DETAILS OR MAKE CARELESS MISTAKES IN SCHOOLWORK, WORK, OR OTHER ACTIVITIES?  0  1  2  **(3)**
- DO YOU OFTEN HAVE DIFFICULTY SUSTAINING ATTENTION IN TASKS OR PLAY ACTIVITIES?  0  1  2  **(3)**
- DO YOU OFTEN NOT SEEM TO LISTEN WHEN SPOKEN TO DIRECTLY?  0  1  2  **(3)**
- DO YOU OFTEN NOT FOLLOW THROUGH ON INSTRUCTIONS AND FAIL TO FINISH SCHOOLWORK, CHORES, OR DUTIES IN THE WORKPLACE?  0  1  **(2)**  3
- DO YOU OFTEN HAVE DIFFICULTY ORGANIZING TASKS AND ACTIVITIES?  0  **(1)**  2  3
- DO YOU OFTEN AVOID, DISLIKE, OR RELUCTANT TO ENGAGE IN TASKS THAT REQUIRE SUSTAINED MENTAL EFFORT (SUCH AS SCHOOLWORK OR HOMEWORK)?  0  1  2  **(3)**
- DO YOU OFTEN LOSE THINGS NECESSARY FOR TASKS OR ACTIVITIES? (E.G. TOYS, SCHOOL ASSIGNMENTS, PENCILS, BOOKS, OR TOOLS)  0  **(1)**  2  3
- ARE YOU EASILY DISTRACTED BY EXTRANEOUS STIMULI?  0  1  2  **(3)**
- ARE YOU OFTEN FORGETFUL IN DAILY ACTIVITIES?  0  1  2  **(3)**

7/9 inattentiv sym.

**HYPERACTIVITY AND IMPULSIVITY**

*Hyperactivity:*

- DO YOU OFTEN FIDGET WITH HANDS OR FEET OR SQUIRM IN SEAT?  0  1  **(2)**  3
- DO YOU OFTEN LEAVE YOUR SEAT IN CLASSROOM OR IN OTHER SITUATIONS IN WHICH IT IS INAPPROPRIATE?  **(0)**  1  2  3
- DO YOU OFTEN HAVE DIFFICULTY PLAYING OR ENGAGING IN LEISURE ACTIVITIES QUIETLY?  **(0)**  1  2  **(3)**
- ARE YOU OFTEN "ON THE GO" OR DO YOU ACT AS IF "DRIVEN" BY A MOTOR?  0  1  **(2)**  3

- DO YOU TALK EXCESSIVELY?

*Impulsivity:*

- DO YOU BLURT OUT ANSWERS BEFORE QUESTIONS HAVE BEEN COMPLETED?  0  1  **(2)**  3
- DO YOU HVE DIFFICULTY WAITING YOUR TURN?  0  1  **(2)**  3
- DO YOU OFTEN INTERRUPT OR INTRUDE ON OTHERS (E.G. BUTT INTO CONVERSATIONS OR GAMES)?  0  1  **(2)**  3

TOTAL NUMBER OF SYMPTOMS ___

TOTAL SCORE  32

[signature] MD  10/28/11

5/7 hyper. imp.