11/29/22, 1:37 PM  Encounter - Office Visit Date of Service: 06/12/20 Patient: PAIGE FINKELSTEIN DOB: 05/05/1992 Page: 1 of 5

Case 1:23-cv-20188-RKA Document 40-10 Entered on FLSD Docket 02/24/2023 Page 190 of 55

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **PAIGE E FINKELSTEIN** | | **Yolanda Burgos Zarate MD PA** | NOTE TYPE | psychiatry |
| DOB | 05/05/1992 | T (305) 674-7498 | SEEN BY | Yolanda Zarate M.D |
| AGE | 30 yrs | F (786) 216-7183 | DATE | 06/12/2020 |
| SEX | Female | 4302 Alton Road | AGE AT DOS | 28 yrs |
| PRN | FP590059 | Suite 845 | Electronically signed by Yolanda Zarate M.D at 11/05/2020 03:36 pm | |
| | | Miami Beach, FL 33140 | | |

## Chief complaint

(Appt time: 11:30 AM) (Arrival time: 10:09 AM)"I feel very sad unhappy with the politics"

### Patient identifying details and demographics

| FIRST NAME | PAIGE | SEX | Female | RACE | - |
|---|---|---|---|---|---|
| MIDDLE NAME | E | DATE OF BIRTH | 05/05/1992 | ETHNICITY | - |
| LAST NAME | FINKELSTEIN | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | Redacted | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | Redacted | CONTACT BY | - |
|---|---|---|---|
| | | EMAIL | paige@finkelstein.us |
| ADDRESS LINE 2 | Redacted | | |
| CITY | Redacted | HOME PHONE | - |
| STATE | Redac | MOBILE PHONE | Redacted |
| ZIP CODE | Redacted | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

#### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

#### PATIENT NOTES

Redacted

## Vitals for this encounter

No vitals recorded

## Diagnoses

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

| Current | ACUITY | START | STOP |
|---|---|---|---|
| Major depressive disorder, recurrent episode, moderate degree | Chronic | | |
| Adult ADD | Chronic | | |
| **Historical** | ACUITY | START | STOP |
| Major depressive disorder, single episode, severe without psychotic features | Acute | 06/12/2020 | 11/05/2020 |

## Drug Allergies

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Medications

Was medication reconciliation completed?
**Yes, reconciliation performed**

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Redacted | | | |
| — | | | |
| — | | | |
| — | | | |

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Redacted | | | |
| — | | | |

## Social history

| TOBACCO USE | RECORDED |
|---|---|
| Current tobacco use<br>**Non-smoker** | 07/05/2020 |
| ALCOHOL USE | RECORDED |
| No alcohol use history available for this patient | |
| SOCIAL HISTORY (FREE-TEXT) | |
| Single no children | |
| FINANCIAL RESOURCES | RECORDED |
| No financial resources recorded for this patient | |
| EDUCATION | RECORDED |
| No education recorded for this patient | |
| PHYSICAL ACTIVITY | RECORDED |
| No physical activity available for this patient | |
| NUTRITION HISTORY | RECORDED |
| No nutrition history available for this patient | |
| STRESS | RECORDED |
| No stress available for this patient | |
| SOCIAL ISOLATION AND CONNECTION | RECORDED |
| No social isolation and connection available for this patient | |
| EXPOSURE TO VIOLENCE | RECORDED |
| No exposure to violence history available for this patient | |
| GENDER IDENTITY | |
| Female | |
| SEXUAL ORIENTATION | |
| Straight or heterosexual | |

## Past medical history

| ONGOING MEDICAL PROBLEMS |
|---|
| Redacted |
| SOCIAL HISTORY |
| Redacted |

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |
| FAMILY HEALTH HISTORY (FREE TEXT) | |
| No family health history (free text) available for this patient. | |

## psychiatry

INITIAL INTAKE:

Duration: 1 hour.

DOB: 5/5 1992

IDENTIFYING DATA: 28 y/o female Born in Canada Single Children none Living alone Occupation Surgical Resident Education Medical School

REFERRAL SOURCE: Self

RELIABILITY : Good.

