ORIGINAL REPORTS

# USMLE Step 1 Is Pass/Fail – Should the ABSITE Follow Suit?

*Hossam Abdou, MD,*\* *Sarah Kidd-Romero, BA,*\* *Natalia S. Kubicki, MD,*† *and Stephen M. Kavic, MD*†

\*Department of Surgery, University of Maryland Medical Center, Baltimore, Maryland; and †University of Maryland School of Medicine, Baltimore, Maryland

The United States Medical Licensing Examination (USMLE) Step 1 was recently made pass/fail. This decision was controversial largely because of the reliance on USMLE Step 1 scores in resident selection. However, these scores do not correlate with resident ability. In this manuscript, we consider if the American Board of Surgery In-Training Examination (ABSITE) should be pass/fail as well. The ABSITE has been used for "high-stakes" purposes, such as preliminary resident advancement and prospective fellow evaluation, for which it was not intended. Moreover, similar to the USMLE Step 1 exam, ABSITE scores have demonstrated no correlation with clinical ability. A pass/fail ABSITE would return the exam to its original purpose and minimize an over-reliance on scores. Moving forward, new objective measures will need to be developed to assess surgical trainees in a more holistic manner. ( J Surg Ed 000:1−3. © 2020 Association of Program Directors in Surgery. Published by Elsevier Inc. All rights reserved.)

**KEY WORDS:** ABSITE, USMLE, testing, residency, fellowship

**COMPETENCIES:** Medical Knowledge, Professionalism, Practice-Based Learning and Improvement

## BACKGROUND

The United States Medical Licensing Examination (USMLE) Step 1 was recently made pass/fail. This move retains the primary purpose of the exam, determining medical licensure eligibility,[1] but came after lengthy deliberation. A key reason for the change was to reduce the perceived overemphasis on the exam, especially in residency selection.[2,3]

Despite being widely used in residency selection, USMLE Step 1 scoring has not been shown to correlate with overall resident ability or success,[2] perhaps with the exception of extremely low scores that have been found to correlate with an increased risk of failing the boards.[4] Programs sometimes rely on this score because it is the only national objective yardstick, however it is not a perfect measure.[2,5] USMLE Step 1 assesses medical knowledge well, but this is only one of six core competencies endorsed by the Accreditation Council for Graduate Medical Education.[3] A well-trained physician is expected to embody all other core competencies: patient care, practice-based learning and improvement, interpersonal and communication skills, professionalism, and systems-based practice.

## THE AMERICAN BOARD OF SURGERY IN-TRAINING EXAMINATION

The American Board of Surgery In-Training Examination (ABSITE) is taken yearly by all general surgery trainees in the United States. It was designed to be a "low-stakes" check-in and marker of medical knowledge. The American Board of Surgery (ABS) does not use the score for any purpose; they simply report the score to programs. In fact, board certification is not contingent on ABSITE performance. The intention of the exam is to allow individual programs to use deficient scores to design remediation plans.

In a pattern analogous to the use of the USMLE Step 1, the ABSITE has developed into a "high-stakes" exam. Programs have sometimes used the exam as a factor for promotion to the next Postgraduate Year level.[6] Though this is far less commonplace than in the past, the exam is still frequently relied upon in the selection of preliminary resident advancement. For preliminary residents, exam performance may be "life or death," as it is frequently a key factor in securing a categorical position. The exam has also become an important metric in the evaluation of prospective fellows.[7] Though there is no

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

*Correspondence:* Inquiries to Stephen M. Kavic, MD, 29 South Greene Street, GS 631, Baltimore, MD 21201; fax: (410) 328-5919; e-mail: skavic@som.umaryland.edu

minimum ABSITE threshold, and there are other considerations, the ABSITE is a critical metric when screening for who to interview and is a factor in evaluating applicants.[7] In a survey of pediatric surgery fellowship program directors in 2016 the only factors that had universal consensus as important for granting interviews were residency institution and ABSITE scores.[8]

The ABSITE attained such importance because many believed it to be a predictor of program ABS board exam pass rates.[9] However, the data on this is mixed.[4,6,9] Jones et al. demonstrated that a higher ABSITE score may be predictive of passing the ABS Qualifying Exam (QE) on the first attempt, but found no such correlation with the ABS Certifying Exam (CE).[6] Furthermore, they were unable to demonstrate a significant correlation between low ABSITE scores and QE failure.

Regardless of the ABSITE's ability to predict board exam success, using the ABSITE to such a great degree to decide on fellow selection appears to be flawed in the same manner of using the USMLE Step 1 for resident selection. It creates an unbalanced assessment of surgical trainees that focuses heavily on medical knowledge, while ignoring other important core competencies.

No correlation has ever been demonstrated between ABSITE scores and clinical ability, as measured by faculty evaluations.[10-12] As such, it is likely not prudent to rely heavily on ABSITE scores for preliminary resident advancement or prospective fellow evaluation. Some programs have had residents repeat a Postgraduate Year level due to poor ABSITE performance alone.[13] This may not happen regularly, as it did in the past. Some residents may ultimately benefit from repeating the year, but an academic remediation plan with structured study time may be a better alternative. Daily reading time has been found to correlate well with ABSITE success.[14]

There is a lack of data to support the reliance on ABSITE scores for these "high-stakes" decisions. It is likely that many have come to rely on the ABSITE because it is an objective measure in a world deficient of other objective measures. However, the mere presence of an objective measure does not make it a good one.

