# GENERAL SURGERY NEWS
The Independent Monthly Newspaper for the General Surgeon

Opinion
APRIL 29, 2020
The Stagnancy of ABSITE
A Resident's Glimpse Into Opportunity for Change



The following essay is one of four honorable mentions from our **Resident Writing Contest**, and again thank you to all who participated.

**Topic** You have the ability to instantly change one aspect of surgical education as it is currently implemented. What would you change and why?

By Maria Baimas-George, MD, MPH
Atrium Health's Carolinas Medical Center, Charlotte, N.C.

How to create a surgeon? A question that has been thrown about, mulled over and debated for decades. A question that sets fire under our historical counterparts, as the importance of work hours on technical skills and overall aptitude is ferociously deliberated; that raises protracted arguments on raw talent versus practice or on competence versus excellence.

There is no unanimous way to create a surgeon, no tight consensus on the appropriate technique to assist in the metamorphosis of an awkward intern into a slick surgical master in the short half decade allotted. As such, the education regimens across the country and world differ as dramatically as the clinical opinions of our superiors at morbidity and mortality conferences. Medical students touring eagerly use this wide range of curricula that shift hierarchy from simulation to early OR exposure and to autonomy for help with match ranking, all the while not realizing there is no magic formula. There is no program that has calculated the equation to surgical perfection; no instantaneous way to improve the search for an archetypal curriculum. Except what if there was?

Imagine being able to instantly change an aspect of education with a flick of your so-called wand, or with a tip of your surgical cap, to exactly what you wish it to be. As a resident only in my third year, I have barely seen a glimpse of the world into which I will soon be thrust. Residency is the tip of the iceberg of our profession that draws you in and sucks you down, quite willingly, into dark depths of wonder. So, it is with considerable awareness of my own constraints that I pitch forth my two cents—or perhaps, more appropriately, two desolating cranks of a Finochietto retractor—on this topic.

If I could change one thing, one singular aspect of my training education, it would be to amend the annual standardized testing known as the American Board of Surgery In-Training Examination (ABSITE). Now, I have nothing against tests. They have served me well, encouraged study habits, and helped to homogeneously rank competence between colleagues to allow for appropriate promotion. Standardized tests are, in general, widely applicable and germane. But I think we can do better because excelling at surgery is far from equivalent to excelling at a standardized test.

For those who have happily forgotten, the ABSITE is a 250 multiple-choice examination that forces surgical curricula into focusing primarily on test preparation. Our educational structure that is supposed to answer that age-old question of how to create a surgeon instead becomes a subsidiary to the exam, unable to independently thrive and blossom spontaneously. Our expert lectures focus on bullet points from a national website rather than innovative techniques that our attendings may actually be practicing. Now, do not misunderstand, it is imperative to know the basics and history of our craft. But allotting time to discuss the constantly shifting and creative art that we all love, without instigating anxiety that with each minute we are losing exam points, is paramount.

Having undergone multiple past iterations, the ABSITE is back to being a singular exam; the same test is taken by the intern, nonphysician and senior residents. Imagine expecting an intern to do the same amount of an esophagectomy as a chief resident. It is laughable. And yet, we expect an intern to take the same test as a chief. The rebuttal will of course cite the adjustment of percentile across class. Valid, yes, but shouldn't an intern be studying concepts appropriate for their real-world experience—an added, and arguably, more important benefit than improving an in-service exam score? And wouldn't a more appropriately leveled test improve confidence and conviction rather than popping an intern's often already quite deflated balloon of emotions that may be quite close to eddying out to sea amidst burnout, demoralization and depression?



Now there are a plethora of data on the ABSITE. Look up "ABSITE and surgery" on PubMed, and you're met with more than 130 papers. Most of these explore correlations between scores and different study regimens or resources. More importantly, however, this literature shows a correlation between ABSITE scores and a successful first attempt at the written boards—a crucial, legitimate finding. But above what percentile? It is quite implausible and almost preposterous. It's only 30%. Thirty percent! Was there ever a time when a surgical resident aimed for 30%? Think back. Was your goal in organic chemistry at least a 30%? Did you hope to be at least better than 30% of your soccer team, or hope to identify at least 30% of your cadaver's anatomy? The resounding answer to all these is a loud and likely "no," because we surgical residents aim for perfection. We strive for a flawlessness in all we do. None of us will never say, "Well, as long as I don't cut the common duct 30% of the time." So, the ABSITE should reflect that. Currently, it's a bit behind the times.

In fact, in tune with this resident's assessment, the ABS has unveiled a new recertification process to replace its prior "ABSITE-esque" exam. Previously, surgeons took a 250-question standardized test every decade. With resounding applause from most faculty I know, this exam was supplanted by a 40-question, open book test, of which 20 questions are practice specific. A two-week period is allowed for completion, and immediate feedback is provided with opportunity to answer a question correctly twice. This is a highly relevant, focused and easily accessible process for surgeons to recertify. Instead of having a hepatobiliary surgeon answer questions about women's breast health, they can focus on their prized right upper quadrant, appropriately. Instead of trying to remember and learn from a test after answering 250 questions without feedback, you can see your error and give it another go—like real life. Instead of having to memorize the pharmacology of vincristine, the open book fashion mimics an Epocrates reality.

https://www.generalsurgerynews.com/PrintArticle/57873

In summary, if I could change one thing about surgical education today, it would be to modify our annual in-service exam for in this ever-changing educational paradigm; the ABSITE has sadly remained stagnant and static. While taking a test will never assess personality, performance under pressure, or influence reportable quality or patient-centered outcomes, modifications can serve to improve its quality and function. I would suggest a different exam for each class year. (Let the interns ponder the critical view of safety and the chiefs deliberate a gallbladder carcinoma nodal dissection.) I would endorse a restructuring of the bell curve such that a three-question difference does not reflect a 20% change in score. Perhaps, with that, the aim for 30% or above may shift and hopefully reflect a more appropriate and realistic number for us perfectionists. It would provide instant feedback. Wouldn't it be nice to learn from the test for which we constantly study? And in doing all this, perhaps we shift the thinking of testing in the era of the modern surgeon such that the written and oral boards start to undergo transformations as well. But alas, that is a topic for another day and time.