## Robert C. Goldszer

**From:** Kfir Ben-david
**Sent:** Thursday, June 11, 2020 12:52 PM
**To:** Robert C. Goldszer
**Subject:** FW: Update on resident behavior

**Importance:** High

FYI

Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863

---

**From:** Kfir Ben-david
**Sent:** Thursday, June 11, 2020 11:42 AM
**To:** Devendra Joshi; Irving Jorge; Philip Bao; Stephen Unger; Kiranmayi Muddasani
**Cc:** April Chisolm
**Subject:** FW: Update on resident behavior
**Importance:** High

Please see below emails from two different residents and keep confidential and anonymous.

I just met with her for her semiannual evaluation and she was extremely unhappy with the faculty comments and overall assessment of her. She feels like she can never climb herself out of the hole that she has dug for herself.
I anonymously shared some of the comments relayed by the residents as noted below and she became even more upset that her colleagues feel the same way about her professionalism.

At the end she told me she does not think she is cut out to be a surgeon.
Not sure what that means yet but if she decides to quit ███ might be a very happy camper.

Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

1