

**ERinfo provides public safety agencies real-time information to help triage patients and prioritize access to limited health care system resources at the point of contact during the COVID-19 crisis.**

ERinfo is tested and approved for distribution on the Federal Government's FirstNet secure wireless network which covers more than 11,000 public safety agencies throughout the USA.

ERinfo is a patented mobile patient identification and condensed health record application. It can be an essential triage resource that helps save lives, reduce costs, and identify high risk individuals during the COVID-19 response. **Most importantly, ERinfo can be used by non-medical public safety agents in addition to medical first responders.**

**ERinfo provides:**

- **Patient identification using facial recognition without first responder or public safety agent physical contact, regardless of consciousness, coherence or language.** One of the most important safety checks is making sure the right patient receives the right treatment. ERinfo is the only tool that is market ready and be deployed to millions of public safety agents in days.

- **A reduction of demand on healthcare infrastructure and public safety agents when addressing the unique needs of Special Populations** such as:
    - Elderly patients, particularly when medical records are not readily available
    - Homeless and drug-abusers
    - Special-needs children and adults with cognitive impairment
    - Undocumented and non-English speaking patients
    - The 1,000,000+ annual John and Jane Doe (unknown patient) ER arrivals

- **Immediate access to a patient's co-morbidities and other pre-existing health conditions**, which is critical in helping to determine the need for patient transport and hospitalization. This can dramatically reduce response times, utilization of medical resources and costs.

- **Seamless communications and notifications with patients' emergency contacts, families and medical professionals**. This can significantly reduce the time per patient contact.

- **A low burden response capability for public safety agents and consumers.**
    - Consumers can easily and at no cost enroll with ERinfo at https://erinfo.me
    - Credentialled FirstNet public safety agents and first responders can directly enroll patients
    - FirstNet (https://firstnet.gov) will promote and distribute ERinfo through its network of more than 11,000 public safety agencies
    - ERinfo is built using globally scalable infrastructure

- **Data collection and analytics** that can be used to track patient visits, location, test dates, and test results. The data can be shared on an anonymized basis.

## 1. Patient Identification



1. Conventional patient lookup using keyword or number ids
2. Patented facial recognition lookup using picture of patient from mobile device

**Fast & Accurate**

## 2. Medical Information



1. Patient demographics
2. Pre-existing medical conditions
3. COVID-19 co-morbidities
4. Medications
5. Inoculations
6. Hospitalizations
7. Treatment tracking

## ERinfo
### COVID-19 Triage

## 3. Communication & Notification



Simple 1-touch text or call to:
1. Family members
2. Emergency contacts
3. Patient's physicians

**More Informed Response**

## 4. Data Collection & Analytics



1. Patient contact date/time
2. Patient location
3. Patient tracking
4. Patient COVID-19 test dates
5. Patient COVID-19 test results
6. Patient COVID-19 test locations

**Improved Public Health**