

**Mount Sinai Medical Center**  
Event Reporting System

Hello STEIN, JESSICA　　Log Out

Save | Cancel/Return | Start New Entry

Entry Type: PATIENT (VIEW)

| Num | Question | Response |
|---|---|---|
| 1 | Group Code | 38 |
| 2 | Incident Number | 38012020002361 |
| 3 | Master Inc Number | 38012020002361 |
| 4 | Facility | 01 |
| 5 | Facility Name | MOUNT SINAI MEDICAL CENTER |
| 6 | PATIENT INFORMATION | |
| 7 | * Type of Person | |
| 8 | * Patient CSN | |
| 9 | * Org/Per ID | |
| 10 | * Patient Last Name | |
| 11 | Patient Full Name | |
| 12 | Patient Age | |
| 13 | Patient Age Unit | |
| 14 | Gender/Sex | |
| 15 | Admission Date | |
| 16 | Medical Record # | |
| 17 | Admitting Physician # | 2731 |
| 18 | Admitting Phys Name | ALONSO, LEONARDO |
| 19 | INCIDENT INFORMATION | |
| 20 | * Date of Occurrence | 06/30/2020 |
| 21 | Day Of Week | Tuesday |
| 22 | * Time of Occurrence (Military) | 14:30 |
| 23 | Occurrence Shift | DAY |
| 24 | * Occurrence Category | COMPLAINT |
| 25 | * Occurrence Sub-Categ | OTHER |
| 26 | Occurrence Sub-Categ | Other Issue |
| 27 | ADDITIONAL INCIDENT DETAILS | |
| 28 | * Location Where Incident OCCURRED | MAIN6BH |

**My Open Follow Up**

**Additional Incident/Occurrence Info**

**Add**

Click Here to add Parties Directly Involved  
Click Here to add Follow Up  
Click Here to add Witnesses

3d year Ben David Goldszer

| 29 | Location Desc | Main 6 Behavioral Health |
|---|---|---|
| 30 | Exact Location/Room # | 639 |
| 31 | * Incident Description | Patient coded. Multiple physicians showed up to code. The nurses and staff of 6 N were NOT prepared to handle a code. The only supplies available were the crash cart. No one knew how to unlock the bed so that we could get to the head and properly intubate the patient. No suction was available. When they finally brought suction, no yankauer was available nor did the machine work. No IV pole or fluids were readily available to resuscitate patient. Interns had to hold the fluids and apply pressure instead. Honestly the patient had probably been dead for a while before the code was called as the central line withdrew severely hypoxic blood. The nurses did not know how to place the pads on the patient. This was brought to the attention to the woman was in charge of the unit and she was extremely rude/defensive. Hopefully no additional patients code on 6N as they are not prepared to adequately resuscitate patients there. |
| 32 | * Was Person Injured? | Y |
| 33 | * Injury Type | DEATH |
| 34 | Injury Type Desc | Death |
| 35 | * XRay Ordered? | N |
| 36 | * Tx/Test Ordered? | Y |
| 37 | Treatment Ordered Desc | ACLS |
| 38 | * COVID-19 Related? | N |
| 39 | * Physician Notified? | N |
| 40 | REPORTER DETAILS | |
| 41 | Reported By Per Type | USER |
| 42 | Reported By | SWB7704 |
| 43 | Reporter Name | FINKELSTEIN, PAIGE |

https://has.msmc.com/HAS/TempQuestions.aspx?Template_ID=MSINCAPAT&sMode=VI...   7/1/2020

| 44 | Reporter Department | 760 |
|----|---------------------|-----|
| 45 | Reported Date | 06/30/2020 |
| 46 | Reported Time | 15:08 |
| 47 | How Reported | INCREPRT |
| 48 | Date Occurrence Rprt Received | 06/30/2020 |
| 49 | Days In Transit/Lag Time | 0 |
| 50 | Duplicate? | N |

< Prev. Page   Next Page >

* Required fields   View Reference Docs

Contact Risk Management for all application problems (305) 674-2555 (8:00 am - 5:00 pm)..... Contact IS Help Desk for password issues only (305) 674-2545



*RiskQual Technologies, Inc.*

[Contact RiskQual Technologies]        Contact Risk Management
                                        RiskQual Support

**From:** Kfir Ben-david <Kfir.bendavid@msmc.com>
**Sent:** Thursday, July 2, 2020 1:07 PM
**To:** Paige Finkelstein <Paige.Finkelstein@msmc.com>
**Cc:** Kiranmayi Muddasani <Kiranmayi.Muddasani@msmc.com>; April Chisolm <April.Chisolm@msmc.com>
**Subject:** Code Blue on 6 North

I need to meet with you tomorrow at 3pm with April and Dr Muddasani to discuss this further.

1. I have been sent the incident Report and feedback.

2. I need to understand what happened From your perspective.

Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director
Mount Sinai Medical Center
Comprehensive Cancer Center

4306 Alton Road, 2nd Floor

Miami Beach, FL 33140

Office: 305-674-2397

Fax: 305-674-2863
Sent from my iPhone