LOCAL   WEATHER   VIDEO   ENTERTAINMENT   INVESTIGATIONS   RESPONDS   NEWSLE…   82°

MIAMI BEACH

# Man Arrested in Death of Patient at Mount Sinai Hospital in Miami Beach

Published May 29, 2016 • Updated on May 30, 2016 at 5:48 pm

**1:48**
**No Bond for Man Accused of Murder at Mount Sinai Medical Center**
Replay

**Up Next**

 FIU Students Protest Gov. DeSantis' ...
 Teen Girl Killed, Brother Detained in ...
 Journalist, 9-Year-Old Child Killed in ...
 Woman Killed While Crossing I-95 in Miami

Andre Brown, 23, is ordered held without bond in the killing of Alejandro Ortega at Mount Sinai Medical Center in Miami Beach.

**Trending Stories**


MIAMI-DADE
Teen Girl Killed, Sibling Arrested on Murder Charge After Shooting at Opa-locka Home


FLORIDA
2 Florida Corrections Officers Arrested, Accused of Throwing Hot Water on Inmates


MIAMI
Driver Sought After Woman Killed in Hit-and-Run in Miami


MIAMI-DADE
2 Dead, 3 Hurt After Explosion, Massive Fire at Medley Welding Business

SPONSORED
The Volkswagen Bus Is Back With A Vengance
The New VW Bus    Learn More

Miami Beach Police have arrested a suspect after a patient was found dead at Mount Sinai Medical Center Saturday evening.

According to the police report, 55-year-old Alejandro Ortega was found dead on the bathroom floor and bleeding from his head. Police were informed by staff that Ortega was allegedly involved in a type of physical altercation with 23-year-old Andre Brown.

Police located Brown and was placed under arrest. Brown told police, "It was self defense."

During an interview with detectives, Brown stated the he and Ortega were roommates. Brown added that while he was using the bathroom Ortega attempted to touch his private area. In response, Brown then began to strike Ortega with his fists, knocking him to the ground. Brown then choked Ortega, the police report said.

Brown is being charged with second degree murder. He appeared in court Monday where he was ordered held without bond. It it not known if he has hired an attorney.

2/23/23, 2:35 PM                          Man Arrested in Death of Patient at Mount Sinai Hospital in Miami Beach – NBC 6 South Florida

confines of our psychiatric health unit. Our deepest sympathies are with the deceased's family and friends. The safety and well-being of our patients is our top priority. We continue to work with authorities in their ongoing investigation."

Brown also had and outstanding warrant for possession and delivery of cannabis.

This article tagged under:

**MIAMI BEACH** • **ERNESTO RODRIGUEZ** • **MOUNT SINAI HOSPITAL** • **SINAI**

---

**SAKS FIFTH AVENUE** | SPONSORED
Stoneware Two-Piece Square Baking Dish Set

**SPANX** | SPONSORED
Make Head-to-Toe Styling Easier Than Ever With New Arrivals From The Perfect Collection

**THE NEW VW BUS** | SPONSORED
The Volkswagen Bus Is Back With A Vengance

**VOLKSWAGEN DEALS | TOP SEARCHES** | SPONSORED
Volkswagen has done it again. This new VW Bus has left us speechless

**SENIOR DISCOUNTS BY NATIONAL PENNY** | SPONSORED
Here Are 7 Legal Discounts Seniors Get Only If They Ask

**BEST KIA DEALS | SEARCH ADS** | SPONSORED
This Year's Kia Lineup Is Turning Heads — And Finally On Sale!

**FITNUSBRACE** | SPONSORED
Bone On Bone? These "Bionic" Knee Sleeve Will Transform Your Knees Back 17 Years

**SAKS FIFTH AVENUE** | SPONSORED
Nerea One-Piece Swimsuit

**ANIMALS**
Bahamas Tourists Watch as Dog Dives Into Ocean to Get Closer Look at Hammerhead Shark

**FORT WORTH**
'His Face May Never Be the Same': Texas Man Remains Hospitalized After Pit Bull Attack

---

**Weather Forecast**
MIAMI, FL

82°
Mostly Cloudy
0% Precip

TONIGHT
69°

TOMORROW
85°

---

NBC 6 SOUTH FLORIDA

ABOUT NBC 6
SUBMIT TIPS FOR INVESTIGATIONS
NEWSLETTERS
CONTACT US

WTVJ Public Inspection File
WTVJ Accessibility
WTVJ Employment Information
FCC Applications
TERMS OF SERVICE
Advertise with us
Send Feedback
Privacy Policy
Your Privacy Choices
CA Notice

Subscribe to our Newsletters
Sign up to receive breaking news alerts in your inbox.

LOCAL    WEATHER    VIDEO    ENTERTAINMENT    INVESTIGATIONS    RESPONDS    NEWSLE…                82°

Enter your email

Sign up

Copyright © 2023 NBCUniversal Media, LLC. All rights reserved

PRIVACY POLICY