Robert C. Goldszer

| | |
|---|---|
| **From:** | Charlene Welker |
| **Sent:** | Wednesday, July 1, 2020 5:00 PM |
| **To:** | Kfir Ben-david; Robert C. Goldszer |
| **Subject:** | Code Blue on 6 North |
| **Attachments:** | DOC070120.pdf |

Dear Dr. Ben-david and Dr. Goldszer,

Yesterday, June 29th, there was a Code Blue called on 6 North on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓ unfortunately expired. As you know, the psych staff do not experience many Code Blues so when the RRT and code team arrived the psych team is always so appreciative. Attached you will find an incident report entered by Dr. Paige Finkelstein who responded to the code as a surgical resident. When Jessica Stein, Director of Nursing was debriefing our staff after the code, it was noted that Dr. Finkelstein entered the room displaying a non-professional attitude, described as very hyper and yelling at the nursing staff. As described on the incident report that she submitted the following was also noted:

- 6 North nurses were not prepared to handle a code: That is not the case since everyone is BLS trained and responded to the code in a timely manner including initiating CPR
- Only supplies available was a crash cart: That statement is accurate since this is a Psychiatric Unit and not an ICU or Med-Surg area. All patients are examined and medically cleared prior to being admitted to the unit
- No one knew how to unlock the bed: The bed the patient was on was on a Psych Med-Surg bed. There was a delay in finding the mechanism to unlock the bed
- No Suction available: The suction on the code cart was for intermittent suction. It was determined by Central Processing that since Psych has such few codes the unit was issued this type of suction. The correct suction was brought over from 6 South with minimal delay.
- No Yankauer suction catheter was available: Not accurate....they are on the cart
- No IV Pole: This is piece of equipment becomes a weapon in Psychiatry unit and thus are prohibited
- No IV fluids: Not accurate...they are on the bottom of the cart
- Patient was dead for a while: Psych patients are checked every 15 minutes. Cameras are also everywhere and when reviewed showed staff looking at the patient
- The nurses did not know how to apply the pads: Not accurate. The AED pads were not placed by nursing. When they tried to shock the patient the nursing staff found the apical pad was not applied
- The nurse in charge of the unit was extremely rude and defensive: Jessica Stein is the Nursing Director of Psychiatry and is always kind and helpful.

When further speaking to the staff today, they were disappointed and sad to learn that Dr. Finkelstein wrote this IR. This staff responds to Code Berts as well as Code Grays all of the time throughout the medical center and we know everyone depends on their expertise during these types of Behavioral emergencies. They would only hope that when they have a medical emergency that the help that arrives understand the unit's limitations and works together as team for the best interest of the patient.

As always, thank you both,

Charlene

**Charlene Welker**
**Senior Vice President, Specialty Services**
**Mount Sinai Medical Center**

1

4300 Alton Road
Miami Beach, FL 33140
305-674-2294

Charlene.welker@msmc.com

Healthcare excellence  Ethical Behavior  Accountability  Respect & caring  Teamwork  Service before self