**Quality Improvement Proposal:**

**Increasing the Availability of Intraosseous Access in the Code Setting**

Paige Finkelstein, MD, MPH, EIT*

PGY-2, Mount Sinai Medical Center


Micheal Ayad, MD

Associate Chief Vascular Surgery, Mount Sinai Medical Center

Introduction

Central venous catheter (CVC) placement is currently the preferred method to achieve central vascular access at Mount Sinai Medical Center (MSMC). However, most residents have not been provided the resources or training for other means of establishing access which, in the code setting, is absolutely critical for resuscitation. Vascular access has been especially problematic in patients who have failed attempted CVC placement during ACLS. However, there is another safe means of access which has been relatively underutilized at our institution, the intraosseous (IO) line.

Benefits of IO Access

*Ease of Use*

IO placement in the under resuscitated or difficult-stick patient may be easier because the bony structures into which they are inserted do not collapse in shock or hypovolemia. Bones such as the tibia are visible anatomical targets that can be identified without the ultrasound guidance that is often needed for successful CVC placement. In addition to the tibia, IO access sites include the femur (femoral vein), distal tibia (great saphenous vein), proximal humerus (axillary vein), manubrium (internal mammary/azygous vein). Any IV drug or resuscitation fluid that is given via CVC (or peripheral IV) can be given via IO in the adult patient, including epinephrine, dopamine, dobutamine, adenosine, atropine, sodium bicarbonate, phenytoin, neuromuscular blocking agents, antibiotics, crystalloids/colloids, and blood products.[1] Dosing does not have to be adjusted either, making implementation of IO access even simpler.

*Survival*

access the reported complications were difficulties with injection fluid and drugs after IO insertion (7.4%), slow infusion (despite use of pressure bag) (8.8%), displacement after insertion (8.5%), and extravasation (3.7%). However, the most critical injuries, compartment syndrome and osteomyelitis, occurred in 0.6% and 0.4% of cases respectively.[7]

**Contraindications to CVC and IO Cannulation**

Abnormal vascular anatomy, under resuscitation, poor ultrasound skills/inability to identify anatomical landmarks, inability of patient to tolerate correct positioning, active CPR, etc., are all factors can make CVC placement extremely challenging. Absolute contraindications to CVC placement include trauma to vasculature, infection of overlying skin, and thrombus/severe stenosis of the intended vein. Additionally, relative contraindications including coagulopathies, hemorrhage from target vessel, suspected vascular injury, and/or combative patients can preclude CVC placement.[8]

On the other hand, there are relatively few contraindications for IO placement, which are mostly limited to skin infections/burns at insertion site, severe bone disease (i.e. osteogenesis imperfecta, osteoporosis, osteomyelitis, joint replacement), or compartment syndrome;[9] the only absolute contraindications for IO placement include recent fracture or recent prior failed/recent successful access at that a chosen site.[10] This in turn makes IO placement a lower risk access alternative for interns, mid-level providers, and nurses to perform relatively safely without supervision.

**Current Practices as MSMC**

The placement of CVCs typically takes repetition and several months to master– outside the chaotic setting of a code. Adverse events including cannulating the carotid artery, vascular perforation/hemorrhage, and even ventricular cannulation have all occurred within the past year alone at MSMC. These events lead to serious morbidity and even death, and it is for these reasons that interns are not allowed to place CVCs without supervision from a senior resident. Additionally, in the code setting, there is a higher risk of accidental needle sticks and blood pathogen exposure for the residents/staff due to active compressions in combination with several loose sharps in the CVC kit.[11]

IO placement is taught as a part of Pediatric Advanced Life Support and Advanced Trauma Life Support courses. At MSMC, not all specialties require these training courses to be completed prior to graduation, and none of them require interns to participate. Surgery residents are fortunate to become ATLS certified prior to the trauma rotation during PGY2 and PGY4 year. ER residents recently petitioned to be allowed to take ATLS. However, no other residents have the designated opportunity to learn how to use IO drills, which is problematic because codes happen to patients in all specialties, all around the hospital. While

eighty-nine of 297 insertions (97.3%) were successful. Success rates for the first, second, and third insertion were 96.9%, 94.9%, and 100%, respectively.[13]

Thus, it would be helpful for MSMC to invest in training additional personnel (midlevel providers, nurses, etc) in IO placement, and furthermore, to invest in IO drills for each crash cart in the hospital, or at the very least a drill for each team responsible for responding to codes in the hospital. MSMC already maintains the equipment and materials needed to learn/practice in the training lab.

*I further propose that all incoming interns should be trained in IO access prior to starting, ideally during orientation, especially if ATLS is not part of the residency requirements.* IO training materials are readily available online via a plethora of reading material and YouTube videos. Additionally, the MSMC Human Patient Simulation Coordinator would be an excellent point person to coordinate a training schedule.

**Conclusion**

IO access is a safe and effective way to gain central access for critical medications, especially during a code scenario. Not only can all medications given via CVC be given via IO, but also learning to place IOs is much easier and less practice intensive than learning to place CVCs, opening the door for midlevel providers, nurses, and basically any resident with any level of training to gain access in an emergency situation where senior surgical residents are unavailable. Ideally, by implementing IO availability, MSMC could also see a decrease in line associated infections, decreased cost, prevent accidental needle sticks/blood exposure incidents, and decrease the time-to-line to provide earlier resuscitation for patients.

**References**

1.  Buck, M. L., Wiggins, B. S. & Sesler, J. M. Intraosseous Drug Administration in Children and Adults During Cardiopulmonary Resuscitation. *Ann. Pharmacother.* **41**, 1679–1686 (2007).
2.  Leidel, B. A. *et al.* Is the intraosseous access route fast and efficacious compared to conventional central venous catheterization in adult patients under resuscitation in the emergency department? A prospective observational pilot study. *Patient Saf. Surg.* **3**, 24 (2009).
3.  Luck, R. P., Haines, C. & Mull, C. C. Intraosseous Access. *J. Emerg. Med.* **39**, 468–475 (2010).
4.  Dolister, M. *et al.* Intraosseous Vascular Access is Safe, Effective and Costs less than Central Venous Catheters for Patients in the Hospital Setting. *J. Vasc. Access* **14**, 216–224 (2013).
5.  Rupp, S. M. *et al.* Practice guidelines for central venous access: A report by the American Society