| ProcedureId | ProgramId | ProcedureDate | CurrentProgramYear | YearOfCase | PatientBirthYr | Gender | CaseID | Code | Credit | CodeAttributes | AreaRRCIndexid | AreaDesc | TypeRRCIndexid | TypeDesc | AttendingId | AttendingLName |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171177901 | 4401122075 | 9/12/2019 | 3 | 2 | | 0 | 840824 | 43999 | TRUE | | 50 | ALIM TR-STOMACH | 2280 | OTHER MAJOR STOMACH | 383634 | Ben-David |
| 174722184 | 4401122075 | 12/21/2019 | 3 | 2 | | 0 | 1082498 | 36620 | TRUE | | 370 | MISCELLANEOUS (N | 7470 | OTHER PROCEDURES | 383634 | Ben-David |
| 176546749 | 4401122075 | 3/12/2020 | 3 | 2 | | 0 | 1347327 | 43999 | TRUE | | 50 | ALIM TR-STOMACH | 2280 | OTHER MAJOR STOMACH | 383634 | Ben-David |
| 181165999 | 4401122075 | 7/2/2020 | 3 | 2 | | 0 | 3215655 | 47562 | TRUE | | 110 | ABDOMEN-BILIARY | 3425 | CHOLECYSTECTOMY W/WO OPER GRAM! | 383634 | Ben-David |
| 181166018 | 4401122075 | 7/2/2020 | 3 | 2 | | 0 | 778028 | 49651 | TRUE | | 140 | ABDOMEN-HERNIA | 3815 | INGUINAL-FEMORAL (ALL)-LAPAROS | 383634 | Ben-David |
| 181303079 | 4401122075 | 7/7/2020 | 3 | 3 | | 0 | 1518164 | 36561 | TRUE | | 370 | MISCELLANEOUS (N | 7470 | OTHER PROCEDURES | 383634 | Ben-David |
| 181973073 | 4401122075 | 7/21/2020 | 3 | 3 | | 0 | 3184225 | 43332 | FALSE | | 280 | PEDIATRIC | 5626 | ANTIREFLUX PROCEDURE-OPEN (PEDS) | 383634 | Ben-David |
| 181973073 | 4401122075 | 7/21/2020 | 3 | 3 | | 0 | 3184225 | 43775 | TRUE | | 50 | ALIM TR-STOMACH | 2275 | GASTRIC REDUC FOR MORBID OBESITY-L | 383634 | Ben-David |
| 182580466 | 4401122075 | 8/6/2020 | 3 | 3 | | 0 | 1027772 | 47562 | TRUE | | 110 | ABDOMEN-BILIARY | 3425 | CHOLECYSTECTOMY W/WO OPER GRAM! | 383634 | Ben-David |
| 183490276 | 4401122075 | 8/25/2020 | 3 | 3 | | 0 | 3114577 | 43775 | TRUE | | 50 | ALIM TR-STOMACH | 2275 | GASTRIC REDUC FOR MORBID OBESITY-L | 383634 | Ben-David |
| 183612543 | 4401122075 | 9/5/2020 | 3 | 3 | | 0 | 327383 | 47562 | TRUE | | 110 | ABDOMEN-BILIARY | 3425 | CHOLECYSTECTOMY W/WO OPER GRAM! | 383634 | Ben-David |