DocuSign Envelope ID: BCB0E603-F3F0-4083-82E4-28BB3FFD92DF

| PGY: | Accredited By: | Status: |
|---|---|---|
| Specialty: | | |
| From: | To: | Program Type: |

To report additional training, include training as an attachment at the end of page 2.

**Unusual Circumstances**

1. Did this individual ever take a leave of absence from his/her training?   Yes   No  x   Not Available

2. Was this individual ever placed on probation?   Yes  x   No   Not Available
   She was placed on two separate probationary and remediation periods:
   1. 12/26/2019 for Professionalism, Communication Skills and Medical Knowledge.
   2. 7/6/2020 for Professionalis

3. Was this individual ever disciplined or placed under investigation?   Yes  x   No   Not Available
   She was placed on two probationary periods as noted above.

4. Were any negative reports for behavioral reasons ever filed by instructors?   Yes  x   No   Not Available
   Complaints from nurses and faculty were reported regarding Dr. Finkelstein.

5. Were any limitations or special requirements placed upon this individual because of academic incompetence, disciplinary problems, or any other reason?   Yes  x   No   Not Available
   As noted above

Attestation of Person completing Verification of Postgraduate Training document (Program Director): I hereby attest that the information contained herein accurately reflects the training records of the above-named physician.

| ELECTRONIC SEAL VERIFIED | Name: Kfir Ben-David |
| | Title: Program Director     Degree: MD |
| | Signature: *[DocuSigned]* |
| | Date of Signature: 6/29/2021 |

Would you like to upload an additional attachment (e.g. Rotation Schedule)?   Yes   No  x
If reporting additional years in the attachment, include PGY year, specialty, start date, end date, status and program type.

FID:  301450417