To: Elliot, Daniel   Cc: Marco

# Paige Finkelstein

She's awesome. Working to get her on boarded ASAP as a house surgeon.

*********************************************

Barbara Barnett, MD, MHCDS, FACEP, FACP
Chief Medical Officer
Senior Vice President
Mount Sinai Beth Israel & Mount Sinai Downtown
Professor of Emergency Medicine
Professor of Internal Medicine
Icahn School of Medicine at Mount Sinai

Office: Redacted
Cell:


