IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF THE
PAGE LIMIT FOR THEIR FORTHCOMING
<u>OMNIBUS MOTION TO STRIKE AND TO DISMISS</u>**

Pursuant to Local Rule 7.1(c)(2), Defendants Mount Sinai Medical Center of Florida, Inc. ("MSMC") and Dr. Kfir Ben-David (together "Defendants") move the Court for an order enlarging the page limit for their forthcoming omnibus motion to strike and to dismiss.

1. On February 7, 2023, this Court granted Defendants' motion under Rule 12(f) to strike certain allegations from the first amended complaint, and further instructed Plaintiff as follows: "We GRANT the Plaintiff leave to further amend her complaint to remove the extraneous material discussed on the record; the Plaintiff must file her second amended complaint by February 17, 2023." ECF No. 28. At the time, Defendants had already filed before this Court a motion to dismiss the first amended complaint. ECF No. 17.

2. On February 17, 2023, Plaintiff filed a Second Amended Complaint (the "SAC"), which removed the "extraneous material," but is now more than double in length – increasing from 43 to 91 pages and includes 4 new claims and more than 100 new numbered allegations. *See* ECF No. 38.

Case No. 1:23-CV-20188-RKA

3. Defendants intend to move to strike the SAC under Rule 12(f) for failing to comply with Rule 15(a)(2) and this Court's February 7 Order. Because Rule 12(g)(2) requires defenses and objections under Rule 12 to be joined in a single motion, Defendants intend to file a single motion asserting grounds pursuant to both Rule 12(b) and Rule 12(f) on or before March 3, 2023.

4. Upon conferral with Plaintiff's counsel on the intended motion to strike, Plaintiff's position is that the SAC is proper and consistent with the Court's February 7 Order.

5. As a result of the expanded pleading and the need to include a motion to strike, Defendants are in need of an enlargement of the page limits imposed by Local Rule 7.1(c)(2).

6. Local Rule 7.1(c)(2) provides that "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages."

7. Defendants respectfully request permission from this Court to enlarge the page limit for their forthcoming omnibus motion (and incorporated memorandum of law) from twenty (20) pages to twenty-five (25) pages.

8. Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that, on February 24, 2023, he conferred with Plaintiff's counsel regarding this motion and the relief sought herein. Plaintiff has no objection to the requested enlargement of page limit, and Defendants have indicated, at Plaintiff's request, that they would not object should Plaintiff request the same enlargement of page of limit for her response to Defendants' forthcoming omnibus motion.

Case No. 1:23-CV-20188-RKA

WHEREFORE, Defendants respectfully request that this Court grant this motion and enlarge the page limit for their forthcoming omnibus motion from twenty (20) pages to twenty-five (25) pages.

Dated: February 24, 2023

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Counsel for Defendants*

By:*/s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Primary Email: mgoldberg@lashgoldberg.com
    **DAVID R. RUFFNER**
    Florida Bar No. 044874
    Email: druffner@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Primary Email: csplichal@lashgoldberg.com

Case No. 1:23-CV-20188-RKA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 24, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
jresnick@nasonyeager.com

*Attorneys for Plaintiff*

                By: */s/ Martin B. Goldberg*
                     **MARTIN B. GOLDBERG**