**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PAIGE FINKELSTEIN, M.D.,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No. 1:23-CV-20188-RKA
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
MOUNT SINAI MEDICAL CENTER OF⠀⠀)
FLORIDA, INC., a Florida Not For Profit⠀⠀)
Corporation, and KFIR BEN-DAVID, M.D.,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Defendants.

## JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDERS

Plaintiff, PAIGE FINKELSTEIN, M.D. ("Plaintiff"), and Defendants, MOUNT SINAI
MEDICAL CENTER OF FLORIDA, INC. and KFIR BEN-DAVID, M.D. ("Defendants")
(collectively the "Parties"), pursuant to Fed. R. Civ. P. 26(a)(1-2), Local Rule 16.1 of the Rules of
the Southern District of Florida, and this Court's Order dated February 8, 2023, submit their Joint
Scheduling Report and Proposed Scheduling Orders (Exhibits 1 and 2 hereto). Pursuant to Fed. R.
Civ. P. 26(f) and Local Rule 16.1(b)(2), the Parties stipulate that they held a conference on
February 2, 2023.

⠀⠀⠀⠀(A)⠀⠀⠀Likelihood of Settlement

The Parties agree that they will act in good faith to explore the possibility of settlement as
the case proceeds.

⠀⠀⠀⠀(B)⠀⠀⠀The Likelihood of Appearance in the Action of Additional Parties

It is unknown at this time if other parties will appear in this action.

1

(C)     Proposed Limits on the Time

Plaintiff and Defendants respectively propose the following discovery and other pretrial

deadlines:

| Plaintiff's Proposal: | Defendants' Proposal[1]: | Event: |
|---|---|---|
| March 22, 2023 | March 22, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| October 20, 2023 | May 11, 2023 | The Parties shall file motions to amend pleadings or join Parties. |
| October 27, 2023 | May 17, 2023 | The Parties shall select a mediator in accordance with Local Rule 16.2; schedule a time, date, and place for mediation; and jointly file a proposed order scheduling mediation in the form specified on the Court's website. |
| December 5, 2023 | June 26, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

---

[1] Defendants' proposed discovery and pretrial deadlines are based upon Plaintiff's Second Amended Complaint (the "SAC"), which was filed on February 17, 2023. However, Defendants intend to file a motion to strike the SAC, as Defendants' position is that the SAC was filed in violation of Rule 15, Fed. R. Civ. P., and in violation of this Court's Order dated February 7, 2023. Plaintiff disagrees and contends that this Court's order did not impose any such limitation. As a result, Defendants reserve their right to approach the Court to revisit and adjust the proposed deadlines herein if necessary.

| December 12, 2023 | July 3, 2023 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
|---|---|---|
| January 5, 2024 | July 24, 2023 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| April 7, 2024 | August 28, 2023 | The Parties shall complete all discovery, including expert discovery. |
| March 11, 2024 | October 2, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
| March 25, 2024 | October 16, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| March 25, 2024 | October 16, 2023 | The Parties shall file any motions to exclude expert testimony based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). |
| May 1, 2024 | December 4, 2023 | The Parties shall file all motions *in limine.* All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| June 13, 2024 | January 5, 2024 | The Parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or |

| | | proposed findings of fact and conclusions of law, as applicable. |
|---|---|---|
| July 8, 2024 | January 29, 2024 | Proposed date for final pretrial conference. |
| July 22, 2024 | February 12, 2024 | Proposed date for trial. |

(D)    Proposal for the Formulation and Simplification of Issues

The Parties propose to simplify the issues by filing a stipulation of any undisputed facts and issues for trial pursuant to, and within the time required by, Local Rule 16.1(d) and (e). The Parties anticipate that Plaintiff and Defendants will each file motions for summary judgment within the suggested time(s) proposed in Section (C) above.

(E)    The Necessity or Desirability of Amendments to the Pleadings

It is Plaintiff's position that an amendment to Plaintiff's Amended Complaint may be necessary depending on the outcome of Defendants' motion to dismiss, and as required by discovery if good cause is shown and leave is granted. It is Defendants' position that (i) Plaintiff should not be permitted to amend her Amended Complaint in the future should she seek leave; and (ii) as to their own pleading, Defendants have not yet filed a responsive pleading as their motion to dismiss is pending.

(F)    Possibility of Obtaining Admissions of Fact and Documents

The Parties will work together in good faith to admit undisputed facts and the authenticity of documents, electronically stored information, or things in order to avoid unnecessary proof,

stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.

(G)     Avoidance of Unnecessary Proof/Cumulative Evidence

The Parties agree to further cooperate in good faith to streamline trial by entering into such stipulations as are possible with respect to matters on which there are no disputes and that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H)     Suggestions on Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

Regarding discovery matters, Plaintiff does not consent to referral to a Magistrate Judge. Defendants' position is that discovery matters are appropriate for referral to a Magistrate Judge.

(I)     Preliminary Estimate of the Time Needed for Trial

Plaintiff estimates that 10 days are needed for trial. Defendants estimate that 3 to 5 days are needed for trial.

(J)     Requested Dates for Conferences, Final Pretrial Conference, and Trial

The Parties' respective proposed dates for conferences before trial, a final pretrial conference, and trial are as set forth in Section (C) above.

(K)     Local Rule 16.1(b)(K) Issues

The Parties do not currently have any issues requiring the Court's attention with respect to disclosure, discovery, preservation of electronically stored information, privilege, or any other issue enumerated in Local Rule 16.1(b)(K).

(L)     Other Information

The Parties are unaware of any information that might be helpful to the Court in setting the

case for status or pretrial conference.

Dated:  February 27, 2023


Respectfully jointly submitted,


| | |
|---|---|
| **NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.** | **LASH GOLDBERG LLP** |
| 3001 PGA Boulevard, Suite 305 | Suite 1200, Miami Tower |
| Palm Beach Gardens, FL 33410 | 100 Southeast Second Street |
| Tel: (561) 686-3307 | Miami, Florida 33131-2100 |
| Fax: (561) 686-5442 | Tel: (305) 347-4040 |
| *Attorneys for Plaintiff* | Fax: (305) 347-4050 |
| | *Attorneys for Defendants* |

By: */s/ Richard H. Levenstein*       By: */s/ Martin B. Goldberg*
**RICHARD H. LEVENSTEIN**        **MARTIN B. GOLDBERG**
Florida Bar No. 235296             Florida Bar No. 0827029
Email: relevenstein@nasonyeager.com    Email: mgoldberg@lashgoldberg.com
**GABRIELLE O. SLIWKA**          **DAVID R. RUFFNER**
Florida Bar No. 1022654           Florida Bar No. 044874
Email: GSliwka@nasonyeager.com     Email: druffner@lashgoldberg.com
                                      **CLARK S. SPLICHAL**
                                      Florida Bar No. 1010425
                                      Email: csplichal@lashgoldberg.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 27, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

<u>**SERVICE LIST**</u>

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**