# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOUNT SINAI MEDICAL CENTER OF ) <br> FLORIDA, INC., a Florida Not For Profit ) <br> Corporation, and KFIR BEN-DAVID, M.D., ) <br> ) <br> Defendants. | Case No. 1:23-CV-20188-RKA |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

(A)  Assignment of the case to a particular track pursuant to Local Rule 16.1(a)

The Court determines the case is appropriate for the Complex Track.

(B)  Detailed discovery schedule

| | |
|---|---|
| March 22, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| December 5, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 12, 2023 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

1

| | |
|---|---|
| January 5, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| April 7, 2024 | The Parties shall complete all discovery, including expert discovery. |

(C) <u>Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things</u>.

The Parties have no such agreements at this time or issues requiring Court resolution.

(D) <u>Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production</u>

The Parties have no such agreements at this time.

(E) <u>Limitations of the time to join additional parties and to amend the pleadings</u>

The deadline to join parties and/or amend pleadings is October 20, 2023.

(F) <u>Deadline for filing all pretrial motions</u>

_____.[1]

(G) <u>Deadline for resolution of all pretrial motions</u>

_____.

(H) <u>Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions</u>

The Parties have no proposals at this time.

(I) <u>Date of Final Pretrial Conference</u>

_____.

---

[1] Sections (F), (G), (I), and (J) are intentionally left blank pursuant to Local Rule 16.1(b)(3)(F), (G), (I), and (J).

(J)     Date of Trial

_____.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of _____, 2023.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**
_____

Copies furnished to:
Counsel of Record