# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF | ) |
| FLORIDA, INC., a Florida Not For Profit | ) |
| Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
| Defendants. | |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

(A) <u>Assignment of the case to a particular track pursuant to Local Rule 16.1(a)</u>

The Court determines the case is appropriate for the Standard Track.

(B) <u>Detailed discovery schedule</u>

| March 22, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
|---|---|
| June 26, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| July 3, 2023 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

1

| | |
|---|---|
| July 24, 2023 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 28, 2023 | The Parties shall complete all discovery, including expert discovery. |

(C)   Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things.

The Parties have no such agreements at this time or issues requiring Court resolution.

(D)   Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production

The Parties have no such agreements at this time.

(E)   Limitations of the time to join additional parties and to amend the pleadings

The deadline to join parties and/or amend pleadings is May 11, 2023.

(F)   Deadline for filing all pretrial motions

_____.[1]

(G)   Deadline for resolution of all pretrial motions

_____.

(H)   Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions

The Parties have no proposals at this time.

(I)   Date of Final Pretrial Conference

_____.

---

[1] Sections (F), (G), (I), and (J) are intentionally left blank pursuant to Local Rule 16.1(b)(3)(F), (G), (I), and (J).

(J)     <u>Date of Trial</u>

_____.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of _____, 2023.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record

3