UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Gary A. Orseck, Esq., of KRAMER LEVIN NAFTALIS & FRANKEL LLP enters his appearance as counsel for Defendant Kfir Ben-David, M.D. All future correspondence, pleadings, and other papers in this matter directed to Defendant Ben-David should be served on Gary A. Orseck, Esq., gorseck@kramerlevin.com at Kramer Levin Naftalis & Frankel LLP, 2000 K Street NW, 4th Floor, Washington, DC 20006.

Respectfully submitted,

*/s/ Gary A. Orseck*
GARY A. ORSECK
Florida Bar No. 846015
**KRAMER LEVIN NAFTALIS
 & FRANKEL LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4504
Fax: (202) 775-4510
gorseck@kramerlevin.com

1:23-CV-20188-RKA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of February 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

| | |
|---|---|
| Richard H. Levenstein, Esq.<br>**NASON, YEAGER, GERSON,**<br>**HARRIS & FUMERO, P.A.**<br>3001 PGA Boulevard, Suite 305<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 686-3307<br>Fax: (561) 686-5442<br>rlevenstein@nasonyeager.com<br>jresnick@nasonyeager.com<br>ptreadway@nasonyeager.com<br>creyes@nasonyeager.com<br><br>*Attorneys for Plaintiff* | Martin B. Goldberg, Esq.<br>David R. Ruffner, Esq.<br>Clark S. Splichal, Esq.<br>**LASH GOLDBERG LLP**<br>Miami Tower<br>100 SE 2nd Street, Suite 1200<br>Miami, FL 33131-2158<br>Tel: (305) 347-4040<br>Fax: (305) 347-3050<br>mgoldberg@lashgoldberg.com<br>druffner@lashgoldberg.com<br>csplichal@lashgoldberg.com<br><br>*Attorneys for Defendant Mount Sinai*<br>*Medical Center of Florida*<br><br>By: */s/ Gary A. Orseck*<br>　　**GARY A. ORSECK** |