UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20188-ALTMAN/Reid

**PAIGE FINKELSTEIN, M.D.**,

  *Plaintiff*,

*v.*

**MOUNT SINAI MEDICAL CENTER OF FLORIDA**, *et al.*,

  *Defendants.*
_____/

## ORDER

The Plaintiff has filed an Expedited Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") [ECF No. 39]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 39] is **REFERRED** to United States Magistrate Judge Lisette M. Reid for a report and recommendation.

**DONE AND ORDERED** in the Southern District of Florida on February 27, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record