UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL**

NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A. attorney, GABRIELLE O. SLIWKA, enter her appearance as counsel of record Plaintiff, PAIGE FINKELSTEIN, M.D.,. It is requested that copies of all subsequently filed pleadings, orders and other papers be served via email to the following email addresses: Gabrielle O. Sliwka, Esq. (gsliwka@nasonyeager.com); paralegal Pamela S. Treadway (ptreadway@nasonyeager.com) and legal assistant Cynthia Reyes (creyes@nasonyeager.com).

[*Remainder of Page is Intentionally Blank*]

01535025 v1

Plaintiff's Notice of Appearance - GOS
Case No.: 23-cv-20188-ALTMAN/Reid

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 28th day of February, 2023, a true and accurate copy of the foregoing document was served on all counsel of record and all interested by CM/ECF electronic service to the following:

***Attorneys for Defendants***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:   (561) 686-3307
Facsimile:   (561) 686-5442
Gabrielle O. Sliwka, Esq.
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
 creyes@nasonyeager.com

By:  /s/ Gabrielle O. Sliwka
         Gabrielle O. Sliwka
         Florida Bar No. 1022654

01535025 v1

2