IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) ) ) |
| | ) |
| Defendants. | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lauren Cassady Andrews of the law firm of Kramer Levin Naftalis & Frankel LLP, 2000 K Street NW, Washington, DC 20006, (202) 775-4500, for purposes of appearance as co-counsel on behalf of Defendant Kfir Ben-David, M.D. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lauren Cassady Andrews to receive electronic filings in this case, and in support thereof states as follows:

1. Ms. Andrews is not admitted to practice in the Southern District of Florida, and is a member in good standing of the Virginia State Bar, the District of Columbia Bar, the United States District Court for the Eastern District of Virginia, and the United States District Court for the District of Columbia.

2. Movant, Gary A. Orseck, also of the law firm of Kramer Levin Naftalis & Frankel LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Orseck consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Andrews has made payment of this Court's admission fee.

4. A certification in accordance with Rule 4(b) is attached hereto.

5. Ms. Andrews, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ms. Andrews at the following email address: landrews@kramerlevin.com.

WHEREFORE, Gary A. Orseck moves this Court to enter an order granting Lauren Cassady Andrews leave to appear before this Court on behalf of Defendant Kfir Ben-David, M.D., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Ms. Andrews.

Dated:  March 1, 2023                                    Respectfully submitted,

             **KRAMER LEVIN NAFTALIS**
               **& FRANKEL LLP**
             2000 K Street N.W., 4th Floor
             Washington, DC 20006
             Tel: (202) 775-4500
             Fax: (202)775-4510
             Counsel for Defendant Kfir Ben-David, M.D.

            By:*/s/ Gary A. Orseck*
             **GARY A. ORSECK**
             Florida Bar No. 846015
             Primary Email: gorseck@kramerlevin.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on March 1, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

| | |
|---|---|
| Richard H. Levenstein, Esq.<br>Gabrielle Olivieri Sliwka, Esq.<br>**NASON, YEAGER, GERSON,**<br>**HARRIS & FUMERO, P.A.**<br>3001 PGA Boulevard, Suite 305<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 686-3307<br>Fax: (561) 686-5442<br>relevenstein@nasonyeager.com<br>ptreadway@nasonyeager.com<br>creyes@nasonyeager.com<br><br>*Attorneys for Plaintiff* | Martin B. Goldberg, Esq.<br>David R. Ruffner, Esq.<br>Clark S. Splichal, Esq.<br>**LASH GOLDBERG LLP**<br>Miami Tower<br>100 SE 2nd Street, Suite 1200<br>Miami, FL 33131-2158<br>Tel: (305) 347-4040<br>Fax: (305) 347-3050<br>mgoldberg@lashgoldberg.com<br>druffner@lashgoldberg.com<br>csplichal@lashgoldberg.com<br><br>*Attorneys for Defendant Mount Sinai*<br>*Medical Center of Florida*<br><br>By: */s/ Gary A. Orseck*<br>  **GARY A. ORSECK** |