# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| ) | |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. | |

## CERTIFICATION OF LAUREN CASSADY ANDREWS

Lauren Cassady Andrews, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2. I am a member in good standing of the Virginia State Bar, the District of Columbia Bar, the United States District Court for the Eastern District of Virginia, and the United States District Court for the District of Columbia.

3. I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

By: */s/ Lauren C. Andrews*
**LAUREN CASSADY ANDREWS**