# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNT SINAI MEDICAL CENTER OF )<br>FLORIDA, INC., a Florida Not For Profit )<br>Corporation, and KFIR BEN-DAVID, M.D., )<br>)<br>Defendants. | Case No. 1:23-CV-20188-RKA |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel, Richard H. Levenstein, Esq., as counsel for Plaintiff, PAIGE FINKELSTEIN, M.D., respectfully requests all interested parties to please take notice of his absence from the jurisdiction and unavailability for any proceedings, hearings, mediation, trial or other matters from Wednesday, March 8, 2023 through Tuesday, March 28, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and served by E-Mail through the Florida Courts E-Filing Portal on March 1, 2023 to the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200

Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

**Attorneys for Defendant, Kfir Ben-David, MD**
Gary A. Orseck, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:   (561) 686-3307
Facsimile:    (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
Gabrielle O. Sliwka
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com

By:   /s/ *Richard H. Levenstein*
      Richard H. Levenstein
      Florida Bar No. 235296
      Gabrielle O. Sliwka
      Florida Bar No. 1022654