UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20188-ALTMAN/REID

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER
OF FLORIDA, *et al.*,

    Defendants.

_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

This matter is before the Court on Defendant's Motion for Lauren Cassady Andrews, Esq. to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"). [ECF No. 47]. Pursuant to the Rules Governing Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and S.D. Fla. Loc. R. 4(b), and this Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motions [ECF No. 47] is **GRANTED**. Lauren Cassady Andrews may appear and participate in this action as counsel on behalf of Defendant Kfir Ben-David, M.D. The Clerk of Court shall provide electronic notification of all electronic filing to Lauren Cassady Andrews at landrews@kramerlevin.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of March 2023.

1

2

*[Signature]*
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**