# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

PAIGE FINKELSTEIN, M.D., )
)
   Plaintiff, ) Case No. 1:23-CV-20188-RKA
)
v. )
)
MOUNT SINAI MEDICAL CENTER OF )
FLORIDA, INC., a Florida Not For Profit )
Corporation, and KFIR BEN-DAVID, M.D., )
)
   Defendants.

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Attorney **Clark S. Splichal** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to the undersigned's current address:

    Clark S. Splichal, Esq.
    Lash Goldberg LLP
    Miami Tower, 100 SE 2nd Street, Suite, 1200
    Miami, FL 33131-2158
    Telephone (305) 347-4040
    Facsimile (305) 347-4050
    Primary Email: csplichal@lashgoldberg.com


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 •  Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813.284.4002

Case No. 1:23-CV-20188-RKA

Respectfully submitted,

**LASH GOLDBERG**
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050

*/s/ Clark S. Splichal*
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
Primary Email: mgoldberg@lashgoldberg.com
**DAVID R. RUFFNER**
Florida Bar No. 044874
Email: druffner@lashgoldberg.com
**CLARK S. SPLICHAL**
Florida Bar No. 1010425
Primary Email: csplichal@lashgoldberg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of March 2023, a true and correct copy of the Notice of Change of Address has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ Clark S. Splichal*
**CLARK S. SPLICHAL**

2



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002