# Exhibit 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2022-018881-CA-01 (27)

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

### DECLARATION OF ROBERT C. GOLDSZER M.D., M.B.A.

STATE OF FLORIDA      )
COUNTY OF MIAMI-DADE   )

    BEFORE ME, the undersigned authority, personally appeared Robert C. Goldszer, M.D., M.B.A., who under oath, deposes and states:

    1.    My name is Dr. Robert Goldszer. I am over eighteen (18) years old. I have personal knowledge with respect to the matters set forth herein.

    2.    I am the Chief Medical Officer at Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai" or the "Hospital"). I am also the Designated Institutional Official ("DIO") for the Hospital's graduate medical education programs.

    3.    In my role, I am involved in issues related to the Hospital's residency programs and the standards and requirements for our programs as established by the Accreditation Council for Graduate Medical Education ("ACGME").

CASE NO. 2022-018881-CA-01 (27)

4. I am familiar with the allegations that Plaintiff, Dr. Paige Finkelstein ("Dr. Finkelstein") advances against the Hospital and Dr. Kfir Ben-David personally (her Program Director in the surgical residency program) in this lawsuit.

5. In January 2021, Dr. Finkelstein was terminated from the surgical residency program at Mount Sinai. She was also given the option to resign from the program, which she accepted.

6. Upon her termination/resignation, I informed Dr. Finkelstein of her right to petition the Hospital to appeal its termination decision, based on administrative procedures contained in Section 12(4) of her 2020 third-year residency agreement with the Hospital (the "GME Agreement").

7. Dr. Finkelstein did not petition the Hospital to appeal the termination decision when she was informed about her right to do so, and to date, she has failed to utilize the procedures under Section 12(4) of her GME Agreement.

8. This Declaration does not exhaust my knowledge of these matters or of Dr. Finkelstein's other allegations in her complaint.

**FURTHER DECLARANT SAYETH NOT.**

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
DR. ROBERT GOLDSZER