IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | | |
|---|---|---|
| PAIGE FINKELSTEIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-CV-20188-RKA |
| | ) | |
| v. | ) | |
| | ) | |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) ) ) ) | |
| Defendants. | | |

**PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., UNOPPOSED MOTION FOR ENLARGEMENT OF THE PAGE LIMIT AND FOR EXTENSION OF TIME TO RESPOND DEFENDANTS' MOTION TO STRIKE OR TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 7.1(c)(2), Plaintiff, PAIGE FINKELSTEIN, M.D., by and through their undersigned counsel, hereby moves this Court for an order, in the form attached as Exhibit A, enlarging the page limit and extending the time for their Forthcoming Response in Opposition Of Defendants' Motion to Strike and to Dismiss Plaintiff's Second Amended Complaint ("Second Amended Complaint") (DE 52) from March 3, 2023. In support of her motion, Dr. Finkelstein states as follows:

1. On March 03, 2023, Defendants filed their Motion to Strike, or in the alternative, Dismiss Plaintiff's Second Amended Complaint. (DE 52).

2. Dr. Finkelstein's response to Defendants' motion is due on March 17, 2023.

3. Plaintiff's counsel of record will be out of the office for the period of March 10 until March 27, 2023 due to his teaching obligations at Tulane University Law School.

4. Dr. Finkelstein therefore requests an extension of time to respond to Defendants' Motion to Strike, or in the alternative, Dismiss Plaintiff's Second Amended Complaint to April 01, 2023, because her counsel requires additional time to gather information, and prepare her response.

5. This motion is made in good faith and not for the purpose of delay, Plaintiff has not previously requested any extensions of time from this Court, and no party will be prejudiced by the extension requested.

6. Additionally, Local Rule 7.1(c)(2) provides that , absent prior permission of the Court, a reply memorandum shall not exceed ten (10) pages.

7. As a result of Defendants' extensive motion, and the nature of Defendants' allegations, Dr. Finkelstein needs an enlargement of the page limits imposed by Local Rule 7.1(c)(2).

8. Likewise, Dr. Finkelstein respectfully requests permission from this Court to enlarge the page limit for their forthcoming response from ten (10) to fifteen (15) pages.

9. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on March 06, 2023, he conferred with Defendants' counsel regarding this motion and relief sought herein. Defendants have no objection to the requested enlargement of page limit or the requested extension of time.

WHEREFORE, Dr. Finkelstein respectfully requests that this Court grant this motion enlarging the page limit for their forthcoming Response in Opposition of Defendants' Motion to Strike or to Dismiss Plaintiff's Second Amended Complaint from ten (10) to fifteen (15) pages and extending the time for Plaintiff to respond to Defendants' Motion to April 01, 2023.

Dated: March 7, 2023.              Respectfully submitted,

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:    (561) 686-3307
Facsimile:    (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
Gabrielle O. Sliwka, Esq.
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2023 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com


By:    /s/ *Richard H. Levenstein*
       Richard H. Levenstein
       Florida Bar No. 235296
       Gabrielle O. Sliwka
       Florida Bar No. 1022654