# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., UNOPPOSED MOTION FOR ENLARGEMENT OF THE PAGE LIMIT AND FOR EXTENSION OF TIME TO RESPOND DEFENDANTS' MOTION TO STRIKE OR TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

This cause came before the Court upon Plaintiff's, PAIGE FINKELSTEIN, M.D., Unopposed Motion for Enlargement of the Page Limit and for Extension of Time to Respond Defendants' Motion to Strike or to Dismiss Plaintiff's Second Amended Complaint, being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff, Paige Finkelstein. M.D.'s, Motion for Enlargement of Page Limit and for Extension of Time to Respond to Defendants' Motion to Strike or to Dismiss Plaintiff's Second Amended Complaint is Granted. Plaintiff, Paige Finkelstein. M.D., shall have through and including April 01, 2023, and up to fifteen (15) pages to respond to Defendants' Motion to Strike or to Dismiss Plaintiff's Second Amended Complaint.

DONE AND ORDERED in the Southern District of Florida on March _____, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

1