**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION**

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) | |
| ) | |
|     Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| ) | |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
|     Defendants. | |

**PLAINTIFF, PAIGE FINKELSTEIN, M.D.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff, PAIGE FINKELSTEIN, M.D., by and through the undersigned counsel, hereby moves this Court for an order, in the form attached as Exhibit A, extending the time for the forthcoming Reply to Defendants' Response In Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction (DE 60) from March 17, 2023 until April 6, 2023.  In support of her motion, Dr. Finkelstein states as follows:

1. On March 10, 2023, Defendants filed their Response in Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction (DE 60).

2. Dr. Finkelstein's reply to Defendants' response is due on March 17, 2023.

3. Plaintiff's counsel of record, Richard H. Levenstein, Esq., will be out of the office for the period of March 10, 2023 until March 27, 2023 due to his teaching obligations at Tulane University Law School.

4. Plaintiff's counsel of record, Gabrielle O. Sliwka, Esq. will be out of the country for the period of March 10, 2023 until March 27, 2023.

5. Dr. Finkelstein therefore requests an extension of time to reply to Defendants' Response in Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction to April 6, 2023, because her counsel requires additional time to gather information, and prepare her reply.

6. This motion is made in good faith and not for the purpose of delay, Plaintiff has not previously requested any extensions of time from this Court regarding this reply, and no party will be prejudiced by the extension requested.

7. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on March 13, 2023, they conferred with Defendants' counsel regarding this motion and relief sought herein. Defendants have no objection to the requested extension of time.

WHEREFORE, Dr. Finkelstein respectfully requests that this Court grant this motion extending the time for Plaintiff to reply to Defendants' Response in Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction to April 6, 2023.

Dated: March 13, 2023.    Respectfully submitted,

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:    (561) 686-3307
Facsimile:    (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com; creyes@nasonyeager.com
Gabrielle O. Sliwka
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com; creyes@nasonyeager.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2023 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida and Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

          By: /s/ *Richard H. Levenstein*
             Richard H. Levenstein
             Florida Bar No. 235296
             Gabrielle O. Sliwka
             Florida Bar No. 1022654