IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| ) | |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. | |

**ORDER ON PLAINTIFF, PAIGE FINKELSTEIN, M.D.'S, UNOPPOSED
MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE
IN OPPOSITION TO MOTION FOR ENTRY OF TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

This cause came before the Court upon Plaintiff's, PAIGE FINKELSTEIN, M.D., Unopposed Motion for Extension of Time to Reply to Defendants' Response In Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff, Paige Finkelstein. M.D.'s, Motion for Extension of Time to Reply to Defendants' Response in Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction is Granted. Plaintiff, Paige Finkelstein. M.D., shall have through and including April 6, 2023, reply to Defendants' Response in Opposition to Motion for Entry of Temporary Restraining Order and Preliminary Injunction.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

1