IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| | ) |
|     Plaintiff, | )    Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF | ) |
| FLORIDA, INC., a Florida Not For Profit | ) |
| Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
|     Defendants. | |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Plaintiff, Paige Finkelstein, M.D., hereby serves these Initial Disclosures to Defendant. Appendix A to these disclosures identifies those individuals who likely have discoverable information that Plaintiff may use to support its claims. Appendix B to these disclosures describes the documents, electronically stored information, and tangible things that the Plaintiff may use to support his claims. Appendix C to these disclosures includes the computation of each category of damages claimed by Plaintiff.

These disclosures do not include the names of any potential experts retained or consulted by the Plaintiff. Plaintiff will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule or any supervening order of the Court.

These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

Dated this 22nd day of March, 2023.

Respectfully submitted,

*/s/Richard H. Levenstein*
Richard H. Levenstein, Esq.
Florida Bar No. 235296
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410

        Telephone: (561) 686-3307
        Facsimile: (561) 686-5442
        Email: RLevenstein@nasonyeager.com
        Trial Counsel for Plaintiff

        Gabrielle Sliwka, Esq.
        Florida Bar No. 1022654
        NASON, YEAGER, GERSON,
        HARRIS & FUMERO, P.A.
        3001 PGA Boulevard, Suite 305
        Palm Beach Gardens, Florida 33410
        Telephone: (561) 686-3307
        Facsimile: (561) 686-5442
        Email: GSliwka@nasonyeager.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and served by E-Mail through the Florida Courts E-Filing Portal on this 22nd day of March, 2023 to the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:     (561) 686-3307
Facsimile:      (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
Gabrielle O. Sliwka
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com


By:   /s/ *Richard H. Levenstein*
          Richard H. Levenstein
          Florida Bar No. 235296
          Gabrielle O. Sliwka
          Florida Bar No. 1022654

**APPENDIX A**

**A. Individuals who likely have discoverable information that Plaintiff may use to support her claims.**

1. Andre Coombs- Former MSMC resident.
   Phone number: 786-493-7949

2. Angelo LaPietra- MSMC Surgical Electrophysiology Director.
   Phone number: 305-613-8920

3. Alan Nieder- MSMC Urology Residency Program Director.
   Phone number: 305-674-2499

4. April Chisholm- Dr. Ben-David's assistant.
   Phone number: 305-297-1343

5. Arnold Jaffee- MSMC General Counsel.
   Phone number: 305-674-2444

6. Barry Wax- Dr. Finkelstein's former legal counsel.
   Phone number: 325-978-7515

7. Bob Beasley- Former MSMC physician.
   Phone number: 305-439-5208

8. Bonita Hall- MSMC physician assistant.
   Phone number: 305-785-7271

9. Bryeona Mahaffy- Former MSMC nurse.
   Phone number: 325-978-7515

10. Camila Poblete- MSMC nurse
    Phone number: 305-851-1946

11. Carolina De la Cuesta- MSMC's Surgical ICU Medical Director.

12. Charles Rosen- Former MSMC attending.
    Phone number: 305-674-2240

13. Cynthia Rivera- MSMC Associate Program Director of the Internal Medicine Residency Program.
    Phone number: 305-674-2766

14. Dana Dale Portenier- Duke Surgery General Surgery Residency Program and Minimally Invasive and Bariatric Surgery Fellowship.
    Phone number: 919-470-7041

15. Devendra Joshi- MSMC attending.
    Phone number: 305-562-0036

16. Diana Lopategui- MSMC resident.
    Phone number: 646-717-2255

17. Doug Carlson- ACGME counsel.
    Phone number: 850-645-1255

18. Edward Andraos- MSMC attending.
    Phone number: 917-361-6060

19. Elizabeth Rubin- Former MSMC resident.
    Phone number: 323-369-8528

20. Elliot Goodman- Former Associate Director for Systems Quality and Outcomes- Surgical Services, Mount Sinai Beth Israel.
    Phone number: 718-213-3407

