## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | | |
|---|---|---|
| PAIGE FINKELSTEIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-CV-20188-RKA |
| | ) | |
| v. | ) | |
| | ) | |
| MOUNT SINAI MEDICAL CENTER OF | ) | |
| FLORIDA, INC., a Florida Not For Profit | ) | |
| Corporation, and KFIR BEN-DAVID, M.D., | ) | |
| | ) | |
| Defendants. | | |

### PLAINTIFF'S NOTICE OF STRIKING DE 65 PLAINTIFF'S, PAIGE FINKELSTEIN, RESPONSE TO DEFENDANTS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff, PAIGE FINKELSTEIN, M.D., through undersigned counsel, hereby provides Notice of Striking DE 65 Plaintiff's, Paige Finkelstein, Response to Defendants' Motion to Strike or, in the Alternative, to Dismiss Plaintiff's Second Amended Complaint filed on April 1, 2023 in this cause.

Case No. 1:23-CV-20188-RKA
Plaintiff's Notice of Striking DE 65 Plaintiff's, Paige Finkelstein, Response to Defendants'
Motion to Strike or, in the Alternative, to Dismiss Plaintiff's Second Amended Complaint
Page 2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with

the Clerk of Court and served by E-Mail through the Florida Courts E-Filing Portal on this 3rd

day of April, 2023 to the following:

**<u>*Attorneys for Defendant, Mount Sinai Medical Center of Florida*</u>**
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

**<u>*Attorneys for Defendant, Kfir Ben-David, MD*</u>**
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:      (561) 686-3307
Facsimile:      (561) 686-5442
Richard H. Levenstein, Esq.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com

Case No. 1:23-CV-20188-RKA
Plaintiff's Notice of Striking DE 65 Plaintiff's, Paige Finkelstein, Response to Defendants'
Motion to Strike or, in the Alternative, to Dismiss Plaintiff's Second Amended Complaint
Page 3

Gabrielle O. Sliwka
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com


By: _____/s/ *Richard H. Levenstein*_____
        Richard H. Levenstein
        Florida Bar No. 235296
        Gabrielle O. Sliwka
        Florida Bar No. 1022654