UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

## ELLIOT GOODMAN, M.D., AFFIDAVIT

I, Elliot Goodman, M.D., B.S., state that the following is true and correct:

1. I received my M.D. at Cambridge University. I have completed my surgical internship at Cambridge and moved on to complete my residency at the Maimonides Medical Center in Brooklyn, New York. I was a research fellow in the Columbia University Department of Surgery and a Trauma and Critical Care fellow at the Coney Island Hospital in Brooklyn, New York.

2. I am Board Certified by the American Board of Surgery and hold Certificates in Healthcare Delivery Leadership from Cornell University and Surgical Leadership from Oxford University. I am also a member of the American Society of Metabolic and Bariatric Surgery.

3. I have been the Assistant Professor of Surgery and the director of Surgical Clerkship (MSB/MSBI) at Icahn School of Medicine at Mount Sinai. At MSBI, I also served as Bariatric Surgeon, Chief of Bariatric Surgery, and Chief until October 2022, when I joined the City University of New York (CUNY) School of Medicine as the Director of Surgical Education, Professor of Medical Sciences and Co-director of Organ Systems.

4. As MSBI's Chief, my responsibilities included regularly reviewing applications for various surgical roles. I have performed these responsibilities for MSBI since 2006. The facts stated herein are true and correct and based upon my own personal knowledge and/or upon my personal review of MSBI's business records pertinent to this matter. If called as a witness to testify, I could and would competently testify to the facts set forth herein.

5. My responsibilities included interviewing and consulting with accreditation committee members to select qualified applicants to join our Medical Staff. As such, I have personally reviewed Plaintiff, Paige Finkelstein, M.D.'s ("Dr. Finkelstein") application for MSBI's house surgeon position and have participated in her interviewing process.

6. Dr. Finkelstein's experience and education qualified her for the house surgeon position, and MSBI's staff was excited to have her join the team.

7. As MSBI's Head of Surgical House-staff, I offered Dr. Finkelstein the house surgeon position provided she produced essential documents, including her Summative Evaluation, Program Director Letter, and Proof of Completion for at least two years of surgical residency ("Completion Documents"). Dr. Finkelstein was unable to provide the Completion Documents.

8. I contacted professionals involved with Mount Sinai Medical Center's ("MSMC") General Surgery Residency Program, including Dr. Ayad, Dr. Lee, Dr. Bao, and Dr. Burt, to obtain further information regarding Dr. Finkelstein's tenure at MSMC's General Surgery Residency Program. All of these professionals provided Dr. Finkelstein with positive references.

9. Conversely, when I contacted Kfir Ben-David, M.D. ("Dr. Ben-David") MSMC's General Surgery Program Director, to discuss Dr. Finkelstein, he suggested that he would not hire Dr. Finkelstein if he were me due to unspecified professionalism issues that he reported having with Dr. Finkelstein.

10. Dr. Ben-David was aware that he would be asked for a written Program Director's reference for Dr. Finkelstein, and of the importance his letter would have in the hiring of Dr. Finkelstein. Dr. Ben-David knew this because I had emailed him that Dr. Finkelstein's not completing MSMC's General Surgery Residency program was a "red flag" and that his letter would be the determining factor in our decision to complete the credentialing of Dr. Finkelstein.

11. Because Dr. Finkelstein was unable to obtain her Completion Documents from MSMC, and because of Dr. Ben-David's representations about Dr. Finkelstein, in early March, 2022, MSBI decided to rescind Dr. Finkelstein's house surgeon job offer. Dr. Ben-David's adverse statements pertaining to Dr. Finkelstein were material in MSBI's decision.

## VERIFICATION

NEW YORK STATE                )
                              )
COUNTY OF New York            )

Before me, the undersigned authority, personally appeared Elliot Goodman, M.D., B.S., who was sworn and states the facts in the foregoing Affidavit are true and correct.

_____
ELLIOT GOODMAN, M.D., B.S.

_Elliot R Goodman_
Print Name

Sworn to (or affirmed) and subscribed before ☒ physical presence or ☐ online notarization me this _30_ day of March, 2023, by ELLIOT GOODMAN, M.D., B.S., who is ☐ personally known to me or ☑ provided the following identification: _NYS Driver's Lic_

_Badiyah Amir_
Notary Public - State of New York

(affix stamp)

NOTARY PUBLIC
State of New York at Large

My Commission Expires:

BADIYAH AMIR
Notary Public, State of New York
No. 01AM6174527
...ed in New York County
Commission Expires Sept. 24, 20_23_

Page 4 of 4