Attorney-Client Privileged



**From:** "Goodman, Elliot" <Elliot.Goodman@mountsinai.org>
**Date:** September 30, 2021 at 1:31:06 PM EDT
**To:** Kfir Ben-david <Kfir.bendavid@msmc.com>, MD1 Gmail AC
<egoodmanmd1@gmail.com>
**Subject: Reference for Paige Finkelstein**

CAUTION: **CYBER RISK - EXTERNAL EMAIL** This email is from outside MSMC.
Please use caution with attachments and links.

Hi Kfir

Shanah Tovah

I am writing from another Mount Sinai ( the NYC version) in reference to one of your ex residents who is about to study for her MBA at Columbia and who has applied for a moonlighting position within our department of surgery

We just wanted to flesh out the details of her leaving your program, especially as it was in the middle of an academic year (a potential red flag!)

If you have a spare few minutes, I'd love to chat with you

My cell number is 718-213-3407

I hope to be able to connect with you soon

Bvracha

Elliot Goodman

Vice chair of surgery

MS Beth Israel


Sent from my iPhone

**From:** Kfir Ben-david
**Subject:** Fwd: Reminder: Mount Sinai Health System: Clinical Evaluation Request - Paige Finkelstein, MD

Jessica,
I can not fill this out for you since the only information I can provide you is objective facts regarding this applicant. I will not render an opinion regarding her surgical or professional skills since she did not complete a surgical residency.
In summary, Dr. Finkelstein was a resident with us here at Mount Sinai medical center for 2.5 years. She resigned 1/11/2021 before completing her PGY3 year. She was placed on probation two different times for professionalism, communication skills and medical knowledge. She performed over 400 surgical cases during her time with us. She scored 31% and 21% on her in service examination during her PGY1 and PGY2 year, respectively. She did not take the in service exam during her PGY3 year.

Thank you,


Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863



Please excuse the brevity email sent from my iPhone

Begin forwarded message:

> **From:** Mount Sinai - Medical Staff Services <donotreply@credentialondemand.com>
> **Date:** November 7, 2021 at 1:55:42 PM EST
> **To:** Kfir Ben-david <Kfir.bendavid@msmc.com>
> **Subject: Reminder: Mount Sinai Health System: Clinical Evaluation Request - Paige Finkelstein, MD**
> **Reply-To:** donotreply@credentialondemand.com

**CAUTION: \*\*CYBER RISK - EXTERNAL EMAIL\*\* This email is from outside MSMC. Please use caution with attachments and links.**

This is a friendly reminder that the completion of an online form has been requested regarding Paige Finkelstein, MD. The instructions and link for completing the online form can be found in the original email below. Thank you for your assistance in this matter.

-----Original Message-----
From: Mount Sinai - Medical Staff Services
Sent: 11/1/2021 11:01:22 AM
To: kfir.bendavid@msmc.com
Subject: Mount Sinai Health System: Clinical Evaluation Request - Paige Finkelstein, MD

Dear Kfir David,

Paige Finkelstein, MD, MD has submitted an application/reapplication for membership and/or privileges to one or more Mount Sinai Health System affiliated hospitals. The applicant has listed you as either a department chair at his/her primary admitting facility, as a physician who can attest to his/her current clinical competence, or as a professional peer reference.

In order to process the application properly and expeditiously, we would appreciate your assistance in providing an evaluation of the applicant's qualifications by completing an online evaluation.

Within the process are: (1) a copy of the applicant's release and immunity statement consenting to this inquiry and your response; and (2) a copy of the privileges that he/she is requesting (if applicable).

Click here Click here or paste this link into your browser to begin this process:
https://app.skillsurvey.com/CredentialOnDemand/credentialingreference/instructions/@uSczgzHSinGS58$/mVfH7cw==#.

Your prompt response is greatly appreciated. Please feel free to contact me should you have any questions.

If this email was sent to you in error, or if you feel you are not the correct recipient of this email, please contact Jessica Crociata at Jessica.Crociata@mountsinai.org.

Need help?
Technical support: support@credentialondemand.com
Process questions, please contact Jessica Crociata at Jessica.Crociata@mountsinai.org

Sincerely,
Jessica Crociata
Medical Staff Coordinator