

# FCVS
### FEDERATION CREDENTIALS VERIFICATION SERVICE

## Medical Professional Information Profile

*This report provides credentialing information for:*

Name: **Finkelstein, Paige Erin**

Social Security Number: **XXX-XX-8976**

Date of Birth: **May 05, 1992**

FID#: **301450417**

Recipient: **Self**

Delivery Date: **07/13/2021**

## ABOUT THIS PROFILE

The Federation Credentials Verification Service (FCVS) was retained by the above referenced medical professional to verify his/her medical credentials for submission to your agency/organization. Unless noted otherwise, all documents contained in this report were received directly from the issuing institution per written request made by FCVS.

NOTICE: All documents bearing an original Official FCVS seal are certified to be an exact reproduction of the original. Where required, original documents are provided according to the agreements with the Institution issuing such document. FCVS maintains all original documents (excluding third-party examination transcripts) in the physician's source file.

This FCVS Medical Professional Information Profile ("Profile") is compiled and provided by the Federation of State Medical Boards of the United States, Inc. (Federation) as a reference source for, and only for, its member boards and other entities authorized by the Federation. The Profile embodies and contains confidential business information because the information, and the format and presentation of that information, comprise trade secrets of the Federation and because the Profile's disclosure would harm the Federation by providing others with an unfair business advantage in competing with the Federation's FCVS services. Further, the form of the Profile and the contents of this Profile, including the compilation of information in this Profile, are the Federation's copyrighted works and proprietary, confidential information and are subject to the protections of United States laws governing copyright, trademark and trade secrets, as well as various state laws protecting the Federation's trade secrets and other intellectual property rights. This Profile and its contents may not be (1) copied, reformatted, modified, published or displayed publicly or (2) used, disclosed, distributed, shared or sold, in whole or part, for any purpose, including use to establish any database or files as a compendium or otherwise, all of which is strictly prohibited without the express written consent of the Federation's CEO.

# FCVS
**FEDERATION CREDENTIALS VERIFICATION SERVICE**

## Affidavit and Release



---

**Notary:**
Your seal (or stamp) must be partly upon the photo and partly upon the signature of the applicant.

I, the undersigned, hereby certify under oath that I am the person named in this application, that all statements I have or shall make with respect thereto are true, that I am the original and lawful possessor and person named in the various forms and credentials furnished or to be furnished with respect to my application and that all documents, forms or copies thereof furnished or to be furnished with respect to my application are strictly true in every aspect.

I acknowledge that I have answered all questions contained in the application truthfully and completely. I further acknowledge that failure on my part to answer questions truthfully and completely may lead to me being prosecuted under appropriate federal and state laws.

I authorize and request every person, hospital, clinic, government agency (local, state, federal or foreign), court, association, institution or law enforcement agency having custody or control of any documents, records and other information pertaining to me to furnish to the Federation Credentials Verification Service any such information, including documents, records regarding charges or complaints filed against me, formal or informal, pending or closed, or any other pertinent data and to permit the Federation Credentials Verification Service or any of its agents or representatives to inspect and make copies of such documents, records, and other information in connection with this application.

I hereby release, discharge and exonerate the Federation Credentials Verification Service, its agents or representatives and any person furnishing information, of any and all liability of every nature and kind arising out of investigation made by the Federation Credentials Verification Service. I authorize the Federation Credentials Verification Service to release information, material, documents, orders or the like relating to me or this application to any entity at my request.

---



*Paige Finkelstein*
Applicant's Signature (must be signed in the presence of a notary)

Finkelstein
Applicant's Printed Last Name

Paige E
Applicant's Printed First Name, Middle Initial, and Suffix (e.g., Jr.)

07/03/2021
Date of Signature (must correspond to date of notarization)

State of ___Virginia___, County of ___Prince George___,

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements on this document are subscribed and sworn to before me by the applicant on this __03__ day of __July__, 20__21__.

Notary Public Signature: *Mary P Chromovsky*

My Notary Commission Expires: August 31, 2022

Completed via Remote Online Notarization using 2way Audio/Video technology

**Please complete and mail this original document to the Federation of State Medical Boards at:**

| 400 FULLER WISER ROAD | EULESS, TX 76039 | TEL(817)868-5000 |

© 2014 Federation of State Medical Boards

FCVS ID Number

FID Number



NotaryCam DocID:60e0f2a2d5dc3f6db7a120f8

 **Identity** 

---

## Biographic Information

Medical professional Name(s):      **Finkelstein, Paige Erin**

Date of Birth:                     May 05, 1992

Place of Birth:                    Toronto, Ontario, CANADA

## Contact Information

Home Address:        1155 Brickell Bay Drive
                     apt. 2408
                     Miami, FL  33131
                     UNITED STATES

Home Address:        3914 NW 53rd Street
                     Boca Raton, FL  33496
                     UNITED STATES

Mobile Phone:        (561) 542-5425

Email:               paige@finkelstein.us

---

**Credentials Analysis Information for Identity**

---

There is no Omission/Discrepancy/Miscellaneous information identified.

## CERTIFICATION OF IDENTIFICATION
### Certification by Notary Public Is Required

Applicant Full Legal Name: **Finkelstein**          **Paige**          **Erin**

Last                        First                        Middle

FCVS ID Number: **301 450 417**

## Notary – Please complete the section below:

State of **Virginia**                    County of **Prince George**

I certify that on the date set forth below, the individual named above, did appear personally before me and presented one of the following forms of identification as proof of his/her identity (Birth Certificate or Passport). I further certify that I did identify this applicant by comparing his/her physical appearance with the photograph on a Government issued photo identification presented by the applicant.

The statements on this document are subscribed and sworn to before me by the applicant on this

(Day) **03** , of (Month) **July** ,(Year) **2021** .

