# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNT SINAI MEDICAL CENTER OF )<br>FLORIDA, INC., a Florida Not For Profit )<br>Corporation, and KFIR BEN-DAVID, M.D., )<br>)<br>Defendants. ) | Case No. 1:23-CV-20188-RKA |

## DEFENDANTS' EXPEDITED MOTION FOR
## CONTINUANCE OF APRIL 26, 2023, HEARING

Pursuant to Southern District of Florida Local Rule 7.6, Defendants Mount Sinai Medical Center of Florida, Inc. ("MSMC") and Kfir Ben-David, M.D ("Dr. Ben-David") (together "Defendants"), by their undersigned counsel, move this Court for a continuance of the hearing currently scheduled for April 26, 2023, 10:00 a.m., on Plaintiff Paige Finkelstein, M.D.'s Motion for Entry of Temporary Restraining Order and Preliminary Injunction (the "PI Motion"), and respectfully seek an expedited ruling on this motion by the Court on or before April 17, 2023. Defendants attach the affidavits of Dr. Ben-David ("Ben-David Aff.") and Arnold Jaffee ("Jaffee Aff.") in support, as Exhibits 1 and 2, respectively. Good cause exists for granting the requested continuance, as follows:

1. This action was removed to this Court by Defendants on January 17, 2023. ECF No. 1.

2. On February 24, 2023, Plaintiff filed the PI Motion. ECF No. 39. The PI Motion is fully briefed.

1

3. By order dated April 4, 2023, Magistrate Judge Reid scheduled the PI Motion for hearing on April 26, 2023, 10:00 a.m.

4. As set forth in the affidavits of Dr. Ben-David and Mr. Jaffee, Dr. Ben-David has a prearranged professional commitment to be a featured speaker in a surgical symposium (his lecture entitled "UC Surgery Residency – Leadership in Surgery") at the University of Cincinnati on April 26, 2023. Ben-David. Aff. ¶ 4; a true and correct copy of the event's program is attached as Exhibit 3. It is not an engagement that Dr. Ben-David can easily cancel or reschedule given the reliance on his participation by the University of Cincinnati and those attending the program. *Id.* ¶ 5.

5. Because Dr. Ben-David is a party to the lawsuit, and may also address the Court on behalf of himself, MSMC and its surgical residency program, it is vitally important that Dr. Ben-David be present for the hearing on the PI Motion. *Id.* ¶ 6; Jaffee Aff. ¶ 5.

6. Due to this conflict, Defendants respectfully request a continuance of the hearing currently scheduled for April 26, 2023.[1] Pursuant to Local Rule 7.1(d)(2), as the hearing is currently scheduled just over two weeks from now, Defendants respectfully request expedited consideration of this motion and request a ruling on or before April 17, 2023.

7. Defendants do not seek this continuance for purposes of delay, and have not previously requested a continuance for any matter scheduled by the Court.

8. Defendants also note that they have consented to extensions twice requested by Plaintiff: (i) an extension of time to file her response in opposition to Defendants' Motion to Strike, or in the Alternative, to Dismiss Plaintiff's Second Amended Complaint; and (ii) an extension of time to file her reply to Defendants' response in opposition to the PI Motion. Both times Plaintiff's counsel represented that they had out-of-town personal conflicts.

---

[1] A proposed order is attached as Exhibit 4.

9. Of further note, by order dated March 6, 2023, this Court struck Plaintiff's "notice of unavailability," instructing Plaintiff instead that "[i]f a conflict arises, counsel should confer with opposing counsel and file a motion for a continuance." *See* ECF No. 55.

10. Consistent with this Court's order, the undersigned counsel reached out to Plaintiff's counsel to confer regarding the relief requested in this motion. Plaintiff's counsel responded that the only date Plaintiff is available for rescheduling the hearing is May 22, 2023. The undersigned counsel responded that he has a conflict on May 22, 2023, as he is attending and participating in hearings in two separate matters on that date, one in the morning and one in the afternoon.[2] The undersigned counsel provided Plaintiff's counsel with alternative dates in May and June 2023 for the parties to jointly propose to the Court for rescheduling the hearing, pending the Court's availability: May 1, 2, 4, 11, 23, and 26, and June 7, 19, 20, 21, 22, and 23.

11. Should the Court grant the instant motion continuing the April 26 hearing date in light of Defendants' conflict explained above, Defendants are willing to attend a status conference to continue to work with Plaintiff's counsel and the Court to find an appropriate date (including the dates listed above) to reschedule the hearing, if necessary.

WHEREFORE, Defendants respectfully request that this Court grant, on an expedited basis pursuant to Local Rule 7.1(d)(2) (*see supra* ¶ 6), a continuance for the hearing scheduled for April 26, 2023, at 10:00 a.m., and reschedule for a date agreeable to the Court and the parties. Defendants respectfully request a ruling on their motion on or before April 17, 2023.

Dated: April 11, 2023

---

[2] The matters include *Castellano v. Halpern*, CASE NO. 21-CA-004129 (13th Jud. Cir. Hillsborough Cty.) and *Klayman v. PGA Tour, et al.*, CASE NO. 50-2022-CA-006587 (15th Jud. Cir. Palm Beach Cty.).

3

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By:*/s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By:*/s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on April 11, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

## SERVICE LIST

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
gsliwka@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*