# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| ) | |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. | |

### AFFIDAVIT OF KFIR BEN-DAVID, M.D.

STATE OF FLORIDA         )
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, personally appeared Kfir Ben-David, M.D., who under oath, deposes and states:

1. My name is Dr. Kfir Ben-David. I am over eighteen (18) years old. I have personal knowledge with respect to the matters set forth herein.

2. I am the chairperson of the Department of Surgery at Mount Sinai Medical Center of Florida of Florida, Inc. ("Mount Sinai" or the "Hospital"), and also the Program Director of Mount Sinai's general surgery residency program. I am also a defendant in this case.

3. I understand that a hearing has been scheduled for April 26, 2023 on Dr. Paige Finkelstein's motion for injunction pending before the Court.

4. On April 26, 2023, I have a long-ago preplanned professional commitment at the University of Cincinnati, where I will be giving a leadership lecture to a large contingent of surgeons, surgical faculty, and residents, as well as attending other lectures and events.

Case No. 1:23-CV-20188-RKA

5. This is a commitment that would be very difficult for me to cancel or fail to appear, and attempting to do so would impact the University of Cincinnati where I have committed to speak on "Leadership in Surgery" regarding its surgical residency program. A copy of the program for this event is attached as Exhibit 3 to Defendants' Expedited Motion for Continuance.

6. Because I am a party to the lawsuit, I believe it is vitally important for me to be present at the hearing on April 26, 2023, and also be available to address the Court, if necessary.

7. Because of my conflict on April 26, 2023, I very respectfully ask for the Court's accommodation in rescheduling the hearing now set for April 26, 2023.

**FURTHER AFFIANT SAYETH NOT.**

_____
Kfir Ben-David, M.D.

Subscribed and acknowledged before me by means of [X] physical presence or [ ] online notarization by Kfir Ben-David, who is personally known to me or who has produced as identification _____, on this 11th day of April, 2023.



_____
Notary Public

April Chisolm
_____
Printed Name of Notary

My Commission Expires: 10/18/2025

2