# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF ARNOLD JAFFEE, ESQ.

STATE OF FLORIDA            )
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, personally appeared Arnold Jaffee, who under oath, deposes and states:

1. My name is Arnold Jaffee. I am over eighteen (18) years old. I have personal knowledge with respect to the matters set forth herein.

2. I am Senior Vice President and General Counsel at Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai" or the "Hospital").

3. I understand that a hearing has been scheduled for April 26, 2023, on Dr. Paige Finkelstein's motion for injunction pending before the Court.

4. On April 26, 2023, Dr. Kfir Ben-David – the Program Director of Mount Sinai's general surgery residency program and employee of Mount Sinai – has a preplanned professional commitment at the University of Cincinnati, where he will be giving a lecture entitled "Leadership

in Surgery." A copy of the program for this event is attached as Exhibit 3 to Defendants' Expedited Motion for Continuance.

5. Because Dr. Ben-David is a party to the lawsuit, and can also address the Court on behalf of Mount Sinai and the surgical residency program, it is vitally important for him to be present at the hearing on April 26, 2023.

6. Accordingly, I, on behalf of Mount Sinai, respectfully request that the hearing scheduled on April 26, 2023, be rescheduled for all the reasons set forth in Defendants' Expedited Motion for Continuance.

**FURTHER AFFIANT SAYETH NOT.**

_____
Arnold Jaffee, Esq.

Subscribed and acknowledged before me by means of [✓] physical presence or [_] online notarization by _Arnold Jaffee_, who is personally known to me or who has produced as identification _____, on this _11_ day of _April_, 2023.

_____
Notary Public

_Michelle Vincent_
Printed Name of Notary

My Commission Expires: _1/22/2027_

[Notary Seal: MICHELLE VINCENT, MY COMMISSION # HH 352036, EXPIRES: January 22, 2027]

2