# EXHIBIT 3

# PROGRAM

**100 YEAR ANNIVERSARY CELEBRATION
OF GENERAL SURGERY RESIDENCY
University of Cincinnati
Department of Surgery
Mont Reid Surgical Society
Cincinnati, Ohio**

**April 25-26, 2023**

**Tuesday, April 25, 2023**

| | |
|---|---|
| 5:00 p.m. | Cecil Striker Society Lecture: |
| | *History of the University of Cincinnati Department of Surgery* |
| | Guest Lecturer – Michael S. Nussbaum, M.D. |
| | Sponsored by the College of Medicine and Henry R. Winkler Center for the History of the Health Professions |
| | Kresge Auditorium, E-Level, College of Medicine |
| | 3230 Eden Avenue, Cincinnati, OH 45267 |
| 6:30 p.m. - 8:30 p.m. | Surgical Faculty/Residents/Alumni/Guests Reception |
| | Cincinnati Country Club, 2348 Grandin Road, Cincinnati, OH 45208 |

**Wednesday, April 26, 2023**

| | |
|---|---|
| 7:45 a.m. | Morning Refreshments, Surgical Amphitheater, University of Cincinnati Medical Center, 3188 Bellevue Avenue, Cincinnati, OH 45219 |
| 8:00 a.m. | Surgical Symposium, Surgical Amphitheater (2 CME credit hours offered) |
| 8:00 a.m. | Welcome – Dr. Jeffrey J. Sussman |
| 8:15 a.m. | *UC Surgery Residency … Beyond the Operating Room* – Dr. Robert Cavagnol |
| 8:45 a.m. | *UC Surgery Residency … Contributions to Research* – Dr. Angela Ingraham |
| 9:15 a.m. | *UC Surgery Residency – Excellence in Pediatric Surgery* – Dr. Colin Martin |
| 9:45 a.m. | *UC Surgery Residency … Leadership in Surgery* – Dr. Kfir Ben-David |
| 10:15 a.m. | Panel Discussion |
| 11:15 a.m. | Lunch available |

12:00 noon     Tours available of UC Hospital and History of the Health Professions Library, Lucas Boardroom E005HA, Display - From Halsted to Heuer:  The UC Department of Surgery and the Johns Hopkins Pipeline, 1922-1952

revised 3-13-2023