# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., )  | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-20188-RKA |
| v. ) | |
| ) | |
| MOUNT SINAI MEDICAL CENTER OF ) | |
| FLORIDA, INC., a Florida Not For Profit ) | |
| Corporation, and KFIR BEN-DAVID, M.D., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING DEFENDANTS' EXPEDITED MOTION FOR CONTINUANCE OF APRIL 26, 2023 HEARING**

THIS CAUSE came before the Court upon Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D.'s (collectively, the "Defendants") Expedited Motion for Continuance of April 26, 2023 Hearing, being otherwise fully advised in the premises and having considered the Motion, it is hereby ORDERED AND ADJUDGED as follows: The hearing now scheduled for April 26, 2023 shall be continued and rescheduled on a date agreeable to the Court and the parties.

                                                                _____
                                                                **LISETTE M. REID**
                                                                **UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of Record