IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

| | | |
|---|---|---|
| PAIGE FINKELSTEIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-CV-20188-RKA |
| | ) | |
| v. | ) | |
| | ) | |
| MOUNT SINAI MEDICAL CENTER OF | ) | |
| FLORIDA, INC., a Florida Not For Profit | ) | |
| Corporation, and KFIR BEN-DAVID, M.D., | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., MOTION FOR EXTENSION OF TIME TO RESPOND DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

1

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff, PAIGE FINKELSTEIN, M.D., by and through their undersigned counsel, hereby moves this Court for an order, in the form attached as Exhibit A, extending the time for their Forthcoming Response to Defendants First Request for Production of Documents ("First Request for Production") from April 12, 2023 to May 2, 2023. In support of her motion, Dr. Finkelstein states as follows:

1. On March 13, 2023, Defendants served upon Dr. Finkelstein the First Request for Production.

2. Dr. Finkelstein's response to the Defendants' First Request for Production is due on April 12, 2023.

3. Dr. Finkelstein requires additional time to obtain some of the documentation requested by Defendants, including, but not limited to, emails, medical records and other documents.

4. Further, the parties are still seeking a meeting of the minds pertaining to a Confidentiality Agreement, which is paramount to protecting the parties involved in this matter, especially with respect to medical records sought to be produced.

5. Dr. Finkelstein, therefore, requests an extension of time to respond to the Defendants' First Request for Production to May 02, 2023, because her counsel requires additional time to secure ensure that a Confidentiality Agreement is in place, gather all the documentation sought, and prepare her response.

6. This motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the extension requested, especially in light of the fact that Defendants have sought the continuance of the Injunctive Relief Hearing presently scheduled for April 26, 2023, and about which there is a status conference scheduled on April 13, 2023, at 8:45 before the Court.

7. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on April 06, 2023, and thereafter, he conferred with the Defendants' counsel regarding this motion and relief sought herein. To date, Defendants' counsel has not unconditionally consented to Plaintiff's request for an extension, but discussions between the parties' counsel continue.

WHEREFORE, Dr. Finkelstein respectfully requests that this Court grant this motion extending the time for Plaintiff to respond to the Defendants' First Request for Production to May 02, 2023.

Dated: April 12, 2023.                                                             Respectfully submitted,

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:    (561) 686-3307
Facsimile:    (561) 686-5442
Richard H. Levenstein, Esq.
   Primary E-mail: rlevenstein@nasonyeager.com
   Secondary E-mail: ptreadway@nasonyeager.com;
   creyes@nasonyeager.com
Gabrielle O. Sliwka
   Primary E-mail: gsliwka@nasonyeager.com
   Secondary E-mail: ptreadway@nasonyeager.com;
   creyes@nasonyeager.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of _____, 2023 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

                By:   /s/ *Richard H. Levenstein*
                      Richard H. Levenstein
                      Florida Bar No. 235296
                      Gabrielle O. Sliwka
                      Florida Bar No. 1022654