IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

PAIGE FINKELSTEIN, M.D.,                )
                                        )
        Plaintiff,                      )   Case No. 1:23-CV-20188-RKA
                                        )
v.                                      )
                                        )
MOUNT SINAI MEDICAL CENTER OF           )
FLORIDA, INC., a Florida Not For Profit )
Corporation, and KFIR BEN-DAVID, M.D.,  )
                                        )
        Defendants.

**ORDER ON PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., MOTION FOR EXTENSION
OF TIME TO RESPOND DEFENDANTS' FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS**

This cause came before the Court upon Plaintiff's, PAIGE FINKELSTEIN, M.D., Motion

for Extension of Time to Respond Defendants' First Set of Requests for Production of Documents,

being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as

follows:

1.      Plaintiff's, Paige Finkelstein. M.D., Motion for Extension of Time to Respond

Defendants' First Set of Requests for Production of Documents is Granted. Plaintiff, Paige

Finkelstein. M.D., shall have through and including May, 2023 to respond to Defendants' First

Request for Production of Documents.


                                        _____
                                        ROY K. ALTMAN
                                        UNITED STATES DISTRICT
                                        JUDGE

Copies furnished to:
Counsel of Record

1