UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL

NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A. attorney, ABBY M. SPEARS, enters her appearance as counsel of record for Plaintiff, PAIGE FINKELSTEIN, M.D. It is requested that copies of all subsequently filed pleadings, orders and other papers be served via email to the following email addresses: Abby M. Spears, Esq. (aspears@nasonyeager.com); paralegal Pamela S. Treadway (ptreadway@nasonyeager.com) and legal assistant Cynthia Reyes (creyes@nasonyeager.com).

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 19th day of April, 2023, a true and accurate copy of the foregoing document was served on all counsel of record and all interested parties by CM/ECF electronic service to the following:

***Attorneys for Defendants, Mount Sinai Medical Center of Florida and Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street

15622-31258 / 01558926 v1

Plaintiff's Notice of Appearance - AMS
Case No.: 23-cv-20188-ALTMAN/Reid

Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

**_Attorneys for Defendant, Kfir Ben-David, MD_**
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:     (561) 686-3307
Facsimile:      (561) 686-5442
**Richard H. Levenstein, Esq**.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Gabrielle O. Sliwka, Esq.**
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Abby M. Spears, Esq.**
Primary E-mail: aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
 creyes@nasonyeager.com

By:     /s/ Abby M. Spears
           Abby M. Spears
           Florida Bar No. 44662
           Richard H. Levenstein
           Florida Bar No. 235296
           Gabrielle O. Sliwka
           Florida Bar No. 1022654