IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |
| _____/ | |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Pamela I. Perry, on August 24, 2023, at 10:00 a.m., remotely by videoconference on Zoom. Ms. Perry will provide access credentials to the Parties ahead of the mediation.

ENTERED this ____ day of April, 2023.

_____
U.S. District Judge
Honorable Roy K. Altman

cc:
**_Attorneys for Plaintiff, Paige Finkelstein, M.D._**
Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Primary E-mail: rlevenstein@nasonyeager.com; gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com; creyes@nasonyeager.com

15622-31258 / 01558857 v1

***Attorneys for Defendant, Mount Sinai Medical Center of Florida
and Defendant, Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com