UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20188-ALTMAN/Reid

**PAIGE FINKELSTEIN, M.D.**,

   *Plaintiff*,

v.

**MOUNT SINAI MEDICAL CENTER OF FLORIDA** *et al.*,

   *Defendants*.

_____/

## ORDER SCHEDULING MEDIATION

The parties filed a Notice of Compliance Regarding the Proposed Order Scheduling Mediation [ECF No. 84]. The mediation in this case shall be held before Mediator Pamela I. Perry on **August 24, 2023, at 10:00 a.m.** Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on April 25, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record