UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOUNT SINAI MEDICAL CENTER OF ) <br> FLORIDA, a Florida Not For Profit ) <br> Corporation, and KFIR BEN-DAVID, M.D. ) <br> ) <br> Defendants. | Case No. 1:23-CV-20188-RKA |

**NOTICE OF FILING AMENDED WITNESS LIST,
DECLARATION OF PHILIP BAO, M.D AND REQUEST FOR RECIPROCAL
INFORMATION FROM PLAINTIFF**

Pursuant to this Court's instructions to the parties set forth on the record during the status conference held on April 13, 2023, Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D. ("Defendants") give notice of filing (i) an amended witness list and (ii) the Declaration of Philip Bao, M.D. (attached hereto as Exhibit 1).

Defendants may call the following witnesses at the upcoming June 21, 2023 hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, in no particular order and depending upon medical schedules and availability. Should witnesses not be available the Defendants may seek to introduce declarations, one of which is filed herewith for Philip Bao, M.D.:

1. Kfir Ben-David, M.D.
2. Robert Goldszer, M.D.
3. Stephen Unger, M.D.

Case No. 1:23-CV-20188-RKA

4. Jonathan Zadeh, M.D.

5. Philip Bao, M.D.

6. Edward Andraos, M.D.

7. Sumana Narayanan, M.D.

8. Michael Ayad, M.D.

9. Manuel Sivina, M.D.

Defendants reserve their right to supplement or further amend the above witness list prior to the June 21, 2023 hearing.

Defendants request reciprocal information from Plaintiff.

Dated: May 15, 2023

Case No. 1:23-CV-20188-RKA

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By:*/s/ Martin B. Goldberg*
 **MARTIN B. GOLDBERG**
 Florida Bar No. 0827029
 Email: mgoldberg@lashgoldberg.com
 **CLARK S. SPLICHAL**
 Florida Bar No. 1010425
 Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
 **GARY A. ORSECK**
 Florida Bar No. 846015
 Primary Email: gorseck@kramerlevin.com
 **LAUREN CASSADY ANDREWS**
 Va. Bar No. 92149 (appearing *pro hac vice*)
 Primary Email: landrews@kramerlevin.com

Case No. 1:23-CV-20188-RKA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on May 15, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

**SERVICE LIST**

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
ptreadway@nasonyeager.com
jresnick@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*