IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

| | | |
|---|---|---|
| PAIGE FINKELSTEIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-CV-20188-RKA |
| | ) | |
| v. | ) | |
| | ) | |
| MOUNT SINAI MEDICAL CENTER OF | ) | |
| FLORIDA, INC., a Florida Not For Profit | ) | |
| Corporation, and KFIR BEN-DAVID, M.D., | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF, PAIGE FINKELSTEIN, M.D.'S, MOTION FOR A PROTECTIVE ORDER
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)**

1

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff, PAIGE FINKELSTEIN, M.D., by and through the undersigned counsel, respectfully moves for entry of a protective order (a copy of a proposed order is submitted herewith in the form attached as **Exhibit A**) forbidding the taking of the deposition of Elliot Goodman, M.D., B.S. on May 23, 2023.  In support of her motion, Plaintiff states as follows:

1. On or about April 26, 2023, counsel representing the parties to this case held a phone conference, at which time, Defendants' counsel represented their intention to depose Dr. Goodman on May 23, 2023.

2. Counsel for Plaintiff advised that Dr. Goodman had provided several available dates, which did not include the date imposed by Defendants' counsel.  A copy of Dr. Goodman's affidavit attesting to this point is attached hereto as **Exhibit "B."**

3. Dr. Goodman is an out-of-state third party and is not represented by counsel as he is not a party to this litigation.

4. Plaintiff's counsel has conferred with Dr. Goodman and, in a good faith effort, proposed additional available dates, including the following dates:

    a. June 1st, 2023., from 9 am to 1 pm; and

    b. June 2nd, 2023, from 2 pm to 6 pm.

5. Defendants' counsel unreasonably and capriciously have refused to adjust their arbitrarily imposed deposition date to meet Dr. Goodman's availability and has represented on different occasions that they intend to depose Dr. Goodman on May 23, 2023, even though it is fully aware of the witness's unavailability. Copies of communications between undersigned counsel and Defendants' counsel, Clark Splichal and Martin Goldberg, verifying this are attached hereto as **Exhibits "C," "D," and "E."**

6. Plaintiff respectfully moves this Court for a Protective Order precluding Defendants' counsel from deposing Dr. Goodman on May 23, 2023, on the grounds that the deposition date arbitrarily sought is requested for the sole purpose of annoying and embarrassing Dr. Goodman, who has represented multiple times through undersigned counsel that he is not available at the date demanded by Defendants' counsel, and for other and further relief as the Court deems just and proper.

7. This motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the relief requested, especially in light of the fact that Dr. Goodman is not available at the requested date. In support, Plaintiff submits a declaration by Dr. Goodman, which is attached as Exhibit B to this Motion.

8. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on April 26, 2023, and thereafter, he conferred with the Defendants' counsel regarding this motion and relief sought herein. To date, Defendants' counsel has not unconditionally consented to Plaintiff's request for an alternative date, but discussions between the parties' counsel continue.

WHEREFORE, Dr. Finkelstein respectfully requests that this Court grant this motion for a protective order forbidding the taking of the deposition of Elliot Goodman, M.D., B.S. on May 23, 2023.

Dated: May 16, 2023                                Respectfully submitted,

    /s/ *Richard H. Levenstein*

Richard H. Levenstein
Florida Bar No. 235296
Gabrielle O. Sliwka
Florida Bar No. 1022654
Abby M. Spears
Florida Bar No. 44662
Primary E-mail: rlevenstein@nasonyeager.com
gsliwka@nasonyeager.com;

3

aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:     (561) 686-3307
*Attorneys for Plaintiff, Paige Finkelstein, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2023 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and using CM/ECF and further served via electronic mail on all of the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida
and Defendant, Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:	(561) 686-3307
Facsimile:	(561) 686-5442
**Richard H. Levenstein, Esq**.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Gabrielle O. Sliwka, Esq.**
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Abby M. Spears, Esq.**
Primary E-mail: aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
 creyes@nasonyeager.com


By:	/s/ Richard H. Levenstein
	Richard H. Levenstein
	Florida Bar No. 235296
	Gabrielle O. Sliwka
	Florida Bar No. 1022654
	Abby M. Spears
	Florida Bar No. 44662