# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., )<br>)<br>    Plaintiff,  )<br>)<br>v.  )<br>)<br>MOUNT SINAI MEDICAL CENTER OF )<br>FLORIDA, INC., a Florida Not For Profit )<br>Corporation, and KFIR BEN-DAVID, M.D., )<br>)<br>    Defendants.  | Case No. 1:23-CV-20188-RKA |

## ORDER ON PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., MOTION FOR A PROTECTIVE ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)

This cause came before the Court upon Plaintiff's, PAIGE FINKELSTEIN, M.D., Motion for a Protective Order under Federal Rule of Civil Procedure 26(c), being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's, Paige Finkelstein. M.D., Motion for a Protective Order under Federal Rule of Civil Procedure 26(c) is Granted.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT
JUDGE

Copies furnished to:
Counsel of Record

1