UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

 Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

 Defendants.
_____/

## ELLIOT GOODMAN, M.D., AFFIDAVIT

I, Elliot Goodman, M.D., B.S., state that the following is true and correct:

1. I received my M.D. at Cambridge University and my MBA with an emphasis on leadership and strategy at Queen's University. I have completed my surgical internship at Cambridge and moved on to complete my residency at the Maimonides Medical Center in Brooklyn, New York. I have also completed a research fellowship at the Columbia University Department of Surgery and a Trauma and Critical Care fellowship at the Coney Island Hospital in Brooklyn, New York.

2. I am Board Certified by the American Board of Surgery and hold Certificates in Healthcare Delivery Leadership from Cornell University and Surgical Leadership from Oxford University. I am also a member of the American Society of Metabolic and Bariatric Surgery.

3. I have been the Assistant Professor of Surgery and the director of Surgical Clerkship (MSB/MSBI) at Icahn School of Medicine at Mount Sinai. At MSBI, I also served as Bariatric Surgeon, Chief of Bariatric Surgery, and Chief until October 2022, when I joined the City University of New York (CUNY) School of Medicine as the Director of Surgical Education, Professor of Medical Sciences and Co-director of Organ Systems.

4. I have been approached by counsel representing the parties to this case for the taking of my deposition and have provided several dates on which I am available.

5. I have personally told Defendants' counsel, Clark Splichal and Marty Goldberg from the law firm of Lash Goldberg that I am not available to be deposed on their proposed date, on May 23, 2023.

6. Defendants' counsel have ignored the available dates provided by me and scheduled this deposition for May 23, 2023, a date on which I am unavailable.

7. I have, since then, continued to communicate my unavailability to Mr. Splichal and Mr. Goldberg, suggesting alternative dates in which I am available, including June 1, 2, and 15, 2023. Nonetheless, Mr. Splichal and Mr. Goldberg are still planning on conducting the deposition on the May 23, 2023 date, a date which Mr. Splichal and Mr. Goldberg know I am not available.

8. I have communicated this issue to Plaintiff's counsel, who has attempted to reschedule this deposition to a date in which I am available. However, in spite of our pleadings with Defendants' counsel, Defendants' counsel has continued to represent their intention to move on with the scheduled May 23, 2023, date.

9. I remain unavailable for the taking of my deposition on May 23, 2023, the date which Defendants' counsel noticed, as I have repeatedly advised them.

10. To my knowledge, the Defendants' counsel unilaterally noticed that date without consulting me or anyone at Plaintiff's firm.

11. I am available for the taking of his deposition on the following dates:

    a. June 1st, 2023., from 9 am to 1 pm

    b. June 2nd, 2023, form 2 pm to 6 pm

(Verification Page to Follow)

## **VERIFICATION**

STATE OF FLORIDA          )
                          )
COUNTY OF PALM BEACH      )

      Before me, the undersigned authority, personally appeared Elliot Goodman, M.D., B.S., who was sworn and states the facts in the foregoing Affidavit are true and correct.

DocuSigned by:
*Elliot Goodman MD*
E4C8369E7AA64EF...
ELLIOT GOODMAN, M.D., B.S.

_____
Print Name

Sworn to (or affirmed) and subscribed before ☐ physical presence or ☐ online notarization me this 16th day of May, 2023, by ELLIOT GOODMAN, M.D., B.S., who is ☐ personally known to me or ☐ provided the following identification: _____.

DocuSigned by:
*Pamela Treadway*
D7D392FC072F48C...
Notary Public - State of Florida

(affix stamp)

```
PAMELA S. TREADWAY
NOTARY PUBLIC
STATE OF FLORIDA
Commission #HH237709
My Commission Expires 6/26/2026
ONLINE NOTARY
```

NOTARY PUBLIC
State of Florida at Large

My Commission Expires:

Page **3** of **3**