| | |
|---|---|
| **From:** | Martin Goldberg |
| **To:** | Pamela S. Treadway; Clark Splichal |
| **Cc:** | Rosy Diaz; Minerva Wallace; Delsa Suazo; Gabrielle O. Sliwka; Cynthia Reyes; LAndrews@KRAMERLEVIN.com; Abby M. Spears; GOrseck@KRAMERLEVIN.com; Dave Ruffner; Richard H. Levenstein |
| **Subject:** | RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA |
| **Date:** | Tuesday, May 2, 2023 12:29:14 PM |
| **Attachments:** | image001.png<br>image004.png<br>image007.png |

Mr. Levenstein:

Thank you for your email.

1. We agree to take Barry Wax's deposition on June 5 assuming we can clear that date. Please have him reserve that date.
2. We will take Dr. Goodman's deposition on May 23. We do not agree to June 15. Among other reasons, you do not represent Dr. Goodman, June 15 is too close to the scheduled hearing before Magistrate Judge Reid and we are not available on June 15. We disagree with your representations as to our conversations with Dr. Goodman, although his availability is not determinative here in any event.
3. We will produce Dr. Ben-David pursuant to a notice and Mr. Jaffee without a subpoena. Dr. Ben-David's deposition will occur in our Weston/Fort Lauderdale office.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Friday, April 28, 2023 3:14 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Subject:** RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

**EXTERNAL:**
*Sent on behalf of Richard H. Levenstein, Esq.*

Dear Mr. Splichal –

I write in response to your below email. Initially, we will take the depositions of all witnesses in this case pursuant to the applicable provisions of the Federal Rules of Civil Procedure and cases interpreting them. We therefore do not respond any further to your position that the depositions of Dr. Ben David and Mr. Jaffe can only be taken on time. We do agree as follow:

1. We will agree to take the deposition of Mr. Jaffe on May 26th, 2023 beginning at 9:30 am and continuing that entire day at your offices in Miami.
2. We will agree to take the deposition of Dr. Ben David on May 31st, 2023 at your office in Miami or Weston, beginning at 9:30 am and continuing the entire day. Please advise us of which office will be site of the deposition as early as possible.
3. The depositions of Mr. Jaffee and Dr. Ben David will occur before the taking of the depositions of Barry Wax and Dr. Goodman.
4. I am travelling on June 7th, the date you proposed for the deposition of Barry Wax. Barry Wax is available for his deposition on June 5th, at your offices in Miami, as am I, and we propose that his deposition be taken that day.
5. We have spoken to Dr. Elliott Goodman, who indicated that he advised you that he is not available on May 23rd for his deposition, or for the entire month of May, and that he was available on June 15th, so we are puzzled why you would have

    stated that he was available on May 23rd, a day he specifically told you he was not available. In any event, the day he is available is June 15th, 2023, and that is when his deposition is to be taken. The deposition will be taken by zoom, but the possibility exists that both parties may attend in person, an issue we can discuss further.

6. Please confirm that you will produce both Mr. Jaffe and Dr. Ben David for their depositions without the need of a subpoena, and if you will not so produce them, whether you will accept service of a subpoena for them, although a subpoena is not necessary for Dr. Ben David, who is a party to the lawsuit. Please advise us of your response to this request no later than next Wednesday.

7. Attached please find Notices of the Taking of the Depositions of Mr. Jaffe and Dr. Ben David, and Cross-Notices of the Depositions of Mr. Wax and Dr. Goodman, as well as Subpoenas for Deposition of Mr. Wax and Dr. Goodman, as a courtesy, since you indicated you would be noticing those depositions.

Having addressed the issues raised in your email, thank you very much.

        Richard H. Levenstein

---

**From:** Clark Splichal [mailto:csplichal@lashgoldberg.com]
**Sent:** Thursday, April 27, 2023 9:35 AM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

Mr. Levenstein:

Thank you for your time yesterday and for working to resolve these scheduling matters amicably.

Preliminarily, as we discussed, it is our position that Plaintiff may depose Dr. Ben-David and Mr. Jaffee only once in this litigation. It is your position that you may, at some point in the future, request leave from the Court to depose these individuals again and beyond what is permitted under the Rules. We disagree that there will be any cognizable cause to take a second deposition and we will oppose any request for such leave. This ensures that our position is known up front before you decide to depose Dr. Ben-David and Mr. Jaffee at this juncture.

As discussed, we have proposed the following deposition schedule:

- May 26 for Arnold Jaffee, Esq., General Counsel (at our Miami office). You said you are available on this date.

- May 31 for Dr. Kfir Ben-David (at our Miami or Weston office, at our discretion). You said you are available on this date.

- May 23 for Dr. Elliott Goodman. You said you are available on this date, at 10 a.m. We recognize that you have also said that you do not want to agree to this date because you asked for deposition dates first (by a day) and therefore want to take both Mr. Jaffee and Dr. Ben-David before the depositions of the individuals we noticed: Mr. Wax and Dr. Goodman. We are not aware of any basis upon which you are entitled to move Dr. Goodman's noticed deposition to a later date, given the availability of all parties, and the limited time before the scheduled PI hearing. The deposition will take place via Zoom, but you reserved the right to go to New York, as did we.

