| | |
|---|---|
| **From:** | Richard H. Levenstein |
| **To:** | Martin Goldberg; Clark Splichal |
| **Cc:** | Rosy Diaz; Dave Ruffner; Delsa Suazo; Minerva Wallace; Abby M. Spears; Gabrielle O. Sliwka; Pamela S. Treadway; Cynthia Reyes |
| **Subject:** | RE: Finkelstein/MSMC et al. - June 21, 2023 Hearing |
| **Date:** | Wednesday, May 10, 2023 4:06:58 PM |

Counsel,

I write with respect to the deposition of Dr. Elliott Goodman. Dr. Goodman remains unavailable for the taking of his deposition on May 23rd, the date on which you have noticed it, as he and I have repeatedly advised you, and which you unilaterally noticed for that date, without consulting Dr. Goodman or anyone at our firm. Dr. Goodman is available for the taking of his deposition on the following dates:

    1) June 1st, 2023., from 9 am to 1 pm

    2) June 2nd, 2023, form 2 pm to 6 pm

   These dates will provide more than enough time to obtain the transcript of the deposition before the hearing on June 21st, and are before the taking of the deposition of Barry Wax on June 5th, 2023, a date to which you agreed, and therefore acknowledged afforded you sufficient time before the hearing for the taking of that deposition. Please advise on which of the two dates you will take Dr. Goodman's deposition, because he will not be deposed on May 23rd. Please advise of your position by the close of business tomorrow, so we will know whether the filing of a Motion for Protective Order is necessary.

      Thank you.

      Richard H. Levenstein

---

**Fr om:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Tuesday, May 9, 2023 7:05 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** RE: Finkelstein/MSMC et al. - June 21, 2023 Hearing
**Importance:** High

Counsel:

Following up on these letters to you.

Thank you.

**Martin B. Goldberg**
Partner

T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Clark Splichal <csplichal@lashgoldberg.com>
**Sent:** Wednesday, May 3, 2023 8:13 AM
**To:** rlevenstein@nasonyeager.com
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** Finkelstein/MSMC et al. - June 21, 2023 Hearing

Mr. Levenstein:

Good morning. Please see the attached correspondence from our firm.

Thank you.

### Clark Splichal
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com