| | |
|---|---|
| **From:** | Martin Goldberg |
| **To:** | Richard H. Levenstein; Clark Splichal |
| **Cc:** | Rosy Diaz; Dave Ruffner; Delsa Suazo; Minerva Wallace; Abby M. Spears; Gabrielle O. Sliwka; Pamela S. Treadway; Cynthia Reyes; Orseck, Gary A.; Andrews, Lauren Cassady; Delsa Suazo |
| **Subject:** | RE: Finkelstein/MSMC et al. - June 21, 2023 Hearing |
| **Date:** | Thursday, May 11, 2023 2:07:56 PM |
| **Attachments:** | image001.png<br>image004.png |

Counsel:

Thank you for your email. We will proceed on May 23, 2023, with the deposition of Dr. Goodman, as noticed. The Court Reporter notice of instructions is pasted below for your convenience. We disagree with the statements in your email below. Thank you.

**You're invited to participate in a Veritext Exhibit Share session for an upcoming remote proceeding.**
The exhibits for your upcoming proceeding will be presented online using a tool called Exhibit Share. Exhibit Share is a straightforward, secure & stress-free tool for introducing paperless exhibits during a proceeding.

**PROCEEDING DETAILS:**

• **CASE:** Finkelstein, Paige, M.D. v. Mount Sinai Medical Center of Florida, Inc., Et Al.

• **WITNESS:** Elliot Goodman , M.D.

• **DATE & TIME:** Tuesday, May 23 2023 10:00AM (Eastern Time (US & Canada))

• **ASSIGNMENT #:** 5912761

**BEFORE THE PROCEEDING:**

1. **Set up Your Exhibit Share Account** *(First Time Users Only)*

   An invitation from notify@egnyte.com will be sent to you to create an Exhibit Share Account. Follow the instructions to easily set up your permanent username and password. You can login to Exhibit Share directly using the link included below, or remember your credentials so that you can sync your Exhibit Share account with MyVeritext. If you cannot locate the Exhibit Share invitation email, navigate to the Exhibit Share Login Page, select "Forgot Password," enter your email address, and follow the prompts to reset your password.

   • **Username:** mgoldberg@lashgoldberg.com

2. **Login to Exhibit Share Directly or Login to MyVeritext and Sync Your Exhibit Share Account** *(One-Time Sync)*

   Exhibit Share can be accessed directly using the link included below or you can pair your Exhibit Share and MyVeritext accounts for easy access in the future. To access Exhibit Share in MyVeritext, login to MyVeritext and click **Exhibit Share** on the upper navigation bar. You will be asked to login with your username and password. By entering your Exhibit Share credentials and completing this one-time sync, you will have continuous access to Exhibit Share through MyVeritext.

   *Need a MyVeritext Account?*

3. **Watch the Video Tutorial**

   Watch the short tutorial video to prepare for the proceeding.

**Martin B. Goldberg**
Partner

T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Wednesday, May 10, 2023 4:07 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** RE: Finkelstein/MSMC et al. - June 21, 2023 Hearing

**EXTERNAL:**
Counsel,
I write with respect to the deposition of Dr. Elliott Goodman. Dr. Goodman remains unavailable for the taking of his deposition on May23rd, the date on which you have noticed it, as he and I have repeatedly advised you, and which you unilaterally noticed for that date, without consulting Dr. Goodman or anyone at our firm. Dr. Goodman is available for the taking of his deposition on the following dates:

1. June 1st, 2023., from 9 am to 1 pm
2. June 2nd, 2023, form 2 pm to 6 pm

These dates will provide more than enough time to obtain the transcript of the deposition before the hearing on June 21st, and are before the taking of the deposition of Barry Wax on June 5th, 2023, a date to which you agreed, and therefore acknowledged afforded you sufficient time before the hearing for the taking of that deposition. Please advise on which of the two dates you will take Dr. Goodman's deposition, because he will not be deposed on May 23rd. Please advise of your position by the close of business tomorrow, so we will know whether the filing of a Motion for Protective Order is necessary.

    Thank you.
    Richard H. Levenstein

---

**Richard Levenstein**
Attorney at Law

Email: RLevenstein@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile    vCard



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33410
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**Fr om:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Tuesday, May 9, 2023 7:05 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** RE: Finkelstein/MSMC et al. - June 21, 2023 Hearing
**Importance:** High

Counsel:

Following up on these letters to you.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Clark Splichal <csplichal@lashgoldberg.com>
**Sent:** Wednesday, May 3, 2023 8:13 AM
**To:** rlevenstein@nasonyeager.com
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>
**Subject:** Finkelstein/MSMC et al. - June 21, 2023 Hearing

Mr. Levenstein:

Good morning. Please see the attached correspondence from our firm.

Thank you.

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com