UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20188-ALTMAN/Reid

**PAIGE FINKELSTEIN, M.D.**,

    *Plaintiff*,

*v.*

**MOUNT SINAI MEDICAL CENTER
OF FLORIDA** *et al.*,

    *Defendants.*
_____/

## ORDER

The Plaintiff has filed a Motion for a Protective Order (the "Motion") [ECF No. 87]. Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 87] is **REFERRED** to United States Magistrate Judge Lisette M. Reid for an order.

**DONE AND ORDERED** in the Southern District of Florida on May 17, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record