UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20188-ALTMAN/Reid

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER
OF FLORIDA, *et al.*,

    Defendants.

_____/

## ORDER FOLLOWING MAY 19, 2023 MOTION AND DISCOVERY HEARING

The Court conducted a hearing on May 19, 2023, on Plaintiff's Motion for Protective Order [ECF No. 87] and Defendants' Oral Motion to Compel Plaintiff to Respond to Defendants' First, Second, and Third Requests for Production of Documents. *See* [ECF No. 91]. For the reasons stated on the record, the Court **DENIES AS MOOT** [87] Plaintiff's Motion for Protective Order as Defendant has agreed that the deposition of Dr. Goodman will not take place on May 23, 2023. Plaintiff may file a motion for attorney's fees in connection with her Motion for Protective Order and Defendants may file a response.

Additionally, the Court **DENIES WITHOUT PREJUDICE** Defendants' Motion to Compel Plaintiff to Respond to Defendants' First, Second, and Third Requests for Production of Documents as Plaintiff has agreed to comply with the requests once this Court approves a confidentiality agreement governing the exchange of discovery. *See* [ECF No. 91]. Once the Parties have conferred, they may file a motion for approval of the Parties' confidentiality agreement.

Finally, the Court addressed the in-person hearing scheduled for June 21, 2023 on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants Mount Sinai Medical Center and Kfir Ben-David, M.D. *See* [ECF Nos. 39, 44, 71]. The Court agreed with the Parties that further briefing is necessary. Accordingly, it is **ORDERED** that:

1) Plaintiff shall file a supplemental memorandum of law in support of her Motion for Temporary Restraining Order and Preliminary Injunction clearly identifying the equitable remedy sought by Plaintiff under Federal Rule of Civil Procedure 65 and the legal authority for the remedy sought. The supplemental memorandum must be filed on or before **June 1, 2023** and shall not exceed 20 pages.

2) Defendants may file a memorandum in opposition on or before **June 12, 2023**. The memorandum in opposition shall not exceed 20 pages.

3) Plaintiff may file a reply on or before **June 16, 2023**. The reply shall not exceed 5 pages.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of May 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   **All Counsel of Record**