UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,              )
                                       )
    Plaintiff,                         )   Case No. 1:23-CV-20188-RKA
                                       )
v.                                     )
                                       )
MOUNT SINAI MEDICAL CENTER OF          )
FLORIDA, a Florida Not For Profit      )
Corporation, and KFIR BEN-DAVID, M.D.  )
                                       )
    Defendants.                        )

## NOTICE OF APPEARANCE

Please take notice that Ashley P. Singrossi, Esq. of LASH GOLDBERG enters her appearance as counsel for Defendants Mount Sinai Medical Center of Florida and Kfir Ben-David, M.D. All future correspondence, pleadings, and other papers in this matter directed to Defendants should be served on Ashley P. Singrossi, Esq., asingrossi@lashgoldberg.com at Lash Goldberg, Miami Tower, 100 SE 2nd Street, Suite 1200, Miami, Florida 33131.

LashGoldberg
LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

1:23-CV-20188-RKA

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By: */s/ Ashley P. Singrossi*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com
    **ASHLEY P. SINGROSSI**
    Florida Bar No. 1010132
    Email: asingrossi@lashgoldberg.com

LashGoldberg
LASHGOLDBERG.COM
MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

1:23-CV-20188-RKA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on May 25, 2023, or in the manner specified on all counsel or parties of record on the Service List below:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
rlevenstein@nasonyeager.com
jresnick@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
gorseck@kramerlevin.com
landrews@kramerlevin.com

*Attorneys for Defendant Kfir Ben-David, M.D.*

By: /s/ Ashley P. Singrossi
    **ASHLEY P. SINGROSSI**

3



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305 347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002