Dear Program Director,

    I am writing this letter of recommendation on behalf of Dr. Paige Finkelstein. I am currently her chief resident and have been her senior resident for the last three years. Over this period, I have spent a great deal of time working with Paige and I feel that I can accurately speak to her individual character and skill as a physician.

    Above all else, Paige is passionate about her work. She will allow nothing to get in the way of her doing what is best for her patients. Whenever an emergency would arise, be it one of our many code blue activations or a consult that needs to be evaluated immediately, Paige would jump to action and rally the troops to make sure that the situation was addressed in a timely and effective manner. On the scene, she would take quick action and lead her team without trepidation. In the face of limited resources or inadequate staffing, she would always find a way to get the job done. This proactive behavior has helped to save many lives during Paige's time at Mount Sinai.

    Paige is also selfless and has proven that she is willing to risk her health for the benefit of others. In the midst of this COVID-19 pandemic, there has been a great deal of fear related to performing invasive procedures in the COVID ICU. While many residents would drag their feet and try to delegate such tasks to others, Paige has always been the first one to gown up and head over to care for those sickest of patients. Even if it was a high risk procedure such as putting in a chest tube, she would rise to the call of duty without hesitation.

    Finally, Paige is thoughtful. Despite the demands of the field and the less than bubbly environment of a surgical residency, she has always made an effort to remind of us of our humanity. Paige kept track of everyone's birthday and would bring in thoughtfully crafted confections for us on those special days. She would also work to organize social events to bring the team together outside of the hospital. All of these things have had an immensely positive impact on the overall atmosphere of our program.

    Taking all of this into consideration, I strongly support Paige as a candidate for your program. She will be greatly missed here, but I take solace in the fact that she will carry on all that she has learned and continue to help her patients and enrich the lives of those around her.

Sincerely,

Jonathan R. Zadeh MD
Chief Surgical Resident
Mount Sinai Medical Center
Miami Beach, FL 33140
(518) 821-3956

# SKILLSURVEY Credential OnDemand

Paige Finkelstein, MD

## Reference Verification Request

[View Applicant Consent] [View Privileges]

### Applicant Information
**Name:** Paige Finkelstein, MD
**Department/Specialty:** Surgery, General

The above-noted practitioner has submitted an application/re-application for **membership and/or privileges** to one or more Mount Sinai Health System affiliated hospitals. The applicant has listed you as a professional peer reference. Please complete the confidential evaluation questionnaire to the best of your knowledge. A copy of the applicant's signed release authorization can be viewed by clicking the button at the top right of the screen, and if applicable, a copy of the clinical privileges being requested can be reviewed by clicking the View Privileges button.

Name of person completing this evaluation: Jonathan Zadeh, MD

Please answer all questions based on your personal knowledge and direct observations. Your candor will be greatly appreciated.

1. My responses are based on (check all appropriate responses)
   - [x] Direct observation
   - [ ] Review of accumulated information and reports about the practitioner's performance

2. How long have you known the applicant?

   4 years

3. In what setting(s) did you observe the applicant? (i.e., office, hospital, training program)

   Hospital

4. How often have you observed the applicant over the last 24 months?
   ( ) Daily  ( ) Weekly  ( ) Monthly  (•) Infrequently

5. In what capacity did you observe the applicant's clinical practice?

   I was her senior resident during her surgical training

6. In your opinion, is the applicant qualified for the requested privileges? (Click on the View Privileges button at the top right of your screen.)
   (•) Yes  ( ) No*  ( ) N/A

7. Would you recommend the applicant for appointment/reappointment at our facility?
   (•) Yes  ( ) No*

**EVALUATION:**

This evaluation should be based on demonstrated performance compared to that reasonably expected of a practitioner at his/her similar level of training, experience and background as the applicant. Please select the appropriate rating.

Please select a rating for each category below using the following rating scale:
EE: Exceeds Expectations, ME: Meets expectations, NI*: Needs Improvement, UN*: Unsatisfactory, U/E*: Unable to Evaluate
*Ratings of NI, UN or U/E require an explanation; a comment box will be provided.

## Reference Verification Request

[View Applicant Consent] [View Privileges]

**7. Would you recommend the applicant for appointment/reappointment at our facility?**

(●) Yes    ( ) No*

### EVALUATION:

This evaluation should be based on demonstrated performance compared to that reasonably expected of a practitioner at his/her similar level of training, experience and background as the applicant. Please select the appropriate rating.

