# Exhibit 2



SENDER'S E-MAIL: mgoldberg@lashgoldberg.com
REPLY TO MIAMI OFFICE

June 3, 2023

**Via Email**

Richard H. Levenstein, Esq.
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410

Re: *Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc. et al.*;
Case No. 1:23-CV-20188-RKA

Mr. Levenstein:

We write regarding your recent filing in support of your client's request for a temporary restraining order and preliminary injunction. ECF 94. In that filing you and your client request an injunction "enjoining the destruction, transfer, concealment or otherwise withholding of Defendants' records, including meeting minutes, organizational charts, communications and any relevant documents or recording." *Id*. at p. 21.

This request is surprising as you and your client never raised such a concern with our clients prior to this filing. Please let us know what facts or information you have on this topic so we may review and evaluate any purported issue. Please provide this information by Tuesday of next week (June 6, 2023) so that we address the matter in a timely fashion.

Thank you.

Sincerely,

**LASH GOLDBERG LLP**

*/s/ Martin B. Goldberg*
**Martin B. Goldberg**

Cc: Clients
    Counsel of Record

MIAMI
100 SE 2nd St., Ste.1200
Miami, FL 33131
305.347.4040
305.347.4050

FORT LAUDERDALE
2500 Weston Rd., Ste. 220
Weston, FL 33331
954.384.2500
954.384.2510

TAMPA
142 West Platt St., Ste.118
Tampa, FL 33606
813.284.4002

LASHGOLDBERG.COM