# Exhibit 3

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                     MIAMI DIVISION
 3              CASE NO.:  1:23-cv-20188-RKA
 4
 5   PAIGE FINKELSTEIN, M.D.,
 6          Plaintiff,
     vs.
 7
     MOUNT SINAI MEDICAL CENTER OF
 8   FLORIDA, INC, a Florida Not For Profit
     Corporation, and KFIR BEN-DAVID, M.D.,
 9
            Defendants.
10   _____/
11
12
13
14                   Monday, June 5, 2023
                     9:40 a.m. - 4:22 p.m.
15
16
17    HYBRID ZOOM VIDEOCONFERENCE DEPOSITION OF BARRY WAX,
                          ESQUIRE
18
19
20
21          Taken on behalf of the Defendants before
22   Christine Savoureux-Mariner, Florida Professional
23   Reporter and Notary Public in and for the State of
24   Florida at Large, pursuant to Notice of Taking
25   Deposition in the above cause.
```

Page 80

1                  THE WITNESS:  I thought that's what your

2          question asked.  Is that what it asked?

3                  MR. LEVENSTEIN:  I didn't think it was

4          qualified that way.

5     BY MR. RUFFNER:

6          Q    Are you aware of anyone at Mount Sinai

7     threatening Dr. Finkelstein if she didn't sign an NDA,

8     she would not receive certain documents?

9                  MR. LEVENSTEIN:  And my objection was if it's

10         not something you learned from Mr. Finkelstein or

11         Dr. Finkelstein, you can answer.

12                 THE WITNESS:  The only source of my knowledge

13         about any of that would have been coming from

14         either one of my clients, so I have to claim

15         privilege.

16    BY MR. RUFFNER:

17         Q    How about from Mr. Jaffee?

18         A    No, Arnie never threatened anything.

19         Q    Did he ever tell you that anybody else at

20    Mount Sinai was threatening?

21         A    Not that I recall.

22         Q    Are you aware of any attempts by

23    Dr. Finkelstein to continue her residency at another

24    location in Delray Beach?

25         A    I might be.  Off the top of my head, I'm not.

Page 86

1        A      I would have to look at my -- at those notes

2    that I have.  I can do that on a break.  I believe I

3    have that document.  And I may also have provided that.

4              I may be wrong, but I may have also provided

5    that as part of the disclosure on the thumb drive.

6    Otherwise, it would be part of my work product and

7    research on drafting the ACGME complaint.

8        Q      Anything other than ACGME policies and

9    procedures?

10       A      Off the top of my head, I don't know other

11   than to say the ACGME policy binds all residency

12   programs under their auspices in the country.

13       Q      Are you aware of any fact suggesting that

14   Dr. Finkelstein was entitled to a letter of reference

15   from her program director?

16       A      I don't know that there is one.  I would have

17   to refer to the ACGME policies.

18       Q      And do you know if there is an ACGME policy?

19       A      I would think that there is.  It's pretty

20   specific.

21       Q      Are you aware of any fact suggesting that

22   Dr. Finkelstein was entitled to her first year diploma?

23       A      Yes.  Again, it's one of those things that if

24   you complete it, you are supposed to receive it because

25   it's necessary in order for you to apply to other

1        Q    Do you have any independent recollection of

2    what was discussed?

3        A    All I can say is that I would not have let

4    five weeks go by after Mr. Jaffee sent me a release

5    without responding to him.

6             MR. LEVENSTEIN:  Just for the record, the

7        exhibit marked -- the March 2, 2021 letter is

8        Plaintiff's Exhibit 7 to this deposition in which

9        the question of the release was addressed by

10       Mr. Wax.

11   BY MR. RUFFNER:

12       Q    In that, as you called it, five-week time

13   frame, did you ever discuss with Mr. Jaffee the concept

14   of extortion?

15       A    I've never discussed the concept of extortion

16   with Mr. Jaffee.  Extortion is a crime.

17       Q    How about NDA or nondisclosure agreement?

18       A    I have no specific recollection of discussing

19   an NDA with Mr. Jaffee.

20       Q    And confidentiality?

21       A    Same.

22       Q    How about more generally, any discussion with

23   Mr. Jaffee in which Dr. Finkelstein would be precluded

24   from disclosing the terms of the release?

25       A    I don't have a specific recollection of that.

Page 187

1    case, you said no; is that correct?

2         A    Correct.

3         Q    Are you -- when you say that she had a legal

4    right, are you rendering that as an expert opinion?

5         A    No.

6         Q    And you also said, in response to some

7    questions, that you weren't going to give a legal

8    opinion such as about extortion?

9         A    Yes.

10        Q    What hat are you wearing when you say, yes,

11   she had a legal right?

12        A    The hat of an attorney who reviewed the AGCME

13   guidelines, ACGME guidelines, and what would be required

14   to be provided.

15        Q    When you say "legal right," you're referring

16   to the ACGME guidelines?

17        A    I believe so, yes.

18        Q    Anything else?

19        A    At this point, I can't recall, and I know that

20   we discussed that earlier in the questions.

21        Q    What ACGME guideline provides Dr. Finkelstein

22   the right to an MSPE letter?

23        A    I would have to look at the guidelines and

24   find that for you.  There are documents.  I remember

25   when I reached out -- I had my associate reach out, if

Page 188

1    I'm not mistaken, and try and reach someone for an

2    opinion and I seem to recall that they verified that

3    these are the documents, but I can't specifically tell

4    you which would be or wouldn't be.

5            Q    I'm sorry, who verified?

6            A    He contacted the ACGME.

7            Q    You're saying there was a conversation between

8    Mr. Hernandez and the ACGME?

9            A    I believe there was, yes, or a representative

10   or something.

11           Q    Do you know who he spoke to?

12           A    I have no idea.

13           Q    Do you know whether that conversation was

14   recorded or memorialized?

15           A    I don't know.

16           Q    Do you know if there is any contemporaneous

17   documents?

18           A    I don't know.

19           Q    And just to be clear, you believe that aside

20   from an institution providing an MSPE letter to another

21   institution, is it your testimony today that

22   Dr. Finkelstein herself has a right a copy of the MSPE

23   letter?

24           A    No, I never said that.

25           Q    Well, the question that Mr. Levenstein asked

Page 191

1    Proof of Completion of the second year.

2          A     Yes.

3          Q     What, according to you, gives Dr. Finkelstein

4    a legal right to those?

5          A     A legal right a document that says she

6    completed the second year of her residency at Mount

7    Sinai Medical Center?

8          Q     Yes.

9          A     Again, I would think that would fall within

10   the rubric of the requirements or policies of the ACGME.

11         Q     Can you identify any?

12         A     Same answer as I gave you before.

13         Q     Did you take steps to identify any at the time

14   you were communicating with Mr. Jaffee in 2021?

15         A     Take steps to identify --

16         Q     Any specific ACGME policy which you now

17   contend gives Dr. Finkelstein a legal right these

18   documents.

19         A     Again, I recall that my associate was tasked

20   with reviewing that document and advising of what was

21   discovered and what was determined, and I'm certain that

22   he would have related that to me and probably shown me

23   the passages, and that would have been what I relied on.

24         Q     As you sit here today, are you 100 percent

25   certain that Dr. Finkelstein has a legal right to all of

Page 192

```
 1    these documents?

 2         A     No.

 3              MR. RUFFNER:  I don't have any further

 4        questions.

 5              MR. LEVENSTEIN:  Nothing further.  This

 6        concludes the deposition.  We are going off the

 7        record.  The time is 4:22.

 8              THE WITNESS:  I read.

 9              (The taking of the deposition was concluded at

10    4:22 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```