AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Paige Finkelstein, M.D.

V.

Mount Sinai Medical Center of Florida, et al

**EXHIBIT AND WITNESS LIST**

23-20188-CIV-ALTMAN

| PRESIDING JUDGE<br>Lisette M. Reid | PLAINTIFF'S ATTORNEY<br>Richard Levenstein & G. Olivieri Sliwka | DEFENDANT'S ATTORNEY<br>Clark Sigman Splichal & Martin Goldberg |
|---|---|---|
| TRIAL DATE (S)<br>Evidentiary/Motion Hearing: 6/21/23 | COURT REPORTER<br>Vernita Allen-Williams | COURTROOM DEPUTY<br>Elizabeth Rodriguez |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | |
|---|---|---|---|---|---|
| | 1 | 6/21/23 | X | X | Notebook/Binder |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages