UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,           CASE NO. 1:23-CV-20188-RKA

       Plaintiff,

v.

MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D.,

       Defendants.
_____/

### DEFENDANTS' NOTICE OF FILING COMPOSITE EXHIBIT 1

Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D. ("Defendants"), pursuant to the Clerk's Notice of Policy regarding Electronic Submission of Exhibits Sent to Defendants Regarding the Exhibit List [ECF No. 101] offered and introduced into the record at the June 21, 2023 Hearing on Plaintiff's Expedited Motion for Entry of Temporary Restraining Order and Preliminary Injunction Against Defendants [ECF No. 39], hereby give notice of filing the Composite Exhibit 1, the contents of which are indexed below:

| Tab | Document Description |
|---|---|
| 1. | Factual Background of Dr. Finkelstein's Tenure at MSMC - Pages 9-18 from Defendant's Response in Opposition to Plaintiff's Verified Motion for Temporary Injunction (ECF 40); *see also* ECF 60. |
| 2. | Compilation of Evaluations during Residency – Dr. Paige Finkelstein |
| 3. | Dr. Philip Bao/CCC Letter |
| 4. | Action Plan/Probation |
| 5. | Action Plan/Probation |
| 6. | MSMC Non-Renewal Letter |
| 7. | Paige Finkelstein's Resignation Letter and Dr. Goldszer's Termination Meeting Notes |
| 8. | Excerpt from Finkelstein's Second Amended Complaint (Page 38) |
| 9. | AAMC website information on Applying to Residencies with ERAS |
| 10. | AAMC website information on How to Apply for Residency Positions |

| Tab | Document Description |
|---|---|
| 11. | 2024 ERAS Letter of Recommendation Portal User Guide from AAMC |
| 12. | ERAS Letter of Recommendation (LoR) Process, 2015 ERAS Season, from AAMC |
| 13. | ERAS Letter of Recommendation (LoR) Request sample |
| 14. | Email exchange between Barry Wax, Arnold Jaffee and Robert Goldszer<br>Subject: Paige Finkelstein, MD<br>Submitting Finkelstein letter of resignation and requesting documents |
| 15. | Email from Arnold Jaffee to Barry Wax<br>Subject: Paige Finkelstein<br>Enclosing letter dated 1/8/21 from Dr. Ben-David |
| 16. | Email from Paige Finkelstein to Hospital<br>Subject: File<br>*(Filed Under Seal - Further description omitted per Plaintiff's confidentiality designation)* |
| 17. | Email from Arnold Jaffee to Robert Goldszer<br>Subject: Paige Finkelstein |
| 18. | Email from Arnold Jaffee to Barry Wax enclosing draft release |
| 19. | Page 4 from Finkelstein's Reply in support of request for injunction |
| 20. | Compilation of Letters of Recommendation Obtained by Paige Finkelstein |
| 21. | Page 36 of Finkelstein's Second Amended Complaint – showing Plaintiff's theory that letters of recommendation (Tab 20) prove alleged falsity of MSMC's decisions |
| 21a. | Page 7 from Finkelstein's Reply Memo of Law in support of request for injunction - showing Plaintiff's theory that letters of recommendation (Tab 20) prove alleged falsity of MSMC's decisions |
| 22. | Declaration of Philip Bao, MD – example disputing above theory at Tab 21 |
| 23. | ACGME website - The ACGME for Residents and Fellows |
| 24. | *Irani v. Palmetto Health,* 2016 WL 3079466 |
| 25. | *Rice v. St. Louis University,* 2020 WL 3000431 |
| 26. | Employment Agreement between MSMC and Paige Finkelstein for PGY3 |
| 27. | ACGME website - Report an Issue |
| 28. | ACGME-Related Excerpts from 5/19/23 hearing transcript |
| 29. | Page 5 from Finkelstein's Reply in support of request for injunction |
| 30. | Program Director Boot Camp |
| 31. | ACGME's The Program Director Guide to the Common Program Requirements (Residency)<br>Section II.A.4.a(14) |
| 32. | ACGME's Common Program Requirements (Residency) |
| 33. | ACGME's Guidance and Resident Transfers sections |
| 34. | ACGME website – What is the Accreditation Data System (ADS)? |
| 35. | Letter from MSMC to Paige Finkelstein enclosing copies of evaluations and Verification Letter |
| 35a. | Verification Letter |
| 36. | ABSITE website – Examination Availability |

| Tab | Document Description |
|---|---|
| 37. | AAMC website – Medical Student Performance Evaluation (MSPE of "Dean's letter") |
| 38. | The Association of Program Directors in Surgery website – About |
| 38a. | The Association of Program Directors in Surgery website – Our Mission |
| 39. | *Hengle v. Treppa,* 19 F.4th 324 |
| 40. | *Kadlec Medical Center v. Lakeview Anesthesia Associates,* 527 F.3d 412 |
| 41. | Defendants' Motion to Strike, or in the Alternative to Dismiss, Plaintiff's Verified Second Amended Complaint |
| 42. | Defendants' Reply Memorandum in Further Support of their Motion to Strike, or in the Alternative, to Dismiss Plaintiff's Verified Second Amended Complaint |
| 43. | Defendants' Response in Opposition to Plaintiff's Expedited Motion for Entry of Temporary Restraining Order and Preliminary Injunction |
| 44. | Letter from LG to Richard Levenstein regarding ECF 94 |

Respectfully submitted,

**LASH GOLDBERG LLP**
Suite 1200, Miami Tower
100 Southeast Second Street
Miami, Florida 33131-2100
Telephone: (305) 347-4040
Facsimile: (305) 347-4050
*Counsel for Defendants Mount Sinai Medical Center and Kfir Ben-David, M.D*

By: */s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    mgoldberg@lashgoldberg.com
    **CLARK SPLICHAL**
    Florida Bar No. 1010425
    csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, D.C. 20006
Tel.: (202) 775-4500
Fax: (202) 775-4510
*Counsel for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar 846015
    gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    landrews@kramerlevin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was emailed on June 30, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

## SERVICE LIST

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
gsliwka@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*