# Tab 3

December 17, 2019

Re: CCC review of Dr. Finkelstein

Dear Dr. Ben-David,

The Clinical Competencies Committee met 12/16/2019 for its semi-annual review of resident performance. A quorum of faculty was present for discussion of Paige Finkelstein, our 2nd year categorical resident. We reviewed prior milestone evaluations, her academic performance, and current evaluations through the first half of this academic year.

After very extensive review and discussion, the Committee expresses serious concern about Dr. Finkelstein's progress in the ACGME milestones for surgical residency and her potential for appropriate advancement to the 3rd year. The practice domains and competencies that still demonstrate deficiency or lack of progress include professionalism and interpersonal communication as well as to some extent maintenance of emotional health. It seems this is despite open discussion of these issues directly with her on prior occasions and opportunities made available for help and remediation. Please note that some of the faculty evaluations did remark on improvement, her intelligence, and level-appropriate clinical care, but my impression is that this is inconsistent and the overall sentiment is that she still "needs to mature."

Unfortunately, these continued deficiencies speak as much to being a good physician as a good surgeon, and as such may not be remediable. Conversely, Dr. Finkelstein may ultimately train to become a fine surgeon, but her fit with Mount Sinai Medical Center to achieve that goal may be questionable.

At minimum, the Committee would suggest an updated remediation plan for Dr. Finkelstein and consideration of formal academic probation. We would also offer to review her performance on a quicker cycle in the next 3-4 months particularly as the issue of contract renewal becomes more relevant.

Sincerely,


Philip Bao, MD

Chair, Clinical Competencies Committee