# Tab 4

General Surgery Residency Program

ACTION PLAN   12/26/19

Probation and Remediation Plan for Professionalism, Communication Skills and Medical Knowledge

Resident Name: Page Finkelstein   PGY: 2

Educational Enhancement Issue: **Professionalism, Communication Skills and Medical Knowledge**

Based on 1) attending evaluations, 2) prior suggestions and counseling from General Surgery residency leadership, 3) overall academic performance and scores on standardized testing, resident is placed on probation 12/26/19.

Goals:

1.  Demonstrate appropriate  level of knowledge on General Surgery National Exam
2.  Demonstrate ability to work  collaboratively and professionally with physicians and staff

Focused current issues of educational deficiencies:

1.  Scored 31% on the American Board of Surgery In-Training Examination
2.  Repeated criticism and poor, below standard,  evaluations from staff and colleagues regarding the following ACGME competencies: Professionalism, Communication skills and Medical Knowledge

Goal: Focus on recognizing and developing professional interactions and achieving medical knowledge

Next Steps/ Resolution plan:

1.  6 weeks probation
2.  Mentorship with PD / Assoc. PD, or designee  to continue every other week for 20-30 minutes until February  15,2020
3.  At these evaluations resident will provide written summary of interactions with other residents, staff, attendings physicians and patients.
4.  At these every other week evaluations provide written summary of what studying you have done to prepare for exams.
    a.   You will submit 10 answered questions from the SCORE question bank every week.
5.  Score above the 50%  on January 2020 standardized national surgery residency assessment examination
6.  You will provide 5 mini-clinical evaluation exercise every week. (previously provided and on the resident shared-drive)
7.  You will provide an Operative Performance Rating System (OPRS) for each case you do. (previously provided and on the resident shared-drive)

If resident is not successful with remediation plan to resolve probation resident will not be renewed for 2020- 2021 training year.

Program Director: _____   Date: ___1/8/2020___

Resident signature: _____   Date: ___1/1/2020___

1

94