# Tab 5

General Surgery Residency Program

ACTION PLAN  7/6/20

Probation for Professionalism and Communication Skills

Resident Name: Page Finkelstein  PGY 3

Educational Enhancement Issue: **Professionalism and Communication Skills**

Based on 1) attending evaluations, 2) senior resident evaluation 3) prior suggestions and counseling from General Surgery residency leadership, 4) nursing leadership interaction, resident is placed on probation 7/6/2020-8/14/2020. Note that this is the second probation for Dr Finkelstein.

Goals:

1. Demonstrate ability to work collaboratively and professionally with physicians and all healthcare staff

Focused current issues:

1. Repeated criticism and poor, below standard evaluations from staff and colleagues regarding the following ACGME competencies: Professionalism and Communication skills.

Goal: Focus on recognizing and developing professional interactions.

Next Steps/ Resolution plan:

1. Mentorship with PD / Assoc. PD, or designee to continue every week for 20-30 minutes for 6 weeks until August 16,2020
2. At these evaluations resident will provide written summary of interactions with other residents, staff, attendings physicians and patients.
3. You will provide 5 mini-clinical evaluation exercise every week. (previously provided and on the resident shared-drive)
4. You will provide an Operative Performance Rating System (OPRS) for each case you do. (previously provided and on the resident shared-drive)
5. We will solicit random evaluations regarding your professionalism and communication skills from attendings, surgery chief residents, nursing and any other allied healthcare provider in our healthcare system every week during the probation period.

If the resident is not successful with this remediation plan to resolve probation, Dr. Finkelstein will be terminated since this is her second probation period within a year.

Program Director: _____  Date: 7/6/2020

Resident signature: Page Finkelstein  Date: 7/6/2020