# Tab 6



October 26, 2020

Paige Finkelstein, M.D.

**Re: Nonrenewal of Graduate Medical Education Program Agreement dated March 11, 2020, Commencing June 24, 2020 ("Agreement")**

Dear Dr. Finkelstein:

Pursuant to and in accordance with Section 13 of the Agreement, this letter shall serve as Mount Sinai Medical Center's ("Mount Sinai") formal notice of its intent not to renew your Agreement following its expiration on June 23, 2021.

As you know, during your residency, you have been notified of several issues regarding your professionalism and communication skills. Professionalism and communication skills are important parts of residency training and development as a physician. Every resident is expected to excel in this matter. In addition, professionalism and communication skills are core competencies within the ACGME standards. You have repeatedly failed to satisfy Mount Sinai's expectations of its residents in terms of professionalism and communication skills. Due to your evaluations by attending physicians and by senior residents, prior counseling from general surgery resident leadership, and nursing leadership interactions, you were placed on probation from December 26, 2019 to February 15, 2020, and then from July 6, 2020 to August 14, 2020. In connection with your probations, you were notified that there were repeated criticisms and below standard evaluations regarding your professionalism and communication skills, and you were advised that if you do not correct these issues, you will face nonrenewal of your residency agreement or be terminated from the program.

Despite the probations and warnings, and plans of resolution specifically designed for your improvement, you continued to display poor professionalism and communication skills, including, in part, a failure to work collaboratively with physicians and healthcare staff.

As a result, and without exhaustion of the reasons for this decision which do not involve termination for disciplinary reasons, Mount Sinai will not renew your Graduate Medical Education Program Agreement following its expiration on June 23, 2021. If, during the remainder of your current residency, you continue to communicate in an unprofessional manner, there is an occurrence that endangers patients, behave in a manner disruptive to the education program, or do not comply with Mount Sinai Medical Center and Graduate Medical Education policies, Mount Sinai reserves the right to terminate the Agreement prior to its expiration on June 23, 2021.

Sincerely,

Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director