# Tab 7

January 13, 2021

Dr. Robert Goldszer
Chief Medical Officer
Mt. Sinai Medical Center
4300 Alton Road
Miami Beach, Florida 33140

Dr. Goldszer,

  I am hereby tendering my resignation from the Mount Sinai Medical Center General Surgery Residency Program, effective January 11, 2021.

  The time I spent in the program was invaluable, and instrumental in my growth and development as a surgeon and healthcare professional. I am grateful to the teaching faculty and staff for their contributions to my career. If any matters arise relating to patient care or medical recordkeeping, please feel free to contact me at paige@finkelstein.us.

                 Sincerely,

                 Paige Finkelstein, M.D.

1/11/21   1400- 1430

Meeting with Dr Paige Finkelstein

Attendees  Dr Finkelstein   Dr Goldszer, Dr Bend David Michelle Vincent

I informed Dr Finkelstein she is terminated from the residency as of today 1/11/21  1400

I have taken her pager and ID badge ( given to Michelle Vincent)  I have informed HR and IT and security all access is to be ended


I tell Dr Finkelstein she has had three written warning:  probation in 12/19; probation in 12/20 and non renewal in 10/20.  I tell her she has had 4 recent incidents that have demonstrated poor care, lack of professionalism, and poor communication

1. Surgery in the ED on an abscess
2. Placing a line and knowing of complication and not informing her supervisors or attending
3. Complaint from cardiology about her interaction with a fellow who was asking for help
4. Complaint about her speaking rudely about patients and not following MSMC infection prevention policies


She says this is not her activities and she denies these. We tell her we have photos and have talked with others


I do provide her with a form and opportunity for her to resign from the residency

I provide her with our MSMC discipline form filled in for the to sign

I tell her there is an appeal process she can write to the CEO and then there is a committee to review establishes


She asks for 24 hours to consider the resigning.  I tell her that is fine she should call me by 1400 on 1/12

I tell her she is terminated as of now

Michelle Vincent escorts her to her two lockers to remove all belongings and leave the premise