# Tab 9

 **Students & Residents**

# Applying to Residencies with ERAS®

The Electronic Residency Application Service® (ERAS®) is the centralized online application service you'll use to deliver your application, along with supporting documents, to residency programs.



## About ERAS®

The Electronic Residency Application Service® (ERAS®) streamlines the residency application process for applicants, their Designated Dean's Offices, Letter of Recommendation (LoR) authors and program directors. By providing applicants the ability to build and deliver their application and supporting materials individually or as a package to programs, the ERAS system provides a centralized and flexible solution to the residency application and documents distribution process.

## Register for the MyERAS® Portal for Residency

How to identify your Designated Dean's Office and get your ERAS® token.

6/13/23, 8:56 PM
Case 1:23-cv-20188-RKA   Document 103-0   Entered on FLSD Docket 06/30/2023   Page 3 of 5
Applying to Residencies with ERAS | Students & Residents

## ERAS 2023 Participating Specialties & Programs

A list of residency and fellowship specialties currently participating in ERAS.

## The MyERAS® Application and Program Signaling for 2023-24

The AAMC is updating the Electronic Residency Application Service® (ERAS®) system for 2024. In the coming season, residency applicants who are applying to participating programs can use program signals to show their interest.



## Apply Smart for Residency

Applying to residency involves a complicated set of steps and decisions. The AAMC is committed to providing information to help you apply smarter for residency. We have curated a series of resources that explain the process and ensure that the residency program you select is the right fit for you.

## Fees for ERAS® Residency Applications

ERAS® application fees are based on the number of programs applied to per specialty. The MyERAS® portal automatically calculates your fees, and you can pay online using Visa, MasterCard, American Express, or Discover.

## ERAS® Tools and Worksheets for Residency Applicants

Guides and worksheets to help residency applicants complete their MyERAS® application.

## ERAS SOAP® Information

The Supplemental Offer and Acceptance Program® (SOAP®) is the process by which eligible unmatched, or partially unmatched applicants may apply to programs with unfilled residency positions and receive offers through the National Resident Matching Program® (NRMP®) Registration, Ranking, and Results (R3®) system.

## History and Imports for Repeat Applicants

Applicants that have certified and submitted an application in a prior season (ERAS® 2016 application season and onwards) will be able to import their application data and associated LoRs into the current season.

## ERAS® Residency Applicants FAQ

FAQs will be updated throughout the 2024 ERAS® season (June 7, 2023 to May 31, 2024).

## Matching Services for Residencies

Registration with the ERAS® program does not register you for any established match. The ERAS system is a separate entity and does not provide matching services. If you intend to participate in a

match, you must contact that organization for registration, eligibility, and participation information.



655 K Street, NW, Suite 100 Washington, DC, 20001-2399

202-828-0400

© 2023 AAMC