# Tab 11



# 2024 ERAS

## Letter of Recommendation Portal (LoRP)
## USER GUIDE



ERAS® is a program of the
Association of American Medical Colleges

# Table of Contents

About the Letter of Recommendation Portal (LoRP) ............................................................................................ 1

LoR Requirements ................................................................................................................................................. 2

Creating an AAMC Account ................................................................................................................................... 3

Uploading a Letter of Recommendation (LoR) ..................................................................................................... 8

Uploading a New Version of an Existing LoR ...................................................................................................... 11

Sorting Information ............................................................................................................................................. 12

Toggling Between Seasons .................................................................................................................................. 13

Letter of Recommendation Imports .................................................................................................................... 14

LoRP FAQ .............................................................................................................................................................. 15

ERAS Client Technical Support Contact Information ........................................................................................... 16

## About the Letter of Recommendation Portal (LoRP)

The Letter of Recommendation Portal (LoRP) enables LoR Authors and/or their designees to upload letters of recommendation (LoRs) to ERAS for distribution to training programs, at the request of applicants.

In the MyERAS application, applicants generate a Letter Request Form (LRF) for each LoR they are requesting and provide the form to the relevant author. Authors and/or their designees use the unique Letter ID on each LRF to upload LoRs for applicants. A designee may not be a member of the hospital in an advising role or medical school staff supporting applicants throughout the application process.

Applicants must indicate whether they waive their right to view the LoR for each LoR entry created. Applicants who waive their right to view a LoR are not permitted to view or obtain the LoR under any circumstances. All LoRs must be uploaded through the LoRP and all LoRP users must accept the Terms and Conditions.

When a LoR is uploaded, it cannot be deleted or altered; a new version must be uploaded. Programs will only be able to view the most recent version of the LoR but LoRP users will see each version they have uploaded. All LoRs will have a watermark that includes the name of the person uploading the LoR, the source of the upload and the date. Applicants will receive an email notification that alerts them when a LoR has been uploaded.

© 2023 AAMC. May not be reproduced without permission.

## LoR Requirements

In order to upload an LoR to the LoRP, it must meet the following requirements:

- File must be in a PDF format.
- File size cannot exceed 1 MB.
- File cannot be encrypted, or password protected.
- Page dimensions cannot exceed 8.5 x 11 inches.
- File name cannot contain the following special characters: | * ? \ : < >
- It is recommended that all LoR(s) be carefully reviewed, written and submitted on professional letterhead.
- LoR(s) should be signed by the LoR Author and include a date.

© 2023 AAMC. May not be reproduced without permission.

# Creating an AAMC Account

To access the Letter of Recommendation Portal (LoRP), you will need an AAMC account. If you already have an account, you may use your existing username and password to access the LoRP.

1. Please visit https://systems.aamc.org/eras/lorportal/ and click *Create Account.*




© 2023 AAMC. May not be reproduced without permission.

2. Follow the 3-step process to create an AAMC Account.



3. You will receive a confirmation email to verify your account. Click the link provided in the email to complete your AAMC account registration.
4. Using the username and password you created, sign into the [Letter of Recommendation Portal (LoRP)](#).

- Note: If you are a designee uploading LoRs on behalf of multiple letter authors, you do not need to create multiple accounts. The LoRP enables you to organize the LoRs you upload for the author.

ERAS 2024 – Letter of Recommendation Portal (LoRP) User Guide

Case 1:23-cv-20188-RKA   Document 102-11   Entered on FLSD Docket 06/30/2023   Page 8 of 17

## Uploading a Letter of Recommendation (LoR)

### To upload a LoR:

1. Identify the *ERAS Letter ID* on the Letter Request Form (LRF) you received from the applicant. Then, click *+ Add New LoR*.



2. Enter the ERAS *Letter ID* exactly as it appears on the Letter Request Form (LRF) and click *Continue*. The ERAS Letter ID is case sensitive.



© 2023 AAMC. May not be reproduced without permission.   5

3. After verifying the ERAS Application Season, Applicant and LoR Author Details, mark the checkbox(es) at the bottom of the screen and click *Upload*.

   If appropriate, mark the letter as having a standardized letter component to the document. Some specialties have additional guidance to include a standardized letter of evaluation (SLOE) in addition to the traditional letters of recommendation that may be shared in a residency or fellowship application. Other examples of standardized letters may be SLOR, SEL, eSLOR, etc. and may have specialty specific instructions for sharing these letters.

   Click *Back*, if the ERAS Application Season, Applicant and/or LoR Author Details are incorrect. Please notify the applicant so they can make corrections and provide you with a new Letter Request Form (LRF) to upload your letter.



