# Tab 12





Learn

Serve

Lead

# ERAS Letter of Recommendation (LoR) Process

## 2015 ERAS Season



Association of
American Medical Colleges

# Purpose of this Presentation

This presentation is designed to give an overview of the ERAS LoR process and the unique roles of applicants, *LoR Authors*, and medical schools in that process.





# ERAS LoR Process Overview

- Applicants finalize *LoR Author* entries in MyERAS and generate *Letter Request Forms* for each letter.

- Applicants provide a *Letter Request Form* to their *LoR Author*(s) for each LoR Author they finalize in MyERAS.

- *LoR Authors* create their letters and either upload them directly to ERAS using the Letter of Recommendation Portal (LoRP) or submit them to the Designated Dean's Offices for uploading.  ***LoR Authors* who are submitting LoRs for IMG Residency or Fellowship applicants may only do so via the LoRP**.

- Once the LoR is made available in the *ERAS PostOffice*, applicants can begin assigning the letter to programs.

- Medical schools and programs will be able to view LoRs in their software regardless of how the letter was uploaded to ERAS.



# The Role of Applicants in the LoR Process





# Applicants Finalize LoR Authors in MyERAS

**Step 1:** Applicant enters the *LoR Author* information

**Step 2:** Applicant can edit, delete, or finalize the author

**Step 3:** All finalized *LoR Author(s)* appear in this section. Using the *Print Letter Request Form* link in the *Action* column, applicant can view and print a *Letter Request Form* for each letter.

ERAS
Electronic Residency Application Service
AAMC





# Applicant Provides Letter Request Form to LoR Author

Applicants can provide the *Letter Request Form* to the respective *LoR Author(s)* in person, via regular mail, fax, or email.

The *Letter Request Form* includes all details needed for an *LoR Author* to submit an LoR to ERAS on behalf of an applicant.

*Note:* *Each Letter Request Form contains a unique ERAS Letter ID that can only be used once in the LoRP. Do not provide multiple LoR Authors with the same Letter Request Form.*

## Additional Information for IMGs ONLY:

- A *Letter Request Form* will not be generated when finalizing a *California Letter/PTAL*. Please contact the ECFMG for more information.

- Applicants may only finalize one *California letter/PTAL.*



# ERAS Letter Request Form (LRF)

*** The Letter Request Form shown is an example of an LRF for a U.S. Medical Graduate applying for Residency. LRFs for IMGs and Fellows vary slightly ***

---

## Letter Request Form



### ERAS Application Season: 2015

**Request From:**
Marco Muniz
mpaz@aamc.org
2028626264

**To:**
John Doe
Program Director

With this form, I am requesting that you submit my Letter of Recommendation (LoR) to the Electronic Residency Application Service (ERAS), which transmits my LoR(s) to the residency programs to which I am applying.

If **"I waive"** is selected, I waive my right to view this letter now and in the future under the *Family Educational Rights and Privacy Act (FERPA)*. I acknowledge that this letter is for the specific purpose of supporting my application for residency.

    X   (I waive) my right to see this letter.
    ____ (I do not waive) my right to see this letter.

*Note:*

- It is recommended that all letters be written and submitted on professional letterhead
- Letter should include a date
- Letter should be signed by the LoR Author
- Review your letter for accuracy and grammatical errors before submitting

Please see **Page 2 for instructions** on how to submit letters to ERAS.

*This form is for instructional purposes only and should not be included in your submission.*     Page 1 of 2

---

## Instructions for submitting LoR(s) to ERAS
You can submit your letter to ERAS using **one** of the following options:

- **ERAS LoR Portal:** This application enables LoR Authors to upload letters securely to ERAS. If you are interested in using this option, please go to https://www.aamc.org/eras/lorp and click *Sign in to LoRP* on the upper right-hand side of the page.

  Register for an AAMC Account and follow the directions on the site. If you already have an AAMC account, but forgot your user name or password, please use the 'Forgot your user name' and/or 'Forgot your password' links on the LoR Portal sign in page.

  To submit your LoR using the LoR Portal, your letter must meet the following system requirements:
  - File must be in a PDF format
  - File size cannot exceed 500 KB.
  - File cannot be password protected, encrypted and/or contain an electronic signature.
  - Page size must be 8.5 x 11 inches.
  - File name cannot contain spaces or special characters (i.e. hyphens, slashes, periods, etc.).

  Standard Letter of Evaluation (SLOE):
  If you were asked to submit a Standard Letter of Evaluation (SLOE) as well and would like to submit the form through the LoR Portal, the LoR and SLOE must be uploaded together in one single PDF file.

  When uploading a letter to the LoR Portal, please have the information directly below available.

