# Tab 13

# ERAS Letter of Recommendation (LoR) Request

**ERAS Application Season:** 2023
**ERAS Letter ID:**

==I am requesting that you submit my Letter of Recommendation (LoR) to the Electronic Residency Application Service (ERAS), which transmits my LoR(s) to the fellowship programs to which I am applying. Thank you Dr. Ben-David, I will send you my CV and updated personal statement soon.==

## ERAS Letter of Recommendation Portal (LoRP)

The Electronic Residency Application Service (ERAS) Letter of Recommendation Portal (LoRP) is a centralized service that allows LoR Authors to upload LoRs for applicants applying to ERAS fellowship programs.

ERAS has established a set of guidelines that should be reviewed prior to writing and uploading LoRs using the LoRP.

For more information about the LoRP guidelines, additional resources, and to access the LoRP login, please visit https://www.aamc.org/services/eras/282520/lor_portal.html.

1. Review the information below. If any information is inaccurate, contact the applicant directly so they can make corrections.
2. Login to the ERAS LoRP to upload this letter using the unique **ERAS Letter ID** above.

## Applicant Details

**Name**
**Preferred Name**
**AAMC ID**
**Preferred Phone Number**
**Preferred Email**

## LoR Details

| | |
|---|---|
| **LoR Author Name** | Kfir Ben-David, MD |
| **LoR Author Title/Department** | Chairman of the Department of Surgery/Program Director |
| **Specialty to which this letter will be assigned** | |
| **Additional LoR Information** | This applicant has indicated that you are a Program Director in a current/previous residency or fellowship where they trained. |
| **Waive rights to view this letter** | ==This applicant has indicated that they WAIVE their right to view this letter now and in the future under the Family Educational Rights and Privacy Act (FERPA). The applicant has acknowledged that this letter is for the specific purpose of supporting my application for fellowship.== |

*Note:*

1. **Do not submit LoR(s) by mail. Documents submitted to the EFDO by mail will not be processed to the ERAS application.**
2. LoR(s) submitted through the ERAS LoR Portal are expected to take five business days to process.
3. For assistance with the Letter of Recommendation Portal (LoRP), contact the ERAS Support Team at eraslorportal@aamc.org or (202) 862-6298.

This document is for instructional purposes only and **should not be included** when uploading a letter.