# Tab 14

**Delsa Suazo**

| | |
|---|---|
| **From:** | Barry M. Wax <barry@barrywax.com> |
| **Sent:** | Wednesday, January 13, 2021 5:04 PM |
| **To:** | Robert Goldszer (External) |
| **Cc:** | Arnold Jaffee (External) |
| **Subject:** | RE: Paige Finkelstein, M.D. |

**CAUTION:** **EXTERNAL EMAIL** This email is from outside MSMC. Please use caution with attachments and links.

Thank you Dr. Goldszer. I truly appreciate it.

Barry



**Law Offices of Barry M. Wax**
**701 Brickell Avenue**
**Suite 1550**
**Miami, Florida 33131**
**(305) 373-4400 - Office**
**(305) 728-5139 – Fax**
**www.barrywax.com**
**Primary E-mail Address for Service of Pleadings: barry@barrywax.com**

**"The criminal defense lawyer marches into the pit, often unloved by everyone in the courtroom, but with the courage, strength and mind to make our Constitution live as a vibrant being in that courtroom on behalf of someone who at that moment stands for all the principles of freedom and dignity that have been preserved in our constitution. It is a chore in many respects. It is difficult in all respects. It is tiring. It is demanding. But it is what we signed up for." – Albert Krieger**

**From:** Robert C. Goldszer <Robert.Goldszer@msmc.com>
**Sent:** Wednesday, January 13, 2021 5:03 PM
**To:** Barry M. Wax <barry@barrywax.com>
**Cc:** Arnold Jaffee <Arnold.Jaffee@msmc.com>
**Subject:** RE: Paige Finkelstein, M.D.

Received
Under review
We will contact you in the next day or two

Thank you,
Robert C. Goldszer MD, MBA

1

**From:** Barry M. Wax [mailto:barry@barrywax.com]
**Sent:** Wednesday, January 13, 2021 4:07 PM
**To:** Robert C. Goldszer
**Cc:** Arnold Jaffee
**Subject:** Paige Finkelstein, M.D.
**Importance:** High

**CAUTION:** **EXTERNAL EMAIL** This email is from outside MSMC. Please use caution with attachments and links.

Dr. Goldszer and Mr. Jaffee,

On behalf of Paige Finkelstein, M.D., attached is a Letter of Resignation from the Mount Sinai Medical Center General Surgery Residency Program, effective January 11, 2021. Kindly acknowledge receipt with a reply email.

There are two issues which have been brought to my attention since we spoke yesterday. You advised me that Dr. Finkelstein would not be permitted to sit for the American Board of Surgery In-Training Examination. A review of the organization's website revealed that she would be permitted to sit for the exam with the permission of the program director:

## Examination Availability

- The ABS provides the ABSITE to all ACGME-accredited general surgery residency programs, which are responsible for ordering the exam materials for their residents. It is also made available to osteopathic and international programs upon request. The exam may not be purchased individually.
- If you are no longer affiliated with a residency program and wish to take the ABSITE, you must find a program whose director is willing to allow you to take the exam along with the residents of that program. This program will be responsible for payment to the ABS for your participation; the ABS does not accept payment from individuals. Your results will be included in the program's results and will be released only to the program director.

*Source*: https://www.absurgery.org/default.jsp?certabsite

In light of Dr. Finkelstein's participation in Mt. Sinai's program and the consequences of not being able to take the exam as scheduled, I am respectfully requesting that you reconsider your decision and allow her to sit for the exam as scheduled. By precluding her from taking it, her ability to join another program which may be available now and complete her third year of residency will be foreclosed. From my perspective, she should not suffer such a significant career disability at this juncture. Additionally, her sitting for the exam will have no adverse consequences for Mt. Sinai. Dr. Finkelstein is prepared to reimburse Mt. Sinai for the cost of taking the examination, so costs will not be an issue.

The second issue involves the necessity of obtaining a letter of recommendation from the program director, Dr. Ben-David. It is my understanding that such a letter is a necessary prerequisite to being accepted into another residency program. Is Dr. Ben-David willing to write an appropriate letter?

Thank you in advance for your anticipated response to these inquiries. I look forward to hearing from you.

Very truly yours,

*Barry M. Wax*



**Law Offices of Barry M. Wax**
**701 Brickell Avenue**
**Suite 1550**
**Miami, Florida 33131**
**(305) 373-4400 - Office**
**(305) 728-5139 – Fax**
**www.barrywax.com**
**Primary E-mail Address for Service of Pleadings: barry@barrywax.com**

**"The criminal defense lawyer marches into the pit, often unloved by everyone in the courtroom, but with the courage, strength and mind to make our Constitution live as a vibrant being in that courtroom on behalf of someone who at that moment stands for all the principles of freedom and dignity that have been preserved in our constitution. It is a chore in many respects. It is difficult in all respects. It is tiring. It is demanding. But it is what we signed up for." – Albert Krieger**



MSMC Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain CONFIDENTIAL or PRIVILEGED information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and immediately destroy all copies of the original message and all attachments.