# Tab 15

# Delsa Suazo

**From:** Arnold Jaffee (External)
**Sent:** Monday, January 18, 2021 2:19 PM
**To:** Barry M. Wax
**Subject:** Paigr Finkelstein
**Attachments:** Paige LR  kbd 1 8 21.pdf

Barry,
I've attached the text of a letter that Mount Sinai's surgical residency program director could send in response to inquiries regarding Dr. Finkelstein if our clients agree on the attached language and the language of a release. Be well.
--Arnie

Arnie Jaffee
Senior Vice President and General Counsel
Mount Sinai Medical Center
Warner Building, Fifth Floor
4300 Alton Road
Miami Beach, Florida 33140
phone: (305) 674-2444
fax: (305) 674-2007
e-mail: ajaffee@msmc.com



January 18, 2021

To: Whom it may concern


Dr. Paige Finkelstein enrolled in our General Surgery Residency in June 2018 and resigned in January 2021. She has logged about 450 surgical procedures during her training with us. Her annual ABSITE exam scores were 32 in 2019 and 21 percentiles in 2020.   She has participated in scholarly activity and been involved in 1 publication. She was placed on probation in 2019 and 2020.  Dr. Finkelstein resigned from Mount Sinai Medical Center in January 2021.


Kfir Ben-David, MD, FACS
Chairman of Surgery
General Surgery Program Director
Chief of Gastroesophageal Surgery
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863