# Tab 16
# Filed Under Seal