# Tab 17

**Delsa Suazo**

| | |
|---|---|
| **From:** | Arnold Jaffee (External) |
| **Sent:** | Wednesday, January 27, 2021 3:21 PM |
| **To:** | Robert Goldszer (External) |
| **Subject:** | FW: Paige Finkelstein |

Arnie Jaffee
Senior Vice President and General Counsel
Mount Sinai Medical Center
Warner Building, Fifth Floor
4300 Alton Road
Miami Beach, Florida 33140
phone: (305) 674-2444
fax: (305) 674-2007
e-mail: ajaffee@msmc.com

**From:** Barry M. Wax [mailto:barry@barrywax.com]
**Sent:** Wednesday, January 27, 2021 3:18 PM
**To:** Arnold Jaffee
**Subject:** Paige Finkelstein

**CAUTION:** **EXTERNAL EMAIL** This email is from outside MSMC. Please use caution with attachments and links.

Hi Arnie,

I hope all is well with you and your family. I am in the process of assisting Paige Finkelstein in getting into another residency program, which I believe will be accomplished in the very near future. In order to complete the application process, I am requesting three documents which are neither privileged or confidential. They are:

1. A copy of her MSPE letter
2. A letter from the program director or other qualified individual stating that Paige completed **PGY 2** in good standing. She was in PGY3 at the time of her dismissal/resignation so I am not requesting anything with respect to PGY3.
3. Her diploma from completing intern year.

I am hopeful that you will be able to provide these documents and also that it will be my final request of you. I would appreciate it if you would facilitate their production.

Regards,

Barry



**Law Offices of Barry M. Wax**
**701 Brickell Avenue**
**Suite 1550**
**Miami, Florida 33131**
**(305) 373-4400 - Office**
**(305) 728-5139 – Fax**
**www.barrywax.com**
**Primary E-mail Address for Service of Pleadings: barry@barrywax.com**

**"The criminal defense lawyer marches into the pit, often unloved by everyone in the courtroom, but with the courage, strength and mind to make our Constitution live as a vibrant being in that courtroom on behalf of someone who at that moment stands for all the principles of freedom and dignity that have been preserved in our constitution. It is a chore in many respects. It is difficult in all respects. It is tiring. It is demanding. But it is what we signed up for." – Albert Krieger**