# Tab 18

## Delsa Suazo

| | |
|---|---|
| **From:** | Arnold Jaffee (External) |
| **Sent:** | Wednesday, January 27, 2021 5:03 PM |
| **To:** | Barry M. Wax |
| **Subject:** | Paige Finkelstein, M.D. |
| **Attachments:** | Finkelstein Release 1.21.docx |

Barry,

I have prepared the attached release for your review with Dr. Finkelstein. Please let me know if you have any questions or comments. Best regards.

--Arnie

Arnie Jaffee
Senior Vice President and General Counsel
Mount Sinai Medical Center
Warner Building, Fifth Floor
4300 Alton Road
Miami Beach, Florida 33140
phone: (305) 674-2444
fax: (305) 674-2007
e-mail: ajaffee@msmc.com

1

**FULL AND FINAL RELEASE OF ALL CLAIMS**

I agree that in exchange for MOUNT SINAI MEDICAL CENTER of FLORIDA, INC. (the "Hospital") providing me, in connection with my application for a medical residency program, with:

    (i)     a letter from the general surgery program director or other qualified individual stating that I completed two years of medical residency in general surgery; and

    (ii)    a diploma from completing my intern (1st) year;

I forgive, release and discharge the Hospital from and against any and all actions, claims or demands that now exist, or may hereafter exist, against the Hospital and any other person, corporation, association or partnership employed by or associated with the Hospital arising out of any and all incidents that may have occurred during, or in relation to, my medical residency at the Hospital from the beginning of time to the date of this Release. I understand that I am providing a full and final release of all known or unknown and anticipated or unanticipated claims, payments, injuries or damages, I agree not to institute administrative proceedings or a lawsuit against the Hospital, and I represent and warrant that no other person or entity has initiated or will initiate such proceedings or lawsuit on my behalf.

I warrant that: (i) no promise or inducement has been offered to me except for the Hospital providing the designated two items stated above (the "Stated Items"); and (ii) I have signed and given this Release without relying on any statement or representation by the Hospital or any other person or parties released, or their representatives, other than the Hospital providing the Stated Items.

IN WITNESS WHEREFORE, I have signed this Release on _____, 2021.


_____

Paige Finkelstein, M.D.


_____

Signature (Witness)

Print Name: _____


_____

Signature (Witness)

Print Name: _____