# Tab 21a

Fourth, it is obvious that Defendants' statements pertaining to Dr. Finkelstein, specifically when coming from Dr. Ben-David, as the Program Director, have and continue to irreparably harm Dr. Finkelstein. Here, Dr. Ben-David made representations so disparaging of Dr. Finkelstein's professionalism, which, although not based on factual evidence, and contradicted by Dr. Ayad, Dr. Lee, Dr. Bao, and Dr. Burt's positive references, resulted in Dr. Finkelstein losing her position as MSBI house surgeon. This is easily verifiable by comparing the assessment of Dr. Ben-David, who had observed Dr. Finkelstein perform surgery as a resident less than twelve times, to the assessments made by Dr. Finkelstein's faculty and mentors, as she has received several recommendation letters which debunk the falsities divulged by Dr. Ben-David with the purpose of tarnishing Dr. Finkelstein's reputation. See SAC ¶¶ 115- 116 and Ex. G and I; see also Finkelstein Decl. at ¶ 27, Ex. V. Thus, Dr. Ben-David created this narrative pertaining to Dr. Finkelstein's "unspecified professionalism issues" which are, even now, unverified but which served the purpose of sabotaging Plaintiff's attempts to resume her surgical education, thus causing Dr. Finkelstein to suffer irreparable harm. Also see **Exhibit "D"**, the Federation Credentials Verification Service Report, including MSMC's comments, and Plaintiff's responsive comments highlighted and/or underlined pages.

### b. Defendants Do Not, and Cannot, Prove The Statements At Issue Are True

Unlike Plaintiff, which has submitted affidavits on first-hand knowledge attesting to the falsity of the statements in this suit, Defendants have solely relied on affidavits that are, at best, inadmissible hearsay. That their submission is not reliable -- and their continuing proclivity for false statements -- is shown by their very opposition brief: "Plaintiff, a former surgical resident, was terminated from MSMC's surgical residency program (the "Program") based on her persistent unprofessionalism and mistreatment of patient and peers."

Based upon the guidance and instructions of MSMC and Dr. Ben-David, MSMC employees who had never interacted with Dr. Finkelstein submitted harmful documents designed solely to damage her reputation and force her out of the Program. *See* SAC at ¶¶ 199-206; Finkelstein Decl. at 12. However, this narrative pertaining to the "unspecified professionalism issues" is easily contradicted by the positive evaluations and references provided to Plaintiff by numerous others affiliated with Defendants and the Program, including Dr. Philip Bao, who was Dr. Ben-David's Assistant Program Director and second in command while the Plaintiff was a resident.