# Tab 22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |

## DECLARATION OF PHILIP BAO, M.D.

STATE OF INDIANA )
COUNTY OF ALLEN )

BEFORE ME, the undersigned authority, personally appeared Philip Bao, M.D., who under oath, deposes and states:

1. My name is Dr. Philip Bao. I am over eighteen (18) years old. I have personal knowledge with respect to the matters set forth herein.

2. I am currently a surgeon at the Parkview Packnett Family Cancer Institute in Fort Wayne, Indiana, a position held since 2022. Prior to that, I was a surgeon in Mount Sinai Medical Center's oncology department and Associate Program Director of Mount Sinai's general surgery residency program. I also served as the chairperson of the Clinical Competencies Committee ("CCC"), where I monitored and reviewed the progress of surgery residents at Mount Sinai.

3. I understand that Dr. Paige Finkelstein has filed a lawsuit against Mount Sinai and the Program Director of the general surgery residency program (my colleague at the time, Dr. Kfir Ben-David), suggesting discrimination and retaliation against Mount Sinai and Dr. Ben-David.

4. I also understand that Dr. Finkelstein has introduced in this litigation a letter of recommendation I prepared for her in 2021 as purported proof of wrongdoing by Mount Sinai and/or Dr. Ben-David. I am disappointed by and do not accept her use of my letter of recommendation in this regard. A copy of my letter dated February 12, 2021, is attached as <u>Exhibit 1</u>.

5. At the time I wrote the letter of recommendation at Dr. Finkelstein's request, I knew that Dr. Finkelstein was terminated from the general surgery residency program at Mount Sinai in January 2021. I was not involved in the actual decision to terminate or the discussions advising Dr. Finkelstein of that decision. I was aware, prior to that time, that Dr. Finkelstein faced issues with her professionalism while a resident at Mount Sinai and had been placed on probation and remediation plans to help correct this conduct. I was aware of these facts in part due to my participation on the CCC.

6. My letter of recommendation was an attempt to help Dr. Finkelstein continue in the medical profession by focusing on her positive qualities, such as her enthusiasm for medicine and strength in clinical knowledge. I believe strongly that everyone is entitled to a second chance and did not believe that anybody at Mount Sinai, including Dr. Robert Goldszer and Dr. Ben-David, would be averse to Dr. Finkelstein continuing her career elsewhere. My letter acknowledges that there were serious and legitimate concerns with Dr. Finkelstein as a resident, and that she would indeed require another "chance" that many programs would likely not be willing to give her unless she could "prove herself." Ex. 1, pg. 1. The letter was not written in any way to take back, downplay, or deny anything that occurred with respect to the Program's evaluation of Dr. Finkelstein's performance during her residency or the Program's decision to terminate her.

7. My letter, of course, discloses (as I observed firsthand) issues with Dr. Finkelstein's maturity level, which per my contemporaneous assessment of her, was a problem that held her back while a resident. I knew that this problem and other issues with her professionalism persisted during her residency – as observed by faculty, staff, and her peers – and thus I was constrained to mention these issues following Dr. Finkelstein's second year in residency in my role as chair of the CCC. Then, I wrote:

> The practice domains and competencies that still demonstrate deficiency or lack of progress include professionalism and interpersonal communication as well as to some extent maintenance of emotional health.… Unfortunately, these continued deficiencies speak as much to being a good physician as a good surgeon, and as such may not be remediable. Conversely, Dr. Finkelstein may ultimately train to become a fine surgeon, but her fit with Mount Sinai Medical Center to achieve that goal may be questionable.

A true and correct copy of my CCC review of Dr. Finkelstein is attached as <u>Exhibit 2</u>.

8. I stand by these statements in my capacity as chair of the CCC, and do not believe that my February 2021 letter of recommendation for Dr. Finkelstein contradicts them. Dr. Finkelstein demonstrated strengths during her residency, including her intelligence, enthusiasm, and level-appropriate clinical care, but her professionalism and communications skills were not to the standards of the residency Program and justified her departure from the Program.

