# Tab 23



# The ACGME for Residents and Fellows

ACGME HOME  >  RESIDENTS AND FELLOWS  >  THE ACGME FOR RESIDENTS AND FELLOWS

# Overview

*Share This*     

The resources listed on this page provide information about the ACGME, its purpose, and the importance of its work to all physicians in training. We encourage you to learn more, ask questions, and get involved.

*The mission of the ACGME is to improve health care and population health by assessing and advancing the quality of resident physicians' education through accreditation.*

Through accreditation, innovations, and initiatives, the ACGME strives to ensure that residents and fellows train in educational environments that support patient safety, resident and fellow education, and physician well-being.

## Accreditation      Recognition      Initiatives

The ACGME is a private, 501(c)(3), not-for-profit organization that sets standards for US graduate medical education (residency and fellowship) programs and the institutions that sponsors them, and renders accreditation decisions based on compliance with these standards. Accreditation is achieved through a voluntary process of evaluation and review based on published accreditation standards. ACGME accreditation provides assurance that a Sponsoring Institution or program meets the quality standards (Institutional and Program Requirements) of the specialty or subspecialty practice(s) for which it prepares its graduates. ACGME accreditation is overseen by a Review Committee made up of volunteer specialty experts from the field that set accreditation standards and provide peer evaluation of Sponsoring Institutions and specialty and subspecialty residency and fellowship programs.

- Advancing Innovation in Residency Education (AIRE)
  The ACGME has initiated a new pilot program with the dual aims of 1) enabling the exploration of novel approaches and pathways in GME, and 2) enhancing the attainment of educational and clinical outcomes through innovative structure and processes in resident and fellowship education.

- Case Logs and Surveys
  The ACGME Data Collection Systems comprise the Accreditation Data System

(ADS), which includes the Case Log System, and the Resident/Fellow and Faculty Surveys.

- Case Logs and Survey Technical Support

  Contact information for ADS support representatives can be found on this page for the Case Log System, ACGME Surveys, and for help by specialty.

- Common Program Requirements

  The ACGME Common Program Requirements are in place to ensure that ACGME-accredited programs follow a basic set of standards (requirements) in training and preparing resident and fellow physicians.

- Milestones

  As the ACGME began to move toward its current continuous accreditation model, specialty groups developed outcomes-based Milestones as a framework for determining resident and fellow performance within the six ACGME Core Competencies.

  - Milestones Guidebook for Residents and Fellows
  - Milestones Guidebook for Residents and Fellows Presentation
  - Milestones 2.0 Guide Sheet for Residents and Fellows

- Review and Comment

  The ACGME invites comments from the community of interest regarding the proposed requirements listed on this page as open for comment.

- Self-Study

  The ACGME self-study is an objective, comprehensive evaluation of the residency or fellowship program, with the goal of improving it.

- Single GME Accreditation System

  The transition to a single accreditation system allows graduates of allopathic and osteopathic US medical schools to complete their residency and/or

fellowship education in ACGME-accredited programs and demonstrate achievement of common Milestones and competencies.

- Site Visit

  The accreditation process for programs and Sponsoring Institutions includes periodic on-site visits to assess compliance with the Program and Institutional Requirements.

---

**QUICK LINKS**

ACGME AWARE Well-Being Resources

---

*Back to Bedside* Project List

---

*Back to Bedside* Initiative

---

*Back to Bedside* Project Highlights

---

Report an Issue

---

Get Involved

---

The ACGME for Residents and Fellows

---

## *Back to Bedside*



*Back to Bedside* is an ACGME resident-led initiative supporting transformative projects that enhance meaning in medicine by engaging on a deeper level with patients.

**Learn More**

  

COMPANY

About

ADS Information

Careers

Contact

COVID-19 Guidance

Institution and Program Finder

Legal

Policies and Related Materials

## NEWS AND INSIGHTS

News

Blog

e-Communication

## MEETINGS

All Meetings

Board of Directors

Council of Review Committee Chairs

Council of Review Committee Residents

Council of Public Members

Review and Recognition Committee

Future Annual Educational Conference Dates and Locations

## COORDINATOR RESOURCES

ACGME Coordinator Advisory Group

Additional Resources

© 2000-2023 ACGME