# Tab 27

 



# Report an Issue

ACGME HOME  >  RESIDENTS AND FELLOWS  >  REPORT AN ISSUE

## Overview

Share This     

## Who Do I Contact?

The ACGME has two different offices that address reports of training related-issues or allegations of non-compliance with ACGME requirements: the Office of the Ombudsperson or Office of Complaints.

Please see the FAQs about reporting an issue here.

| ↗ **Office of the Ombudsperson** | ↗ **Office of Complaints** |
|---|---|
| - A problem-solving mechanism<br>- An opportunity to anonymously report training-related issues without affecting accreditation or Recognition status<br>- Allegations and response(s) do not go to the Review Committee<br>- May prompt internal inquiry and review<br>- Staff listens and educates about available resources to assist in the resolution of training-related concerns | - A confidential reporting mechanism<br>- Must allege lack of compliance with ACGME requirements<br>- Allegations and response(s) will be reviewed by the Review Committee<br>- May prompt an ACGME site visit<br>- May impact accreditation or Recognition status |

QUICK LINKS

ACGME AWARE Well-Being Resources

*Back to Bedside* Project List

*Back to Bedside* Initiative

*Back to Bedside* Project Highlights

Report an Issue

Get Involved

The ACGME for Residents and Fellows

  

COMPANY

About

ADS Information

Careers

Contact

COVID-19 Guidance

Institution and Program Finder

Legal

Policies and Related Materials

## NEWS AND INSIGHTS

News

Blog

e-Communication

## MEETINGS

All Meetings

Board of Directors

Council of Review Committee Chairs

Council of Review Committee Residents

Council of Public Members

Review and Recognition Committee

Future Annual Educational Conference Dates and Locations

## COORDINATOR RESOURCES

ACGME Coordinator Advisory Group

Additional Resources

© 2000-2023 ACGME