# Tab 28

**ACGME Related Excerpts from Hearing Transcript on May 19, 2023**

Mr. Levenstein' s Contentions Regarding ACGME Requirements:

    4      And there is a program director letter, and the ACGME
    5      recognizes it as a program director letter, contrary to what
    6      Mr. Goldberg has said. And it is the letter that is required
    7      on any residency program in the United States from which one
    8      resident attempts to transfer to another. And without a letter
    9      from the program director, that resident cannot transfer.
*May 19, 2023 Hrg. Transcript, 39:4-39:9*

    10     that's what Dr. Finkelstein is facing now. She is
    11     unable to transfer to another residency because of that program
    12     director letter not being provided or, from Dr. Ben-David,
    13     provided completely in a negative way, which would -- which
    14     would prevent her from ever practicing medicine past a two-year
    15     residency completion level, which is all she has been permitted
    16     to complete.
*May 19, 2023 Hrg. Transcript, 39:10-39:16*

    2      **MR. LEVENSTEIN**: I don't have the case law at my
    3      fingertips here, Your Honor, but you have the equitable
    4      authority to enter injunctive relief.
    5      This -- this program director letter is not optional.
    6      This residency program that Dr. Ben-David is the director of is
    7      required to furnish program director letters for every resident
    8      who goes through the program.
*May 19, 2023 Hrg. Transcript, 41:2-41:8*

The Court and Mr. Levenstein' s Exchanges:

    2      **THE COURT:** So I can require them to do it without her
    3      signing a general release?
    4      **MR. LEVENSTEIN:** You can because the ACG- -- the ACGME
    5      requirements state that every resident is absolutely,
    6      unconditionally entitled to those documents  --
*May 19, 2023 Hrg. Transcript, 42:2-41:6*

    18     **THE COURT:** It sounds like a contractual dispute.
    19     What I need is to know what those guidelines are.
*May 19, 2023 Hrg. Transcript, 45:18-45:19*

    ----(break in between)
    1      Give me some case law to support your position that I have

2      authority to require a program director letter and that that

3      somehow is injunctive.

*May 19, 2023 Hrg. Transcript, 48:1-48:3*

6      **THE COURT:** But let's talk about first those issues

7      because I'm very concerned as to my authority to give you what

8      you're asking for, Mr. Levenstein.

9      **MR. LEVENSTEIN:** We'll – we'll do our very best to

10      get you authority that you do have to grant -- entertain and

11      grant the relief.

*May 19, 2023 Hrg. Transcript, 53:6-53:11*