# Tab 29

Defendants by the ACGME, in a last attempt to confuse this Court and conflate the requested relief with Dr. Finkelstein's Breach of Contract claim. *See* Response, at 3. However, and as a means to address the Defendants' latest misleading effort, Dr. Finkelstein offers further evidence of Defendants' continuous violations of their legal obligations under the ACGME Common Program Requirements (Residency) ("ACGME Requirements"), to which they are a party, requirements with which MSMC and Dr. Ben-David are obligated to comply, and which by in their operation of the Residency Program.[6]

The ACGME is an independent organization that sets and monitors professional educational standards of resident and fellow physicians' education, overseeing the accreditation of residency and fellowship programs in the US, imposing obligations on Sponsoring Institutions, such as MSMC, and upon Program Directors, such as and including Dr. Ben-David.[7]

| II.A.4. | Program Director Responsibilities |
| --- | --- |
| | The program director must have responsibility, authority, and accountability for: administration and operations; teaching and scholarly activity; resident recruitment and selection, evaluation, and promotion of residents, and disciplinary action; supervision of residents; and resident education in the context of patient care. (Core) |
| II.A.4.a) | The program director must: |
| II.A.4.a).(1) | be a role model of professionalism; (Core) |
| II.A.4.a).(15) | provide verification of an individual resident's completion upon the resident's request, within 30 days; and, (Core) |

Background and Intent: Primary verification of graduate medical education is important to credentialing of physicians for further training and practice. Such verification must be accurate and timely. Sponsoring Institution and program policies for record retention are important to facilitate timely documentation of residents who have previously completed the program. Residents who leave the program prior to completion also require timely documentation of their summative evaluation.[8]

As such, when Dr. Finkelstein requested a Program Director's Letter, a Summative Evaluation, Proof of Completion for at least two years of surgical residency, and her Diploma for completing the intern year of the General Surgery Residency ("Completion Documents"), Defendants were unconditionally and unequivocally legally required to timely provide accurate primary verification

---

[6] *See* ACGME, COMMON PROGRAM REQUIREMENTS (RESIDENCY), at 9-12 (Jul 1, 2022) (available at https://www.acgme.org/globalassets/pfassets/programrequirements/cprresidency_2022v3.pdf

[7] *See* ACGME, OVERVIEW. (Available at https://www.acgme.org/about/overview/).

[8] *See* ACGME REQUIREMENTS.