# Tab 30

# Decoding the Program requirements

- **Bold text** = CPR

- Non-bold = specialty specific

- *Italics* **or** boxed = Statements of philosophy **not citable**



# ACGME: Organizational Structure



**Review Committee**
- Peer selected physicians
- Board selected Resident & Public non-MD member

**Board:**
- Sets Policy & Direction
- Responsible for accreditation
- Delegates authority to accredit programs/ institutions to its RC
- Monitors RC
- Sets budget and fees

# Whose Role is it anyway?? Roles and Responsibilities in ACGME Accreditation

Program Director Boot Camp 2019



DeLaura Shorter

USF GME