# Tab 31



**Accreditation Council for Graduate Medical Education**

# The Program Director Guide to the Common Program Requirements (Residency)

**(Version 2.0; revised October 2021)**

## REQUIREMENTS

*Text in italics are "philosophic" statements*
Text in boxes provide Background and Intent

# Common Program Requirement:

II.        Personnel

II.A.            Program Director

II.A.4.            Program Director Responsibilities

II.A.4.a)            The program director must:

II.A.4.a).(14)            document verification of program completion for all graduating residents within 30 days; (Core)

II.A.4.a).(15)            provide verification of an individual resident's completion upon the resident's request, within 30 days; and (Core)

| |
|---|
| Background and Intent: Primary verification of graduate medical education is important to credentialing of physicians for further training and practice. Such verification must be accurate and timely. Sponsoring Institution and program policies for record retention are important to facilitate timely documentation of residents who have previously completed the program. Residents who leave the program prior to completion also require timely documentation of their summative evaluation. |