# Tab 32

# ACGME
# Common Program Requirements (Residency)

**Revision Information**
ACGME-approved interim revision: September 17, 2022; effective July 1, 2023

**Definitions**
For more information, see the ACGME Glossary of Terms.

　　Core Requirements: Statements that define structure, resource, or process elements essential to every graduate medical educational program.

　　Detail Requirements: Statements that describe a specific structure, resource, or process, for achieving compliance with a Core Requirement. Programs and sponsoring institutions in substantial compliance with the Outcome Requirements may utilize alternative or innovative approaches to meet Core Requirements.

　　Outcome Requirements: Statements that specify expected measurable or observable attributes (knowledge, abilities, skills, or attitudes) of residents or fellows at key stages of their graduate medical education.

**Osteopathic Recognition**
For programs with or applying for Osteopathic Recognition, the Osteopathic Recognition Requirements also apply (www.acgme.org/OsteopathicRecognition).

| | |
|---|---|
| II.A.4.a).(12) | ~~ensure the program's compliance with the Sponsoring Institution's policies and procedures for due process when action is taken to suspend or dismiss, not to promote, or not to renew the appointment of a resident;~~ <sup>(Core)</sup> |

> **Background and Intent:** A program does not operate independently of its Sponsoring Institution. It is expected that the program director will be aware of the Sponsoring Institution's policies and procedures, and will ensure they are followed by the program's leadership, faculty members, support personnel, and residents.

| | |
|---|---|
| II.A.4.a).(13) | ensure the program's compliance with the Sponsoring Institution's policies and procedures on employment and non-discrimination; <sup>(Core)</sup> |
| II.A.4.a).(13).(a) | **Residents must not be required to sign a non-competition guarantee or restrictive covenant.** <sup>(Core)</sup> |
| ==II.A.4.a).(14)== | ==document verification of ~~program completion~~ education for all ~~graduating~~ residents within 30 days of completion of or departure from the program; and,== <sup>(Core)</sup> |
| ==II.A.4.a).(15)== | ==provide verification of an individual resident's ~~completion~~ education upon the resident's request, within 30 days~~.~~; and,== <sup>(Core)</sup> |
| II.A.4.a).(16) | **provide applicants who are offered an interview with information related to the applicant's eligibility for the relevant specialty board examination(s);** <sup>(Core)</sup> **[This requirement may be omitted at the discretion of the Review Committee][Previously Common Program Requirement II.A.4.a).(9)]** |

> **Background and Intent:** Primary verification of graduate medical education is important to credentialing of physicians for further training and practice. Such verification must be accurate and timely. Sponsoring Institution and program policies for record retention are important to facilitate timely documentation of residents who have previously completed the program. Residents who leave the program prior to completion also require timely documentation of their summative evaluation.

| | |
|---|---|
| II.A.4.a).(17) | ~~obtain review and approval of the Sponsoring Institution's DIO before submitting information or requests to the ACGME, as required in the Institutional Requirements and outlined in the ACGME Program Director's Guide to the Common Program Requirements.~~ <sup>(Core)</sup> |