# Tab 33

## GUIDANCE

It is important to the resident who has completed a program, to the program itself, and to the Sponsoring Institution that program completion be verified in a timely manner. The ACGME does not specify exactly what must be included in such verification, nor does it require that any particular format be used for such verification.

**The Verification of Graduate Medical Education Training (VGMET)**
The VGMET was jointly developed by the American Hospital Association, the National Association of Medical Staff Services (NAMSS), the Organization of Program Directors Associations, and the ACGME. It is designed to satisfy national credentialing standards, and to be completed once (and only once) by the program director, and then copied and re-used in perpetuity. Note that the VGMET was not designed or intended for applications for licensure or certification. As of this writing, the VGMET and instructions for its use can be found at https://www.aha.org/system/files/media/file/2019/05/AHA-ACGME-OPDA_VGMET_Fillable_Form.pdf. The information required for the VGMET form is provided below, however, be sure to always refer to the form at the link provided to ensure currency.