# Tab 33a

**III.C. Resident Transfers**

Residents are considered transferring residents under several conditions, including:

- when moving from one program to another within the same or different sponsoring institution; and,
- when entering as a PGY-2 in a program requiring a preliminary year, regardless of whether the resident was accepted to the preliminary year and the specialty program as part of the match (i.e., accepted to both the preliminary program and the specialty program upon graduation from medical school).

Before accepting a transferring resident, the "receiving" program director must obtain written or electronic verification of prior education from the program from which the resident is transferring.

Documentation includes evaluations, rotations completed, procedural/operative experience if applicable, and a summative competency-based performance evaluation. While a Milestones evaluation cannot be used in the decision to accept a transferring resident, a Milestones evaluation must be completed upon matriculation.

Documentation for eligibility and resident transfers: The information for all new and transferring residents must be submitted in ADS.