# Tab 34



Help Center  >  Accreditation Data System (ADS)  >  General

Search

Articles in this section

# What is the Accreditation Data System (ADS)?

3 years ago · Updated

Print This Article

ADS is a data collection system to collect, organize, and maintain information for accreditation and recognition purposes. It is the main tool used to communicate between the ACGME and Sponsoring Institutions and programs.

Sponsors and programs are required to verify and update general information annually in a secured environment. In addition, programs are required to verify the accredited training of all resident/fellows and communicate organizational changes as they occur.

Print This Article

Return to top

**Related articles**

Get to know ADS - Program

When are annual updates scheduled for Programs and Sponsoring Institutions?

What are the annual reporting timeframes?

Get to know ADS - Sponsoring Institutions

How do I lookup a National Provider ID (NPI)?

| Help Center | ACGME Admin |
|---|---|