# Tab 35

# Mount Sinai
## MEDICAL CENTER

Via Email and Mail

November 9, 2022

Paige Finkelstein, M.D.
3914 NW 53rd St
Boca Raton, Florida, 33496

Re:  Copies of evaluations; verification letter

Dr. Finkelstein:

The General Surgery Residency Program was just recently made aware by the Accreditation Council for Graduate Medical Education (ACGME) of a complaint that you filed with the ACGME in June 2022. You suggest, in part, that you were not provided with documentation and evaluations. While the Program and Mount Sinai Medical Center of Florida will address the merits of your complaint with the ACGME, I respond collegially to both matters in turn.

First, to the extent you may not have printed, downloaded or retained your end of assignment or semi-annual evaluations prior to your departure from the Program in January 2021, enclosed are copies of the end of assignment and semi-annual evaluations completed while you trained in the Program from June 24, 2018 to January 11, 2021, including the final summative evaluation completed prior to your departure from the Program. I note that you signed certain of these evaluations at the time they were reviewed with you.

Second, attached as well, is a letter verifying your residency participation and education for the above-referenced period. Requests to send verification of your education directly to another institution should continue to be submitted to Michelle Vincent, Manager-Medical Education (Michelle.Vincent@msmc.com) by email, preferably. Relatedly, the only request for verification we have received regarding your time here was in November 2021, from Mount Sinai Health System in New York.

Sincerely,

Robert C. Goldszer, M.D., MBA
Senior Vice President
Designated Institutional Official
Mount Sinai Medical Center

Attachments:
End of Assignment and Semi-Annual Evaluations (PF000001- PF000078)
November 8, 2022 Letter of Verification

**Mount Sinai Medical Center**
4300 Alton Road
Miami Beach, FL 33140
Phone: 305.674.2121
msmc.com

**Mount Sinai Primary & Specialty Care**
- Aventura
- Coral Gables
- Hialeah
- Key Biscayne
- Miami Shores
- Midtown
- Skylake
- Sunny Isles Beach
- Mount Sinai Cardiology of the Florida Keys

**Mount Sinai Freestanding Emergency Centers**
- Aventura
- Hialeah

**Mount Sinai Comprehensive Cancer Center**
4306 Alton Road
Miami Beach, FL 33140
Phone: 305.674.9100
msccc.com