# Tab 35a

# Mount Sinai
## MEDICAL CENTER

November 9, 2022

Re: Paige Finkelstein, M.D.

To Whom It May Concern:

The above referenced physician trained at this institution as a resident in General Surgery from June 24, 2018 to January 11, 2021. Dr. Finkelstein completed program year 1 (PGY1), program year 2 (PGY2), and half of program year 3 (PGY3) during this time.

This letter should not be construed to address the physician's performance or reasons for leaving the program.

Sincerely,

Robert C. Goldszer, M.D., MBA
Senior Vice President
Designated Institutional Official
Mount Sinai Medical Center

**Mount Sinai Medical Center**
4300 Alton Road
Miami Beach, FL 33140
Phone: 305.674.2121
msmc.com

**Mount Sinai Primary & Specialty Care**
- Aventura
- Coral Gables
- Hialeah
- Key Biscayne
- Miami Shores
- Midtown
- Skylake
- Sunny Isles Beach
- Mount Sinai Cardiology of the Florida Keys

**Mount Sinai Freestanding Emergency Centers**
- Aventura
- Hialeah

**Mount Sinai Comprehensive Cancer Center**
4306 Alton Road
Miami Beach, FL 33140
Phone: 305.674.9100
msccc.com