# Tab 36

- to take the exam.
- The content of the 2023 ABSITE will be aligned with the SCORE Curriculum Outline for General Surgery Residency. This means topic areas in the exam's content outline refer to those categories in the SCORE outline.

For further details, see the ABSITE Content Outline.

# Examination Availability

- The ABS provides the ABSITE to all ACGME-accredited general surgery residency programs. The exam may not be purchased individually.
- If you are no longer affiliated with a residency program and wish to take the ABSITE, you must find a program whose director is willing to allow you to take the exam along with the residents of that program. This program will be responsible for payment to the ABS for your participation; the ABS does not accept payment from individuals. Your results will be included in the program's results and will be released only to the program director.

# Reporting of Results