# Tab 37

6/13/23, 8:28 PM
Medical Student Performance Evaluation (MSPE or "Dean's Letter") | Students & Residents
Case 1:23-cv-20188-RKA    Document 102-40   Entered on FLSD Docket 06/30/2023   Page 2 of 3

 **Students & Residents**

**Table of Contents**

Medical Student Performance Evaluation (MSPE or "Dean's Letter") ⌄

Search Publication 🔍

# Medical Student Performance Evaluation (MSPE or "Dean's Letter")

SHARE:  f  🐦  in  ✉

## Uploading the MSPE

Residency applicants' Designated Dean's Office is responsible for uploading the MSPE into the ERAS system.

- IMGs Only: IMG residency applicants must indicate in the MyERAS portal if they themselves or their medical school will provide a MSPE to the ERAS Documents office at the ECFMG. Instructions for submission can be found here: http://www.ecfmg.org/eras/applicants-documents-index.html .

## Assigning the MSPE

- Residency applicants do not assign the MSPE; it is automatically sent to all the programs to which an applicant applies. Applicants will see "No Available Action" in the Additional Documents section.
- Fellowship applicants must make assignments of the MSPE to the programs they designate:
  - The MSPE can be assigned at any time, including before it is uploaded.
  - The MSPE can be assigned to any saved or applied to programs from the Additional Documents page by selecting "Assign" under the Actions column.

- Programs listed with a disabled checkbox already have the MSPE assigned and have been applied to.
- The MSPE can be assigned by program using the Assign option under the Actions column for any program on both the Saved Programs and Programs Applied To pages.
- Once the MSPE is assigned to a program that has been applied to, it cannot be unassigned.
- The MSPE cannot be assigned to programs that are closed.



655 K Street, NW, Suite 100 Washington, DC, 20001-2399

202-828-0400

© 2023 AAMC