# Tab 38

 

Join APDS

 The Association of Program Directors in Surgery / About

| About |
| --- |
| Officers of the APDS |
| Bylaws of the APDS |
| APDS Operational Structure |
| APDS Position Statements |
| APDS Committees |
| APDS Past Presidents |
| Contact Us |

# About

The Association of Program Directors in Surgery was founded in 1977 with the purposes of:

- To provide a forum for the exchange of information and for discussion on a wide range of subjects related to post-graduate surgical education.
- To maintain high standards of surgical residency training by improving graduate surgical education and patient care.
- To provide advice, assistance, and support to program directors on matters pertaining to surgical education and to accreditation.
- To encourage research into all aspects of the education and training of surgeons and surgical subspecialties.

- To represent the interests of program directors in the education and training of high quality surgeons to other organizations, individuals and governmental agencies or regulatory bodies.

---

Home  |  About  |  Members  |  Physician Resources  |  Meetings  |  Resident & Fellows  |  Education & Careers  |  Contact Us



Member Organization



Affiliate Organization





©2023 Association of Program Directors in Surgery

### APDS/ARAS Headquarters Office

Post Office Box 42409
Towson, MD
21284

Phone: 301-320-1200
Fax: 301-263-9025