# Tab 38a





Join APDS

🏠 The Association of Program Directors in Surgery / Residents & Fellows List of Residents Seeking a Position

# Our Mission

==Welcome to APDS Available Residents. This is a listing of available residents.== To remove a listing, please send an email to apds@mindspring.com.

## Submit Yourself

Would you like to be listed as being available for a residency? **Fill out our listing request form**.

| Residents and Fellows |
| --- |
| Links |
| Open Training Positions |
| Directory Of Surgery Programs |
| List of Residents Seeking a Position |

## ==Residents Seeking a Position==

### Andres Sanchez, MD

Miami, FL
andres.sanchez731@gmail.com

Added June 14, 2023

**Medical school**: St. Matthew's University School of Medicine

**Year graduated**: 2019

**PGY level being applied for**: PGY 1-3

**Phone**: (305) 775-4943

**Citizenship**: USA

### Akarsh Reddy
Added June 12, 2023

88 Linden Boulevard, Apt 7A, Brooklyn, NY-11226

bsakarshred@gmail.com

**Medical school**: JSS Medical College, Mysuru, India

**Year graduated**: 2015

**PGY level being applied for**: Cat PGY-2, Cat PGY-3; current PGY-2 at SUNY downstate gen surg residency

**Phone**: (610) 888-2048

**Citizenship**: India

**Visa status**: J1 visa

### Anjli Bali
Added June 2, 2023

1040 mercer road Princeton nj

Balianjli@gmail.com

**Medical school**: American University of Antigua

**Year graduated**: 2015

**PGY level being applied for**: 1

**Phone**: (609) 532-8650

**Citizenship**: Green card

### Maria Florencia Moya
Added May 31, 2023

fagnano 490

flor.moya@hotmail.com

**Medical school**: Universidad Catolica de Cordoba

**Year graduated**: 2018

**PGY level being applied for**: 1

**Phone**: (549) 296-4617

**Citizenship**: Argentina

**Visa status**: J1

### Bobby Varghese

Added May 30, 2023

2222 Medical District Dr.
**bobby.varghese@utsouthwestern.edu**

**Medical school**: University of Texas Medical Branch

**Year graduated**: 2021

**PGY level being applied for**: PGY 2

**Phone**: (832) 465-7112

**Citizenship**: Natural Citizen

### Claire Russell

Added May 26, 2023

Indianapolis, IN
**clairecrussell@gmail.com**

**Medical school**: Marian University College of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: 2

**Phone**: (317) 903-6941

**Citizenship**: United States

### Scott K. Olehnik

Added May 24, 2023

New York, NY
**solehnik@gmail.com**

**Medical school**: University of Vermont College of Medicine

**Year graduated**: 2021

**PGY level being applied for**: 2/3--Pass on all Steps, excellent references, no geo restrictions, research background, 70th % ABSITE

**Phone**: (000) 000-0000

**Citizenship**: US

**Visa status**: NA

### Tatyana Khan

Added May 22, 2023

Satellite Beach, FL

tatyana.e.khan@gmail.com

**Medical school**: Tulane University School of Medicine

**Year graduated**: 2014; PGY1-General Surgery at Tulane University Hospital; PGY2-PGY4 - Otolaryngology/ENT at UNC Hospitals

**PGY level being applied for**: PGY2 General Surgery

**Phone**: (404) 271-9741

**Citizenship**: United States

**Visa status**: NA

## Saad Mohammed Ayyub Syed
Dubai, UAE
saad.syed@alumni.mbru.ac.ae

Added May 22, 2023

**Medical school**: Mohammed Bin Rashid University of Medicine and Health Sciences

**Year graduated**: 2022

**PGY level being applied for**: PGY 1

**Phone**: (054) 749-7911

**Citizenship**: Indian

**Visa status**: Require J1/H1-B

## Carlos A. Gallego-Navarro
858 West Center St Apt 1 55901 Rochester, MN
carlos.gallegonavarro@gmail.com

Added May 15, 2023

**Medical school**: Universidad Libre de Cali Colombia

**Year graduated**: 2017

**PGY level being applied for**: 1

**Phone**: (507) 319-6912

**Citizenship**: Colombia

**Visa status**: J1

## Kaitlin Seryak
Dearborn, Michigan
kate.seryak@gmail.com

Added May 15, 2023

**Medical school**: Wayne State University School of Medicine

**Year graduated**: 2016, gen surg PGY1 DMC, PGY2 Rutgers Newark prelim years completed successfully, 3 full years ACGME funding left - have been working as a Primary Care Dr throughout the pandemic

**PGY level being applied for**: 2 or 3

**Phone**: (313) 729-8624

**Citizenship**: US

### Aaron Corbin

Exton,PA
aaroncorbin@gmail.com

Added May 15, 2023

**Medical school**: All-Saints

**Year graduated**: 2022

**PGY level being applied for**: PGY-1

**Phone**: (610) 745-7628

**Citizenship**: US

### Mohammed Bohan

New Rochelle, NY
Mbohan@sgu.edu

Added May 15, 2023

**Medical school**: Saint George's university

**Year graduated**: 2022

**PGY level being applied for**: 1,2

**Phone**: (786) 906-3951

**Citizenship**: Iraqi

**Visa status**: J-1

### Wes Khan

1240 SW 11th Avenue
weskhanmd@gmail.com

Added May 12, 2023

**Medical school**: University of Michigan

**Year graduated**: 2021

**PGY level being applied for**: 1/2/3

**Phone**: (323) 578-3734

**Citizenship**: United States

### Jennifer Gamache
Added May 5, 2023

6933 Willow Street, Newburgh Indiana 47630

jlgamache@eagles.usi.edu

**Medical school**: St. James School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 1/2

**Phone**: (812) 499-1531

**Citizenship**: United States

### Angel Dono
Added May 5, 2023

397 Madison Ave

agabriel.dono@gmail.com

**Medical school**: UEES El Salvador

**Year graduated**: 2016

**PGY level being applied for**: Thoracic Surgery fellowship PGY-6

**Phone**: (832) 231-7238

**Citizenship**: USA

### James Hunker
Added May 5, 2023

400 E 71st St. New York, NY 10021

Jjhunker@gmail.com

**Medical school**: Albert Einstein College of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 2

**Phone**: (646) 529-6744

**Citizenship**: US

### Lauren DeBusk
Added May 5, 2023

1700 Blue Water Way

ledebusk@gmail.com

**Medical school**: Mayo Clinic Alix School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY-1

**Phone**: (865) 599-1227

**Citizenship**: USA

**Visa status**: n/a

### Kwadwo Apeadu Danso

Added May 3, 2023

Worcester Massachusetts

kwadwoapeadu@yahoo.com

**Medical school**: Kwame Nkrumah University of Science and Technology School of Medical Sciences, Ghana

**Year graduated**: 2017

**PGY level being applied for**: Pediatrics PGY-1

**Phone**: (815) 603-7421

**Citizenship**: Ghana

**Visa status**: EAD, no visa required

### Micah Davis

Added May 1, 2023

micah.davis624@gmail.com

micah.davis624@gmail.com

**Medical school**: American Univ. Of Antigua School of Medicine

**Year graduated**: 2019

**PGY level being applied for**: PGY4 or PGY3

**Phone**: (706) 429-6790

**Citizenship**: US Citizen

### Tulika Singh

Added May 1, 2023

Houston/Texas

singhtulika2015@gmail.com

**Medical school**: Bangalore University

**Year graduated**: 2000

**PGY level being applied for**: 1

**Phone**: (832) 618-5448

**Citizenship**: USA

**Visa status**: U.S. Citizen

### Matin Iskandarov

Ankara / Turkey
m.iskandarov@hotmail.com

Added April 28, 2023

**Medical school**: Ankara University

**Year graduated**: 2018

**PGY level being applied for**: PGY 1

**Phone**: (553) 667-2897

**Citizenship**: Azerbaijan

**Visa status**: Required J1/H1

### Michael Field

1728 17th Ave N Nashville, TN 37208, unit C
michael.p.field@vumc.org

Added April 28, 2023

**Medical school**: University of South Florida, Morsani

**Year graduated**: 2021

**PGY level being applied for**: PGY-2, PGY-3

**Phone**: (321) 536-2031

**Citizenship**: United States

### Roberto De La Rosa

517 S Main St., White River Junction, VT 05001
roberto.c.de.la.rosa.med@dartmouth.edu

Added April 28, 2023

**Medical school**: Dartmouth Geisel School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: 1

**Phone**: (630) 445-3303

**Citizenship**: United States

### Ibraheem Naeem

Added April 25, 2023

174-C, Iqbal Avenue Phase 3, Canal Road, Lahore, Pakistan

dribraheemnaeem@gmail.com

**Medical school**: Services Institute of Medical Sciences

**Year graduated**: 2012

**PGY level being applied for**: 1

**Phone**: (310) 453-4643

**Citizenship**: Pakistan

**Visa status**: B1, J1, H1

### Femi Alexander Ale

Added April 25, 2023

15 Stonehenge Lane, Apartment 3E, Albany, New York 12203

falexale@yahoo.com

**Medical school**: University of Jos, Nigeria

**Year graduated**: 2003

**PGY level being applied for**: PGY1

**Phone**: (838) 202-8985

**Citizenship**: Nigeria

**Visa status**: J-1

### Pratik Patel

Added April 24, 2023

4226 University Ave

drpratik91@gmail.com

**Medical school**: Surat Municipal Institute of Medical Education and Research

**Year graduated**: 2015

**PGY level being applied for**: PGY 1, Transitional year

**Phone**: (717) 379-2462

**Citizenship**: United States

### DT Howarth

Added April 24, 2023

Orlando, FL

dt.howarth@gmail.com

**Medical school**: University of Maryland School of Medicine

**Year graduated**: 2014

**PGY level being applied for**: 4

**Phone**: (443) 803-2817

**Citizenship**: US

**Visa status**: NA

### Osazee Eguagie

Department of Pathology, St George's University, Grenada
Doctorosazee@gmail.com

Added April 24, 2023

**Medical school**: University of Benin, Nigeria

**Year graduated**: 2010

**PGY level being applied for**: PGY-1/Preliminary

**Phone**: (437) 534-4090

**Citizenship**: Nigerian

**Visa status**: J-1 & H1B

### Ankita Patel

Holland, Michigan
dr.ankita_patel@yahoo.com

Added April 24, 2023

**Medical school**: C.U.Shah Medical College

**Year graduated**: 2006

**PGY level being applied for**: PGY1

**Phone**: (804) 835-4099

**Citizenship**: US Citizen

### Haitham Siag

New Rochelle NY
dr.haithamsiag@gmail.com

Added April 24, 2023

**Medical school**: October 6th university (Egypt) pass USMLE first attempt most recent absite 64th percentile 2021 at NYU at pgy2 level, BLS ACLS PALS ATLS certified as well CSA MRCS and have recent experience in wound care, as well now a position as a surgical house officer in NY

