IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                                        Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

**DEFENDANTS' MOTION TO FILE**
**TAB 16 OF DEFENDANTS' COMPOSITE EXHIBIT 1 UNDER SEAL**

Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D. ("Dr. Ben-David") (collectively, "Defendants"), by and through undersigned counsel, respectfully move pursuant to S.D. Fla. L.R. 5.4(b)(1) for an order authorizing the filing of Tab 16 of Defendants' Composite Exhibit 1 offered and introduced into the record at the Hearing on Plaintiff's Expedited Motion for Entry of Temporary Restraining Order and Preliminary Injunction Against Defendants [ECF No. 39] under seal. Composite Exhibit 1 is being filed pursuant to the Clerk's Notice of Policy regarding Electronic Submission of Exhibits Sent to Defendants Regarding the Exhibit List arising from the hearing before the Court on June 21, 2023 [ECF No. 101]. In support thereof, Defendants state as follows:

1. **Contents of Proposed Sealed Material**

Defendants' Composite Exhibit 1 submitted to the Court at the hearing on June 21, 2023, has been filed with the Clerk/ECF in compliance with the Notice at ECF 101. Tab 16 was redacted. Tab 16 contains a one-page email from Plaintiff to MSMC requesting certain information

1

pertaining to her surgical residency. The document is bate stamped Finkelstein 000509 and was produced in discovery by Plaintiff. Plaintiff marked the email "confidential" when it was produced to Defendants pursuant to terms of a draft confidentiality agreement between the parties and now before Magistrate Judge Reid.

2. **Factual and Legal Bases for Sealing Request**

Defendants disagree with the designation of confidentiality for the email at Tab 16 and reserve their rights to contest this and other designations made by Plaintiff later in the proceedings. Yet, due to Plaintiff's designation of confidentiality Defendants request that Tab 16 be sealed at this time.

Defendants requested confirmation from Plaintiff that they still desire to have this email sealed. Plaintiff refused to respond to the direct request and took the position that the Defendants should not file the entirety of Composite Exhibit 1.

WHEREFORE Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D., respectfully seek leave to file Tab 16 of Defendants' Composite Exhibit 1 offered and introduced into the record at the Hearing on Plaintiff's Expedited Motion for Entry of Temporary Restraining Order and Preliminary Injunction Against Defendants ECF No. [39] under seal and request that the document remain under seal through the final resolution of this matter, or until such other time as an order of this Court directs otherwise.

Dated:  June 30, 2023

                Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By:*/s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that they have conferred via email with counsel for Plaintiff regarding the relief sought herein. Plaintiff's counsel refused to a direct request for whether Plaintiff desired Tab 16 to be filed under seal.

By: */s/ Martin B. Goldberg*
      **MARTIN B. GOLDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on June 30, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

**SERVICE LIST**

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
RLevenstein@nasonyeager.com
GSliwka@nasonyeager.com
ASpears@nasonyeager.com
PTreadway@nasonyeager.com
CReyes@nasonyeager.com
*Attorneys for Plaintiff*