IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                                            Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO FILE
TAB 16 OF DEFENDANTS' COMPOSITE EXHIBIT 1 UNDER SEAL**

        This cause is before the Court on Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D.'s ("Dr. Ben-David") (collectively, "Defendants"), Motion to File Tab 16 of Defendants' Composite Exhibit 1 Under Seal ("Motion").  Tab 16 is one email that has been designated "confidential" by Plaintiff pursuant to the terms of a draft confidentiality agreement.  Restricting disclosure of the information would not impair the Court's function.

        Accordingly, after review of the Motion and all pertinent portions of the record, it is thereupon **ORDERED** and **ADJUDGED** that the Motion is hereby **GRANTED**.  Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D., are granted leave to file Tab 16 of Defendants' Composite Exhibit 1 offered and introduced into the record at the Hearing on Plaintiff's Expedited Motion for Entry of Temporary Restraining Order and Preliminary Injunction Against Defendants ECF No. [39] Under Seal.  The document will remain under seal

through the final resolution of this matter, or until such other time as an order of this Court directs otherwise.

DONE AND ORDERED in Chambers, in Palm Beach County, Florida, this ___ day of June, 2023.

_____
**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
cc:   All counsel of record