# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

PAIGE FINKELSTEIN, M.D., )
)
    Plaintiff, ) Case No. 1:23-CV-20188-RKA
)
v. )
)
MOUNT SINAI MEDICAL CENTER OF )
FLORIDA, a Florida Not For Profit )
Corporation, and KFIR BEN-DAVID, M.D. )
)
    Defendants.

## NOTICE OF APPEARANCE

Please take notice that Benjamin R. Shiekman, Esq. of LASH GOLDBERG enters his appearance as counsel for Defendants Mount Sinai Medical Center of Florida and Kfir Ben-David, M.D. All future correspondence, pleadings, and other papers in this matter directed to Defendants should be served on Benjamin R. Shiekman, Esq., bshiekman@lashgoldberg.com at Lash Goldberg, Miami Tower, 100 SE 2nd Street, Suite 1200, Miami, Florida 33131.



LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131 • Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

1:23-CV-20188-RKA

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By: /s/ *Benjamin R. Shiekman*
    **BENJAMIN R. SHIEKMAN**
    Florida Bar No. 113114
    bshiekman@lashgoldberg.com
    obencomo@lashgoldberg.com

2



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002

1:23-CV-20188-RKA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on June 30, 2023, or in the manner specified on all counsel or parties of record on the Service List below:

Richard H. Levenstein, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
rlevenstein@nasonyeager.com
jresnick@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com

*Attorneys for Plaintiff*

Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
gorseck@kramerlevin.com
landrews@kramerlevin.com

*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Benjamin R. Shiekman*
      **BENJAMIN R. SHIEKMAN**


LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002