## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-cv-20188-RKA

Paige Finkelstein, M.D.

                    Plaintiff(s),

vs.

Mount Sinai Medical Center of Florida,
Inc.,Kfir Ben-David, M.D.

                    Defendant(s).
_____/

FILED BY _____ D.C.

JUL 0 6 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### RELEASE OF EXHIBITS

      The undersigned hereby acknowledges receipt of exhibit(s)
listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Defendant Exhibits Re 102

_____

[✓] Attachments
(Exhibit list, Order of Court)

Signature: _____

Print Name: JOSE GALVEL

Agency or Firm: Josh Goldberg

Address: 100 . SE 2ND ST . SUITE 1200.

Exhibits Released by:
_____
Records/Intake
(Deputy Clerk)

Telephone: 786 - 972 - 9765 .

Date: 7/6/2023.

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

Paige Finkelstein, M.D.

V.

Mount Sinai Medical Center of Florida, et al

**EXHIBIT AND WITNESS LIST**

23-20188-CIV-ALTMAN

| PRESIDING JUDGE Lisette M. Reid | | | | PLAINTIFF'S ATTORNEY Richard Levenstein & G. Olivieri Sliwka | DEFENDANT'S ATTORNEY Clark Sigman Splichal & Martin Goldberg |
|---|---|---|---|---|---|
| TRIAL DATE (S) Evidentiary/Motion Hearing: 6/21/23 | | | | COURT REPORTER Vernita Allen-Williams | COURTROOM DEPUTY Elizabeth Rodriguez |
| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | |
|  | 1 | 6/21/23 | X | X | Notebook/Binder |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages