UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-20188-RKA

**PAIGE FINKELSTEIN, M.D.**

    **Plaintiff**

**vs**

**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., ET AL**

    **Defendants**

_____/

**DAVID FINKELSTEIN'S RESPONSES TO SUBPOENA**

COMES NOW DAVID FINKELSTEIN ("Finkelstein"), and for his Response to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil "Action dated June 15, 2023 by and through his undersigned counsel, and hereby files his responses which states as follows:

**General Objections**

    A.    Finkelstein objects to each Request for Production which requires the disclosure of information protected by the attorney-client work product and/or any other applicable privileges.

    B.    Finkelstein objects to each Request for Production which requires the disclosure of trade secrets and confidential and/or proprietary information.

    C.    Finkelstein objects to each Request for Production which is outside the scope of the Pleadings.

1

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2 7.12.2023\kag.stm.

•F**RIEDMAN**, **ROSENWASSER** & **GOLDBAUM**, P.A. •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

D. Finkelstein objects to each Request for Production which is over broad, unduly burdensome, harassing, vague, and requests information not reasonably calculated to lead to the discovery of admissible evidence.

E. The Request for Production further seeks irrelevant information and requests information beyond the issues of the claims contained in the Pleadings.

F. Finkelstein further objects to any Request for Production seeking the disclosure of confidential financial information not subject to discovery.

G. Finkelstein further disavows any obligation to provide further documents responsive to the June 15, 2023 Subpoena if same shall become available to Finkelstein in the future.

## RESPONSES TO DOCUMENT REQUESTS

1. All documents and communications that refer or relate to your statement in a letter to Mount Sinai dated March 31, 2021, attached here as Exhibit 1: "It is highly unfortunate for MSMC that [Plaintiff] was forced to resign under such abhorrent circumstances, literally weeks before ERinfoPRO for FirstNet and ERinfo were launched. Over the next several months I can imagine that the reasons for [Plaintiff's] departure from the program are going to be explained in detail through our public relations and social media teams, and in private with various local and national VIPs, including large donors, as we are national partners with patient advocacy groups and FirstNet.gov."

**RESPONSE:**

None

2. All documents and communications sufficient to identify the "local and national VIPs," "large doners," and "patient advocacy groups" identified in Your March 31, 2021, letter (*see* Exhibit 1).

**RESPONSE:**

None.

3. All documents and communications that you referenced or relied upon in preparing Your March 31, 2021 letter (*see* Exhibit 1).

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

2

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

•F<small>RIEDMAN</small>, R<small>OSENWASSER</small> & G<small>OLDBAUM</small>, P.A.  •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

4. All documents and communications that refer or relate to the "corroborated information" in Your purported possession regarding the alleged" hostile work environment, lack of professionalism and additional suspicious medical activities" at Mount Sinai as referenced in Barry Wax, Esq.'s email to Arnold Jaffee, Esq., dated March 22, 2021 (attached here as <u>Exhibit 2</u>).

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

5. Unredacted copies of the attachments to Barry Wax, Esq.'s email to Arnold Jaffee, Esq. dated March 22, 2021 (*see* Exhibit 2).

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

6. All documents and communications by and between You and any third party that refer or related to Mount Sinai, Plaintiff Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai, or any of the claims and allegations in the Action.

**RESPONSE:**

None that are not privileged.

7. All documents and communications by and between You and Plaintiff Paige Finkelstein, M.D. that refer or relate to Mount Sinai, Plaintiff Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai, or any of the claims and allegations in the Actions.

**RESPONSE:**

None that are not privileged.

8. All documents and communications by and between You and Dr. Elliot Goodman that refer or relate to Mount Sinai, Plaintiff Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai, or any of the claims and allegations in the Action.

**RESPONSE:**

None that are not privileged.

