# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-CV-20188-RKA


**PAIGE FINKELSTEIN, M.D.**

     **Plaintiff**

**vs.**

**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., ET AL**

     **Defendants.**

_____/


### ERinfo's RESPONSES TO SUBPOENA


COMES NOW ERinfo, Inc., ("ERinfo"), and for their Response to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil "Action dated June 15, 2023 by and through their undersigned counsel, and hereby file their responses which states as follows:


### General Objections

A.    ERinfo objects to each Request for Production which requires the disclosure of information protected by the attorney-client work product and/or any other applicable privileges.

B.    ERinfo objects to each Request for Production which requires the disclosure of trade secrets and confidential and/or proprietary information.

1

●Friedman, Rosenwasser & Goldbaum, P.A. ●5550 Glades Road, Suite500, Boca  Raton, FL 33431●Tel: 561-395-5511
●E-MAIL: goldboca@aol.com

C.    ERinfo objects to each Request for Production which is outside the scope of the Pleadings.

D.    ERinfo objects to each Request for Production which is over broad, unduly burdensome, harassing, vague, and requests information not reasonably calculated to lead to the discovery of admissible evidence.

E.    The Request for Production further seeks irrelevant information and requests information beyond the issues of the claims contained in this case.

F.    ERinfo further objects to any Request for Production seeking the disclosure of confidential financial information not subject to discovery.

G.    ERinfo further disavows any obligation to provide further documents responsive to this June 15, 2023 Subpoena if same shall become available to ERinfo in the future.

## RESPONSES TO DOCUMENT REQUESTS

1.    All documents sufficient to identify Plaintiff Paige Finkelstein, M.D.'s job duties and responsibilities at ERinfo Inc.,

**RESPONSE:**

No documents exist.  However, Paige Finkelstein MD, MPH, MBA – Founder & Chief Medical Officer.

2.    All Form W2sor Form 1099s issued by ERinfo Inc., or any affiliate thereof, to Plaintiff Paige Finkelstein, M.D. from 2018 until the present.

**RESPONSE:**

None.

3.    All documents sufficient to identify any dividend issued by ERinfo Inc., or any affiliate thereof, to Plaintiff Paige Finkelstein, M.D. from 2018 until the present.

**RESPONSE:**

None.

4.    All documents sufficient to identify Plaintiff Paige Finkelstein, M.D.'s stake or

2

Clients\Finkelstein\Response.Subpona.ERInfo.dated.June.15.2023-R
7.12.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

ownership interest in ERinfo Inc., and the value thereof.

**RESPONSE:**

No documents exist.  However, Paige Finkelstein – 1,729,852 Shares.

 

5.      All documents sufficient to show the amount of compensation or other monies paid, loaned, or otherwise provided to Paige Finkelstein, M.D., by ERinfo, Inc.., or any affiliate thereof, from 2018 to the present not disclosed in the documents requested paragraph 2 above.

**RESPONSE:**

None.

 

6.      All documents sufficient to identify any benefits received by Plaintiff Paige Finkelstein, M.D. as an employee/officer of ERinfo Inc. from 2018 until the present (including but not limited to, health and dental insurance, 401K, or other retirement benefits, long and short-term disability, or any other benefits).

**RESPONSE:**

None.

 

7.      All documents and communications by and between You (as defined in Definition No. 7 above) and any third party that refer or relate to Mount Sinai or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai or her search and/or applications to other residency programs or places of potential employment.

**RESPONSE:**

None.

 

**8.**      All documents and communications that refer or relate to Mr. David Finkelstein's statement in a letter to Mount Sinai dated March 31, 2021, attached here as <u>Exhibit 1</u>: "It is highly unfortunate for MSMC that [Plaintiff] was forced to resign under such abhorrent circumstances, literally weeks before ERinfoPRO for FirstNet and ERinfo were launched. Over the next several months I can imagine that the reasons for [Plaintiff's] departure from the program are going to be explained in detail through our public relations and social media teams, and in private with various

local and national VIPs, including large donors, as we are national partners with patient advocacy groups and FirstNet.gov." Such documents and communications in this request shall include any efforts made or actions taken by You to "explain" Plaintiff's departure from the program.

**RESPONSE:**

None.

9.      All documents and communications sufficient to identify the "local and national VIPs," "large doners," and "patient advocacy groups" identified in Mr. Finkelstein's March 31, 2021, letter (*see* Exhibit 1).

**RESPONSE:**

None.

10.      All documents and communications by and between You (as defined in Definition No. 7 above) and Richard H. Levenstein, Esq., and/or any attorney from the law firm Nason Yeager Gerson Harris & Fumero P.A., that refer or relate to Plaintiff Paige Finkelstein, M.D. or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai.

**RESPONSE:**

None.

11.      All documents and communications by and between You (as defined in Definition No. 7 above) and Barry Wax, Esq., and/or any attorney from the law firm Barry M. Wax PLLC, that refer or relate to Plaintiff Paige Finkelstein, M.D. or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai.

**RESPONSE:**

None.

12.      All documents and communications by and between You  (as defined in Definition No. 7 above) and Plaintiff Paige Finkelstein, M.D. that refer or relate to Mount Sinai or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai.

**RESPONSE:**

Clients\Finkelstein\Response.Subpona.ERInfo.dated.June.15.2023-R
7.12.2023\kag.stm.

•Friedman, Rosenwasser & Goldbaum, P.A. •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

None.

13.     All documents and communications by and between You (as defined in Definition No. 7 above) and David Finkelstein that refer or relate to Mount Sinai or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai.

**RESPONSE:**

None.

14.     All documents and communications by and between You (as defined in Definition No. 7 above) and Dr. Elliot Goodman that refer or relate to Mount Sinai or Paige Finkelstein, M.D.'s tenure as a resident at Mount Sinai.

**RESPONSE:**

None.

15.     All documents and communications which refer or relate to any benefit monies, Compensation, or other financial or legal support provided or offered by You (as defined in Definition No. 7 above) to or for the benefit of Dr. Elliot Goodman.

**RESPONSE:**

None.

16.     All documents and communications which refer or relate to any benefit, monies, compensation, or payment of legal fees by You (as defined Definition No. 7 above) to or for the benefit of Dr. Paige Finkelstein, M.D.

**RESPONSE:**

None.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing have been electronically filed to:

Martin B. Goldberg, Esq.
Lash Goldberg LLP

5

Clients\Finkelstein\Response.Subpona.ERInfo.dated.June.15.2023-R
7.12.2023\kag.stm.

•Friedman, Rosenwasser & Goldbaum, P.A.  •5550 Glades Road, Suite500, Boca Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com

100 SE 2nd Street, Suite 1200
Miami, FL 33131
Email : mgoldberg@lashgoldberg.com

this 12th day of July, 2023.

**FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.**
*Attorneys for ERinfo, Inc.*
*LIMITED APPEARANCE EXCLUSIVELY FOR THIS*
*RESPONSE TO SUBPONEA*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 395-5511
Email: goldboca@aol.com

by:＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿
        KEITH A. GOLDBAUM, ESQUIRE
        FBN 0475637

Clients\Finkelstein\Response.Subpona.ERInfo.dated.June.15.2023-R
7.12.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. •5550 Glades Road, Suite500, Boca  Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com