**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PAIGE FINKELSTEIN, M.D.,

      Plaintiff,

v.                                                                   Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

      Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION TO FILE**
**MOTION FOR SANCTIONS AND MOTION FOR**
**SECOND PROTECTIVE ORDER UNDER SEAL**

Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D. ("Dr. Ben-David") (collectively, "Defendants"), by and through undersigned counsel, respectfully move pursuant to S.D. Fla. L.R. 5.4(b)(1) for an order authorizing the filing of their forthcoming Motion for Sanctions and Motion for Second Protective Order under seal (the "Sanctions Motion"). In support thereof, Defendants state as follows:

Defendants' Sanctions Motion seeks to impose sanctions on Plaintiff and her counsel based on misconduct during a recent deposition of a third-party witness. During the deposition, her counsel, through his questioning, disclosed information that this Court previously struck and/or sealed from the record and barred from use in the litigation except under the most exacting circumstances not present here. *See* ECF Nos. 28, 36. The offending information disclosed during the deposition is of a sensitive and personal nature which this Court determined, under Rule 12(f), bears no relevance whatsoever to any of the claims in the lawsuit.

1

Thus, Defendants' Sanctions Motion necessarily contains reference to this stricken and/or sealed information. Defendants note that this Court previously sealed *all* papers in the record *in their entirety* that have referenced this material, including those filed at ECF Nos. 17, 19, 20, and 24-26. *See* ECF No. 36. The Court also ordered Plaintiff to retrieve from any third-party copies she sent of the scandalous materials after these records had been stricken and/or sealed (including to the EEOC, the Accreditation Council for Graduate Medical Education, and other members of Mount Sinai's medical staff) in direct violation of Judge Altman's Order. *See* ECF No. 36. Defendants' Sanctions Motion should be treated the same.

Given this history and for the reasons stated above, Defendants are constrained to also request, prospectively, that the Court require and permit any response and reply to Defendants' Sanctions Motion to be similarly filed under seal due to the nature of these issues.

WHEREFORE Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D., respectfully (i) seek leave to file their Motion for Sanctions and Motion for a Second Protective Order under seal and request that the document remain under seal through the final resolution of this matter, or until such other time as an order of this Court directs otherwise, and (ii) seek entry of an order requiring and permitting that any response and reply to Defendants' Motion for Sanctions and Motion for a Second Protective Order also be filed under seal.

Dated:  July 14, 2023

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By: */s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that they have conferred via email with counsel for Plaintiff regarding the relief sought herein. Plaintiff's counsel has no objection to Defendants' Sanctions Motion being filed under seal.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on July 14, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

## SERVICE LIST

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON,**
**HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
RLevenstein@nasonyeager.com
GSliwka@nasonyeager.com
ASpears@nasonyeager.com
PTreadway@nasonyeager.com
CReyes@nasonyeager.com
*Attorneys for Plaintiff*