IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                                                        Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION TO FILE
MOTION FOR SANCTIONS AND MOTION FOR
<u>SECOND PROTECTIVE ORDER UNDER SEAL</u>**

    This cause is before the Court on Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D.'s ("Dr. Ben-David") (collectively, "Defendants") Motion to File Motion for Sanctions and Motion for a Second Protective Order under Seal ("Motion").

    Accordingly, after review of the Motion and all pertinent portions of the record, it is thereupon **ORDERED** and **ADJUDGED** that the Motion is hereby **GRANTED**. Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D., are granted leave to file their Motion for Sanctions and Motion for a Second Protective Order under seal.  The document will remain under seal through the final resolution of this matter, or until such other time as an order of this Court directs otherwise. The Court further requires and permits that any response and reply to Defendants' Motion for Sanctions and Motion for a Second Protective Order also be filed under seal.

DONE AND ORDERED in Chambers, in Miami, Florida, this ___ day of July, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
cc:     All counsel of record