IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

Plaintiff,

    v.                                                                         Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

        Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO FILE RESPONSE TO
DEFENDANTS' MOTION FOR SANCTIONS AND
<u>MOTION FOR SECOND PROTECTIVE ORDER UNDER SEAL</u>**

       Plaintiff, Paige Finkelstein, M.D., by and through the undersigned counsel, respectfully moves pursuant to S.D. Fla. L.R. 5.4(b)(1) for an order authorizing the filing of her forthcoming Response to Defendants' Motion for Sanctions and Motion for Second Protective Order under seal. In support thereof, Plaintiff states as follows:

       Defendants' Unopposed Motion to File Motion for Sanctions and Motion for Second Protective Order Under Seal was filed on July 14, 2023. *See* ECF No. 112.

       On July 17, 2023, this Court entered a Paperless Order granting Defendants Unopposed Motion to File Motion for Sanctions and Motion for Second Protective Order Under Seal [ECF 114] and states:

       "The Court further requires and permits that any response and reply to Defendants' Motion for Sanctions and Motion for a Second Protective Order also be filed under seal."

       Defendants' Sealed Motion for Sanctions and Motion for Second Protective Order was filed on July 17, 2023. *See* ECF No. 115.

1

Per the Court's Order [ECF 114], Plaintiff's response to Defendants' Sealed Motion for Sanctions and Motion for Second Protective Order must be filed under seal due to the nature of these issues.

WHEREFORE, Plaintiff, Paige Finkelstein, M.D., respectfully seeks leave to file her Response to Defendants' Motion for Sanctions and Motion for a Second Protective Order under seal and request that the document remain under seal through the final resolution of this matter, or until such other time as an order of this Court directs otherwise.

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:     (561) 686-3307
Facsimile:     (561) 686-5442
**Richard H. Levenstein, Esq**.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Gabrielle O. Sliwka, Esq.**
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Abby M. Spears, Esq.**
Primary E-mail: aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com

By:     /s/ Richard H. Levenstein
        Abby M. Spears
        Florida Bar No. 44662
        Richard H. Levenstein
        Florida Bar No. 235296
        Gabrielle O. Sliwka
        Florida Bar No. 1022654

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that they have conferred via email with counsel for Defendants regarding the relief sought herein. Defendants counsel has no objection to Plaintiff's Response to Defendants' Motion for Sanctions and Motion for a Second Protective Order being filed under seal.

By: */s/ Richard H. Levenstein*
**Richard H. Levenstein**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed on this 27th day of July, 2023 to the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida and Defendant, Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Ashley P. Singrossi, Esq.
Benjamin R. Shiekman, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com; asingrossi@lashgoldberg.com; bshiekman@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com

*Attorneys for Plaintiff, Paige Finkelstein, M.D.*
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:     (561) 686-3307
Facsimile:     (561) 686-5442
**Richard H. Levenstein, Esq**.
Primary E-mail: rlevenstein@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Gabrielle O. Sliwka, Esq.**
Primary E-mail: gsliwka@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
**Abby M. Spears, Esq.**
Primary E-mail: aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
 creyes@nasonyeager.com

By:     /s/ Richard H. Levenstein
        Abby M. Spears
        Florida Bar No. 44662
        Richard H. Levenstein
        Florida Bar No. 235296
        Gabrielle O. Sliwka
        Florida Bar No. 1022654