UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-20188-RKA

**PAIGE FINKELSTEIN, M.D.**

    **Plaintiff**

**vs**

**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., ET AL**

    **Defendants**

_____/

### NOTICE OF STRIKING DOCKET NOS. 109 & 110

COMES NOW David Finkelstein ("Finkelstein"), a Non-Party and by and through his undersigned counsel, and hereby files his Notice of Striking Docket No. 109 and ERinfo, Inc. ("ERinfo") hereby file its Notice of Striking 110 both filed on or about July 12, 2023.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing have been electronically filed to:

Martin B. Goldberg, Esq.
Lash Goldberg LLP
100 SE 2nd Street, Suite 1200
Miami, FL 33131
Email : mgoldberg@lashgoldberg.com

1

Clients\Finkelstein\Notice.Striking.docket.109-DFinkelstein.110.ERinfo.2023-both 7.27.2023\kag.stm.

●F‌RIEDMAN, R‌OSENWASSER & G‌OLDBAUM, P.A.  ●5550 Glades Road, Suite500, Boca Raton, FL 33431●Tel: 561-395-5511
●E-MAIL: goldboca@aol.com

this 27th day of July, 2023.

                         **FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.**
*Attorneys for David Finkelstein*
*LIMITED APPEARANCE EXCLUSIVELY FOR THIS RESPONSE TO SUBPOENA*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 395-5511
Email: goldboca@aol.com


by: /s/
    KEITH A. GOLDBAUM, ESQUIRE
    FBN 0475637

2

Clients\Finkelstein\Notice.Striking.docket.109-DFinkelstein.110.ERinfo.2023-both 7.27.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. •5550 Glades Road, Suite500, Boca Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com