**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

PAIGE FINKELSTEIN, M.D.,

      Plaintiff,

v.                                                                      Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

      Defendants.

_____/

**<u>NOTICE OF HEARING</u>**[1]

    **PLEASE TAKE NOTICE** that the undersigned will call up for hearing before **Magistrate Judge Lisette M. Reid**, and will be held on **Friday, August 4, 2023, at 11:00 am**, **via Zoom**[2], or as soon thereafter as can be heard, the following:

    1.    Defendants' requests to compel Plaintiff's production of documents, more complete responses to Defendants' discovery requests, and a privilege log compliant with the Federal Rules of Civil Procedure, which issues are set forth in Defendants' correspondence to Judge Reid dated June 30, 2023.

    2.    Defendants' *expedited* request for a protective order and/or to quash the deposition notice and subpoena directed to non-party Ms. Erica Liu, Esq., which is currently scheduled unilaterally by Plaintiff for August 14, 2023, which issues are set forth in Defendants' correspondence to Judge Reid dated July 25, 2023.

---

[1] This Notice of Hearing is being filed with the Clerk in accordance with the Court's instruction of July 21, 2023.
[2] Pursuant to ECF No. 117, the Zoom information will be emailed to counsel.

3.      Defendants' request for entry of a Confidentiality Agreement and Order in the form proposed by Defendants and provided to the Court as an attachment to Defendants' correspondence to Judge Reid dated July 26, 2023.

4.      Plaintiff's request for on order precluding Defendants from "interfering" with Plaintiff's "current employment" as a condition to Plaintiff producing additional documents responsive to Defendants' outstanding discovery requests, which issues are set forth in Plaintiff's correspondence to Judge Reid dated July 21, 2023.

Dated:  July 27, 2023

Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By: */s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on July 27, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

**SERVICE LIST**

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
RLevenstein@nasonyeager.com
GSliwka@nasonyeager.com
ASpears@nasonyeager.com
PTreadway@nasonyeager.com
CReyes@nasonyeager.com
*Attorneys for Plaintiff*

4