**Gabrielle O. Sliwka**

| | |
|---|---|
| **From:** | MAXIMILIAN FEIGE <MAX.FEIGE@EEOC.GOV> |
| **Sent:** | Wednesday, January 18, 2023 3:41 PM |
| **To:** | Gabrielle O. Sliwka |
| **Cc:** | MIGUEL ESCOBAR; JEANETTE WOOTEN; Richard H. Levenstein; Pamela S. Treadway |
| **Subject:** | RE: EEOC Charge: 510-2023-00555- Request for Clarification |

Good Afternoon,

Please allow me to answer these questions.

1. You mentioned that this charge has just been opened. Does that means there is a new charge number, or do we still use 510-2023-00555? **It is the same charge number.**

2. You have also mentioned that the Respondent has just been given notice about this new charge. Are we entitled to a copy of it? Does it state specifically the allegations being investigated? **The notice includes a copy of your charge, which you have of course. As for the EEOC Notice of Charge, this is not a document provided during the course of the investigation.**

3. Is it possible for the EEOC to issue a new Notice of right-to-sue, focusing specifically on the allegations the agency has deemed untimely? We are afraid that the language used in yesterday's Notice of Revocation can be interpreted as revoking Claimant's right to sue altogether. **At this time, the previous Notice of Right to Sue has been completely revoked. If at the completion of the investigation into the allegations we deem timely end up with the agency not establishing a violation, a new Notice of Right to Sue will be issued, but it will state only that a violation had not been found (paraphrasing the language). The letter sent to you is standard language used by the agency but at no time can the agency deny your client the right to proceed to court upon completion of the required attempt to seek administrative remedy, which is by filing a charge with the EEOC.**

   **Please also keep in mind that your client may request the Notice of Right to Sue as well which will not have a determination only that that it was requested.**

4. The digital portal states that the Respondent will have up to 30 days to submit their position statement and that Claimant will then have 20 days to reply. Do we receive a notification of when the Respondent files its position statement? What is the proper way to obtain a copy once submitted to the agency? **The Respondent is provided 30 days initially though extensions are often granted. Once received, it will be released to you by the agency to allow your client an opportunity to meet their burden in accordance with the models of proof, meaning an opportunity to show that the Respondent's response to the charge is pretext for discrimination.**

If you have any further questions, please let me know.

Regards,

Max Feige
Enforcement Supervisor, Team 6
U S Equal Employment Opportunity Commission (EEOC) - Miami District
Miami Tower

100 S. E. 2nd Street, Suite 1500
Miami FL 33131
786-648-5849 -ph
305-808-1758 - fax
max.feige@eeoc.gov



**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Wednesday, January 18, 2023 3:25 PM
**To:** MAXIMILIAN FEIGE <MAX.FEIGE@EEOC.GOV>
**Cc:** MIGUEL ESCOBAR <MIGUEL.ESCOBAR@EEOC.GOV>; JEANETTE WOOTEN <JEANETTE.WOOTEN@EEOC.GOV>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>
**Subject:** RE: EEOC Charge: 510-2023-00555- Request for Clarification

Good afternoon,

Thank you kindly for your expeditious reply, which is immensely appreciated. I am afraid I have more questions which I hope you can help me clarify:

1. You mentioned that this charge has just been opened. Does that means there is a new charge number, or do we still use 510-2023-00555?
2. You have also mentioned that the Respondent has just been given notice about this new charge. Are we entitled to a copy of it? Does it state specifically the allegations being investigated?
3. Is it possible for the EEOC to issue a new Notice of right-to-sue, focusing specifically on the allegations the agency has deemed untimely? We are afraid that the language used in yesterday's Notice of Revocation can be interpreted as revoking Claimant's right to sue altogether.
4. The digital portal states that the Respondent will have up to 30 days to submit their position statement and that Claimant will then have 20 days to reply. Do we receive a notification of when the Respondent files its position statement? What is the proper way to obtain a copy once submitted to the agency?

We continue to appreciate any clarification you can provide, and we thank you in advance for your continued attention to these matters.
Best,

Gabrielle Olivieri Sliwka


**From:** MAXIMILIAN FEIGE [mailto:MAX.FEIGE@EEOC.GOV]
**Sent:** Wednesday, January 18, 2023 2:57 PM
**To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Cc:** MIGUEL ESCOBAR <MIGUEL.ESCOBAR@EEOC.GOV>; JEANETTE WOOTEN <JEANETTE.WOOTEN@EEOC.GOV>
**Subject:** RE: EEOC Charge: 510-2023-00555- Request for Clarification

Good Afternoon,

Thank you for contacting me. For clarification and as stated in the letter provided, the Notice of Right to Sue has been revoked and the case has been reopened for investigation. Please note that the allegations that will be investigated are

those concerning retaliation through negative references. All other allegations the agency has reviewed and has determined to be untimely.

As this charge has just been opened, the Respondent has just been given notice, and will now have the ability to submit a position statement to meet their burden in accordance with the models of proof. Your client, or yourself on their behalf, will be able to submit evidence through the digital portal at any time.

If you have any further questions, please feel free to contact me at any time.

Regards,

Max Feige
Enforcement Supervisor, Team 6
U S Equal Employment Opportunity Commission (EEOC) - Miami District
Miami Tower
100 S. E. 2nd Street, Suite 1500
Miami FL 33131
786-648-5849 -ph
305-808-1758 - fax
max.feige@eeoc.gov



**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Wednesday, January 18, 2023 2:09 PM
**To:** MAXIMILIAN FEIGE <MAX.FEIGE@EEOC.GOV>
**Subject:** EEOC Charge: 510-2023-00555- Request for Clarification

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Via Email: max.feige@eeoc.gov

Max Feige
Equal Employment Opportunity Commission

  RE:  EEOC Charge: 510-2023-00555- Request for Clarification

Dear Mr. Feige,

  As you know, the undersigned attorney and this law firm represent Dr. Paige Finkelstein with respect to the EEOC charge 510-2023-00555, which was originally dismissed on October 26, 2022. The dismissal also granted Dr. Finkelstein a Notice of right-to-sue. However, yesterday, we received a Notice of Revocation, revoking Dr. Finkelstein's right-to-sue as the EEOC decided that the investigations on the merits of this charge shall resume.

  At this juncture, we would like some clarification regarding the Notice of Revocation, specifically whether an investigation is currently taking place and, if so, how far along the process is. Additionally, we would like to inquire about the proper procedure by which the Charging Party may supplement the information initially submitted.

We will appreciate any clarification you can provide, and we thank you in advance for your continued attention to these matters.

Best,

Gabrielle Olivieri Sliwka

## Gabrielle Sliwka
Attorney at Law

Email: GSliwka@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile    vCard



3001 PGA Blvd., Suite 305 |Palm Beach Gardens |FL |33
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com