

**Elliot Goodman, MD**
**Department of Surgery**
**Mount Sinai Health System**

**Mount Sinai Downtown Union Square**
10 Union Square East, Suite 2N
New York, NY 10003
Telephone: (212) 844-8838
Facsimile:  (212) 819-7124

**Mount**
**i**
**Beth Israel**

July 22nd, 2021

To Whom it may Concern:

This letter is to confirm Dr. Paige Finkelstein will be employed at Mount Sinai Beth Israel in New York City.

Dr. Finkelstein is a doctor who will be working with the general surgery service at our institution pending her move to New York. In her role, she will be earning  $100 dollars per hour working 12 to 24 hour shifts, for at least 6 days a month.  Averaging 18 hours x 6 days a month, this is a minimum salary of $129,600.

If you need any further verification of employment status, please do not hesitate to contact me.

Thank you,

Elliot Goodman MD,
Head of Surgical House-staff,
MSBI/MSB.