To: Elliot, Daniel   Cc: Marco >

# Paige Finkelstein

She's awesome.  Working to get her on boarded ASAP as a house surgeon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Barbara Barnett, MD, MHCDS, FACEP, FACP
Chief Medical Officer
Senior Vice President
Mount Sinai Beth Israel & Mount Sinai Downtown
Professor of Emergency Medicine
Professor of Internal Medicine
Icahn School of Medicine at Mount Sinai

Office:   Redacted
Cell:



