

To: Elliot Goodman

**E:** Sorry to say it again - but the BI thing is over
U need to send that withdrawal email in ASAP - then we can see what my friend Burt says

Mar 8, 12:39

I sent the email. All of this is because of Dr. Ben David's lack of support right? Was there any other reason?

**E:** Nope

Apologies, nope to which part?

**E:** No other reason

Thursday, Mar 10 • 11:37

**To:** Elliot Goodman

 **E:** I spoke to Dr. Surick New Jersey last night I unfortunately had the same evaluation of your situation as me
I also spoke to Dr. Aldoroty who was very sympathetic but also didn't offer any hope
As I said before it's tough but I think you will need to shift your focus towards a career outside of clinical medicine

So even though I have all of this support from other doctors, and people who have corroborated what I'm saying, my career has to end because of Dr. Ben David?

 **E:** I think that that is the sad reality at the moment

Mar 10, 11:42

**Timothy Lee**

T — Yes I'll let you know

Sunday, Oct 10, 2021 • 17:57

T — It went fine. He mentioned KBD and asked for my opinion. I still endorsed you. He sounded reassured and said he'd talk to Karen and Bao.

Amazing

Love ya

T — He was concerned because KBD said you are unprofessional with the staff and patients. If you get this job please do your best to be professional.

Lol that's not true