February 12, 2021

Re: letter of recommendation for Paige Finkelstein, MD

Dear Program Director,

Please accept this letter of recommendation in support of Paige Finkelstein, MD and her application to general surgery residency. I believe that in your review of her background and experience you will find a unique applicant who is indeed dedicated to surgery, and, although it has been a challenging start, deserves a chance to continue on in this field, prove herself, and ultimately enter practice.

As assistant program director for the general surgery residency here at Mount Sinai Medical Center, what I would characterize as a community academic program with three categorical positions a year, I have known Dr. Finkelstein since beginning her intern year in 2018. I have worked directly with her as one of the residents on our surgical oncology service at least one rotation each year in addition to night float service for emergency general surgery call, and I have been responsible for completing her ACGME milestone evaluations. She joined us as a highly ranked applicant from University of Miami School of Medicine and with an undergraduate chemical engineering degree from MIT.

Perhaps one of the first characteristics noticeable about Dr. Finkelstein is her energy. She is gregarious and enthusiastic and in many ways reflects her cultural and educational generation: facile with technology and the use of the internet as a resource for both learning and communication; up to date on current data and trends in surgery; and willing to question why. She has many and varied interests, and understands that surgery cannot be isolated from the world of economics, business, and social justice. Her CV presents these kinds of interests quite well through her publications and experience.

In terms of her clinical acumen and operative skills, the knowledge is there, and as with many junior residents the challenge has been to integrate this with experience to develop the clinical judgment and wisdom of a full-fledged surgeon. Sometimes it may be detrimental to know 'too much' when one still needs to mature the skills needed to then choose how to use that information. I won't rationalize her ABSITE scores, but perhaps this explains some of it. Regardless, Dr. Finkelstein was acutely aware of the need to improve her score and was studying diligently for the most recent exam. As a consult resident, her assessment and plans demonstrated improvement each year in comprehensiveness and accuracy. With respect to operating, to my recollection we have at least done appendectomies and cholecystectomies together, and these she can perform to near proficiency. I am otherwise not aware of any problems with dexterity or spatial reasoning in the OR with other types of junior-level procedures. Thus I think it is accurate to consider her as an experienced 2nd or 3rd year surgical resident in the early to middle part of the educational process, still needing time to learn and grow, but definitely on the path. In terms of future professional goals, she has expressed clinical interest in breast surgery and a role in surgical education.

The elephant in the room, if you will, is the fact that she is not completing her residency here at Mount Sinai, and I would be remiss to not comment on this. Early on, there was a critical deficiency in her milestone evaluations with respect to professionalism and interpersonal skills. I was not a direct witness to any specific event, and so cannot give a complete first-hand account, but my understanding was that interactions with patients and staff could on occasion be too casual and without the proper degree of

respect. For this and the ABSITE scores, Dr. Finkelstein was placed on a program of focused remediation and the extra effort to improve was indeed noted. She was given weekly requirements for evaluations which she completed and basically did everything that was asked, although this was apparently not enough. The final details of her non-renewal are unknown to me and I would encourage you to discuss this directly with her, and queries to the program director Dr. Kfir Ben-David or the chief medical officer of our institution Dr. Robert Goldszer can be made. As for my own discussions with Dr. Finkelstein regarding these events, the truth is inevitably somewhere in the middle. There can be a fine line between standing up for oneself and giving offense; being 'misunderstood' often results from preconceptions and misconceptions from both parties. In the end, Dr. Finkelstein certainly is not a bad person, and this smudge on an otherwise excellent record has I think really shaken her. The measure of one's character often reveals itself in the response to situations like these, and I believe she will consider this experience sincerely, move on, and grow.

In summary, Paige Finkelstein is a good surgical resident. Clearly she has made some mistakes and in the end was not a good fit at Mount Sinai, but this has been one of the toughest lessons to mature from and I see no reason why she would not and could not succeed in residency and as a future surgeon. That she is applying to gain a position elsewhere is partial testament to this. She has also indicated that if in order to complete residency it means repeating one or more of her years, she would do so in a heartbeat and with enthusiasm. I think it is reasonable and fair to consider her for a 2nd or 3rd year categorical position if available. Also, returning to my initial impressions of her, I believe in the right setting she will be quite productive in clinical research and quality improvement projects and will thrive on any academic energy around her.

Please consider Dr. Finkelstein with an open mind and the idea that success truly blossoms and benefits from opportunity. I hope I've been able to present an honest and accurate assessment of her potential as a surgeon, and I would be delighted to discuss her application further by phone or email.

