DocuSign Envelope ID: BCB0E603-F3F0-4083-82E4-28BB3FFD92DF

| PGY: | Accredited By: | Status: |
|---|---|---|
| Specialty: | | |
| From: | To: | Program Type: |

To report additional training, include training as an attachment at the end of page 2.

**Unusual Circumstances**

| | Yes | No | Not Available |
|---|---|---|---|
| 1. Did this individual ever take a leave of absence from his/her training? | | x | |
| 2. Was this individual ever placed on probation?<br>She was placed on two separate probationary and remediation periods:<br>1. 12/26/2019 for Professionalism, Communication Skills and Medical Knowledge.<br>2. 7/6/2020 for Professionalis | x | | |
| 3. Was this individual ever disciplined or placed under investigation?<br>She was placed on two probationary periods as noted above. | x | | |
| 4. Were any negative reports for behavioral reasons ever filed by instructors?<br>Complaints from nurses and faculty were reported regarding Dr. Finkelstein. | x | | |
| 5. Were any limitations or special requirements placed upon this individual because of academic incompetence, disciplinary problems, or any other reason?<br>As noted above | x | | |

Attestation of Person completing Verification of Postgraduate Training document (Program Director): I hereby attest that the information contained herein accurately reflects the training records of the above-named physician.

**ELECTRONIC SEAL VERIFIED**

Name: Kfir Ben-David
Title: Program Director
Degree: MD
Signature: *[DocuSigned]*
Date of Signature: 6/29/2021

Would you like to upload an additional attachment (e.g. Rotation Schedule)?   Yes   No  x
If reporting additional years in the attachment, include PGY year, specialty, start date, end date, status and program type.

FID: 301450417