# Redacted

---

From: Paige Finkelstein
Sent: Friday, March 01, 2019 12:07 PM
To: Kfir Ben-david
Subject: Re: Urology resident

Okay thank you.

-------- Original Message --------
From: Kfir Ben-david <Kfir.bendavid@msmc.com>
Date: Thu, Feb 28, 2019, 06:09
To: Paige Finkelstein <Paige.Finkelstein@msmc.com>
Subject: Re: Urology resident

Thanks for letting me know.
I can only take care of his behavior towards you and the lack of responsive when surgery calls him for a consult, not when medicine or the ED pages him.


Kfir Ben-David, MD, FACS
Vice Chairman of Surgery
General Surgery Program Director
Chief of Gastroesophageal Surgery

Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863

Sent from my iPhone

On Feb 28, 2019, at 5:21 AM, Paige Finkelstein <Paige.Finkelstein@msmc.com<mailto:Paige.Finkelstein@msmc.com>> wrote:

Good Morning Dr. Ben David,

I would like to walk to you about Juan Cideno, one of the urology residents.

Last night the ER paged him for a consult for a scrotal abscess and to my understanding he did not call them back for at least 5 hours. At 4 AM, when he did NOT come in to evaluate the patient, he told the ER to consult surgery for this scrotal abscess (Mrn 1530547, photos are in the chart) after the patient had already been on the floor for a while. Normally I have no problem talking or reaching out to other residents, but this particular resident is extremely rude to not only many of the ER residents/faculty, but in the past he has called me "stupid" and asked me "if I even went to med school" when two ICU attendings asked me to page urology one evening back in August. The next day he harassed me on my walk from the parking garage to the elevator of the main building. (I reported this incident to my senior residents but I don't believe anything ever came of it.)

I clearly do not want to engage with this particular resident, but I believe this incident should be addressed. I don't think it is our responsibility to see urology patients just because it is late at night or because he keeps his pager on vibrate.

Thank you,
Paige

MSMC Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain CONFIDENTIAL or PRIVILEGED information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and immediately destroy all copies of the original message and all attachments.

# Redacted

-------- Original message --------
From: Kfir Ben-david <Kfir.bendavid@msmc.com>
Date: 10/22/19 10:14 PM (GMT-05:00)
To: Paige Finkelstein <Paige.Finkelstein@msmc.com>
Cc: Chase Knickerbocker <Chase.Knickerbocker@msmc.com>, Derek Nieber <Derek.Nieber@msmc.com>, Stephen Unger <Stephen.Unger@msmc.com>, Kfir Ben-david <Kfir.bendavid@msmc.com>
Subject: Re: MyEvaluations.com: DAILY ADMIN CLINICAL HOUR NON-COMPLIANCE NOTICE

No excuses. DO NOT VIOLATE DUTY HOURS.


Kfir Ben-David, MD, FACS
Vice Chairman of Surgery
General Surgery Program Director
Chief of Gastroesophageal Surgery
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863



Sent from my iPhone

On Oct 22, 2019, at 11:21 AM, Paige Finkelstein <Paige.Finkelstein@msmc.com<mailto:Paige.Finkelstein@msmc.com>> wrote:

I get there at 6 am to preround and write notes. It takes a full 3 hours to get the report from nurses, look up the values, and actually write and pend the notes for 10 to 12 sick ICU patients. Table rounds start at 9 am (usually a little later or one time 10) and take about an hour to two hours if there is a new attending on. Then we go to see the patients and I have to correct the notes, put in the labs we decided to order and med orders/double check orders we discussed on rounds because the NP maybe catches 50% of them (this normally takes about another hour or so depending on how

1

many patients). If I'm lucky I leave by 1130 usually closer to 1230ish 1 pm post call. I'm not slow either, I work pretty fast. Often there are also chest tubes to pull or other small procedures that might need to be done as well like lines. A lot of days Marc is post call or off and the other resident is a dentist and doesn't know anything about ICU. So it's my responsibility.


-------- Original Message --------
From: Kfir Ben-david <Kfir.bendavid@msmc.com<mailto:Kfir.bendavid@msmc.com>>
Date: Tue, Oct 22, 2019, 07:21
To: Paige Finkelstein <Paige.Finkelstein@msmc.com<mailto:Paige.Finkelstein@msmc.com>>, Luis Rosario <Luis.Rosario@msmc.com<mailto:Luis.Rosario@msmc.com>>
CC: Chase Knickerbocker <Chase.Knickerbocker@msmc.com<mailto:Chase.Knickerbocker@msmc.com>>, Derek Nieber <Derek.Nieber@msmc.com<mailto:Derek.Nieber@msmc.com>>
Subject: Fwd: MyEvaluations.com<http://MyEvaluations.com>: DAILY ADMIN CLINICAL HOUR NON-COMPLIANCE NOTICE

Paige and Luis,
Please explain why you have these duty hour violations. There is no reason why this should be happening.


