# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-CV-20188-RKA

**PAIGE FINKELSTEIN, M.D.**

    **Plaintiff**

**vs**

**MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., ET AL**

    **Defendants**

_____/

## NOTICE OF SERVING AMENDED RESPONSES TO SUBPOENA TO DAVID FINKELSTEIN AND ERinfo, INC.

COME NOW David Finkelstein ("Finkelstein"), and ERinfo, INC., ("ERinfo") and hereby file Notice of Serving Amended Responses to Subpoena to David Finkelstein and ERinfo, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing have been electronically filed to:

Martin B. Goldberg, Esq.
Lash Goldberg LLP
100 SE 2nd Street, Suite 1200
Miami, FL 33131
Email : mgoldberg@lashgoldberg.com

1

Clients\Finkelstein\Notice of.Serving.AMENDED.Responses.to Subpoena.David.Finkelstein.ERinfo.2023 7.28.2023\kag.stm.

this 31st day of July, 2023.

          **FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A.**
          *Attorneys for David Finkelstein*
          *LIMITED APPEARANCE EXCLUSIVELY FOR THIS*
          *AMENDED RESPONSE TO SUBPOENA*
          5550 Glades Road, Suite 500
          Boca Raton, FL 33431
          Tel: (561) 395-5511
          Email: goldboca@aol.com

by: /s/
      KEITH A. GOLDBAUM, ESQUIRE
      FBN 0475637

2

Clients\Finkelstein\Notice of.Serving.AMENDED.Responses.to Subpoena.David.Finkelstein.ERinfo.2023 7.28.2023\kag.stm.

•FRIEDMAN, ROSENWASSER & GOLDBAUM, P.A. •5550 Glades Road, Suite 500, Boca Raton, FL 33431•Tel: 561-395-5511
•E-MAIL: goldboca@aol.com