**From:** Barbara Gerkens <bjgerkens@absurgery.org>
**Sent:** Tuesday, April 4, 2023 11:20 AM
**To:** paige@finkelstein.us
**Cc:** Shannon King <sking@absurgery.org>
**Subject:** Fwd: Question about General Surgery In-Training Exam

Dear Dr. Finkelstein -

We are sorry to hear about your difficulties in taking the ABSITE. The management of this event is something you need to take up with the program itself, and not with the ABS. If you are not able to resolve it at the program level, you can escalate to the department of graduate medical education at your institution, or to to the ACGME.

The ABS provides the ABSITE as a service to programs. We do not require that the ABSITE be given, nor is it a requirement for board certification. As such, we have no role when it comes to individuals taking the exam.

Thank you,
barbara