Pages 1 - 54

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Lisette M. Reid, Magistrate Judge

```
PAIGE FINKELSTEIN, M.D.,        )
                                )
            Plaintiff,          )
                                )
    VS.                         )        NO. 23-CV-20188-RKA
                                )
MOUNT SINAI MEDICAL CENTER OF   )
FLORIDA, et al.,                )
                                )
            Defendants.         )
_____)
```

Miami, Florida
Friday, May 19, 2023

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

        NASON YEAGER GERSON HARRIS & FUMERO, P.A.
        3001 PGA Boulevard, Suite 305
        Palm Beach Gardens, Florida 33410
    BY:  **RICHARD H. LEVENSTEIN, ESQ.**
        **GABRIELLE OLIVIERI SLIWKA, ESQ.**

For Defendants:

        LASH & GOLDBERG LLP
        100 Southeast Second Street, Suite 1200
        Miami, Florida 33131
    BY:  **MARTIN B. GOLDBERG, ESQ.**
        **CLARK SIGMAN SPLICHAL, ESQ.**
        **ASHLEY PAIGE SINGROSSI, ESQ.**

Transcribed By:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
              Official Court Reporter

| | |
|---|---|
| 1 | **Friday - May 19, 2023**                                    **11:00 a.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | **---000---** |
| 4 | **THE CLERK:**  The United States District Court for the |
| 5 | Southern District of Florida is now in session with the |
| 6 | Honorable Lisette M. Reid presiding. |
| 7 | **THE COURT:**  All right.  Good morning, gentlemen. |
| 8 | **MR. GOLDBERG:**  Good morning, Your Honor. |
| 9 | **MR. LEVENSTEIN:**  Good morning. |
| 10 | **THE COURT:**  We're here -- we're here for a discovery |
| 11 | hearing in Case 23-20188, Finkelstein versus Mount Sinai and |
| 12 | Dr. Ben-David. |
| 13 | Before we get started, it has occurred to me that I need |
| 14 | to disclose that my husband and my father both see doctors that |
| 15 | are part of the Mount Sinai group of doctors.  We actually live |
| 16 | in the Miami Shores area.  So it's Mount Sinai Miami Shores. |
| 17 | I don't see their doctors as any of the doctors that are |
| 18 | involved in this litigation, but I wanted to let you -- both |
| 19 | sides know that.  And if it's of concern to you, just let me |
| 20 | know. |
| 21 | I certainly wouldn't be upset.  It just -- I was at |
| 22 | Mount Sinai Hospital yesterday in Miami Beach, and it occurred |
| 23 | to me, "Wait.  Maybe I should clarify that for both parties." |
| 24 | Any concerns? |
| 25 | **MR. GOLDBERG:**  Your Honor, without speaking to my |

1  clients, of course -- not from myself, but I'm probably

2  obligated to disclose that to my clients subsequent to the

3  hearing.

4       **THE COURT:**  Okay.  All right.  That's fair.

5       So as I said, they've been seeing Mount Sinai doctors for

6  years.  I don't have any -- I don't have any concerns about it.

7  I just wanted to let you --

8       **MR. GOLDBERG:**  Okay.  And I will convey that to my

9  clients immediately after the hearing, but I think I'm

10  ethically obligated to do that.

11       **THE COURT:**  Very good.

12       Okay.  So let's start.  I need to get appearances from

13  counsel.

14       Let's start with plaintiff.

15       **MR. LEVENSTEIN:**  Good morning, Your Honor.

16  Richard Levenstein, Nason Yeager, for Dr. Finkelstein.  And

17  Gabrielle Sliwka -- Sliwka, who is not on video, is also with

18  me for Dr. Finkelstein.

19       **THE COURT:**  Okay.  Very good.

20       **MR. GOLDBERG:**  Good morning, Your Honor.

21  Martin Goldberg and Clark Splichal, from Lash Goldberg, on

22  behalf of Mount Sinai Medical Center and Dr. Kfir Ben-David.

23  Also, an attorney from our firm, Ashley Singrossi, is present

24  but not on video.

25       **THE COURT:**  Okay.  So Ashley Singrossi is an attorney

1    as well?

2          **MR. GOLDBERG:**  Yes, ma'am.

3          **THE COURT:**  Okay.  Very good.

4       All right.  So let's start with the issue of the

5    deposition of Dr. Goodman.  Why has that been problematic?  I

6    see his affidavit saying that he's not available on the 23rd,

7    but there are dates on which he is available.

8          **MR. GOLDBERG:**  So I'll address that, Judge -- and,

9    again, Martin Goldberg -- and let me do it in two parts.  I

10   think the second part will make your -- your job a little bit

11   easier today.

12      But the first part I have to address is we wholly disagree

13   with the -- the motion for protective order and the recitation

14   of events both by Mr. Levenstein and Dr. Goodman in his

15   declaration.

16      And just by way of background, as you may recall,

17   Dr. Goodman executed a declaration that Mr. Levenstein filed in

18   a reply in the motion for injunction briefing.  And then

19   Mr. Levenstein said he would call Dr. Goodman as a witness in

20   the forthcoming injunction hearing on June 21st.

21      We spoke.  I -- Mr. Splichal and I reached out to

22   Dr. Goodman, spoke to him on the phone.  We realized, during

23   that discussion, that there were material misrepresentations in

24   the declaration.

25      We asked when he'd be able to be deposed.  He said to

1    us -- and we have notes to this effect -- that the only

2    blackout time for him is the week before the injunction hearing

3    in June because he had a wedding, and he asked that we just

4    coordinate with Mr. Levenstein and send him dates.

5         We thereafter set his deposition down for a date that both

6    Mr. Levenstein and we are available, May 23rd.  That subpoena

7    was served on Dr. Goodman in New York.  And concurrent with

8    that, we were having discussions because Mr. Levenstein wanted

9    to depose the general counsel and Dr. Ben-David, a party, prior

10   to the injunction hearing.

11        We had meet-and-conferrals on that, and Mr. Levenstein's

12   position was that there was no way that his witnesses,

13   Dr. Goodman or Barry Wax or anybody we wanted to be -- be

14   deposed, would be deposed before he deposed our witnesses,

15   including Dr. Ben-David, the party.

16        And so I've never heard that, really, position before.  I

17   think that's really behind why they do -- they're saying he's

18   unavailable.

19        I will point out that, legally, we think that his

20   declaration's insufficient.  As you may recall, in the

21   declaration, he doesn't give any reason why he's not -- not

22   available this Tu- -- this coming Tuesday.  It's conclusory.

23   There's no specific items addressed.

24        And also, under the law, which I could cite to you,

25   Mr. Levenstein, as a party, does not have standing to address

1    a -- a deposition unavailability of a nonparty witness,

2    particularly in a circumstance where both -- both parties are

3    available.  The real issue, again, is Mr. Levenstein's

4    assertion that he does not want to have his witnesses deposed

5    first.

6         You asked about the alternative dates.  I will also say

7    that Mr. Levenstein initially took a position -- and we have

8    emails to this effect -- that Dr. Goodman is not available

9    until June 15th, completely contrary to what Dr. Goodman told

10   us.

11        We have corresponded with Dr. Goodman and asked him if he

12   had any issues.  He never wrote back to us saying he had a

13   conflict.  He wouldn't explain it.  During a meet-and-confer

14   with Mr. Levenstein, Mr. Levenstein said, "I'll reach out to

15   Dr. Goodman and ask him to call you to explain why he's not

16   available."  We got no call.

17        So I disagree with the -- the characterizations and the --

18   and the posture that Mr. Levenstein, on behalf of Dr. Goodman,

19   is making.  Now, let me get to the second part, which I think

20   will somewhat moot this issue.

21        As you -- as you know, and I've said before, Dr. Goodman

22   is contending in his declaration that Dr. Ben-David's

23   reference, a provision of information to Mount Sinai

24   Beth Israel -- I'll refer to it as "Beth Israel" -- caused

25   Dr. Paige Finkelstein to not get a job there.  We wholly

 1   disagree with that premise, but that is their position.

 2       We served a subpoena on Beth Israel in New York to get the

 3   underlying documents.  We have been waiting to get those

 4   documents.  I had a call with an in-house counsel for

 5   Beth Israel yesterday, and they --

 6           MR. LEVENSTEIN:  Your Honor, I don't mean to

 7   interrupt, but this is --

 8           THE COURT:  No.

 9           MR. LEVENSTEIN:  This --

10           MR. GOLDBERG:  Your Honor --

11           MR. LEVENSTEIN:  This is --

12           MR. GOLDBERG:  -- I need to get into this --

13           MR. LEVENSTEIN:  Your Honor, this is --

14           THE COURT:  Excuse me, Mr. Levenstein.  Excuse me.

15   Please --

16           MR. LEVENSTEIN:  I'm sorry.  I'm sorry to interrupt.

17           THE COURT:  Okay.  Then don't, please.  I want to give

18   him --

19           MR. LEVENSTEIN:  Yes.

20           THE COURT:  -- just a few minutes more to explain his

21   position, and I definitely will listen to everything you have

22   to say.

23           MR. LEVENSTEIN:  Thank you, Your Honor.

24           THE COURT:  Okay.  Don't worry.

25       All right.  Mr. Goldberg?

1     **MR. GOLDBERG:**  I spoke to in-house counsel,

2   Ms. Erica Liu, yesterday with respect to our subpoena and with

3   respect to the declaration that Mr. [sic] Goodman filed.

4        Beth Israel has told me that they believe that, and they

5   know that, the declaration that Mr. -- Dr. Goodman filed is

6   false.  He was not authorized to file it, and it impacts

7   privileges that Beth Israel has.  They made a demand, as I

8   understand it, last night to Dr. Goodman to withdraw that

9   affidavit.

10        And they have also asked me, as of last night and again

11   this morning, if I would give them time to work out the issue

12   with Dr. Goodman to have him withdraw the affidavit and/or

13   address it in another way perhaps with you, Judge, or this

14   Court.  And if he is to be deposed, they would need time to --

15   they would want to be there to address these issues.

16        So I agreed, at 9:45 this morning, to let them have that

17   time, of course.  I will want to let you know that we will move

18   off our position that Dr. Goodman should be deposed Tuesday, in

19   deference to Beth Israel, and allow them to work out the issues

20   with Dr. Goodman.

21        I do, however -- I have to say, I will probably need to

22   depose him at some point.  I don't know how that's going to

23   work out, and we're going to have to address it between now and

24   the injunction hearing.

25        But I am amenable, and I have agreed with Beth Israel,

1    to -- to not go forward with a deposition.  And I think it

2    behooves everybody, including this Court, not to have a false

3    declaration in the record.

4         **THE COURT:**  Okay.  So let me make sure I understand.

5    You are withdrawing your motion at this time?

6         **MR. GOLDBERG:**  I don't -- it wasn't my motion for a

7    protective order.  It was Mr. Levenstein's.

8         **THE COURT:**  Thank you.  It's their motion for a

9    protective order.

10        Okay.  So you're withdrawing your objection to their

11   motion at this time.  Okay.

12        **MR. GOLDBERG:**  Yeah.  I -- I am saying right now I

13   will after this hearing, and we will file a -- a notice of

14   cancellation with an intent to reschedule to give Beth Israel

15   time to work their position out with Dr. Goodman.  And I think

16   they're going to make the same request to Mr. Levenstein not to

17   have a false record.

18        **THE COURT:**  Okay.  All right.  So -- very good.

19        Let me hear from you, Mr. Levenstein.

20        **MR. LEVENSTEIN:**  Thank you.

21        And I apologize for -- for interrupting before, but this

22   is way beyond the pale of a motion for a protective order

23   directed to a deposition of a third-party witness who submitted

24   an affidavit of his unavailability.

25        Now, for Mr. Goldberg to comment to the Court, on this

1   issue, that there's some material misrepresentations in the

2   affidavit and that -- referencing some conversation that he had

3   with Dr. Goodman, where there's no affidavit contradicting what

4   Dr. Goodman says in his affidavit, is nothing short of an

5   outrage and, I believe, way beyond the pale of what should have

6   been addressed in this motion.

7       And if there is some conversation that Mr. Goldberg had

8   that contradicts the terms of the affidavit, I would request

9   that the Court require him, under oath, to submit an affidavit

10  and his notes and everything else he just referred to and allow

11  me to depose him not only as to his conversation with

12  Dr. Goodman that he's now represented that he had to the Court

13  but the conversations that he indicated he's had with counsel

14  for the hospital as well.

15      He's now put all that at issue with regard to Dr. Goodman.

16  I want the right to depose him under oath and ask him about

17  those conversations because I believe this is close to witness

18  tampering, Your Honor.  This man is not employed by

19  Mount Sinai.  He was employed by a third party, the

20  City University of New York.  They have no control or

21  jurisdiction over him any longer.

22      And for Dr. -- Mr. Goldberg to represent to the Court

23  these ex parte communications he's having with counsel for the

24  hospital in connection with Dr. Goodman is inappropriate and

25  now -- has now put what he has said to the Court, and

1   represented to the Court, at issue not only with regard to the

2   deposition but with regard to the merits of the affidavit.

3       And he's made those representation -- representations to

4   Your Honor, and he should be required now to stand up and

5   justify them under oath in a deposition because I've had no

6   correspondence or communication with any counsel from

7   Mount Sinai in response -- in respect to those documents that

8   have been requested.

9       Additionally, I never asked or told Mr. -- Mr. Good- --

10  Mr. Goldberg that I would ask Dr. Goodman to call him with

11  additional dates.  I said I would contact Dr. Goodman and

12  obtain additional dates, which I did.

13      I submitted those June 1st and June 2nd dates to

14  Mr. Goldberg and Mr. Splichal.  They never have responded to

15  whether they are available on those dates or whether they will

16  agree to take the deposition on those dates.

17      This is the first we have heard of any contact with

18  Mount Sinai's counsel in New York or anything of what

19  Mr. Goldberg just referenced.  I would strongly object to this.

20  It's inappropriate, and the Court needs to now, I believe, get

21  to the bottom of what Mr. Goldberg just represented.

22      So we want to continue and take the deposition of

23  Dr. Goodman.  He's unavailable.  He submitted an affidavit that

24  he's unavailable.  That -- he's a third-party witness.  We've

25  given them alternative dates.  I don't know what else we could

1  have done.

2  **THE COURT:**  Okay.  So let me make sure that I

3  understand what's going on because, obviously, you two know

4  much more about the case than I do.

5  All I have is that the plaintiff wants to depose

6  Dr. Goodman; is that correct?

7  **MR. LEVENSTEIN:**  Both parties want to depose

8  Dr. Goodman, Your Honor.

9  **THE COURT:**  Both parties want to depose Dr. Goodman.

10  Right.

11  Okay.  Now, Dr. Goodman is not available on the 23rd,

12  according to his affidavit, and --

13  **MR. LEVENSTEIN:**  Correct, Your Honor.

14  **THE COURT:**  -- and Mr. Goldberg has expressed the fact

15  that that's fine with him.

16  So why am I then required to go into it any further into

17  this issue when we're now at the point where I can grant your

18  motion basically, Mr. Levenstein, for a protective order

19  because now there is no concern about May 23rd?

20  The only thing I'm concerned about is, if everyone does

21  want to depose Dr. Goodman, what are the dates?  How can we get

22  that on the record so that everyone is not back here within a

23  week or two, trying this again?

24  **MR. LEVENSTEIN:**  And I have indicated, Your Honor,

25  that he's available on June 1st and 2nd.  I have sent emails to

```
 1   counsel --

 2           THE COURT:  Okay.

 3           MR. LEVENSTEIN:  -- with respect to that.  They have

 4   never responded to those emails with regard to those two dates.

 5           THE COURT:  Okay.  So, Mr. Goldberg, when at this

 6   point do you want to make him available for this deposition?

 7           MR. GOLDBERG:  Okay.  So, Your Honor, first of all, he

 8   said -- I can't make him available.  He's not --

 9           THE COURT:  Well, that is true.  He's not a party;

10   right?  So he --

11           MR. GOLDBERG:  He's not a party, and he's actually an

12   adverse witness because he's aligned with Dr. Finkelstein and

13   Mr. Levenstein -- Finkelstein [sic].

14           THE COURT:  Okay.  And he doesn't work for

15   Mount Sinai?

16           MR. GOLDBERG:  So he -- for my Mount Sinai in

17   Miami Beach?  No.

18           THE COURT:  Okay.

19           MR. GOLDBERG:  He was a -- he was a doctor -- and I

20   know it's a little confusing, but I want to explain this to

21   you.

22           THE COURT:  Yeah.  I really want to understand.

23           MR. GOLDBERG:  Yeah.  So he was a doctor who was

24   working at Beth -- I'm going to call it "Beth Israel in

25   New York."
```

```
 1              THE COURT:  So Beth --

 2              MR. GOLDBERG:  That is --

 3              THE COURT:  -- Israel is Mount -- is Mount Sinai in

 4   New York?

 5              MR. GOLDBERG:  In New York but not affiliated with

 6   Mount Sinai in the -- on the beach.

 7              THE COURT:  Oh, really?  Okay.

 8              MR. GOLDBERG:  Yeah.  Totally separate health systems.

 9              THE COURT:  I see.  Okay.

10              MR. GOLDBERG:  Okay.  So that's why --

11              THE COURT:  Is -- well, let me ask you this.  Is

12   Mount Sinai Miami Shores also totally independent from

13   Miami Beach?

14              MR. GOLDBERG:  I don't think so.

15              THE COURT:  Do you know?

16              MR. GOLDBERG:  I think my best answer to you is that

17   the Miami -- Mount Sinai Miami Shores is an offshoot of an

18   affiliated group of doctors with Miami -- Mount Sinai

19   Miami Beach.

20        So they probably are affiliated.

21              THE COURT:  With Miami Beach but -- but not New York.

22   Okay.

23              MR. GOLDBERG:  Not --

24              THE COURT:  I understand.

25              MR. GOLDBERG:  Not New York, and that's why I am going
```

```
 1   to refer -- from now until we leave you at some point, I'll
 2   refer to the New York hospital as "Beth Israel."
 3            THE COURT:  Got it.
 4            MR. GOLDBERG:  Okay.
 5            THE COURT:  Okay.  And so Goodman doesn't work there,
 6   either?
 7            MR. GOLDBERG:  So he did --
 8            THE COURT:  He did.
 9            MR. GOLDBERG:  -- during all -- he did.
10            THE COURT:  Okay.
11            MR. GOLDBERG:  He was a doctor during all the relevant
12   times involved here, where Dr. Finkelstein enlisted his help to
13   try and get a job as an assistant physician extender, it's
14   called, at Beth Israel.
15       And Dr. Goodman took up her cause and -- and promoted her
16   within the system and put her before the credentials committee
17   to try and get her credentialed.  And that --
18            THE COURT:  Okay.
19            MR. GOLDBERG:  -- is where a lot of the -- you know, a
20   lot of discussion occurred at Beth Israel about her background.
21   Dr. Goodman has since left --
22            THE COURT:  I see.
23            MR. GOLDBERG:  -- Beth Israel and now is at another
24   institution in New York called the City University of
25   New York --
```

1          **THE COURT:**  Okay.

2          **MR. GOLDBERG:**  -- Health System.

3      And -- but Beth Israel, in their discussions -- I want to

4  make it clear that I told Beth Israel's in-house counsel I

5  would be making these representations to you today, and they

6  approved them.  So -- and that -- and that attorney, for

7  Mr. Levenstein's benefit, is Ms. Erica Liu, and I know that she

8  was also working with their general counsel.

9      So during all the relevant times that Beth Israel now has

10  an issue with the declaration that was filed by Dr. Goodman, it

11  was done referencing his responsibilities when he was at

12  Beth Israel and referencing purportedly what occurred there.

13  But Beth Israel is of the belief that that is not accurate, and

14  they asked last night to -- for Dr. Goodman to withdraw it.

15      I understand that Dr. Goodman spoke to Mr. Levenstein last

16  night about that.  So his suggestion that he doesn't know

17  anything is up to him, but I am going to wait for Beth Israel

18  to get back to me about how that's going to get worked out.

19  That will depend on when I think that we should schedule

20  Dr. Goodman's deposition.

21      As to the specific dates --

22          **THE COURT:**  Okay.

23          **MR. GOLDBERG:**  Let me just do one thing, and I

24  apologize to go on.

25      As to the specific dates that Mr. Levenstein sent, I think

1  they're somewhat illusory.  So June 1st, he sent over.  He

2  knows that he and I have another case where we have hearings

3  all day.

4       On the -- on the 2nd, there's two hearings, a motion to

5  dismiss hearing and another discovery hearing.  So that date

6  doesn't work.

7             THE COURT:  I see.

8             MR. GOLDBERG:  June 2nd, I have other conflicts.  But

9  I think more importantly is the dates he sent over were only

10 for four-hour blocks --

11            THE COURT:  I see.

12            MR. GOLDBERG:  -- and -- and I can't agree to just

13 four hours when he's cross-noticing the deposition.  We both

14 want to take the deposition.

15      And Beth Israel, you know, has represented to me they have

16 documents they're going to produce that bear on these issues.

17 And I'll tell you, I think they're very favorable for us.  So I

18 want to get those documents before we depose Dr. Goodman.

19            THE COURT:  Makes sense.  Okay.

20            MR. GOLDBERG:  Thank you, Your Honor.

21            THE COURT:  All right.  So -- so, Mr. Levenstein,

22 basically, you win.  He's not going to depose Mr. Goodman on

23 the 23rd.  The 1st and 2nd are not available.  Counsel's not

24 available, including you, as I understand it.

25      And -- tell me what I'm missing.

1      **MR. LEVENSTEIN:** All right.  Your Honor, on June 1st,

2  we have hearings scheduled.  We both have other lawyers in our

3  firms who are on those cases, who have argued motions in that

4  case.

5      So I gave June 1st because I was going to have another

6  attorney in my firm, who's working with me on that case, argue

7  if that was the date of the deposition, as Mr. Goldberg has

8  done in other cases we have together, had other lawyers in his

9  office handle matters such as that.

10      June 2nd -- this is the first we've heard, since we

11 supplied those dates a week ago or more to Mr. Goldberg, that

12 he's unavailable on June 2nd.  So we had no knowledge of what

13 his schedule is on June 2nd or what his conflict is until just

14 now.

15      And I feel compelled to just correct a couple of things

16 here.  Dr. Finkelstein was not being credentialed for hospital

17 privileges at Mount Sinai Beth Israel in New York.  She was

18 being vetted for a position not as a physician extender but as

19 a house surgeon.  A physician extender is a nonphysician

20 position.  A house surgeon is a physician position.

21      That's what she was offered conditionally by Dr. Goodman.

22 And there are documents that will confirm that they were

23 excited to have her, subject to the documents that she was to

24 have produced with respect to her residency at Mount Sinai,

25 which she did not have at that time because Mount Sinai refused

1   to provide them to her.

2       That's one of the counts of this complaint, for tortious

3   interference, among other things, but what took place in that

4   is not the hospital credentialing.   It was a position of

5   employment that Dr. Goodman was the point person on and made

6   the decision as to offer her that position.

7       He is a very important witness.   His affidavit will be

8   borne out by documents that support what actions he took, and

9   there's even an offer letter to her confirming that she will be

10  employed by them when she sought a place to rent, telling the

11  third parties what she was going to earn.

12      So there's much more to the story than can be told in this

13  hearing, but I need to fill in the blanks here because there

14  are too many.

