IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                                                                              Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not-For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION TO FILE REPLY IN SUPPORT
OF MOTION FOR SANCTIONS AND MOTION FOR
<u>SECOND PROTECTIVE ORDER UNDER SEAL</u>**

Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D. ("Dr. Ben-David") (collectively, "Defendants"), by and through undersigned counsel, respectfully move pursuant to S.D. Fla. L.R. 5.4(b)(1) for an order authorizing the filing of their forthcoming Reply in support of their Motion for Sanctions and Motion for Second Protective Order under seal (the "Sanctions Motion"). In support thereof, Defendants state as follows:

Defendants' Sanctions Motion seeks to impose sanctions on Plaintiff and her counsel based on misconduct during a recent deposition of a third-party witness. During the deposition, her counsel, through his questioning, disclosed information that this Court previously struck and/or sealed from the record and barred from use in the litigation. *See* ECF Nos. 28, 36. The Sanctions Motion thus necessarily contains reference to this stricken and/or sealed information.

Defendants moved to seal their Sanction Motions, as well as to permit any further response/reply papers to be filed under seal (ECF No. 112), which this Court granted on July 17,

1

2023 (ECF No. 114). The Court then granted Plaintiff's request for leave to seal her response to the Sanctions Motion. ECF No. 124.

While the Court's July 17, 2023's Order purportedly authorizes filing Defendants' forthcoming Reply under seal, in an abundance of caution, Defendants respectfully request leave to file their Reply in support of their Sanctions Motions under seal.

WHEREFORE Defendants Mount Sinai Medical Center of Florida, Inc. and Kfir Ben-David, M.D., respectfully seek leave to file their Reply in support of their Motion for Sanctions and Motion for a Second Protective Order under seal and request that the document remain under seal through the final resolution of this matter, or until such other time as an order of this Court directs otherwise.

Dated:  August 7, 2023

    Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By:*/s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that they have conferred via email with counsel for Plaintiff regarding the relief sought herein. Plaintiff's counsel has no objection to Defendants' Sanctions Motion being filed under seal.

By: */s/ Martin B. Goldberg*  
**MARTIN B. GOLDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on August 7, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

### SERVICE LIST

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
RLevenstein@nasonyeager.com
GSliwka@nasonyeager.com
ASpears@nasonyeager.com
PTreadway@nasonyeager.com
CReyes@nasonyeager.com
*Attorneys for Plaintiff*