IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| | ) |
| v. | ) |
| | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) ) ) ) |
| Defendants. | |

**PLAINTIFF'S, PAIGE FINKELSTEIN, M.D., MOTION FOR EXTENSION OF TIME TO RESPOND DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff, PAIGE FINKELSTEIN, M.D., by and through their undersigned counsel, hereby moves this Court for an order, in the form attached as Exhibit A, extending the time for their Forthcoming Response to Defendants First Set of Interrogatories from August 7, 2023 to August 28, 2023. In support of her motion, Dr. Finkelstein states as follows:

1. On July 7, 2023, Defendants served upon Dr. Finkelstein the First Set of Interrogatories.

2. Dr. Finkelstein's response to the Defendants' First Set of Interrogatories is due on August 7, 2023.

3. Dr. Finkelstein requires additional time to answer the interrogatories requested by Defendants.

4. Further, the parties are still seeking a meeting of the minds pertaining to a Confidentiality Agreement, which is paramount to protecting the parties involved in this matter.

1

5. Dr. Finkelstein, therefore, requests an extension of time to respond to the Defendants' First Set of Interrogatories to August 28, 2023, because she requires additional time to prepare her response.

6. This motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the extension requested.

7. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that, on July 31, 2023, he conferred with the Defendants' counsel regarding this motion and relief sought herein. Defendants' counsel opposes the extension request and desires to respond prior to the Court ruling on the request.

WHEREFORE, Dr. Finkelstein respectfully requests that this Court grant this motion extending the time for Plaintiff to respond to the Defendants' First Set of Interrogatories to August 28, 2023.

Dated: August 7, 2023.                    Respectfully submitted,

       /s/ *Richard H. Levenstein*

Richard H. Levenstein
Florida Bar No. 235296
Gabrielle O. Sliwka
Florida Bar No. 1022654
Abby M. Spears
Florida Bar No. 44662
Primary E-mail: rlevenstein@nasonyeager.com
gsliwka@nasonyeager.com;
aspears@nasonyeager.com
Secondary E-mail: ptreadway@nasonyeager.com;
creyes@nasonyeager.com
NASON, YEAGER, GERSON,
HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone:   (561) 686-3307
*Attorneys for Plaintiff, Paige Finkelstein, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court and served by E-Mail through the Florida Courts E-Filing Portal on August 7, 2023 to the following:

***Attorneys for Defendant, Mount Sinai Medical Center of Florida and Defendant, Kfir Ben-David, MD***
Martin B. Goldberg, Esq.
David R. Ruffner, Esq.
Clark Splichal, Esq.
Ashley P. Singrossi, Esq.
Benjamin R. Shiekman, Esq.
Lash & Goldberg LLP
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Primary Email: mgoldberg@lashgoldberg.com; csplichal@lashgoldberg.com
druffner@lashgoldberg.com; asingrossi@lashgoldberg.com; bshiekman@lashgoldberg.com
Secondary Email: rdiaz@lashgoldberg.com; mwallace@lashgoldberg.com

***Attorneys for Defendant, Kfir Ben-David, MD***
Gary A. Orseck, Esq.
Lauren Cassady Andrews, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
2000 K Street, NW, 4th Floor
Washington, DC  20006
Primary Email: gorseck@kramerlevin.com; landrews@kramerlevin.com


By:   /s/ Richard H. Levenstein
       Richard H. Levenstein
       Florida Bar No. 235296
       Gabrielle O. Sliwka
       Florida Bar No. 1022654
       Abby M. Spears
       Florida Bar No. 44662