IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                          Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.,

    Defendants.
_____/

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

    This cause is before the Court on Plaintiff, PAIGE FINKELSTEIN, M.D.'S Motion for Extension of Time to Respond to Defendants' First Set of Interrogatories, being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

    1.    PAIGE FINKELSTEIN, M.D.'S Motion for Extension of Time to Respond to Defendants' First Set of Interrogatories is GRANTED. Plaintiff, PAIGE FINKELSTEIN, M.D. shall have through and including August 28, 2023 to respond to Defendants' First Set of Interrogatories.

    **DONE AND ORDERED** in the Southern District of Florida, this ___ day of _____, 2023.

                                                                       _____
                                                                       **ROY K. ALTMAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
cc:    All counsel of record