IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAIGE FINKELSTEIN, M.D.,

    Plaintiff,

v.                                                Case No. 1:23-CV-20188-RKA

MOUNT SINAI MEDICAL CENTER OF
FLORIDA, INC., a Florida Not For Profit
Corporation, and KFIR BEN-DAVID, M.D.

    Defendants.
_____/

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' FIRST SET OF INTERROGATORIES**

Defendants Mount Sinai Medical Center of Florida, Inc. ("Mount Sinai") and Kfir Ben-David, M.D. ("Dr. Ben-David") (collectively, "Defendants"), by and through undersigned counsel, files this response to Plaintiff's Motion for Extension of Time to Respond to Defendants' First Set of Interrogatories.

1.    Plaintiff filed her motion for extension of time on the day her discovery was due – August 7, 2023. On July 31, 2023, Defendants advised Plaintiff that a 20-day extension of time to respond to a discrete set of interrogatories was excessive and that they would agree to a 5-day extension of time up through August 11, 2023.

2.    Defendants have had considerable difficulties in obtaining discovery from Plaintiff including Plaintiff taking approximately three (3) months to produce documents to the Defendants, necessitating multiple meet-and-confers and ultimately a second and lengthy

discovery hearing before Magistrate Judge Reid on August 4, 2023, resulting in the Court granting Defendants' motion to compel.

3. Discovery cut off in this case is September 20, 2023, and the requested extension of time would not permit Defendants the thirty (30) days necessary to conduct follow up discovery under the Federal Rules of Civil Procedure.

4. Plaintiff posits in her motion that the parties are still seeking a meeting of the minds pertaining to a confidentiality order. Not so. Magistrate Judge Reid heard and resolved this issue last Friday well before Plaintiff filed her motion. Equally important, the confidentiality order has not and should not be impacting any discovery, as Plaintiff has asserted to Magistrate Judge Reid that she is not withholding any documents or discovery due to a confidentiality order.

5. Should the Court be inclined to permit this extension, Defendants ask in the alternative that Plaintiff serve all objections by Friday, August 11, 2023, so that Defendants may begin the meet-and-confer process and address any outstanding issues with the Court.

Dated:  August 8, 2023

                    Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By: */s/ Martin B. Goldberg*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By: */s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on August 8, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

By: */s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**

**SERVICE LIST**

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
gliwka@nasonyeager.com
aspears@nasonyeager.com
ptreadway@nasonyeager.com
jresnick@nasonyeager.com
creyes@nasonyeager.com
*Attorneys for Plaintiff*