IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAIGE FINKELSTEIN, M.D., | ) |
| Plaintiff, | ) Case No. 1:23-CV-20188-RKA |
| v. | ) |
| MOUNT SINAI MEDICAL CENTER OF FLORIDA, INC., a Florida Not For Profit Corporation, and KFIR BEN-DAVID, M.D., | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF THE
PAGE LIMIT FOR THEIR FORTHCOMING
<u>MOTIONS TO STRIKE AND TO DISMISS</u>**

Pursuant to Local Rule 7.1(c)(2), Defendants Mount Sinai Medical Center of Florida, Inc. ("MSMC") and Dr. Kfir Ben-David (together "Defendants") move the Court for an order enlarging the page limit for their forthcoming motions to strike and to dismiss.

1. On July 13, 2023, this Court granted Defendants' motion under Rule 12(f) to strike Plaintiff's second amended complaint, which had been improperly filed in violation of Court order and without Court leave. ECF No. 111.

2. On July 25, 2023, Plaintiff moved for leave to file a new second amended complaint (the "SAC"), which the Court granted prior to Defendants' filing a response. ECF Nos. 119, 121.

3. Plaintiff filed her SAC on July 28, 2023. *See* ECF No. 125. The SAC is 92 pages long and contains 294 numbered paragraphs. *Id.*

4. Defendants intend to again move to strike certain frivolous allegations in the SAC under Rule 12(f) based on an agreement between the parties that Plaintiff would voluntarily excise those allegations with which she did not comply. Because Rule 12(g)(2) requires defenses and

objections under Rule 12 to be joined in a single motion, Defendants intend to file a single motion asserting grounds pursuant to both Rule 12(b) and Rule 12(f) on or before August 11, 2023

5. As a result of the expanded pleading and the need to include a motion to strike, Defendants require an enlargement of the page limits imposed by Local Rule 7.1(c)(2).

6. Local Rule 7.1(c)(2) provides that "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages."

7. Defendants respectfully request permission from this Court to enlarge the page limit for their forthcoming motions (and incorporated memorandum of law) from twenty (20) pages to twenty-seven (27) pages.

8. Defendants previously requested, and this Court previously granted on February 28, 2023, an enlargement of the page limit in connection with their motion to dismiss the previous second amended complaint. ECF No. 45.

9. Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that, on August 5, 2023, he conferred with Plaintiff's counsel regarding this motion and the relief sought herein. Plaintiff has no objection to the requested enlargement of page limit so long as Defendants have no objection should Plaintiff request the same enlargement of page of limit for her response to Defendants' forthcoming motions, which Defendants do not.

WHEREFORE, Defendants respectfully request that this Court grant this motion and enlarge the page limit for their forthcoming motions from twenty (20) pages to twenty-seven (27) pages.

Dated: August 8, 2023

    Respectfully submitted,

**LASH GOLDBERG LLP**
Miami Tower, Suite 1200
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendants*

By:*/s/ Clark S. Splichal*
    **MARTIN B. GOLDBERG**
    Florida Bar No. 0827029
    Email: mgoldberg@lashgoldberg.com
    **CLARK S. SPLICHAL**
    Florida Bar No. 1010425
    Email: csplichal@lashgoldberg.com

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
2000 K Street N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202)775-4510
*Attorneys for Defendant Kfir Ben-David, M.D.*

By:*/s/ Gary A. Orseck*
    **GARY A. ORSECK**
    Florida Bar No. 846015
    Primary Email: gorseck@kramerlevin.com
    **LAUREN CASSADY ANDREWS**
    Va. Bar No. 92149 (appearing *pro hac vice*)
    Primary Email: landrews@kramerlevin.com

Case No. 1:23-CV-20188-RKA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on August 8, 2023, or in the manner specified on all counsel or parties of record on the Service List below.

Richard H. Levenstein, Esq.
Gabrielle O. Sliwka, Esq.
Abby M. Spears, Esq.
**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
relevenstein@nasonyeager.com
aspears@nasonyeager.com
gsliwka@nasonyeager.com
ptreadway@nasonyeager.com
creyes@nasonyeager.com
jresnick@nasonyeager.com

*Attorneys for Plaintiff*

By: */s/ Clark S. Splichal*
    **CLARK S. SPLICHAL**

4