# EXHIBIT 2



**Mount Sinai**

Clicking the green arrow will automatically save your work. To add additional information click 'Add More' or 'Copy Page'

## Conditions for Application

By this application and the attached application for privileges, as applicable, I am applying to:

| | Mount Sinai Hospital | | Mount Sinai St. Luke's/Mount Sinai West | X | Mount Sinai Beth Israel |
|---|---|---|---|---|---|
| | Mount Sinai Queens | | Mount Sinai Brooklyn | | New York Eye & Ear Infirmary |
| | | | The Derfner Foundation Ambulatory Surgery Center | | |

(the "Sites") in the Department(s) of  Surgery , I hereby:

- Agree to the release of information contained in my application/reapplication to the Mount Sinai Health System for purposes of applying/reapplying to its/their medical staff(s). The information to be released includes, but is not limited to, verification of relevant registrations, certifications, education, training, employment, work history, confidential peer evaluations, malpractice claims history, 2805 verifications, material collected for the purpose of performing OPPE & FPPE and any related peer review materials. I understand that authorization of this process does not mean automatic appointment, membership and/or privileges at the other hospitals and that it is to be used solely for purposes of the application process.

- Acknowledge that I have received and read the Bylaws and Rules and Regulations of the Medical Staff of each site to which I have applied, and will be bound by them. I agree to abide by all MSHS rules, regulations, policies, procedures and the Code of Conduct. I also agree to conduct my practice in accordance with the principles of Medical Ethics of the American Medical Association or the Code of Ethics of the American Dental Association, or National Commissions on Nursing Certifications, whichever is applicable.

- Agree to notify the Site(s)' appropriate governing body(ies) in writing (via Medical Staff Services), within seven days, of any future investigations or disciplinary action taken by any entity, or of any material changes to the information provided within this application. I understand that failure to do so will constitute grounds for termination of my appointment, suspension of clinical privileges, or other actions within the Hospitals as determined by the Site(s)' governing body(ies).

- Understand and agree that I, as an applicant for medical staff appointment, have the burden of producing adequate information for proper evaluation of my professional competence and other qualifications, and or resolving any doubts about such qualifications. I agree to cooperate fully with any quality assurance, risk management or peer review investigation undertaken by the Site(s).0

- Understand and agree that unless covered by the Site(s) or Icahn School of Medicine at Mount Sinai I have the responsibility of (i) maintaining and renewing adequate malpractice insurance coverage that meets the requirements established from time to time by the Board of Trustees, including, but not limited to, requirements relating to insurer solvency and the amount and extent of coverage, and (ii) providing the Site(s) with an updated Certificate of Insurance on an annual basis.

- Verify that the information I provide in this application for appointment is true, accurate and complete. I authorize the Site(s) to investigate any or all statements I have made in this application and to seek from third parties, including but not limited to hospitals, medical practitioners, graduate schools, insurers and State agencies verification of the information I have provided. I understand that any omissions, errors, fraudulent statements or intentional misrepresentations in this application are grounds for termination of appointment, denial of appointment, suspension of privileges or other actions as determined by the Site(s)' governing body(ies).

- Waive any confidentiality provisions concerning the information to be provided by third parties and their employees or agents to the Site(s) in connection with this application, and release such third parties, their employees or agents from any liability whatsoever for providing such information; provided that such information is provided in good faith and without malice for the purpose of this application and achieving and maintaining quality patient care.

- Waive any confidentiality provision and release the Site(s), their trustees, officers, employees and agents from any liability whatsoever for providing any information contained herein or in my personnel files when such information is provided in good faith and without malice and upon request of an authorized representative of any other healthcare facility or any other individual or organization authorized to request such information pursuant to applicable Federal, New York State or local law.

| *Paige Finkelstein* | 8976 | 09/05/2021 |
|---|---|---|
| *Electronic Signature - Type full name* | *Last 4 digits of SSN* | *Date* |

*MSHS Application for Medical Staff (rev. 12/2019)*