# EXHIBIT 10

| | |
|---|---|
| **From:** | Martin Goldberg |
| **Sent:** | Friday, July 14, 2023 2:51 PM |
| **To:** | Richard H. Levenstein; Orseck, Gary A. |
| **Cc:** | Gabrielle O. Sliwka; Rosy Diaz; Pamela S. Treadway; Clark Splichal; Dave Ruffner; Minerva Wallace; Abby M. Spears; Cynthia Reyes; Andrews, Lauren Cassady; Delsa Suazo |
| **Subject:** | RE: [EXTERNAL] RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA |

Mr. Levenstein:

Good afternoon and thank you for your email below.

We do not agree with your "proposal" for the reasons we have articulated in our many emails and communications regarding the Rule 11 motion that was served upon you and your client, and to which you *already* agreed to resolve. Part of the agreed resolution to the Rule 11 motion included you filing a motion to strike numerous allegations in the SAC pertaining and related to the non-disclosure agreement and confidentiality allegation. This agreement was further explicitly illustrated within a copy of the SAC that highlighted the offending language to be removed and struck by the Court.

Your email below seems to suggest that you will remove only references to the "term" "non-disclosure agreement." If so, this is not satisfactory and not what was agreed to. In addition, please also recall that there are several other agreements that comprise the overall resolution of the Rule 11 motion. These agreements were also contained in the agreed motion to strike you were going to file yesterday when Judge Altman issued his paperless order striking the SAC. These included, in summary, a stipulation preventing you and your client from arguing that a non-disclosure agreement ever existed, and an agreement that the Court should disregard any prior argument or assertion that you and your client have made before the Court related to that allegation.

We remain committed to holding you to the entire agreement we reached in resolution of the Rule 11 motion. We will correspond with you in the future about how to effectuate the stipulation on the above two points and expect the SAC to not include any of the language highlighted in the copy of the SAC (discussed above) and attached as an exhibit to the motion to strike that you agreed to file prior to Judge Altman's Order.

Please let us know when you expect to file your motion for leave. Also, as part of the meet and confer process, we ask that you send us a draft of your motion for leave *and* the proposed SAC so that we may address our position with you prior to your filing same.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



1

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Thursday, July 13, 2023 3:24 PM
**To:** Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: [EXTERNAL] RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Counsel,

As we discussed briefly on our call this afternoon, in light of the Court's order received today, we have a proposal with respect to the allegations regarding the term "Non-Disclosure Agreement(NDA)" which appeared in the Second Amended Complaint. We intend to file a Motion for Leave to Amend, and in what will be the next Second Amended Complaint, we will omit any reference to any "Non-Disclosure Agreement(NDA)" in that Complaint.

Please advise as to whether you will agree to our making those adjustments in the next Amended Complaint which will be the subject of our Motion for Leave to Amend.

        Thank you.
        Richard H. Levenstein

**Richard Levenstein**
Attorney at Law

Email: RLevenstein@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile    vCard



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Orseck, Gary A. [mailto:GOrseck@KRAMERLEVIN.com]
**Sent:** Wednesday, July 12, 2023 6:58 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz

2

<rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** Re: [EXTERNAL] RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
**Importance:** High


Richard, what is the confusion you are apologizing for? Gabrielle sent us back edited versions of the July 6 documents, rather than the ones you'd agreed to, and asked whether we agree to your revisions. Are you saying that was inadvertent on your part?


Gary A. Orseck
Partner

Kramer Levin Naftalis & Frankel LLP
2000 K Street NW, Washington, DC 20006
**T** 202.775.4504 **M** 202.253.7654 **F** 202.775.4510
gorseck@kramerlevin.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

> On Jul 12, 2023, at 5:02 PM, Richard H. Levenstein <RLevenstein@nasonyeager.com> wrote:
>
> We did agree to filing the same motion and will forward  and will forward that same motion and attachment to you tomorrow. I am sorry for any confusion.
>    Thank you.
>       Richard H. Levenstein
>
> **From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
> **Sent:** Wednesday, July 12, 2023 4:55 PM
> **To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
> **Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
> **Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
> **Importance:** High
>
> Mr. Levenstein and Ms. Silwaka:
>
> Good afternoon.

