# EXHIBIT 7

| | |
|---|---|
| **From:** | Richard H. Levenstein <RLevenstein@nasonyeager.com> |
| **Sent:** | Tuesday, July 11, 2023 3:59 PM |
| **To:** | Martin Goldberg; Gabrielle O. Sliwka; Rosy Diaz; Pamela S. Treadway; Clark Splichal |
| **Cc:** | Dave Ruffner; Minerva Wallace; Abby M. Spears; Cynthia Reyes; Orseck, Gary A.; Andrews, Lauren Cassady; Delsa Suazo |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA |

**EXTERNAL:**
Mr. Goldberg,
  Thank you for the extension to respond to your below correspondence. We will agree to the filing of the agreed motion you prepared in full and complete resolution of the issues raised in your Rule 11 letter and proposed Rule 11 Motion.
            Thank you.
              Richard H. Levenstein

---

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Friday, July 7, 2023 12:00 PM
**To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
**Importance:** High

Mr. Levenstein and Ms. Sliwka:

Good morning and thank you for your correspondence of last night concerning our clients' pending Rule 11 motion.  Your proposal for resolution is not acceptable.  In our letter of July 6, 2023, we made the most amicable proposed resolution possible given the seriousness of the conduct raised by the Rule 11 motion.  Your proposed resolution pushes our clients' willingness to achieve a mutual resolution beyond what is acceptable to our clients as it does not accurately portray the basis and need for the relief sought.  It also suggests that you and your client should be able to conduct discovery on a fiction and falsehood (the existence of an NDA) that should have never been pled in the first instance.  As mentioned in our July 6 letter, we will agree to the filing of the proposed motion (with exhibits) and proposed order which were attached thereto.  Please let us know your position no later than July 12, 2023.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com

1



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Thursday, July 6, 2023 7:31 PM
**To:** Rosy Diaz <rdiaz@lashgoldberg.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**
Ms. Diaz,

Please see attached.

Thank you,

Gabrielle Sliwka

---

**From:** Rosy Diaz [mailto:rdiaz@lashgoldberg.com]
**Sent:** Thursday, July 6, 2023 5:23 PM
**To:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>; Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Good afternoon, Ms. Sliwka.

We are unable to open your attached correspondence. Please resend. Thank you.

Best regards,
Rosy

**Rosalyn Diaz**
Florida Registered Paralegal
T (305) 347-4040
E rdiaz@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

---

**From:** Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Sent:** Thursday, July 6, 2023 5:04 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA


**EXTERNAL:**
Mr. Goldberg,

Please see the attached correspondence.

Thank you,

Gabrielle Sliwka


# Gabrielle Sliwka
Attorney at Law

Email: GSliwka@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile    vCard



3001 PGA Blvd., Suite 305 |Palm Beach Gardens |FL |33
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Wednesday, July 5, 2023 5:11 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes

<CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Levenstein:

To clarify the below – the date is Tuesday, July 11, not the 12th.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Martin Goldberg
**Sent:** Wednesday, July 5, 2023 4:42 PM
**To:** 'Richard H. Levenstein' <RLevenstein@nasonyeager.com>; 'Pamela S. Treadway' <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; 'Abby M. Spears' <ASpears@nasonyeager.com>; 'Cynthia Reyes' <CReyes@nasonyeager.com>; 'Orseck, Gary A.' <GOrseck@KRAMERLEVIN.com>; 'Andrews, Lauren Cassady' <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; 'Gabrielle O. Sliwka' <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Levenstein:

You separately wrote today (pasted below) asking for an extension of the safe harbor period until next Tuesday, July 12, due to your vacation.  While we won't agree to extend the safe harbor period which ends today, we will voluntarily hold off on our filing the Rule 11 motion until we hear from you in response to our letter of today's date which should be no later than close of business on July 12.  Thank you.


Counsel,
  Thank you for your correspondence of earlier today. I am out of the office on vacation until Tuesday. Will you agree to extend the time to respond to your proposal and the Rule 11 Motion until close of business on Tuesday. July 12th. 2023, so I can have an opportunity to discuss the proposal with my clients?
       Thank you.
       Richard H. Levenstein


**Martin B. Goldberg**
Partner

4

T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Martin Goldberg
**Sent:** Wednesday, July 5, 2023 2:16 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Counsel:

Please see our attached correspondence regarding the Rule 11 Motion.

Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

---

**From:** Richard H. Levenstein <RLevenstein@nasonyeager.com>
**Sent:** Tuesday, June 27, 2023 10:28 AM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**

Counsel,

Thank you for discussing the Rule 11 Motion this morning. I will look forward to hearing back from you with respect to the potential resolution of the Motion as we discussed this morning.

    Thank you.