CHIEF COMPLAINT:  "I am very depressed and disappointed"

HISTORY OF PRESENT ILLNESS: This is a case of a  28 y/o female who comes to the clinic today to establish care with this program today. She refers she is very disappointed with current situation at her residency training program:"The guys are very chauvinistic and do not take us seriously they are also treating us as if we did not count and other female residents feel same but they do not say any thing for fear of retaliation"She scored 13 on PHQ-9 Depression Questionnaire She is also sad about a break from a year long relationship:"He broke up the relationship and I still miss him a lot"

ALLERGIES:  NKA

CURRENT PSYCH MEDICATIONS: no

CURRENT NON-PSYCH MEDICATIONS: no

PAST PSYCHIATRIC HISTORY:
- O/P Psychiatrist/therapists:   Denied
- Previous diagnosis:  no
- Previous admissions:  no
- Previous suicide attempts: no
- Past Medication History:  no

SUBSTANCE ABUSE HISTORY:Denied
- Tobacco:  no
- ETOH:  no
- Illicit Drugs: no
- Rehab Programs: no

SOCIAL HISTORY:
- Living Situation:   lives alone
- Marital History: single recently ended a relationship with a fellow resident a year ago
- Children:  no
- Occupation:  surgical resident
- Education:   Medical School
- Parents: alive in Canada
- Siblings:  1 sister 26 y/o
- Sexual Orientation:   heterosexual.
- History of Abuse:  denies.
- Legal:

FAMILY PSYCHIATRIC HISTORY: Sister suffers from ADD

 MEDICAL HISTORY:  Denied
REVIEW OF SYSTEMS:. General: No weight change, generally healthy, no change in strength or exercise tolerance. Head: No headaches, no vertigo, no injury. Eyes: Normal vision, no diplopia, no tearing, no scotomata, no pain. Ears: No change in hearing, no tinnitus, no bleeding, no vertigo. Nose: No epistaxis, no coryza, no obstruction, no discharge. Mouth: No dental difficulties, no

gingival bleeding, no use of dentures. Neck: No stiffness, no pain, no tenderness, no noted masses. Breast: No noted lumps, no tenderness, no swelling, no nipple discharge. Chest: No dyspnea, no wheezing, no hemoptysis, no cough. Heart: No chest pains, no palpitations, no syncope, no orthopnea. Abdomen: No change in appetite, no dysphagia, no abdominal pains, no bowel habit changes, no emesis, no melena. GU: No urinary urgency, no dysuria, no change in nature of urine. Gyn: No change in menses, no dysmenorrheal, no vaginal discharge, no pelvic pain. Musculoskeletal: No pain in muscles or joints, no limitation of range of motion no paresthesias or numbness. Neurologic: No weakness, no tremor, no seizures, no changes in mentation, no ataxia. Psychiatric: positive for depressive symptoms,  changes in sleep habits, no changes in thought content.

Mental Status Exam
Appearance  good grooming and hygiene attitude  cooperative friendlySpeech & Language normal rate and productivity Behavior ok Functionality  social isolation Sleep poor  Appetite  poor Mood depressed Thought process  goal directed Content pessimistic SuicidalHomicidal denied Perceptions no A/V hallucinations.
Cognition Sensorium alert Orientation x 3 Memory intact Attention Concentration ok  Capacity to read and write  ok Visuospacial Ability  ok Abstract thinking  ok Fund of information ok  Impulse control  ok Insight good Judgment not impaired Reliability reliable.
Neuromuscular  Involuntary movements  no Gait & Station ok Muscle Strength/Tone normal.

Impression
Major Depressive Disorder Single Episode Severe

Recommendations
start antidepressant Wellbutrin 75mg daily and taper up as tolerated
Refer to Dr Melissa Friedman for therapy
RTC in 1month

:..

## Orders

**LAB ORDERS**
No orders attached to this encounter.
**IMAGING ORDERS**
No orders attached to this encounter.

practicefusion