## THE ARGUMENT FOR A PASS/FAIL ABSITE

The ABSITE has deviated from its initial purpose as a "low-stakes" exam. In this process it has become a measure for many "high-stakes" decisions, but it is not necessarily a good measure for these purposes. A transition to a pass/fail ABSITE could represent a return to the exam's original purpose and help distance surgical education from an over-reliance on scores. It would, as the USMLE program wrote, reduce the overemphasis on the exam, while retaining the primary purpose of the exam.

A pass/fail test would accomplish the original goal of a "low-stakes" medical knowledge check in. It would still lend itself well to the setup of remediation pathways. It may relieve some of the stress of surgical residency and potentially lead to better exam performance. As a bonus, residents may feel less compelled to attend ABSITE review courses, which can cost upwards of $1,000 and have not demonstrated efficacy.[14] This change would eliminate the unnecessary and poor "high-stakes" purposes for which the exam has been used. Furthermore, this change could help push the surgical community to more holistically evaluate trainees for advancement or fellowship selection.

An important question is the pass/fail threshold. Many surgical training programs use the 20th percentile as a standard pass rate because the ABS QE has approximately a 20% fail rate. However, given the uncertainty of correlation between the 2 exams, we propose a more conservative pass number, the 10th percentile. In our view, a fail would not be associated with any additional consequences − specifically, not failing the clinical year. The fail would merely provide the revelation that the resident needs to improve their fund of knowledge.

## THE ARGUMENT AGAINST A PASS/FAIL ABSITE

Of course, there are also reasons why a pass/fail ABSITE may not be beneficial. Reasons to maintain the status quo include the potential for decreased clinical knowledge. A pass/fail structure may remove the incentive to study. Although this is possible, we bank on the inherent drive to succeed that led people to surgical residency in the first place. Furthermore, reading can be encouraged in other ways including developing reading schedules, issuing quizzes on reading material, or organizing discussions on reading assignments. Internal competition with question banks and reading challenges may be more effective in stimulating regular reading habits.

It is true that a lack of other objective measures could be problematic. However, using this objective measure just because it is available is not necessarily better. Other objective measures are needed whether ABSITE is made pass/fail or not.

## FUTURE IMPLICATIONS

Despite the ABSITE being a poor overall assessment of a surgical trainee, a transition to a pass/fail test would be followed by the question of how to assess trainees. Faculty evaluations would be a reasonable place to start for a holistic evaluation. Tarpley et al. found that faculty evaluations are a more global assessment of competency

relative to the ABSITE.[15] We propose the development of a standardized evaluation system that could be used by residency programs. Other objective measures will need to be sought out, but it will be imperative that these measures represent the breadth of the core competencies. Currently, this is best addressed by the program, not the single medical knowledge metric.

## REFERENCES

1. United States Medical Licensing Examination | Invitational Conference on USMLE Scoring. [cited April 20, 2020]; Available from: https://www.usmle.org/incus/#decision

2. Katsufrakis PJ, Chaudhry HJ. Improving residency selection requires close study and better understanding of stakeholder needs. *Acad Med*. 2019;94:305−308.

3. Andolsek KM. One small step for step 1. *Acad Med*. 2019;94:309−313.

4. de Virgilio C, Yaghoubian A, Kaji A, et al. Predicting performance on the American Board of Surgery qualifying and certifying examinations: a multi-institutional study. *Arch Surg Chic Ill 1960*. 2010;145:852−856.

5. Rozenshtein A, Mullins ME, Marx MV. The USMLE Step 1 pass/fail reporting proposal: the APDR position. *Acad Radiol*. 2019;26:1400−1402.

6. Jones AT, Biester TW, Buyske J, Lewis FR, Malangoni MA. Using the American Board of Surgery In-Training Examination to predict board certification: a cautionary study. *J Surg Educ*. 2014;71:e144−e148.

7. Miller AT, Swain GW, Widmar M, Divino CM. How important are American Board of Surgery In-Training Examination Scores When Applying for Fellowships? *J Surg Educ*. 2010;67:149−151.

8. Fellowship match data and reports. Match Natl Resid Matching Program. [cited June 23, 2020]; Available from: https://www.nrmp.org/fellowship-match-data/

9. Sheikh MR, Hulme M. Attributes of candidates passing the ABS certifying examination on the first attempt—program directors' perspective. *J Surg Educ*. 2016;73:238−244.

10. Brothers TE, Wetherholt S. Importance of the faculty interview during the resident application process. *J Surg Educ*. 2007;64:378−385.

11. Elfenbein DM, Sippel RS, McDonald R, Watson T, Scarborough JE, Migaly J. Faculty evaluations of resident medical knowledge: can they be used to predict American Board of Surgery In-Training Examination performance? *Am J Surg*. 2015;209:1095−1101.

12. Ray JJ, Sznol JA, Teisch LF, et al. Association between american board of surgery in-training examination scores and resident performance. *JAMA Surg*. 2016;151:26−31.

13. Abdu RA. Survey analysis of the American Board of Surgery In-Training Examination. *Arch Surg Chic Ill 1960*. 1996;131:412−416.

14. Kim JJ, Gifford ED, Moazzez A, et al. Program factors that influence American Board of Surgery In-Training Examination Performance: a Multi-Institutional Study. *J Surg Educ*. 2015;72:e236−e242.

15. Tarpley JL, Tarpley MJ. The continuing quest for meaningful faculty evaluations of residents. *JAMA Surg*. 2016;151:31.