21. Fernando Safdie- MSMC Director of Endoluminal and Airway Surgery and Associate Director of Thoracic Surgery.
    Phone number: 213-249-4360

22. Gino Santorio-MSMC President and CEO.
    Phone number: 305-674-2121

23. Hannah Kim- MSMC attending and former resident.
    Phone number: 646-717-2255

24. Hanny- MSMC nurse.

25. Harry Sendzischew- Former MSMC attending.
    Phone number: 305-406-8462

26. Henry Wodnicki- MSMC Assistant Professor at the Columbia University Division of Surgical Oncology.
    Phone number: 305-299-1627

27. Howard Wittels- MSMC attending.
    Phone number: 305-541-3142

28. Ivan Puente- Former MSMC attending.
    Phone number: 954-491-0900

29. Irvin Willis- Former MSMC attending.

Phone number: 305-992-0177

30. Irving Jorge- Former MSMC Chief Division of General Surgery.
    Phone number: 786-378-3558

31. Jennifer Davies- MSMC Wound Healing Center Director.
    Phone number: 305-301-7990

32. Jonathan Zadeh- MSMC attending and former resident.
    Phone number: 518-821-3956

33. Joshua Roller- Fellow Duke University Medical Center Fellow.
    Phone number: 479-445-6460

34. Joshua Unger- Former MSMC attending.
    Phone number: 305-332-8281

35. Julie Ann Sosa- endocrine surgeon and chair of the Department of Surgery at UC San Francisco.
    Phone number: 415-476-1236

36. Juan Paramo- MSMC Assistant Professor at the Columbia University Division of Surgical Oncology.
    Phone number: 305-502-3227

37. Karen Burtt- Former MSMC resident.
    Phone number: 510-773-0340

38. Kfir Ben-David- Defendant; MSMC Chairman, Department of Surgery and General Surgery Residency Program Director.
    Phone number: 352-642-3223

39. Kiryanmayi Muddasani- MSMC Assistant Professor at the Columbia University Division of Surgical Oncology.
    Phone number: 203-843-7761

40. Kyan Askari- MSMC attending.
    Phone number: 352-870-8171

41. Leslie Garbayo- MSMC nurse.

42. Lilian Santiesteban- MSMC attending and former resident.

43. Manuel Sivina- MSMC attending.
    Phone number: 305-989-3940

44. Marisa Vinas- MSMC attending and former resident.
    Phone number: 561-685-8538

45. Mark Newberry- Former MSMC attending.
    Phone number: 917-771-5776

46. Michael Ayad- MSMC Division of Vascular Surgery Director.
    Phone number: 281-827-1985

47. Marty Harnisch- Fellow Duke University Medical Center Fellow.
    Phone number: 210-916-1925

48. Melissa Petersen- Dr. Ben-David physician assistant.
    Phone number: 305-674-2121

49. Michael Milligan- Former MSMC resident.
    Phone number: 734-277-4834

50. Michelle Vincent- MSMC Surgery Residency Program coordinator
    Phone number: 305-674-2273

51. Mike Hurtado- Former MSMC resident.
    Phone number: 786-246-2697

52. Milly Mas-Piedrahita- Medtronic- Covidien Executive Surgical Device / Energy Specialist
    Phone number: 305-606-2189