Notary Public Signature: *Mary P. Abramowsky*

Commission Expiration Date* (Month) **August** /(Day) **31st** /(Year) **2022**

Completed via Remote Online Notarization using 2way Audio/Video technology

**\* The notary's commission expiration date must be current and legible. If no expiration date, such as 'lifetime', an explanation must be provided.**

**Notary Stamp Here**



Please complete and mail this original document and a photocopy of the birth certificate or passport presented to the Notary to:

**Federation of State Medical Boards**
**ATTN: FCVS**
400 Fuller Wiser Rd., Suite 300
Euless, TX 76039-3856



NotaryCam DocID:60e0f61eed8e380035705419

 

# Chronology of Activities

The Chronology of Activities is a comprehensive report of a medical professional's activities as reported to FCVS in the medical professional application.

| Start Date | End Date | Activity Type | Location |
|---|---|---|---|
| 06/24/2014 | 05/12/2018 | Medical Education | University of Miami Miller School of Medicine<br>Miami Florida<br>UNITED STATES |
| 06/24/2018 | 01/14/2021 | Postgraduate Training | Mount Sinai Medical Center of Florida Program<br>Miami Beach Florida<br>UNITED STATES |

End of Chronology of Activities report for:  Finkelstein, Paige Erin

 **Medical Education** 

---

**Medical Education**

---

| | |
|---|---|
| **Medical School:** | **University of Miami Miller School of Medicine** |
| Location: | Miami, FL |
| | UNITED STATES |

---

**Credentials Analysis Information for Medical Education**

---

There is no Omission/Discrepancy/Miscellaneous information identified.

DocuSign Envelope ID: D3E66FE7D48839F25A-9CC1-5466743A4DBE





**Institution Name:** University of Miami Miller School of Medicine

**City:** Miami          **State/Province:** Florida          **Country:** UNITED STATES

**Premedical Education:**

Years of education required for admission to your medical school:   4

Credential/degree presented by the applicant for admission to your medical school:   Bachelors

**Enrollment and Participation:**

Our records indicate that   Finkelstein, Paige Erin

attended our medical school for a total of   150   weeks of medical education on the following dates:

From MM/DD/YYYY:   06/24/2014     To MM/DD/YYYY:   05/11/2018

This individual was awarded the degree of   Doctor of Medicine          on   05/12/2018

## Unusual circumstances

1. Do this individual's official records reflect (an) interruption(s) in his/her medical education?     YES          NO     X     N/A

   If YES, please select the reason(s) for, indicate the dates of the interruption(s) or extension(s) and check whether the interruption/extension was approved or unapproved.

| | | | From MM/DD/YYYY: | To MM/DD/YYYY: |
|---|---|---|---|---|
| Personal/Family | Applicable | N/A | / / | / / |
| Academic remediation | Applicable | N/A | / / | / / |
| Health | Applicable | N/A | / / | / / |
| Financial | Applicable | N/A | / / | / / |
| Participation in joint degree program (e.g., MD/PhD) | Applicable | N/A | / / | / / |
| Other | Applicable | N/A | / / | / / |

Other Explanation:

Medical School Code:  010020                                        FID: 301450417

DocuSign Envelope ID: 3EC6FED19839425A-9C9154667434A4DBE

**2.** Do this individual's official records reflect that he/she was ever placed on academic or disciplinary probation during his/her medical education?  **YES**  **NO**  X  **N/A**

If YES, please select the reason(s) for the probation and indicate the date(s) of placement on and removal from probation.

|  |  |  | From MM/DD/YYYY: |  | To MM/DD/YYYY: |  |
|---|---|---|---|---|---|---|
| Academic Probation | Applicable | N/A | / | / | / | / |
| Probation for unprofessional conduct/behavior | Applicable | N/A | / | / | / | / |
| Probation for other reason | Applicable | N/A | / | / | / | / |

Other Reason Explanation:

**3.** Do this individual's official records reflect that he/she was ever disciplined for unprofessional conduct/behavioral reasons by the medical school or parent university?  **YES**  **NO**  X  **N/A**

If YES, please provide detailed information about the circumstances and outcome(s):

**4.** Do this individual's official records reflect that he/she was ever the subject of negative reports for behavioral reasons or an investigation by the medical school or parent university?  **YES**  **NO**  X  **N/A**

If YES, please provide detailed information about the circumstances and outcome(s):

**5.** Do this individual's official records reflect that there were any limitations or special requirements imposed on the individual because of questions of academic incompetence, disciplinary problems, or any other reason?  **YES**  **NO**  X  **N/A**

If YES, please provide detailed information about the nature of the limitations or special requirements:

**6.** Attach Transcript   **7.** Attach Diploma   **8.** Do you have a Dean's Letter to Attach?  **YES**  X  **NO**   **9.** Would you like to upload an additional attachment?  **YES**  **NO**  X

Attestation of Person completing Verification of Medical Education document: I hereby attest that the information contained herein accurately reflects the training records of the above-named physician.

| **ELECTRONIC SEAL VERIFIED** | Name: Margarita Telleria |
|---|---|
|  | Title: Sr Program Coord |
|  | Signature: *Telleria, Margarita* 300FEAEBCE244F... |
|  | Date of Signature: 6/28/2021   Email: mtelleria@med.miami.edu |

Medical School Code:  010020

FID:  301450417



UNIVERSITY OF MIAMI
**MILLER SCHOOL**
of MEDICINE

Office of Student Affairs
P.O. Box 016960
Miami, FL 33101

Phone 305.243.2003
Fax 305.243.3389

August 17, 2017

Federation Credentials Verification Services
400 Fuller Wiser Road, Suite 300
Euless TX 76039

To whom this may concern:

The Office of Student Affairs at the University of Miami Miller School of Medicine has authorized Margarita Telleria, Program Coordinator for Alumni Services, to be responsible for completion and certification of all Medical Education verifications. Any requests that require special attention in the *Unusual Circumstances* section of your Verification of Medical Education form are reviewed and discussed with Ms. Telleria by the Dean of Student Affairs.  She is tasked as the signatory for the FCVS account.

Sincerely,

Ana Campo M.D.
Associate Dean for Student Affairs

cc:  Chris Alabiad, M.D.
     Alex Mechaber, M.D.