- June 7 or prior thereto for Mr. Wax. Please advise if you are available on June 7 or provide dates prior to June 7 for this deposition. This deposition will take place at our Miami office or via Zoom.

Thank you.

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Monday, April 24, 2023 4:24 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

**EXTERNAL:**

Thank you, Mr. Splichal,

 I agree that a conference call is a good idea. As of now, I am available on Wednesday from 1:30 pm to 5:00 pm, and on Thursday from 1:30 pm to 4:00 pm. Please let me know what will work for your side.
   Thank you.
   Richard H. Levenstein

**From:** Clark Splichal [mailto:csplichal@lashgoldberg.com]
**Sent:** Monday, April 24, 2023 3:59 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA
**Importance:** High

Mr. Levenstein:

Good afternoon. Instead of going back and forth over email, we believe that it would be more productive and appropriate to have a conference call on Wednesday or Thursday of this week to hammer out the scheduling of these four depositions prior to the June 21 hearing. We also have not heard back from you about limiting Plaintiff to one deposition for each of Dr. Ben-David and Arnold Jaffee in the litigation; we are happy to add that issue to the call's agenda as well.

Please circulate dates/times your office is available on Wednesday or Thursday for a call, and we will review our (along with Mr. Orseck's) availability on those days as well.

Thank you.

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Monday, April 24, 2023 1:29 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

**EXTERNAL:**

Mr. Splichal,

I will be happy to discuss dates and times for the depositions of Barry Wax and Dr. Goodman as soon as the depositions of Dr. Ben David and Arnold Jaffe, which we requested prior to your April 2ist correspondence was sent, have been scheduled, for dates prior to the taking of the depositions of either Mr. Wax, or Dr. Goodman.

Thank you.

Richard H. Levenstein

---

**Richard Levenstein**
Attorney at Law

Email: RLevenstein@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33410
www.nasonyeager.com

Profile    vCard

---

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Clark Splichal [mailto:csplichal@lashgoldberg.com]
**Sent:** Friday, April 21, 2023 7:04 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com; dsuazo@lashgoldberg.com; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <creyes@nasonyeager.com>; dsuazo@lashgoldberg.com; LAndrews@KRAMERLEVIN.com; Abby M. Spears <ASpears@nasonyeager.com>; GOrseck@KRAMERLEVIN.com; druffner@lashgoldberg.com; mgoldberg@lashgoldberg.com; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

Mr. Levenstein:

Good evening. We are continuing to work on your April 19 request with our clients and will respond.

Defendants intend to take the depositions of Dr. Elliot Goodman and Barry Wax, Esq. (as noted in the attached NTDs, the dates/times are subject to change based on the availability of the witnesses and all parties and their counsel). Dr. Goodman's deposition will be conducted via Zoom, and Mr. Wax's deposition will occur at our Miami office.

Thank you.

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

**From:** Clark Splichal
**Sent:** Wednesday, April 19, 2023 6:50 PM
**To:** rlevenstein@nasonyeager.com
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Abby M. Spears <ASpears@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Dave Ruffner <druffner@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

Mr. Levenstein:

Thank you for your email. We will check with our clients on your request and respond. Note, we are amenable to your taking the depositions of Dr. Ben-David and Mr. Jaffee prior to the June 21 hearing, yet it comes with the understanding that Plaintiff will be limited to only one deposition for each of these witnesses during the litigation. Please confirm this understanding.

Thank you.

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

---

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Wednesday, April 19, 2023 10:34 AM
**To:** Clark Splichal <csplichal@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Abby M. Spears <ASpears@nasonyeager.com>
**Subject:** Dr. Finkelstein v Mount Sinai & Dr. Ben-David -Case No. 1:23-cv-20188-RKA

**EXTERNAL:**

Good Morning Counsel –

Mr. Levenstein would like to take the deposition of Arnold Jaffee, general counsel for Mount Sinai Medical Center.
Are you available to attend the deposition of Mr. Jaffee on May 8 or May 9 to be taken in person at a court reporters office in Miami?
Please advise if your office will represent Mr. Jaffee in this matter and if you will produce him for deposition without a subpoena.

Additionally, Mr. Levenstein would like to take the deposition of Defendant, Dr. Kfir Ben-David.
Are you and Dr. Ben-David available to attend the deposition of Dr. Ben-David on May 18 or May 19 to be taken in person at a court reporters office in Miami?

Since dates are limited, please let us know your availability by close of business Friday, April 21.
Thank you and I await your response.

---

**Pamela S. Treadway, CP, FRP**
Paralegal

Email: PTreadway@nasonyeager.com
Web: www.nasonyeager.com
Tel: 561-686-3307 | Fax:561-686-5442



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33410

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructionsprior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com