Please select a rating for each category below using the following rating scale:
EE: Exceeds Expectations, ME: Meets expectations, NI*: Needs Improvement, UN*: Unsatisfactory, U/E*: Unable to Evaluate
*Ratings of NI, UN or U/E require an explanation; a comment box will be provided.

|  | EE | ME | NI | UN | U/E |
|---|---|---|---|---|---|
| **Medical/Clinical Knowledge:** The practitioner demonstrates knowledge of established and evolving biomedical, clinical and social sciences, and the application of their knowledge to patient care and the education of others. | ● | ○ | ○ | ○ | ○ |
| **Technical/Clinical Skills:** The practitioner demonstrates the technical and clinical skills and judgment necessary to safely and competently render care, treatment and service within the scope of privileges requested and/or the practitioner's discipline. | ○ | ● | ○ | ○ | ○ |
| **Patient Care:** The practitioner provides patient care that is compassionate, appropriate and effective for the promotion of health, prevention of illness, treatment of disease, and care at end-of-life. | ● | ○ | ○ | ○ | ○ |
| **Systems-Based Practice:** The practitioner demonstrates both an understanding of the contexts and systems in which health care is provided, and the ability to apply this knowledge to improve and optimize health care. | ○ | ● | ○ | ○ | ○ |
| **Interpersonal and Communication Skills:** The practitioner demonstrates interpersonal and communication skills that enables them to establish and maintain professional relationships with patients, families and other members of the healthcare team. | ○ | ● | ○ | ○ | ○ |
| **Professionalism:** The practitioner demonstrates behavior that reflects a commitment to continuous professional development, ethical practice, understanding and sensitivity to diversity and a responsible attitude toward their patients, their profession and society. | ○ | ○ | ● | ○ | ○ |

**Please explain your reasoning for selecting Needs Improvement, Unsatisfactory or Unable to Evaluate for *Professionalism*:**

There was a period during residency in which she had professionalism issues. I believe she has worked through these issues.

### HEALTH STATUS:

**Are you aware of any physical or mental condition that could affect this practitioner's ability to provide patient care services in his/her specialty area, or that would require an accommodation to exercise those privileges safely and competently?**

( ) Yes*    (●) No    ( ) Unable to Evaluate

**To your knowledge, has the applicant ever attended patients while under the influence of drugs, alcohol, or chemicals?**

( ) Yes*    (●) No

### ACTIONS:

**To your knowledge has the applicant ever been subject to any disciplinary action, such as imposition of consultation requirements, monitoring/focused review, suspension or termination, or has the applicant had any professional conduct or collegiality issues?**

(●) Yes*    ( ) No

**If Yes, please provide an explanation:**

During residency she was put under monitored review for professionalism issues. I do not feel that this was for professionalism issues in the direct patient setting, but in her interactions with some other physicians and staff. She has worked on those issues.

**SKILLSURVEY**
Credential OnDemand

Paige Finkelstein, MD

## Reference Verification Request

View Applicant Consent | View Privileges

To your knowledge, has the applicant ever attended patients while under the influence of drugs, alcohol, or chemicals?

○ Yes*   ● No

**ACTIONS:**
To your knowledge has the applicant ever been subject to any disciplinary action, such as imposition of consultation requirements, monitoring/focused review, suspension or termination, or has the applicant had any professional conduct or collegiality issues?

● Yes*   ○ No

If Yes, please provide an explanation:

> During residency she was put under monitored review for professionalism issues. I do not feel that this was for professionalism issues in the direct patient setting, but in her interactions with some other physicians and staff. She has worked on those issues. She now appears to now be thriving and working well with peers in her current setting.

Is the applicant the same individual represented in this photo?

[Paige Finkelstein, MD]

● Yes   ○ No*

**CONCERNS:**
Do you have any concerns about the applicant that you would like to discuss with a physician leader or Credentials Committee Chair?

○ Yes*   ● No

**OVERALL RECOMMENDATION:**
○ Recommend highly without reservation
● Recommend as qualified and competent
○ Recommend with some reservation(s)*
○ Do not recommend*

Please provide additional details as appropriate:

[                                    ]

[Submit And Sign]