4. Upload the LoR by selecting *Browse* to locate it. Then, click *Continue*.



5. After verifying the LoR, click *Finish*. A confirmation message will appear. After reading the message, click *OK* to proceed with uploading the LoR.



Then, the *LoR Manager* screen will display, and you will be able see that the LoR was successfully uploaded.

 Note: Once an LoR is uploaded, it cannot be modified. To alter the letter, you must upload a new version.

# Uploading a New Version of an Existing LoR

## To create a new version of an LoR:

1. Identify the applicant that you will be uploading a new LoR for on the *LoR Manager* screen and click the upload icon located in the *Upload LoR* column.



2. Follow the same steps used to upload the initial letter including:

    - Verify the ERAS Application Season, Applicant and LoR Author details
    - Upload the LoR and
    - Verify the LoR



   **Note:** Programs will only be able to see the most recently uploaded version; however, you will be able to see all versions you have uploaded.

# Sorting Information

By clicking on the arrows that appear when you hover over the column headers in the *Letter of Recommendation (LoR) Manager* screen, you can sort the information displayed.

Each column has a drop-down list that will allow you to sort in either ascending or descending order.



Selecting the *Columns* option in the drop-down list allows you to add and remove columns by clicking on the checkboxes.



  Note: The *Letter Author* column will display the author's name the way it was entered by the applicant in their MyERAS application.

© 2023 AAMC. May not be reproduced without permission.

## Toggling Between Seasons

Use the Season drop-down list to select ERAS Seasons on the *Letters of Recommendation (LoR) Manager* screen. You may then view LoRs that were previously uploaded to the LoRP and upload new letters.



## Letter of Recommendation Imports

Letters of Recommendation from prior seasons can be imported by applicants into their current MyERAS application season to be assigned to programs. Applicants will only be able to import LoRs from their most recent residency or fellowship recruitment season. The LoR entry information and viewing rights will be consistent with the original and cannot be changed; however, the letter author does maintain the right to upload a new version of the LoR. Lastly, the ERAS system generates a message to notify authors and their designees, when LoRs are imported. If you would like to upload a new version, select the *Upload LoR* option next to an entry with the *Imported LoR* icon.



© 2023 AAMC. May not be reproduced without permission.

# LoRP FAQ

What is a Letter Request Form?

- The Letter Request Form (LRF) is a document that includes instructions on how to access the ERAS LoRP, applicant information, the Letter ID and if the applicant has waived their right to see the LoR. You should receive a form for each letter you are asked to write.

Will the LoRP convert my file to a PDF format, or should it already be in a PDF format before I upload it?

- In order to upload a LoR, it must already be in a PDF format. The LoRP does not have the capability to convert your file into a PDF format.
  PDFs with encryption, password protection, or digital signatures cannot be uploaded. Any LoRs that do not meet these guidelines must be revised and resubmitted.

  *For more information on the PDF file format, please see [www.adobe.com](www.adobe.com).*

How can I view an existing LoR for an applicant listed in my LoR Manager?

- Click the Adobe icon located under the *View LoR* column of the *LoR Manager*.

I mistakenly uploaded the wrong letter for an applicant. What should I do?

- Once a LoR has been uploaded for an applicant, it cannot be modified or removed. To make a correction, you must upload a revised version of the LoR using the instructions under Uploading a New Version of an Existing LoR section of the user guide. Programs will only be able to view the most recent version of the LoR but LoR Authors will be able to view all versions.

What if my file exceeds the 1 MB size limit?

- If you are struggling to meet the 1 MB file size limit, please try using a black and white document, minimizing or removing graphics, and/or adjusting your *Adobe* (PDF creator) settings.
- If you have Adobe Acrobat Pro (premium version of Adobe) you may resize the PDF by:
    - Going to File, selecting Print, select Print to Adobe PDF
    - Select Properties
    - Change the default settings to Smallest File Size
    - Press OK and then print to save a new compressed file in a designated folder.
- If you continue to experience any difficulty in resizing your loR to mee the portal's requirements, please emails ERAS a copy of your LoR at [eraslorportal@aamc.org](mailto:eraslorportal@aamc.org) with the subject "Reformat" for additional assistance.

I received an email notifying me that an applicant is re-using a LoR I've uploaded previously. Is there anything I need to do?

- Authors and uploaders are notified by email if an applicant opts to import letters from a prior season. You may review the letter in the LoR Manager (entry will have an imported icon under the Imported LoR column). If you choose to upload a new version of the LoR, you may do so by using the Upload LoR option.

# ERAS Client Technical Support Contact Information

 Send us a Message

📞 (202) 862-6298
Monday - Friday
8 a.m. - 6 p.m. ET

https://www.aamc.org/eras/lorp