  **Applicant AAMC ID:** 21017506
  **Applicant Name:** Marco Muniz
  **ERAS Letter ID:** 34bfz8xc8
  **Specialty to which this letter will be assigned:** All Specialties

  Once submitted through the LoR Portal, the LoR will display a watermark containing a date/time stamp of when it was received by ERAS, source of upload and name of the LoR Portal account holder.
  **Example:** Received by ERAS: 12 JUN 2014 02:02 PM Source: LoR Portal Uploaded by: John Doe
  ***Contact ERAS for LoR Portal Help: 202-862-6249*** eraslorportal@aamc.org

- **Mail your letter:** If you select this option, please include this form with your LoR and mail to:

  **Designated Dean's Office Mailing Address**

  **Name:** Enaka Prilop
  **Department:**
  **School:** Oklahoma State University College of Osteopathic Medicine
  **Address:** 620 John Paul Jones Circle
  **City:** Tulsa   **State:** OK   **Zip:** 21225
  **Phone:** 2028821306 **Ext:**
  **Fax:**

*This form is for instructional purposes only and should not be included in your submission.*     Page 2 of 2



# Assigning an LoR to Programs

To assign a letter to a program:

- *LoR Author* must be finalized in the *Documents|Letters of Recommendation* tab in MyERAS

–AND–

- The LoR must be uploaded to the *ERAS PostOffice* by the Designated Dean's Office or by the *LoR Author* via the LoRP.  The LoR checkbox will remain disabled until both of these requirements are met.

LoR selections will be locked upon applying to a program or when assigning an LoR to a program an applicant previously applied to.

An applicant may only change an LoR selection prior to applying to a program.

**Document Assignments and Training Selection**

Program Name: University at Buffalo Program
Specialty: Colon and Rectal Surgery
Address: Buffalo General Medical Center,  100 High Street
Buffalo, NY 14203
E-mail: aaamamhq@amask.org
Web Page: http://wings.buffalo.edu/smbs/sur/trainting_fellowship.htm
\* If the URL does not work, please contact the Program, and not MyERAS
Phone #: 2028828298      Program Director: Sank Paclf
ACGME: 0603512014

☐ I wish to no longer be considered for a position with this program.

**Training Offered**

Note: Deselecting a track after you have applied and paid for the program will not withdraw you from the track. You may select and apply to additional tracks if they are available.

☑ Colon Rectal Surgery (Fellowship)

**Letters of Recommendation**
**Select up to 4 (four)**

\*Note: LoR Authors must be finalized in the Documents|Letters of Recommendation tab AND the LoR must be uploaded to the ERAS PostOffice by your Designated Dean's Office or by the LoR Author via the ERAS LoR Portal (LoRP) in order to assign them to programs. The LoR checkbox will remain disabled until both of these requirements are met. To finalize LoR Authors, return to Step 2 of the Documents|Letters of Recommendation tab. You can click on the ADTS trailing link at the top of this page to track the status of your documents. For questions regarding the status of your documents, please contact your Designated Dean's Office.

| | LoR Author | LoR Letter ID | Specialty to which this letter will be assigned | LoR Author Finalized in MyERAS* |
|---|---|---|---|---|
| ☐ | John Doe | 34bnfrlc5 | All specialties (PD LoR) | Yes |
| ☐ | Jane Doe | N/A | Surgery | No |

**Personal Statements**
**Select 1 (one)**

You currently have no Personal Statements to assign.
To create a Personal Statement, go to Documents

**Photograph**
☐ Send

**USMLE Transcript**
You have not released your USMLE Transcript.
How do I?
Go to Documents

**COMLEX-USA Transcript**
You have not released your COMLEX-USA Transcript.
How do I?
Go to Documents

| **MSPE** | **Transcript** | **ABSITE** |
|---|---|---|
| ☐ Send | ☐ Send | ☐ Send |

Select    Cancel



# Tracking LoRs Using ADTS

Throughout the ERAS Season you may use the Applicant Document Tracking System (ADTS) to track the delivery of your LoRs and other documents.

An applicant's Designated Dean's Offices may have elected to perform a Quality Assurance (QA) review of all LoRs that are uploaded via the LoRP before they are made available in the *ERAS PostOffice* and released to programs.

**Applicant Document Tracking System (ADTS) link in MyERAS**

| | |
|---|---|
| ERAS | AAMC |
| | Update Profile   Change Password   Message Center   **ADTS**   Logout |
| Dashboard | Application   Documents   Programs   Marco Antonio Muniz   AAMC ID: 21017506 |
| MyERAS Application Overview | Alert |

**LoR Details in ADTS**

ERAS AAMC   **ADTS** The Applicant Document Tracking System

The ADTS enables you to monitor the status of your application and supporting documents that have been submitted to the ERAS PostOffice. Your Designated Dean's Office also has access to the ADTS but programs cannot access ADTS

For a more detailed explanation click here ⓘ

**Documents By Program**

Programs can be filtered by typing or clicking on the down arrow

Baystate Medical Center/Tufts University School of Medicine Program, Internal Medicine