9. The CCC's reference to her "emotional health" is not defamatory and discriminatory (as I understand Dr. Finkelstein suggests). These observations were necessary and warranted to ensure the proper evaluation and action taken with respect to Dr. Finkelstein's progress and prospects as a surgical resident. Mount Sinai and Dr. Ben-David did not play a part in those reviews or observations in any event.

10. I recall getting a call from a Dr. Elliot Goodman around October 2021, regarding a physician extender position in New York. I told him factually what he would get with Dr. Finkelstein consistent with my statements in this declaration.

11. The Program's decision to terminate Dr. Finkelstein was not inappropriate. I know the evaluations and supervision of Dr. Finkelstein leading up to the termination decision were not taken lightly, as the loss of a resident affects everyone in the Program. That said, her departure improved the morale of the rest of the residents and was not a loss to the Program.

12. I have never seen or heard that Dr. Ben-David, or any other supervisor at the Hospital or Program, treated Dr. Finkelstein (or women as a gender) inappropriately or with discrimination.

13. I am not aware that Dr. Finkelstein has or had any disability. I am not aware that Dr. Finkelstein had ADHD.

14. This declaration was prepared by counsel based on my discussions with them. I have reviewed it to ensure its accuracy. This declaration does not exhaust my memory of events but accurately sets forth the points discussed.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2023.

**FURTHER DECLARANT SAYETH NOT.**

_____
Philip Bao, M.D.

# Exhibit 1

February 12, 2021

Re: letter of recommendation for Paige Finkelstein, MD

Dear Program Director,

Please accept this letter of recommendation in support of Paige Finkelstein, MD and her application to general surgery residency. I believe that in your review of her background and experience you will find a unique applicant who is indeed dedicated to surgery, and, although it has been a challenging start, deserves a chance to continue on in this field, prove herself, and ultimately enter practice.

As assistant program director for the general surgery residency here at Mount Sinai Medical Center, what I would characterize as a community academic program with three categorical positions a year, I have known Dr. Finkelstein since beginning her intern year in 2018. I have worked directly with her as one of the residents on our surgical oncology service at least one rotation each year in addition to night float service for emergency general surgery call, and I have been responsible for completing her ACGME milestone evaluations. She joined us as a highly ranked applicant from University of Miami School of Medicine and with an undergraduate chemical engineering degree from MIT.

Perhaps one of the first characteristics noticeable about Dr. Finkelstein is her energy. She is gregarious and enthusiastic and in many ways reflects her cultural and educational generation: facile with technology and the use of the internet as a resource for both learning and communication; up to date on current data and trends in surgery; and willing to question why. She has many and varied interests, and understands that surgery cannot be isolated from the world of economics, business, and social justice. Her CV presents these kinds of interests quite well through her publications and experience.

In terms of her clinical acumen and operative skills, the knowledge is there, and as with many junior residents the challenge has been to integrate this with experience to develop the clinical judgment and wisdom of a full-fledged surgeon. Sometimes it may be detrimental to know 'too much' when one still needs to mature the skills needed to then choose how to use that information. I won't rationalize her ABSITE scores, but perhaps this explains some of it. Regardless, Dr. Finkelstein was acutely aware of the need to improve her score and was studying diligently for the most recent exam. As a consult resident, her assessment and plans demonstrated improvement each year in comprehensiveness and accuracy. With respect to operating, to my recollection we have at least done appendectomies and cholecystectomies together, and these she can perform to near proficiency. I am otherwise not aware of any problems with dexterity or spatial reasoning in the OR with other types of junior-level procedures. Thus I think it is accurate to consider her as an experienced 2nd or 3rd year surgical resident in the early to middle part of the educational process, still needing time to learn and grow, but definitely on the path. In terms of future professional goals, she has expressed clinical interest in breast surgery and a role in surgical education.