**Year graduated**: 2014

**PGY level being applied for**: 1/2/3

**Phone**: (914) 267-6104

**Citizenship**: United States

## Kenneth Aviles Fernandez

37 Calle Regina Medina Apt 204, Guaynabo, PR 00969 US

kenneth.aviles1@upr.edu

**Medical school**: UCC School of Medicine

**Year graduated**: 2021

**PGY level being applied for**: PGY-1 & 2

**Phone**: (787) 949-2961

**Citizenship**: US

## Zachary Adams

Step 1: 247 Step 2: 242 ABSITE 2023: 82nd percentile

zachadams.lsu.no@gmail.com

**Medical school**: LSU New Orleans

**Year graduated**: 2022

**PGY level being applied for**: PGY 1 or 2 categorical (completing PGY 1 prelim in June 2023)

**Phone**: (504) 655-2500

**Citizenship**: United States

**Visa status**: US MD

## Sofia I Cabello Bermudez

D1-12 Calle B San Juan, PR 0926

sofia.cabello@upr.edu

**Medical school**: University of Puerto Rico

**Year graduated**: 2021

**PGY level being applied for**: 1, 2, or 3

**Phone**: (787) 247-0516

**Citizenship**: USA

**dejene satecha**

Atlanta GA

dejeneaf@yahoo.com

Added April 20, 2023

**Medical school**: Addis Ababa University, Boston Graduate medical science

**Year graduated**: 2000

**PGY level being applied for**: 1

**Phone**: (678) 207-8852

**Citizenship**: U.S


**Luis Juan Ramos Santiago**

Evans, GA

Drpijuan@gmail.com

Added April 20, 2023

**Medical school**: Universidad Central del Caribe, Puerto Rico

**Year graduated**: 1997

**PGY level being applied for**: PGY 1 Emergency Medicine

**Phone**: (352) 895-2887

**Citizenship**: USA


**Dianne Omire-Mayor**

3350 Toledo Terrace

dr.dtmayor@gmail.com

Added April 20, 2023

**Medical school**: Howard University College of Medicine

**Year graduated**: 2022

**PGY level being applied for**: Categorical PGY-1/PGY-2, Preliminary PGY-1/PGY2

**Phone**: (301) 452-7253

**Citizenship**: United States


**Javokhir Nazarov**

Tashkent, Uzbekistan

Jnazarov777@gmail.com

Added April 20, 2023

**Medical school**: Tashkent Medical Academy

**Year graduated**: 2020

**PGY level being applied for**: 1

**Phone**: (890) 185-4997

**Citizenship**: Uzbekistan

**Visa status**: Seeking for J1 or H1B positions

### Mark Khauli
300 W Redwood St, Baltimore, MD
markkhauli@gmail.com

Added April 20, 2023

**Medical school**: St. George's University of London

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (630) 414-3379

**Citizenship**: American

### Sanaa Tasneem
Sarab Tower, Al MAJAZ 3
sanaa.tza@gmail.com

Added April 12, 2023

**Medical school**: Yenepoya University

**Year graduated**: 2018

**PGY level being applied for**: 1

**Phone**: (056) 828-7575

**Citizenship**: India

**Visa status**: Require J1/H1-B

### Juan Manuel Oyervide
38 Armett Street
juanoyervide@gmail.com

Added April 12, 2023

**Medical school**: Universidad de Cuenca

**Year graduated**: 2016

**PGY level being applied for**: PGY1

**Phone**: (914) 356-0938

**Citizenship**: Ecuador

**Visa status**: Visa requiered

### Yedil Dyussembayev

Added April 12, 2023

3500 Tangle Brush drive #82
edusembaev@gmail.com

**Medical school**: Kazakh National Medical University

**Year graduated**: 2019

**PGY level being applied for**: PGY-1

**Phone**: (346) 244-9426

**Citizenship**: Kazakhstan

**Visa status**: F-1 and EAD

### Mohammed Miqdad

Added April 10, 2023

Prince Muqrin st
Mohammed7y@gmail.com

**Medical school**: Sulaiman AlRajhi University

**Year graduated**: 2016

**PGY level being applied for**: PGY1

**Phone**: (053) 323-4485

**Citizenship**: Palestinian

**Visa status**: Visa-requiring

### Priya Goyal

Added April 10, 2023

Virginia
goyalpriya@hotmail.com

**Medical school**: India

**Year graduated**: 2010

**PGY level being applied for**: 1

**Phone**: (718) 427-1437

**Citizenship**: India

**Visa status**: J2

### Ananya Tawde

Added April 10, 2023

atawde@neomed.edu

**atawde@neomed.edu**

**Medical school**: Northeast Ohio Medical University

**Year graduated**: 2023

**PGY level being applied for**: Categorical 1,Categorical 2

**Phone**: (513) 317-5172

**Citizenship**: US Citizen

**Visa status**: n/a

### Amir Moghadam Ahmadi

Added April 10, 2023

1324 Locust street, suite 419, Philadelphia, PA

Amir.MoghadamAhmadi@jefferson.edu

**Medical school**: Mashhad University of Medical Sciences, Iran

**Year graduated**: 2011 (neurology specialty)

**PGY level being applied for**: 1

**Phone**: (267) 928-6693

**Citizenship**: United States

**Visa status**: J1

### Zeyn Sparks White

Added April 10, 2023

201 Beal Ave

Zeyn.S.White@gmail.com

**Medical school**: Trinity School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 1

**Phone**: (714) 713-7115

**Citizenship**: United States

### Abdul Baseet Arham

Added April 2, 2023

Fairfax, Virginia

arhambaseet@gmail.com

**Medical school**: Sir Salimullah Medical College

**Year graduated**: 2019

**PGY level being applied for**: PGY1

**Phone**: (712) 335-7081

**Citizenship**: Bangladeshi

**Visa status**: B1/B2

### Mariam Melkumian

Bay Shore, NY

melmariam@gmail.com

Added April 2, 2023

**Medical school**: Uzhhorod National University

**Year graduated**: 2013

**PGY level being applied for**: Categorical PGY1, 2

**Phone**: (630) 386-1754

**Citizenship**: N/A

**Visa status**: EAD ( Work authorization) card

### Sheila Ruo

Baltimore, MD.

sheilawruo@gmail.com

Added March 31, 2023

**Medical school**: University of Nairobi, Kenya.

**Year graduated**: 2018

**PGY level being applied for**: Categorical 2 or 1.

**Phone**: (720) 731-1337

**Citizenship**: United States

**Visa status**: Green card holder

### Anuradha Raut

600 Marshall Street, KY, 40202

dranuraut.ar@gmail.com

Added March 31, 2023

**Medical school**: Nepal Medical College

**Year graduated**: 2016

**PGY level being applied for**: PGY-1

**Phone**: (773) 800-8946

**Citizenship**: Nepali

**Visa status**: J1

### Haitham Siag

Added March 31, 2023

New Rochelle NY

dr.haithamsiag@gmail.com

**Medical school**: October 6th university (Egypt) pass USMLE first attempt most recent absite 64th percentile 2021 at NYU at pgy2 level, BLS ACLS PALS ATLS certified as well CSA MRCS and have recent experience in wound care, as well now a position as a surgical house officer in NY

**Year graduated**: 2014

**PGY level being applied for**: pgy-1,2,3

**Phone**: (914) 267-6104

**Citizenship**: United States

### Ridwan Adams

Added March 30, 2023

Lagos Nigeria

ridwanadams1@gmail.com

**Medical school**: University of Lagos

**Year graduated**: 2018

**PGY level being applied for**: PGY1

**Phone**: (703) 559-3188

**Citizenship**: Nigerian

**Visa status**: B1/B2

### Orlando Fleites

Added March 30, 2023

Miami, FL

orlandof26@gmail.com

**Medical school**: Saint James School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: 1

**Phone**: (786) 351-1336

**Citizenship**: U.S. Citizen

### Christopher Litts

Added March 29, 2023

750 Olde Central Way, Mt. Pleasant, SC 29464

litts@musc.edu

**Medical school**: Medical University of South Carolina

**Year graduated**: 2023

**PGY level being applied for**: Categorical 1 or 2

**Phone**: (614) 602-7055

**Citizenship**: United States

### Anmol Rattan Singh Riar

Added March 28, 2023

2482145109

anmolriarmd@gmail.com

**Medical school**: St. Martinus University, Faculty of Medicine

**Year graduated**: 2018

**PGY level being applied for**: PGY 1

**Phone**: (248) 214-5109

**Citizenship**: Indian

**Visa status**: J1 Visa

### Sam Simister

Added March 27, 2023

600 S Main Street, Salt Lake City, Utah

sam.simister@gmail.com

**Medical school**: MD/MBA from University of Utah

**Year graduated**: 2023

**PGY level being applied for**: 1

**Phone**: (801) 362-6290

**Citizenship**: United States

### Haitham Siag

Added March 27, 2023

New Rochelle New York

dr.haithamsiag@gmail.com

**Medical school**: October 6th university (Egypt) pass USMLE first attempt most recent absite 64th percentile 2021 at NYU at pgy2 level, BLS ACLS PALS ATLS certified as well CSA MRCS and have recent experience in wound care, as well now a position as a surgical house officer in NY

**Year graduated**: 2014

**PGY level being applied for**: pgy 1, 2, and 3

**Phone**: (347) 453-3753

**Citizenship**: American

### Kirsten Concha-Moore

Added March 27, 2023

Tucson, AZ

kconchamoore@gmail.com

**Medical school**: University of Arizona College of Medicine - Tucson

**Year graduated**: 2019

**PGY level being applied for**: Categorical General Surgery PGY2, PGY3 (Former University of Washington Integrated Vascular Surgery Resident, Completed PGY1/PGY2/PGY3, 450+ ACGME cases logged, Resigned in good standing for personal/family reasons due to COVID, Passed ALL USMLE tests)