3
Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

•F<small>RIEDMAN</small>, R<small>OSENWASSER</small> & G<small>OLDBAUM</small>, P.A.  •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

9. All documents and communications that refer or relate to any benefit, monies, compensation, or other financial or legal support provided or offered by You to or for the benefit or Dr. Elliot Goodman.

**RESPONSE:**

None that are not privileged.

10. All documents and communications sufficient to identify any payments made by You towards Plaintiff Paige Finkelstein M.D.'s student loans from 2018 until the present, as referenced by her in this Action.

**RESPONSE:**

None.

11. All documents and communications sufficient to identify any payments made by You towards Plaintiff Paige Finkelstein, M.D.'s tuition at Columbia Business School.

**RESPONSE:**

None.

**12.** All documents and communications sufficient to identify any payments made by You towards Plaintiff Paige Finkelstein, M.D.'s rental/lease of any apartment(s) in New York City from 2021 until the present.

**RESPONSE:**

None.

13. All documents and communications sufficient to identify any payments made by You towards any legal fees incurred by the Plaintiff Paige Finkelstein, M.D. in prosecuting this Action.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

14. All documents and communications sent by You on behalf of or in support of Plaintiff Paige Finkelstein, M.D.  to any graduate education program, hospitals, healthcare systems, or

4

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

healthcare residency/medical programs from 2020 until the present.

**RESPONSE:**

None.

16. All documents and communications by and between You and any individual who prepared a personal or professional reference for Plaintiff Paige Finkelstein, M.D.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff

16. All documents and communications by and between You and Tracey Schmitt.

**RESPONSE:**

None.

17. All documents and communications by and between You and any third party retained to develop information (*e.g.,* a private investigator) concerning Dr. Ben-David or Mount Sinai.

**RESPONSE:**

None.

18. All documents and communications pertaining to the "interviews I am aware of with several former and current individuals associated with the Program…" as stated in Your letter attached hereto as Exhibit 1.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

19. All documents or communications that evidence a "witch hunt conducted by Dr. Ben-David and Dr. Goldszer" as stated in Your letter attached hereto as Exhibit 1.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

20. All documents or communications that show Your "altruism and benevolence" as You stated in Your letter attached hereto as Exhibit 1.

5

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.  •5550 Glades Road, Suite500, Boca Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

**RESPONSE:**

None.

21. All documents or communications with "bona-fide third party organizations" as You stated in Your letter attached hereto as Exhibit 1.

**RESPONSE:**

None.

22. All documents or communications with "our witnesses" as You stated in Your letter attached hereto as Exhibit 1.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

23. All documents or research you performed regarding purported ACGME requirements as proffered in Your letter attached hereto as Exhibit 1.

**RESPONSE:**

Already provided in Defendants Requests for Documents from Plaintiff.

24. All documents and communications between You and the Equal Employment Opportunity Commission (EEOC), the ACGME, or any other governmental entity concerning Plaintiff Paige Finkelstein, Dr. Ben-David, or Mount Sinai.

**RESPONSE:**

None.

6

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.  •5550 Glades Road, Suite500, Boca Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a copy of the foregoing have been electronically filed to:

Martin B. Goldberg, Esq.
Lash Goldberg LLP
100 SE 2nd Street, Suite 1200
Miami, FL 33131
Email : mgoldberg@lashgoldberg.com


this 12th day of July, 2023.

                              **FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.**
*Attorneys for David Finkelstein*
*LIMITED APPEARANCE EXCLUSIVELY FOR THIS*
*RESPONSE TO SUBPOENA*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 395-5511
Email: goldboca@aol.com


         by: _____/s/_____
                  KEITH A. GOLDBAUM, ESQUIRE
                  FBN 0475637

7

Clients\Finkelstein\Response.Subpona.DAVID.FINKELSTEIN.2023-R-2
7.12.2023\kag.stm.

●FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. ●5550 Glades Road, Suite500, Boca Raton, FL 33431●Tel: 561-395-5511
●E-MAIL: goldboca@aol.com