Sincerely,

Philip Bao, MD

Department of Surgical Oncology
Assistant Program Director General Surgery
Mount Sinai Medical Center, Miami Beach FL
philip.bao@msmc.com; 631-835-7122



January 14th, 2021

To Whom It May Concern,

It is my honor to write this letter as a formal recommendation for Dr. Paige Finkelstein. I had the pleasure to work with Paige during her months of Vascular Surgical rotation at Mount Sinai Medical Center. She rotated on our service as an intern, second and third year resident. Paige is a very bright, driven and hard working resident. Her fund of knowledge is always impressive. She is driven to learn, self-motivated, and is a pleasure to work with.

During her time as a resident on the vascular service, her presentations were well rounded and superb. She wass dedicated to seamless delivery of care on our service- as an example, she had wheeled patients with the nursing staff from their room to the OR to allow expeditious delivery of their vascular care rather than just wait for the transport team. She was able to manage the service when the chief resident on the rotation was away with attention and diligence despite the complexity of our patient population. In the operative suite, her technical skills are appropriate to her level. Despite the very busy clinical curriculum that we put our residents through, Dr. Finkelstein was always driven to find the time to pursue Quality improvement opportunities and was able to be a very productive resident, academically, as evident by her resume.

I strongly believe that Dr. Finkelstein will find an opportunity to complete her surgical education and will mature to a capable young Surgeon.

It is a great pleasure to write this letter on behalf of such an excellent resident and promising young surgeon. It has been a pleasure to train her. I am confident that Dr. Finkelstein will be an excellent asset to your program; I give her ***very high recommendation without reservation***.

Please feel free to contact me with any questions or concerns.

Sincerely,

Micheal Ayad, MD FACS
Associate Chief, Division of Vascular and Endovascular Surgery
Mount Sinai Medical Center
4300 Alton Road,
Suite 2245
Miami Beach, FL 33140
Cell: (281) 827-1985
Email: Micheal.ayad@msmc.com

February 14th, 2021

To whom it may concern,

    I am writing this letter on behalf of Dr. Paige Finkelstein for a position in your residency program. As a surgeon at Mount Sinai Medical Center, I have worked with Dr. Finkelstein since her intern year in 2018. She has demonstrated interest in Breast Surgical Oncology (which is my primary specialty) and I have found her to be interested academically and technically level appropriate when I have operated with her. She took care of the patients on the Surgical Oncology service which is a busy service containing multiple specialties.

    Dr. Finkelstein has also exhibited an interest in research and has been proactive in completing various projects which have resulted in publication including *A Retrospective Analysis of the Trends in Acute Appendicitis During the COVID-19 Pandemic* and *Diffuse Skin Staining After Using Isosulfan Blue for Sentinel lymph node biopsies* with myself. She has also completed research and service projects previously including during her time at the University of Miami, Miller School of Medicine (where she also obtained an MPH) and at the Massachusetts Institute of Technology. Dr Finkelstein has also been involved with quality improvement projects and resident didactics during her time at Mount Sinai Medical Center.

    I believe Dr. Finkelstein will work hard at her next position and continue to improve with further training and education. I hope you will consider her for a position within your residency program.

Sincerely

*S. Naraya* (signature)

Sumana Narayanan, MD, FACS
Assistant professor of surgery, Florida International University
Assistant professor of surgery, Nova Southeastern University
Mount Sinai Medical Center
Department of Surgical Oncology
4306 Alton Road, 2nd Floor
Miami Beach, FL, 33140
Work Ph. 305 674 2397
Fax- 305 674 2863
Email- sumana.narayanan@msmc.com

# Miami Beach, FL 33140

January 23, 2021

To whom it may concern,

It is a pleasure to write a letter of recommendation for Paige Finkelstein. I am an attending in General and Vascular Surgery at Mount Sinai Medical Center in Miami Beach and have had the chance to observe Dr. Finkelstein in her 2/12 years at our institution. Her very interesting curriculum vitae is well documented, and her intellectual achievements are a given. I have had the chance to carefully observe her on her clinical rotations and as an attending on 2 services I have spent double the amount of time in the operating room. I find her intellectual and technical skill to show tremendous potential. She is enthusiastic in her ward work and has a strong sense of patient ownership. She probably did over a hundred av fistulas with me and has a good sense of hand to eye coordination allowing her to perform these delicate anastomoses.

I think she has the potential to mature into a good surgeon.