Kfir Ben-David, MD, FACS
Vice Chairman of Surgery
General Surgery Program Director
Chief of Gastroesophageal Surgery
Mount Sinai Medical Center

Comprehensive Cancer Center
4306 Alton Road, 2nd Floor
Miami Beach, FL 33140

Office: 305-674-2397
Fax: 305-674-2863



Sent from my iPhone

Begin forwarded message:

From: April Chisolm <April.Chisolm@msmc.com<mailto:April.Chisolm@msmc.com>>
Date: October 22, 2019 at 7:14:21 AM EDT
To: Kfir Ben-david <Kfir.bendavid@msmc.com<mailto:Kfir.bendavid@msmc.com>>
Subject: FW: MyEvaluations.com<http://MyEvaluations.com>: DAILY ADMIN CLINICAL HOUR NON-COMPLIANCE NOTICE

Good morning Dr. Ben-David,
Please see below hours of violation.


Thank you,
April Chisolm
Surgery Residency Coordinator
Medical Education Department
[cid:image001.png@01D291BE.C3CE0BC0]

2

4300 Alton Rd Miami Beach, Florida 33140

(305)695-1255

April.chisolm@msmc.com<mailto:April.chisolm@msmc.com>

From: clinicalhours@myevaluations.com<mailto:clinicalhours@myevaluations.com>
[mailto:clinicalhours@myevaluations.com]
Sent: Tuesday, October 22, 2019 5:04 AM
To: April Chisolm
Subject: MyEvaluations.com<http://MyEvaluations.com>: DAILY ADMIN CLINICAL HOUR NON-COMPLIANCE NOTICE
Importance: High

CAUTION: **EXTERNAL EMAIL** This email is from outside MSMC. Please use caution with attachments and links.
Mount Sinai Medical Center - Surgery

[https://www.myevaluations.com/DeptImages/1903.gif]

_____

Clinical Hour Non-Compliance Report

Report Date/Time: 10/22/2019 5:03:46 AM



Compliance Settings & Exceptions: Rotation-Specific Rules

Date Filter: Consider Rotation Dates

Rotation Block Period: 10/1/2019 - 10/31/2019


Violations Only (excludes those with no violations) for the period 10/1/2019 - 10/31/2019

   Finkelstein, Paige


Manheimer (4/5/2019 - 10/21/2019) (No Rotation Specific Rules / Using Global Settings)

80-Hour Duty Compliance.................................................................................................................

YES

1-in-7 Free-Day Compliance...............................................................................................................

YES

Minimum Time Off Compliance........................................................................................................

YES

Maximum Duty Period Compliance (28 + 0 allowed)........................................................................

NO

Inpatient or In-house call exceeded 28 consecutive hours on 10/9/2019.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D312506-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlblockDateRange-3D4_5_2019-2D10_21_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlsettings-3D1-2C10-2C11-2C12-2C13-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlruleID-3D2xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlstartdate-3D10_8_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlenddate-3D10_9_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=HcTd5FhGwTiEaKVb8jwxw1ILKGkmxlffV1I-qu4D_OM&e=>

Explanation:

Patient care. (Paige Finkelstein, 10/13/19 at 09:17 AM EST)

Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D458610xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=qacrrQNLRntp7OuFUbjNgmKELzj0mgaBMnUhff6twEk&e=>

Inpatient or In-house call exceeded 28 consecutive hours on 10/12/2019.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D312506-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlblockDateRange-3D4_5_2019-2D10_21_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlsettings-3D1-2C10-2C11-2C12-2C13-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlruleID-3D2xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlstartdate-3D10_11_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlenddate-3D10_12_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=ZKCyl8h8PSpqjGfae_oBAKSD29py2-OUs_NOWxFl7Sc&e=>

Explanation:

User closed explanation field without an explanation. (Paige Finkelstein, 10/13/19 at 09:17 AM EST)

Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D458611xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=B4VEEquaCPuVrC8gEhingZfRxxAX4PQMEfWdc6HM-gw&e=>


Inpatient or In-house call exceeded 28 consecutive hours on 10/15/2019.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D312506-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIblockDateRange-3D4_5_2019-2D10_21_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIsettings-3D1-2C10-2C11-2C12-2C13-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIruleID-3D2xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIstartdate-3D10_14_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIenddate-3D10_15_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=-v4X9WzPjOx4Qghk4QuFzCciLJXptuuneiF0knDJ1NA&e=>

Explanation:

User closed explanation field without an explanation. (Paige Finkelstein, 10/18/19 at 22:29 PM EST)


Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D459240xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=bQmS5AxZY5h6InClFcqwDiPz9KVYncOMkME70LezccY&e=>


Inpatient or In-house call exceeded 28 consecutive hours on 10/18/2019.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D312506-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIblockDateRange-3D4_5_2019-2D10_21_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIsettings-3D1-2C10-2C11-2C12-2C13-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIruleID-3D2xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIstartdate-3D10_17_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIenddate-3D10_18_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-

tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=_giPPNEHIUrTGQgO8w9-Ov3f2tapq-47awWEJ8eZwe4&e=>