15      And as far as Beth Israel in New York is concerned, if

16  they have some concerns that they want to raise, they should

17  raise them in this case themselves.   Mr. Goldberg is not their

18  mouthpiece and doesn't represent them.   He didn't share with

19  me, prior to this hearing, that he had had contact with them.

20      This hearing has been set for several days, when the Court

21  set it.   If there was going to be representations such as the

22  ones that were just made, it would have been at least courteous

23  to advise what to expect.

24      Or if there was going to be a -- a position taken that

25  there was some material misrepresentations by Dr. Goodman under

```
 1    oath in his affidavits, two of them, not just one, then there
 2    should have been something under oath to contravene them rather
 3    than bare representations of counsel, which we've heard this
 4    morning.
 5         So I understand that the deposition will not take place,
 6    but we need to get that deposition taken before the hearing.
 7    And the last point I want to make is this, Your Honor.
 8         THE COURT:  Well, I wonder -- I wonder if, in getting
 9    that deposition taken -- that you shouldn't just either
10    contact -- or contact Beth Israel, I guess, his former
11    employer, because that's who he would be sort of representing,
12    in a sense, since that's where -- when he would be -- in other
13    words, that was his employer at the time.
14         Maybe you should contact them --
15         MR. LEVENSTEIN:  Yes.
16         THE COURT:  -- as well, since Mr. Goldberg certainly
17    did, and Mr. [sic] Goodman personally, and go ahead and get
18    some more dates and get that set up.
19         MR. LEVENSTEIN:  I will be happy to do that.  I have
20    not had any contact with counsel from Beth Israel.  I don't
21    have any information as to how to contact that person.
22         THE COURT:  Well, not -- I think Mr. Goldberg just
23    gave you the name.
24         MR. LEVENSTEIN:  I have the name.  I'm happy to
25    contact them --
```

1        **THE COURT:**  Yes.

2        **MR. LEVENSTEIN:**  -- but they have not reached out to

3   me in the same way --

4        **THE COURT:**  Okay.

5        **MR. LEVENSTEIN:**  -- that they reached out to

6   Mr. Goldberg.

7        **THE COURT:**  Okay.  So -- very good.

8     Let me then ask:  Should I then deny the motion as moot --

9   your motion as moot?

10       **MR. GOLDBERG:**  Yes.  From my perspective, that would

11  be the correct ruling.

12       **MR. LEVENSTEIN:**  And, Your Honor, we would rather have

13  you grant the motion because we went to -- to great lengths to

14  deal with this issue.

15    And now, all of a sudden, Mr. Goldberg is withdrawing it

16  after taking a position that, notwithstanding the fact that a

17  witness, under oath, had said he was unavailable on a given

18  date -- that he was going to proceed with the deposition

19  nonetheless, which is an unreasonable position and, in my view,

20  warrants an award of attorney's fees and costs as a result of

21  taking it.

22       **THE COURT:**  Well, I have to tell you, granting a

23  motion -- it doesn't move the case forward, especially since

24  Mr. Goldberg doesn't even want to depose him on the 23rd.

25    As far as attorney's fees and costs, there is, you know,

1    some precedent for that.  But I don't know, at this point, how

2    much attorney's fees and costs you're asking for, if you're

3    asking for the attorney's fees and costs associated with

4    actually just filing your motion and attending today's hearing.

5         Is that what you're asking?

6              MR. LEVENSTEIN:  That's -- that's what we're speaking

7    of, Your Honor, the cost -- the attorney's fees in connection

8    with this motion that we have filed and the hearing of it

9    today.

10             THE COURT:  Okay.  So if you could prepare an

11   affidavit on that and a -- and a motion with regard to that,

12   then I'll take a look at it.  And --

13             MR. LEVENSTEIN:  Thank you, Your Honor.

14             THE COURT:  -- Mr. Goldberg would have an opportunity

15   to respond as to -- as to whether he is obligated, or should be

16   obligated, to pay that.

17        But --

18             MR. GOLDBERG:  Thank you, Your Honor.

19             THE COURT:  -- I don't see -- I don't see how that's

20   moving the case forward, and what I'd like to do is move the

21   case forward.

22        What other issues are there, and is there -- is there no

23   confidentiality order in place in this case?

24             MR. GOLDBERG:  Yes.

25        So that --

 1              **MR. LEVENSTEIN:**  Your Honor, we have --

 2              **MR. GOLDBERG:**  That gets me to what we have raised in

 3     our letter originally, if I can be heard on that.

 4          So what started this hearing today was our letter to

 5     you --

 6              **THE COURT:**  Uh-huh.

 7              **MR. GOLDBERG:**  -- saying that we had issued discovery

 8     requests approximately -- or more than 60 days ago.  They were

 9     on extension, and then they were due.  And they provided

10     responses, but we did not get any documents, and they took the

11     position they're not turning over any documents over until a

12     confidentiality order is entered.

13          We went back and forth on a confidentiality order, but

14     concurrently I was saying, "We'll agree to be bound by whatever

15     order gets entered."  We need to see the documents, Number 1,

16     because they want to take the depositions of the general

17     counsel and Dr. Ben-David both on the 26th of May and the 31st,

18     respectively.

19          And, second, we have the injunction hearing coming up.

20     But, you know, the injunction hearing isn't that major of an

21     issue for me because it is a long case.  We're not even

22     deposing Dr. Finkelstein before the injunction hearing because

23     I don't think we need to, and I want to address that

24     separately.

25          But what we got -- because we set this hearing, they

```
 1    finally produced documents on Wednesday night.  We've gone

 2    through them as best we can between Wednesday night and this

 3    morning, and I'm in New York traveling, and I had my son's

 4    graduation yesterday.

 5         So -- but we -- we spent time going through them, and it

 6    is woefully deficient.  There are tons of requests that there

 7    are no documents produced.  They have global objections such

 8    as -- I'll paraphrase -- that "We'll only produce these

 9    documents to you if you produce the same documents to us."

10         Basically, we'll --

11              THE COURT:  I don't think that's how the rules work.

12              MR. GOLDBERG:  Yeah.  That's not what I understand it

13    to be, either.

14         And so, for example, in document requests, what -- we ask

15    for all of her correspondence with the EEOC and the ACGME,

16    which is the accreditation program for residency programs.

17    They didn't produce any documents.

18         With respect to communications that she's had with these

19    personal references that she touts as being evidence that she

20    was a good resident and that what we did was improper, she

21    says, "Well, that's vague.  You have to provide us with more

22    information as to the communications with those references and

23    how they were used."

24         She also, with respect to Beth Israel -- which is very

25    important, you know, in this -- this allegation of tortious
```

1    interference, and they're trying to get an injunction related

2    to that -- they produced no documents with Beth Israel in her

3    attempt to get a job except for the one letter that was written

4    by Dr. Goodman for, you know, rent purposes.  But I know that

5    there are loads of emails with Beth Israel.

6         And I also understand that her application for privileges

7    and for her position wasn't denied.  She withdrew it, but we

8    got no information.  She voluntarily withdrew that.  She wrote

9    a letter saying -- an email saying, "I'm withdrawing my

10   application."

11        And so -- and for key allegations -- for example, we ask

12   for documents for key allegations in the case.  We get, you

13   know, they're asserting privileges, but we don't get -- have

14   any documents.  So what that raises with me -- and I want to be

15   honest --

16        **THE COURT:**  Did you get a -- did you get a privilege

17   log?

18        **MR. GOLDBERG:**  No.  No.

19        **THE COURT:**  Okay.

20        **MR. GOLDBERG:**  And so I want to flag this because

21   what -- what the "no production" has morphed into is "I have

22   serious deficiencies."

23        I think I'm obligated to contact Mr. Levenstein, now that

24   we've gone through them, and meet and confer and try and work

25   through that -- and I'll do that, you know, either later today

1   or on Monday -- and try and get a date to work through it.  But

2   we're going to probably be back before you on, you know -- you

3   know, not a motion to compel but a discovery dispute about

4   getting these documents.

5        And what it raises is, for me -- and, again, I'm setting

6   aside the injunction hearing because I just don't see that

7   being, you know, a major issue for us.  But they're asking to

8   depose Dr. Ben-David on May 31st, early in the case, and also

9   the general counsel of Mount Sinai, Arnie Jaffee, where a lot

10  of what he's going to have is privilege.

11       And I've tried to narrow these issues with Mr. Levenstein,

12  asking him why Barry Wax or Arnie Jaffee are -- need to be

13  deposed now.  I don't get any answers except, "That'll be work

14  product."

15       But I, in good conscience -- as an advocate, I'm having a

16  hard time, without waiver of privilege, saying to my client, "I

17  can allow you to be deposed" without getting a substantial

18  compliance with the document requests that would allow me to

19  prepare my clients.

20       And I feel like I'm in a situation where they're pushing

21  to depose my clients, but they're not giving me the discovery I

22  need to prepare them and that I asked for timely, more than

23  60 days ago.

24       So --

25            **THE COURT:**  Oh, I see.

1    **MR. GOLDBERG:**  Yes.  I mean, I'm in a position

2    where -- and I told you this in the letter, and I want to

3    iterate -- iterate it now.

4         I may have to tell Mr. Levenstein, "Look, we're not going

5    to produce Mr. Jaffee and Mr. Ben-David until we get these

6    documents and they have an opportunity to get prepared," and I

7    want to be totally up front and transparent with you about

8    that.

9         So that's -- that's where we are on the document discovery

10   issue.

11        **THE COURT:**  Has a draft of a protective -- a

12   confidentiality order --

13        **MR. GOLDBERG:**  Yes.

14        **THE COURT:**  -- been circulated?

15        **MR. LEVENSTEIN:**  Your Honor, can I --

16        **MR. GOLDBERG:**  So what we -- what we've done is --

17        **MR. LEVENSTEIN:**  Can I address --

18        **THE COURT:**  I will (Inaudible), Mr. Levenstein.  I

19   will definitely allow you to speak.  I just want to hear one

20   person at a time.

21        **MR. GOLDBERG:**  Yeah.

22        **MR. LEVENSTEIN:**  I'm sorry.

23        **MR. GOLDBERG:**  It's a good question, and I should have

24   covered that.

25        So after we -- we wrote you this letter, there was

1 substantial progress in Mr. Levenstein agreeing to, you know,

2 modify the order.  There's one remaining dispute, I think, on

3 one -- one provision, and I have not heard back from them on

4 that one provision.

5      That had to deal with an order that Judge Altman entered

6 striking references to Dr. Ben-David's personal life, and we

7 wanted the confidentiality order to be very clear that the

8 confidentiality order did not supersede that prior order that

9 Judge Altman entered because he told Mr. Levenstein, "You are

10 not to use any of that information in this case until you come

11 see me again."

12      He called his position absurd, and I want to make sure

13 that a second order doesn't get misconstrued.  I have not heard

14 back from Mr. Levenstein on that.  I think we're close with a

15 pending agreement on that one provision and be able to submit

16 it to you.

17           **THE COURT:**  Okay.  Mr. Levenstein?

18           **MR. LEVENSTEIN:**  Okay.  And, Your Honor, the timeline

19 in our letter, in response to Mr. Goldberg's letter to

20 May 15th, tells the story here.

21      We started to have discussions about a confidentiality

22 order by sending a draft of it with an FR -- a Federal Rule of

23 Evidence 502(d) order on April 24th, and since that time, we've

24 gone back and forth.

25      We asked them to agree to the basic provisions of the

```
 1   agreement, which are the designations of confidential and

 2   highly confidential, the parties that would be able to review

 3   the documents, how the documents were to be used, and how the

 4   litigation will be conducted with regard to the documents,

 5   basic -- basic provisions.

 6        They have other provisions, which we didn't agree to.

 7   They never responded to agree to those basic provisions.  All

 8   Mr. Goldberg ever said was, "I'll abide by whatever agreement

 9   is entered into."  That's meaningless because we couldn't agree

10   even on the basic foundational principles of an agreement with

11   them because they would never even respond to that basic

12   request.

13        Now, our confidentiality agreement that we have reached

14   terms on has nothing to do with Mr. Goldberg's letter of

15   May 15th or this hearing, absolutely nothing.  We've been

16   working on this since April 24th, and the attachments to our

17   response letter to Your Honor -- the emails are all there.  You

18   can see exactly what happened from April 24th on.

19        And on May the 9th, I sent -- May the 10th, I sent a

20   letter to Mr. Goldberg, which is attached to our motion, and I

21   asked him if he would agree with the designation of

22   confidential and highly confidential.

23        We agreed with the definition and list of parties and

24   individuals to whom those documents could be disclosed and

25   shared with, agreed to the provisions with respect to how
```

1  highly confidential and confidential information and documents

2  can be used in the litigation and (Inaudible) abide by the

3  terms of any agreement ultimately agreed upon, and then we

4  would produce the documents.

5      Not a response, only a draft which was different than what

6  we had agreed on originally on those terms, and one of them

7  contained 60 redline changes that were not redlined.  And my

8  associate had to go through the prior version to determine that

9  there had been 60 redline changes that had not been redlined

10  from one version to the next.

11      So we have done everything we could, starting in

12  April 26th until very recently, to reach an agreement to be

13  used in the case, not stalling, not holding it up, and agreeing

14  to produce the documents if those four basic concepts were

15  agreed upon.

16      And just --

17          **THE COURT:**  Okay.

18          **MR. LEVENSTEIN:**  -- for clarity, Your Honor --

19          **THE COURT:**  So -- so I -- so I do hear you, and that

20  sounds like a normal back-and-forth between parties on

21  finalizing a protective -- a confidentiality agreement.

22      When can we get that in place?  Do you have -- you have

23  their -- their latest --

24          **MR. LEVENSTEIN:**  And I sent -- and I sent them my

25  version and haven't heard back from them on ours.  It varies

1   slightly from theirs.

2        **THE COURT:**  So do we -- do we have any -- do we have

3   any disputes, significant disputes, and can we get that in

4   place today, Mr. Goldberg?

5        **MR. LEVENSTEIN:**  I think we can get that in place

6   today by agreeing on that language.  There are -- there are

7   some disputes as to the specific language.  Perhaps

8   Mr. Goldberg and I can work that out today so we can move

9   forward.

10       **THE COURT:**  Wonderful.

11      Okay.  So once that's in place and you've sent that to me,

12  I can sign the order.

13      Is that what's stopping the documents that you should have

14  produced to Mr. Goldberg from his request 60 days ago?  Is that

15  the holdup?

16       **MR. LEVENSTEIN:**  Your Honor, the requests were not

17  60 days ago, just for clarity of the record.  There was one

18  request on March 13th.  That's approximately -- that's 60 days.

19  The next one was April 4th, and the next one was April 10th.

20       **THE COURT:**  Okay.

21       **MR. LEVENSTEIN:**  So these are not 60-day-old requests.

22       **THE COURT:**  Well, they're all over 30 days.

23      So --

24       **MR. LEVENSTEIN:**  And we had extensions on each one,

25  and we --

```
 1            THE COURT:  Okay.

 2            MR. LEVENSTEIN:  -- were working during that time to

 3    get this agreement put into place.

 4            THE COURT:  Okay.

 5            MR. LEVENSTEIN:  We have produced --

 6            THE COURT:  Is it the agreement, then, that's stopping

 7    you from producing the documents?

 8            MR. LEVENSTEIN:  In part, perhaps, but I need to

 9    correct the record.

10        The documents with respect to the EEOC and the ACGME --

11    Mr. Goldberg has taken the position that they were confidential

12    in the past and that we don't have -- we can't have access to

13    them.  That's why we indicated we would produce those things.

14    They agreed to produce what they submitted to those two bodies,

15    and we will do that gladly.

16        With regard to the Beth Israel documents and the texts, to

17    my knowledge, we have produced all those.  I will double-check

18    that.  My understanding is those documents were produced.

19        As far as privilege is concerned, the work-product

20    privilege and the attorney-client privilege were the privileges

21    that we asserted.  We do not need to file a privilege log for

22    attorney-client communications because that's not necessary.

23    And for work product, work product is work product.  And to

24    file a privilege log as to what it is would, in effect,

25    disclose the nature of it.
```

1    So I don't believe that we're short of a privilege log.

2    If the Court wishes us to submit a privilege log for those two

3    assertions of privilege, we can do that, but I don't think the

4    law requires that we do that.  But, you know, we're happy to

5    work with the Court to move the case forward because we're the

6    plaintiff, and that's our desire as well.

7              **THE COURT:**  Okay.  So what I'm hearing you say is that

8    you can agree on a confidentiality agreement hopefully today or

9    within the next few days.  You'll resolve that, and --

10             **MR. LEVENSTEIN:**  Yes, ma'am.

11             **THE COURT:**  -- after that, there shouldn't be any

12   problems with producing documents other than the documents you

13   claim are either attorney-client privilege or work product.

14             **MR. LEVENSTEIN:**  Yes, ma'am.

15             **THE COURT:**  Okay.  Mr. Goldberg, does that -- that

16   might move things forward.

17             **MR. GOLDBERG:**  Your Honor, I think it will, but with

18   one -- you know, with one at least initial caveat, and I'll see

19   if Mr. Splichal has anything else.

20        This whole objection that's baked into every response

21   they -- they filed and then didn't produce documents, like he

22   just mentioned, that "We'll only produce if you produce" -- I

23   don't see how that works.  It's not a viable objection.

24        I've never taken the position that -- about

25   confidentiality that would prevent him from sending us what

1  Dr. Finkelstein has complained to about -- about Mount Sinai to

2  the ACGME or EEOC.  That should be discoverable.  There's no

3  objection.  There's no confidentiality.  There's no privilege.

4      And it doesn't depend on what we -- we produce, which --

5  he just recently issued discovery.  He just recently issued it

6  a couple weeks ago.  So I want to make sure that there's no

7  documents being withheld based on this reciprocality objection.

8          **THE COURT:**  Okay.

9          **MR. LEVENSTEIN:**  Your Honor, I will agree with that --

10         **THE COURT:**  Go ahead.

11         **MR. LEVENSTEIN:**  I will agree with that if

12 Mr. Goldberg will agree not to raise a confidentiality or other

13 objection to the documents that they submitted to those

14 agencies in response to Dr. Finkelstein's complaint because I

15 expect that that's what they will do.

16     And I don't want to have to come before Your Honor again

17 and waste more of our time and the Court's time if the position

18 is going to be that they're entitled to see the documents that

19 we submitted to those agencies, that we're not entitled to see

20 the documents that they submitted to those agencies --

21         **THE COURT:**  Well --

22         **MR. LEVENSTEIN:**  -- in response to the (Inaudible).

23         **THE COURT:**  -- "confidentiality" doesn't mean that

24 you're not entitled to see it.  Confidentially -- or

25 confidentiality -- my understanding is it's either attorneys'

1   eyes only or only to certain people and not to go out to the

2   general public.

3           **MR. LEVENSTEIN:**  I agree.

4           **THE COURT:**  Is -- am I misunderstanding something?

5           **MR. LEVENSTEIN:**  Yes.

6       My -- the position that has been taken was that we're not

7   entitled to see what they have submitted to those agencies.

8           **THE COURT:**  Okay.

9           **MR. LEVENSTEIN:**  And if that -- if Mr. Goldberg is

10  going to represent to the Court that they're entitled to

11  discovery as to what we had submitted to the agencies, all I'm

12  asking is that he represent to the Court that when we've --

13  we've made the request already, that what they have submitted

14  to the EEOC and the ACGME -- that he will not object, and we'll

15  submit -- and we'll produce those documents that have been

16  submitted, and then I have no objection to producing them.

17          **THE COURT:**  Is this -- is this something that's in

18  dispute, Mr. Goldberg?

19          **MR. GOLDBERG:**  I don't think so, but I'm not going to

20  be led into making agreements without actually going through

21  the discovery requests that we've recently received, and that's

22  why -- I mean, that -- he's doing today before you -- trying to

23  leverage you to get what he put in his discovery responses,

24  which isn't an objection.

25      So we just want our documents, and then we will respond as

```
 1   appropriate.  And if he has an issue with that, he can take it

 2   up with you.  As a general matter --

 3            THE COURT:  Okay.

 4            MR. GOLDBERG:  -- I don't -- I don't think there's

 5   going to be an issue, but I'm not going to make any

 6   representations now.

 7            THE COURT:  Okay.  All right.  Well, that's very good.

 8   That way, I don't have to rule on something that's not actually

 9   before me.  That's very tricky.

10       What I'd like to be able to rule on is the confidentiality

11   agreement because I think that that seems to be important to

12   get the case moving.  So I'll look forward to seeing that from

13   the parties.  As soon as I get it, I'll review it and -- and

14   make sure that it comes to the top of the stack of orders to

15   look at; right?

16            MR. LEVENSTEIN:  Yes, ma'am.

17            MR. GOLDBERG:  Can I raise one other issue with you?

18            THE COURT:  Yes.  Go ahead.

19            MR. GOLDBERG:  I didn't mean to cut you off, Judge, if

20   you had something else you wanted to --

21            THE COURT:  No.  I was just looking down to say -- to

22   determine what I had ruled today and to try to summarize the

23   motion for protective order denied as moot and that I'm looking

24   forward to the confidentiality agreement between the parties.

25   That's it.
```

 1      Go ahead.

 2          MR. GOLDBERG:  The injunction hearing set for

 3  June 21st -- when we last met with you, I think there was some

 4  discussion about how to try and narrow the issues or understand

 5  what we're actually litigating, and I've spent a lot of time

 6  trying to wrap my head around their request.

 7          I've written Mr. Levenstein a bunch of letters -- or a

 8  couple letters, at least, or more -- asking to have a

 9  discussion and to narrow down and understand exactly, both

10  legally and factually, what he is litigating at this injunction

11  hearing.

12          The request, as you correctly, you know, brought up last

13  time, is that he wants the Court to compel Mount Sinai

14  Miami Beach to produce a program director letter and not have

15  Dr. Ben-David be the reference and perhaps, you know, dictate

16  what should be said about her.

17          I -- there's no such thing as a program director letter in

18  the law or from ACGME standards.  Even if there was, I don't

19  think the Court's in a position to, you know, enjoin or give a

20  mandatory injunction to create one when it's managed by ACGME.

21          But what I'm asking, in short, is -- and we have not --

22  Mr. Levenstein will not engage meaningfully in these

23  discussions.  I don't want to wind up on the 21st and start

24  having a free-for-all, where he's litigating the entire case,

25  and that's what I think is going to happen.

1       And so I was -- would like to ask ore tenus if you had one

2   hour at some point to have maybe a legal argument and -- as to

3   why the relief sought really, as a matter of law, is not

4   cognizable.

5       Or if you determine that maybe there is something

6   cognizable, you can tell us what it is that you want to hear

7   evidence on because I am -- I am telling you -- not to -- I'll

8   just -- I'm telling you, I think that's what's going to happen

9   when we wind up at this injunction hearing.

10      It's going to be a trial on the whole merits of the case

11  and will be going for days and --

12          **THE COURT:**  I do have to tell you that that is a

13  concern that I have, Mr. Levenstein, when -- I want to

14  understand exactly what it is you want the Court to enjoin.

15  It's an injunction.

16          **MR. LEVENSTEIN:**  Okay.

17          **THE COURT:**  What -- what -- what do you want me to

18  enjoin?

19          **MR. LEVENSTEIN:**  And you asked me that at the last

20  hearing --

21          **THE COURT:**  Yeah.