We do not consent.  We do not agree.

Mr. Levenstein explicitly agreed yesterday per his email below to file the motion with exhibits (and proposed order) that "you prepared" (meaning our clients – MSMC and Dr. Ben-David) and was attached to our July 5, letter, which I have again attached to this email. What you sent today is *not* that motion and, again, is materially different and not acceptable to our clients for resolution of the Rule 11 motion. You already tried this gambit and it was rejected by our clients on July 7 which led to Mr. Levenstein's agreement on July 11 to file what our clients had prepared. This is evidenced by the email chain below.  I will also point out that you also materially changed the language in the SAC that is to be stricken, to which we would never agree.

Your conduct continues to be egregiously unprofessional.  Please let us know whether you will agree to file the exact motion with exhibits that we prepared, together with the proposed order we prepared as well.   Please advise this evening.  If you do agree, you will need to send a new pdf with the motion and exhibits intended for filing so that we can confirm our agreement.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image009.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Wednesday, July 12, 2023 4:04 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Good afternoon, Mr. Goldberg.

Please see attached a copy of the motion and exhibit Plaintiff intends to file. Please confirm whether Defendants agree to the proposed language and whether Defendants consent to its filing.

4

Thank you,

Gabrielle Sliwka

---

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Tuesday, July 11, 2023 10:13 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Levenstein:

Please send us tomorrow the motion with exhibits that you intend to file so we confirm our agreement and give you consent to file. We would also like the motion to be filed tomorrow assuming we consent.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image010.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Tuesday, July 11, 2023 3:59 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Mr. Goldberg,
  Thank you for the extension to respond to your below correspondence. We will agree to the filing of the agreed motion you prepared in full and complete resolution of the issues raised in your Rule 11 letter and proposed Rule 11 Motion.

>Thank you.
>
>Richard H. Levenstein

---

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Friday, July 7, 2023 12:00 PM
**To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
**Importance:** High

Mr. Levenstein and Ms. Sliwka:

Good morning and thank you for your correspondence of last night concerning our clients' pending Rule 11 motion.  Your proposal for resolution is not acceptable.  In our letter of July 6, 2023, we made the most amicable proposed resolution possible given the seriousness of the conduct raised by the Rule 11 motion.  Your proposed resolution pushes our clients' willingness to achieve a mutual resolution beyond what is acceptable to our clients as it does not accurately portray the basis and need for the relief sought.  It also suggests that you and your client should be able to conduct discovery on a fiction and falsehood (the existence of an NDA) that should have never been pled in the first instance.  As mentioned in our July 6 letter, we will agree to the filing of the proposed motion (with exhibits) and proposed order which were attached thereto.  Please let us know your position no later than July 12, 2023.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image010.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Thursday, July 6, 2023 7:31 PM
**To:** Rosy Diaz <rdiaz@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>

**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**

Ms. Diaz,

Please see attached.

Thank you,

Gabrielle Sliwka

---

**From:** Rosy Diaz [mailto:rdiaz@lashgoldberg.com]
**Sent:** Thursday, July 6, 2023 5:23 PM
**To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Good afternoon, Ms. Sliwka.

We are unable to open your attached correspondence.  Please resend.  Thank you.

Best regards,
Rosy

**Rosalyn Diaz**
Florida Registered Paralegal
T (305) 347-4040
E rdiaz@lashgoldberg.com

<image011.jpg>

Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Thursday, July 6, 2023 5:04 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Mr. Goldberg,

Please see the attached correspondence.