    Richard H. Levenstein

## Richard Levenstein
Attorney at Law

Email: RLevenstein@nasonyeager.com
Tel: 561-686-3307 | Fax: 561-686-5442

Profile   vCard



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33
www.nasonyeager.com

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error,
please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer
instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructions
prior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Martin Goldberg [mailto:mgoldberg@lashgoldberg.com]
**Sent:** Monday, June 26, 2023 4:01 PM
**To:** Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA
**Importance:** High

Thank you.

## Martin B. Goldberg
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Monday, June 26, 2023 3:57 PM
**To:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Clark Splichal <csplichal@lashgoldberg.com>

**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**

Mr. Goldberg – Please allow this email to confirm a meet and confer phone conference is scheduled tomorrow, Tuesday, June 27 at 10:00am using the below call-in information:

Call-in information:
(561) 227-4555
Passcode: 0134117

**From:** Martin Goldberg <mgoldberg@lashgoldberg.com>
**Sent:** Monday, June 26, 2023 3:46 PM
**To:** Pamela S. Treadway <PTreadway@nasonyeager.com>; Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Yes.  Please send a call-in to this group.  Thank you.

**Martin B. Goldberg**
Partner
T (305) 347-4040
E mgoldberg@lashgoldberg.com



Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
www.lashgoldberg.com

**From:** Pamela S. Treadway <PTreadway@nasonyeager.com>
**Sent:** Monday, June 26, 2023 3:43 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

**EXTERNAL:**

Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion tomorrow, Tuesday, June 27 at 10:00am?

Thank you and I await you response.

**Pamela S. Treadway, CP, FRP**
Paralegal

Email: PTreadway@nasonyeager.com
Web: www.nasonyeager.com
Tel: 561-686-3307 | Fax:561-686-5442



3001 PGA Blvd, Suite 305 |Palm Beach Gardens |FL |33410

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses.

**WIRE FRAUD ADVISORY:** Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Nason Yeager containing wire transfer instructions, please call Nason Yeager using previously known contact information and NOT information provided in the email, to verify the information contained within said wire transfer instructionsprior to sending funds pursuant to such wire transfer instructions.

**Think Green!** Please do not print this e-mail unless absolutely necessary.

**From:** Pamela S. Treadway
**Sent:** Thursday, June 22, 2023 1:43 PM
**To:** Clark Splichal <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <creyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion on Tuesday, June 27 at 10:00am?

Thank you and I await you response.

**From:** Pamela S. Treadway
**Sent:** Tuesday, June 20, 2023 10:34 AM
**To:** 'Clark Splichal' <csplichal@lashgoldberg.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Cynthia Reyes <creyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>; Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

Mr. Splichal – Are you available for a meet and confer phone conference with Mr. Levenstein to discuss the attached motion on Tuesday, June 27 at 10:00am?
Thank you and I await you response.

**From:** Clark Splichal [mailto:csplichal@lashgoldberg.com]
**Sent:** Thursday, June 15, 2023 1:39 PM
**To:** Richard H. Levenstein <RLevenstein@nasonyeager.com>; Gabrielle O. Sliwka <GSliwka@nasonyeager.com>
**Cc:** Martin Goldberg <mgoldberg@lashgoldberg.com>; Rosy Diaz <rdiaz@lashgoldberg.com>; Dave Ruffner <druffner@lashgoldberg.com>; Minerva Wallace <mwallace@lashgoldberg.com>; Abby M. Spears <ASpears@nasonyeager.com>; Pamela S. Treadway <PTreadway@nasonyeager.com>; Cynthia Reyes <CReyes@nasonyeager.com>; Orseck, Gary A. <GOrseck@KRAMERLEVIN.com>; Andrews, Lauren Cassady <LAndrews@KRAMERLEVIN.com>; Delsa Suazo <dsuazo@lashgoldberg.com>
**Subject:** SERVICE OF COURT DOCUMENT - Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al., 1:23-cv-20188-RKA

| Case Pending In: | U.S. District Court – Southern District of Florida |
|---|---|
| Case Number: | 1:23-cv-20188-RKA |
| Style of Case: | *Paige Finkelstein, M.D. v. Mount Sinai Medical Center of Florida, Inc., et al.* |
| Title of Document(s) Attached: | 1. Defendants' Rule 11 Motion for Sanctions Pertaining to False Allegations Concerning Non-Disclosure Agreement<br>2. Letter to Richard H. Levenstein, Esq. and Gabrielle O. Sliwka, Esq. re: Motion for Sanctions |
| Sender's Name and Phone No. | Martin B. Goldberg, Esq.<br>(305) 347-4040 |

**Clark Splichal**
Senior Associate
T (305) 347-4040
E csplichal@lashgoldberg.com



Miami Tower
100 SE 2nd St., Ste. 1200
Miami, Florida 33131
www.lashgoldberg.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

9

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com