53. Mohammed Masri- Larkin Health System surgical oncologist.

54. Nicole Warren- MSMC attending.
    Phone number: 918-637-1524

55. Norberto Garcia-Henriquez- Former MSMC faculty member.
    Phone number: 786-556-1915

56. Paul Petersen- Former MSMC attending.
    Phone number: 305-753-6869

57. Philip Bao- Former MSMC General Surgery Assistant Program Director.
    Phone number: 631-835-7122

58. Robert Bailey- MSMC attending.
    Phone number: 305-676-8418

59. Robert Farrow- MSMC Associate Fellowship Director.

    Phone number: 305-674-2064

60. Robert Grossman- Former MSMC attending and Resident Doctor.
    Phone number: 305-498-0222

61. Robert Goldzser- MSMC Senior Vice President for Academic Affairs.
    Phone number: 305-905-4282

62. Robert Poppiti- MSMC Chairman of the A.M. Rywlin M.D. Department of Pathology.
    Phone number: 305-775-0199

63. Rocco Andreoni- Former MSMC resident.
    Phone number: 754-224-6849

64. Sarah Abdelfattah- MSMC anesthesiologist.
    Phone number: 305-674-2852

65. Seth Goldberg- MSMC physician assistant.
    Phone number: 305-726-7633

66. Shelsea Palaez- MSMC nurse.

67. Stephani Santiago- Former MSMC nurse.
    Phone number: 305-772-9563

68. Stephanie Shim- Hand and Upper Extremity Surgery Director.
    Phone number: 267-210-1466

69. Stephen Unger- MSMC attending.
    Phone number: 305-992-7103

70. Steve Sonnenreich- Former MSMC CEO and current board member.

71. Steven DeBeer- MSMC Aortic Center Co-Director.
    Phone number: 305-213-7498

72. Sumana Narayanan- MSMC Assistant Professor at the Columbia University Division of Surgical Oncology.
    Phone number: 610-209-0958

73. Timothy Lee- Former MSMC resident.
    Phone number: 508-345-1309

74. Thomas Mesko- MSMC former attending.
    Phone number: 305-972-7201

75. Roy Williams- MSMC Thoracic Surgery Division Director.
Phone number: 610-209-0958

**APPENDIX B**

**A. Description of documents, electronically stored information, and tangible things that the Plaintiff may use to support her claims.**

1. ACGME Common Program Requirements (Residency)
2. March 11, 2020 - Graduate Medical Education Program Agreement
3. October 26, 2022 - EEOC Dismissal and Notice of Right to Sue
4. January 18, 2023 – Email Communication between Plaintiff's Counsel and EEOC Enforcement Supervisor, Max Feige
5. July 22, 2021 Offer Letter from Mount Sinai Beth Israel Hospital in New York to Dr. Paige Finkelstein to serve as a House Surgeon
6. All Communications between Dr. Paige Finkelstein and Mount Sinai Beth Israel Hospital
7. All Email Communications between Dr. Paige Finkelstein's then legal counsel, Barry Wax, and Mount Sinai Medical Center's general counsel, Arnie Jaffee and all attachments thereto
8. All Letters of Recommendation, written after Dr. Paige Finkelstein's forced resignation, displaying an accurate depiction of her tenure at Mount Sinai Medical Center
9. June 29, 2021 Dr. Kfir Ben-David's response to an inquiry from a prospective residency program regarding Dr. Paige Finkelstein
10. All reports of wrongdoing and discrimination from Dr. Paige Finkelstein to Dr. Kfir Ben-David
11. August 6, 2018 Email Communication from Dr. Paige Finkelstein
12. July, 2020 Communications between Dr. Paige Finkelstein and Dr. Kiran Muddasani
13. All Text Communications between Dr. Paige Finkelstein and Mount Sinai Medical Center
14. A compilation of news and scientific articles discussing gender bias and discrimination
15. Quality Improvement Proposal: Increasing the Availability of Intraosseous Access in the Code Setting authored by Dr. Paige Finkelstein
16. A table stipulating the procedures Dr. Ben-David witnessed Dr. Paige Finkelstein perform
17. Communication confirming Dr. Kfir Ben-David's interference with Dr. Paige Finkelstein's future career and educational prospects
18. Communication indicating that Dr. Kfir Ben-David's interference was responsible for MSBI withdrawal
19. All exhibits and attachments to the Complaint, Amended Complaint, Second Amended Complaint, and Motions for Injunctive Relief
20. The Declarations of Dr. Paige Finkelstein and all exhibits and attachments thereto

**APPENDIX C**

    **A. Computation of each category of damages claimed by Plaintiff.**

        i.      Attorney's fees and costs incurred
        ii.     Loss of income-past, present, and future
        iii.    Loss of earning capacity
        iv.    Loss of reputation
        v.     Back pay
        vi.    Front pay in lieu of reinstatement
        vii.   Punitive damages

Amounts to be determined.