 

**Applicant Reported
Unusual Circumstances**

---

**Medical School**

Medical Professional Name:          Finkelstein, Paige Erin

University of Miami Miller School of Medicine

**Unusual Circumstances**

**Did you have any interruption(s) or extension(s) in your medical education?**          **No**

**Were you ever placed on probation?**          **No**

**Were you ever disciplined or placed under investigation?**          **No**

**Were any negative reports for behavioral reasons ever filed by instructors?**          **No**

**Were any limitations or special requirements imposed on you because of academic
performance, incompetence, disciplinary problems or for any other reason?**          **No**

---

End of Applicant Reported Unusual Circumstances report for:          Finkelstein, Paige Erin

DocuSign Envelope ID: EC6F76D43883-42AA-9DC1-546742A4FBE4



**UNIVERSITY OF MIAMI**
**MILLER SCHOOL**
**of MEDICINE**

| | |
|---|---|
| Office of Student Affairs | Phone: 305-243-2003 |
| P.O. Box 016960 (R-128) | Fax: 305-243-8389 |
| Miami, FL 33101 | |

October 1, 2017

Dear Residency Program Director,

The faculty and administration of the University of Miami Leonard M. Miller School of Medicine are proud of all our graduates. We are fully confident that each has attained the knowledge, skills and attitudes to successfully practice medicine in the supervised role of the first year house officer. In an effort to assist residency program directors in being able to differentiate among qualified graduates of the Miller School of Medicine, we have developed a system that ranks students based on their _overall_ performance. This system takes into account each student's academic credentials, extra-curricular activities, and professional attitudes and behavior. At the end of the Medical Student Performance Evaluation (MSPE), we have included a statement about the strength of the candidate. The attached table includes a description of our ranking system.

_We have made significant modifications to our presentation of the MSPE in order to adhere to the changes proposed nationally by the AAMC Group on Student Affairs and MSPE Taskforce._

We hope that you find our MSPE to be a useful tool in assessing the strengths of our graduates. Please feel free to contact us if you have any questions about a student, our numeric grading system or this ranking system.

Sincerely,

Alex J. Mechaber, M.D.
Senior Associate Dean for Undergraduate
Medical Education

Daniel M. Lichtstein, M.D.
Regional Dean for Medical Education

Ana E. Campo, M.D.
Associate Dean for Student Affairs

Gauri Agarwal, M.D.
Associate Regional Dean for Medical Curriculum

Paul E. Méndez, M.D.
Associate Dean for Clinical Curriculum

Julie Belkowitz M.D.
Assistant Regional Dean for Student Affairs

Chris R. Alabiad, M.D.
Assistant Dean for Student Affairs

Amar Deshpande, M.D.
Assistant Dean for Medical Education and
Competency Assessment

DocuSign Envelope ID: EC6F5FD13889-42AA-9DC1-5466742A4DBE

### University of Miami Leonard M. Miller School of Medicine
### MSPE Ranks with Descriptions

| Rank | Description |
|---|---|
| **1. Superior** <br> *(Historically 22% of students)* | Highest recommendation. Superior candidates are in the top quartile of the class and have made significant contributions to student life, community service or research. |
| **2. Outstanding** <br> *(Historically 30% of students)* | Outstanding candidates are in the top quartile of the class and have made varying contributions to student life, community service or research, (2%) <br><br> or <br><br> are in the second quartile of the class and have made significant contributions to student life, community service or research. (28%) |
| **3. Excellent** <br> *(Historically 23% of students)* | Excellent candidates are in the second quartile of the class and have made varying contributions to student life, community service or research, <br><br> or <br><br> are in the third quartile of the class and have made significant contributions to student life, community service, or research. (23%) |
| **4. Very Good** <br> *(Historically 25% of students)* | Very good candidates are in the third quartile of the class and have made varying contributions to student life, community service or research (0.5%) <br><br> or <br><br> are in the fourth quartile of the class and have made significant contributions to student life, community service, or research. (24.5%) |
| **5. Good** <br> *(Historically <1% of students)* | Good candidates are in the fourth quartile of the class and have made varying contributions to student life, community service or research. |

DocuSign Envelope ID: EC6FE0D3B893-42AA-9DC1-546674?A4DDE



UNIVERSITY OF MIAMI
MILLER SCHOOL
of MEDICINE

| | Office of Student Affairs | Phone: 305-243-2003 |
| | P.O. Box 016960 (R-128) | Fax: 305-243-8389 |
| | Miami, FL 33101 | |

**MEDICAL STUDENT PERFORMANCE EVALUATION**

for

## PAIGE FINKELSTEIN

October 1, 2017

### Identifying Information

Paige Finkelstein is a fourth year medical student in good standing in the University of Miami Leonard M. Miller School of Medicine (UMMSM) in Miami, Florida.

## NOTEWORTHY CHARACTERISTICS

Paige Finkelstein is a member of our select group of students here at UMMSM who have chosen to pursue a dual degree in public health and medicine. This intensive track integrates both the medical school and Master of Public Health curricula throughout the four years of the educational program. The four-year MD/MPH program is designed to provide these students with the academic knowledge and skills, as well as the clinical experience, to improve the health of all populations, especially those most vulnerable and underserved. Paige Finkelstein has been a highly motivated student in the MD/MPH program and has excelled academically in her graduate school curriculum.

***The following are noteworthy characteristics which highlight specific contributions or student strengths, in addition to descriptions of any significant challenges or hardships encountered during school.***

- Paige is a National Council of Examiners for Engineering and Surveying (NCEES) licensed engineer. Using this expertise and skills developed from her public health training, she **created a facial recognition mobile application**, ERinfo.me, for first responders and emergency room physicians in order to address the issue of patient recognition in hospitals. She is currently working to implement a pilot study with national health insurers and paramedic training programs.

- Paige has also participated in various public health and surgery-related **research** projects which have resulted in multiple published manuscripts, poster, and oral presentations. Most notably, she conducted a meta-analysis of surgical vs. non-surgical management of pancreatic neuroendocrine tumors and was first author of the manuscript published in the Journal of Gastrointestinal Surgery.

- Paige completed her MPH Capstone Fieldwork with the **American Medical Association joint Food and Drug Administration Internship** in Washington, D.C.. Paige spent the summer working at the FDA and AMA developing strategies to better engage physicians and patients regarding increased awareness of the FDA regulatory activities in drug development and compassionate use of novel drugs. An essay related to her experience was published in JAMA Ethics.

DocuSign Envelope ID: EC6F6D05893R-42AA-9DC1-5466742A4DBE

**PAIGE FINKELSTEIN**
*Medical Student Performance Evaluation*
*Page 2 of 6*

## Academic History

| | |
|---|---|
| Date of Expected Graduation from Medical School: | May 2018 |
| Date of Initial Matriculation in Medical School: | August 2014 |
| Please explain any extensions, leave(s) of absence, gap(s), or break(s) in the student's educational program: | Not applicable |
| Was the student required to repeat or otherwise remediate any coursework during his/her medical education? | No |
| Was this student the recipient of any adverse action(s) by the medical school or its parent institution? | No |

## ACADEMIC PROGRESS

### Professional Performance

Paige has met all institutional educational objectives in communication skills, professionalism (which includes demonstration of responsibility, empathy, reflective practice, cultural humility and adherence to ethical principles), self-directed, life-long learning skills, and interprofessional skills.