Baystate Medical Center/Tufts University School of Medicine Program, MA
ACGME ID: 1402411181 - Internal Medicine

| File | Available to Program |
|---|---|
| Photo | Not yet retrieved |
| USMLE Transcript | Not Uploaded to PostOffice |
| LoR - Jlfs Paezz / INTERNAL MEDICINE | Not Uploaded to PostOffice |
| LoR - Foak Qachg / INTERNAL MEDICINE | Not yet retrieved |
| LoR - Swdp Yadsw / INTERNAL MEDICINE | Not yet retrieved |
| Profile | Not yet retrieved |
| MyERAS Application | Not yet retrieved |
| Personal Statement - aasvexhporfofwwaavni | Not yet retrieved |

USMLE/COMLEX Transcript Request Report

**My Documents**

LoR(s)

| Authors Name / Specialty Assignment | Finalized in MyERAS | Designated Dean's Office Notified | First Available to Programs | Last Updated |
|---|---|---|---|---|
| Jlfs Paezz / INTERNAL MEDICINE | 09/06/2012 08:44 am | 09/06/2012 08:44 am | Not Uploaded to the PostOffice | |
| Foak Qachg / INTERNAL MEDICINE | 09/06/2012 08:44 am | 09/06/2012 08:44 am | 07/17/2013 02:59 pm | |
| Swdp Yadsw / INTERNAL MEDICINE | 09/06/2012 08:44 am | 09/06/2012 08:44 am | 09/16/2013 10:22 am | |


ERAS
Electronic Residency
Application Service
AAMC

# The Role of LoR Authors in the LoR Process





# Getting started

- *LoR Authors* will need a *Letter Request Form* for each letter that is requested

- *LoR Authors* may select **one** of the following methods to submit their letters:

  - Upload letters directly using the LoRP

  - Send letters to the Designated Dean's Offices for uploading **(U.S. medical school graduates only)**

- ERAS recommends that all letters be written on professional letterhead and signed.



# Using the LoR Portal

Have the *Letter Request Form* from the applicant available but do not upload it.

Both a *User Name* and *Password* are required to log into the LoRP.

If an author uses the LoRP to send an LoR to ERAS, it does not also need to be scanned in by the Designated Dean's Office.

Letters must be in PDF format and not password protected.



*Please see the LoRP User Guide for detailed instructions on how to create a User Name and Password as well as how to use the LoRP.*



# Sending the LoR to the Designated Dean's Office for upload

- *LoR Authors* who are submitting LoRs for U.S. medical school graduates can provide letter(s) and *Letter Request Form(s)* to the Designated Dean's Office in person, via regular mail, fax or email.

- Please include the *Letter Request Form* with your LoR when sending it to the Designated Dean's Office.

**NOTE:** *LoR Authors who are submitting LoRs for IMG and fellowship applicants may only do so via the LoRP.*



# Things to Know…

- Once a letter has been uploaded for an applicant, it cannot be edited or deleted. If the letter needs revisions, a new version must be uploaded

- Designated Dean's Offices will be able to view the most recent version of the letter first and then and any subsequent versions. Programs will only be able to view the most recent version of an LoR.

- Designated Dean's Offices may have elected to perform a Quality Assurance (QA) review of all LoRs that are uploaded via the LoRP before they are made available in the *ERAS PostOffice* and released to programs.

- All LoRs will be watermarked once they are uploaded to the *ERAS PostOffice* to indicate the source of the upload, the date and time it was made available in the *ERAS PostOffice* and in the case of LoRP only the name of the user who uploaded the letter.

- For more detailed instructions on using the LoRP, please use the  LoRP user guide: https://www.aamc.org/eras/lorp



# The Role of Designated Deans Offices in the LoR Process



# The Role of Designated Deans Offices in the LoR Process

- DWS users have the ability to scan or browse in LoRs they receive from LoR Authors.

- The Designated Dean's Office will be able to view all LoRs regardless of  how the letter is uploaded.

- If a Designated Dean's Office has elected to perform a Quality Assurance review LoRs from the LoRP, users will have the opportunity to review letters before they are made available in the *ERAS PostOffice* and released to programs.

- In order for an applicant to assign an LoR to programs, the *LoR Author(s)* must be finalized AND the LoR(s) must be available in the *ERAS PostOffice*.  It is important that Designated Dean's Offices make the LoR(s) they receive available to the *PostOffice* as soon as possible.



# ERAS Contact Information

**Medical Schools**

Email: erashelp@aamc.org

Phone: 202-862-6249

**Applicants**

Email: myeras@aamc.org

Phone: 202-862-6264

**LoR Authors**

Email: eraslorportal@aamc.org

Phone: 202-862-6249

**Help Desk Hours of Operation**
Monday-Friday
8 a.m. - 6 p.m. ET