The elephant in the room, if you will, is the fact that she is not completing her residency here at Mount Sinai, and I would be remiss to not comment on this. Early on, there was a critical deficiency in her milestone evaluations with respect to professionalism and interpersonal skills. I was not a direct witness to any specific event, and so cannot give a complete first-hand account, but my understanding was that interactions with patients and staff could on occasion be too casual and without the proper degree of

respect. For this and the ABSITE scores, Dr. Finkelstein was placed on a program of focused remediation and the extra effort to improve was indeed noted. She was given weekly requirements for evaluations which she completed and basically did everything that was asked, although this was apparently not enough. The final details of her non-renewal are unknown to me and I would encourage you to discuss this directly with her, and queries to the program director Dr. Kfir Ben-David or the chief medical officer of our institution Dr. Robert Goldszer can be made. As for my own discussions with Dr. Finkelstein regarding these events, the truth is inevitably somewhere in the middle. There can be a fine line between standing up for oneself and giving offense; being 'misunderstood' often results from preconceptions and misconceptions from both parties. In the end, Dr. Finkelstein certainly is not a bad person, and this smudge on an otherwise excellent record has I think really shaken her. The measure of one's character often reveals itself in the response to situations like these, and I believe she will consider this experience sincerely, move on, and grow.

In summary, Paige Finkelstein is a good surgical resident. Clearly she has made some mistakes and in the end was not a good fit at Mount Sinai, but this has been one of the toughest lessons to mature from and I see no reason why she would not and could not succeed in residency and as a future surgeon. That she is applying to gain a position elsewhere is partial testament to this. She has also indicated that if in order to complete residency it means repeating one or more of her years, she would do so in a heartbeat and with enthusiasm. I think it is reasonable and fair to consider her for a 2nd or 3rd year categorical position if available. Also, returning to my initial impressions of her, I believe in the right setting she will be quite productive in clinical research and quality improvement projects and will thrive on any academic energy around her.

Please consider Dr. Finkelstein with an open mind and the idea that success truly blossoms and benefits from opportunity. I hope I've been able to present an honest and accurate assessment of her potential as a surgeon, and I would be delighted to discuss her application further by phone or email.

Sincerely,

Philip Bao, MD

Department of Surgical Oncology
Assistant Program Director General Surgery
Mount Sinai Medical Center, Miami Beach FL
philip.bao@msmc.com; 631-835-7122

# Exhibit 2

December 17, 2019

Re: CCC review of Dr. Finkelstein

Dear Dr. Ben-David,

The Clinical Competencies Committee met 12/16/2019 for its semi-annual review of resident performance. A quorum of faculty was present for discussion of Paige Finkelstein, our 2nd year categorical resident. We reviewed prior milestone evaluations, her academic performance, and current evaluations through the first half of this academic year.

After very extensive review and discussion, the Committee expresses serious concern about Dr. Finkelstein's progress in the ACGME milestones for surgical residency and her potential for appropriate advancement to the 3rd year. The practice domains and competencies that still demonstrate deficiency or lack of progress include professionalism and interpersonal communication as well as to some extent maintenance of emotional health. It seems this is despite open discussion of these issues directly with her on prior occasions and opportunities made available for help and remediation. Please note that some of the faculty evaluations did remark on improvement, her intelligence, and level-appropriate clinical care, but my impression is that this is inconsistent and the overall sentiment is that she still "needs to mature."

Unfortunately, these continued deficiencies speak as much to being a good physician as a good surgeon, and as such may not be remediable. Conversely, Dr. Finkelstein may ultimately train to become a fine surgeon, but her fit with Mount Sinai Medical Center to achieve that goal may be questionable.

At minimum, the Committee would suggest an updated remediation plan for Dr. Finkelstein and consideration of formal academic probation. We would also offer to review her performance on a quicker cycle in the next 3-4 months particularly as the issue of contract renewal becomes more relevant.

Sincerely,


Philip Bao, MD

Chair, Clinical Competencies Committee