**Phone**: (415) 518-1105

**Citizenship**: United States Citizen/American Indian

### Aysel Al Issa

Added March 24, 2023

7139 Wurzbach Road

ayselalissa@gmail.com

**Medical school**: Tripoli University

**Year graduated**: 2018

**PGY level being applied for**: PGY 2 Categorical, passed ABSITE 99 percentile

**Phone**: (817) 902-5764

**Citizenship**: Libya

**Visa status**: J1

### Chimamaka Camela Ikoro

Added March 23, 2023

1439 Merrywood drive. san jose, CA

chimzyikoro@gmail.com

**Medical school**: University of Debrecen medical school

**Year graduated**: 2021

**PGY level being applied for**: PGY1- internal medicine categorical

**Phone**: (732) 763-8780

**Citizenship**: Nigerian

**Visa status**: J1, H1b (step 3 completed)

### Shruthi Rajkumar

19 Lindbergh Avenue, Holyoke, MA

dr.shruthi.rajkumar@gmail.com

Added March 23, 2023

**Medical school**: Amrita School of Medicine

**Year graduated**: 2019. Now a Research Fellow in Bariatric Surgery for over 1 year.

**PGY level being applied for**: PGY 1 Prelim or Categorical

**Phone**: (413) 275-2709

**Citizenship**: India

**Visa status**: H1B. Open for J1 or H1B.

### Karla Geisse

Indianapolis, IN

kgeisse9@gmail.com

Added March 22, 2023

**Medical school**: Marian College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY1 or Preliminary

**Phone**: (501) 259-9024

**Citizenship**: USA

### Aman Pritish Aher

2700 SW 27th Ave

amanaher01@gmail.com

Added March 22, 2023

**Medical school**: Bharati Vidyapeeth Medical College

**Year graduated**: 2022

**PGY level being applied for**: 1,Transitional

**Phone**: (319) 981-4787

**Citizenship**: India

**Visa status**: Require J1,H1B(Completed Step 3)

### Maggie James

Added March 22, 2023

133 Cottage Street , Jersey City, New Jersey

mag.james95@gmail.com

**Medical school**: SRM Medical College Hospital Nad Research Center

**Year graduated**: 2018

**PGY level being applied for**: PGY1

**Phone**: (201) 936-0861

**Citizenship**: India

**Visa status**: B1/B2

### Karina Torres Tristani

Added March 22, 2023

San Juan, PR

karina.torres5@upr.edu

**Medical school**: University of Puerto Rico, School of Medicine

**Year graduated**: 2020

**PGY level being applied for**: 1/2/3

**Phone**: (787) 219-7269

**Citizenship**: USA

**Visa status**: NA

### Andrew Rowley

Added March 22, 2023

7 Bee Street, Charleston SC 29403

rowleya@musc.edu

**Medical school**: Medical University of South Carolinba

**Year graduated**: 2023

**PGY level being applied for**: Categorical 1 or 2

**Phone**: (336) 906-3967

**Citizenship**: United States

### Diwakar Phuyal

Cooperstown, New York

Diwakarphuyal123@gmail.com

Added March 22, 2023

**Medical school**: Nepal Medical College, Nepal

**Year graduated**: 2019

**PGY level being applied for**: PGY2 or PGY1

**Phone**: (332) 253-6185

**Citizenship**: United States

**Visa status**: H1b


### Yang Jun Lu

NYC, NY

yangjunlu@students.aucmed.edu

Added March 22, 2023

**Medical school**: American University of the Caribbean School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY-1

**Phone**: (317) 874-6103

**Citizenship**: USA


### Bilal Sheikh

8 Solway Crescent. Ajax ON. Canada

bilalsheikh@mail.rossmed.edu

Added March 21, 2023

**Medical school**: RUSM

**Year graduated**: 2023

**PGY level being applied for**: PGY1

**Phone**: (202) 876-7843

**Citizenship**: Canada

**Visa status**: J1


### Jenna Hiser

Scottsdale, AZ

Sa201266@atsu.edu

Added March 20, 2023

**Medical school**: A.T. Still University - Kirksville College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY-1 prelim

**Phone**: (217) 549-6882

**Citizenship**: United States

### Darwin Nelson

Northern New Jersey

itb2g72eh9@privaterelay.appleid.com

Added March 20, 2023

**Medical school**: TouroCOM Middletown NY

**Year graduated**: 2022

**PGY level being applied for**: 1 or Prelim

**Phone**: (908) 320-1204

**Citizenship**: US Citizen

### Surajkumar Buchi Jha

New Delhi, India

drjhasuraj@gmail.com

Added March 20, 2023

**Medical school**: School of Medicine, Jinan University, Guangzhou, China

**Year graduated**: 2018

**PGY level being applied for**: PGY-1 Internal Medicine, Family Medicine, Emergency Medicine

**Phone**: (917) 338-1775

**Citizenship**: indian

**Visa status**: J1/H1

### Diamond Clough

176-12 134th Avenue

dclough@nymc.edu

Added March 20, 2023

**Medical school**: New York Medical College

**Year graduated**: 2021

**PGY level being applied for**: Categorical PGY 1, 2, or 3

**Phone**: (718) 413-9873

**Citizenship**: United States

### Samuel Shepard

Added March 20, 2023

31358 S 4467 Rd Vinita, Ok 74301

Samuelshepard93@gmail.com

**Medical school**: Oklahoma State College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY1

**Phone**: (918) 919-9924

**Citizenship**: US

### Shrinkhala Maharjan

Added March 20, 2023

20411 Pony field Ct, Tomball, Houston, 77377, Texas

cnkhala.maharjan@gmail.com

**Medical school**: Nepalgunj Medical College

**Year graduated**: 2014

**PGY level being applied for**: PGY1-Internal Medicine

**Phone**: (346) 549-1988

**Citizenship**: Nepali

**Visa status**: J1 requiring

### Obehi Stephanie Eremionkhale

Added March 20, 2023

Defoors Ferry Rd NW

Obehieremionkhale@gmail.com

**Medical school**: Danylo Halytsky Lviv National Medical University

**Year graduated**: 2017

**PGY level being applied for**: 1

**Phone**: (484) 764-3168

**Citizenship**: Nigeria

**Visa status**: F1

### Maryam Shahab

Added March 20, 2023

New York City

mshahabmd23@gmail.com

**Medical school**: Khyber Girls Medical College

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (929) 204-4005

**Citizenship**: US Citizen

### Lubna Mohammed

Jessica Leigh Lane Charlotte NC

lubnamohammed186@gmail.com

Added March 20, 2023

**Medical school**: Shendi university faculty of medicine

**Year graduated**: 2012

**PGY level being applied for**: PGY1

**Phone**: (704) 557-6229

**Citizenship**: USA

**Visa status**: Greencard

### Jonathan Sfeir

Long Island, NY

jonathansfeir@gmail.com

Added March 20, 2023

**Medical school**: American University of Antigua College of Medicine

**Year graduated**: 2018

**PGY level being applied for**: PGY-1 or PGY-2 (Completed 11 months of Family Medicine Residency at East Carolina University)

**Phone**: (631) 374-4131

**Citizenship**: USA

### Joaquin Lisandro Serra

411 East 83 Street, apt 4F

joaquinserramd@gmail.com

Added March 20, 2023

**Medical school**: Universidad Nacional de Rosario - Argentina

**Year graduated**: 2020

**PGY level being applied for**: PGY-1 or PGY-2 categorical

**Phone**: (858) 910-1929

**Citizenship**: Estados Unidos

**Visa status**: H1b preferred - J1

### Daaniya Jamal

Added March 20, 2023

2821 Park Chase Dr

dj9557@pcom.edu

**Medical school**: Philadelphia College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY 1

**Phone**: (678) 360-4006

**Citizenship**: United States

### Ivan Mogollon

Added March 17, 2023

Cra 52 # 123 - 34

ivanrenemogollon15@gmail.com

**Medical school**: Universidad de la Sabana

**Year graduated**: 2016

**PGY level being applied for**: Preliminary PGY1

**Phone**: (305) 745-7932

**Citizenship**: Colombia

**Visa status**: Visa required

### Ania Bartholomew

Added March 17, 2023

Dayton, OH

ab095618@ohio.edu

**Medical school**: Ohio University Heritage College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY1 Ortho categorical or gen surg prelim

**Phone**: (281) 903-6528

**Citizenship**: United States

## Rabie Habib

Added March 17, 2023

Boston

rabie.h.habib@gmail.com

**Medical school**: Liaquat National Medical College

**Year graduated**: 2018 (Home country Internship in 2019, Medical Officer 2020-2021)

**PGY level being applied for**: 1

**Phone**: (512) 822-1172

**Citizenship**: USA

## Lorenzo Rodolfo Carnio

Added March 17, 2023

225 N Sycamore street apt. 223

Lorenzo.carnio@gmail.com

**Medical school**: American University of the Caribbean

**Year graduated**: 2022

**PGY level being applied for**: PGY-1

**Phone**: (305) 274-6436

**Citizenship**: U.S. Citizen

## Hussain Afzal

Added March 17, 2023

Saint Louis, MO, USA

Hussain_afzal@aol.com

**Medical school**: Dow Medical College, Karachi, Pakistan

**Year graduated**: 2013

**PGY level being applied for**: PGY-1

**Phone**: (347) 342-2274

**Citizenship**: Pakistan

**Visa status**: J1 Research

## Kerrigan B. Lemoine

Added March 17, 2023

5564 Cobble Ln, Dexter, MI 48130

kblemoine24@gmail.com

**Medical school**: Michigan State University College of Osteopathic Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY 1 Categorical or Prelim