Sincerely,

Stephen Wise Unger

# Mount Sinai
## MEDICAL CENTER

To whom it may concern :

I am writing this letter to highly recommend Dr. Paige Finkelstein for a position in surgery. I had the opportunity to work with her during the first few months of starting my first position as a Vascular Surgery attending. From the first day on the job, Paige displayed her thoughtful nature by welcoming me to the department with a delicious key lime pie...A kind and thoughtful gesture, few residents would take upon themselves. This is just one small example (of many) where the warm and personal touches of Dr. Finklestein positively affect her colleagues and patients.

Her commitment and dedication to patients also mirrored her thoughtful and nurturing demeanor. During her time on service, unprompted, Dr. Finkelstein was the type of resident to wheel patients herself to the OR in order to expedite care. She was the caliber midlevel resident, a chief resident can coast on rounds with, firmly counting on her to know all the vitals, labs, pathology and plans. Her passion, excitement and dedication to surgery fuels her drive to push herself to be a phenomenal resident and undoubtedly will make an excellent surgeon.

Dr. Finkelstein's accomplishments speak for themselves. However, I believe it is her character and unwavering backbone that make her an outstanding resident. It would be an honor to recommend Paige Finkelstein for a surgical resident position to any program lucky to have her. Please do not hesitate to contact me with any questions you may have

Sincerely,

Edward Andraos, MD
Department of Vascular and Endovascular Surgery
Mount Sinai Medical Center
4300 Alton Road, Greenspan building suite 2245
Miami Beach, Florida, 33140

--
Edward Andraos, MD

To Whom it May Concern,

    I am writing this letter as a recommendation of my colleague, Dr. Paige Finkelstein, for a position at your institution based on my experiences with her at my residency program. Dr. Finkelstein has a very strong work ethic; one that surpassed many I have worked with. She was invariably on time, participated thoroughly on rounds, and showed enthusiasm about her job as a Surgery resident. What truly stood out about her work ethic is that she very often stayed late on weekends (when she had the option to go home as a 'swing' senior but chose to stay, operate, and assist the long shift team with floor work while still remaining within her duty hour restrictions). She has come to my aide as a colleague and as a confidant on many occasions. Dr. Finkelstein considers those she works with as family; she has brought homemade baked goods on birthdays for all Surgery residents as well as some attendings and floor nurses and has often has brought gifts for the entire female staff to bring a sense of camaraderie. Dr. Finkelstein has an incredible sense of passion for the well-being of her patients and associates and of her line of work. I hope that this letter helps elucidate her best qualities and if there are any further questions, please do not hesitate to ask.

Respectfully,

*Marisa Viñas*

Marisa Viñas

Resident Physician, PGY 3
Department of General Surgery
Mount Sinai Medical Center
Miami Beach, FL

# HARRY SENDZISCHEW, M.D., P.A.

VASCULAR AND GENERAL SURGERY
Fellow American College of Surgeons
Diplomate American Board of Surgery

1029 Kane Concourse
Bay Harbor Islands, FL 33154
Phone: 305-868-5323
Main Fax: 305-866-9178

To Whom It May Concern,

Dr. Paige Finkelstein came to Mount Sinai Medical Center of Miami Beach after completing an M.D. and MPH degrees at University of Miami.
Paige has an excellent base of knowledge that was further built upon at Mount Sinai. Paige has always been well prepared for the operating as well as conferences.
Her presentations were excellent and her operative skills were above her level of training. She is honest and diligent. She works well with her fellow residents as well as medical and nursing staff.

I can recommend Dr. Paige Finkelstein without reservation. I believe any surgical residency program will be lucky to have her

If you need further information feel free to contact see on my cell # (305)-409-8462

Sincerely,
Harry Sendzischew, M.D.



To whom it may concern:

I am pleased to write this letter of recommendation to support Dr. Paige Finkelstein for the position she is applying for. I have been a senior attending and the Chief of Vascular surgery at Mount Sinai Medical Center for over 40 years and have worked with hundreds of residents throughout this time. When operating with Dr. Finkelstein her skills are appropriate for her level. I have rounded with Paige frequently and she was always familiar with her patients. She embodies that surgery is more than just prescribing medications and operating. That surgeons must be human and empathetic as well. She is genuinely interested in learning about surgery and her presentation for conference were clear. We are saddened to see her leave but I am sure she will continue to succeed no matter where she ends up and will be a good addition to your program.

Best Regards,

Dr. Manuel Sivina

To Whom It May Concern;

My name is Stephanie Santiago, RN, and I am writing this letter to recommend Dr. Paige Finkelstein for your residency program. My role at Mount Sinai Medical Center is senior surgical step-down nurse and have had the absolute pleasure of knowing Paige during her tenure here.