Explanation:

User closed explanation field without an explanation. (Paige Finkelstein, 10/18/19 at 22:29 PM EST)


Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D459241xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=DqEIozx_TxQNK-sNUy--B4qCO75dUisPvDZaEzra0lQ&e=>



Inpatient or In-house call exceeded 28 consecutive hours on 10/21/2019.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D312506-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIblockDateRange-3D4_5_2019-2D10_21_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIsettings-3D1-2C10-2C11-2C12-2C13-2C0xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIruleID-3D2xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIstartdate-3D10_20_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIenddate-3D10_21_2019xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=buceNJ6YoNakC7xcdkUQjAnXf0LoG5M6oVQzL0xg9fE&e=>

Explanation:

User closed explanation field without an explanation. (Paige Finkelstein, 10/21/19 at 22:02 PM EST)


Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D459649xzkUpitqtAnaLIjUqvaAlarxwqqUvAnaLIIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=vuwi8gjzaI1lZ4z7WcwAoZoiFutWV7fnvpn_2JXtOxo&e=>

Violations Only (excludes those with no violations) for the period 10/1/2019 - 10/31/2019

Rosario, Luis

Night Float (9/1/2019 - 10/1/2019) (No Rotation Specific Rules / Using Global Settings)

80-Hour Duty Compliance............................................................................................................

YES

1-in-7 Free-Day Compliance........................................................................................................

YES

Minimum Time Off Compliance..................................................................................................

YES

Maximum Duty Period Compliance (28 + 0 allowed)................................................................

YES

Manheimer (10/2/2019 - 10/19/2019) (No Rotation Specific Rules / Using Global Settings)

80-Hour Duty Compliance............................................................................................................

YES

1-in-7 Free-Day Compliance........................................................................................................

Potential Violation

Taken 1 day(s) off during the Period of 10/2/2019 - 10/19/2019.
In order to remain compliant, we recommend 2 day(s) off in the Week of 10/20/2019 - 10/26/2019 .
The 1-in-7 day off is averaged over the course of 4-weeks (or the rotation block).

Minimum Time Off Compliance..................................................................................................

YES

Maximum Duty Period Compliance (28 + 0 allowed)................................................................

YES

Violations Only (excludes those with no violations) for the period 10/1/2019 - 10/31/2019

Zadeh, Jonathan

Vascular (9/2/2019 - 10/15/2019) (No Rotation Specific Rules / Using Global Settings)

80-Hour Duty Compliance..................................................................................................

YES

1-in-7 Free-Day Compliance.............................................................................................

YES

Minimum Time Off Compliance........................................................................................

NO

Less than 8 hours off between 9/13/2019 10:10:00 PM and 9/14/2019 5:50:00 AM.<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_Reports_DetailedDutyHoursResults.aspx-3Fselectedusers-3D262629-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlblockDateRange-3D9_2_2019-2D10_15_2019xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlbreakdate-3D9_13_2019-3B-2C-3B10-3A10-3A00-3B-2C-3BPM-2D9_14_2019-3B-2C-3B5-3A50-3A00-3B-2C-3BAMxzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlruleID-3D4xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlsettings-3D3-2C4-2C5-2C9-2C0xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlcomplaincerule-3DRotation-2DSpecific&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=vkzF0B7P432H87oG45o7yTwsw6svUKRykUOBZKuWRaY&e=>

Explanation:

Severely ill patient, continuity of care. (Jonathan Zadeh, 10/16/19 at 16:24 PM EST)

Pending Review (Click Here to Review and Comment)<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.myevaluations.com_Login.aspx-3Fcrypt-3D0x01000000db9def8a8b5e9fb199d9aa221dd8e4174e63ea03f730ff61c7b33eeedfa3227078bde68b25d2390a78a71ae35459771d55fae7fa126f064314254649824c911e24c2088a92e1a357ac096dd7bfa8a58f1ee9e52156640d70-26pageURL-3DDutyHours_DHViolationReview.aspx-3Fvid-3D459026xzkUpitqtAnaLljUqvaAlarxwqqUvAnaLlIsAvg-3D0&d=DwMGaQ&c=wTcD537G2YO0ZWURJbnZdQFfva8oA-nQuQwHm_CCL1c&r=Mhx1avX6blCyPFmkX32fPr-

8

tQ2m1xbvPXphqwYR09AU&m=T3I42B6nQkSwXvX6zcYlGfQ-_dAkgVW5MqtAXGc4UFo&s=Hf1FIIarWkn_7thtmRurPrGhLNltoapBwpbRD0KryOw&e=>

Maximum Duty Period Compliance (28 + 0 allowed).................................................................

YES

(This message was automatically generated by MyEvaluations.com<http://MyEvaluations.com> © 1998-2019)

MSMC Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain CONFIDENTIAL or PRIVILEGED information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and immediately destroy all copies of the original message and all attachments.