22          **MR. LEVENSTEIN:**  -- and I -- and what I said was that

23  we're asking the Court to require Mount Sinai to have someone

24  other than Dr. Ben-David furnish the program director letter

25  person that both parties can agree upon.  We're not asking to

1    write the letter because that's not appropriate for us to write

2    a letter.  We're just asking someone -- someone other than

3    Dr. Ben-David to write the letter.

4        And there is a program director letter, and the ACGME

5    recognizes it as a program director letter, contrary to what

6    Mr. Goldberg has said.  And it is the letter that is required

7    on any residency program in the United States from which one

8    resident attempts to transfer to another.  And without a letter

9    from the program director, that resident cannot transfer.

10       And that's what Dr. Finkelstein is facing now.  She is

11   unable to transfer to another residency because of that program

12   director letter not being provided or, from Dr. Ben-David,

13   provided completely in a negative way, which would -- which

14   would prevent her from ever practicing medicine past a two-year

15   residency completion level, which is all she has been permitted

16   to complete.

17       So we're asking the Court to allow her to have a program

18   director letter prepared by a person that the parties will

19   agree to, and whatever that party -- whatever that person says

20   gets put into the letter.

21       Mr. Goldberg asked me to write a program director letter

22   and provide it to him, asking me what it should say.  I'm not

23   asking the Court to dictate what Mount Sinai's alternative

24   program director letter writer should write.  That would be

25   inappropriate.

1    But it's not inappropriate for an objective party to write

2    that letter so that Dr. Finkelstein has a fair chance of moving

3    forward in her -- in her career, and that's all we're asking

4    for.

5    And so to say that we're --

6    **THE COURT:**  So it sounds like -- let me just say what

7    it sounds like to me -- because I was -- I had the same concern

8    after I heard what you said before, and it sounds like you're

9    saying the same thing.

10    How does the Court have the authority to compel any

11    employer to write a -- essentially, what it sounds like to me,

12    in sort of layman's terms, a letter of reference to -- on

13    behalf of somebody?  Like, how -- how do I have the authority

14    to require Mount Sinai to write a reference letter?

15    That's --

16    **MR. LEVENSTEIN:**  Because --

17    **THE COURT:**  -- not the normal injunction; right?  An

18    injunction is I can tell a company to stop using a particular

19    trademark.  I can tell a company to not do something, but

20    you're asking for the reverse.

21    You're asking me to compel the company to do something,

22    and that something is to write a letter on behalf of this -- of

23    Dr. Finkelstein and -- and that that letter should come from

24    somebody else other than who the -- particularly by someone

25    else other than the doctor who's already written it.

1    How do I have the authority?  And give me some case law.

2         **MR. LEVENSTEIN:**  I don't have the case law at my

3    fingertips here, Your Honor, but you have the equitable

4    authority to enter injunctive relief.

5         This -- this program director letter is not optional.

6    This residency program that Dr. Ben-David is the director of is

7    required to furnish program director letters for every resident

8    who goes through the program.

9         **THE COURT:**  So you're saying it's sort of a

10   contractual requirement.  Okay.

11        **MR. LEVENSTEIN:**  It -- my client -- my client was a

12   resident under a contract with Mount Sinai.  She was subject to

13   the ACGME, the American Commission on Graduate Medical

14   Education's rules and regulations that govern residency

15   programs, as is the program.

16        The rules of those -- of that program state that a

17   resident is entitled to receive a summative evaluation.  That

18   is an evaluation of her -- his or her entire time during the

19   residency program.  That is --

20        **THE COURT:**  And did she get that evaluation?

21        **MR. LEVENSTEIN:**  Only -- only after -- initially, when

22   she requested it, she was asked to sign a general release to

23   get it, which she refused, and they refused to give her the

24   document.

25        And that's what Mr. Jaffee is going to testify about, and

1    he forwarded --

2         THE COURT:  So I can require them to do it without her

3    signing a general release?

4         MR. LEVENSTEIN:  You can because the ACG- -- the ACGME

5    requirements state that every resident is absolutely,

6    unconditionally entitled to those documents --

7         THE COURT:  Okay.

8         MR. LEVENSTEIN:  -- the summative evaluation --

9         THE COURT:  It doesn't sound like an injunction.  It

10   sounds like you are asking the Court to require Mount Sinai to

11   comply with its contract, which is just a regular contract

12   dispute.

13        MR. LEVENSTEIN:  No.  We're asking -- we're asking you

14   to --

15        THE COURT:  Or am I missing something?

16        MR. LEVENSTEIN:  You are -- I don't want to say you're

17   missing anything, Your Honor, but I do want to say that the

18   circumstance here is -- is highly unusual because Dr. Ben-David

19   is the defendant in this case.

20        He is the party that would be writing that letter.

21   Clearly, he's not objective, as far as my client is concerned,

22   and her testimony will indicate.  And she is entitled to have

23   an objective program director letter under the ACGME

24   guidelines.

25        We're asking the Court to issue an injunction requiring

1  them to comply with that requirement by giving her the

2  opportunity to have an objective program director letter to go

3  on with her career.

4      Absent that, she has suffered irreparable harm and will

5  continue to suffer -- suffer irreparable harm because her

6  career has stalled completely, even so far as getting a house

7  surgeon position when Dr. Ben-David was in touch with

8  Dr. Goodman and basically told Dr. Goodman if he were

9  Dr. Goodman, he would not hire Dr. Finkelstein.

10      That's what Dr. Goodman's affidavit says.  Now,

11  Mr. Goldberg can say that's a misrepresentation all he wants,

12  but Dr. Goodman said that under oath.  And until there's some

13  proof otherwise, that's a representation he's given under oath

14  and will testify to.

15      So --

16          **THE COURT:**  Okay.

17          **MR. LEVENSTEIN:**  -- my position is Dr. Finkelstein --

18          **THE COURT:**  Mr. Levenstein, I do hear you --

19          **MR. LEVENSTEIN:**  Yes, ma'am.

20          **THE COURT:**  -- and -- and what you're saying is -- you

21  know, makes sense in terms of -- of what you're asking

22  Beth Israel or Mount Sinai to do.

23      But that sounds like you're putting together a -- a

24  contract dispute, in which the doctor is required to write some

25  sort of letter, and the doctor either hasn't done it or hasn't

1  done it in an appropriate way, in accordance with the contract.

2      It still doesn't sound like injunctive relief.

3          **MR. LEVENSTEIN:**  It only sounds like injunctive relief

4  because he's the defendant in this case.  We're not asking --

5  we don't -- we're not asking him to write a program director

6  letter, which he's not done, and that's part of -- and,

7  Your Honor --

8          **THE COURT:**  But you're asking me to interpret a

9  contract because if they come back -- let's say they come back

10 and say, "Well, we don't" -- "we don't have any requirement to

11 write her a letter when she doesn't sign a" -- "a waiver of" --

12 "and so we" -- "we're complying.  We're all in compliance with

13 the agreement."

14     Then all I'm doing is contract interpretation; correct?

15         **MR. LEVENSTEIN:**  No, ma'am.  During -- during the time

16 that Dr. Finkelstein had resigned from her position and was

17 trying to move on in 2021, she requested, through her counsel,

18 a program director letter and a summative evaluation and a

19 completion certificate.

20     Under the ACGME guidelines and rules under the manual, by

21 which this residency program is governed and Dr. Finkelstein

22 was governed, those are documents they're required to provide.

23 And it specifically says when a resident seeks transfer to

24 another program, these documents must be provided.

25     Counsel for the hospital responded by providing a letter,

1  with an attached general release, indicating that if

2  Dr. Finkelstein signed a general release of all claims, which

3  would have prevented this lawsuit -- that they would provide

4  her with the summative evaluation, which she was

5  unconditionally entitled to; with the completion documents,

6  which she was unconditionally entitled to; and a program

7  director letter, which they drafted and sent to them, which

8  they would provide to her if she signed the release.

9       Without the release, they would provide nothing to her,

10 and they did not provide anything to her until we filed this

11 lawsuit.

12          **THE COURT:**  Okay.

13          **MR. LEVENSTEIN:**  That's the history.  That's the true

14 history of the relationship and that you will hear testimony

15 of, which is why injunctive relief is appropriate.

16          **THE COURT:**  I'm not sure I need any testimony.

17          **MR. LEVENSTEIN:**  Right.

18          **THE COURT:**  It sounds like a contractual dispute.

19 What I need is to know what those guidelines are.

20      Is there any dispute of fact at all, Mr. Goldberg, with

21 regard to whether she was asked to sign a release, whether a

22 letter was sent?

23          **MR. GOLDBERG:**  So he's conflating issues, and I just

24 want to go back to -- the request for injunctive relief is on

25 this -- what he's calling a program director letter.

```
 1        I would be happy to brief this.  Even though we're the
 2   defendant, not seeking injunctive relief, I would like to
 3   submit a memo to you in advance that outlines there is no
 4   program director requirement.  We are not required, as a
 5   residency, to provide any program director letter.  The only
 6   thing that we're required to do is a verification, particularly
 7   for residents who leave before they complete.
 8        And so the whole primary issue of asking for a program
 9   director letter and for you to enter an injunction with respect
10   to that -- I have to be able to show you, and I want to be able
11   to show you, that there is no such thing.  So the whole premise
12   is faulty.  He's conflating issues now.
13        He -- in sort of a, you know, roundabout way, he brings in
14   these summative evaluations.  There is an obligation to provide
15   summative evaluations.  They were provided to her when she was
16   at Mount Sinai, and they were provided to her when she
17   requested them.
18        In the -- in the course of this lawsuit, the program --
19   the hospital wrote her and said, "You should have had these.
20   You had access to them.  You signed them.  But if you don't
21   have them, we'll provide them to you."  That's not part of the
22   injunctive relief, and it's been -- it's been given to her.
23        THE COURT:  Okay.
24        MR. GOLDBERG:  And the last thing I'll say is there is
25   no contract -- I understand -- your point is a good one, but
```

1  there is actually no contract that requires a program director

2  letter.

3      So that's why I just want the opportunity to brief it or

4  maybe come before you for a 30-minute argument because --

5          **THE COURT:**  Right.

6          **MR. GOLDBERG:**  -- I don't think, at the end of the

7  day, we need an evidentiary hearing, in my view, for this

8  motion to be denied.

9      So --

10         **THE COURT:**  Right.

11     Okay.  Yeah, and it sounds like I need to know the legal

12 issues.  I don't need a lot of witnesses.  Maybe there might be

13 some documentation that -- that you need to present,

14 Mr. Levenstein, to support your -- your side, and maybe

15 Mr. Goldberg.

16     But I don't see why it should require the testimony of

17 witnesses.  It's a legal argument, and that's what I'm

18 expecting to hear on June 21st, a legal argument with respect

19 to -- with respect to both -- the issues that you're talking

20 about, Mr. Levenstein.

21         **MR. LEVENSTEIN:**  Thank you, Your Honor.

22         **THE COURT:**  And -- and I'm also expecting to hear why

23 this is framed in the language of injunctive relief when this

24 is not the normal type of injunction that -- that the Court is

25 used to entering.

1    Give me some case law to support your position that I have

2    authority to require a program director letter and that that

3    somehow is injunctive.

4         **MR. LEVENSTEIN:**  I'll be happy to do that, Your Honor.

5         **THE COURT:**  So -- so -- so -- so the hearing on

6    June 21st -- because I do recall my law clerk asked --

7    apparently, there's some question as to whether your -- you

8    want witness lists.

9    And there should be no witnesses.  It sounds like a purely

10   legal argument that you have described to me.

11        **MR. GOLDBERG:**  Judge, could I ask that maybe

12   Mr. Levenstein submit a memo in advance of the hearing, and

13   then we have five days or something to respond to it, so at

14   least you and your law clerk have at least the background?

15        **THE COURT:**  (Inaudible).  Yes.

16        **MR. GOLDBERG:**  Yes.

17        **MR. LEVENSTEIN:**  Your Honor, if there's going to be a

18   response --

19        **THE COURT:**  (Inaudible).

20   Go ahead, Mr. Levenstein.

21        **MR. LEVENSTEIN:**  If there's going to be a response by

22   Mr. Goldberg, then we would like the opportunity to file a

23   reply to his response.

24        **THE COURT:**  Okay.

25        **MR. GOLDBERG:**  That's fine.

```
 1          THE COURT:  So let's do this.

 2      When would you like to file that -- that -- that document?

 3  Because what I'm looking for, as I said, Mr. Levenstein, a

 4  clear statement of what you want this Court to do and why this

 5  Court has authority to grant that as injunctive relief and case

 6  law to support it.

 7      When do you want to file that?

 8          MR. LEVENSTEIN:  Your Honor, if we can file it by --

 9  today is the 20- -- today is the 19th.  We can file it by

10  June 5th.  Would that be -- and then we can have a ten-day

11  response time for Mr. Goldberg by the 15th and then four

12  additional days for us, by the 19th of June, to submit our

13  reply.

14          MR. GOLDBERG:  I would like a -- I think that -- I

15  think I'm going to speak for the Court, having clerked in a

16  court.

17      I think I would ask for you to have more time to review

18  the briefing after it's completed than two days, and I'd

19  actually like a little bit of time to review his reply before I

20  walk into court.

21          THE COURT:  Exactly.

22      So June 5th -- I think that's when I'm on duty -- criminal

23  duty for that entire week.

24          THE CLERK:  That's before duty, Judge.

25          THE COURT:  That's before duty?
```

```
 1          Oh.  I'm on duty the following week?

 2               THE CLERK:  May -- yes.

 3               THE COURT:  I'm pulling up my calendar.

 4               THE CLERK:  Yeah, Judge.  Let me look.  I can look

 5     right now.

 6               THE COURT:  Yeah.  June 5th is when I start duty.

 7               THE CLERK:  Yes, you're right.

 8          June 5th is Monday.

 9               THE COURT:  Uh-huh.

10          Where are we right now?  Today is the 19th.

11          So what I'd like to do is get your pleading,

12     Mr. Levenstein, before June 5th.  After all, this is -- this is

13     essentially what you've been asking for in your lawsuit.

14               MR. LEVENSTEIN:  Uh-huh.

15               THE COURT:  This cannot be something that will take

16     weeks for you to prepare.  I understand, of course, you have

17     other things that you're doing besides this case.

18               MR. LEVENSTEIN:  Will June 1st work for the Court?

19               THE COURT:  June 1st will be much better.

20               MR. LEVENSTEIN:  Okay.

21               THE COURT:  Okay.  And then that gives me at least a

22     couple days to look at it before duty starts.

23          And then, Mr. Goldberg, can you have a response by

24     June 9th?  Would that be asking too much, based on your

25     schedule?
```

```
 1              MR. GOLDBERG:  No.  I think we can do it.  I just want
 2   to ask Clark, who's on the -- he's going out of town.
 3        Are you away that week, Clark, or when are you -- are you
 4   in town?
 5              MR. SPLICHAL:  I am traveling that week, and I
 6   would -- I come back the 6th of June.
 7              THE COURT:  Okay.  So is June 12th okay for a
 8   response?
 9              MR. GOLDBERG:  Yes.
10              MR. SPLICHAL:  Yeah.
11              MR. GOLDBERG:  Is that all right; Clark?
12              MR. SPLICHAL:  Yeah, that's fine.  Yeah, that works.
13   Thank you.
14              MR. GOLDBERG:  Thank you, Judge.  I'm sorry about
15   that.
16              THE COURT:  So June 12th for the response, and then
17   the reply will be by June 16th, and then we have a hearing on
18   the following Wednesday.
19        Let's limit, however, the page numbers so that we're not
20   inundated with a 50-page reply.
21        So let's start out with June 1st, the memo of law that
22   you'll be filing, Mr. Levenstein.
23              MR. LEVENSTEIN:  Yes, ma'am.
24              THE COURT:  Let's go with 20 pages and --
25              MR. LEVENSTEIN:  That's fine.  Fine, Your Honor.
```

```
 1          THE COURT:  All right.  No more than 20 pages.  Don't

 2   feel you have to use 20 pages, just no more than 20 pages.

 3       June 12th, no more than 20 pages.  June 16th, no more than

 4   five.

 5          MR. LEVENSTEIN:  Five pages for the reply, Your Honor?

 6          THE COURT:  Correct.  If you feel you need one or two

 7   more, let my office know, but I don't see why it should be more

 8   than five pages.

 9       And then we're into the hearing on the 21st, which, as I

10   said, will not need any witnesses.  This will be a -- maybe

11   there will be some documents that you feel I need to see, but

12   this is not going to be an entire day.

13       This is going to be an oral argument, if there are any

14   questions that I have after reading those pleadings, and that

15   can easily be done within half a day, if not less.

16          MR. GOLDBERG:  That's fine, Your Honor.

17          MR. LEVENSTEIN:  Yes.

18          MR. GOLDBERG:  I may have missed it, and I apologize.

19       Did you -- how many pages do you want from us in response?

20          THE COURT:  No more than 20.

21          MR. GOLDBERG:  Okay.  Thank you.

22          MR. LEVENSTEIN:  Thank you, Your Honor.

23          MR. GOLDBERG:  I understand.

24          THE COURT:  And no more -- no more than a half-day

25   hearing, which is really more of an evidentiary hearing, no
```

1  witnesses, on June 21st, so that I can, first of all, resolve

2  these issues.

3      Now, if, after that, I determine somehow, "Oh, yes, we

4  need more," we can go there.

5          **MR. LEVENSTEIN:**  Yes.

6          **THE COURT:**  But let's talk about first those issues

7  because I'm very concerned as to my authority to give you what

8  you're asking for, Mr. Levenstein.

9          **MR. LEVENSTEIN:**  We'll -- we'll do our very best to

10  get you authority that you do have to grant -- entertain and

11  grant the relief.

12          **THE COURT:**  Okay.  All right.  I hope that that gets

13  us a little bit more organized on this and structured on how

14  we're going to proceed on this case in a very efficient way.

15      There's no need to -- no need to go off the rails.  We

16  want to stay focused on the issues, and I think that's the best

17  for both parties, for both sides.

18          **MR. GOLDBERG:**  Thank you, Judge.

19          **MR. LEVENSTEIN:**  Thank you, Your Honor.

20          **THE COURT:**  All right.  Thank you very much.

21      All right.  We're in recess.

22          **MR. LEVENSTEIN:**  Have a good weekend, everyone.  Thank

23  you.

24          **THE COURT:**  Thank you.  You as well.

25          **MR. GOLDBERG:**  Thank you, Judge.

1          THE CLERK:   Court's in recess.

2                    (Proceedings adjourned.)

1

2

3 **<u>CERTIFICATE OF TRANSCRIBER</u>**

4 I certify that the foregoing is a true and correct

5 transcript, to the best of my ability, of the above pages of

6 the official electronic sound recording provided to me by the

7 U.S. District Court, Southern District of Florida, of the

8 proceedings taken on the date and time previously stated in the

9 above matter.

10 I further certify that I am neither counsel for,

11 related to, nor employed by any of the parties to the action in

12 which this hearing was taken, and further that I am not

13 financially nor otherwise interested in the outcome of the

14 action.

15

16 DATE:  Monday, June 5, 2023

17

18

19

20 _____/S/ James C. Pence-Aviles_____

21 James C. Pence-Aviles, RMR, CRR, CSR No. 13059
U.S. Court Reporter

22

23

24

25

MR. GOLDBERG: [71]
MR. LEVENSTEIN: [80]
MR. SPLICHAL: [3]
 1:51/4 1:51/9 1:51/11
THE CLERK: [6]   1:2/3
1:49/23 1:50/1 1:50/3
1:50/6 1:53/25
THE COURT: [132]

**-**

---000 [1]   1:2/3

**/**

/S [1]   1:55/20

**0**

000 [1]   1:2/3

**1**

100 [1]   1:1/21
10th [2]   1:29/19 1:31/19
11:00 [1]   1:2/1
1200 [1]   1:1/21
12th [3]   1:51/7 1:51/16
 1:52/3
13059 [2]   1:1/25 1:55/21
13th [1]   1:31/18
15th [4]   1:6/9 1:28/20
 1:29/15 1:49/11
16th [2]   1:51/17 1:52/3
19 [2]   1:1/11 1:2/1
19th [3]   1:49/9 1:49/12
 1:50/10
1st [9]   1:11/13 1:12/25
 1:17/1 1:17/23 1:18/1
 1:18/5 1:50/18 1:50/19
 1:51/21

**2**

20 [7]   1:49/9 1:51/24
1:52/1 1:52/2 1:52/2
1:52/3 1:52/20
20188 [1]   1:2/11
2021 [1]   1:44/17
2023 [3]   1:1/11 1:2/1
 1:55/16
21st [7]   1:4/20 1:37/3
1:37/23 1:47/18 1:48/6
1:52/9 1:53/11
23-20188 [1]   1:2/11
23-CV-20188-RKA [1]
 1:1/7
23rd [6]   1:4/6 1:5/6
1:12/11 1:12/19 1:17/23
 1:21/24

24th [3]   1:28/23 1:29/16
 1:29/18
26th [2]   1:23/17 1:30/12
2nd [8]   1:11/13 1:12/25
 1:17/4 1:17/8 1:17/23
 1:18/10 1:18/12 1:18/13

**3**

30 [1]   1:31/22
30-minute [1]   1:47/4
3001 [1]   1:1/16
305 [1]   1:1/16
31st [2]   1:23/17 1:26/8
33131 [1]   1:1/21
33410 [1]   1:1/17

**4**

4th [1]   1:31/19

**5**

50-page [1]   1:51/20
502 [1]   1:28/23
54 [1]   1:1/1
5th [5]   1:49/10 1:49/22
 1:50/6 1:50/8 1:50/12

**6**

60 [7]   1:23/8 1:26/23
 1:30/7 1:30/9 1:31/14
 1:31/17 1:31/18
60-day-old [1]   1:31/21
6th [1]   1:51/6

**9**

9:45 [1]   1:8/16
9th [2]   1:29/19 1:50/24

**A**

a.m [1]   1:2/1
abide [2]   1:29/8 1:30/2
ability [1]   1:55/5
able [6]   1:4/25 1:28/15
 1:29/2 1:36/10 1:46/10
 1:46/10
about [21]   1:3/6 1:6/6
 1:10/16 1:12/4 1:12/19
 1:12/20 1:15/20 1:16/16
 1:16/18 1:26/3 1:27/7
 1:28/21 1:33/24 1:34/1
 1:34/1 1:37/4 1:37/16
 1:41/25 1:47/20 1:51/14
 1:53/6
above [2]   1:55/5 1:55/9
Absent [1]   1:43/4
absolutely [2]   1:29/15
 1:42/5

absurd [1]   1:28/12
access [2]   1:32/12
 1:46/20
accordance [1]   1:44/1
according [1]   1:12/12
accreditation [1]
 1:24/16
accurate [1]   1:16/13
ACG [1]   1:42/4
ACGME [11]   1:24/15
 1:32/10 1:34/2 1:35/14
 1:37/18 1:37/20 1:39/4
 1:41/13 1:42/4 1:42/23
 1:44/20
action [2]   1:55/11
 1:55/14
actions [1]   1:19/8
actually [8]   1:2/15
 1:13/11 1:22/4 1:35/20
 1:36/8 1:37/5 1:47/1
 1:49/19
additional [3]   1:11/11
 1:11/12 1:49/12
Additionally [1]   1:11/9
address [8]   1:4/8 1:4/12
 1:5/25 1:8/13 1:8/15
 1:8/23 1:23/23 1:27/17
addressed [2]   1:5/23
 1:10/6
adjourned [1]   1:54/2
advance [2]   1:46/3
 1:48/12
adverse [1]   1:13/12
advise [1]   1:19/23
advocate [1]   1:26/15
affidavit [15]   1:4/6
 1:8/9 1:8/12 1:9/24
 1:10/2 1:10/3 1:10/4
 1:10/8 1:10/9 1:11/2
 1:11/23 1:12/12 1:19/7
 1:22/11 1:43/10
affidavits [1]   1:20/1
affiliated [3]   1:14/5
 1:14/18 1:14/20
after [11]   1:3/9 1:9/13
 1:21/16 1:27/25 1:33/11
 1:40/8 1:41/21 1:49/18
 1:50/12 1:52/14 1:53/3
again [7]   1:4/9 1:6/3
 1:8/10 1:12/23 1:26/5
 1:28/11 1:34/16
agencies [5]   1:34/14
 1:34/19 1:34/20 1:35/7
 1:35/11
ago [6]   1:18/11 1:23/8