Thank you,

Gabrielle Sliwka

# Gabrielle Sliwka
Attorney at Law

Email: GSliwka@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile    vCard

<image012.png>

3001 PGA Blvd., Suite 305 |Palm Beach Gardens |FL
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Wednesday, July 5, 2023 5:11 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Levenstein:

To clarify the below – the date is Tuesday, July 11, not the 12th.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image013.jpg>

Weston Corporate Center I

2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Martin Goldberg
**Sent:** Wednesday, July 5, 2023 4:42 PM
**To:** 'Richard H. Levenstein' <RLevenstein@nasonyeager.com>; 'Pamela S. Treadway' <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; 'Abby M. Spears' <ASpears@nasonyeager.com>; 'Cynthia Reyes' <CReyes@nasonyeager.com>; 'Orseck, Gary A.' <GOrseck@KRAMERLEVIN.com>; 'Andrews, Lauren Cassady' <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; 'Gabrielle O. Sliwka' <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Levenstein:

You separately wrote today (pasted below) asking for an extension of the safe harbor period until next Tuesday, July 12, due to your vacation. While we won't agree to extend the safe harbor period which ends today, we will voluntarily hold off on our filing the Rule 11 motion until we hear from you in response to our letter of today's date which should be no later than close of business on July 12. Thank you.


Counsel,
  Thank you for your correspondence of earlier today. I am out of the office on vacation until Tuesday. Will you agree to extend the time to respond to your proposal and the Rule 11 Motion until close of business on Tuesday. July 12th. 2023, so I can have an opportunity to discuss the proposal with my clients?
       Thank you.
       Richard H. Levenstein


**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image014.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Martin Goldberg
**Sent:** Wednesday, July 5, 2023 2:16 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren

9

Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Counsel:

Please see our attached correspondence regarding the Rule 11 Motion.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image015.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Tuesday, June 27, 2023 10:28 AM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Counsel,
   Thank you for discussing the Rule 11 Motion this morning. I will look forward to hearing back from you with respect to the potential resolution of the Motion as we discussed this morning.
             Thank you.
             Richard H. Levenstein

**Richard Levenstein**
Attorney at Law

Email: RLevenstein@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

    Profile    vCard

<image012.png>

3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is

10

not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Monday, June 26, 2023 4:01 PM
**To:** Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
**Importance:** High

Thank you.

## Martin B. Goldberg
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image013.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Monday, June 26, 2023 3:57 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**

Mr. Goldberg – Please allow this email to confirm a meet and confer phone conference is scheduled tomorrow, Tuesday, June 27 at 10:00am using the below call-in information:

Call-in information:
(561) 227-4555
Passcode: 0134117

**From:** Martin Goldberg <mgoldberg@lashgoldberg.com>
**Sent:** Monday, June 26, 2023 3:46 PM
**To:** Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Yes.  Please send a call-in to this group.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

<image013.jpg>

Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Monday, June 26, 2023 3:43 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion tomorrow, Tuesday, June 27 at 10:00am?
Thank you and I await you response.

| | |
|---|---|
| **Pamela S. Treadway, CP, FRP**<br>Paralegal<br><br>Email: PTreadway@nasonyeager.com<br>Web: www.nasonyeager.com<br>Tel: 561-686-3307 \| Fax:561-686-5442 | <image016.png><br><br>3001 PGA Blvd, Suite 305 \|Palm Beach Gardens \|FL \|3341 |

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is

strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the

above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from
Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email,
to verify the information contained within said wire transfer instructionsprior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Pamela S. Treadway
**Sent:** Thursday, June 22, 2023 1:43 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <creyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion on Tuesday, June 27 at 10:00am?
Thank you and I await you response.

**From:** Pamela S. Treadway
**Sent:** Tuesday, June 20, 2023 10:34 AM
**To:** 'Clark Splichal' <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <creyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion on Tuesday, June 27 at 10:00am?
Thank you and I await you response.

**From:** Clark Splichal [mailto:csplichal@lashgoldberg.com]
**Sent:** Thursday, June 15, 2023 1:39 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren

Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
Subject: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

| Case Pending In: | U.S. District Court – Southern District of Florida |
|---|---|
| Case Number: | 1:23-cv-20188-RKA |
| Style of Case: | *Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al.* |
| Title of Document(s) Attached: | 1. **Defendants' Rule 11 Motion for Sanctions Pertaining to False Allegations Concerning Non-Disclosure Agreement**<br>2. **Letter to Richard H. Levenstein, Esq. and Gabrielle O. Sliwka, Esq. re: Mo Sanctions** |
| Sender's Name and Phone No. | Martin B. Goldberg, Esq.<br>(305) 347-4040 |

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com

<image010.jpg>

Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com