### Preclerkship/Basic Science Curriculum:

The preclerkship curriculum for students enrolled in the four year dual degree MD/MPH track emphasizes small groups with intensive faculty mentorship. The curriculum emphasizes professionalism, communication skills, chronic disease, self-directed learning, and personal reflection. All basic science courses utilize problem based learning, with case objectives reflecting the integration of multiple core disciplines. By the completion of their preclinical years, each student has prepared and presented approximately 45-50 oral presentations based on identified case objectives and learning issues.

Paige passed all courses in years one and two, and passed the USMLE Step 1 Exam on her first attempt. In addition, Paige passed our two-year Clinical Skills Program culminating in the successful completion of our Clinical Competency Assessment Week at the end of both years one and two. Specific areas assessed included history-taking, physical exam skills, communication skills, oral case presentation, and clinical reasoning.

### Core Clinical Clerkships:

The clinical curriculum on the regional medical campus is an innovative preceptor-based curriculum, focusing on continuity of care and the treatment of chronic disease, with a strong emphasis on individual student mentorship.

The following are evaluations of Paige Finkelstein's performance in the core clinical clerkships presented in chronological order.

**PEDIATRICS**
Grading Rubric:
   Clinical 50%; NBME Exam 25%; Oral Exam 10%, Presentation 10%; Other 5%

The Pediatric Clerkship is a 6 week clerkship and includes experiences in inpatient pediatric wards, pediatric emergency department, newborn nursery/neonatal intensive care unit and both general pediatrics and outpatient specialists in pediatrics. Overall Paige exceeded expectations for a third year student during this clerkship. On the oral exam, Paige performed well above expectations demonstrating excellent fund of knowledge and clinical reasoning skills. Her differential diagnoses were thorough and she displayed excellent reasoning. She was well informed and confident. Her case report was on serum sickness and migratory arthritis. Her presentation was superb and complex and her mastery of the material was evident. On the shelf exam Paige performed very well, displaying again an excellent fund of knowledge.

Paige is a bright, enthusiastic medical student who was described by the emergency department preceptors as a talented student. In the emergency room, she was dedicated and inquisitive and correctly diagnosed a patient with Pertussis before the attending had had the opportunity to assess the patient. She was the consummate professional, always responsible and reliable. She was proactive and participated fully in rounds and clinical discussions often contributing insight that others had not thought of. She was efficient and organized and was always eager to be a part of all patient interactions. Her outpatient preceptor described her as "mature, confident, thorough and with an excellent fund of knowledge." In summary, Paige was a delightful medical student who consistently performed history and physicals thoroughly and accurately. Her presentations were detailed and well thought out and her formulation of management plans relevant and complete. She was always optimistic and smiling and was well liked by patients, peers, staff and the medical team.

**OBSTETRICS/GYNECOLOGY**
Grading Rubric:
   Clinical 30%; NBME Exam 25%; OSCE 10%; Presentations 20%; Quiz 10%; Other 5%

Paige Finkelstein exceeded expectations for a third year medical student on the Obstetrics and Gynecology core clerkship at the University of Miami Miller School of Medicine. The faculty physicians who worked with Paige felt "Paige is very enthusiastic, smart and kind. She is motivated to be a good doctor. Paige is extremely enthusiastic and excellent with patients and their families. She was inquisitive and interested in all aspects of patient care. Paige is an independent thinker, often with original diagnostic ideas or researching knowledge gaps for the team. She had in depth but simple case presentations. She was able to perform a GYN exam within three days of her first week. Overall, will make a wonderful physician in whichever field she chooses." Her obstetric examinations in a high risk population were above average. Her gynecological skills were above average as well. In our didactic case sessions, Paige presented a case of a morbidly obese female at 38 weeks with eclampsia, superimposed on chronic hypertension. Her discussion and clinical reasoning abilities were at the expected level. Her presentation of a journal article titled, "Diagnosis and management of preeclampsia in community settings in low and middle-income countries" was very good. In the weekly small group PBL-style sessions with a faculty advisor, she actively participated and made positive contributions to the discussion. On the mini-OSCE oral exam, testing competency in pelvic and breast exam, Paige performed very well. She covered all key points of information and demonstrated strong verbal and non-verbal skills. Paige performed very well on the NBME Subject Exam. On a professional note, Paige exhibited good character, judgment and ethical behavior at all times.

**FAMILY MEDICINE**
Grading Rubric:
    Clinical 40%; NBME 25%; Written Report 15%; Quizzes/ Assignments 15%; Other 5%

Paige Finkelstein met and exceeded exceptions of a student of her level of training in Family Medicine. During her 6 week rotation, she was assigned to two outpatient physicians. One of her preceptor stated, "She is one of the strongest medical students I have worked with this year." She has a broad depth of knowledge and was able to apply it well in the medical setting. She is self-directed in her learning worked hard to expand her clinical skills. In didactics, her written notes were excellent and her oral reports were compressive and refined. In particular her presentation on a patient with an axillary abscess was outstanding. Paige performed well on the NMBE Subject Exam. Overall Paige performed very well to an excellent level in the Family Medicine rotation.

**PSYCHIATRY**
Grading rubric:
    Clinical 50%; NBME 25%; Observed Exam 10%; Written reports 10%, Other 5%

Paige Finkelstein is a bright and motivated medical student. She performed well throughout the psychiatry clerkship. Her preceptors noted a particularly good fund of knowledge and clinical judgment. Paige consistently related to patients in a kind and empathetic manner. Paige developed a solid fund of knowledge in psychiatry reflected in his performance on the NBME exam. In her oral exam, she performed a comprehensive interview on a difficult patient with mood disorder and did an excellent job clarifying the history. Paige gave a well thought out, thorough differential diagnosis. Her written case report included a detailed history of present illness and well-reasoned differential diagnosis. Overall, Paige received positive evaluations from her preceptors.

**INTEGRATED SURGERY**
The Integrated Surgery Clerkship is designed as a twelve week course, during which surgery is integrated with the disciplines of anesthesia and radiology.