**Phone**: (734) 972-0351

**Citizenship**: United States of America

### Saba Suleman                                              Added March 16, 2023

1313 E Daffodil, Unit B, McAllen TX 78501

sabapatel95@gmail.com

**Medical school**: University of Texas Rio Grande Valley School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY-2

**Phone**: (956) 465-6530

**Citizenship**: U. S. Citizen

### Lisa Coleman                                              Added March 16, 2023

2100 Walnut St, Apt 14K, Philadelphia, PA 19103

AmazingLisa.Coleman@gmail.com

**Medical school**: The Ohio State University College of Medicine

**Year graduated**: 2021

**PGY level being applied for**: CATEGORICAL Pgy 1, Pgy2, Pgy 3

**Phone**: (614) 787-8513

**Citizenship**: United States

### Amanda Sinderovsky                                        Added March 16, 2023

Bucks County, PA

amanda.sinderovsky@gmail.com

**Medical school**: Technion Israel Institute of Technology

**Year graduated**: 2023

**PGY level being applied for**: Preliminary PGY1

**Phone**: (267) 566-1293

**Citizenship**: United States

## Lauren Solis

Added March 16, 2023

San Antonio, TX

Laurensolis@mail.rossmed.edu

**Medical school**: Ross University School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: 1

**Phone**: (210) 365-9765

**Citizenship**: USA

## Margarete Knudsen

Added March 15, 2023

Cleveland, OH

mgknudse@gmail.com

**Medical school**: University of Miami Miller School of Medicine

**Year graduated**: 2020

**PGY level being applied for**: Categorical PGY1/2, Preliminary PGY1/2

**Phone**: (917) 692-0588

**Citizenship**: USA

## Yuhamy Curbelo

Added March 15, 2023

1425 garden st

layuha@hotmail.com

**Medical school**: Central University of Venezuela.

**Year graduated**: 2011

**PGY level being applied for**: 1

**Phone**: (917) 923-8996

**Citizenship**: Spain

**Visa status**: J1/H1

## Erfan Farno

Added March 15, 2023

Atlanta, GA

Erfan.farno@gmail.com

**Medical school**: St. George's University SOM

**Year graduated**: 2021

**PGY level being applied for**: Current PGY1 prelim seeking Categorical PGY1/2 or Prelim PGY2

**Phone**: (646) 404-2233

**Citizenship**: Canadian

**Visa status**: On J1

### Katherine Chandler

Danielsville, GA

katherine.chandler@live.mercer.edu

Added March 15, 2023

**Medical school**: Mercer University School of Medicine

**Year graduated**: 2023

**PGY level being applied for**: PGY-1 Preliminary or Categorical Surgery

**Phone**: (706) 338-2697

**Citizenship**: United States

### Aureliane Hardy

Jacksonville, Florida

hardy.aureliane@mayo.edu

Added March 15, 2023

**Medical school**: Universite Catholique de Louvain, Brussels, Belgium

**Year graduated**: 2018

**PGY level being applied for**: PGY-1 categorical/ PGY-2 preliminary or categorical

**Phone**: (904) 208-8410

**Citizenship**: Belgium

**Visa status**: J1

### Jesse St Pierre

Shreveport LA

Jessestp2@gmail.com

Added March 15, 2023

**Medical school**: The University of Queensland

**Year graduated**: 2020

**PGY level being applied for**: PGY-2 and PGY 3

**Phone**: (401) 359-3486

**Citizenship**: United States

### Chrystina Clinton

8791 Alta Drive Las Vegas, NV 89145

chrystina.clinton.92@gmail.com

**Medical school**: Meharry Medical School

**Year graduated**: 2019

**PGY level being applied for**: PGY 2 and PGY 3

**Phone**: (708) 673-6376

**Citizenship**: United States

Added March 15, 2023

### Christopher Carlisi

200 East Ave apt 1203, Rochester, NY 14607

christopher_carlisi@URMC.rochester.edu

**Medical school**: UT Health Sciences Center San Antonio

**Year graduated**: 2022

**PGY level being applied for**: PGY 1, PGY 2

**Phone**: (972) 977-3616

**Citizenship**: United States

Added March 14, 2023

### Ruchika Joshi

India

ruchikajoshi3@gmail.com

**Medical school**: Spartan Health Sciences University

**Year graduated**: 2022

**PGY level being applied for**: PGY-1

**Phone**: (312) 973-2677

**Citizenship**: Indian

**Visa status**: J1 requiring

Added March 13, 2023

### Zachary Adams

911 Allen Toussaint Blvd New Orleans, LA 70124

zachadams.lsu.no@gmail.com

Added March 13, 2023

**Medical school**: LSU New Orleans

**Year graduated**: 2022

**PGY level being applied for**: PGY 1/2 categorical or PGY 2 Prelim

**Phone**: (504) 655-2500

**Citizenship**: US

### Roma Raj

Added March 13, 2023

Cleveland, OH

roma.raj91@gmail.com

**Medical school**: Dow Medical College

**Year graduated**: 2016

**PGY level being applied for**: PGY-1

**Phone**: (847) 344-4419

**Citizenship**: Pakistan

**Visa status**: J1/H1

### Alyssa Dennis (current FAU General Surgery Prelim)

Added March 8, 2023

Delray Beach, FL

allietdennis@gmail.com

**Medical school**: Virginia Commonwealth University School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 1&2

**Phone**: (443) 994-1009

**Citizenship**: USA

**Visa status**: n/a

### Vanessa Dlamini

Added March 8, 2023

Seattle, WA

vanessadlamini720@gmail.com

**Medical school**: Meharry Medical College

**Year graduated**: 2022

**PGY level being applied for**: PGY-2, PGY-3

**Phone**: (423) 331-3829

**Citizenship**: Nigerian

**Visa status**: Permanent Resident (Green Card)

### Daniel Ramos Alicea

Added March 8, 2023

Segre street 1721, Rio Piedra Heights

119dramos@uccaribe.edu

**Medical school**: Central University of the Caribbean (LCME & MSCHE Accredited Institution)

**Year graduated**: 2023

**PGY level being applied for**: PGY-1 General Surgery or PGY-1 preliminary General Surgery

**Phone**: (787) 212-8400

**Citizenship**: US Citizen

### Julian Arrieta

Added March 7, 2023

Shreveport, LA

arrietja@gmail.com

**Medical school**: The University of Tennessee Health Science Center, College of Medicine

**Year graduated**: 2019

**PGY level being applied for**: PGY-3, PGY-4

**Phone**: (615) 495-1747

**Citizenship**: United States

### Victor H Lopez Martinez

Added March 2, 2023

1623 Third Avenue

victor.hugo.lopez006@gmail.com

**Medical school**: Universidad del Valle de Mexico

**Year graduated**: 2016

**PGY level being applied for**: This year's ABSITE result in the 99th percentile. I am currently doing a Burn surgery fellowship and looking for a PGY3, PGY2, PGY1

**Phone**: (956) 530-8599

**Citizenship**: United States

**Visa status**: J1 visa holder

**Prakash Dahal**                                                  Added March 2, 2023

Baltimore, MD 21212

dahalprakash1@gmail.com

**Medical school**: Manipal College of Medical Sciences (Nepal)

**Year graduated**: 2009

**PGY level being applied for**: Preliminary or Categorical PGY1

**Phone**: (301) 755-3184

**Citizenship**: Permanent Resident of the US/ Nepalese Citizen

**Visa status**: Legal Permanent Resident (Green card)


**Puneet Anand**                                                  Added March 2, 2023

Ann Arbor, Michigan

anandpuneet18@gmail.com

**Medical school**: Bharati Vidyapeeth Medical College, Pune

**Year graduated**: 2022

**PGY level being applied for**: PGY1

**Phone**: (937) 218-4576

**Citizenship**: Indian


**Andrew Brod**                                                  Added February 27, 2023

Lexington, KY

brodam@gmail.com

**Medical school**: University of Kentucky

**Year graduated**: 2017

**PGY level being applied for**: 1,2,3

**Phone**: (989) 859-0241

**Citizenship**: United States


**Mahtab Vasigh**                                                  Added February 21, 2023

Fox Chase Cancer Center

mahtabvasigh@yahoo.com

**Medical school**: Tehran University of Medical Sciences

**Year graduated**: 2017

**PGY level being applied for**: Preliminary PGY1

**Phone**: (689) 867-1520

**Citizenship**: United States

**Visa status**: permanent resident

### Chiduziem E Onyedimma

Added February 21, 2023

1213 kendal court, Augusta, GA, 30907
conyedimma@augusta.edu

**Medical school**: Meharry Medical College

**Year graduated**: 2022

**PGY level being applied for**: PGY2

**Phone**: (813) 405-5551

**Citizenship**: United States

### Taylor Hudson

Added February 14, 2023

3106 Chelmsford Dr, Durham, NC, 27705
taylor.scott.hudson@gmail.com

**Medical school**: Columbia University College of Physicians and Surgeons

**Year graduated**: 2020

**PGY level being applied for**: 3,2,1

**Phone**: (740) 816-4702

**Citizenship**: United States

### Haitham Siag

Added February 13, 2023

NY
dr.haithamsiag@gmail.com

**Medical school**: October 6th university (Egypt) pass USMLE first attempt most recent absite 64th percentile 2021 at NYU at pgy2 level, BLS ACLS PALS ATLS certified as well CSA MRCS and have recent experience in wound care, as well now a position as a surgical house officer in NY

**Year graduated**: 2014

**PGY level being applied for**: 1/2/3

**Phone**: (347) 453-3753

**Citizenship**: United States

### Juhi Patel (currently PGY2 Prelim Gen Surg at Rutgers NJMS)

Added February 7, 2023

Harrison NJ

drjuhiapatel@gmail.com

**Medical school**: AMC MET Medical College

**Year graduated**: 2017

**PGY level being applied for**: PGY1, PGY2, PGY3

**Phone**: (781) 600-7052

**Citizenship**: US

### Adel Marwan

Added February 6, 2023

5th settlement, Cairo, Egypt

adelmarwan@hotmail.com

**Medical school**: Ain shams university

**Year graduated**: To be graduated in 2026

**PGY level being applied for**: Surgery clinical rotation/elective

**Phone**: (010) 100-3111

**Citizenship**: Egyptian

**Visa status**: Don't have

### Sang Yoon Na

Added February 6, 2023

705 E Walnut St. Apt 5107 Indianapolis, IN

sana@iu.edu

**Medical school**: Indiana University School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1, PGY2

**Phone**: (812) 249-1207

**Citizenship**: South Korea

**Visa status**: Permanent Resident

### Miguel Hernández-Ríos

Added February 3, 2023

4430 N Holland Sylvania Rd Apt 4133

mhernandezriosmd@gmail.com

**Medical school**: Ponce Health Sciences University - School of Medicine (LCME accredited)

**Year graduated**: 2022

**PGY level being applied for**: 1 and 2

**Phone**: (787) 243-2169

**Citizenship**: USA

### Antone Alhallak
Added February 3, 2023

Los Angeles, California

hallakantone@gmail.com

**Medical school**: Damascus University

**Year graduated**: 1991

**PGY level being applied for**: Any

**Phone**: (424) 610-6605

**Citizenship**: Syria

**Visa status**: US Permanent Resident (Greencard)

### Sneha Krishnan
Added January 30, 2023

Flat 4, 4th Floor, Waterfront Apartments,16 A, Sarat Chatterjee Avenue, Kolkata-700029

snehakrishnan0904@gmail.com

**Medical school**: Saveetha Dental College and Hospital, Chennai

**Year graduated**: 2022

**PGY level being applied for**: PGY1 Oral and Maxillofacial Surgery

**Phone**: (072) 596-9945

**Citizenship**: India

**Visa status**: Visa required

### Shelbie Scharf
Added January 27, 2023

1600 SE 15th St Apt 607, Fort Lauderdale FL

Shelbiescharf23@gmail.com

**Medical school**: The American University of the Caribbean

**Year graduated**: 2023

**PGY level being applied for**: PGY1 or Pre-lim

**Phone**: (402) 430-4394

**Citizenship**: USA

### Subigya Parajuli

Added January 25, 2023

7117 Woodhollow Dr
parajulisubigya@gmail.com

**Medical school**: Insititute of Medicine, Tribhuvan University

**Year graduated**: 2021 Working as a researcher at Dell Medical School for the last one year. Also, worked as a house officer for a year in Nepal for Department of Cardiothoracic and Vascular Surgery.