Paige is one of the most reliable, talented, and capable residents I have worked with throughout my nursing career. She has several characteristics that make her an excellent resident. First and foremost, she is completely dedicated towards her patients. Upon receiving report for a surgical consult, she is often at the bedside as soon as the patient arrives, performing a thorough assessment, placing necessary orders, and providing a plan of care. Often nurses are overlooked when the plan is made, but Paige goes out of her way to find us and explain what is going on and to make sure the whole team is on board with the plan.

As a night shift nurse, I am on the floor when the morning teams begin rounds. While it is not necessary for me to round with the teams, when Paige is taking care of my patients, I will intentionally stay to hear her speak. Unlike many residents I have worked with, she understands the purpose of the scans and tests she orders and clearly follows an evidence-based practice approach. For me, the fact that she takes the time to explain these things to the junior residents and nursing staff sets her apart from residents just following an algorithm.

In my opinion her ability to see and identify problems with patients is unparalleled. Not everyone has the aptitude to know when a patient is really sick. She knows when a patient needs to be transferred to a higher level of care and knows when exactly to intervene. Working at a teaching hospital, I have observed with dozens if not hundreds of residents over the years, and I can say that it's extremely rare to find someone with her capabilities.

Paige is someone who also works quickly and is organized during an emergent situation. Anytime I have had to page for a rapid response, she has been one of the few senior residents to come to bedside to assess the patient as opposed to simply placing orders over the phone (which many residents fall into the habit of doing). There have also been several times when I am unsure or uncomfortable with orders other residents have placed, and to clarify, I reach out to Paige for a second opinion. She is always more than happy to explain or correct any errors, despite them not being her own.

I know I speak for the entire surgical nursing staff when I say we have enjoyed working with her due to her professionalism and efficiency. Paige is one of the few residents who has our personal cell phone numbers because she is able to communicate appropriately and effectively. Even when the surgical team has signed off of a patient, she will still reach out to check in and make sure that patient is taken care of until they leave the hospital.

On a personal level, Paige is one of the few residents I would trust to take care of my own family members. Seeing her hold her own in a residency program that is over 80% male has even inspired me to go back to school to become a midlevel provider. When we are working on holidays together and can't be with our own families, Paige makes sure she brings in treats for the staff so that we can at least celebrate together. Her small acts of kindness will be sorely missed.

I genuinely believe Paige is responsible and reliable and will continue to make a positive difference in the lives of patients. While I wish Paige would remain on staff at our institution, it has been an honor to work with her and highly recommend her for the position she is being evaluated for.

Please feel free to contact me with any questions.

Sincerely,

*Stephanie Santiago*

Stephanie Santiago, RN
Surgical Step-Down Nurse II, Mount Sinai Medical Center
305-772-9563
Stephsanti88@gmail.com

Dear Program Director,

    I am writing this letter of recommendation on behalf of Dr. Paige Finkelstein. I am currently her chief resident and have been her senior resident for the last three years. Over this period, I have spent a great deal of time working with Paige and I feel that I can accurately speak to her individual character and skill as a physician.

    Above all else, Paige is passionate about her work. She will allow nothing to get in the way of her doing what is best for her patients. Whenever an emergency would arise, be it one of our many code blue activations or a consult that needs to be evaluated immediately, Paige would jump to action and rally the troops to make sure that the situation was addressed in a timely and effective manner. On the scene, she would take quick action and lead her team without trepidation. In the face of limited resources or inadequate staffing, she would always find a way to get the job done. This proactive behavior has helped to save many lives during Paige's time at Mount Sinai.

    Paige is also selfless and has proven that she is willing to risk her health for the benefit of others. In the midst of this COVID-19 pandemic, there has been a great deal of fear related to performing invasive procedures in the COVID ICU. While many residents would drag their feet and try to delegate such tasks to others, Paige has always been the first one to gown up and head over to care for those sickest of patients. Even if it was a high risk procedure such as putting in a chest tube, she would rise to the call of duty without hesitation.

    Finally, Paige is thoughtful. Despite the demands of the field and the less than bubbly environment of a surgical residency, she has always made an effort to remind of us of our humanity. Paige kept track of everyone's birthday and would bring in thoughtfully crafted confections for us on those special days. She would also work to organize social events to bring the team together outside of the hospital. All of these things have had an immensely positive impact on the overall atmosphere of our program.

    Taking all of this into consideration, I strongly support Paige as a candidate for your program. She will be greatly missed here, but I take solace in the fact that she will carry on all that she has learned and continue to help her patients and enrich the lives of those around her.


Sincerely,

*[signature]*

Jonathan R. Zadeh MD
Chief Surgical Resident
Mount Sinai Medical Center
Miami Beach, FL 33140
(518) 821-3956