**ago...** **[4]** 1:26/23
1:31/14 1:31/17 1:34/6
**agree** **[15]** 1:11/16
1:17/12 1:23/14 1:28/25
1:29/6 1:29/7 1:29/9
1:29/21 1:33/8 1:34/9
1:34/11 1:34/12 1:35/3
1:38/25 1:39/19
**agreed** **[8]** 1:8/16 1:8/25
1:29/23 1:29/25 1:30/3
1:30/6 1:30/15 1:32/14
**agreeing** **[3]** 1:28/1
1:30/13 1:31/6
**agreement** **[14]** 1:28/15
1:29/1 1:29/8 1:29/10
1:29/13 1:30/3 1:30/12
1:30/21 1:32/3 1:32/6
1:33/8 1:36/11 1:36/24
1:44/13
**agreements** **[1]** 1:35/20
**ahead** **[5]** 1:20/17
1:34/10 1:36/18 1:37/1
1:48/20
**al** **[1]** 1:1/8
**aligned** **[1]** 1:13/12
**all** **[37]** 1:2/7 1:3/4
1:4/4 1:7/25 1:9/18
1:10/15 1:12/5 1:13/7
1:15/9 1:15/11 1:16/9
1:17/3 1:17/21 1:18/1
1:21/15 1:24/15 1:29/7
1:29/17 1:31/22 1:32/17
1:35/11 1:36/7 1:37/24
1:39/15 1:40/3 1:43/11
1:44/12 1:44/14 1:45/2
1:45/20 1:50/12 1:51/11
1:52/1 1:53/1 1:53/12
1:53/20 1:53/21
**allegation** **[1]** 1:24/25
**allegations** **[2]** 1:25/11
1:25/12
**allow** **[6]** 1:8/19 1:10/10
1:26/17 1:26/18 1:27/19
1:39/17
**already** **[2]** 1:35/13
1:40/25
**also** **[11]** 1:3/17 1:3/23
1:5/24 1:6/6 1:8/10
1:14/12 1:16/8 1:24/24
1:25/6 1:26/8 1:47/22
**alternative** **[3]** 1:6/6
1:11/25 1:39/23
**Altman** **[2]** 1:28/5 1:28/9
**am** **[12]** 1:8/25 1:9/12

1:35/4 1:36/7 1:38/7
1:42/15 1:51/5 1:55/10
1:55/12
**amenable** **[1]** 1:8/25
**American** **[1]** 1:41/13
**among** **[1]** 1:19/3
**and/or** **[1]** 1:8/12
**another** **[8]** 1:8/13
1:15/23 1:17/2 1:17/5
1:18/5 1:39/8 1:39/11
1:44/24
**answer** **[1]** 1:14/16
**answers** **[1]** 1:26/13
**any** **[32]** 1:2/7 1:2/24
1:3/6 1:3/6 1:5/21
1:6/12 1:10/21 1:11/6
1:11/17 1:12/16 1:20/20
1:20/21 1:23/10 1:23/11
1:24/17 1:25/14 1:26/13
1:28/10 1:30/3 1:31/2
1:31/3 1:33/11 1:36/5
1:39/7 1:40/10 1:44/10
1:45/16 1:45/20 1:46/5
1:52/10 1:52/13 1:55/11
**anybody** **[1]** 1:5/13
**anything** **[5]** 1:11/18
1:16/17 1:33/19 1:42/17
1:45/10
**apologize** **[3]** 1:9/21
1:16/24 1:52/18
**apparently** **[1]** 1:48/7
**appearances** **[2]** 1:1/14
1:3/12
**application** **[2]** 1:25/6
1:25/10
**appropriate** **[4]** 1:36/1
1:39/1 1:44/1 1:45/15
**approved** **[1]** 1:16/6
**approximately** **[2]** 1:23/8
1:31/18
**April** **[6]** 1:28/23
1:29/16 1:29/18 1:30/12
1:31/19 1:31/19
**April 10th** **[1]** 1:31/19
**April 24th** **[3]** 1:28/23
1:29/16 1:29/18
**April 26th** **[1]** 1:30/12
**April 4th** **[1]** 1:31/19
**are** **[36]** 1:2/15 1:2/17
1:4/7 1:5/6 1:6/2 1:9/5
1:11/15 1:12/21 1:14/20
1:17/23 1:18/3 1:18/22
1:19/14 1:22/22 1:24/6
1:24/7 1:25/5 1:26/12

1:29/17 1:31/6 1:31/6
1:31/21 1:33/13 1:42/10
1:42/16 1:44/22 1:45/19
1:46/4 1:50/10 1:51/3
1:51/3 1:51/3 1:52/13
**area** **[1]** 1:2/16
**argue** **[1]** 1:18/6
**argued** **[1]** 1:18/3
**argument** **[6]** 1:38/2
1:47/4 1:47/17 1:47/18
1:48/10 1:52/13
**Arnie** **[2]** 1:26/9 1:26/12
**around** **[1]** 1:37/6
**as** **[68]**
**ASHLEY** **[3]** 1:1/23 1:3/23
1:3/25
**aside** **[1]** 1:26/6
**ask** **[11]** 1:6/15 1:10/16
1:11/10 1:14/11 1:21/8
1:24/14 1:25/11 1:38/1
1:48/11 1:49/17 1:51/2
**asked** **[15]** 1:4/25 1:5/3
1:6/6 1:6/11 1:8/10
1:11/9 1:16/14 1:26/22
1:28/25 1:29/21 1:38/19
1:39/21 1:41/22 1:45/21
1:48/6
**asking** **[29]** 1:22/2
1:22/3 1:22/5 1:26/7
1:26/12 1:35/12 1:37/8
1:37/21 1:38/23 1:38/25
1:39/2 1:39/17 1:39/22
1:39/23 1:40/3 1:40/20
1:40/21 1:42/10 1:42/13
1:42/13 1:42/25 1:43/21
1:44/4 1:44/5 1:44/8
1:46/8 1:50/13 1:50/24
1:53/8
**asserted** **[1]** 1:32/21
**asserting** **[1]** 1:25/13
**assertion** **[1]** 1:6/4
**assertions** **[1]** 1:33/3
**assistant** **[1]** 1:15/13
**associate** **[1]** 1:30/8
**associated** **[1]** 1:22/3
**attached** **[2]** 1:29/20
1:45/1
**attachments** **[1]** 1:29/16
**attempt** **[1]** 1:25/3
**attempts** **[1]** 1:39/8
**attending** **[1]** 1:22/4
**attorney** **[7]** 1:3/23
1:3/25 1:16/6 1:18/6
1:32/20 1:32/22 1:33/13

**A**

**attorney's [5]**   1:21/20
 1:21/25 1:22/2 1:22/3
 1:22/7
**attorney-client [3]**
 1:32/20 1:32/22 1:33/13
**attorneys' [1]**   1:34/25
**authority [8]**   1:40/10
 1:40/13 1:41/1 1:41/4
 1:48/2 1:49/5 1:53/7
 1:53/10
**authorized [1]**   1:8/6
**available [14]**   1:4/6
 1:4/7 1:5/6 1:5/22 1:6/3
 1:6/8 1:6/16 1:11/15
 1:12/11 1:12/25 1:13/6
 1:13/8 1:17/23 1:17/24
**Aviles [3]**   1:1/25
 1:55/20 1:55/21
**award [1]**   1:21/20
**away [1]**   1:51/3

**B**

**back [14]**   1:6/12 1:12/22
 1:16/18 1:23/13 1:26/2
 1:28/3 1:28/14 1:28/24
 1:30/20 1:30/25 1:44/9
 1:44/9 1:45/24 1:51/6
**back-and-forth [1]**
 1:30/20
**background [3]**   1:4/16
 1:15/20 1:48/14
**baked [1]**   1:33/20
**bare [1]**   1:20/3
**Barry [2]**   1:5/13 1:26/12
**based [2]**   1:34/7 1:50/24
**basic [7]**   1:28/25 1:29/5
 1:29/5 1:29/7 1:29/10
 1:29/11 1:30/14
**basically [4]**   1:12/18
 1:17/22 1:24/10 1:43/8
**be [73]**
**beach [8]**   1:1/17 1:2/22
 1:13/17 1:14/6 1:14/13
 1:14/19 1:14/21 1:37/14
**bear [1]**   1:17/16
**because [39]**   1:5/3 1:5/8
 1:10/17 1:11/5 1:12/3
 1:12/19 1:13/12 1:18/5
 1:18/25 1:19/13 1:20/11
 1:21/13 1:23/16 1:23/21
 1:23/22 1:23/25 1:25/20
 1:26/6 1:28/9 1:29/9
 1:29/11 1:32/22 1:33/5
 1:34/14 1:36/11 1:38/7

**been [18]**   1:3/5 1:4/5
 1:7/3 1:10/6 1:11/8
 1:19/20 1:19/22 1:20/2
 1:27/14 1:29/15 1:30/9
 1:30/9 1:35/6 1:35/15
 1:39/15 1:46/22 1:46/22
 1:50/13
**before [23]**   1:1/4 1:2/13
 1:5/2 1:5/14 1:5/16
 1:6/21 1:9/21 1:15/16
 1:17/18 1:20/6 1:23/22
 1:26/2 1:34/16 1:35/22
 1:36/9 1:40/8 1:46/7
 1:47/4 1:49/19 1:49/24
 1:49/25 1:50/12 1:50/22
**behalf [4]**   1:3/22 1:6/18
 1:40/13 1:40/22
**behind [1]**   1:5/17
**behooves [1]**   1:9/2
**being [6]**   1:18/16
 1:18/18 1:24/19 1:26/7
 1:34/7 1:39/12
**belief [1]**   1:16/13
**believe [5]**   1:8/4 1:10/5
 1:10/17 1:11/20 1:33/1
**Ben [16]**   1:2/12 1:3/22
 1:5/9 1:5/15 1:6/22
 1:23/17 1:26/8 1:27/5
 1:28/6 1:37/15 1:38/24
 1:39/3 1:39/12 1:41/6
 1:42/18 1:43/7
**Ben-David [1]**   1:3/22
**benefit [1]**   1:16/7
**besides [1]**   1:50/17
**best [5]**   1:14/16 1:24/2
 1:53/9 1:53/16 1:55/5
**Beth [32]**   1:6/24 1:6/24
 1:7/2 1:7/5 1:8/4 1:8/7
 1:8/19 1:8/25 1:9/14
 1:13/24 1:13/24 1:14/1
 1:15/2 1:15/14 1:15/20
 1:15/23 1:16/3 1:16/4
 1:16/9 1:16/12 1:16/13
 1:16/17 1:17/15 1:18/17
 1:19/15 1:20/10 1:20/20
 1:24/24 1:25/2 1:25/5
 1:32/16 1:43/22
**better [1]**   1:50/19
**between [4]**   1:8/23
 1:24/2 1:30/20 1:36/24

**beyond [2]**   1:39/22 1:55/5
**bit [3]**   1:4/10 1:49/19
 1:53/13
**blackout [1]**   1:5/2
**blanks [1]**   1:19/13
**blocks [1]**   1:17/10
**bodies [1]**   1:32/14
**borne [1]**   1:19/8
**both [17]**   1:2/14 1:2/18
 1:2/23 1:4/14 1:5/5
 1:6/2 1:6/2 1:12/7
 1:12/9 1:17/13 1:18/2
 1:23/17 1:37/9 1:38/25
 1:47/19 1:53/17 1:53/17
**bottom [1]**   1:11/21
**Boulevard [1]**   1:1/16
**bound [1]**   1:23/14
**brief [2]**   1:46/1 1:47/3
**briefing [2]**   1:4/18
 1:49/18
**brings [1]**   1:46/13
**brought [1]**   1:37/12
**bunch [1]**   1:37/7

**C**

**calendar [1]**   1:50/3
**call [6]**   1:4/19 1:6/15
 1:6/16 1:7/4 1:11/10
 1:13/24
**called [3]**   1:15/14
 1:15/24 1:28/12
**calling [1]**   1:45/25
**can [36]**   1:12/17 1:12/21
 1:19/12 1:23/3 1:24/2
 1:26/2 1:27/15 1:27/17
 1:29/18 1:30/2 1:30/22
 1:31/3 1:31/5 1:31/8
 1:31/8 1:31/12 1:33/3
 1:33/8 1:36/1 1:36/17
 1:38/6 1:38/25 1:40/18
 1:40/19 1:42/2 1:42/4
 1:43/11 1:49/8 1:49/9
 1:49/10 1:50/4 1:50/23
 1:51/1 1:52/15 1:53/1
 1:53/4
**can't [3]**   1:13/8 1:17/12
 1:32/12
**cancellation [1]**   1:9/14
**cannot [2]**   1:39/9
 1:50/15
**career [3]**   1:40/3 1:43/3
 1:43/6
**case [27]**   1:2/11 1:12/4
 1:17/2 1:18/4 1:18/6
 1:19/17 1:21/23 1:22/20

**C**

case... [19]   1:22/21
  1:22/23 1:23/21 1:25/12
  1:26/8 1:28/10 1:30/13
  1:33/5 1:36/12 1:37/24
  1:38/10 1:41/1 1:41/2
  1:42/19 1:44/4 1:48/1
  1:49/5 1:50/17 1:53/14
cases [2]   1:18/3 1:18/8
cause [1]   1:15/15
caused [1]   1:6/24
caveat [1]   1:33/18
CENTER [2]   1:1/8 1:3/22
certain [1]   1:35/1
certainly [2]   1:2/21
  1:20/16
certificate [2]   1:44/19
  1:55/3
certify [2]   1:55/4
  1:55/10
chance [1]   1:40/2
changes [2]   1:30/7
  1:30/9
characterizations [1]
  1:6/17
check [1]   1:32/17
circulated [1]   1:27/14
circumstance [2]   1:6/2
  1:42/18
cite [1]   1:5/24
City [2]   1:10/20 1:15/24
claim [1]   1:33/13
claims [1]   1:45/2
clarify [1]   1:2/23
clarity [2]   1:30/18
  1:31/17
CLARK [5]   1:1/22 1:3/21
  1:51/2 1:51/3 1:51/11
clear [3]   1:16/4 1:28/7
  1:49/4
Clearly [1]   1:42/21
clerk [2]   1:48/6 1:48/14
clerked [1]   1:49/15
client [7]   1:26/16
  1:32/20 1:32/22 1:33/13
  1:41/11 1:41/11 1:42/21
clients [5]   1:3/1 1:3/2
  1:3/9 1:26/19 1:26/21
close [2]   1:10/17
  1:28/14
cognizable [2]   1:38/4
  1:38/6
come [7]   1:28/10 1:34/16
  1:40/23 1:44/9 1:44/9
  1:47/4 1:51/6

comes [1]   1:36/11
coming [2]   1:5/22
  1:23/19
comment [1]   1:9/25
Commission [1]   1:41/13
committee [1]   1:15/16
communication [1]   1:11/6
communications [4]
  1:10/23 1:24/18 1:24/22
  1:32/22
company [3]   1:40/18
  1:40/19 1:40/21
compel [4]   1:26/3
  1:37/13 1:40/10 1:40/21
compelled [1]   1:18/15
complained [1]   1:34/1
complaint [2]   1:19/2
  1:34/14
complete [2]   1:39/16
  1:46/7
completed [1]   1:49/18
completely [3]   1:6/9
  1:39/13 1:43/6
completion [3]   1:39/15
  1:44/19 1:45/5
compliance [2]   1:26/18
  1:44/12
comply [2]   1:42/11
  1:43/1
complying [1]   1:44/12
concepts [1]   1:30/14
concern [4]   1:2/19
  1:12/19 1:38/13 1:40/7
concerned [5]   1:12/20
  1:19/15 1:32/19 1:42/21
  1:53/7
concerns [3]   1:2/24
  1:3/6 1:19/16
conclusory [1]   1:5/22
concurrent [1]   1:5/7
concurrently [1]   1:23/14
conditionally [1]
  1:18/21
conducted [1]   1:29/4
confer [2]   1:6/13
  1:25/24
conferrals [1]   1:5/11
confidential [7]   1:29/1
  1:29/2 1:29/22 1:29/22
  1:30/1 1:30/1 1:32/11
confidentiality [17]
  1:22/23 1:23/12 1:23/13
  1:27/12 1:28/7 1:28/8
  1:28/21 1:29/13 1:30/21
  1:33/8 1:33/25 1:34/3

comes [1]   1:36/11
coming [2]   1:34/22
  1:36/10 1:36/24
Confidentially [1]
  1:34/24
confirm [1]   1:18/22
confirming [1]   1:19/9
conflating [2]   1:45/23
  1:46/12
conflict [2]   1:6/13
  1:18/13
conflicts [1]   1:17/8
confusing [1]   1:13/20
connection [2]   1:10/24
  1:22/7
conscience [1]   1:26/15
contact [10]   1:11/11
  1:11/17 1:19/19 1:20/10
  1:20/10 1:20/14 1:20/20
  1:20/21 1:20/25 1:25/23
contained [1]   1:30/7
contending [1]   1:6/22
continue [2]   1:11/22
  1:43/5
contract [9]   1:41/12
  1:42/11 1:42/11 1:43/24
  1:44/1 1:44/9 1:44/14
  1:46/25 1:47/1
contractual [2]   1:41/10
  1:45/18
contradicting [1]   1:10/3
contradicts [1]   1:10/8
contrary [2]   1:6/9
  1:39/5
contravene [1]   1:20/2
control [1]   1:10/20
conversation [3]   1:10/2
  1:10/7 1:10/11
conversations [2]
  1:10/13 1:10/17
convey [1]   1:3/8
coordinate [1]   1:5/4
correct [8]   1:12/6
  1:12/13 1:18/15 1:21/11
  1:32/9 1:44/14 1:52/6
  1:55/4
correctly [1]   1:37/12
corresponded [1]   1:6/11
correspondence [2]
  1:11/6 1:24/15
cost [1]   1:22/7
costs [4]   1:21/20
  1:21/25 1:22/2 1:22/3
could [6]   1:5/24 1:11/25
  1:22/10 1:29/24 1:30/11
  1:48/11

**C**

couldn't [1]   1:29/9
counsel [18]   1:3/13
 1:5/9 1:7/4 1:8/1
 1:10/13 1:10/23 1:11/6
 1:11/18 1:13/1 1:16/4
 1:16/8 1:20/3 1:20/20
 1:23/17 1:26/9 1:44/17
 1:44/25 1:55/10
Counsel's [1]   1:17/23
counts [1]   1:19/2
couple [4]   1:18/15
 1:34/6 1:37/8 1:50/22
course [4]   1:3/1 1:8/17
 1:46/18 1:50/16
court [34]   1:1/2 1:1/25
 1:2/4 1:8/14 1:9/2
 1:9/25 1:10/9 1:10/12
 1:10/22 1:10/25 1:11/1
 1:11/20 1:19/20 1:33/2
 1:33/5 1:35/10 1:35/12
 1:37/13 1:38/14 1:38/23
 1:39/17 1:39/23 1:40/10
 1:42/10 1:42/25 1:47/24
 1:49/4 1:49/5 1:49/15
 1:49/16 1:49/20 1:50/18
 1:55/7 1:55/21
Court's [3]   1:34/17
 1:37/19 1:54/1
courteous [1]   1:19/22
covered [1]   1:27/24
create [1]   1:37/20
credentialed [2]   1:15/17
 1:18/16
credentialing [1]   1:19/4
credentials [1]   1:15/16
criminal [1]   1:49/22
cross [1]   1:17/13
cross-noticing [1]
 1:17/13
CRR [2]   1:1/25 1:55/21
CSR [2]   1:1/25 1:55/21
cut [1]   1:36/19
CV [1]   1:1/7

**D**

date [7]   1:5/5 1:17/5
 1:18/7 1:21/18 1:26/1
 1:55/8 1:55/16
dates [16]   1:4/7 1:5/4
 1:6/6 1:11/11 1:11/12
 1:11/13 1:11/15 1:11/16
 1:11/25 1:12/21 1:13/4
 1:16/21 1:16/25 1:17/9
 1:18/11 1:20/18

David [14]   1:2/12 1:3/22
 1:5/9 1:5/15 1:23/17
 1:26/8 1:27/5 1:37/15
 1:38/24 1:39/3 1:39/12
 1:41/6 1:42/18 1:43/7
David's [2]   1:6/22
 1:28/6
day [7]   1:17/3 1:31/21
 1:47/7 1:49/10 1:52/12
 1:52/15 1:52/24
days [13]   1:19/20 1:23/8
 1:26/23 1:31/14 1:31/17
 1:31/18 1:31/22 1:33/9
 1:38/11 1:48/13 1:49/12
 1:49/18 1:50/22
deal [2]   1:21/14 1:28/5
decision [1]   1:19/6
declaration [9]   1:4/15
 1:4/17 1:4/24 1:5/21
 1:6/22 1:8/3 1:8/5 1:9/3
 1:16/10
declaration's [1]   1:5/20
defendant [3]   1:42/19
 1:44/4 1:46/2
Defendants [2]   1:1/9
 1:1/20
deference [1]   1:8/19
deficiencies [1]   1:25/22
deficient [1]   1:24/6
definitely [2]   1:7/21
 1:27/19
definition [1]   1:29/23
demand [1]   1:8/7
denied [3]   1:25/7
 1:36/23 1:47/8
deny [1]   1:21/8
depend [2]   1:16/19
 1:34/4
depose [13]   1:5/9 1:8/22
 1:10/11 1:10/16 1:12/5
 1:12/7 1:12/9 1:12/21
 1:17/18 1:17/22 1:21/24
 1:26/8 1:26/21
deposed [9]   1:4/25
 1:5/14 1:5/14 1:5/14
 1:6/4 1:8/14 1:8/18
 1:26/13 1:26/17
deposing [1]   1:23/22
deposition [18]   1:4/5
 1:5/5 1:6/1 1:9/1 1:9/23
 1:11/2 1:11/5 1:11/16
 1:11/22 1:13/6 1:16/20
 1:17/13 1:17/14 1:18/7
 1:20/5 1:20/6 1:20/9
 1:21/18

depositions [1]   1:23/16
described [1]   1:48/10
designation [1]   1:29/21
designations [1]   1:29/1
desire [1]   1:33/6
determine [4]   1:30/8
 1:36/22 1:38/5 1:53/3
dictate [2]   1:37/15
 1:39/23
did [14]   1:11/12 1:15/7
 1:15/8 1:15/9 1:18/25
 1:20/17 1:23/10 1:24/20
 1:25/16 1:25/16 1:28/8
 1:29/10 1:45/10 1:52/19
didn't [5]   1:19/18
 1:24/17 1:29/6 1:33/21
 1:36/19
different [1]   1:30/5
directed [1]   1:9/23
director [24]   1:37/14
 1:37/17 1:38/24 1:39/4
 1:39/5 1:39/9 1:39/12
 1:39/18 1:39/21 1:39/24
 1:41/5 1:41/6 1:41/7
 1:42/23 1:43/2 1:44/5
 1:44/18 1:45/7 1:45/25
 1:46/4 1:46/5 1:46/9
 1:47/1 1:48/2
disagree [3]   1:4/12
 1:6/17 1:7/1
disclose [3]   1:2/14
 1:3/2 1:32/25
disclosed [1]   1:29/24
discoverable [1]   1:34/2
discovery [10]   1:2/10
 1:17/5 1:23/7 1:26/3
 1:26/21 1:27/9 1:34/5
 1:35/11 1:35/21 1:35/23
discussion [4]   1:4/23
 1:15/20 1:37/4 1:37/9
discussions [4]   1:5/8
 1:16/3 1:28/21 1:37/23
dismiss [1]   1:17/5
dispute [7]   1:26/3
 1:28/2 1:35/18 1:42/12
 1:43/24 1:45/18 1:45/20
disputes [3]   1:31/3
 1:31/3 1:31/7
DISTRICT [6]   1:1/2 1:1/3
 1:2/4 1:2/5 1:55/7
 1:55/7
do [43]   1:3/10 1:4/9
 1:5/17 1:8/21 1:12/4
 1:13/6 1:14/15 1:16/23
 1:20/19 1:22/20 1:25/25