Grading Rubric:
    **Surgery: 80% of the grade,** of which Clinical 40%; NBME 35%; Oral Exam 20%; Other 5%

    **Anesthesia: 10% of the grade,** of which Clinical 100%

    **Radiology: 10% of the grade,** of which Presentation 50%; Test 35%; Participation/ Assignments 15%;

Paige Finkelstein did extremely well throughout her 12 weeks on the Integrated Surgical Clerkship. Her clinical skills exceeded expectations. She is described as a go-getter, always willing to go the extra mile. She rapidly became an integral part of the surgical team. One preceptor noted that she functioned as an intern. She was always well prepared. Her technical skills are excellent. Her formal case write-up was on a patient with a port infection. This report reflected a proper work-up and an understanding of the clinical issues at hand. Her fund of knowledge is excellent. She did very well on the shelf exam. Her oral exam scores were rated as "solid pass." During the clerkship, Paige spent numerous hours one on one with our radiologists. Thus she gained great experience in the interpretation of a broad range of imaging studies. Her Radiology post-test reflected a very good understanding of the material. Her radiology presentation was clear. With her exposure to anesthesia, Paige gained experience in airway management including endotracheal intubation. She again

exceeded all expectations of the anesthesia staff. In summary, Paige did extremely well on the Surgical Clerkship. Her clinical performance is rated as excellent.

**INTEGRATED INTERNAL MEDICINE**

The Integrated Medicine Clerkship is designed as a twelve week course, during which internal medicine is integrated with the disciplines of palliative care, geriatrics, and radiology. The students work on a traditional inpatient service for eight weeks. They are also assigned to work one on one with community internists for an additional four week period.

Grading Rubric:

**Medicine: 70% of the grade,** of which Clinical 45%; NBME 25%; Oral Exam 15%; Assignments/ Other 15%

**Geriatrics: 10% of the grade,** of which Clinical 45%; Online module  30%; Written Case 10%; Presentation 15%

**Palliative Care: 10% of the grade,** of which Clinical 50%; Case write up 10%; Participation 20%; Test 20%

**Radiology: 10% of the grade**, of which Presentation 35%; Test 35%; Participation/ Assignments 30%

Paige met the expectations of a student at her level of training.  Her community preceptor felt that she had "impressive knowledge and clinical experience."  Her inpatient attendings felt that she was "an active member of the healthcare team" with "thorough histories and physical exams that related to the patients' presenting problems."  They further noted that Paige "easily developed a rapport with her patients and advocated for them."  The residents and interns who worked with Paige felt that she "took ownership of her patients" while "trying to help her patients any way that she could," and that she "was motivated" and "worked well with the team."

Paige's written case reports exhibited her attention to detail and excellent clinical reasoning ability.  In student report, Paige was an engaged participant who demonstrated excellent preparation and presentation skills.  Her oral examination was noted to be good as she was well-prepared.  Paige scored very well on her NBME subject exam.  She earned a perfect score on the EKG exam.

In the other clerkship disciplines, she successfully met the expectations of the Geriatrics rotation, and was described as "attentive and enthusiastic."  In Palliative Care, she was described as displaying a "professional, interested" attitude.  In Radiology, her presentation was described as "demonstrating an extensive fund of knowledge with good image descriptions." Overall, Paige performed at an excellent level on the Integrated Medicine Clerkship.

**CLINICAL SKILLS**

Upon completion of the core clerkships, Paige successfully completed our end-of-year, 11-station Objective Structured Clinical Examination across all disciplines. Students are required to achieve a passing overall score on this exercise, incorporating assessments of history-taking, physical exam skills, communication skills, clinical reasoning, documentation, and counseling.

## Summary

Paige Finkelstein will graduate from the University of Miami Leonard M. Miller School of Medicine fully prepared to handle the responsibilities of a first year house officer.

Paige will be the recipient of both an MD and MPH degree in May 2018, an outstanding achievement. Paige excelled clinically and exceeded expectations in many of her rotations. She was noted to be an active member of the medical team. Evaluations of her performance in the clinical setting consistently describe a "dedicated" and "enthusiastic" student who is a patient advocate and able to apply her "broad depth of knowledge" to patient care. Paige's meaningful extracurricular accomplishments in the areas of research, school service and innovation, are evidence of her commitment to the local and scientific communities.

Based on Paige Finkelstein's overall academic performance and contribution to student life, community service, and/or research, she has earned a designation of *VERY GOOD.*

If I can be of further assistance in Paige Finkelstein's application process, please do not hesitate to contact me.

Sincerely yours,

Julia Belkowitz Lichtenstein, M.D., MPH
Assistant Regional Dean for Student Affairs
Associate Professor of Pediatrics

DocuSign Envelope ID: EC6FE0D8-893B-42AA-9DC1-546742A42BE4



**UNIVERSITY OF MIAMI**
**MILLER SCHOOL**
**of MEDICINE**

**Appendix E**

**University of Miami Leonard M. Miller School of Medicine**
**Miami, Florida**

The educational mission of the University of Miami Miller School of Medicine (UMMSM) is to graduate physicians with the ability and desire to improve the health of all populations by alleviating suffering and eliminating healthcare disparities through their leadership in patient care, research, education, health care administration and the community.

The UMMSM has two campuses- the Miami Campus and the Regional Medical Campus (RMC) located in Broward and Palm Beach County. The curriculum is comprised of three phases: 1) Core Principles of Biomedical Sciences, 2) Organ System Modules, and 3) Clinical Clerkships and Electives. Doctoring, Physicianship Skills and Integrated Patient Care Courses run concurrent with basic sciences courses in years 1 and 2 to provide early clinical exposure and training. On the RMC, the Physicianship Skills course continues during the year 3 clinical clerkships.

The UMMSM has 6 dual degree programs leading to the degrees of BS/MD, MD/PhD, MD/MPH, MD/MBA (Health Administration Concentration), MD/JD, and MD/MS in Genomic Medicine. The UMMSM also has a Pathway of Emphasis program allowing students to develop a specialized area of concentration in Ethics & Humanities; Gender, Sexual Health and Orientation; Genetics/Genomics; Health Law; Immunologic Medicine/Infectious Diseases; Molecular Medicine; Physiology and Biophysics or Social Medicine.