**PGY level being applied for**: PGY-1/ Prelim

**Phone**: (737) 296-2099

**Citizenship**: United States

**Visa status**: Green Card

### Sebastian Ochoa

Added January 24, 2023

Guayaquil, Ecuador
Sebastian8aguz@gmail.com

**Medical school**: Universidad Catolica de Santiago de Guayaquil

**Year graduated**: 2019

**PGY level being applied for**: PGY 1

**Phone**: (593) 996-4512

**Citizenship**: Ecuador

**Visa status**: Visa required

### Fred Rudensky

Added January 23, 2023

9480 NW 41st St Apt#608
fredr@auamed.net

**Medical school**: American University of Antigua College of Medicine

**Year graduated**: January 2023

**PGY level being applied for**: PGY1

**Phone**: (929) 327-2375

Citizenship: United States

### Richard Kyle Rosiak

Added January 23, 2023

9920 Wiley Burke Ave Downey, CA 90240 USA

rrosiak@sgu.edu

**Medical school**: St. George's University School of Medicine

**Year graduated**: 2021

**PGY level being applied for**: 1

**Phone**: (562) 390-0974

**Citizenship**: United States

### Prakash Dahal

Added January 23, 2023

256 Rodgers Forge Rd Apt A Baltimore MD 21212

dahalprakash1@gmail.com

**Medical school**: Manipal College of Medical Sciences Nepal

**Year graduated**: 2009

**PGY level being applied for**: PGY1, PGY6

**Phone**: (301) 755-3184

**Citizenship**: Nepal

**Visa status**: Green Card ( Legal Permanent Resudent)

### Julia Gong

Added January 20, 2023

604 S Washington Sq

juliasgong@gmail.com

**Medical school**: Thomas Jefferson University/ Sidney Kimmel Medical College

**Year graduated**: 2022

**PGY level being applied for**: 1-2

**Phone**: (215) 385-6186

**Citizenship**: United States

### Mahmoud Elbadrawy

Added January 19, 2023

13 BISMARCK ST

Mahmoud.Elbadrawy@mass.gov

**Medical school**: Mansoura university Faculty of medicine

**Year graduated**: 2017

**PGY level being applied for**: PGY1-PGY2

**Phone**: (502) 264-5524

**Citizenship**: Egyptian

**Visa status**: Green Card holder

### Nicholas Vitagliano

Added January 17, 2023

7101 Smoke Ranch Road Apt 2101

nlvitagliano@ucdavis.edu

**Medical school**: Touro University College of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1, PGY2

**Phone**: (818) 331-6208

**Citizenship**: U.S. citizen

**Visa status**: n/a

### Claire Russell

Added January 17, 2023

Indianapolis, IN

claircrussell@gmail.com

**Medical school**: Marian University College of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: 2

**Phone**: (317) 903-6941

**Citizenship**: United States

### Arkaketan Chatterjee

Added January 17, 2023

161 Block A Lake Town, Kolkata, India

arkaketan.chatterjee@gmail.com

**Medical school**: Kolkata Medical College and Hospital

**Year graduated**: 2020

**PGY level being applied for**: PGY1

**Phone**: (518) 768-0222

**Citizenship**: India

**Visa status**: Eligible for J1, H1

### Hayley Howell

Added January 17, 2023

Toronto, Canada; Long Island, New York

hayley.howell@live.ca

**Medical school**: Saba University School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 1 or 2

**Phone**: (313) 802-9271

**Citizenship**: Canadian

**Visa status**: J1

### Ana Patel

Added January 17, 2023

1310 Lamont Drive Winston Salem North Carolina

aztpatel@gmail.com

**Medical school**: Wake Forest School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1 or PGY2

**Phone**: (510) 735-5790

**Citizenship**: US Citizen

### Samia Yunas

Added January 16, 2023

Philadelphia , USA

drsamiayunas@yahoo.com

**Medical school**: Quaid-e- Azam Medical college Pakistan

**Year graduated**: 2005

**PGY level being applied for**: Transplant Nephrology

**Phone**: (267) 601-6614

**Citizenship**: pakistan, UAE permanent resident

**Visa status**: require vuisa

### Sumira Stein

Added January 16, 2023

34620 Lakewood Dr, Chesterfield, MI 48047

steinsum@gmail.com

**Medical school**: Edward Via College of Osteopathic Medicine (VCOM-Virginia Campus)

**Year graduated**: 2022

**PGY level being applied for**: PGY-1, PGY-2

**Phone**: (586) 872-7593

**Citizenship**: U.S.


### Thomas Harper

Added January 3, 2023

PSC 473 Box 5515 FPO AP 96349

thomas.n.harper4.mil@us.navy.mil

**Medical school**: Mercer University School of Medicine, Macon Georgia

**Year graduated**: 2020

**PGY level being applied for**: PGY-2

**Phone**: (479) 747-0572

**Citizenship**: USA


### Haitham Siag

Added December 20, 2022

NY

dr.haithamsiag@gmail.com

**Medical school**: October 6th university (Egypt) pass USMLE first attempt most recent absite 64th percentile 2021 at NYU at pgy2 level, BLS ACLS PALS ATLS certified as well CSA MRCS and have recent experience in wound care

**Year graduated**: 2014 with mandatory transitional year completed 2015

**PGY level being applied for**: 1/2/3

**Phone**: (347) 453-3753

**Citizenship**: United States


### Harshil Patel

Added December 16, 2022

SF-3, PANCHNIDHI APPT., 4VITTHALBHAI PATEL COLONY, NEAR LAKHUDI TALAV, NEAR SARDAR PATEL STADIUM, NARANPURA, AHMEDABAD, GUJARAT, INDIA - 380014

patelharshil197@gmail.com

**Medical school**: SPARTAN HEALTH SCIENCES UNIVERSITY

**Year graduated**: 2022

**PGY level being applied for**: 1

**Phone**: (918) 401-7572

**Citizenship**: India

**Visa status**: Visa requiring

### Orly Guerra
Added December 15, 2022

2602 Ravens Glass Ct

orleiquis.guerra@gmail.com

**Medical school**: San Juan Bautista SOM, Puerto Rico

**Year graduated**: 2018

**PGY level being applied for**: PGY1, or PGY2

**Phone**: (786) 395-9454

**Citizenship**: USA

### Tam Ngo
Added December 14, 2022

317 Cherry St, York, PA 17402

ttn801@yahoo.com

**Medical school**: Texas Tech University Health Sciences Center

**Year graduated**: 2020

**PGY level being applied for**: 2 or 3

**Phone**: (281) 731-0305

**Citizenship**: United States

**Visa status**: N/a

### Arash Nadimi
Added December 14, 2022

512 N McClurg CT apt #5806

arashnadimi007@yahoo.com

**Medical school**: American University Of Integrative Sciences School Of Medicine

**Year graduated**: 2011

**PGY level being applied for**: PGY1

**Phone**: (312) 371-5897

**Citizenship**: United States

### Mahtab

Added December 13, 2022

6914 Horrocks Street

Mahtabvasigh@yahoo.com

**Medical school**: Tehran University of Medical Sciences

**Year graduated**: 2018

**PGY level being applied for**: 1

**Phone**: (689) 867-1520

**Citizenship**: Iranian

**Visa status**: Permanent resident

### Prakash Dahal

Added December 13, 2022

256 Rodgers Forge Rd Apt A Baltimore MD 21212

dahalprakash1@gmail.com

**Medical school**: Manipal College of Medical Sciences Nepal

**Year graduated**: 2009

**PGY level being applied for**: PGY1, PGY6

**Phone**: (301) 755-3184

**Citizenship**: Nepal

**Visa status**: Green Card ( Legal Permanent Resudent)

### Chrystina Clinton

Added December 12, 2022

8791 Alta Drive Apt 4027 Las Vegas, NV 89145

Chrystina.Clinton.92@gmail.com

**Medical school**: Meharry Medical College

**Year graduated**: 2019

**PGY level being applied for**: PGY2

**Phone**: (708) 673-6376

**Citizenship**: United States

### Ugwuanyi Uchechukwu Damian

Added December 6, 2022

University of Nigeria Teaching Hospital, Enugu, Nigeria

**damianuche44@gmail.com**

**Medical school**: College of medicine, University of Nigeria, Enugu Campus

**Year graduated**: 2015

**PGY level being applied for**: PGY-1 categorical/preliminary. Also looking for a one year research position.

**Phone**: (907) 185-6549

**Citizenship**: Nigerian

**Visa status**: Visa requiring

### Raul Munoz Franco

Added December 5, 2022

8101 SW 72nd Ave APT 404W Miami. FL 33143

**raulmunozfranco10@gmail.com**

**Medical school**: University of Havana

**Year graduated**: 2017

**PGY level being applied for**: PGY-1 Categorical and Preliminary General Surgery

**Phone**: (305) 546-1071

**Citizenship**: United State of America

### Sooraj kumar

Added December 5, 2022

New york, USA

**Sooraj.kumar1617@gmail.com**

**Medical school**: Liaquat university of medical and health sciences

**Year graduated**: 2017

**PGY level being applied for**: PGY1 Categorical/primary care. Also looking for research position for one year.

**Phone**: (475) 309-9857

**Citizenship**: Pakistani

**Visa status**: Require J1/H1b

### Khaled Alnahhal

Added December 1, 2022

Cleveland, OH

k.alnahhal@gmail.com

**Medical school**: Al-Quds University

**Year graduated**: 2020

**PGY level being applied for**: PGY-1 (Prelim or Categorical)

**Phone**: (904) 444-9364

**Citizenship**: Palestine

**Visa status**: Currently on J1 research


### Daniel DelloStritto

Added November 28, 2022

118 E Mckinley Way

daniel.dellostritto@gmail.com

**Medical school**: Northeast Ohio Medical University

**Year graduated**: 2018

**PGY level being applied for**: PGY-4

**Phone**: (614) 370-2322

**Citizenship**: US Citizen


### Dheeraj Babu Baji

Added November 28, 2022

Wichita, Kansas

bajidheeraj7@gmail.com

**Medical school**: All India Institute of Medical Sciences, Bhubaneswar, India

**Year graduated**: 2021

**PGY level being applied for**: PGY1 Preliminary, PGY1 Categorical

**Phone**: (316) 807-8718

**Citizenship**: India

**Visa status**: Require J1/ H1B Visa


### Pramod Nepal, MBBS, PhD

Added November 21, 2022

Chicago, Illinois

npl.pmd@gmail.com

**Medical school**: KIST Medical School, Tribhuvan University, Nepal

**Year graduated**: 2016, PhD in Digestive Surgery (2022) fom Kagoshima University, Japan; Translational and clinical research involving pancreatic and colorectal cancers; Currently a research fellow in Colon and Rectal Surgery.