**do... [32]**   1:29/14
1:30/19 1:30/22 1:31/2
1:31/2 1:31/2 1:32/15
1:32/21 1:33/3 1:33/4
1:34/15 1:38/12 1:38/17
1:40/13 1:40/19 1:40/21
1:41/1 1:42/2 1:42/17
1:43/18 1:43/22 1:46/6
1:48/4 1:48/6 1:49/1
1:49/4 1:49/7 1:50/11
1:51/1 1:52/19 1:53/9
1:53/10
**doctor [6]**   1:13/19
1:13/23 1:15/11 1:40/25
1:43/24 1:43/25
**doctors [6]**   1:2/14
1:2/15 1:2/17 1:2/17
1:3/5 1:14/18
**document [5]**   1:24/14
1:26/18 1:27/9 1:41/24
1:49/2
**documentation [1]**
1:47/13
**documents [47]**   1:7/3
1:7/4 1:11/7 1:17/16
1:17/18 1:18/22 1:18/23
1:19/8 1:23/10 1:23/11
1:23/15 1:24/1 1:24/7
1:24/9 1:24/9 1:24/17
1:25/2 1:25/12 1:25/14
1:26/4 1:27/6 1:29/3
1:29/3 1:29/4 1:29/24
1:30/1 1:30/4 1:30/14
1:31/13 1:32/7 1:32/10
1:32/16 1:32/18 1:33/12
1:33/12 1:33/21 1:34/7
1:34/13 1:34/18 1:34/20
1:35/15 1:35/25 1:42/6
1:44/22 1:44/24 1:45/5
1:52/11
**does [5]**   1:5/25 1:6/4
1:12/20 1:33/15 1:40/10
**doesn't [14]**   1:5/21
1:13/14 1:15/5 1:16/16
1:17/6 1:19/18 1:21/23
1:21/24 1:28/13 1:34/4
1:34/23 1:42/9 1:44/2
1:44/11
**doing [3]**   1:35/22
1:44/14 1:50/17
**don't [41]**   1:2/17 1:3/6
1:3/6 1:7/6 1:7/17
1:7/24 1:8/22 1:9/6
1:11/25 1:14/14 1:20/20

1:22/1 1:22/18 1:22/18
1:23/23 1:24/11 1:25/13
1:26/6 1:26/13 1:32/12
1:33/1 1:33/3 1:33/23
1:34/16 1:35/19 1:36/4
1:36/4 1:36/8 1:37/18
1:37/23 1:41/2 1:42/16
1:44/5 1:44/10 1:44/10
1:46/20 1:47/6 1:47/12
1:47/16 1:52/1 1:52/7
**done [9]**   1:12/1 1:16/11
1:18/8 1:27/16 1:30/11
1:43/25 1:44/1 1:44/6
1:52/15
**double [1]**   1:32/17
**double-check [1]**   1:32/17
**down [3]**   1:5/5 1:36/21
1:37/9
**Dr [2]**   1:10/22 1:43/17
**Dr. [79]**
**Dr. Ben-David [12]**
1:2/12 1:5/9 1:5/15
1:23/17 1:26/8 1:37/15
1:38/24 1:39/3 1:39/12
1:41/6 1:42/18 1:43/7
**Dr. Ben-David's [2]**
1:6/22 1:28/6
**Dr. Finkelstein [14]**
1:3/16 1:3/18 1:13/12
1:15/12 1:18/16 1:23/22
1:34/1 1:39/10 1:40/2
1:40/23 1:43/9 1:44/16
1:44/21 1:45/2
**Dr. Finkelstein's [1]**
1:34/14
**Dr. Goodman [46]**   1:4/5
1:4/14 1:4/17 1:4/19
1:4/22 1:5/7 1:5/13
1:6/8 1:6/9 1:6/11
1:6/15 1:6/18 1:6/21
1:8/5 1:8/8 1:8/12
1:8/18 1:8/20 1:9/15
1:10/3 1:10/4 1:10/12
1:10/15 1:10/24 1:11/10
1:11/11 1:11/23 1:12/6
1:12/8 1:12/9 1:12/11
1:12/21 1:15/15 1:15/21
1:16/10 1:16/14 1:16/15
1:17/18 1:18/21 1:19/5
1:19/25 1:25/4 1:43/8
1:43/8 1:43/9 1:43/12
**Dr. Goodman's [2]**
1:16/20 1:43/10
**Dr. Kfir [1]**   1:3/22
**Dr. Paige [1]**   1:6/25

**draft [2]**   1:27/11
1:28/22 1:30/5
**drafted [1]**   1:45/7
**due [1]**   1:23/9
**during [9]**   1:4/22 1:6/13
1:15/9 1:15/11 1:16/9
1:32/2 1:41/18 1:44/15
1:44/15
**duty [7]**   1:49/22 1:49/23
1:49/24 1:49/25 1:50/1
1:50/6 1:50/22

**E**

**each [1]**   1:31/24
**early [1]**   1:26/8
**earn [1]**   1:19/11
**easier [1]**   1:4/11
**easily [1]**   1:52/15
**Education's [1]**   1:41/14
**EEOC [4]**   1:24/15 1:32/10
1:34/2 1:35/14
**effect [3]**   1:5/1 1:6/8
1:32/24
**efficient [1]**   1:53/14
**either [7]**   1:15/6 1:20/9
1:24/13 1:25/25 1:33/13
1:34/25 1:43/25
**electronic [2]**   1:1/12
1:55/6
**else [6]**   1:10/10 1:11/25
1:33/19 1:36/20 1:40/24
1:40/25
**email [1]**   1:25/9
**emails [5]**   1:6/8 1:12/25
1:13/4 1:25/5 1:29/17
**employed [4]**   1:10/18
1:10/19 1:19/10 1:55/11
**employer [3]**   1:20/11
1:20/13 1:40/11
**employment [1]**   1:19/5
**end [1]**   1:47/6
**engage [1]**   1:37/22
**enjoin [3]**   1:37/19
1:38/14 1:38/18
**enlisted [1]**   1:15/12
**enter [2]**   1:41/4 1:46/9
**entered [5]**   1:23/12
1:23/15 1:28/5 1:28/9
1:29/9
**entering [1]**   1:47/25
**entertain [1]**   1:53/10
**entire [4]**   1:37/24
1:41/18 1:49/23 1:52/12
**entitled [10]**   1:34/18
1:34/19 1:34/24 1:35/7

**E**

entitled... **[6]**   1:35/10
  1:41/17 1:42/6 1:42/22
  1:45/5 1:45/6
equitable **[1]**   1:41/3
Erica **[2]**   1:8/2 1:16/7
especially **[1]**   1:21/23
ESQ **[5]**   1:1/17 1:1/18
  1:1/22 1:1/22 1:1/23
essentially **[2]**   1:40/11
  1:50/13
et **[1]**   1:1/8
ethically **[1]**   1:3/10
evaluation **[6]**   1:41/17
  1:41/18 1:41/20 1:42/8
  1:44/18 1:45/4
evaluations **[2]**   1:46/14
  1:46/15
even **[8]**   1:19/9 1:21/24
  1:23/21 1:29/10 1:29/11
  1:37/18 1:43/6 1:46/1
events **[1]**   1:4/14
ever **[2]**   1:29/8 1:39/14
every **[3]**   1:33/20 1:41/7
  1:42/5
everybody **[1]**   1:9/2
everyone **[3]**   1:12/20
  1:12/22 1:53/22
everything **[3]**   1:7/21
  1:10/10 1:30/11
evidence **[3]**   1:24/19
  1:28/23 1:38/7
evidentiary **[2]**   1:47/7
  1:52/25
ex **[1]**   1:10/23
exactly **[4]**   1:29/18
  1:37/9 1:38/14 1:49/21
example **[2]**   1:24/14
  1:25/11
except **[2]**   1:25/3
  1:26/13
excited **[1]**   1:18/23
Excuse **[2]**   1:7/14 1:7/14
executed **[1]**   1:4/17
expect **[2]**   1:19/23
  1:34/15
expecting **[2]**   1:47/18
  1:47/22
explain **[4]**   1:6/13
  1:6/15 1:7/20 1:13/20
expressed **[1]**   1:12/14
extender **[3]**   1:15/13
  1:18/18 1:18/19
extension **[1]**   1:23/9
extensions **[1]**   1:31/24

**F**

facing **[1]**   1:39/10
fact **[3]**   1:12/14 1:21/16
  1:45/20
factually **[1]**   1:37/10
fair **[2]**   1:3/4 1:40/2
false **[3]**   1:8/6 1:9/2
  1:9/17
far **[5]**   1:19/15 1:21/25
  1:32/19 1:42/21 1:43/6
father **[1]**   1:2/14
faulty **[1]**   1:46/12
favorable **[1]**   1:17/17
Federal **[1]**   1:28/22
feel **[5]**   1:18/15 1:26/20
  1:52/2 1:52/6 1:52/11
fees **[5]**   1:21/20 1:21/25
  1:22/2 1:22/3 1:22/7
few **[2]**   1:7/20 1:33/9
file **[9]**   1:8/6 1:9/13
  1:32/21 1:32/24 1:48/22
  1:49/2 1:49/7 1:49/8
  1:49/9
filed **[7]**   1:4/17 1:8/3
  1:8/5 1:16/10 1:22/8
  1:33/21 1:45/10
filing **[2]**   1:22/4
  1:51/22
fill **[1]**   1:19/13
finalizing **[1]**   1:30/21
finally **[1]**   1:24/1
financially **[1]**   1:55/13
fine **[6]**   1:12/15 1:48/25
  1:51/12 1:51/25 1:51/25
  1:52/16
fingertips **[1]**   1:41/3
FINKELSTEIN **[19]**   1:1/5
  1:2/11 1:3/16 1:3/18
  1:6/25 1:13/12 1:13/13
  1:15/12 1:18/16 1:23/22
  1:34/1 1:39/10 1:40/2
  1:40/23 1:43/9 1:43/17
  1:44/16 1:44/21 1:45/2
Finkelstein's **[1]**
  1:34/14
firm **[2]**   1:3/23 1:18/6
firms **[1]**   1:18/3
first **[7]**   1:4/12 1:6/5
  1:11/17 1:13/7 1:18/10
  1:53/1 1:53/6
five **[4]**   1:48/13 1:52/4
  1:52/5 1:52/8
flag **[1]**   1:25/20

**FLORIDA [7]**   1:1/2 1:1/8
  1:1/11 1:1/17 1:1/21
  1:2/5 1:55/7
focused **[1]**   1:53/16
following **[2]**   1:50/1
  1:51/18
foregoing **[1]**   1:55/4
former **[1]**   1:20/10
forth **[3]**   1:23/13
  1:28/24 1:30/20
forthcoming **[1]**   1:4/20
forward **[10]**   1:9/1
  1:21/23 1:22/20 1:22/21
  1:31/9 1:33/5 1:33/16
  1:36/12 1:36/24 1:40/3
forwarded **[1]**   1:42/1
foundational **[1]**   1:29/10
four **[4]**   1:17/10 1:17/13
  1:30/14 1:49/11
four-hour **[1]**   1:17/10
FR **[1]**   1:28/22
framed **[1]**   1:47/23
free **[1]**   1:37/24
free-for-all **[1]**   1:37/24
Friday **[2]**   1:1/11 1:2/1
front **[1]**   1:27/7
FUMERO **[1]**   1:1/16
furnish **[2]**   1:38/24
  1:41/7
further **[3]**   1:12/16
  1:55/10 1:55/12

**G**

GABRIELLE **[2]**   1:1/18
  1:3/17
Gardens **[1]**   1:1/17
gave **[2]**   1:18/5 1:20/23
general **[10]**   1:5/9
  1:16/8 1:23/16 1:26/9
  1:35/2 1:36/2 1:41/22
  1:42/3 1:45/1 1:45/2
gentlemen **[1]**   1:2/7
GERSON **[1]**   1:1/16
get **[40]**   1:2/13 1:3/12
  1:6/19 1:6/25 1:7/2
  1:7/3 1:7/12 1:11/20
  1:12/21 1:15/13 1:15/17
  1:16/18 1:16/18 1:17/18
  1:20/6 1:20/17 1:20/18
  1:23/10 1:25/1 1:25/3
  1:25/12 1:25/13 1:25/16
  1:25/16 1:26/1 1:26/13
  1:27/5 1:27/6 1:28/13
  1:30/22 1:31/3 1:31/5
  1:32/3 1:35/23 1:36/12

**G**

**get... [5]** 1:36/13
1:41/20 1:41/23 1:50/11
1:53/10
**gets [4]** 1:23/2 1:23/15
1:39/20 1:53/12
**getting [4]** 1:20/8
1:26/4 1:26/17 1:43/6
**give [9]** 1:5/21 1:7/17
1:8/11 1:9/14 1:37/19
1:41/1 1:41/23 1:48/1
1:53/7
**given [4]** 1:11/25
1:21/17 1:43/13 1:46/22
**gives [1]** 1:50/21
**giving [2]** 1:26/21
1:43/1
**gladly [1]** 1:32/15
**global [1]** 1:24/7
**go [15]** 1:9/1 1:12/16
1:16/24 1:20/17 1:30/8
1:34/10 1:35/1 1:36/18
1:37/1 1:43/2 1:45/24
1:48/20 1:51/24 1:53/4
1:53/15
**goes [1]** 1:41/8
**going [37]** 1:8/22 1:8/23
1:9/16 1:12/3 1:13/24
1:14/25 1:16/17 1:16/18
1:17/16 1:17/22 1:18/5
1:19/1 1:19/21 1:19/24
1:21/18 1:24/5 1:26/2
1:26/10 1:27/4 1:34/18
1:35/10 1:35/19 1:35/20
1:36/5 1:36/5 1:37/25
1:38/8 1:38/10 1:38/11
1:41/25 1:48/17 1:48/21
1:49/15 1:51/2 1:52/12
1:52/13 1:53/14
**GOLDBERG [42]** 1:1/20
1:1/22 1:3/21 1:3/21
1:4/9 1:7/25 1:9/25
1:10/7 1:10/22 1:11/10
1:11/14 1:11/19 1:11/21
1:12/14 1:13/5 1:18/7
1:18/11 1:19/17 1:20/16
1:20/22 1:21/6 1:21/15
1:21/24 1:22/14 1:29/8
1:29/20 1:31/4 1:31/8
1:31/14 1:32/11 1:33/15
1:34/12 1:35/9 1:35/18
1:39/6 1:39/21 1:43/11
1:45/20 1:47/15 1:48/22
1:49/11 1:50/23
**Goldberg's [2]** 1:28/19

**gone [3]** 1:24/1 1:25/24
1:28/24
**good [17]** 1:2/7 1:2/8
1:2/9 1:3/11 1:3/15
1:3/19 1:3/20 1:4/3
1:9/18 1:11/9 1:21/7
1:24/20 1:26/15 1:27/23
1:36/7 1:46/25 1:53/22
**Goodman [50]** 1:4/5
1:4/14 1:4/17 1:4/19
1:4/22 1:5/7 1:5/13
1:6/8 1:6/9 1:6/11
1:6/15 1:6/18 1:6/21
1:8/3 1:8/5 1:8/8 1:8/12
1:8/18 1:8/20 1:9/15
1:10/3 1:10/4 1:10/12
1:10/15 1:10/24 1:11/10
1:11/11 1:11/23 1:12/6
1:12/8 1:12/9 1:12/11
1:12/21 1:15/5 1:15/15
1:15/21 1:16/10 1:16/14
1:16/15 1:17/18 1:17/22
1:18/21 1:19/5 1:19/25
1:20/17 1:25/4 1:43/8
1:43/8 1:43/9 1:43/12
**Goodman's [2]** 1:16/20
1:43/10
**got [4]** 1:6/16 1:15/3
1:23/25 1:25/8
**govern [1]** 1:41/14
**governed [2]** 1:44/21
1:44/22
**Graduate [1]** 1:41/13
**graduation [1]** 1:24/4
**grant [5]** 1:12/17
1:21/13 1:49/5 1:53/10
1:53/11
**granting [1]** 1:21/22
**great [1]** 1:21/13
**group [2]** 1:2/15 1:14/18
**guess [1]** 1:20/10
**guidelines [3]** 1:42/24
1:44/20 1:45/19

**H**

**had [33]** 1:5/3 1:5/11
1:6/12 1:6/12 1:7/4
1:10/2 1:10/7 1:10/12
1:10/13 1:11/5 1:18/8
1:18/12 1:19/19 1:19/19
1:20/20 1:21/17 1:23/7
1:24/3 1:24/18 1:28/5
1:30/6 1:30/8 1:30/9
1:30/9 1:31/24 1:35/11

1:40/7 1:44/16 1:46/19
1:46/20
**half [2]** 1:52/15 1:52/24
**half-day [1]** 1:52/24
**handle [1]** 1:18/9
**happen [2]** 1:37/25
1:38/8
**happened [1]** 1:29/18
**happy [5]** 1:20/19
1:20/24 1:33/4 1:46/1
1:48/4
**hard [1]** 1:26/16
**harm [2]** 1:43/4 1:43/5
**HARRIS [1]** 1:1/16
**has [26]** 1:2/13 1:4/5
1:8/4 1:8/7 1:10/25
1:10/25 1:12/14 1:15/21
1:16/9 1:17/15 1:18/7
1:19/20 1:25/21 1:27/11
1:29/14 1:32/11 1:33/19
1:34/1 1:35/6 1:36/1
1:39/6 1:39/15 1:40/2
1:43/4 1:43/6 1:49/5
**hasn't [2]** 1:43/25
1:43/25
**have [117]**
**haven't [1]** 1:30/25
**having [5]** 1:5/8 1:10/23
1:26/15 1:37/24 1:49/15
**he [68]**
**he'd [1]** 1:4/25
**he's [32]** 1:4/6 1:5/17
1:5/21 1:6/15 1:10/12
1:10/13 1:10/15 1:10/23
1:11/3 1:11/23 1:11/24
1:11/24 1:12/25 1:13/8
1:13/9 1:13/11 1:13/11
1:13/12 1:17/13 1:17/22
1:18/12 1:26/10 1:35/22
1:37/24 1:42/21 1:43/13
1:44/4 1:44/6 1:45/23
1:45/25 1:46/12 1:51/2
**head [1]** 1:37/6
**health [2]** 1:14/8 1:16/2
**hear [8]** 1:9/19 1:27/19
1:30/19 1:38/6 1:43/18
1:45/14 1:47/18 1:47/22
**heard [9]** 1:5/16 1:11/17
1:18/10 1:20/3 1:23/3
1:28/3 1:28/13 1:30/25
1:40/8
**hearing [36]** 1:2/11
1:3/3 1:3/9 1:4/20 1:5/2
1:5/10 1:8/24 1:9/13

**H**

**hearing... [28]**    1:17/5
 1:17/5  1:19/13  1:19/19
 1:19/20  1:20/6  1:22/4
 1:22/8  1:23/4  1:23/19
 1:23/20  1:23/22  1:23/25
 1:26/6  1:29/15  1:33/7
 1:37/2  1:37/11  1:38/9
 1:38/20  1:47/7  1:48/5
 1:48/12  1:51/17  1:52/9
 1:52/25  1:52/25  1:55/12
**hearings [3]**    1:17/2
 1:17/4  1:18/2
**help [1]**    1:15/12
**her [38]**    1:15/15  1:15/15
 1:15/16  1:15/17  1:15/20
 1:18/23  1:18/24  1:19/1
 1:19/6  1:19/9  1:24/15
 1:25/2  1:25/6  1:25/7
 1:37/16  1:39/14  1:39/17
 1:40/3  1:40/3  1:41/18
 1:41/18  1:41/23  1:42/2
 1:42/22  1:43/1  1:43/3
 1:43/5  1:44/11  1:44/16
 1:44/17  1:45/4  1:45/8
 1:45/9  1:45/10  1:46/15
 1:46/16  1:46/19  1:46/22
**here [9]**    1:2/10  1:2/10
 1:12/22  1:15/12  1:18/16
 1:19/13  1:28/20  1:41/3
 1:42/18
**highly [4]**    1:29/2
 1:29/22  1:30/1  1:42/18
**him [24]**    1:4/22  1:5/2
 1:5/4  1:6/11  1:6/15
 1:7/18  1:8/12  1:8/22
 1:10/9  1:10/11  1:10/16
 1:10/16  1:10/21  1:11/10
 1:12/15  1:13/6  1:13/8
 1:16/17  1:21/24  1:26/12
 1:29/21  1:33/25  1:39/22
 1:44/5
**hire [1]**    1:43/9
**his [29]**    1:4/6  1:4/14
 1:5/5  1:5/12  1:5/19
 1:6/4  1:6/22  1:7/20
 1:9/24  1:10/4  1:10/10
 1:10/11  1:12/12  1:15/12
 1:16/11  1:16/16  1:18/8
 1:18/13  1:18/13  1:19/7
 1:20/1  1:20/10  1:20/13
 1:28/12  1:31/14  1:35/23
 1:41/18  1:48/23  1:49/19
**history [2]**    1:45/13
 1:45/14

**holding [1]**    1:30/13
**holdup [1]**    1:31/15
**honest [1]**    1:25/15
**Honor [42]**    1:2/8  1:2/25
 1:3/15  1:3/20  1:7/6
 1:7/10  1:7/13  1:7/23
 1:10/18  1:11/4  1:12/8
 1:12/13  1:12/24  1:13/7
 1:17/20  1:18/1  1:20/7
 1:21/12  1:22/7  1:22/13
 1:22/18  1:23/1  1:27/15
 1:28/18  1:29/17  1:30/18
 1:31/16  1:33/17  1:34/9
 1:34/16  1:41/3  1:42/17
 1:44/7  1:47/21  1:48/4
 1:48/17  1:49/8  1:51/25
 1:52/5  1:52/16  1:52/22
 1:53/19
**Honorable [2]**    1:1/4
 1:2/6
**hope [1]**    1:53/12
**hopefully [1]**    1:33/8
**hospital [8]**    1:2/22
 1:10/14  1:10/24  1:15/2
 1:18/16  1:19/4  1:44/25
 1:46/19
**hour [2]**    1:17/10  1:38/2
**hours [1]**    1:17/13
**house [6]**    1:7/4  1:8/1
 1:16/4  1:18/19  1:18/20
 1:43/6
**how [19]**    1:8/22  1:12/21
 1:16/18  1:20/21  1:22/1
 1:22/19  1:24/11  1:24/23
 1:29/3  1:29/3  1:29/25
 1:33/23  1:37/4  1:40/10
 1:40/13  1:40/13  1:41/1
 1:52/19  1:53/13
**however [2]**    1:8/21
 1:51/19
**huh [3]**    1:23/6  1:50/9
 1:50/14
**husband [1]**    1:2/14