Students in the four year MD/MPH dual degree track take part in a curriculum that integrates both MD and MPH educational curricula throughout the four years. The preclerkship curriculum for this track emphasizes early community based clinical and public health exposure as well as learning communities with intensive faculty mentorship. Themes emphasized include professionalism, communication skills, chronic illness, and personal reflection. All basic science courses utilize problem based learning integrating multiple core disciplines and highlighting medical ethics, cultural competency, and challenges within the healthcare system. The RMC, the clinical site for this track, utilizes an innovative preceptor-based curriculum, with an emphasis on individual student mentorship and a strong partnership with the Palm Beach County Health Department.

Average length of enrollment to complete the MD degree: 4.3 years

The UMMSM uses a Pass/Fail grading system. In many courses, a numeric score accompanies each grade. Most elective courses are graded Pass/Fail, without numeric scores.

Requirements for Successful Completion of USMLE Step 1,2:

| USMLE Step 1: | USMLE Step 2 CK and CS: |
| --- | --- |
| Required for promotion | Required for promotion |
| Required for graduation | Required for graduation |

Requirements for Successful Completion of Objective Structured Clinical Evaluation (OSCE):
- ✓ Completion of course  ✓ Completion of clerkship  ✓ Completion of third year

The narrative comments contained in the MSPE can be best described as: Edited for length or grammar, but not for content. The UMMSM is in complete compliance with the AAMC "Guidelines for Medical Schools Regarding Academic Transcripts".

The MSPE at the UMMSM is composed by the Senior Associate Dean for Undergraduate Medical Education, Regional Dean for Medical Education and the Associate/Assistant Deans for Curriculum and Student Affairs on both campuses.

Students **are** permitted to review the MSPE prior to its transmission.

DocuSign Envelope ID: EC6FEFD9-B939-425A-9CC1-5466742A4DBE

| 50467702 | 1992-05-05 | Female | ###-##-8976 |
|---|---|---|---|
| Student ID | Date of Birth | Sex | SSN |

**Finkelstein, Paige Erin**
3914 NW 53rd Street
Boca Raton, FL 33496-2704

06/25/2021

# UNIVERSITY OF MIAMI
# MILLER SCHOOL of MEDICINE

## TRANSCRIPT

| UM Crs ID | Course Title | Attempted | Earned | Grade % | Grade |
|---|---|---|---|---|---|
| | Beginning of Medical School Record | | | | |
| | **Fall 2014** | | | | |
| | Miller School of Medicine | | | | |
| | Medical School (MD Program) Major | | | | |
| | MDMPH4DD Option | | | | |
| MDR 550 | CMC INTRO MED PROF | 3.00 | 3.00 | 97 | P |
| MDR 551 | CMC FUND BIOMED I | 7.00 | 7.00 | 89 | P |
| MDR 552 | CMC INT PUB HEALTH & MED 1 | 2.00 | 2.00 | P | P |
| MDR 553 | CMC PHYS SKILLS I | 2.00 | 2.00 | 93 | P |
| MDR 554 | CMC FUND BIOMED II | 5.00 | 5.00 | 84 | P |
| | UM Semester Totals | 19.00 | 19.00 | | |
| | UM Cumulative Totals | 19.00 | 19.00 | | |
| | Sem Student Weighted Average | 89.41 | | | |
| | **Spring 2015** | | | | |
| | Miller School of Medicine | | | | |
| | Medical School (MD Program) Major | | | | |
| | MDMPH4DD Option | | | | |
| MDR 555 | CMC FUND BIOMEDIII | 5.00 | 5.00 | 86 | P |
| MDR 556 | CMC INT PUB HEALTH & MED 2 | 3.00 | 3.00 | P | P |
| MDR 557 | CMC PHYS SKILLS II | 3.00 | 3.00 | 95 | P |
| MDR 558 | CMC NEUROSCIENCE | 9.00 | 9.00 | 75 | P |
| MDR 559 | CMC CARDIOVASCULAR | 8.00 | 8.00 | 85 | P |
| | UM Semester Totals | 28.00 | 28.00 | | |
| | UM Cumulative Totals | 47.00 | 47.00 | | |
| | Sem Student Weighted Average | 82.80 | | | |
| | Acad Yr Student Weighted Average | 85.48 | | | |
| | **Fall 2015** | | | | |
| | Miller School of Medicine | | | | |
| | MD/MPH (4yr / Regional Medical Campus) Major | | | | |
| MDR 650 | CMC GASTRO NUTR SYSTEM | 7.00 | 7.00 | 82 | P |
| MDR 651 | CMC RESPIRATORY | 5.00 | 5.00 | 81 | P |
| MDR 652 | CMC RENAL SYSTEM | 6.00 | 6.00 | 76 | P |
| MDR 654 | CMC HEM & ONCOLOGY | 5.00 | 5.00 | 68 | P |
| MDR 659 | CMC DERM & OPHTHAL | 2.00 | 2.00 | 87 | P |
| | UM Semester Totals | 25.00 | 25.00 | | |
| | UM Cumulative Totals | 72.00 | 72.00 | | |
| | Sem Student Weighted Average | 77.96 | | | |
| | **Spring 2016** | | | | |
| | Miller School of Medicine | | | | |
| | MD/MPH (4yr / Regional Medical Campus) Major | | | | |
| MDR 653 | CMC INFLAM & INFEC | 5.00 | 5.00 | 80 | P |
| MDR 655 | CMC ENDO & REPRO | 6.00 | 6.00 | 92 | P |
| MDR 656 | CMC INT PUB HEALTH & MED 3 | 5.00 | 5.00 | P | P |
| MDR 657 | CMC PHYS SKILLS 3 | 5.00 | 5.00 | 84 | P |
| | UM Semester Totals | 21.00 | 21.00 | | |
| | UM Cumulative Totals | 93.00 | 93.00 | | |
| | Sem Student Weighted Average | 85.75 | | | |
| | Acad Yr Student Weighted Average | 81.00 | | | |
| | **Fall 2016** | | | | |
| | Miller School of Medicine | | | | |
| | MD/MPH (4yr / Regional Medical Campus) Major | | | | |
| MDR 758 | RMC CORE OBS & GYN | 6.00 | 6.00 | 84 | P |
| MDR 759 | RMC CORE PEDIATRICS | 6.00 | 6.00 | 86 | P |
| MDR 760 | RMC CORE PSYCHIATRY | 6.00 | 6.00 | 84 | P |
| MDR 764 | RMC CORE FAM MEDICINE | 6.00 | 6.00 | 86 | P |
| | UM Semester Totals | 24.00 | 24.00 | | |
| | UM Cumulative Totals | 117.00 | 117.00 | | |
| | Sem Student Weighted Average | 85.00 | | | |