**PGY level being applied for**: General Surgery PGY1 preliminary or categorical

**Phone**: (573) 825-3625

**Citizenship**: Nepali

~~**Visa status**: Visa requiring~~

### John Tiedeken

Added November 21, 2022

4301 Alderwood Way Sacramento CA 95864
tiedeken19130@yahoo.com

**Medical school**: Drexel University

**Year graduated**: 1994

**PGY level being applied for**: PGY4,5

**Phone**: (215) 219-2572

**Citizenship**: USA

### Helen Duenas (Current Prelim General Surgery Resident)

Added November 21, 2022

New Hyde Park, NY
had8cb@virginia.edu

**Medical school**: The Ohio State University College of Medicine

**Year graduated**: 2022

**PGY level being applied for**: 1-2

**Phone**: (757) 450-9215

**Citizenship**: United States

### Ericka Lara

Added November 18, 2022

4110 40th Ave S, Minneapolis, MN 55406
elaraomd@gmail.com

**Medical school**: Universidad de Ciencias Médicas (UCIMED)

**Year graduated**: 2013

**PGY level being applied for**: PGY1

**Phone**: (612) 381-4685

**Citizenship**: US

### Haitham Siag

Added November 15, 2022

Dunbar, West Virginia
dr.haithamsiag@gmail.com

**Medical school**: October 6 University

**Year graduated**: 2014, mandatory transitional year 2015, X3 general surgery prelim most recent NYU 2021 (PGY-2 level) ABISTE 64th percentile, worked in wound care till Aug, BLS/ACLS/PALS/ATLS/FCCS certified as well CSA, and recently obtained membership in the royal college of surgeons.

**PGY level being applied for**: 1 / 2 / 3

**Phone**: (347) 453-3753

**Citizenship**: American

### Syed owais wasti

Added November 14, 2022

New jersey
Owais2288@gmail.com

**Medical school**: DOW medical science college

**Year graduated**: 2013

**PGY level being applied for**: Pgy1

**Phone**: (734) 548-0647

**Citizenship**: United states

**Visa status**: Us citizen

### Adit Shah

Added November 14, 2022

417 Derrick Dr Sneads Ferry, NC 28460
ashah@une.edu

**Medical school**: University of New England

**Year graduated**: 2020

**PGY level being applied for**: PGY1 or PGY2 Categorical

**Phone**: (925) 817-0239

**Citizenship**: USA

### Ashton Norris

Added November 9, 2022

10 Baytree Ct

ashtonnorris11@yahoo.com

**Medical school**: Texas College of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1 and PGY2

**Phone**: (817) 584-3828

**Citizenship**: United States

**Visa status**: n/a

### Daniel Habbal (Current Preliminary PGY1 General Surgery Resident at Thomas Jefferson University)

Added November 7, 2022

928 Spruce Street

danielhabbaleras@gmail.com

**Medical school**: Sidney Kimmel Medical College at Thomas Jefferson University

**Year graduated**: 2022

**PGY level being applied for**: 1-2

**Phone**: (617) 875-8159

**Citizenship**: United States

### Samantha Alexander

Added November 6, 2022

3 NE 93rd St

samanthaa1988@icloud.com

**Medical school**: NYITCOM

**Year graduated**: 2021

**PGY level being applied for**: Current Prelim PGY1 looking for categorical PGY1/PGY2. Also willing to consider research position.

**Phone**: (417) 353-2790

**Citizenship**: US

### Riddhima Agarwal (Current Preliminary PGY1 General Surgery Resident at University of Wisconsin)

Added November 3, 2022

600 Highland Avenue, Madison, WI 53792

ragarwal@uwhealth.org

**Medical school**: The Ohio State University College of Medicine

**Year graduated**: 2022

**PGY level being applied for**: General Surgery PGY1 and PGY2

**Phone**: (732) 586-9378

**Citizenship**: USA

**Visa status**: NA

### Aushja Syed

Added November 3, 2022

14305 E. MISSISSIPPI AVE #249, Aurora, CO 80012

aushja.syed@cuanschutz.edu

**Medical school**: Medical College of Wisconsin

**Year graduated**: 2022

**PGY level being applied for**: PGY1 categorical, PGY2 categorical

**Phone**: (269) 830-5443

**Citizenship**: US

### Erfan Farno

Added November 1, 2022

Atlanta, Georgia

Erfan.farno@gmail.com

**Medical school**: St. George's University SOM

**Year graduated**: 2021

**PGY level being applied for**: Current PGY1 surgery prelim seeking categorical PGY1 or PGY2 general surgery

**Phone**: (646) 404-2233

**Citizenship**: Canadian

**Visa status**: Currently on J1

### Bhagyesh Patel

Added November 1, 2022

Gandhinagar, Gujarat, India

bpks1976@gmail.com

**Medical school**: Smt. N.H.L. Municipal Medical College; Sheth K.M. School of Post-graduate Medicine & Research Institute Ahmedabad, Gujarat

**Year graduated**: 1999 (Undergraduate) 2002 (Postgraduate)

**PGY level being applied for**: PGY-1

**Phone**: (000) 000-0000

**Citizenship**: Indian

**Visa status**: Need H1B/J1, currently has B2 tourist

### John Clayton Rodriguez

Savannah, GA

jrodriguez3191@gmail.com

Added October 31, 2022

**Medical school**: Louisiana State University Health Sciences Center

**Year graduated**: 2018, (finish general surgery residency 2023)

**PGY level being applied for**: PGY-6 (Plastic surgery fellowship, hand/burn fellowship, or research fellowship)

**Phone**: (504) 239-2964

**Citizenship**: USA

### Jennifer Stein

Gainesville, FL

jennyrstein@gmail.com

Added October 31, 2022

**Medical school**: University of Florida College of Medicine

**Year graduated**: 2022

**PGY level being applied for**: Categorical PGY-1 or PGY-2

**Phone**: (305) 733-4336

**Citizenship**: U.S.

### BHAGYESH PATEL

Gandhinagar, Gujarat, India

bpks1976@gmail.com

Added October 31, 2022

**Medical school**: Smt. N.H.L. Municipal Medical College, Sheth K.M.School of Postgraduate medicine & research, Shri Vadilal Sarabhai General Hospital, Ahmedabad, Gujarat, India

**Year graduated**: MBBS (1999) , Masters in Surgery (2002) Home country surgical experience of 20 years. ECFMG certified, passed USMLE step3

**PGY level being applied for**: PGY-1 Categorial/Prelim

**Phone**: (000) 000-0000

**Citizenship**: Indian

**Visa status**: currently B1/B2, require J1/H1B

### Andres Sanchez

Miami, FL

andres.sanchez731@gmail.com

Added October 26, 2022

**Medical school**: St. Matthew's University

**Year graduated**: 2019

**PGY level being applied for**: PGY1-PGY3 (already completed preliminary PGY1&2)

**Phone**: (305) 775-4943

**Citizenship**: United States

### Harsh Anish Thacker

36916 S Valley Ct, Apt 306, Farmington Hills, Michigan - 48335

Harsh.anish.Thacker@ascension.org

Added October 25, 2022

**Medical school**: Smt. Kashibai Navale Medical College and General Hospital

**Year graduated**: 2022

**PGY level being applied for**: PGY-1 Categorical (doing a prelim PGY-1 year)

**Phone**: (302) 897-0055

**Citizenship**: Indian

**Visa status**: J1 Visa required

### Chanza Fahim Shaikh

240 W 8th Ave Apt D

chanza.shaikh@outlook.com

Added October 21, 2022

**Medical school**: Ziauddin Medical College

**Year graduated**: 2019

**PGY level being applied for**: 1

**Phone**: (203) 501-0010

**Citizenship**: Pakistan

### Saroj Kumar Yadav

Added October 18, 2022

6303 gulfton street Apt#205 Houston, Texas, 77081

sarojraydr@gmail.com

**Medical school**: College of Medical sciences

**Year graduated**: 2008

**PGY level being applied for**: 1

**Phone**: (346) 541-0746

**Citizenship**: Nepal

**Visa status**: Green Card/ Lawful Permanent Resident


### Shadi Kiaei

Added October 18, 2022

California

skiaei1373@gmail.com

**Medical school**: Kansas City University

**Year graduated**: 2022

**PGY level being applied for**: Prelim or PGY-1

**Phone**: (971) 261-9247

**Citizenship**: Canadian

**Visa status**: Current work authorization; will need J1/H1B later on


### Sarah Adam

Added October 13, 2022

Mineola, NY

dradam2023@gmail.com

**Medical school**: NYITCOM

**Year graduated**: 2022

**PGY level being applied for**: 1

**Phone**: (516) 424-4253

**Citizenship**: American


### Dheeraj Babu Baji

Added October 11, 2022

1-159/1 street no 09 Ballepalli Khammam Telangana India 507002

bajidheeraj7@gmail.com

**Medical school**: All India Institute of Medical Sciences, Bhubaneswar

**Year graduated**: 2021

**PGY level being applied for**: PGY-1: Preliminary Position

**Phone**: (928) 265-1477

**Citizenship**: India

**Visa status**: Requiring J1 VISA

### Subigya Parajuli

Added October 10, 2022

7117 Woodhollow Dr

parajulisubigya@gmail.com

**Medical school**: Institute of Medicine, Tribhuvan University

**Year graduated**: 2021

**PGY level being applied for**: PGY1/ Prelim

**Phone**: (737) 296-2099

**Citizenship**: United States

**Visa status**: Permanent Resident

### Scott K Olehnik

Added October 10, 2022

New York, NY

solehnik@gmail.com

**Medical school**: University of Vermont

**Year graduated**: 2021

**PGY level being applied for**: 3

**Phone**: (000) 000-0000

**Citizenship**: US

### Whitman Wiggins

Added October 7, 2022

Gainesville, Florida

whitmanbwiggins@gmail.com

**Medical school**: University of Florida College of Medicine

**Year graduated**: 2022, Step 1 251, Step 2 275, 1st Quartile

**PGY level being applied for**: Categorical PGY-1 or PGY-2

**Phone**: (239) 989-5204

**Citizenship**: United States of America

### Mittal Rameshbhai Savaliya

Added October 6, 2022

56, Punitdham Society, setelight road, Surat, GJ, IND

mittishasavaliya2@gmail.com

**Medical school**: GMERS medical college, Baroda

**Year graduated**: 2019

**PGY level being applied for**: PGY1 categorical/prelim, Research fellow

**Phone**: (201) 456-1147

**Citizenship**: Indian

**Visa status**: Visa requiring

### Peizhe Wu

Added October 3, 2022

Mass. Eye and Ear

peizhewu2021@gmail.com

**Medical school**: Sun Yat-Sen Univeristy

**Year graduated**: 2017

**PGY level being applied for**: Surgery-Preliminary & Otolaryngology

**Phone**: (617) 401-6994

**Citizenship**: China

**Visa status**: Green Card Holder

### Alper (Adam) Cesmebasi, MD

Added September 27, 2022

423 Jauncey Ave Lyndhurst, NJ 07071

dralpercesmebasi@gmail.com

**Medical school**: St George's University SOM

**Year graduated**: 2013

**PGY level being applied for**: Categorical/Prelim PGY-1 (Completed 6 years of an unaccredited urology residency & 1 year accredited TY internship. Looking to switch to an accredited program to pursue accredited residency. Passed all Step exams on 1st attempt)