**I**

**I'd [4]**    1:22/20  1:36/10
 1:49/18  1:50/11
**I'll [15]**    1:4/8  1:6/14
 1:6/24  1:15/1  1:17/17
 1:22/12  1:24/8  1:25/25
 1:29/8  1:33/18  1:36/12
 1:36/13  1:38/7  1:46/24
 1:48/4
**I'm [35]**    1:3/1  1:3/9
 1:7/16  1:7/16  1:12/20

 1:24/3  1:25/9  1:25/23
 1:26/5  1:26/15  1:26/20
 1:27/1  1:27/22  1:33/7
 1:35/11  1:35/19  1:36/5
 1:36/23  1:37/21  1:38/8
 1:39/22  1:44/14  1:45/16
 1:47/17  1:47/22  1:49/3
 1:49/15  1:49/22  1:50/1
 1:50/3  1:51/14  1:53/7
**I've [7]**    1:5/16  1:6/21
 1:11/5  1:26/11  1:33/24
 1:37/5  1:37/7
**illusory [1]**    1:17/1
**immediately [1]**    1:3/9
**impacts [1]**    1:8/6
**important [3]**    1:19/7
 1:24/25  1:36/11
**importantly [1]**    1:17/9
**improper [1]**    1:24/20
**in-house [3]**    1:7/4  1:8/1
 1:16/4
**inappropriate [4]**
 1:10/24  1:11/20  1:39/25
 1:40/1
**Inaudible [5]**    1:27/18
 1:30/2  1:34/22  1:48/15
 1:48/15
**including [3]**    1:5/15
 1:9/2  1:17/24
**independent [1]**    1:14/12
**indicate [1]**    1:42/22
**indicated [3]**    1:10/13
 1:12/24  1:32/13
**indicating [1]**    1:45/1
**individuals [1]**    1:29/24
**information [6]**    1:6/23
 1:20/21  1:24/22  1:25/8
 1:28/10  1:30/1
**initial [1]**    1:33/18
**initially [2]**    1:6/7
 1:41/21
**injunction [21]**    1:4/18
 1:4/20  1:5/2  1:5/10
 1:8/24  1:23/19  1:23/20
 1:23/22  1:25/1  1:26/6
 1:37/2  1:37/10  1:37/20
 1:38/9  1:38/15  1:40/17
 1:40/18  1:42/9  1:42/25
 1:46/9  1:47/24
**injunctive [10]**    1:41/4
 1:44/2  1:44/3  1:45/15
 1:45/24  1:46/2  1:46/22
 1:47/23  1:48/3  1:49/5
**institution [1]**    1:15/24

**insufficient [1]**   1:5/20

**intent [1]**   1:9/14

**interested [1]**   1:55/13

**interference [2]**   1:19/3
1:25/1

**interpret [1]**   1:44/8

**interpretation [1]**
1:44/14

**interrupt [2]**   1:7/7
1:7/16

**interrupting [1]**   1:9/21

**inundated [1]**   1:51/20

**involved [2]**   1:2/18
1:15/12

**irreparable [2]**   1:43/4
1:43/5

**is [161]**

**isn't [2]**   1:23/20
1:35/24

**Israel [30]**   1:6/24
1:6/24 1:7/2 1:7/5 1:8/4
1:8/7 1:8/19 1:8/25
1:9/14 1:13/24 1:14/3
1:15/2 1:15/14 1:15/20
1:15/23 1:16/3 1:16/9
1:16/12 1:16/13 1:16/17
1:17/15 1:18/17 1:19/15
1:20/10 1:20/20 1:24/24
1:25/2 1:25/5 1:32/16
1:43/22

**Israel's [1]**   1:16/4

**issue [18]**   1:4/4 1:6/3
1:6/20 1:8/11 1:10/1
1:10/15 1:11/1 1:12/17
1:16/10 1:21/14 1:23/21
1:26/7 1:27/10 1:36/1
1:36/5 1:36/17 1:42/25
1:46/8

**issued [3]**   1:23/7 1:34/5
1:34/5

**issues [14]**   1:6/12
1:8/15 1:8/19 1:17/16
1:22/22 1:26/11 1:37/4
1:45/23 1:46/12 1:47/12
1:47/19 1:53/2 1:53/6
1:53/16

**it [88]**

**it's [19]**   1:2/16 1:2/19
1:5/22 1:9/8 1:11/20
1:13/20 1:15/13 1:27/23
1:33/23 1:34/25 1:37/20
1:38/10 1:38/15 1:40/1
1:41/9 1:46/22 1:46/22
1:47/17 1:49/18

**items [1]**   1:5/23

**iterate [2]**   1:27/3
1:27/3

**its [1]**   1:42/11

**J**

**Jaffee [4]**   1:26/9
1:26/12 1:27/5 1:41/25

**James [3]**   1:1/25 1:55/20
1:55/21

**job [4]**   1:4/10 1:6/25
1:15/13 1:25/3

**Judge [12]**   1:1/4 1:4/8
1:8/13 1:28/5 1:28/9
1:36/19 1:48/11 1:49/24
1:50/4 1:51/14 1:53/18
1:53/25

**June [34]**   1:4/20 1:5/3
1:6/9 1:11/13 1:11/13
1:12/25 1:17/1 1:17/8
1:18/1 1:18/5 1:18/10
1:18/12 1:18/13 1:37/3
1:47/18 1:48/6 1:49/10
1:49/12 1:49/22 1:50/6
1:50/8 1:50/12 1:50/18
1:50/19 1:50/24 1:51/6
1:51/7 1:51/16 1:51/17
1:51/21 1:52/3 1:52/3
1:53/1 1:55/16

**June 12th [3]**   1:51/7
1:51/16 1:52/3

**June 15th [1]**   1:6/9

**June 16th [2]**   1:51/17
1:52/3

**June 1st [8]**   1:11/13
1:12/25 1:17/1 1:18/1
1:18/5 1:50/18 1:50/19
1:51/21

**June 21st [5]**   1:4/20
1:37/3 1:47/18 1:48/6
1:53/1

**June 2nd [5]**   1:11/13
1:17/8 1:18/10 1:18/12
1:18/13

**June 5th [5]**   1:49/10
1:49/22 1:50/6 1:50/8
1:50/12

**June 9th [1]**   1:50/24

**jurisdiction [1]**   1:10/21

**just [35]**   1:2/19 1:2/21
1:3/7 1:4/16 1:5/3
1:7/20 1:10/10 1:11/19
1:11/21 1:16/23 1:17/12
1:18/13 1:18/15 1:19/22
1:20/1 1:20/9 1:20/22

1:29/4 1:29/13 1:27/18
1:30/16 1:31/17 1:33/22
1:34/5 1:34/5 1:35/25
1:36/21 1:38/8 1:39/2
1:40/6 1:42/11 1:45/23
1:47/3 1:51/1 1:52/2

**justify [1]**   1:11/5

**K**

**key [2]**   1:25/11 1:25/12

**Kfir [1]**   1:3/22

**know [36]**   1:2/19 1:2/20
1:6/21 1:8/5 1:8/17
1:8/22 1:11/25 1:12/3
1:13/20 1:14/15 1:15/19
1:16/7 1:16/16 1:17/15
1:21/25 1:22/1 1:23/20
1:24/25 1:25/4 1:25/4
1:25/13 1:25/25 1:26/2
1:26/3 1:26/7 1:28/1
1:33/4 1:33/18 1:37/12
1:37/15 1:37/19 1:43/21
1:45/19 1:46/13 1:47/11
1:52/7

**knowledge [2]**   1:18/12
1:32/17

**knows [1]**   1:17/2

**L**

**language [3]**   1:31/6
1:31/7 1:47/23

**LASH [2]**   1:1/20 1:3/21

**last [9]**   1:8/8 1:8/10
1:16/14 1:16/15 1:20/7
1:37/3 1:37/12 1:38/19
1:46/24

**later [1]**   1:25/25

**latest [1]**   1:30/23

**law [11]**   1:5/24 1:33/4
1:37/18 1:38/3 1:41/1
1:41/2 1:48/1 1:48/6
1:48/14 1:49/6 1:51/21

**lawsuit [4]**   1:45/3
1:45/11 1:46/18 1:50/13

**lawyers [2]**   1:18/2
1:18/8

**layman's [1]**   1:40/12

**least [6]**   1:19/22
1:33/18 1:37/8 1:48/14
1:48/14 1:50/21

**leave [2]**   1:15/1 1:46/7

**led [1]**   1:35/20

**left [1]**   1:15/21

**legal [5]**   1:38/2 1:47/11
1:47/17 1:47/18 1:48/10

**legally [2]**   1:5/19

**legally...** [1]   1:37/10
**lengths** [1]   1:21/13
**less** [1]   1:52/15
**let** [16]   1:2/18 1:2/19
  1:3/7 1:4/9 1:6/19
  1:8/16 1:8/17 1:9/4
  1:9/19 1:12/2 1:14/11
  1:16/23 1:21/8 1:40/6
  1:50/4 1:52/7
**let's** [9]   1:3/12 1:3/14
  1:4/4 1:44/9 1:49/1
  1:51/19 1:51/21 1:51/24
  1:53/6
**letter** [48]   1:19/9
  1:23/3 1:23/4 1:25/3
  1:25/9 1:27/2 1:27/25
  1:28/19 1:28/19 1:29/14
  1:29/17 1:29/20 1:37/14
  1:37/17 1:38/24 1:39/1
  1:39/2 1:39/3 1:39/4
  1:39/5 1:39/6 1:39/8
  1:39/12 1:39/18 1:39/20
  1:39/21 1:39/24 1:40/2
  1:40/12 1:40/14 1:40/22
  1:40/23 1:41/5 1:42/20
  1:42/23 1:43/2 1:43/25
  1:44/6 1:44/11 1:44/18
  1:44/25 1:45/7 1:45/22
  1:45/25 1:46/5 1:46/9
  1:47/2 1:48/2
**letters** [3]   1:37/7
  1:37/8 1:41/7
**level** [1]   1:39/15
**LEVENSTEIN** [41]   1:1/17
  1:3/16 1:4/14 1:4/17
  1:4/19 1:5/4 1:5/6 1:5/8
  1:5/25 1:6/7 1:6/14
  1:6/14 1:6/18 1:7/14
  1:9/16 1:9/19 1:12/18
  1:13/13 1:16/15 1:16/25
  1:17/21 1:25/23 1:26/11
  1:27/4 1:27/18 1:28/1
  1:28/9 1:28/14 1:28/17
  1:37/7 1:37/22 1:38/13
  1:43/18 1:47/14 1:47/20
  1:48/12 1:48/20 1:49/3
  1:50/12 1:51/22 1:53/8
**Levenstein's** [4]   1:5/11
  1:6/3 1:9/7 1:16/7
**leverage** [1]   1:35/23
**life** [1]   1:28/6
**like** [25]   1:22/20
  1:26/20 1:30/20 1:33/21
  1:36/10 1:38/1 1:40/6

1:40/13 1:42/9 1:42/10
1:43/23 1:44/2 1:44/3
1:45/18 1:46/2 1:47/11
1:48/9 1:48/22 1:49/2
1:49/14 1:49/19 1:50/11
**limit** [1]   1:51/19
**Lisette** [2]   1:1/4 1:2/6
**list** [1]   1:29/23
**listen** [1]   1:7/21
**lists** [1]   1:48/8
**litigating** [3]   1:37/5
  1:37/10 1:37/24
**litigation** [3]   1:2/18
  1:29/4 1:30/2
**little** [4]   1:4/10
  1:13/20 1:49/19 1:53/13
**Liu** [2]   1:8/2 1:16/7
**live** [1]   1:2/15
**LLP** [1]   1:1/20
**loads** [1]   1:25/5
**log** [5]   1:25/17 1:32/21
  1:32/24 1:33/1 1:33/2
**long** [1]   1:23/21
**longer** [1]   1:10/21
**look** [7]   1:22/12 1:27/4
  1:36/12 1:36/15 1:50/4
  1:50/4 1:50/22
**looking** [3]   1:36/21
  1:36/23 1:49/3
**lot** [5]   1:15/19 1:15/20
  1:26/9 1:37/5 1:47/12

---

## M

**M.D** [1]   1:1/5
**ma'am** [7]   1:4/2 1:33/10
  1:33/14 1:36/16 1:43/19
  1:44/15 1:51/23
**made** [5]   1:8/7 1:11/3
  1:19/5 1:19/22 1:35/13
**Magistrate** [1]   1:1/4
**major** [2]   1:23/20 1:26/7
**make** [12]   1:4/10 1:9/4
  1:9/16 1:12/2 1:13/6
  1:13/8 1:16/4 1:20/7
  1:28/12 1:34/6 1:36/5
  1:36/14
**makes** [2]   1:17/19
  1:43/21
**making** [3]   1:6/19 1:16/5
  1:35/20
**man** [1]   1:10/18
**managed** [1]   1:37/20
**mandatory** [1]   1:37/20
**manual** [1]   1:44/20

**many** [2]   1:13/14 1:52/19
**March** [1]   1:31/18
**March 13th** [1]   1:31/18
**MARTIN** [3]   1:1/22 1:3/21
  1:4/9
**material** [3]   1:4/23
  1:10/1 1:19/25
**matter** [3]   1:36/2 1:38/3
  1:55/9
**matters** [1]   1:18/9
**may** [15]   1:1/11 1:2/1
  1:4/16 1:5/6 1:5/20
  1:12/19 1:23/17 1:26/8
  1:27/4 1:28/20 1:29/15
  1:29/19 1:29/19 1:50/2
  1:52/18
**May 15th** [2]   1:28/20
  1:29/15
**May 23rd** [2]   1:5/6
  1:12/19
**May 31st** [1]   1:26/8
**maybe** [9]   1:2/23 1:20/14
  1:38/2 1:38/5 1:47/4
  1:47/12 1:47/14 1:48/11
  1:52/10
**me** [47]   1:2/13 1:2/19
  1:2/23 1:3/18 1:4/9
  1:6/19 1:7/14 1:7/14
  1:8/4 1:8/10 1:9/4
  1:9/19 1:10/11 1:12/2
  1:14/11 1:16/18 1:16/23
  1:17/15 1:17/25 1:18/6
  1:19/19 1:21/3 1:21/8
  1:23/2 1:23/21 1:25/14
  1:26/5 1:26/18 1:26/21
  1:28/11 1:31/11 1:36/9
  1:38/17 1:38/19 1:39/21
  1:39/22 1:40/6 1:40/7
  1:40/11 1:40/21 1:41/1
  1:44/8 1:48/1 1:48/10
  1:50/4 1:50/21 1:55/6
**mean** [5]   1:7/6 1:27/1
  1:34/23 1:35/22 1:36/19
**meaningfully** [1]   1:37/22
**meaningless** [1]   1:29/9
**MEDICAL** [3]   1:1/8 1:3/22
  1:41/13
**medicine** [1]   1:39/14
**meet** [3]   1:5/11 1:6/13
  1:25/24
**meet-and-confer** [1]
  1:6/13
**meet-and-conferrals** [1]
  1:5/11
**memo** [3]   1:46/3 1:48/12

**memo... [1]**   1:51/21
**mentioned [1]**   1:33/22
**merits [2]**   1:11/2
1:38/10
**met [1]**   1:37/3
**Miami [14]**   1:1/11 1:1/21
1:2/16 1:2/16 1:2/22
1:13/17 1:14/12 1:14/13
1:14/17 1:14/17 1:14/18
1:14/19 1:14/21 1:37/14
**might [2]**   1:33/16
1:47/12
**minute [1]**   1:47/4
**minutes [1]**   1:7/20
**misconstrued [1]**   1:28/13
**misrepresentation [1]**
1:43/11
**misrepresentations [3]**
1:4/23 1:10/1 1:19/25
**missed [1]**   1:52/18
**missing [3]**   1:17/25
1:42/15 1:42/17
**misunderstanding [1]**
1:35/4
**modify [1]**   1:28/2
**Monday [3]**   1:26/1 1:50/8
1:55/16
**moot [4]**   1:6/20 1:21/8
1:21/9 1:36/23
**more [24]**   1:7/20 1:12/4
1:17/9 1:18/11 1:19/12
1:20/18 1:23/8 1:24/21
1:26/22 1:34/17 1:37/8
1:49/17 1:52/1 1:52/2
1:52/3 1:52/3 1:52/7
1:52/7 1:52/20 1:52/24
1:52/24 1:52/25 1:53/4
1:53/13
**morning [9]**   1:2/7 1:2/8
1:2/9 1:3/15 1:3/20
1:8/11 1:8/16 1:20/4
1:24/3
**morphed [1]**   1:25/21
**motion [21]**   1:4/13
1:4/18 1:9/5 1:9/6 1:9/8
1:9/11 1:9/22 1:10/6
1:12/18 1:17/4 1:21/8
1:21/9 1:21/13 1:21/23
1:22/4 1:22/8 1:22/11
1:26/3 1:29/20 1:36/23
1:47/8
**motions [1]**   1:18/3
**MOUNT [32]**   1:1/8 1:2/11
1:2/15 1:2/16 1:2/22

1:3/5 1:3/22 1:6/23
1:10/19 1:11/7 1:11/18
1:13/15 1:13/16 1:14/3
1:14/3 1:14/6 1:14/12
1:14/17 1:14/18 1:18/17
1:18/24 1:18/25 1:26/9
1:34/1 1:37/13 1:38/23
1:39/23 1:40/14 1:41/12
1:42/10 1:43/22 1:46/16
**mouthpiece [1]**   1:19/18
**move [7]**   1:8/17 1:21/23
1:22/20 1:31/8 1:33/5
1:33/16 1:44/17
**moving [3]**   1:22/20
1:36/12 1:40/2
**Mr [5]**   1:8/3 1:8/5
1:9/19 1:11/9 1:20/17
**Mr. [89]**
**Mr. Ben-David [1]**   1:27/5
**Mr. Goldberg [37]**   1:7/25
1:9/25 1:10/7 1:10/22
1:11/10 1:11/14 1:11/19
1:11/21 1:12/14 1:13/5
1:18/7 1:18/11 1:19/17
1:20/16 1:20/22 1:21/6
1:21/15 1:21/24 1:22/14
1:29/8 1:29/20 1:31/4
1:31/8 1:31/14 1:32/11
1:33/15 1:34/12 1:35/9
1:35/18 1:39/6 1:39/21
1:43/11 1:45/20 1:47/15
1:48/22 1:49/11 1:50/23
**Mr. Goldberg's [2]**
1:28/19 1:29/14
**Mr. Good [1]**   1:11/9
**Mr. Goodman [1]**   1:17/22
**Mr. Jaffee [2]**   1:27/5
1:41/25
**Mr. Levenstein [38]**
1:4/14 1:4/17 1:4/19
1:5/4 1:5/6 1:5/8 1:5/25
1:6/7 1:6/14 1:6/14
1:6/18 1:7/14 1:9/16
1:12/18 1:13/13 1:16/15
1:16/25 1:17/21 1:25/23
1:26/11 1:27/4 1:27/18
1:28/1 1:28/9 1:28/14
1:28/17 1:37/7 1:37/22
1:38/13 1:43/18 1:47/14
1:47/20 1:48/12 1:48/20
1:49/3 1:50/12 1:51/22
1:53/8
**Mr. Levenstein's [4]**
1:5/11 1:6/3 1:9/7
1:16/7

**Mr. Spichal...[3]**   1:4/21
1:11/14 1:33/19
**Ms. [2]**   1:8/2 1:16/7
**Ms. Erica [2]**   1:8/2
1:16/7
**much [6]**   1:12/4 1:19/12
1:22/2 1:50/19 1:50/24
1:53/20
**must [1]**   1:44/24
**my [34]**   1:2/14 1:2/14
1:2/25 1:3/2 1:3/8 1:9/6
1:13/16 1:14/16 1:18/6
1:21/10 1:21/19 1:24/3
1:25/9 1:26/16 1:26/19
1:26/21 1:30/7 1:30/24
1:32/17 1:32/18 1:34/25
1:35/6 1:37/6 1:41/2
1:41/11 1:41/11 1:42/21
1:43/17 1:47/7 1:48/6
1:50/3 1:52/7 1:53/7
1:55/5
**myself [1]**   1:3/1

**N**

**name [2]**   1:20/23 1:20/24
**narrow [3]**   1:26/11
1:37/4 1:37/9
**NASON [2]**   1:1/16 1:3/16
**nature [1]**   1:32/25
**necessary [1]**   1:32/22
**need [25]**   1:2/13 1:3/12
1:7/12 1:8/14 1:8/21
1:19/13 1:20/6 1:23/15
1:23/23 1:26/12 1:26/22
1:32/8 1:32/21 1:45/16
1:45/19 1:47/7 1:47/11
1:47/12 1:47/13 1:52/6
1:52/10 1:52/11 1:53/4
1:53/15 1:53/15
**needs [1]**   1:11/20
**negative [1]**   1:39/13
**neither [1]**   1:55/10
**never [8]**   1:5/16 1:6/12
1:11/9 1:11/14 1:13/4
1:29/7 1:29/11 1:33/24
**New [15]**   1:5/7 1:7/2
1:10/20 1:11/18 1:13/25
1:14/4 1:14/5 1:14/21
1:14/25 1:15/2 1:15/24
1:15/25 1:18/17 1:19/15
1:24/3
**next [4]**   1:30/10 1:31/19
1:31/19 1:33/9
**night [6]**   1:8/8 1:8/10
1:16/14 1:16/16 1:24/1

**night... [1]**   1:24/2
**no [45]**   1:1/7  1:1/25
  1:5/12  1:5/23  1:6/16
  1:7/8  1:10/3  1:10/20
  1:11/5  1:12/19  1:13/17
  1:18/12  1:22/22  1:24/7
  1:25/2  1:25/8  1:25/18
  1:25/18  1:25/21  1:34/2
  1:34/3  1:34/3  1:34/6
  1:35/16  1:36/21  1:37/17
  1:42/13  1:44/15  1:46/3
  1:46/11  1:46/25  1:47/1
  1:48/9  1:51/1  1:52/1
  1:52/2  1:52/3  1:52/3
  1:52/20  1:52/24  1:52/24
  1:52/25  1:53/15  1:53/15
  1:55/21
**nonetheless [1]**   1:21/19
**nonparty [1]**   1:6/1
**nonphysician [1]**   1:18/19
**normal [3]**   1:30/20
  1:40/17  1:47/24
**not [100]**
**notes [2]**   1:5/1  1:10/10
**nothing [4]**   1:10/4
  1:29/14  1:29/15  1:45/9
**notice [1]**   1:9/13
**noticing [1]**   1:17/13
**notwithstanding [1]**
  1:21/16
**now [30]**   1:2/5  1:6/19
  1:8/23  1:9/12  1:9/25
  1:10/12  1:10/15  1:10/25
  1:10/25  1:11/4  1:11/20
  1:12/11  1:12/17  1:12/19
  1:15/1  1:15/23  1:16/9
  1:18/14  1:21/15  1:25/23
  1:26/13  1:27/3  1:29/13
  1:36/6  1:39/10  1:43/10
  1:46/12  1:50/5  1:50/10
  1:53/3
**Number [1]**   1:23/15
**Number 1 [1]**   1:23/15
**numbers [1]**   1:51/19