*Julia Belkowitz*
Julia Belkowitz, M.D.
Assistant Dean for Student Affairs

Page 1 of 2

ELECTRONIC
SEAL
VERIFIED

DocuSign Envelope ID: EC6FEFD9-B939-425A-9CC1-5466742A4DBE

06/25/2021

| 50467702 | Finkelstein, Paige Erin | 1992-05-05 | Female | ###-##-8976 |
|---|---|---|---|---|
| Student ID | 3914 NW 53rd Street | Date of Birth | Sex | SSN |
| | Boca Raton, FL 33496-2704 | | | |

**UNIVERSITY OF MIAMI**
**MILLER SCHOOL of MEDICINE**

**TRANSCRIPT**

| UM Crs ID | Course Title | Attempted | Earned | Grade % | Grade | | UM Crs ID | Course Title | Attempted | Earned | Grade % | Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Spring 2017** | | | | | | | | UM Semester Totals | 16.00 | 16.00 | | |
| Miller School of Medicine | | | | | | | | UM Cumulative Totals | 177.00 | 177.00 | | |
| MD/MPH (4yr / Regional Medical Campus) Major | | | | | | | | Sem Student Weighted Average | 89.00 | | | |
| MDR 756 | RMC INTEGRATED MEDICINE | 12.00 | 12.00 | 85 | P | | | Acad Yr Student Weighted Average | 89.00 | | | |
| MDR 761 | RMC INTEGRATED SURGERY | 12.00 | 12.00 | 85 | P | | | | | | | |
| MDR 765 | RMC PUBL HLTH PRACTICUM | 2.00 | 2.00 | | P | | | | | Attempted | Earned | |
| MDR 766 | RMC PHYS SKILLS 4 | 0.00 | 0.00 | | P | | | Medical School Career Totals | | | | |
| | | | | | | | | Cumulative Totals | 177.00 | 177.00 | | |
| UM Semester Totals | | 26.00 | 26.00 | | | | | Cumulative Student Weighted Average | 84.19 | | | |
| UM Cumulative Totals | | 143.00 | 143.00 | | | | | | | | | |
| Sem Student Weighted Average | | 85.00 | | | | | | | | Degrees Awarded | | |
| Acad Yr Student Weighted Average | | 85.00 | | | | | | | | | | |
| | | | | | | | | Degree: | DOCTOR OF MEDICINE | | | |
| **Fall 2017** | | | | | | | | Confer Date: | 05/12/2018 | | | |
| Miller School of Medicine | | | | | | | | | MD/MPH (4yr / Regional Medical Campus) Major | | | |
| MD/MPH (4yr / Regional Medical Campus) Major | | | | | | | | | | | | |
| MDR 805 | RMC REQ GERI MORSE CTR | 2.00 | 2.00 | | P | | | Non-Course Milestones | | | | |
| MDR 815 | EXTERNSHIP AWAY | 4.00 | 4.00 | | P | | | Research Distinction | | | | |
| MDR 920 | SUB-I B GEN SURGERY EI | 4.00 | 4.00 | | P | | | Status:      Completed | | | | |
| MDR 921 | SUB-I B GEN SURGERY EII | 4.00 | 4.00 | | P | | | Program:   Miller School of Medicine | | | | |
| MDR 1003 | RMC REQ PUBL HLTH SUB-I | 4.00 | 4.00 | | P | | | | | | | |
| | | | | | | | | End of Medical School Transcript | | | | |
| UM Semester Totals | | 18.00 | 18.00 | | | | | | | | | |
| UM Cumulative Totals | | 161.00 | 161.00 | | | | | | | | | |
| Sem Student Weighted Average | | 0.00 | | | | | | | | | | |
| **Spring 2018** | | | | | | | | | | | | |
| Miller School of Medicine | | | | | | | | | | | | |
| MD/MPH (4yr / Regional Medical Campus) Major | | | | | | | | | | | | |
| MDR 757 | RMC REQ NEUROLOGY | 4.00 | 4.00 | 93 | P | | | | | | | |
| MDR 883 | NEONATOLOGY | 2.00 | 2.00 | | P | | | | | | | |
| MDR 916 | RESEARCH | 4.00 | 4.00 | | P | | | | | | | |
| MDR 990 | RMC REQ HCH EMERG MED | 4.00 | 4.00 | 85 | P | | | | | | | |
| MDR 1020 | RMC WPB VAMC RADIOLOGY | 2.00 | 2.00 | | P | | | | | | | |

ELECTRONIC
SEAL
VERIFIED

*Julia Belkowitz*

Julia Belkowitz, M.D.
Assistant Dean for Student Affairs

# University of Miami

Upon the recommendation of the Medical Faculty

has conferred on

## Paige Erin Finkelstein

the degree of

## Doctor of Medicine

with all the rights, honors and privileges thereunto appertaining.

In witness whereof, the seal of the University and the signatures

of the President and the Dean are hereunto affixed.

Given at Coral Gables, Florida, on

May 12th, 2018

**ELECTRONIC
SEAL
VERIFIED**

*President*

*Dean*

 **Postgraduate Training** 

---

**Postgraduate Training**

---

| | |
|---|---|
| **Accreditation ID:** | **4401122075** |
| **Institution:** | **Mount Sinai Medical Center of Florida Program** |
| Location: | Miami Beach, FL |
| | UNITED STATES |

---

**Credentials Analysis Information for Postgraduate Training**

---

Program Code: 4401122075

Issue:
FCVS has identified a Post Graduate Training Discrepancy at Mount Sinai Medical Center of Florida Program, Department of Surgery.

Unusual Circumstances

Solution:
FCVS does not follow up with the Medical Professional or Institution with inconsistent information on Unusual Circumstance questions.