**Phone**: (201) 214-6892

### Priya Rajasekaran
4536 Alta Terra Rd
priya2885@gmail.com

Added September 26, 2022

**Medical school**: Sri Ramachandra University

**Year graduated**: 2009

**PGY level being applied for**: PGY-1

**Phone**: (510) 386-6321

**Citizenship**: United States

**Visa status**: Green card holder


### Lisa R Coleman
2100 Walnut St, Apt 14 K, Philadelphia, PA 19103
AmazingLisa.Coleman@gmail.com

Added September 23, 2022

**Medical school**: The Ohio State University College of Medicine

**Year graduated**: 2021

**PGY level being applied for**: PGY-1, PGY-2, PGY-3

**Phone**: (614) 787-8513

**Citizenship**: United States


### Rockey Dahiya
House no. 826a, Gali no. 2 , Kailash colony near Huda park. , Rohtak , Haryana , IN , 124001
Rockbann2859@gmail.com

Added September 14, 2022

**Medical school**: Pandit Bhagwat Dayal Sharma Post Graduate Institute of Medical Science , Rohtak

**Year graduated**: 2023

**PGY level being applied for**: Research Fellow

**Phone**: (857) 002-5078

**Citizenship**: India

**Visa status**: Require


### Daniel Mohammadi
605 15th Ave E
danielmohammadi1234@gmail.com

Added September 9, 2022

**Medical school**: UT Southwestern

**Year graduated**: 2021

**PGY level being applied for**: PGY2 and PGY3

**Phone**: (469) 579-6333

**Citizenship**: United States

### Francis Simpson

Added September 9, 2022

471 Pine Tree Dr NE Atlanta, GA 30305
fsimpso@emory.edu

**Medical school**: Emory University School of Medicine

**Year graduated**: May 2021

**PGY level being applied for**: PGY 2 or PGY 3 (preferred) categorical position

**Phone**: (248) 361-2907

**Citizenship**: United States of America

### Khaled Alnahhal

Added September 8, 2022

Cleveland, OH
k.alnahhal@gmail.com

**Medical school**: Al-Quds University

**Year graduated**: 2019/2020

**PGY level being applied for**: PGY-1 (Prelim or Categorical); Passed Step 1 and 2CK exams on 1st attempt

**Phone**: (904) 444-9364

**Citizenship**: Palestine

**Visa status**: Currently on J1 research

### Elena Usova

Added August 29, 2022

lenulya2510@gmail.com
lenulya2510@gmail.com

**Medical school**: Bogomolets National Medical Unuversity

**Year graduated**: 2009

**PGY level being applied for**: 1

**Phone**: (491) 523-6673

**Citizenship**: Ukraine

**Visa status**: Permanent resident of the US

### Kirsten Concha-Moore

Added August 26, 2022

Seattle, WA

kconchamoore@gmail.com

**Medical school**: University of Arizona College of Medicine - Tucson

**Year graduated**: 2019

**PGY level being applied for**: Categorical PGY-3, PGY-2, PGY-1 (Completed 3 years of Integrated Vascular Surgery Residency. Passed all USMLE exams.)

**Phone**: (415) 518-1105

**Citizenship**: USA

### Shadi Kiaei

Added August 25, 2022

California

shadikiaei@gmail.com

**Medical school**: Kansas City University of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: Preliminary or Categorical PGY-1

**Phone**: (971) 261-9247

**Citizenship**: Canadian

**Visa status**: I have current work authorization; no visa required

### M. Suleman Bajwa

Added August 23, 2022

Lahore, Punjab, Pakistan

suleman97@outlook.com

**Medical school**: King Edward Medical College, Lahore

**Year graduated**: 2021

**PGY level being applied for**: PGY1 preliminary - General surgery

**Phone**: (030) 142-3705

**Citizenship**: Pakistan

Visa status:

### Haitham Siag
Added August 23, 2022

228 Roxalana Hills Dr
dr.haithamsiag@gmail.com

**Medical school**: O6U (Egypt), most recent acgme accredited prelim NYU 2021 (pgy-2)
BLS/ACLS/PALS/ATLS/MRCS/STEPS 228/230/PASS CS/217 HAVE A WV LICENSE work in wound care

**Year graduated**: 2014

**PGY level being applied for**: Categorical PGY-3 / PGY-2 / PGY-1 most recent acgme accredited prelim NYU 2021 (pgy-2)

**Phone**: (347) 453-3753

**Citizenship**: United States


### SUJITH PALLETI
Added August 22, 2022

7416 Franklin ST
sujithpes@gmail.com

**Medical school**: PES Institute of Medical Sciences and Research, graduated in 2016, completed MD Internal Medicine residency from India 2017 -2020, worked as general physician in Dubai, UAE from 07/2020 to 06/2021, currently in ACGME nephrology fellowship PGY-5

**Year graduated**: 2016

**PGY level being applied for**: pgy-1

**Phone**: (708) 315-9328

**Citizenship**: Non US Citizen

**Visa status**: J1 ECFMG


### Prakash Dahal
Added August 19, 2022

17101 King James Way Apt 301, Gaithersburg, MD 20877
dahalprakash1@gmail.com

**Medical school**: Manipal College of Medical Sciences, Nepal (1st position in national MBBS entrance examination conducted by the then His Majesty's Government of Nepal, 2003 (equivalent to securing the 1st rank among MCAT applicants), and 3rd best outgoing student of the batch.

**Year graduated**: 2009 (MBBS), General Surgery residency (2015), Board certified General Surgeon (Nepal), Assistant Professor in home country medical college as an attending surgeon, experienced teaching medical students/residents, humbly ready to fulfil instructions of residents and attendings without fail/ Will be available 24x7 if selected, 9 months USCE in surgical specialties (inpatient/OR/preop/PACU/ER/office),EMR experience, currently Research Assistant, Conducting

Phase I clinical trials in USA/ single attempt on USMLEs/knowledge of HIPAA, Good Clinical and Documentation Practice, OSHA training.

**PGY level being applied for**: PGY1- Categorical or Preliminary / Research Fellow

**Phone**: (301) 755-3184

**Citizenship**: Nepal

**Visa status**: Permanent Resident (Green Card holder)

### Lillian Lai
Added August 16, 2022

NY (currently a GS prelim after seeking surgical subspecialty. Pivoting to GS moving forward)
Lillianlai67@gmail.com

**Medical school**: UCSF 2020. Masters Degree 2022 Univeristy of Michigan

**Year graduated**: Highly productive:
https://www.ncbi.nlm.nih.gov/myncbi/lillian.lai.1/bibliography/public/

**PGY level being applied for**: Categorical PGY1 (or PGY 2 to start next year)

**Phone**: (415) 652-8315

**Citizenship**: American (born here)

### Jamie X. Noelle
Added August 16, 2022

668 Euclid Avenue #207
jamie.piel@uhhospitals.org

**Medical school**: University of Texas Medical Branch

**Year graduated**: 2022

**PGY level being applied for**: PGY 2

**Phone**: (817) 907-4504

**Citizenship**: USA

### Sarah Adam
Added August 15, 2022

140 old country rd, Mineola, NY.11501
dradam228@gmail.com

**Medical school**: NYITCOM

**Year graduated**: 2022

**PGY level being applied for**: PGY1 plastic surgery - I love to be creative surgeon- Plastic surgery has a positive impact on women Life's and self confidence.

**Phone**: (516) 410-3623

**Citizenship**: American

### Aleksei Budnik
Added August 10, 2022

727 S Euclid Ave

alexey.yaroslavovich@gmail.com

**Medical school**: Novosibirsk State Medical University

**Year graduated**: 2017

**PGY level being applied for**: PGY-1

**Phone**: (312) 937-0960

**Citizenship**: Russia

**Visa status**: B1/B2

### Steven Barton
Added August 9, 2022

1405 York Ave

skb_ich@patentme.com

**Medical school**: St Georges University, Grenada

**Year graduated**: 2007

**PGY level being applied for**: PGY-1 Prelim or Categorical-to gain experience to do medical missions

**Phone**: (719) 330-8457

**Citizenship**: US

### Juhi Patel
Added August 9, 2022

555 S 1st St, Harrison, NJ

drjuhiapatel@gmail.com

**Medical school**: AMC MET Municipal Medical College

**Year graduated**: 2017

**PGY level being applied for**: PGY 3 and below

**Phone**: (781) 600-7052

**Citizenship**: US

### Vagisha Sharma

Added August 5, 2022

New Delhi, India
vagisha247@gmail.com

**Medical school**: Vardhman Mahavir Medical College and Safdarjung Hospital

**Year graduated**: 2022

**PGY level being applied for**: RESEARCH FELLOW

**Phone**: (823) 866-3725

**Citizenship**: India

**Visa status**: B1/B2

### Haitham Siag

Added August 4, 2022

228 Roxalana Hills Dr
dr.haithamsiag@gmail.com

**Medical school**: October 6 university, most recent acgme accredited prelim NYU 2021 (pgy-2) BLS/ACLS/PALS/ATLS/MRCS/STEPS 228/230/PASS CS/217 HAVE A WV LICENSE work in wound care