## O

**oath [8]**   1:10/9  1:10/16
  1:11/5  1:20/1  1:20/2
  1:21/17  1:43/12  1:43/13
**object [2]**   1:11/19
  1:35/14
**objection [8]**   1:9/10
  1:33/20  1:33/23  1:34/3
  1:34/7  1:34/13  1:35/16

**objections [1]**   1:24/7
**objective [4]**   1:40/1
  1:42/21  1:42/23  1:43/2
**obligated [5]**   1:3/2
  1:3/10  1:22/15  1:22/16
  1:25/23
**obligation [1]**   1:46/14
**obtain [1]**   1:11/12
**obviously [1]**   1:12/3
**occurred [4]**   1:2/13
  1:2/22  1:15/20  1:16/12
**off [3]**   1:8/18  1:36/19
  1:53/15
**offer [2]**   1:19/6  1:19/9
**offered [1]**   1:18/21
**office [2]**   1:18/9  1:52/7
**official [3]**   1:1/12
  1:1/25  1:55/6
**offshoot [1]**   1:14/17
**Oh [4]**   1:14/7  1:26/25
  1:50/1  1:53/3
**okay [61]**
**old [1]**   1:31/21
**OLIVIERI [1]**   1:1/18
**once [1]**   1:31/11
**one [24]**   1:16/23  1:19/2
  1:20/1  1:25/3  1:27/19
  1:28/2  1:28/3  1:28/3
  1:28/4  1:28/15  1:30/6
  1:30/10  1:31/17  1:31/19
  1:31/19  1:31/24  1:33/18
  1:33/18  1:36/17  1:37/20
  1:38/1  1:39/7  1:46/25
  1:52/6
**ones [1]**   1:19/22
**only [14]**   1:5/1  1:10/11
  1:11/1  1:12/20  1:17/9
  1:24/8  1:30/5  1:33/22
  1:35/1  1:35/1  1:41/21
  1:41/21  1:44/3  1:46/5
**opportunity [5]**   1:22/14
  1:27/6  1:43/2  1:47/3
  1:48/22
**optional [1]**   1:41/5
**oral [1]**   1:52/13
**order [20]**   1:4/13  1:9/7
  1:9/9  1:9/22  1:12/18
  1:22/23  1:23/12  1:23/13
  1:23/15  1:27/12  1:28/2
  1:28/5  1:28/7  1:28/8
  1:28/8  1:28/13  1:28/22
  1:28/23  1:31/12  1:36/23
**orders [1]**   1:36/14
**ore [1]**   1:38/1

**originally [2]**   1:23/3
  1:30/6
**other [16]**   1:17/8  1:18/2
  1:18/8  1:18/8  1:19/3
  1:20/12  1:22/22  1:29/6
  1:33/12  1:34/12  1:36/17
  1:38/24  1:39/2  1:40/24
  1:40/25  1:50/17
**otherwise [2]**   1:43/13
  1:55/13
**our [16]**   1:3/23  1:5/14
  1:8/2  1:8/18  1:18/2
  1:23/3  1:23/4  1:28/19
  1:29/13  1:29/16  1:29/20
  1:33/6  1:34/17  1:35/25
  1:49/12  1:53/9
**ours [1]**   1:30/25
**out [15]**   1:4/21  1:5/19
  1:6/14  1:8/11  1:8/19
  1:8/23  1:9/15  1:16/18
  1:19/8  1:21/2  1:21/5
  1:31/8  1:35/1  1:51/2
  1:51/21
**outcome [1]**   1:55/13
**outlines [1]**   1:46/3
**outrage [1]**   1:10/5
**over [6]**   1:10/21  1:17/1
  1:17/9  1:23/11  1:23/11
  1:31/22

## P

**P.A [1]**   1:1/16
**page [2]**   1:51/19  1:51/20
**pages [10]**   1:1/1  1:51/24
  1:52/1  1:52/2  1:52/2
  1:52/3  1:52/5  1:52/8
  1:52/19  1:55/5
**PAIGE [3]**   1:1/5  1:1/23
  1:6/25
**pale [2]**   1:9/22  1:10/5
**Palm [1]**   1:1/17
**paraphrase [1]**   1:24/8
**part [7]**   1:2/15  1:4/10
  1:4/12  1:6/19  1:32/8
  1:44/6  1:46/21
**parte [1]**   1:10/23
**particular [1]**   1:40/18
**particularly [3]**   1:6/2
  1:40/24  1:46/6
**parties [14]**   1:2/23
  1:6/2  1:12/7  1:12/9
  1:19/11  1:29/2  1:29/23
  1:30/20  1:36/13  1:36/24
  1:38/25  1:39/18  1:53/17

**parties... [1]** 1:55/11
**parts [1]** 1:4/9
**party [11]** 1:5/9 1:5/15
1:5/25 1:9/23 1:10/19
1:11/24 1:13/9 1:13/11
1:39/19 1:40/1 1:42/20
**past [2]** 1:32/12 1:39/14
**pay [1]** 1:22/16
**Pence [3]** 1:1/25 1:55/20
1:55/21
**Pence-Aviles [3]** 1:1/25
1:55/20 1:55/21
**pending [1]** 1:28/15
**people [1]** 1:35/1
**perhaps [4]** 1:8/13
1:31/7 1:32/8 1:37/15
**permitted [1]** 1:39/15
**person [6]** 1:19/5
1:20/21 1:27/20 1:38/25
1:39/18 1:39/19
**personal [2]** 1:24/19
1:28/6
**personally [1]** 1:20/17
**perspective [1]** 1:21/10
**PGA [1]** 1:1/16
**phone [1]** 1:4/22
**physician [4]** 1:15/13
1:18/18 1:18/19 1:18/20
**place [9]** 1:19/3 1:19/10
1:20/5 1:22/23 1:30/22
1:31/4 1:31/5 1:31/11
1:32/3
**plaintiff [5]** 1:1/6
1:1/15 1:3/14 1:12/5
1:33/6
**pleading [1]** 1:50/11
**pleadings [1]** 1:52/14
**please [2]** 1:7/15 1:7/17
**point [10]** 1:5/19 1:8/22
1:12/17 1:13/6 1:15/1
1:19/5 1:20/7 1:22/1
1:38/2 1:46/25
**position [28]** 1:5/12
1:5/16 1:6/7 1:7/1
1:7/21 1:8/18 1:9/15
1:18/18 1:18/20 1:18/20
1:19/4 1:19/6 1:19/24
1:21/16 1:21/19 1:23/11
1:25/7 1:27/1 1:28/12
1:32/11 1:33/24 1:34/17
1:35/6 1:39/19 1:43/7
1:43/17 1:44/16 1:48/1
**posture [1]** 1:6/18
**practicing [1]** 1:39/14

**precedent [1]** 1:22/1
**premise [2]** 1:7/1
1:46/11
**prepare [4]** 1:22/10
1:26/19 1:26/22 1:50/16
**prepared [2]** 1:27/6
1:39/18
**present [2]** 1:3/23
1:47/13
**presiding [1]** 1:2/6
**prevent [2]** 1:33/25
1:39/14
**prevented [1]** 1:45/3
**previously [1]** 1:55/8
**primary [1]** 1:46/8
**principles [1]** 1:29/10
**prior [4]** 1:5/9 1:19/19
1:28/8 1:30/8
**privilege [13]** 1:25/16
1:26/10 1:26/16 1:32/19
1:32/20 1:32/20 1:32/21
1:32/24 1:33/1 1:33/2
1:33/3 1:33/13 1:34/3
**privileges [5]** 1:8/7
1:18/17 1:25/6 1:25/13
1:32/20
**probably [4]** 1:3/1
1:8/21 1:14/20 1:26/2
**problematic [1]** 1:4/5
**problems [1]** 1:33/12
**proceed [2]** 1:21/18
1:53/14
**proceedings [3]** 1:1/13
1:54/2 1:55/8
**produce [15]** 1:17/16
1:24/8 1:24/9 1:24/17
1:27/5 1:30/4 1:30/14
1:32/13 1:32/14 1:33/21
1:33/22 1:33/22 1:34/4
1:35/15 1:37/14
**produced [8]** 1:18/24
1:24/1 1:24/7 1:25/2
1:31/14 1:32/5 1:32/17
1:32/18
**producing [3]** 1:32/7
1:33/12 1:35/16
**product [6]** 1:26/14
1:32/19 1:32/23 1:32/23
1:32/23 1:33/13
**production [1]** 1:25/21
**program [33]** 1:24/16
1:37/14 1:37/17 1:38/24
1:39/4 1:39/5 1:39/7
1:39/9 1:39/11 1:39/17
1:39/21 1:39/24 1:41/5

1:41/15 1:41/16 1:41/19
1:42/23 1:43/2 1:44/5
1:44/18 1:44/21 1:44/24
1:45/6 1:45/25 1:46/4
1:46/5 1:46/8 1:46/18
1:47/1 1:48/2
**programs [2]** 1:24/16
1:41/15
**progress [1]** 1:28/1
**promoted [1]** 1:15/15
**proof [1]** 1:43/13
**protective [8]** 1:4/13
1:9/7 1:9/9 1:9/22
1:12/18 1:27/11 1:30/21
1:36/23
**provide [11]** 1:19/1
1:24/21 1:39/22 1:44/22
1:45/3 1:45/8 1:45/9
1:45/10 1:46/5 1:46/14
1:46/21
**provided [7]** 1:23/9
1:39/12 1:39/13 1:44/24
1:46/15 1:46/16 1:55/6
**providing [1]** 1:44/25
**provision [4]** 1:6/23
1:28/3 1:28/4 1:28/15
**provisions [5]** 1:28/25
1:29/5 1:29/6 1:29/7
1:29/25
**public [1]** 1:35/2
**pulling [1]** 1:50/3
**purely [1]** 1:48/9
**purportedly [1]** 1:16/12
**purposes [1]** 1:25/4
**pushing [1]** 1:26/20
**put [6]** 1:10/15 1:10/25
1:15/16 1:32/3 1:35/23
1:39/20
**putting [1]** 1:43/23

**Q**

**question [2]** 1:27/23
1:48/7
**questions [1]** 1:52/14

**R**

**rails [1]** 1:53/15
**raise [4]** 1:19/16
1:19/17 1:34/12 1:36/17
**raised [1]** 1:23/2
**raises [2]** 1:25/14
1:26/5
**rather [2]** 1:20/2
1:21/12
**reach [2]** 1:6/14 1:30/12

**R**

**reached [4]**   1:4/21
1:21/2 1:21/5 1:29/13
**reading [1]**   1:52/14
**real [1]**   1:6/3
**realized [1]**   1:4/22
**really [6]**   1:5/16 1:5/17
1:13/22 1:14/7 1:38/3
1:52/25
**reason [1]**   1:5/21
**recall [3]**   1:4/16 1:5/20
1:48/6
**receive [1]**   1:41/17
**received [1]**   1:35/21
**recently [4]**   1:30/12
1:34/5 1:34/5 1:35/21
**recess [2]**   1:53/21
1:54/1
**reciprocality [1]**   1:34/7
**recitation [1]**   1:4/13
**recognizes [1]**   1:39/5
**record [5]**   1:9/3 1:9/17
1:12/22 1:31/17 1:32/9
**recording [2]**   1:1/12
1:55/6
**redline [2]**   1:30/7
1:30/9
**redlined [2]**   1:30/7
1:30/9
**refer [3]**   1:6/24 1:15/1
1:15/2
**reference [4]**   1:6/23
1:37/15 1:40/12 1:40/14
**referenced [1]**   1:11/19
**references [3]**   1:24/19
1:24/22 1:28/6
**referencing [3]**   1:10/2
1:16/11 1:16/12
**referred [1]**   1:10/10
**refused [3]**   1:18/25
1:41/23 1:41/23
**regard [8]**   1:10/15
1:11/1 1:11/2 1:13/4
1:22/11 1:29/4 1:32/16
1:45/21
**regular [1]**   1:42/11
**regulations [1]**   1:41/14
**Reid [2]**   1:1/4 1:2/6
**related [2]**   1:25/1
1:55/11
**relationship [1]**   1:45/14
**release [7]**   1:41/22
1:42/3 1:45/1 1:45/2
1:45/8 1:45/9 1:45/21
**relevant [2]**   1:15/11

**relief [11]**   1:38/3
1:41/4 1:44/2 1:44/3
1:45/15 1:45/24 1:46/2
1:46/22 1:47/23 1:49/5
1:53/11
**remaining [1]**   1:28/2
**rent [2]**   1:19/10 1:25/4
**reply [7]**   1:4/18 1:48/23
1:49/13 1:49/19 1:51/17
1:51/20 1:52/5
**Reporter [2]**   1:1/25
1:55/21
**represent [4]**   1:10/22
1:19/18 1:35/10 1:35/12
**representation [2]**
1:11/3 1:43/13
**representations [5]**
1:11/3 1:16/5 1:19/21
1:20/3 1:36/6
**represented [4]**   1:10/12
1:11/1 1:11/21 1:17/15
**representing [1]**   1:20/11
**request [9]**   1:9/16
1:10/8 1:29/12 1:31/14
1:31/16 1:35/13 1:37/6
1:37/12 1:45/24
**requested [4]**   1:11/8
1:41/22 1:44/17 1:46/17
**requests [7]**   1:23/8
1:24/6 1:24/14 1:26/18
1:31/16 1:31/21 1:35/21
**require [7]**   1:10/9
1:38/23 1:40/14 1:42/2
1:42/10 1:47/16 1:48/2
**required [8]**   1:11/4
1:12/16 1:39/6 1:41/7
1:43/24 1:44/22 1:46/4
1:46/6
**requirement [4]**   1:41/10
1:43/1 1:44/10 1:46/4
**requirements [1]**   1:42/5
**requires [2]**   1:33/4
1:47/1
**requiring [1]**   1:42/25
**reschedule [1]**   1:9/14
**residency [10]**   1:18/24
1:24/16 1:39/7 1:39/11
1:39/15 1:41/6 1:41/14
1:41/19 1:44/21 1:46/5
**resident [8]**   1:24/20
1:39/8 1:39/9 1:41/7
1:41/12 1:41/17 1:42/5
1:44/23
**residents [1]**   1:46/7

**resigned [1]**   1:44/16
**resolve [2]**   1:33/9
1:53/1
**respect [12]**   1:8/2 1:8/3
1:11/7 1:13/3 1:18/24
1:24/18 1:24/24 1:29/25
1:32/10 1:46/9 1:47/18
1:47/19
**respectively [1]**   1:23/18
**respond [4]**   1:22/15
1:29/11 1:35/25 1:48/13
**responded [4]**   1:11/14
1:13/4 1:29/7 1:44/25
**response [15]**   1:11/7
1:28/19 1:29/17 1:30/5
1:33/20 1:34/14 1:34/22
1:48/18 1:48/21 1:48/23
1:49/11 1:50/23 1:51/8
1:51/16 1:52/19
**responses [2]**   1:23/10
1:35/23
**responsibilities [1]**
1:16/11
**result [1]**   1:21/20
**reverse [1]**   1:40/20
**review [4]**   1:29/2
1:36/13 1:49/17 1:49/19
**RICHARD [2]**   1:1/17
1:3/16
**right [25]**   1:2/7 1:3/4
1:4/4 1:7/25 1:9/12
1:9/18 1:10/16 1:12/10
1:13/10 1:17/21 1:18/1
1:36/7 1:36/15 1:40/17
1:45/17 1:47/5 1:47/10
1:50/5 1:50/7 1:50/10
1:51/11 1:52/1 1:53/12
1:53/20 1:53/21
**RKA [1]**   1:1/7
**RMR [2]**   1:1/25 1:55/21
**roundabout [1]**   1:46/13
**rule [3]**   1:28/22 1:36/8
1:36/10
**ruled [1]**   1:36/22
**rules [4]**   1:24/11
1:41/14 1:41/16 1:44/20
**ruling [1]**   1:21/11

**S**

**said [18]**   1:3/5 1:4/19
1:4/25 1:6/14 1:6/21
1:10/25 1:11/11 1:13/8
1:21/17 1:29/8 1:37/16
1:38/22 1:39/6 1:40/8
1:43/12 1:46/19 1:49/3

**said...** [1]   1:52/10

**same** [5]   1:9/16 1:21/3
1:24/9 1:40/7 1:40/9

**say** [14]   1:6/6 1:7/2
1:8/21 1:33/7 1:36/21
1:39/22 1:40/5 1:40/6
1:42/16 1:42/17 1:43/11
1:44/9 1:44/10 1:46/24

**saying** [12]   1:4/6 1:5/17
1:6/12 1:9/12 1:23/7
1:23/14 1:25/9 1:25/9
1:26/16 1:40/9 1:41/9
1:43/20

**says** [5]   1:10/4 1:24/21
1:39/19 1:43/10 1:44/23

**schedule** [3]   1:16/19
1:18/13 1:50/25

**scheduled** [1]   1:18/2

**second** [5]   1:1/21 1:4/10
1:6/19 1:23/19 1:28/13

**see** [23]   1:2/14 1:2/17
1:4/6 1:14/9 1:15/22
1:17/7 1:17/11 1:22/19
1:22/19 1:23/15 1:26/6
1:26/25 1:28/11 1:29/18
1:33/18 1:33/23 1:34/18
1:34/19 1:34/24 1:35/7
1:47/16 1:52/7 1:52/11

**seeing** [2]   1:3/5 1:36/12

**seeking** [1]   1:46/2

**seeks** [1]   1:44/23

**seems** [1]   1:36/11

**send** [1]   1:5/4

**sending** [2]   1:28/22
1:33/25

**sense** [3]   1:17/19
1:20/12 1:43/21

**sent** [11]   1:12/25
1:16/25 1:17/1 1:17/9
1:29/19 1:29/19 1:30/24
1:30/24 1:31/11 1:45/7
1:45/22

**separate** [1]   1:14/8

**separately** [1]   1:23/24

**serious** [1]   1:25/22

**served** [2]   1:5/7 1:7/2

**session** [1]   1:2/5

**set** [6]   1:5/5 1:19/20
1:19/21 1:20/18 1:23/25
1:37/2

**setting** [1]   1:26/5

**several** [1]   1:19/20

**share** [1]   1:19/18

**shared** [1]   1:29/25

**she** [33]   1:6/21 1:18/17
1:18/21 1:18/23 1:18/25
1:19/9 1:19/10 1:19/11
1:24/19 1:24/19 1:24/20
1:24/24 1:25/7 1:25/8
1:25/8 1:39/10 1:39/15
1:41/12 1:41/20 1:41/22
1:41/22 1:41/23 1:42/22
1:43/4 1:44/11 1:44/17
1:45/4 1:45/6 1:45/8
1:45/21 1:46/15 1:46/16

**she's** [1]   1:24/18

**Shores** [4]   1:2/16 1:2/16
1:14/12 1:14/17

**short** [3]   1:10/4 1:33/1
1:37/21

**should** [21]   1:2/23
1:8/18 1:10/5 1:11/4
1:16/19 1:19/16 1:20/2
1:20/14 1:21/8 1:22/15
1:27/23 1:31/13 1:34/2
1:37/16 1:39/22 1:39/24
1:40/23 1:46/19 1:47/16
1:48/9 1:52/7

**shouldn't** [2]   1:20/9
1:33/11

**show** [2]   1:46/10 1:46/11

**sic** [3]   1:8/3 1:13/13
1:20/17

**side** [1]   1:47/14

**sides** [2]   1:2/19 1:53/17

**SIGMAN** [1]   1:1/22

**sign** [4]   1:31/12 1:41/22
1:44/11 1:45/21

**signed** [3]   1:45/2 1:45/8
1:46/20

**significant** [1]   1:31/3

**signing** [1]   1:42/3

**SINAI** [29]   1:1/8 1:2/11
1:2/15 1:2/16 1:2/22
1:3/5 1:3/22 1:6/23
1:10/19 1:11/7 1:13/15
1:13/16 1:14/3 1:14/6
1:14/12 1:14/17 1:14/18
1:18/17 1:18/24 1:18/25
1:26/9 1:34/1 1:37/13
1:38/23 1:40/14 1:41/12
1:42/10 1:43/22 1:46/16

**Sinai's** [2]   1:11/18
1:39/23

**since** [7]   1:15/21
1:18/10 1:20/12 1:20/16
1:21/23 1:28/23 1:29/16

**SINGROSSI** [3]   1:1/23
1:3/23 1:3/25

**situation** [1]   1:26/20

**slightly** [1]   1:31/1

**SLIWKA** [3]   1:1/18 1:3/17
1:3/17

**so** [95]

**some** [19]   1:8/22 1:10/1
1:10/2 1:10/7 1:15/1
1:19/16 1:19/25 1:20/18
1:22/1 1:31/7 1:37/3
1:38/2 1:41/1 1:43/12
1:43/24 1:47/13 1:48/1
1:48/7 1:52/11

**somebody** [2]   1:40/13
1:40/24

**somehow** [2]   1:48/3
1:53/3

**someone** [4]   1:38/23
1:39/2 1:39/2 1:40/24

**something** [12]   1:20/2
1:35/4 1:35/17 1:36/8
1:36/20 1:38/5 1:40/19
1:40/21 1:40/22 1:42/15
1:48/13 1:50/15

**somewhat** [2]   1:6/20
1:17/1

**son's** [1]   1:24/3

**soon** [1]   1:36/13

**sorry** [4]   1:7/16 1:7/16
1:27/22 1:51/14

**sort** [5]   1:20/11 1:40/12
1:41/9 1:43/25 1:46/13

**sought** [2]   1:19/10
1:38/3

**sound** [4]   1:1/12 1:42/9
1:44/2 1:55/6

**sounds** [11]   1:30/20
1:40/6 1:40/7 1:40/8
1:40/11 1:42/10 1:43/23
1:44/3 1:45/18 1:47/11
1:48/9

**Southeast** [1]   1:1/21

**SOUTHERN** [3]   1:1/3 1:2/5
1:55/7

**speak** [2]   1:27/19
1:49/15

**speaking** [2]   1:2/25
1:22/6

**specific** [4]   1:5/23
1:16/21 1:16/25 1:31/7

**specifically** [1]   1:44/23

**spent** [2]   1:24/5 1:37/5

**SPLICHAL** [5]   1:1/22
1:3/21 1:4/21 1:11/14
1:33/19

**spoke** [4]   1:4/21 1:4/22

**spoke... [2]** 1:8/1
1:16/15
**stack [1]** 1:36/14
**stalled [1]** 1:43/6
**stalling [1]** 1:30/13
**stand [1]** 1:11/4
**standards [1]** 1:37/18
**standing [1]** 1:5/25
**start [6]** 1:3/12 1:3/14
1:4/4 1:37/23 1:50/6
1:51/21
**started [3]** 1:2/13
1:23/4 1:28/21
**starting [1]** 1:30/11
**starts [1]** 1:50/22
**state [2]** 1:41/16 1:42/5
**stated [1]** 1:55/8
**statement [1]** 1:49/4
**STATES [3]** 1:1/2 1:2/4
1:39/7
**stay [1]** 1:53/16
**still [1]** 1:44/2
**stop [1]** 1:40/18
**stopping [2]** 1:31/13
1:32/6
**story [2]** 1:19/12
1:28/20
**Street [1]** 1:1/21
**striking [1]** 1:28/6
**strongly [1]** 1:11/19
**structured [1]** 1:53/13
**subject [2]** 1:18/23
1:41/12
**submit [7]** 1:10/9
1:28/15 1:33/2 1:35/15
1:46/3 1:48/12 1:49/12
**submitted [11]** 1:9/23
1:11/13 1:11/23 1:32/14
1:34/13 1:34/19 1:34/20
1:35/7 1:35/11 1:35/13
1:35/16
**subpoena [3]** 1:5/6 1:7/2
1:8/2
**subsequent [1]** 1:3/2
**substantial [2]** 1:26/17
1:28/1
**such [5]** 1:18/9 1:19/21
1:24/7 1:37/17 1:46/11
**sudden [1]** 1:21/15
**suffer [2]** 1:43/5 1:43/5
**suffered [1]** 1:43/4
**suggestion [1]** 1:16/16
**Suite [2]** 1:1/16 1:1/21
**summarize [1]** 1:36/22