---

Date
July 13, 2021

Finkelstein, Paige Erin

FID
301450417

 **FEDERATION CREDENTIALS VERIFICATION SERVICE**



**Verification of Postgraduate Medical Education**

**Accreditation Code:** 4401122075

**Institution Name:** Mount Sinai Medical Center of Florida Program

**Affiliated University:** Mount Sinai Medical Center of Florida, Inc

**City:** Miami Beach          **State:** Florida          **Country:** United States

**Verification For:** Paige Erin Finkelstein          **Date of Birth:** 05/05/1992

**Program Participation:**

| | | |
|---|---|---|
| **PGY:** 1 | **Accredited By:** ACGME | **Status:** Complete |
| **Specialty:** Surgery | | |
| **From:** 06/24/2018 | **To:** 06/23/2019 | **Program Type:** Residency |

| | | |
|---|---|---|
| **PGY:** 2 | **Accredited By:** ACGME | **Status:** Complete |
| **Specialty:** Surgery | | |
| **From:** 06/24/2019 | **To:** 06/23/2020 | **Program Type:** Residency |

| | | |
|---|---|---|
| **PGY:** 3 | **Accredited By:** ACGME | **Status:** Not Complete |
| **Specialty:** Surgery | | |
| **From:** 06/24/2020 | **To:** 01/11/2021 | **Program Type:** Residency |

| | | |
|---|---|---|
| **PGY:** | **Accredited By:** | **Status:** |
| **Specialty:** | | |
| **From:** | **To:** | **Program Type:** |

| | | |
|---|---|---|
| **PGY:** | **Accredited By:** | **Status:** |
| **Specialty:** | | |
| **From:** | **To:** | **Program Type:** |

| | | |
|---|---|---|
| **PGY:** | **Accredited By:** | **Status:** |
| **Specialty:** | | |
| **From:** | **To:** | **Program Type:** |

FID: 301450417

 

## Licensure / Examinations

---

**Licensure / Examinations**

Exam: Not Included

---

**Credential Analysis Information for Licensure / Examinations**

There is no Omission/Discrepancy/Miscellaneous information identified.

 

**PRACTITIONER PROFILE**

| Prepared for: | FCVS | As of Date:7/13/2021 |
|---|---|---|

**PRACTITIONER INFORMATION**

| Name: | Finkelstein, Paige Erin |
|---|---|
| DOB: | 5/5/1992 |
| Medical School: | University of Miami Miller School of Medicine |
| | Miami, Florida, UNITED STATES |
| Year of Grad: | 2018 |
| Degree Type: | MD |

**BOARD ACTIONS**

To date, there have been no actions reported to the FSMB

**NATIONAL PROVIDER IDENTIFIER (NPI)**

No NPI found.

**LICENSE HISTORY**

| Jurisdiction | License Number | Issue Date | Expiration Date | Last Updated |
|---|---|---|---|---|

**ACTIVE US DRUG ENFORCEMENT ADMINISTRATION (DEA)**

No DEA found.

DocuSign Envelope ID: BCB0E603-E3E0-4083-82E4-28BB3FFD92DE

| PGY: | Accredited By: | | Status: |
|---|---|---|---|
| Specialty: | | | |
| From: | To: | | Program Type: |

To report additional training, include training as an attachment at the end of page 2.

**Unusual Circumstances**

1. Did this individual ever take a leave of absence from his/her training?        Yes        No    x        Not Available

2. Was this individual ever placed on probation?        Yes    x        No        Not Available
   She was placed on two separate probationary and
   remediation periods:
   1. 12/26/2019 for Professionalism, Communication
   Skills and Medical Knowledge.
   2. 7/6/2020 for Professionalis

3. Was this individual ever disciplined or placed under investigation?        Yes    x        No        Not Available
   She was placed on two probationary periods as noted
   above.

4. Were any negative reports for behavioral reasons ever filed by instructors?    Yes    x        No        Not Available
   Complaints from nurses and faculty were reported
   regarding Dr. Finkelstein.

5. Were any limitations or special requirements placed upon this individual       Yes    x        No        Not Available
   because of academic incompetence, disciplinary problems, or any other
   reason?
   As noted above

Attestation of Person completing Verification of Postgraduate Training document (Program Director): I hereby attest that the information contained herein accurately reflects the training records of the above-named physician.



| **ELECTRONIC SEAL VERIFIED** | Name: Kfir Ben-David | | |
|---|---|---|---|
| | Title:  Program Director | Degree:  MD | |
| | Signature: | | |
| | Date of Signature: 6/29/2021 | | |

Would you like to upload an additional attachment (e.g. Rotation Schedule)?      Yes         No     x
If reporting additional years in the attachment, include PGY year, specialty, start date, end date, status and program type.

FID:  301450417



## Applicant Reported
## Unusual Circumstances



**Graduate Medical Education**

Medical Professional Name:        Finkelstein, Paige Erin

Accreditation ID:                 4401122075

Institution:                      Mount Sinai Medical Center of Florida Program

Specialty:                        Surgery

**Unusual Circumstances**

Training Period: 6/24/2018 - 1/14/2021        **Residency**

Did you have any interruption(s) or extension(s) in your medical education?        No

Were you ever placed on probation?        Yes

I was unfairly accused of "unprofessionalism" after reporting harassment by staff, reporting a negligent patient death, and reporting OSHA violations. I subsequently chose to leave this institution for my own safety.

Were you ever disciplined or placed under investigation?        No

Were any negative reports for behavioral reasons ever filed by instructors?        No

Were any limitations or special requirements imposed on you because of academic performance, incompetence, disciplinary problems or for any other reason?        No

End of Applicant Reported Unusual Circumstances report for:   Finkelstein, Paige Erin

 

**PRACTITIONER PROFILE**

| Prepared for: | FCVS | As of Date:7/13/2021 |
|---|---|---|
| Practitioner Name: | Finkelstein, Paige Erin | |

**ABMS® CERTIFICATION HISTORY**
No ABMS Certifications found.

**AOA® CERTIFICATION HISTORY**
No AOA Certifications found.

PLEASE NOTE: For more information regarding the above data, please contact the reporting board or reporting agency. The information contained in this report was supplied by the respective state medical boards and other reporting agencies. The Federation makes no representations or warranties, either express or implied, as to the accuracy, completeness or timeliness of such information and assumes no responsibility for any errors or omissions contained therein.  Additionally, the information provided in this profile may not be distributed, modified or reproduced in whole or in part without the prior written consent of the Federation of State Medical Boards.

**400 FULLER WISER ROAD EULESS, TX 76039 | TEL(817)868 4000 | FAX (817)868 4099**

© 2014 FEDERATION OF STATE MEDICAL BOARDS