**Year graduated**: 2014

**PGY level being applied for**: Categorical 3 and anything below is acceptable

**Phone**: (347) 453-3753

**Citizenship**: United States

### Tripti Mathur

Added August 3, 2022

Jaipur, Rajasthan, India
tripti97mathur@gmail.com

**Medical school**: Mahatma Gandhi Medical College and Hospital, Jaipur, India

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (507) 405-7381

**Citizenship**: Indian

**Visa status**: Yes

### Jeni E. Ten Eyck, M.D.

Added August 2, 2022

3141 Heatherdowns Blvd, Toledo, OH 43614

jeni.teneyck@gmail.com

**Medical school**: The University of Toledo

**Year graduated**: 2022

**PGY level being applied for**: PGY-1

**Phone**: (419) 309-6669

**Citizenship**: United States

### Sumit Sharma

Dharan, Nepal
mailtmesumit@GMAIL.COM

Added August 1, 2022

**Medical school**: B. P. Koirala Institute of Health Sciences

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (984) 170-9692

**Citizenship**: Nepal

**Visa status**: Visa requiring

### Seema Adhikari

Morrisville, North Carolina
drseemaadhikari1996@GMAIL.COM

Added August 1, 2022

**Medical school**: B. P. Koirala Institute of Health Sciences

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (986) 202-4247

**Citizenship**: Nepal

**Visa status**: Visa requiring

### Tyler Stevens

tyler.stevens1944@gmail.com
tyler.stevens1944@gmail.com

Added July 28, 2022

**Medical school**: pcom ga

**Year graduated**: 2022

**PGY level being applied for**: 2

**Phone**: (239) 896-7090

**Citizenship**: usa

**Visa status**: n/a

### Christian Chartier

Added July 27, 2022

9 Harding Street, Montreal, Canada
christian.chartier@mail.mcgill.ca

**Medical school**: McGill University Faculty of Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1 or preliminary position

**Phone**: (514) 893-0338

**Citizenship**: Canadian

**Visa status**: Require visa

### Andrew Liechty

Added July 25, 2022

1959 NE Pacific St, Seattle, WA 98105
aliechty@uw.edu

**Medical school**: Washington State University Elson S. Floyd College of Medicine

**Year graduated**: 2021

**PGY level being applied for**: 2 or 3

**Phone**: (206) 459-3177

**Citizenship**: USA

**Visa status**: N/a

### Ahmad Jan Mohammed, MD, MRCS, FRCS(GS) Eng, ChM( GS) Edinburgh.

Added July 25, 2022

4544, Al Baghdadiyah Al Gharbiyah Dist, Jeddah, Saudi Arabia
dr_alsulimani@hotmail.com

**Medical school**: Alzaiem Alazhari University

**Year graduated**: 2006

**PGY level being applied for**: PYG1-2

**Phone**: (966) 055-9090

**Citizenship**: Afghan

**Visa status**: Visa required

### Sanchit Mahajan

Added July 25, 2022

51/11 First Floor Old Rajinder Nagar, New Delhi

sanchit94mahajan@gmail.com

**Medical school**: Manipal College of Dental Sciences

**Year graduated**: 2022

**PGY level being applied for**: PGY1 oral and maxillofacial surgery

**Phone**: (963) 245-0968

**Citizenship**: India

**Visa status**: B1/B2

### Alper (Adam) Cesmebasi, MD

Added July 25, 2022

21 Antwerp St Boston, MA 02135

dralpercesmebasi@gmail.com

**Medical school**: St George's University SOM

**Year graduated**: 2013

**PGY level being applied for**: Categorical/Prelim PGY-1 (Completed 6 years of an unaccredited urology program and looking to switch to an accredited program to pursue accredited Surgery and/or Urology residency. Passed all Step exams on 1st attempt)

**Phone**: (201) 214-6892

**Citizenship**: USA (born/raised)

### Haitham Siag

Added July 25, 2022

228 Roxalana Hills Dr

dr.haithamsiag@gmail.com

**Medical school**: October 6Th university Certificates BLS / ACLS / PALS / ATLS / FCCS / MRCS / Wound Care scores 228/230/pass CS/217

**Year graduated**: 2014

**PGY level being applied for**: Categorical 1 / 2 / 3

**Phone**: (347) 453-3753

**Citizenship**: United States

## Paul Joon Koo Choi

Added July 22, 2022

13021 E 21st Ave, Aurora, CO, USA

paulchoi92@gmail.com

**Medical school**: National University of Ireland, Galway

**Year graduated**: 2017

**PGY level being applied for**: 2

**Phone**: (201) 245-2666

**Citizenship**: Korea (South)

**Visa status**: O1

## Ebere Obasi

Added July 18, 2022

Atlanta

Queenestebby@gmail.com

**Medical school**: Trinity school of medicine

**Year graduated**: 2022

**PGY level being applied for**: 1

**Phone**: (470) 445-3842

**Citizenship**: U.S.A

**Visa status**: N/a

## Christopher Kim

Added July 18, 2022

Torrance, CA

Chriskim.sb@gmail.com

**Medical school**: St. George's SOM

**Year graduated**: 2018

**PGY level being applied for**: Categorical PGY3

**Phone**: (714) 345-4288

**Citizenship**: US

## Nader Hasan

Added July 18, 2022

Virginia

hnader2@gmail.com

**Medical school**: Caribbean Medical University

**Year graduated**: 2022

**PGY level being applied for**: PGY-1 Categorical / Preliminary

**Phone**: (813) 842-2645

**Citizenship**: Native US Citizen

**Visa status**: US Citizen

### Darwin C. Nelson, D.O., Captain USAF
Newark, NJ
DarwinNelson@g.ucla.edu

Added July 13, 2022

**Medical school**: Touro College of Osteopathic Medicine - Middletown, NY

**Year graduated**: 2022

**PGY level being applied for**: 1 or prelim general surgery

**Phone**: (908) 320-1204

**Citizenship**: Native U.S. Citizen

### Jotsana Naidu
3926 arlington drive Palm Harbor
Jotsananaidu@gmail.com

Added July 13, 2022

**Medical school**: Odessa state medical university

**Year graduated**: 2015

**PGY level being applied for**: 1

**Phone**: (727) 947-0464

**Citizenship**: Indian

**Visa status**: Green card

### Madison Goss
5105 Riverfront Drive, Pittsburgh, PA 15238
MadisonLGoss13@gmail.com

Added July 11, 2022

**Medical school**: Penn State College of Medicine

**Year graduated**: 2017

**PGY level being applied for**: Categorical PGY-3

**Phone**: (717) 557-7033

**Citizenship**: United States

### Aman Aher

Added July 11, 2022

1015 GROVE ST TOWER , 2700 SW 27th AVE , MIAMI , FLORIDA 33133

amanaher@gmail.com

**Medical school**: BHARATI VIDYAPEETH MEDICAL COLLEGE PUNE

**Year graduated**: 2022

**PGY level being applied for**: PGY 1

**Phone**: (319) 981-4787

**Citizenship**: India

**Visa status**: INDIAN CITIZEN with B1 visa currently

### Curtis Swanson

Added July 11, 2022

New York, NY

cmswan08@gmail.com

**Medical school**: Ross University School of Medicine

**Year graduated**: 2021

**PGY level being applied for**: PGY 2 (Prelim or Categorical)

**Phone**: (651) 403-2628

**Citizenship**: United States

### Phenyo Victor Phuu

Added July 11, 2022

P O Box 770 Mogoditshane, Botswana

pphuu@sgu.edu

**Medical school**: St. George's University

**Year graduated**: 2022

**PGY level being applied for**: PGY-1 or Preliminary Surgery

**Phone**: (571) 212-6254

**Citizenship**: Botswana

**Visa status**: Require sponsorship for J1/H1 VISA

### Caleb Glover
2 Heatherwood Ln
cmglover56@gmail.com

Added July 11, 2022

**Medical school**: West Virginia School of Osteopathic Medicine

**Year graduated**: 2021

**PGY level being applied for**: PGY1 or PGY2

**Phone**: (903) 576-2474

**Citizenship**: US Citizen


### Kevin Landau
Riverside Drive, Ft. Lauderdale, Florida, USA
klandau22@gmail.com

Added July 5, 2022

**Medical school**: St. George's University

**Year graduated**: 2021

**PGY level being applied for**: PGY-1

**Phone**: (561) 400-5652

**Citizenship**: U.S. citizen


### Ghansham Verma
4646 Los Feliz Blvd Los Angeles California PIN90027
drgsverma@gmail.com

Added July 5, 2022

**Medical school**: Gandhi Medical College Bhopal India

**Year graduated**: 2003

**PGY level being applied for**: 1

**Phone**: (323) 854-7892

**Citizenship**: Indian

**Visa status**: My Green Card is under process. I have EAD


### Herika Negri
10107 burton ave
hnegri@gmail.com

Added June 29, 2022

**Medical school**: Universidade de Pernambuco- Brazil

**Year graduated**: 2011

**PGY level being applied for**: PGY1/2/3 ( did residency in Brazil and willing to do in the US again)

**Phone**: (440) 941-9050

**Citizenship**: Non US

**Visa status**: H1B

### Shadi Kiaei

California
shadikiaei@gmail.com

Added June 29, 2022

**Medical school**: Kansas City University of Osteopathic Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY1/Prelim

**Phone**: (971) 261-9247

**Citizenship**: Canadian

**Visa status**: Currently have work authorization

### Darwin Nelson

Harrison, NJ 07029
dnelson5@student.touro.edu

Added June 27, 2022

**Medical school**: TouroCOM Middletown, NY

**Year graduated**: 2022

**PGY level being applied for**: PGY-1/Prelim

**Phone**: (714) 240-7099

**Citizenship**: US Citizen

### Pratik Patel

4226 University ave
prati0patel@gmail.com

Added June 27, 2022

**Medical school**: SMIMER

**Year graduated**: 2015

**PGY level being applied for**: 1

**Phone**: (717) 379-2462

**Citizenship**: India

**Visa status**: US Permanent resident

### Cody Stewart

Added June 24, 2022

3051 Greenway Trail Madison, WI 53719

codycstewart53@gmail.com

**Medical school**: Indiana University School of Medicine

**Year graduated**: 2022

**PGY level being applied for**: PGY-2

**Phone**: (219) 689-5456

**Citizenship**: USA

### Sarim Rashid

Added June 24, 2022

2080 1st Avenue, Apartment 605, New York City, New York 10029

sarimrashid@hotmail.com

**Medical school**: King Edward Medical University, Pakistan

**Year graduated**: 2012

**PGY level being applied for**: 1

**Phone**: (646) 287-0989

**Citizenship**: Pakistan

**Visa status**: Seeking Visa

### Anuj Raj Sharma

Added June 20, 2022

9722 57th Ave Apt 11E, Corona, NY 11368

anujraj.sharma996@gmail.com

**Medical school**: Kathmandu Medical College

**Year graduated**: Dec, 2020

**PGY level being applied for**: 1

**Phone**: (929) 507-5364

**Citizenship**: Nepal

**Visa status**: Green Card Application under Process - Hold Employment Authorization Card

To remove a listing, please send an email to **apds@mindspring.com**.

Home | About | Members | Physician Resources | Meetings | Resident & Fellows | Education & Careers | Contact Us



Member Organization



Affiliate Organization





©2023 Association of Program Directors in Surgery

**APDS/ARAS Headquarters Office**

Post Office Box 42409
Towson, MD
21284

Phone: 301-320-1200
Fax: 301-263-9025