**summative [6]** 1:41/17
1:42/8 1:44/18 1:45/4
1:46/14 1:46/15
**supersede [1]** 1:28/8
**supplied [1]** 1:18/11
**support [4]** 1:19/8
1:47/14 1:48/1 1:49/6
**sure [6]** 1:9/4 1:12/2
1:28/12 1:34/6 1:36/14
1:45/16
**surgeon [3]** 1:18/19
1:18/20 1:43/7
**system [2]** 1:15/16
1:16/2
**systems [1]** 1:14/8

**T**

**take [8]** 1:11/16 1:11/22
1:17/14 1:20/5 1:22/12
1:23/16 1:36/1 1:50/15
**taken [8]** 1:19/24 1:20/6
1:20/9 1:32/11 1:33/24
1:35/6 1:55/8 1:55/12
**taking [2]** 1:21/16
1:21/21
**talk [1]** 1:53/6
**talking [1]** 1:47/19
**tampering [1]** 1:10/18
**tell [8]** 1:17/17 1:17/25
1:21/22 1:27/4 1:38/6
1:38/12 1:40/18 1:40/19
**telling [3]** 1:19/10
1:38/7 1:38/8
**tells [1]** 1:28/20
**ten [1]** 1:49/10
**ten-day [1]** 1:49/10
**tenus [1]** 1:38/1
**terms [6]** 1:10/8 1:29/14
1:30/3 1:30/6 1:40/12
1:43/21
**testify [2]** 1:41/25
1:43/14
**testimony [4]** 1:42/22
1:45/14 1:45/16 1:47/16
**texts [1]** 1:32/16
**than [19]** 1:12/4 1:19/12
1:20/3 1:23/8 1:26/22
1:30/5 1:33/12 1:38/24
1:39/2 1:40/24 1:40/25
1:49/18 1:52/1 1:52/2
1:52/3 1:52/3 1:52/8
1:52/20 1:52/24
**Thank [17]** 1:7/23 1:9/8
1:9/20 1:17/20 1:22/13
1:22/18 1:47/21 1:51/13

1:51/17 1:52/7 1:52/22
1:53/18 1:53/19 1:53/20
1:53/22 1:53/24 1:53/25
**that [311]**
**That'll [1]** 1:26/13
**that's [59]**
**their [11]** 1:2/17 1:7/1
1:9/8 1:9/10 1:9/15
1:16/3 1:16/8 1:19/17
1:30/23 1:30/23 1:37/6
**theirs [1]** 1:31/1
**them [35]** 1:8/11 1:8/16
1:8/19 1:11/5 1:11/25
1:16/6 1:19/1 1:19/10
1:19/17 1:19/18 1:19/19
1:20/1 1:20/2 1:20/14
1:20/25 1:24/2 1:24/5
1:25/24 1:26/22 1:28/3
1:28/25 1:29/11 1:30/6
1:30/24 1:30/25 1:32/13
1:35/16 1:42/2 1:43/1
1:45/7 1:46/17 1:46/20
1:46/20 1:46/21 1:46/21
**themselves [1]** 1:19/17
**then [23]** 1:4/18 1:7/17
1:12/16 1:21/1 1:21/8
1:21/8 1:22/12 1:23/9
1:30/3 1:32/6 1:33/21
1:35/16 1:35/25 1:44/14
1:48/13 1:48/22 1:49/10
1:49/11 1:50/21 1:50/23
1:51/16 1:51/17 1:52/9
**there [44]** 1:4/7 1:4/23
1:5/12 1:6/25 1:8/15
1:10/7 1:12/19 1:15/5
1:16/12 1:18/22 1:19/13
1:19/21 1:19/24 1:19/25
1:20/1 1:21/25 1:22/22
1:22/22 1:22/22 1:24/6
1:24/6 1:25/5 1:27/25
1:29/17 1:30/9 1:31/6
1:31/6 1:31/17 1:33/11
1:37/3 1:37/18 1:38/5
1:39/4 1:45/20 1:46/3
1:46/11 1:46/14 1:46/24
1:47/1 1:47/12 1:48/9
1:52/11 1:52/13 1:53/4
**there's [18]** 1:5/23
1:10/1 1:10/3 1:17/4
1:19/9 1:19/12 1:28/2
1:34/2 1:34/3 1:34/3
1:34/6 1:36/4 1:37/17
1:43/12 1:48/7 1:48/17
1:48/21 1:53/15
**thereafter [1]** 1:5/5

**these [15]**   1:8/15
1:10/23 1:16/5 1:17/16
1:24/8 1:24/18 1:26/4
1:26/11 1:27/5 1:31/21
1:37/22 1:44/24 1:46/14
1:46/19 1:53/2
**they [58]**
**they're [15]**   1:5/17
1:9/16 1:17/1 1:17/16
1:17/17 1:23/11 1:25/1
1:25/13 1:26/7 1:26/20
1:26/21 1:31/22 1:34/18
1:35/10 1:44/22
**they've [1]**   1:3/5
**thing [7]**   1:12/20
1:16/23 1:37/17 1:40/9
1:46/6 1:46/11 1:46/24
**things [5]**   1:18/15
1:19/3 1:32/13 1:33/16
1:50/17
**think [36]**   1:3/9 1:4/10
1:5/17 1:5/19 1:6/19
1:9/1 1:9/15 1:14/14
1:14/16 1:16/19 1:16/25
1:17/9 1:17/17 1:20/22
1:23/23 1:24/11 1:25/23
1:28/2 1:28/14 1:31/5
1:33/3 1:33/17 1:35/19
1:36/4 1:36/11 1:37/3
1:37/19 1:37/25 1:38/8
1:47/6 1:49/14 1:49/15
1:49/17 1:49/22 1:51/1
1:53/16
**third [4]**   1:9/23 1:10/19
1:11/24 1:19/11
**third-party [2]**   1:9/23
1:11/24
**this [89]**
**those [33]**   1:7/3 1:10/17
1:11/3 1:11/7 1:11/13
1:11/15 1:11/16 1:13/4
1:13/4 1:17/18 1:18/3
1:18/11 1:24/22 1:29/7
1:29/24 1:30/6 1:30/14
1:32/13 1:32/14 1:32/17
1:32/18 1:33/2 1:34/13
1:34/19 1:34/20 1:35/7
1:35/15 1:41/16 1:42/6
1:44/22 1:45/19 1:52/14
1:53/6
**though [1]**   1:46/1
**through [9]**   1:24/2
1:24/5 1:25/24 1:25/25
1:26/1 1:30/8 1:35/20

**time [24]**   1:5/2 1:8/11
1:8/14 1:8/17 1:9/5
1:9/11 1:9/15 1:18/25
1:20/13 1:24/5 1:26/16
1:27/20 1:28/23 1:32/2
1:34/17 1:34/17 1:37/5
1:37/13 1:41/18 1:44/15
1:49/11 1:49/17 1:49/19
1:55/8
**timeline [1]**   1:28/18
**timely [1]**   1:26/22
**times [2]**   1:15/12 1:16/9
**today [14]**   1:4/11 1:16/5
1:22/9 1:23/4 1:25/25
1:31/4 1:31/6 1:31/8
1:33/8 1:35/22 1:36/22
1:49/9 1:49/9 1:50/10
**today's [1]**   1:22/4
**together [2]**   1:18/8
1:43/23
**told [8]**   1:6/9 1:8/4
1:11/9 1:16/4 1:19/12
1:27/2 1:28/9 1:43/8
**tons [1]**   1:24/6
**too [2]**   1:19/14 1:50/24
**took [5]**   1:6/7 1:15/15
1:19/3 1:19/8 1:23/10
**top [1]**   1:36/14
**tortious [2]**   1:19/2
1:24/25
**totally [3]**   1:14/8
1:14/12 1:27/7
**touch [1]**   1:43/7
**touts [1]**   1:24/19
**town [2]**   1:51/2 1:51/4
**trademark [1]**   1:40/19
**Transcribed [1]**   1:1/25
**TRANSCRIBER [1]**   1:55/3
**transcript [2]**   1:1/12
1:55/5
**transfer [4]**   1:39/8
1:39/9 1:39/11 1:44/23
**transparent [1]**   1:27/7
**traveling [2]**   1:24/3
1:51/5
**trial [1]**   1:38/10
**tricky [1]**   1:36/9
**tried [1]**   1:26/11
**true [3]**   1:13/9 1:45/13
1:55/4
**try [6]**   1:15/13 1:15/17
1:25/24 1:26/1 1:36/22
1:37/4
**trying [5]**   1:12/23

1:44/17
**Tu [1]**   1:5/22
**Tuesday [2]**   1:5/22
1:8/18
**turning [1]**   1:23/11
**two [11]**   1:4/9 1:12/3
1:12/23 1:13/4 1:17/4
1:20/1 1:32/14 1:33/2
1:39/14 1:49/18 1:52/6
**two-year [1]**   1:39/14
**type [1]**   1:47/24

**U**

**U.S [2]**   1:55/7 1:55/21
**Uh [3]**   1:23/6 1:50/9
1:50/14
**Uh-huh [3]**   1:23/6 1:50/9
1:50/14
**ultimately [1]**   1:30/3
**unable [1]**   1:39/11
**unavailability [2]**   1:6/1
1:9/24
**unavailable [5]**   1:5/18
1:11/23 1:11/24 1:18/12
1:21/17
**unconditionally [3]**
1:42/6 1:45/5 1:45/6
**under [13]**   1:5/24 1:10/9
1:10/16 1:11/5 1:19/25
1:20/2 1:21/17 1:41/12
1:42/23 1:43/12 1:43/13
1:44/20 1:44/20
**underlying [1]**   1:7/3
**understand [16]**   1:8/8
1:9/4 1:12/3 1:13/22
1:14/24 1:16/15 1:17/24
1:20/5 1:24/12 1:25/6
1:37/4 1:37/9 1:38/14
1:46/25 1:50/16 1:52/23
**understanding [2]**
1:32/18 1:34/25
**UNITED [3]**   1:1/2 1:2/4
1:39/7
**University [2]**   1:10/20
1:15/24
**unreasonable [1]**   1:21/19
**until [9]**   1:6/9 1:15/1
1:18/13 1:23/11 1:27/5
1:28/10 1:30/12 1:43/12
1:45/10
**unusual [1]**   1:42/18
**up [12]**   1:11/4 1:15/15
1:16/17 1:20/18 1:23/19
1:27/7 1:30/13 1:36/2

up... **[4]**   1:37/12
  1:37/23 1:38/9 1:50/3
upon **[3]**   1:30/3 1:30/15
  1:38/25
upset **[1]**   1:2/21
us **[14]**   1:5/1 1:6/10
  1:6/12 1:17/17 1:24/9
  1:24/21 1:26/7 1:33/2
  1:33/25 1:38/6 1:39/1
  1:49/12 1:52/19 1:53/13
use **[2]**   1:28/10 1:52/2
used **[5]**   1:24/23 1:29/3
  1:30/2 1:30/13 1:47/25
using **[1]**   1:40/18

**V**

vague **[1]**   1:24/21
varies **[1]**   1:30/25
verification **[1]**   1:46/6
version **[3]**   1:30/8
  1:30/10 1:30/25
versus **[1]**   1:2/11
very **[16]**   1:3/11 1:3/19
  1:4/3 1:9/18 1:17/17
  1:19/7 1:21/7 1:24/24
  1:28/7 1:30/12 1:36/7
  1:36/9 1:53/7 1:53/9
  1:53/14 1:53/20
vetted **[1]**   1:18/18
viable **[1]**   1:33/23
video **[2]**   1:3/17 1:3/24
view **[2]**   1:21/19 1:47/7
voluntarily **[1]**   1:25/8

**W**

wait **[2]**   1:2/23 1:16/17
waiting **[1]**   1:7/3
waiver **[2]**   1:26/16
  1:44/11
walk **[1]**   1:49/20
want **[45]**   1:6/4 1:7/17
  1:8/15 1:8/17 1:10/16
  1:11/22 1:12/7 1:12/9
  1:12/21 1:13/6 1:13/20
  1:13/22 1:16/3 1:17/14
  1:17/18 1:19/16 1:20/7
  1:21/24 1:23/16 1:23/23
  1:25/14 1:25/20 1:27/2
  1:27/7 1:27/19 1:28/12
  1:34/6 1:34/16 1:35/25
  1:37/23 1:38/6 1:38/13
  1:38/14 1:38/17 1:42/16
  1:42/17 1:45/24 1:46/10
  1:47/3 1:48/8 1:49/4

wanted **[6]**   1:2/18 1:3/7
  1:5/8 1:5/13 1:28/7
  1:36/20
wants **[3]**   1:12/5 1:37/13
  1:43/11
warrants **[1]**   1:21/20
was **[61]**
wasn't **[2]**   1:9/6 1:25/7
waste **[1]**   1:34/17
Wax **[2]**   1:5/13 1:26/12
way **[11]**   1:4/16 1:5/12
  1:8/13 1:9/22 1:10/5
  1:21/3 1:36/8 1:39/13
  1:44/1 1:46/13 1:53/14
we **[122]**
we'll **[9]**   1:23/14 1:24/8
  1:24/10 1:33/22 1:35/14
  1:35/15 1:46/21 1:53/9
  1:53/9
we're **[34]**   1:2/10 1:2/10
  1:8/23 1:12/17 1:22/6
  1:23/21 1:26/2 1:27/4
  1:28/14 1:33/1 1:33/4
  1:33/5 1:34/19 1:35/6
  1:37/5 1:38/23 1:38/25
  1:39/2 1:39/17 1:40/3
  1:40/5 1:42/13 1:42/23
  1:42/25 1:44/4 1:44/5
  1:44/12 1:44/12 1:46/1
  1:46/6 1:51/19 1:52/9
  1:53/14 1:53/21
we've **[11]**   1:11/24
  1:18/10 1:20/3 1:24/1
  1:25/24 1:27/16 1:28/23
  1:29/15 1:35/12 1:35/13
  1:35/21
wedding **[1]**   1:5/3
Wednesday **[3]**   1:24/1
  1:24/2 1:51/18
week **[7]**   1:5/2 1:12/23
  1:18/11 1:49/23 1:50/1
  1:51/3 1:51/5
weekend **[1]**   1:53/22
weeks **[2]**   1:34/6 1:50/16
well **[15]**   1:4/1 1:10/14
  1:13/9 1:14/11 1:20/8
  1:20/16 1:20/22 1:21/22
  1:24/21 1:31/22 1:33/6
  1:34/21 1:36/7 1:44/10
  1:53/24
went **[2]**   1:21/13 1:23/13
were **[19]**   1:4/23 1:5/8
  1:17/9 1:18/22 1:19/22

1:29/3 1:30/7 1:30/14
  1:31/16 1:32/2 1:32/11
  1:32/18 1:32/20 1:43/8
  1:46/15 1:46/16
what **[79]**
what's **[3]**   1:12/3
  1:31/13 1:38/8
whatever **[4]**   1:23/14
  1:29/8 1:39/19 1:39/19
when **[27]**   1:4/25 1:12/17
  1:13/5 1:16/11 1:16/19
  1:17/13 1:19/10 1:19/20
  1:20/12 1:30/22 1:35/12
  1:37/3 1:37/20 1:38/9
  1:38/13 1:41/21 1:43/7
  1:44/11 1:44/23 1:46/15
  1:46/16 1:47/23 1:49/2
  1:49/7 1:49/22 1:50/6
  1:51/3
where **[13]**   1:6/2 1:10/3
  1:12/17 1:15/12 1:15/19
  1:17/2 1:20/12 1:26/9
  1:26/20 1:27/2 1:27/9
  1:37/24 1:50/10
whether **[6]**   1:11/15
  1:11/15 1:22/15 1:45/21
  1:45/21 1:48/7
which **[33]**   1:4/7 1:5/24
  1:6/19 1:11/12 1:18/25
  1:20/3 1:21/19 1:24/16
  1:24/24 1:29/1 1:29/6
  1:29/20 1:30/5 1:34/4
  1:35/24 1:39/7 1:39/13
  1:39/13 1:39/15 1:41/23
  1:42/11 1:43/24 1:44/6
  1:44/21 1:45/2 1:45/4
  1:45/6 1:45/7 1:45/7
  1:45/15 1:52/9 1:52/25
  1:55/12
who **[9]**   1:3/17 1:9/23
  1:13/23 1:18/3 1:18/3
  1:20/11 1:40/24 1:41/8
  1:46/7
who's **[3]**   1:18/6 1:40/25
  1:51/2
whole **[4]**   1:33/20
  1:38/18 1:46/8 1:46/11
wholly **[2]**   1:4/12 1:6/25
whom **[1]**   1:29/24
why **[17]**   1:4/5 1:5/17
  1:5/21 1:6/15 1:12/16
  1:14/10 1:14/25 1:26/12
  1:32/13 1:35/22 1:38/3
  1:45/15 1:47/3 1:47/16

**why... [3]**   1:47/22
 1:49/4 1:52/7
**will [44]**   1:3/8 1:4/10
 1:5/19 1:6/6 1:6/20
 1:7/21 1:8/17 1:8/17
 1:8/21 1:9/13 1:9/13
 1:11/15 1:16/19 1:18/22
 1:19/7 1:19/9 1:20/5
 1:20/19 1:27/18 1:27/19
 1:29/4 1:32/15 1:32/17
 1:33/17 1:34/9 1:34/11
 1:34/12 1:34/15 1:35/14
 1:35/25 1:37/22 1:38/11
 1:39/18 1:42/22 1:43/4
 1:43/14 1:45/14 1:50/15
 1:50/18 1:50/19 1:51/17
 1:52/10 1:52/10 1:52/11
**win [1]**   1:17/22
**wind [2]**   1:37/23 1:38/9
**wishes [1]**   1:33/2
**withdraw [3]**   1:8/8
 1:8/12 1:16/14
**withdrawing [4]**   1:9/5
 1:9/10 1:21/15 1:25/9
**withdrew [2]**   1:25/7
 1:25/8
**withheld [1]**   1:34/7
**within [4]**   1:12/22
 1:15/16 1:33/9 1:52/15
**without [7]**   1:2/25
 1:26/16 1:26/17 1:35/20
 1:39/8 1:42/2 1:45/9
**witness [9]**   1:4/19 1:6/1
 1:9/23 1:10/17 1:11/24
 1:13/12 1:19/7 1:21/17
 1:48/8
**witnesses [8]**   1:5/12
 1:5/14 1:6/4 1:47/12
 1:47/17 1:48/9 1:52/10
 1:53/1
**woefully [1]**   1:24/6
**wonder [2]**   1:20/8 1:20/8
**Wonderful [1]**   1:31/10
**words [1]**   1:20/13
**work [19]**   1:8/11 1:8/19
 1:8/23 1:9/15 1:13/14
 1:15/5 1:17/6 1:24/11
 1:25/24 1:26/1 1:26/13
 1:31/8 1:32/19 1:32/23
 1:32/23 1:32/23 1:33/5
 1:33/13 1:50/18
**work-product [1]**   1:32/19
**worked [1]**   1:16/18
**working [5]**   1:13/24

1:16/8 1:18/6 1:29/16
1:32/2   1:32/2
75
**works [2]**   1:33/23
1:51/12
**worry [1]**   1:7/24
**would [43]**   1:4/19 1:5/14
 1:8/11 1:8/14 1:8/15
 1:10/8 1:11/10 1:11/11
 1:11/19 1:16/5 1:19/22
 1:20/11 1:20/12 1:21/10
 1:21/12 1:22/14 1:26/18
 1:29/2 1:29/11 1:29/21
 1:30/4 1:32/13 1:32/24
 1:33/25 1:38/1 1:39/13
 1:39/14 1:39/24 1:42/20
 1:43/9 1:45/3 1:45/3
 1:45/8 1:45/9 1:46/1
 1:46/2 1:48/22 1:49/2
 1:49/10 1:49/14 1:49/17
 1:50/24 1:51/6
**wouldn't [2]**   1:2/21
 1:6/13
**wrap [1]**   1:37/6
**write [12]**   1:39/1 1:39/1
 1:39/3 1:39/21 1:39/24
 1:40/1 1:40/11 1:40/14
 1:40/22 1:43/24 1:44/5
 1:44/11
**writer [1]**   1:39/24
**writing [1]**   1:42/20
**written [3]**   1:25/3
 1:37/7 1:40/25
**wrote [4]**   1:6/12 1:25/8
 1:27/25 1:46/19

---

**Y**

**YEAGER [2]**   1:1/16 1:3/16
**Yeah [13]**   1:9/12 1:13/22
 1:13/23 1:14/8 1:24/12
 1:27/21 1:38/21 1:47/11
 1:50/4 1:50/6 1:51/10
 1:51/12 1:51/12
**year [1]**   1:39/14
**years [1]**   1:3/6
**yes [23]**   1:4/2 1:7/19
 1:20/15 1:21/1 1:21/10
 1:22/24 1:27/1 1:27/13
 1:33/10 1:33/14 1:35/5
 1:36/16 1:36/18 1:43/19
 1:48/15 1:48/16 1:50/2
 1:50/7 1:51/9 1:51/23
 1:52/17 1:53/3 1:53/5
**yesterday [4]**   1:2/22
 1:7/5 1:8/2 1:24/4
**York [15]**   1:5/7 1:7/2

1:10/6 1:11/1 1:13/25
1:14/4 1:14/5 1:14/21
1:14/25 1:15/2 1:15/24
1:15/25 1:18/17 1:19/15
1:24/3
**you [154]**
**you'll [2]**   1:33/9
 1:51/22
**you're [18]**   1:9/10
 1:22/2 1:22/2 1:22/5
 1:34/24 1:40/8 1:40/20
 1:40/21 1:41/9 1:42/16
 1:43/20 1:43/21 1:43/23
 1:44/8 1:47/19 1:50/7
 1:50/17 1:53/8
**you've [2]**   1:31/11
 1:50/13
**your [58]**
**Your Honor [28]**   1:2/25
 1:7/6 1:7/10 1:7/13
 1:10/18 1:11/4 1:12/8
 1:12/24 1:18/1 1:20/7
 1:21/12 1:22/7 1:23/1
 1:27/15 1:28/18 1:29/17
 1:30/18 1:31/16 1:34/9
 1:34/16 1:41/3 1:42/17
 1:44/7 1:48/4 1:48/17
 1:49/8 1:51/25 1:52/5